UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Case No.   SACV 20-00839JVS(KESx)                         Date   December 9, 2020

Title   Vicki Collier v Lincoln Life Assurance Company of Boston

Present: The Honorable   **James V. Selna, U.S. District Court Judge**

| Lisa Bredahl | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |

Attorneys Present for Plaintiffs:                    Attorneys Present for Defendants:

Not Present                                          Not Present

**Proceedings:**   **[IN CHAMBERS] Scheduling Conference**

　　　The Court has read and considered the parties Rule 26(f) Report and sets the following dates:

| | |
|---|---|
| **Bench  Trial/Erisa Hearing** | **February 22, 2021 at 3:00 p.m.** |
| **Findings of Fact and Conclusions of Law** | **February 16, 2021** |
| **Opening Trial Briefs** | **February 1, 2021** |
| **Redacted Claim File** | **February 1, 2021** |
| **Responsive Trial Briefs** | **February 16, 2021** |

　　　Scheduling Conference set for December 14, 2020 at 10:00 a.m. is ordered VACATED.

|  | : | 0 |
|---|---|---|
| Initials of Preparer | lmb | |