Jenny H. Wang CA Bar No. 191643
jenny.wang@ogletree.com
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
Park Tower, Fifteenth Floor
695 Town Center Drive
Costa Mesa, CA  92626
Telephone:   714-800-7900
Facsimile:    714-754-1298

Attorneys for Defendant
Lincoln Life Assurance Company of Boston

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICKI COLLIER,<br><br>Plaintiff,<br><br>v.<br><br>LINCOLN LIFE ASSURANCE COMPANY OF BOSTON,<br><br>Defendant. | Case No. 8:20-cv-00839-JVS-KES<br><br>**NOTICE OF FILING THE ADMINISTRATIVE RECORD**<br><br>Complaint Filed: May 1, 2020<br>Trial Date:  February 22, 2021<br>District Judge:  Hon. James V. Selna<br>Magistrate Judge: Hon. Karen E. Scott |

45635340_1.docx

Defendant Lincoln Life Assurance Company of Boston hereby files the Administrative Record pertaining to Plaintiff Vicki Collier's ERISA-governed claim for long-term disability benefits that is the subject of this action, bates-stamped LIB000001 to LIB001259.  Plaintiff's personal identifying information (e.g., her Social Security number and date of birth) have been redacted from these documents.

A courtesy copy of the aforementioned Administrative Record is being lodged with the chambers of the Honorable James V. Selna.

DATED: January 29, 2021        OGLETREE, DEAKINS, NASH, SMOAK &
                               STEWART, P.C.


                               By: /s/ Jenny H. Wang
                                   Jenny H. Wang
                                   Attorneys for Defendant
                                   Lincoln Life Assurance Company of Boston

45635340_1.docx

1
Case No. 8:20-cv-00839-JVS-KES
NOTICE OF FILING THE ADMINISTRATIVE RECORD

**PROOF OF SERVICE**
*Vicki Collier v. Lincoln Life Assurance Company of Boston*
Case No. 8:20-cv-00839-JVS-KES

I am and was at all times herein mentioned over the age of 18 years and not a party to the action in which this service is made. At all times herein mentioned I have been employed in the County of Orange in the office of a member of the bar of this court at whose direction the service was made. My business address is 695 Town Center Drive, Suite 1500, Costa Mesa, CA 92626.

On January 29, 2021, I served the following document(s):

**NOTICE OF FILING THE ADMINISTRATIVE RECORD**

by placing ☐ (the original) ☒ (a true copy thereof) in a sealed envelope addressed as follows:

| | |
|---|---|
| Michelle L. Roberts, Esq.<br>Zoya Yarnykh, Esq.<br>KANTOR & KANTOR, LLP<br>1050 Marina Village Pkwy., Ste. 105<br>Alameda, CA 94501 | Attorneys for Plaintiff<br>Vicki Collier<br>Telephone: 510-992-6130<br>Facsimile: 510-280-7564<br>mroberts@kantorlaw.net<br>zyarnykh@kantorlaw.net |
| Glenn R. Kantor, Esq.<br>KANTOR & KANTOR, LLP<br>19839 Nordhoof Street<br>Northridge, CA 91324 | Attorneys for Plaintiff<br>Vicki Collier<br>Telephone: 818-886-2525<br>Facsimile: 818-350-6272<br>gkantor@kantorlaw.net |

☒ **BY CM/ECF:** With the Clerk of the United States District Court of California, using the CM/ECF System. The Court's CM/ECF System will send an e-mail notification of the foregoing filing to the parties and counsel of record who are registered with the Court's CM/ECF System.

☒ **(Federal):** I declare that I am employed in the office of a member of the State Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on January 29, 2021, at Costa Mesa, California.

_____
Nieka Caruthers-Dodson

45635340_1.docx

45635340.1

2

NOTICE OF FILING THE ADMINISTRATIVE RECORD

Case No. 8:20-cv-00839-JVS-KES