*as* *soon* *as* *possible.*

*To complete this examination I have been assisted, as needed, for taking histories, taking x-rays, assisting with the patient, transcription of reports by some or all of the following personnel Alma Azucar, Maria Valles, Angel Gomez, Marlen Sanchez, Laura Casillas and Frank Leonor. Sherry Leoni, DC or Randy Cockrell, DC may also have assisted in compiling and editing of this report. If required an interpreter was provided. All of the above individuals are qualified to perform the described activities by reason of individual training or under my direct supervision. I certify that this examiner reviewed the history and the past medical records directly with the patient. The examination of the patient, and interpretation of tests and x-rays, was all performed by this examiner. The dictation and the review of the final report were performed entirely by me. The opinions and conclusions contained in this report are entirely my own. I declare, under penalty of perjury, that the information contained in this report, and any attachments, is true and correct, and that there has not been a violation in this report of Section 139.3 L.C. to the best of my knowledge and belief, except as to information that I have indicated was received from others. As to that information I declare under penalty of perjury, that I have accurately detailed the information provided me and, unless otherwise noted, I believe it to be true.*

*In order to prepare this report and complete the evaluation, time was spent without face to face with the patient. The billings reflect such time spent by the physician with the code 99358. Edwin Haronian, M.D. Inc. does not accept the Official Medical fee schedule as prime facie evidence to support the reasonableness of charges. Edwin Haronian, M.D. is a fellow of the American Academy of Orthopedic Surgeons and is board certified, specializing in disorder and surgery of the spine. Under penalty of perjury under the laws of the State of California, services are billed in accordance with our usual and customary fees. Additionally, this medical practice providing treatment to injured worker's experiences extraordinary expenses in the form of mandated paperwork and collection expenses, including the necessity to retain highly-trained personnel to appear before the Workers' compensation appeals board. Based on the level of services provided and overhead expenses for services contained within our geographical area, we bill in accordance with the provisions set-forth in Labor Code Section 5307.1. Please be advised that Dr. Haronian has a financial interest in Osteon Surgery Center, Kinetix Surgery Center and Pomona Orthopedics.*

_____
Date

Nicholas Cascone, P.A.-C

_____
Edwin Haronian, M.D.
Certified Diplomate American
Board of Orthopedic Surgery
California License #A71385

County where executed:     Los Angeles County

NC

cc:    *Robert L. Palty Esq.
       6345 Balboa Blvd, Ste 211
       Ste 211
       Encino, CA  91316

COLLIER APL 0304

LIB000631

**PROOF OF SERVICE**
**STATE OF CALIFORNIA**

I am employed in the County of Los Angeles. I am over the age of 18 and not a party to the within action; my business address is: **5651 SEPULVEDA BLVD., SUITE 201, SHERMAN OAKS, CA 91411**
On 9/19/2018 served the foregoing document described as:

EDWIN HARONIAN, M.D.
EVALUATION REPORT

**Patient Name: Vicki Collier**
**File Number: 20050164**
**Claim #: 17G44F696159**
**DOS: 9/5/2018**

On all interested parties in this action by electronic transmission a true copy of this narrative report from **5651 SEPULVEDA BLVD., SUITE 201, SHERMAN OAKS, CA 91411**

Addressed as follows:

Miguel Mendoza                        Robert L. Palty Esq.
CCMSI Irvine                          6345 Balboa Blvd, Ste 211
P.O. Box 53550                        Ste 211
Irvine, CA 92619                      Encino, CA 91316

I declare that I am over the age of 18 years and not a party to this action. I also declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on 9/19/2018 at

Frank Leonor

COLLIER APL 0305

**LIB000632**

**Faxed by:** Marilyn; 10/03/2018 - 11:45 AM

# Edwin Haronian, M.D.
Orthopedic Surgery  & Spine Surgery
Tel: (818)818-906-4658  Fax: (818) 827-4706

## Request of information on
# PREVIOUS Authorization Request

**10/03/2018**

**Patient:**  Vicki COLLIER
**Claim No.:**  17G44F696159

An Initial Written request for:
**Request authorization for Test:** EMG: of bilateral lower extremties; bilateral upper extremties.
**Physio-modalities:** Physical Therapy 3 times a week for 4 weeks to cervical spine to lumbar spine to both  shoulder to both  elbow to both  wrist to both  hand. "

Was made on date _09/19/2018_, since then we have found no response to our request.  Once again we are requesting a response to our request for the above treatments.

*Pursuant to Labor Code section 4610(h) the UR process is to be completed within 5 days...if the insurance carrier needs additional time to complete the UR, a maximum of 14 days are allowed)...In NO EVENT can the UR process take longer than 21 days to complete and issue a 'modification, delay or denial' of the requested treatment, OR the treatment is presumed to be "approved". The Claims Adjuster's cannot 'deny' a requested treatment; they can only approve, or refer to UR for review, within the guidelines as provided in the rules. The initial answer to the PTP must be done within 72 hours with the hard copy to follow. UR is there to expedite the injured worker receiving appropriate medically necessary treatment.*

**Dr. Haronian  has requested treatment providing his PR-2 / Narrative report in validating the need for the above treatment.  Included were diagnostic studies if available to serve as additional evidence for authorization. A timely response to this request would be greatly appreciated.**

## All utilization review & claims examiner responses
## must be returned to dedicated fax line:
# Fax #: (818) 827-4706  Attn: UR Dept
# Email: UR@Synapsedoctor.com

COLLIER APL 0306

**LIB000633**

# Edwin Haronian, M.D.
\* 5651 Sepulveda Blvd.# 201  Sherman Oaks, CA 91411 \*

## Authorization Request

**Today's Date: 11/28/2018**
**Our Chart No.** 20050164
**Patient Name:**  Vicki  COLLIER
**DOB:**███████████████
**Claim #:** 17G44F696159
**Claim #:**Unassigned
**Request from office Visit date:** 11 14, 2018

CCMSI Irvine
P.O.  Box 53550
Irvine, CA 92619

You can contact us by phone, fax or email

## \*Peer to Peer Direct line only: 818-906-4658
**\*Phone # : (818) 788-2400 Ext 606**
**\*Fax: (818) 827-4706**
**\*Email: UR@synapsedoctor.com**

Thank you.
Marilyn Murillo

Labor Code Section 4610, section (0) states that "no person other than a licensed physician.., may modify, delay or deny request for authorization of medical treatment. Labor Code Section 4610 section (g) states the time frame for UR. (1) Prospective or concurrent decisions shall be made in a timely fashion that is appropriate for the nature of the employee's condition, not to exceed five working days from the receipt of the information reasonably necessary to make the determination, but in no event more than 14 days from the date of the medical treatment recommendation by the physician. In cases where the review is retrospective, the decision shall be communicated to the individual who received services, or to the individual's designee, within 30 days of receipt of information that is reasonably necessary to make this determination. All of the denial or medication procedures contained in Labor Code section 4610 (g) (2) and (3) are mandatory, and if the statutory requirements are not met, the utilization review report is not admissible. The only other procedure for disputing the treatment is a QME, pursuant to Labor Code section 4062.

## Proof of Service State of California, County of Los Angeles

I am a resident of the county of Los Angeles; I am over the age of eighteen years and not a party to the within entitled action.  My  business address is:  5651 Sepulveda Blvd. Suite 201 Sherman Oaks, CA 91411 or  724 Corporate Center Drive. 2nd Floor, Pomona, CA 91768

On this date  11/28/2018 I served Request for Authorization to the above Insurance Co.  CCMSI Irvine  P.O. Box 53550  Irvine, CA 92619, by transmitting via US Postal Services between the hours of 8:00am and 5:00pm. I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct.  Executed in Los Angeles, CA

Executed on 11/28/2018  at Sherman Oaks, California. I declare under penalty of perjury that the above is true and correct.

Signature: *Marilyn Murillo*
Marilyn Murillo

COLLIER APL 0307

**LIB000634**

State of California
Division of Workers' Compensation
**REQUEST FOR AUTHORIZATION**
DWC Form RFA - California Code of Regulations, title 8, section 9785.

**This form must accompany the Doctor's First Report of Occupational Injury or Illness, Form DLSR 5021, a Treating Physician's Progress Report, DWC Form PR-2, or narrative report substantiation the requested treatment.**

[ ] New Request [ ] Resubmission - Change in Material Facts
[ ] Expedite Review: Check box if employee faces an imminent and serious threat this or her health
[ ] Check box if request is a written confirmation of prior oral request.

**Employee Information**

Employee Name (Last, First, Middle): COLLIER,Vicki

| Date of Injury (MM/DD/YYYY): ;CT:7/13/2013-7/24/2017 | Date of Birth(MM/DD/YYYY): ███████ |
|---|---|
| Claim Number: 17G44F696159;Unassigned | Employer: Automobile Club |

**Provider Information**

Provider Name:Edwin Haronian, M.D.

| Peer to Peer Direct line: 818-906-4658 | Contact Name: |
|---|---|
| Address: 5651 Sepulveda Blvd.# 201 | City: Sherman Oaks | State: CA |
| Zip Code: 91411 | Phone: 818-616-1666 | Fax Number: 818-827-4706 |
| Provider Specialty: Orthopedic Surgery | NPI Number: 1063480192 |

**Claims Administrator Information**

| Claims Administrator Name: CCMSI Irvine | Contact Name:Mendoza, Miguel |
|---|---|
| Address: P.O. Box 53550 | City: Irvine | | State: CA |
| Zip Code: 92619 | Phone:949-474-6500 | Fax Number: 949-474-6064 |

E-mail Address:

**Requested Treatment (see instruction for guidance; attached additional pates if necessary**

Either state the requested treatment in the below space or indicate the specific page number(s) of the accompanying medical report on which the request treatment can be found. Up to five (5) procedures may be entered; attached additional request on a separate sheet.

| Diagnosis | M50.00 Cervical Radiculopathy<br>M54.17 Radiculopathy, lumbosacral region<br>M75.40 Impingement syndrome, shoulder<br>M70.20 Olecranon bursitis, elbow<br>M77.20 Periarthritis, unspecified wrist |
|---|---|
| ICD-Code | |
| Procedure Requested | **Request authorization for Test:** MRI lumbar spine without contrast., Left Shoulder MRI withOUT Intra-articular Contrast. |
| CPT/HCPCS Code | |
| Other Information: (Frequency, Duration, Quantity, Facility, etc.) | |

| Treating Physician Signature: | Date:11/28/2018 |
|---|---|

**Claims Administrator Response**

[ ] Approved   [ ] Denied or Modified (see separate decision letter  [ ] Delay (See separate notification of delay)
[ ] Requested treatment has been previously denied  [ ] Liability for treatment is disputed

| Authorization Number (if assigned): | Date: |
|---|---|
| Authorized Agent Name: | Signature: |
| Phone: | Fax Number: | E-mail Address: |
| Comments: | | |

DWC Form RFA (Effective 2/2014)

COLLIER APL 0308

LIB000635

CCMSI Irvine
P.O. Box 53550
Irvine, CA 92619
Attn: Miguel Mendoza


| | | |
|---|---|---|
| Patient Name | : | Vicki Collier |
| Date of Service | : | November 14, 2018 |
| Claim # | : | 17G44F696159 |
| Employer | : | Automobile Club |
| Date of Birth | : | ███████████ |
| Date of Injury | : | CT:7/13/2013-7/24/2017 |
| File # | : | 20050164 |

## FOLLOW-UP REPORT AND REVIEW OF MEDICAL RECORDS OF A PRIMARY TREATING PHYSICIAN

The patient is back in my office and she has brought with her some MRI studies performed at Kaiser. The MRI of the cervical spine was reviewed revealing multilevel minor disc protrusions. The MRI of the right shoulder revealed a partial thickness tear with 50% tear of the supraspinatus tendon without evidence of a full-thickness rotator cuff tear. However, the patient is also complaining of left-sided shoulder pain as well as severe lower back pain with radiation of the pain to the lower extremities. She has difficulty lifting, pushing, pulling and bending.

There is indication that the patient was seen by a QME approximately 30 days ago.

We are waiting for the report. Until then, I am recommending modified work activities. Apparently, the claim is still being denied in light of the absence of the reporting from the QME. I will be looking forward to that report.

We will continue with modified work activities.

I will see the patient back in a few weeks. We will make further recommendations then.

**D I A G N O S I S :**

| Code | Diagnosis |
|---|---|
| M50.00 | Cervical Radiculopathy |
| M54.17 | Radiculopathy lumbosacral region |
| M75.40 | Impingement syndrome shoulder |
| M70.20 | Olecranon bursitis elbow |
| M77.20 | Periarthritis unspecified wrist |

*I declare, under penalty of perjury, that I have not violated the provisions of California Labor Code 139.3 and that the contents of this report and attached billing are true and correct to the best of my knowledge. I also affirm that I have not violated any sections of Labor Code 4628. Please see attached itemized billing with ICD-10 diagnosis code(s). The foregoing declaration is executed on the date of this report and signed by myself in the County of Los Angeles.*

*To complete this examination I have been assisted, as needed, for taking histories, taking x-rays, assisting with the patient,*

COLLIER APL 0309

LIB000636

*transcription of reports by some or all of the following personnel Alma Azucar, Natasha Yokum, Carmen Garcia and Emily Shemwell. Sherry Leoni, DC, Randy Cockrell, DC, and Timothy Markle, DC, may also have assisted in compiling and editing of this report. If required an interpreter was provided. All of the above individuals are qualified to perform the described activities by reason of individual training or under my direct supervision.*

*Please be advised that Dr. Haronian has a financial interest in Osteon Surgery Center, Kinetix Surgery Center and Pomona Orthopedics.*

Edwin Haronian, M.D.
Certified Diplomate American
Board of Orthopedic Surgery
California License #A71385

EH


  *Robert L. Palty Esq.
  6345 Balboa Blvd, Ste 211
  Ste 211
  Encino, CA  91316

**PROOF OF SERVICE**
**STATE OF CALIFORNIA**


I am employed in the County of Los Angeles. I am over the age of 18 and not a party to the within action; my business address is:
**5651 SEPULVEDA BLVD., SUITE 201, SHERMAN OAKS, CA 91411**
On 11/28/2018 served the foregoing document described as:


EDWIN HARONIAN, M.D.
EVALUATION REPORT


**Patient Name: Vicki Collier**
**File Number: 20050164**
**Claim #: 17G44F696159**
**DOS: 11/14/2018**


On all interested parties in this action by electronic transmission a true copy of this narrative report from **5651 SEPULVEDA BLVD., SUITE 201, SHERMAN OAKS, CA 91411**

Addressed as follows:


Miguel Mendoza                                    Robert L. Palty Esq.
CCMSI Irvine                                      6345 Balboa Blvd, Ste 211
P.O. Box 53550                                   Ste 211
Irvine, CA  92619                                Encino, CA  91316


I declare that I am over the age of 18 years and not a party to this action. I also declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on 11/28/2018 at

COLLIER APL 0310

**LIB000637**

Emily Shemwell

COLLIER APL 0311

**LIB000638**

# Edwin Haronian, M.D.
* 5651 Sepulveda Blvd.# 201  Sherman Oaks, CA 91411 *

## Authorization Request

**Today's Date: 12/12/2018**
**Our Chart No.** 20050164
**Patient Name:** Vicki COLLIER
**DOB** ▓▓▓▓▓▓▓▓
**Claim #:** 17G44F696159
**Claim #:** Unassigned
**Request from office Visit date:** 11 14, 2018

CCMSI Irvine
P.O. Box 53550
Irvine, CA 92619

You can contact us by phone, fax or email

## *Peer to Peer Direct line only: 818-906-4658
**\*Phone # : (818) 788-2400 Ext 606**
**\*Fax: (818) 827-4706**
**\*Email: UR@synapsedoctor.com**

Thank you.
Stephanie Rodriguez

Labor Code Section 4610, section (0) states that "no person other than a licensed physician.., may modify, delay or deny request for authorization of medical treatment. Labor Code Section 4610 section (g) states the time frame for UR. (1) Prospective or concurrent decisions shall be made in a timely fashion that is appropriate for the nature of the employee's condition, not to exceed five working days from the receipt of the information reasonably necessary to make the determination, but in no event more than 14 days from the date of the medical treatment recommendation by the physician. In cases where the review is retrospective, the decision shall be communicated to the individual who received services, or to the individual's designee, within 30 days of receipt of information that is reasonably necessary to make this determination. All of the denial or medication procedures contained in Labor Code section 4610 (g) (2) and (3) are mandatory, and if the statutory requirements are not met, the utilization review report is not admissible. The only other procedure for disputing the treatment is a QME, pursuant to Labor Code section 4062.

## Proof of Service State of California, County of Los Angeles

I am a resident of the county of Los Angeles; I am over the age of eighteen years and not a party to the within entitled action. My business address is: 5651 Sepulveda Blvd. Suite 201 Sherman Oaks, CA 91411 or 724 Corporate Center Drive. 2nd Floor, Pomona, CA 91768

On this date 12/12/2018 I served Request for Authorization to the above Insurance Co. CCMSI Irvine P.O. Box 53550 Irvine, CA 92619, by transmitting via US Postal Services between the hours of 8:00am and 5:00pm. I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed in Los Angeles, CA

Executed on 12/12/2018 at Sherman Oaks, California. I declare under penalty of perjury that the above is true and correct.

Signature: *Stephanie Rodriguez*
Stephanie Rodriguez

COLLIER APL 0312

**LIB000639**

State of California
Division of Workers' Compensation
**REQUEST FOR AUTHORIZATION**
DWC Form RFA - California Code of Regulations, title 8, section 9785.

| **This form must accompany the Doctor's First Report of Occupational Injury or Illness, Form DLSR 5021, a Treating Physician's Progress Report, DWC Form PR-2, or narrative report substantiation the requested treatment.** |
|---|
| [ ] New Request [ ] Resubmission - Change in Material Facts |
| [ ] Expedite Review: Check box if employee faces an imminent and serious threat this or her health |
| [ ] Check box if request is a written confirmation of prior oral request. |

| **Employee Information** | | |
|---|---|---|
| Employee Name (Last, First, Middle): COLLIER,Vicki | | |
| Date of Injury (MM/DD/YYYY):  ;CT:7/13/2013-7/24/2017 | Date of Birth(MM/DD/YYYY): ███████ | |
| Claim Number:  17G44F696159;Unassigned | Employer: Automobile Club | |

| **Provider Information** | | |
|---|---|---|
| Provider Name:Edwin Haronian, M.D. | | |
| Peer to Peer Direct line: 818-906-4658 | Contact Name: | |
| Address: 5651 Sepulveda Blvd.# 201 | City: Sherman Oaks | State: CA |
| Zip Code: 91411 | Phone: 818-616-1666 | Fax Number: 818-827-4706 |
| Provider Specialty: Orthopedic Surgery | NPI Number: 1063480192 | |

| **Claims Administrator Information** | | | |
|---|---|---|---|
| Claims Administrator Name: CCMSI Irvine | Contact Name:Mendoza, Miguel | | |
| Address: P.O.  Box 53550 | City: Irvine | | State: CA |
| Zip Code: 92619 | Phone:949-474-6500 | Fax Number: 949-474-6064 | |
| E-mail Address: | | | |

| **Requested Treatment (see instruction for guidance; attached additional pates if necessary** | |
|---|---|
| Either state the requested treatment in the below space or indicate the specific page number(s) of the accompanying medical report on which the request treatment can be found. Up to five (5) procedures may be entered; attached additional request on a separate sheet. | |
| Diagnosis | M50.00 Cervical Radiculopathy<br>M54.17 Radiculopathy, lumbosacral region<br>M75.40 Impingement syndrome, shoulder<br>M70.20 Olecranon bursitis, elbow<br>M77.20 Periarthritis, unspecified wrist |
| ICD-Code | |
| Procedure Requested | **Request authorization for Test:** MRI lumbar spine without contrast., Left Shoulder MRI withOUT Intra-articular Contrast. |
| CPT/HCPCS Code | |
| Other Information: (Frequency, Duration, Quantity, Facility, etc.) | |

| Treating Physician Signature: | Date:12/12/2018 |
|---|---|

| **Claims Administrator Response** | | | |
|---|---|---|---|
| [ ] Approved   [ ] Denied or Modified (see separate decision letter  [ ] Delay (See separate notification of delay)<br>[ ] Requested treatment has been previously denied  [ ] Liability for treatment is disputed | | | |
| Authorization Number (if assigned): | | Date: | |
| Authorized Agent Name: | | Signature: | |
| Phone: | Fax Number: | E-mail Address: | |
| Comments: | | | |

DWC Form RFA (Effective 2/2014)

COLLIER APL 0313

LIB000640

# Edwin Haronian, M.D.

\* 5651 Sepulveda Blvd.# 201  Sherman Oaks, CA 91411 \*

## Authorization Request

**Today's Date: 12/26/2018**
**Our Chart No.** 20050164
**Patient Name:** Vicki  COLLIER
**DOB:** ██████████
**Claim #:** 17G44F696159
**Claim #:** Unassigned
**Request from office Visit date:** 11 29, 2018

CCMSI Irvine
P.O.  Box 53550
Irvine, CA 92619

You can contact us by phone, fax or email

## \*Peer to Peer Direct line only: 818-906-4658
## \*Phone # : (818) 788-2400 Ext 606
## \*Fax: (818) 827-4706
## \*Email: UR@synapsedoctor.com

Thank you.
Austin Pathak

Labor Code Section 4610, section (0) states that "no person other than a licensed physician.., may modify, delay or deny request for authorization of medical treatment. Labor Code Section 4610 section (g) states the time frame for UR. (1) Prospective or concurrent decisions shall be made in a timely fashion that is appropriate for the nature of the employee's condition, not to exceed five working days from the receipt of the information reasonably necessary to make the determination, but in no event more than 14 days from the date of the medical treatment recommendation by the physician. In cases where the review is retrospective, the decision shall be communicated to the individual who received services, or to the individual's designee, within 30 days of receipt of information that is reasonably necessary to make this determination. All of the denial or medication procedures contained in Labor Code section 4610 (g) (2) and (3) are mandatory, and if the statutory requirements are not met, the utilization review report is not admissible. The only other procedure for disputing the treatment is a QME, pursuant to Labor Code section 4062.

## Proof of Service State of California, County of Los Angeles

I am a resident of the county of Los Angeles; I am over the age of eighteen years and not a party to the within entitled action.  My  business address is:  5651 Sepulveda Blvd. Suite 201 Sherman Oaks, CA 91411 or  724 Corporate Center Drive. 2nd Floor, Pomona, CA 91768

On this date  12/26/2018 I served Request for Authorization to the above Insurance Co.  CCMSI Irvine  P.O. Box 53550  Irvine, CA 92619, by transmitting via US Postal Services between the hours of 8:00am and 5:00pm. I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct.  Executed in Los Angeles, CA

Executed on 12/26/2018  at Sherman Oaks, California. I declare under penalty of perjury that the above is true and correct.

Signature: *Austin Pathak*
          Austin Pathak

COLLIER APL 0314

**LIB000641**

State of California
Division of Workers' Compensation
**REQUEST FOR AUTHORIZATION**
DWC Form RFA - California Code of Regulations, title 8, section 9785.

| |
|---|
| **This form must accompany the Doctor's First Report of Occupational Injury or Illness, Form DLSR 5021, a Treating Physician's Progress Report, DWC Form PR-2, or narrative report substantiation the requested treatment.** |
| [ ] New Request [ ] Resubmission - Change in Material Facts<br>[ ] Expedite Review: Check box if employee faces an imminent and serious threat this or her health<br>[ ] Check box if request is a written confirmation of prior oral request. |

**Employee Information**

| | |
|---|---|
| Employee Name (Last, First, Middle): COLLIER,Vicki | |
| Date of Injury (MM/DD/YYYY):  ;CT:7/13/2013-7/24/2017 | Date of Birth(MM/DD/YYYY): ▓▓▓▓ |
| Claim Number:  17G44F696159;Unassigned | Employer: Automobile Club |

**Provider Information**

| | | |
|---|---|---|
| Provider Name:Edwin Haronian, M.D. | | |
| Peer to Peer Direct line: 818-906-4658 | Contact Name: | |
| Address: 5651 Sepulveda Blvd.# 201 | City: Sherman Oaks | State: CA |
| Zip Code: 91411 | Phone: 818-616-1666 | Fax Number: 818-827-4706 |
| Provider Specialty: Orthopedic Surgery | NPI Number: 1063480192 | |

**Claims Administrator Information**

| | | |
|---|---|---|
| Claims Administrator Name: CCMSI Irvine | Contact Name:Mendoza, Miguel | |
| Address: P.O.  Box 53550 | City: Irvine | State: CA |
| Zip Code: 92619 | Phone:949-474-6500 | Fax Number: 949-474-6064 |
| E-mail Address: | | |

**Requested Treatment (see instruction for guidance; attached additional pates if necessary**

Either state the requested treatment in the below space or indicate the specific page number(s) of the accompanying medical report on which the request treatment can be found. Up to five (5) procedures may be entered; attached additional request on a separate sheet.

| | |
|---|---|
| Diagnosis | M50.00 Cervical Radiculopathy<br>M54.17 Radiculopathy, lumbosacral region<br>M75.40 Impingement syndrome, shoulder<br>M70.20 Olecranon bursitis, elbow<br>M77.20 Periarthritis, unspecified wrist |
| ICD-Code | |
| Procedure Requested | **Request authorization for Consult:** Pain Management with Jonathan Kohan MD for management of pain medications. |
| CPT/HCPCS Code | |
| Other Information: (Frequency, Duration, Quantity, Facility, etc.) | |

| | |
|---|---|
| Treating Physician Signature: | Date:12/26/2018 |

**Claims Administrator Response**

| |
|---|
| [ ] Approved   [ ] Denied or Modified (see separate decision letter  [ ] Delay (See separate notification of delay)<br>[ ] Requested treatment has been previously denied  [ ] Liability for treatment is disputed |

| | |
|---|---|
| Authorization Number (if assigned): | Date: |
| Authorized Agent Name: | Signature: |
| Phone: | Fax Number: | E-mail Address: |
| Comments: | |

DWC Form RFA (Effective 2/2014)

COLLIER APL 0315

**LIB000642**

**Faxed by:** Stephanie; 12/27/2018 - 11:12 AM

# Edwin Haronian, M.D.
Orthopedic Surgery & Spine Surgery
Tel: (818)818-906-4658  Fax: (818) 827-4706

# Request of information on
# PREVIOUS Authorization Request

**12/27/2018**

**Patient:**  Vicki COLLIER
**Claim No.:**  17G44F696159

**Request authorization for Test:**   MRI lumbar spine without contrast., Left Shoulder MRI withOUT Intra-articular Contrast.

Was made on date *12/12/2018*, since then we have found no response to our request.  Once again we are requesting a response to our request for the above treatments.

*Pursuant to Labor Code section 4610(h) the UR process is to be completed within 5 days...if the insurance carrier needs additional time to complete the UR, a maximum of 14 days are allowed)...In NO EVENT can the UR process take longer than 21 days to complete and issue a 'modification, delay or denial' of the requested treatment, OR the treatment is presumed to be "approved". The Claims Adjuster's cannot 'deny' a requested treatment; they can only approve, or refer to UR for review, within the guidelines as provided in the rules. The initial answer to the PTP must be done within 72 hours with the hard copy to follow. UR is there to expedite the injured worker receiving appropriate medically necessary treatment.*

**Dr. Haronian  has requested treatment providing his PR-2 / Narrative report in validating the need for the above treatment.  Included were diagnostic studies if available to serve as additional evidence for authorization. A timely response to this request would be greatly appreciated.**

## All utilization review & claims examiner responses
## must be returned to dedicated fax line:
## Fax #: (818) 827-4706  Attn: UR Dept
## Email: UR@Synapsedoctor.com

COLLIER APL 0316

**LIB000643**

# SYNAPSE MEDICAL GROUP

**Edwin  Haronian M.D.**
5651 Sepulveda Blvd.# 201  Sherman Oaks  CA  91411
Tel: 818-788-2400  Fax: 818-788-2453
Lic.#: A71385            DEA#: BH7963590            **CCMSI Irvine**

## PRESCRIPTION

**PATIENT NAME:** COLLIER, Vicki                        **DOB:** ▮▮▮▮▮▮▮                10:44 AM

| PRESCRIPTION(S): | # of Bottles | QTY | SIG: | REF: |
|---|---|---|---|---|
| **1.** IBUPROFEN CREAM 10% | 1 | 30 | | No Refill |
| **2.** Naproxen 500mg | 1 Bottle | 30 | | No Refill |
| **3.** Prevacid   15 mg   cap | 1 AV | 90 | Take 1 every 12 hours as needed (for stomach protection and/or gastritis) | No Refill |

**No substitutions**

Signature: _____            **DATE:** 01/31/2019
        HARONIAN, EDWIN

If you have any further questions regarding your medications please ask any of our staff members including your doctors and we will provide you answers to any remaining questions. By signing below I confirm that I was explained the instructions, side effects, interactions, and directions on how to use the medications. You have a choice between obtaining the prescription medication from our office or a pharmacy. If you wish, please inform our staff and we will give you a written prescription that you can use at a pharmacy.

*\* Si tiene preguntas acerca de su medicina por favor de preguntar al personnal de la oficina, o doctores, y le proveeran respuestas a cualquier pregunta que tengan. Firmando en la liena indicada a bajo, usted esta bajo el entendimento que se le a esplicado las insturcciones, effectos secondiaros, interacciones, e instructuciones de como tomar el medicamento. Usted tiene la opcion de obtener una receta para medicina de nuestra oficina o de la farmacia. Si usted desea obtener una receta que puede usar en una farmacia de su preferencia porfavor de informarnos.*

**Patient Signature:**_____
        COLLIER, Vicki

COLLIER APL 0317

LIB000644

# SYNAPSE MEDICAL GROUP

**Edwin  Haronian M.D.**
5651 Sepulveda Blvd.# 201  Sherman Oaks  CA  91411
Tel: 818-788-2400  Fax: 818-788-2453
Lic.#: A71385                DEA#: BH7963590              **CCMSI Irvine**

## PRESCRIPTION

**PATIENT NAME:** COLLIER, Vicki                        **DOB** ▮▮▮▮▮▮▮▮              12:07 PM

| PRESCRIPTION(S): | # of Bottles | QTY | SIG: | REF: |
|---|---|---|---|---|
| **1. IBUPROFEN CREAM 10%** | 1 | 30 | | No Refill |
| **2. Naproxen 500mg** | 1 Bottle | 30 | | No Refill |
| **3.** Prevacid  15 mg  cap | 1 AV | 90 | Take 1 every 12 hours as needed (for stomach protection and/or gastritis) | No Refill |

*Pt left with out meds*

**No substitutions**

Signature: _____                    **DATE:** 02/14/2019
HARONIAN, EDWIN

If you have any further questions regarding your medications please ask any of our staff members including your doctors and we will provide you answers to any remaining questions. <u>By signing below</u> I confirm that I was explained the instructions, side effects, interactions, and directions on how to use the medications.  You have a choice between obtaining the prescription medication from our office or a pharmacy. If you wish, please inform our staff and we will give you a written prescription that you can use at a pharmacy.

*\* Si tiene preguntas acerca de su medicina por favor de preguntar al personnal de la oficina, o doctores, y le proveeran respuestas a cualquier pregunta que tengan. <u>Firmando en la liena indicada a bajo</u>, usted esta bajo el entendimento que se le a esplicado las insturcciones, effectos secondiaros, interacciones, e instructuciones de como tomar el medicamento. Usted tiene la opcion de obtener una receta para medicina de nuestra oficina o de la farmacia. Si usted desea obtener una receta que puede usar en una farmacia de su preferencia porfavor de informarnos.*

**Patient Signature:**_____
COLLIER, Vicki

COLLIER APL 0318

LIB000645

# SYNAPSE MEDICAL GROUP

**Edwin  Haronian M.D.**
5651 Sepulveda Blvd.# 201  Sherman Oaks  CA  91411
Tel: 818-788-2400  Fax: 818-788-2453
Lic.#: A71385          DEA#: BH7963590          CCMSI Irvine

## PRESCRIPTION

**PATIENT NAME:** COLLIER, Vicki          **DOB:** ▉▉▉▉          11:17 AM

| PRESCRIPTION(S): | # of Bottles | QTY | SIG: | REF: |
|---|---|---|---|---|
| **1.** IBUPROFEN CREAM 10% | 1 | 30 | | No Refill |
| **2.** Naproxen 500mg | 1 Bottle | 30 | | No Refill |
| **3.** Prevacid  15 mg  cap | 1 AV | 90 | Take 1 every 12 hours as needed (for stomach protection and/or gastritis) | No Refill |

**No substitutions**

Pt Left with out meds

Signature: _____          **DATE:** 04/11/2019
HARONIAN, EDWIN

If you have any further questions regarding your medications please ask any of our staff members including your doctors and we will provide you answers to any remaining questions. By signing below I confirm that I was explained the instructions, side effects, interactions, and directions on how to use the medications. You have a choice between obtaining the prescription medication from our office or a pharmacy. If you wish, please inform our staff and we will give you a written prescription that you can use at a pharmacy.

* Si tiene preguntas acerca de su medicina por favor de preguntar al personnal de la oficina, o doctores, y le proveeran respuestas a cualquier pregunta que tengan. Firmando en la liena indicada a bajo, usted esta bajo el entendimiento que se le a esplicado las insturcciones, effectos secondiaros, interacciones, e instructuciones de como tomar el medicamento. Usted tiene la opcion de obtener una receta para medicina de nuestra oficina o de la farmacia. Si usted desea obtener una receta que puede usar en una farmacia de su preferencia porfavor de informarnos.

**Patient Signature:**_____
COLLIER, Vicki

COLLIER APL 0319

LIB000646

# SYNAPSE MEDICAL GROUP

**Jonathan F.  Kohan M.D.**
5651 Sepulveda Blvd.# 201  Sherman Oaks  CA  91411
Tel: 818-788-2400  Fax: 818-788-2453
Lic.#: A66353          DEA#: BK6077502          **CCMSI Irvine**

## PRESCRIPTION

**PATIENT NAME:** COLLIER, Vicki          **DOB:** ▮▮▮▮▮          11:47 AM

| **PRESCRIPTION(S):** | **# of Bottles** | **QTY** | **SIG:** | **REF:** |
|---|---|---|---|---|
| **1.** IBUPROFEN CREAM 10% | 1 | 30 | | No Refill |

ENOVARX-IBUPROFEN 10%
NDC 76420098006
SN #15005930          Qty :60

**No substitutions**

**Signature:** _

KOHAN, JONATHAN F.

**DATE:** 05/07/2019

If you have any further questions regarding your medications please ask any of our staff members including your doctors and we will provide you answers to any remaining questions. By signing below I confirm that I was explained the instructions, side effects, interactions, and directions on how to use the medications.  You have a choice between obtaining the prescription medication from our office or a pharmacy. If you wish, please inform our staff and we will give you a written prescription that you can use at a pharmacy.

*\* Si tiene preguntas acerca de su medicina por favor de preguntar al personnal de la oficina, o doctores, y le proveeran respuestas a cualquier pregunta que tengan. Firmando en la liena indicada a bajo, usted esta bajo el entendimento que se le a esplicado las insturcciones, effectos secondiaros, interacciones, e instructuciones de como tomar el medicamento. Usted tiene la opcion de obtener una receta para medicina de nuestra oficina o de la farmacia. Si usted desea obtener una receta que puede usar en una farmacia de su preferencia porfavor de informarnos.*

**Patient Signature:** _____

COLLIER, Vicki

COLLIER APL 0320

**LIB000647**

# SYNAPSE MEDICAL GROUP

**Edwin  Haronian M.D.**
5651 Sepulveda Blvd.# 201  Sherman Oaks  CA  91411
Tel: 818-788-2400  Fax: 818-788-2453
Lic.#: A71385          DEA#: BH7963590          **CCMSI Irvine**

## PRESCRIPTION

**PATIENT NAME:** COLLIER, Vicki                **DOB:** ▮▮▮▮▮▮          03:38 PM

| PRESCRIPTION(S): | # of Bottles | QTY | SIG: | REF: |
|---|---|---|---|---|
| **1.** IBUPROFEN CREAM 10% | 1 | 30 | | No Refill |
| **2.** Naproxen 500mg | 1 Bottle | 30 | | No Refill |
| **3.** Prevacid   15 mg   cap | 1 AV | 90 | Take 1 every 12 hours as needed (for stomach protection and/or gastritis) | No Refill |

ENOVARX-IBUPROFEN 10%
NDC 76420098006
SN #14947593        Qty :60

Naproxen Tablets. USP 500mg
Qty: 100
Insurance NDC: 65162-0190-10
Lot#: H141KP  Bat# 08141816

Billing

Lansoprazole Delayed-Release
Capsules 15mg
Qty: 90
Insurance NDC: 55111-0398-90
Lot#: H151KF  Bat# 08151806

Billing

**No substitutions**

**Signature:** _____          **DATE:** 09/05/2018
            HARONIAN, EDWIN

If you have any further questions regarding your medications please ask any of our staff members including your doctors and we will provide you answers to any remaining questions. By signing below I confirm that I was explained the instructions, side effects, interactions, and directions on how to use the medications. You have a choice between obtaining the prescription medication from our office or a pharmacy. If you wish, please inform our staff and we will give you a written prescription that you can use at a pharmacy.

*Si tiene preguntas acerca de su medicina por favor de preguntar al personnal de la oficina, o doctores, y le proveeran respuestas a cualquier pregunta que tengan. Firmando en la liena indicada a bajo, usted esta bajo el entendimento que se le a esplicado las insturcciones, effectos secondiaros, interacciones, e instructuciones de como tomar el medicamento. Usted tiene la opcion de obtener una receta para medicina de nuestra oficina o de la farmacia. Si usted desea obtener una receta que puede usar en una farmacia de su preferencia porfavor de informamos.*

**Patient Signature:** _____
            COLLIER, Vicki

COLLIER APL 0321

LIB000648

# SYNAPSE MEDICAL GROUP

**Edwin  Haronian M.D.**
5651 Sepulveda Blvd.# 201  Sherman Oaks  CA  91411
Tel: 818-788-2400  Fax: 818-788-2453
Lic.#: A71385               DEA#: BH7963590          **CCMSI Irvine**

## PRESCRIPTION

**PATIENT NAME:** COLLIER, Vicki              **DOB:** ▮▮▮▮▮▮              11:50 AM

| PRESCRIPTION(S): | # of Bottles | QTY | SIG: | REF: |
|---|---|---|---|---|
| 1. IBUPROFEN CREAM 10% | 1 | 30 | | No Refill |
| 2. Naproxen 500mg | 1 Bottle | 30 | | No Refill |
| 3. Prevacid  15 mg  cap | 1 AV | 90 | Take 1 every 12 hours as needed (for stomach protection and/or gastritis) | No Refill |

ENOVARX-IBUPROFEN 10%
NDC 76420098006
SN #14954152      Qty :60

Naproxen Tablets, USP 500mg
Qty: 100
Insurance NDC: 65162-0190-10
Lot#: 11718V  Bat#: 09171822
Billing

Lansoprazole Delayed-Release
Capsules 15mg
Qty: 90
Insurance NDC: 55111-0398-90
Lot#: I0718N  Bat#: 09071814
Billing

**No substitutions**

**Signature:** _____        **DATE:** 10/10/2018
          HARONIAN, EDWIN

If you have any further questions regarding your medications please ask any of our staff members including your doctors and we will provide you answers to any remaining questions. <u>By signing below</u> I confirm that I was explained the instructions, side effects, interactions, and directions on how to use the medications. You have a choice between obtaining the prescription medication from our office or a pharmacy. If you wish, please inform our staff and we will give you a written prescription that you can use at a pharmacy.

*\* Si tiene preguntas acerca de su medicina por favor de preguntar al personnal de la oficina, o doctores, y le proveeran respuestas a cualquier pregunta que tengan. <u>Firmando en la liena indicada a bajo</u>, usted esta bajo el entendimento que se le a esplicado las insturcciones, effectos secondiaros, interacciones, e instructuciones de como tomar el medicamento. Usted tiene la opcion de obtener una receta para medicina de nuestra oficina o de la farmacia. Si usted desea obtener una receta que puede usar en una farmacia de su preferencia porfavor de informarnos.*

**Patient Signature:** _____
          COLLIER, Vicki

COLLIER APL 0322

LIB000649

# SYNAPSE MEDICAL GROUP

**Edwin Haronian M.D.**
5651 Sepulveda Blvd.# 201 Sherman Oaks CA 91411
Tel: 818-788-2400 Fax: 818-788-2453
Lic.#: A71385          DEA#: BH7963590          **CCMSI Irvine**

## PRESCRIPTION

**PATIENT NAME:** COLLIER, Vicki          **DOB:** ▮▮▮▮▮          12:06 PM

| PRESCRIPTION(S): | # of Bottles | QTY | SIG: | REF: |
|---|---|---|---|---|
| **1.** IBUPROFEN CREAM 10% | 1 | 30 | | No Refill |
| **2.** Naproxen 500mg | 1 Bottle | 30 | | No Refill |
| **3.** Prevacid  15 mg  cap | 1 AV | 90 | Take 1 every 12 hours as needed (for stomach protection and/or gastritis) | No Refill |

*Pt left with out meds*

**No substitutions**

Signature: _____          **DATE:** 11/14/2018
        HARONIAN, EDWIN

If you have any further questions regarding your medications please ask any of our staff members including your doctors and we will provide you answers to any remaining questions. By signing below I confirm that I was explained the instructions, side effects, interactions, and directions on how to use the medications. You have a choice between obtaining the prescription medication from our office or a pharmacy. If you wish, please inform our staff and we will give you a written prescription that you can use at a pharmacy.

*\* Si tiene preguntas acerca de su medicina por favor de preguntar al personnal de la oficina, o doctores, y le proveeran respuestas a cualquier pregunta que tengan. Firmando en la liena indicada a bajo, usted esta bajo el entendimento que se le a esplicado las insturcciones, effectos secondiaros, interacciones, e instructuciones de como tomar el medicamento. Usted tiene la opcion de obtener una receta para medicina de nuestra oficina o de la farmacia. Si usted desea obtener una receta que puede usar en una farmacia de su preferencia porfavor de informarnos.*

**Patient Signature:**_____
        COLLIER, Vicki

COLLIER APL 0323

LIB000650

# EXHIBIT 7

# EXHIBIT 7

COLLIER APL 0324

LIB000651



## KAISER PERMANENTE

ROI PATIENT
DEMOGRAPHIC

Collier, Vicki D
MRN: 000010372397, DOB: ▮▮▮▮▮  Sex: F

### Patient Demographics

| Patient Name | Sex | DOB |
| --- | --- | --- |
| Collier, Vicki D (000010372397) | Female | ▮▮▮▮▮ |

--

| Date Of Birth | Gender Identity | Race | Ethnicity | Preferred Spoken Language | Preferred Written Language |
| --- | --- | --- | --- | --- | --- |
| ▮▮▮▮▮ | Female | White | American/United States | English | English |

### Patient Demographics

| Address | Phone | E-mail Address |
| --- | --- | --- |
| ▮▮▮▮▮ VALENCIA CA 91354 | ▮▮▮▮▮ | colliervicki@gmail.com |

### Emergency Contacts

No emergency contacts on file.

### Social History

Tobacco History

| Smoking Status | Quit date |
| --- | --- |
| **Former Smoker** | **1/3/1990** |
| **Smokeless Tobacco Use** | |
| **Never Used** | |

Kaiser Permanente

COLLIER APL 0325

Page 1

LIB000652

# KAISER PERMANENTE

SANTA CLARITA MEDICAL
OFFICES U
27107 TOURNEY RD
SANTA CLARITA CA 91355-
1860
SCAL HIM ROI ALMR

Collier, Vicki D
MRN: 000010372397, DOB: ███████  Sex: F
Visit date: 2/15/2019

| **Patient Email** | **Vicki D Collier** |
|---|---|
| **2/15/2019** | **MRN: 000010372397** |

## Visit Information

| Date & Time | Provider | Department | Dept. Phone | Encounter # |
|---|---|---|---|---|
| 2/15/2019  8:56 AM | Wang-O'Connell, Esther Chuanwah (M.D.), M.D. | FAMILY PRACTICE | 833-574-2273 | 497818955 |

## Call Documentation

No notes of this type exist for this encounter.

## Vitals

LMP
12/31/2013

## Progress Notes

No notes of this type exist for this encounter.

## Encounter Messages

ultrasound

| From | To | Sent and Delivered |
|---|---|---|
| Esther Chuanwah (M.D.) Wang-O'Connell, M.D. | Vicki D Collier | 2/15/2019  8:56 AM |

Last Read in kp.org
2/15/2019  9:13 AM by Vicki D Collier
Dear Vicki,

I'm pleased to inform you that the results of your carotid ultrasound are normal.

Thank you.
Electronically signed by:
E C WANG-O'CONNELL MD
2/15/2019
8:56 AM

## Diagnoses

None.

## All Orders and Results

No orders and results found

## Final Spectacle Rx

Click to see and print Final Spectacle Rx

## Final CL Rx

Click to see and print Final Contact Lens Rx

Audit Trail for Eye Care Forms

## Social Documentation as of 2/15/2019

No social documentation on file.

## Patient Instructions

No instructions given.

COLLIER APL 0326

**LIB000653**

# KAISER PERMANENTE

SANTA CLARITA MEDICAL
OFFICES U
27107 TOURNEY RD
SANTA CLARITA CA 91355-
1860
SCAL HIM ROI ALMR

Collier, Vicki D
MRN: 000010372397, DOB: ████████ Sex: F
Visit date: 2/15/2019

**Encounter-Level Documents:**

There are no encounter-level documents.

**Order-Level Documents:**

There are no order-level documents.

{\\*\EpicData xml <epicdata format="IDMPainter"><DocumentsDone>1</DocumentsDone></epicdata> }

**Encounter-Level E-Signatures:**

No documentation.

COLLIER APL 0327

LIB000654

**KAISER PERMANENTE**

SANTA CLARITA MEDICAL
OFFICES U
27107 TOURNEY RD
SANTA CLARITA CA 91355-
1860
SCAL HIM ROI ALMR

Collier, Vicki D
MRN: 000010372397, DOB: ███████, Sex: F
Visit date: 2/15/2019

## END OF ENCOUNTER

LIB000655

## KAISER PERMANENTE

SANTA CLARITA MEDICAL
OFFICES U
27107 TOURNEY RD
SANTA CLARITA CA 91355-
1860
SCAL HIM ROI ALMR

Collier, Vicki D
MRN: 000010372397, DOB: ▮▮▮▮ Sex: F
Visit date: 3/21/2019

| **Office Visit**<br>**3/21/2019** | **Vicki D Collier**<br>**MRN: 000010372397** |
|---|---|

### Visit Information

| Date & Time | Provider | Department | Dept. Phone | Encounter # |
|---|---|---|---|---|
| 3/21/2019  1:30 PM | Close, Catherine Cotterman (M.D.), M.D. | DERMATOLOGY | 833-574-2273 | 495154485 |

### Reason for Call/Visit

| **SKIN SCREEN** | full skin check |
|---|---|

### Call Documentation

No notes of this type exist for this encounter.

### Vitals

LMP
12/31/2013

### Nursing Notes

**Ponce, Alysia Priscilla (L.V.N.), L.V.N. at 3/21/2019  4:46 PM**

Status:  Signed

Patient identified with two identifiers.

**Chief Complaint**
Patient presents with

- SKIN SCREEN
  *full skin check*

Any history or Family history of melanoma:No

Preferred pharmacy selected.

PC SANTA CLARITA
27107 Tourney Road
Santa Clarita CA 91355
Phone: 661-222-2155 Fax: 866-616-7294

PROACTIVE CARE ACTIONS

Proactive Office Encounter Actions: The patient exercises 420 minutes per week at a moderate to strenuous level.

### Progress Notes

**Close, Catherine Cotterman (M.D.), M.D. at 3/21/2019  9:42 PM**

COLLIER APL 0329

LIB000656

**KAISER PERMANENTE**

SANTA CLARITA MEDICAL OFFICES U
27107 TOURNEY RD
SANTA CLARITA CA 91355-1860
SCAL HIM ROI ALMR

Collier, Vicki D
MRN: 000010372397, DOB: ███████ Sex: F
Visit date: 3/21/2019

---

Progress Notes (continued)

Close, Catherine Cotterman (M.D.), M.D. at 3/21/2019  9:42 PM (continued)

Author Type:  Physician          Status:  Signed

CC: Here for skin check

HPI: 55 year old female presents with lesion(s) on left nose.  some bleeding, no pain.  Present for many months. No prior treatment.

Also with scattered brown rough verrucous papules. No bleeding. No pain. Some itching at times.

yes past Hx of Skin cancer BASAL CELL CARCINOMA on chest

PmHx: Patient Active Problem List:
   HEAVY MENSTRUAL BLEEDING (MENORRHAGIA)
   RIGHT CONJUNCTIVAL CYST
   BILAT ROTATOR CUFF SYNDROME


ROS:
Skin: Negative, unless noted below
Constitutional: Feels well, general health good. No fever, night sweats, chills. No unintentional weight loss
Allergies: Patient has no known allergies.


EXAM:
LMP 12/31/2013
Constitutional:  Well developed, nourished, no distress

The following additional areas were examined and were without significant lesions, except as noted below:
Conjunctivae and eyelids, lips, digits and nails of fingers, scalp, face, neck, chest, abdomen, back, right and left upper extremity, right and left lower extremity
Buttocks, breasts were examined.
Skin: see below

A/P

NEOPLASM OF UNCERTAIN BEHAVIOR
Note: 1mm x 1mm pearly pink papule on left alar crease.
Most likely basal cell carcinoma. Discussed ddx and I recommended doing a biopsy today. Patient declines.  She wants to think about it and will email me when she is ready

SEBORRHEIC KERATOSIS

Kaiser Permanente                                                          Page  6

COLLIER APL 0330

**LIB000657**

**KAISER PERMANENTE**

SANTA CLARITA MEDICAL
OFFICES U
27107 TOURNEY RD
SANTA CLARITA CA 91355-
1860
SCAL HIM ROI ALMR

Collier, Vicki D
MRN: 000010372397, DOB: ████    Sex: F
Visit date: 3/21/2019

**Progress Notes (continued)**

**Close, Catherine Cotterman (M.D.), M.D. at 3/21/2019  9:42 PM (continued)**

Note: Brown stuck-on rough papule(s) and plaque(s).
Reassurance given.  These lesions are benign and no treatment is needed.

ECZEMA
Note: faint pink eczematous plaque on right nipple - areola
Patient responded in the past to steroid cream
Plan: resume: BETAMETHASONE, AUGMENTED 0.05 % TOP CREAM BID x 1-2 weeks prn flares
Line bras with cotton cloth to prevent rubbing

NOTALGIA PARESTHETICA
Note: patient c/o itching in center of back
No lesions on skin to account for this itching
Dx: notalgia paresthetica. discussed

RTC for biopsy on nose when patient is ready

Electronically signed by:
CATHERINE COTTERMAN CLOSE MD
3/21/2019
9:42 PM

**Nursing Notes**

**Ponce, Alysia Priscilla (L.V.N.), L.V.N. at 3/21/2019  4:46 PM**

Status:  Signed

Patient identified with two identifiers.

**Chief Complaint**
Patient presents with
- SKIN SCREEN
  *full skin check*

Any history or Family history of melanoma:No

Preferred pharmacy selected.

Kaiser Permanente                                                                                   Page  7

COLLIER APL 0331

LIB000658

# KAISER PERMANENTE

| | |
|---|---|
| SANTA CLARITA MEDICAL OFFICES U<br>27107 TOURNEY RD<br>SANTA CLARITA CA 91355-1860<br>SCAL HIM ROI ALMR | Collier, Vicki D<br>MRN: 000010372397, DOB: ███ Sex: F<br>Visit date: 3/21/2019 |

**Nursing Notes (continued)**

**Ponce, Alysia Priscilla (L.V.N.), L.V.N. at 3/21/2019  4:46 PM (continued)**

PC SANTA CLARITA
27107 Tourney Road
Santa Clarita CA 91355
Phone: 661-222-2155 Fax: 866-616-7294

PROACTIVE CARE ACTIONS

Proactive Office Encounter Actions: The patient exercises 420 minutes per week at a moderate to strenuous level.

**Encounter Messages**

No messages in this encounter

**Diagnoses**

| | Codes | Comments |
|---|---|---|
| **NEOPLASM OF UNCERTAIN BEHAVIOR** | D48.9 | |
| **SEBORRHEIC KERATOSIS** | L82.1 | |
| **ECZEMA** | L30.9 | |
| **NOTALGIA PARESTHETICA** | G60.8 | |

**All Orders and Results**

No orders and results found

**Final Spectacle Rx**

Click to see and print Final Spectacle Rx

**Final CL Rx**

Click to see and print Final Contact Lens Rx

Audit Trail for Eye Care Forms

**Medications the Patient Reported Taking**

**Betamethasone Dipropionate Aug (DIPROLENE AF) 0.05 % Top Crea (Taking)**

**Medications Discontinued During This Encounter**

| | Reason for Discontinue |
|---|---|
| **Betamethasone Dipropionate Aug (DIPROLENE AF) 0.05 % Top Crea** | Continue Therapy |

**Prescriptions Ordered This Encounter**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **Betamethasone Dipropionate Aug (DIPROLENE AF) 0.05 % Top Crea** | 50 | 2/2 | 3/21/2019 | 3/20/2021 |

Sig: Apply to plaque(s) of eczema 2 times daily for 1 week, then stop and resume for flares
Class: Fill Now
Route: Topical

**Social Documentation as of 3/21/2019**

COLLIER APL 0332

**LIB000659**

**KAISER PERMANENTE**

| | | |
|---|---|---|
| | SANTA CLARITA MEDICAL OFFICES U<br>27107 TOURNEY RD<br>SANTA CLARITA CA 91355-1860<br>SCAL HIM ROI ALMR | Collier, Vicki D<br>MRN: 000010372397, DOB: ▉▉▉ Sex: F<br>Visit date: 3/21/2019 |

---

**Social Documentation as of 3/21/2019 (continued)**

No social documentation on file.

Patient Instructions

Areas that were treated with liquid nitrogen (cold spray) can develop blisters, or even blood blisters. No special treatment is needed as long as the blister roof remains intact. If the blister breaks or becomes large enough to pierce and drain, then treat it as outlined below:

Whenever the upper layer of skin is removed, e.g. shave biopsy (removing a thin sliver of skin for microscopic exam), curettage and electrodessication (scraping and burning to remove a shallow skin growth), laser vaporization, or removal of a blister roof, the following treatment should be used:

## After 24 hours:

## Wash the area with soap and water, gently pat dry, apply Vaseline or Aquaphor and a band-aide once a day.

## For the face 7 to 10 days

## For the body 10 to 14 days

The treatment site may take a few weeks to heal; healing is faster on the facial region, and slower on the lower legs.

The oozing of clear, yellow fluid (serum) may persist until the area heals completely. The appearance of thick, creamy, yellow pus, plus a sudden increase in redness, swelling, and pain, signifies an infection; if this happens, please call your doctor for additional instructions.

To leave messages and make appointments in Dermatology,

call 833-574-2273

**All Flowsheet Data (all recorded)**

**Exercise Vitals**

| Row Name | 03/21/19 1646 |
|---|---|
| Exercise Level of Effort | |
| Days per week of moderate to strenuous exercise (like a brisk walk) | 7  -AP |
| On average, minutes per | 60  -AP |

COLLIER APL 0333

LIB000660

# KAISER PERMANENTE

SANTA CLARITA MEDICAL
OFFICES U
27107 TOURNEY RD
SANTA CLARITA CA 91355-
1860
SCAL HIM ROI ALMR

Collier, Vicki D
MRN: 000010372397, DOB: ███████, Sex: F
Visit date: 3/21/2019

---

**All Flowsheet Data (all recorded) (continued)**

**Exercise Vitals   (continued)**

| Row Name | 03/21/19 1646 |
|---|---|
| day of exercise at this level | |

**User Key**                                              (r) = Recorded By, (t) = Taken By, (c) = Cosigned By

| Initials | Name | Effective Dates | Provider Type | Discipline |
|---|---|---|---|---|
| AP | Ponce, Alysia Priscilla (L.V.N.), L.V.N. | 12/02/18 - | LICENSED VOCATIONAL NURSE | — |

COLLIER APL 0334

**LIB000661**

# KAISER PERMANENTE

SANTA CLARITA MEDICAL
OFFICES U
27107 TOURNEY RD
SANTA CLARITA CA 91355-
1860
SCAL HIM ROI ALMR

Collier, Vicki D
MRN: 000010372397, DOB: ███████ Sex: F
Visit date: 3/21/2019

---

**Encounter-Level Documents - 03/21/2019:**

---

## AFTER VISIT SUMMARY

**Vicki D. Collier** MRN: 000010372397

KAISER PERMANENTE.

📅 3/21/2019 1:30 PM  📍 DERMATOLOGY

### Instructions from CATHERINE COTTERMAN CLOSE MD, M.D.

Your personalized instructions can be found at the end of this document.

### Today's Visit

You saw CATHERINE COTTERMAN CLOSE MD, M.D. on Thursday March 21, 2019. The following issues were addressed:
- NEOPLASM OF UNCERTAIN BEHAVIOR
- SEBORRHEIC KERATOSIS
- ECZEMA
- NOTALGIA PARESTHETICA

### What's Next

#### Upcoming Appointments

MAR **28** 2019  Office Visit with SYLVIA LIU XIN MANN MD, M.D.
Thursday March 28 2:10 PM

APR **25** 2019  Procedure with SONU MALIK BRARA MD, M.D.
Thursday April 25 11:20 AM

OBSTETRICS & GYNECOLOGY
27107 TOURNEY ROAD
SANTA CLARITA CA 91355-1860
888-778-5000

NEUROLOGY
8001 VENTURA CANYON AVE
PANORAMA CITY CA 91402-6312
833-574-2273

#### Medications You Will Be Given

NOV **30** 2017  Triamcinolone Acetonide (KENALOG)
Next due Thursday November 30 (Overdue)
Expected: one time (1 dose remaining)

OCT **16** 2018  OnabotulinumtoxinA (BOTOX)
Next due Tuesday October 16 (Overdue)
Expected: one time (1 dose remaining)

OCT **16** 2018  OnabotulinumtoxinA (BOTOX COSMETIC)
Next due Tuesday October 16 (Overdue)
Expected: one time (1 dose remaining)

JAN **17** 2019  OnabotulinumtoxinA (BOTOX COSMETIC)
Next due Thursday January 17 (Overdue)
Expected: one time (1 dose remaining)

## Medications

### NEW Medications

Betamethasone Dipropionate Aug (DIPROLENE AF) 0.05 % Top Crea

Vicki D. Collier (MRN: 000010372397) • Printed at 3/26/19  4:54 PM          Page 1 of 4  *Epic*
This is confidential information. Do not throw away in a Kaiser Permanente trash can.

---

COLLIER APL 0335

**LIB000662**

## KAISER PERMANENTE

SANTA CLARITA MEDICAL
OFFICES U
27107 TOURNEY RD
SANTA CLARITA CA 91355-
1860
SCAL HIM ROI ALMR

Collier, Vicki D
MRN: 000010372397, DOB: ███████  Sex: F
Visit date: 3/21/2019

**Encounter-Level Documents - 03/21/2019: (continued)**

### Visit Medication List

Patient reported, restarted, and new medications relevant to this visit.
This may not reflect all medications the patient is taking.

| | Dosage |
|---|---|
| **Betamethasone Dipropionate Aug** (DIPROLENE AF) 0.05 % Top Crea **(Taking)** | Apply to plaque(s) of eczema 2 times daily for 1 week, then stop and resume for flares |

Common Medication Direction Abbreviations
PO = Orally, QD = Once/day, BID = Twice/day, TID = 3x/day, QID = 4x/day, PRN = as needed
QHS = Every night at bedtime, AC = Before meals, PC = After meals, c̄ = With, s̄ = Without

### Allergies as of 3/21/2019

Reviewed On: 3/21/2019 By: Ponce, Alysia Priscilla (L.V.N.), L.V.N.

No Known Allergies

# KAISER PERMANENTE

SANTA CLARITA MEDICAL
OFFICES U
27107 TOURNEY RD
SANTA CLARITA CA 91355-
1860
SCAL HIM ROI ALMR

Collier, Vicki D
MRN: 000010372397, DOB: ███   Sex: F
Visit date: 3/21/2019

**Encounter-Level Documents - 03/21/2019: (continued)**

## Instructions from CATHERINE COTTERMAN CLOSE MD, M.D.

Areas that were treated with liquid nitrogen (cold spray) can develop blisters, or even blood blisters. No special treatment is needed as long as the blister roof remains intact. If the blister breaks or becomes large enough to pierce and drain, then treat it as outlined below:

Whenever the upper layer of skin is removed, e.g. shave biopsy (removing a thin sliver of skin for microscopic exam), curettage and electrodessication (scraping and burning to remove a shallow skin growth), laser vaporization, or removal of a blister roof, the following treatment should be used:

### After 24 hours:

Wash the area with soap and water, gently pat dry, apply Vaseline or Aquaphor and a band-aide once a day.

### For the face 7 to 10 days

### For the body 10 to 14 days

The treatment site may take a few weeks to heal; healing is faster on the facial region, and slower on the lower legs.

The oozing of clear, yellow fluid (serum) may persist until the area heals completely. The appearance of thick, creamy, yellow pus, plus a sudden increase in redness, swelling, and pain, signifies an infection; if this happens, please call your doctor for additional instructions.

To leave messages and make appointments in Dermatology,

call 833-574-2273

## General Information

**Protect yourself from the flu.  Get vaccinated.**

The flu is a serious, contagious illness caused by influenza viruses. Anyone can get the flu. It can cause mild to severe illness. The best way to prevent the flu is by getting a flu shot each year. The CDC and Kaiser Permanente recommend everyone 6 months and older get a flu shot every year.

Flu shot clinics open in September. No appointment is necessary.

Flu shots are available at no charge to members at Kaiser Permanente medical facilities.

For information about hours, times, and locations, please visit kp.org/flu or call 1-866-70-NOFLU (1-866-706-6358).

Vicki D. Collier (MRN: 000010372397) • Printed at 3/26/19  4:54 PM             Page 3 of 4   *Epic*
This is confidential information. Do not throw away in a Kaiser Permanente trash can.

COLLIER APL 0337

**LIB000664**

# KAISER PERMANENTE

SANTA CLARITA MEDICAL
OFFICES U
27107 TOURNEY RD
SANTA CLARITA CA 91355-
1860
SCAL HIM ROI ALMR

Collier, Vicki D
MRN: 000010372397, DOB:          Sex: F
Visit date: 3/21/2019

---

**Encounter-Level Documents - 03/21/2019: (continued)**

Adults should participate in at least 30 minutes, and children at least 60 minutes, of moderate exercise (such as brisk walking) for five or more days each week, unless instructed otherwise by your provider. For more information on the health benefits of walking please refer to http://www.everybodywalk.org. THRIVE!

Register at www.kp.org to email your physician, renew prescriptions, request appointments, learn more about your personal health, or obtain tips for healthy living!

Save money and time! Get your refills for home delivery at www.kp.org/refill

Vicki D. Collier (MRN: 000010372397) • Printed at 3/26/19  4:54 PM          Page 4 of 4   *Epic*
This is confidential information. Do not throw away in a Kaiser Permanente trash can.

---

**Order-Level Documents:**

There are no order-level documents.

{\*\EpicData xml <epicdata format="IDMPainter"><DocumentsDone>1</DocumentsDone></epicdata> }

**Encounter-Level E-Signatures:**

No documentation.

Kaiser Permanente                                                            Page 14

LIB000665

**KAISER PERMANENTE**

SANTA CLARITA MEDICAL
OFFICES U
27107 TOURNEY RD
SANTA CLARITA CA 91355-
1860
SCAL HIM ROI ALMR

Collier, Vicki D
MRN: 000010372397, DOB: ███████  Sex: F
Visit date: 3/21/2019

**Encounter-Level E-Signatures: (continued)**

**LIB000666**

**KAISER PERMANENTE**

SANTA CLARITA MEDICAL
OFFICES U
27107 TOURNEY RD
SANTA CLARITA CA 91355-
1860
SCAL HIM ROI ALMR

Collier, Vicki D
MRN: 000010372397, DOB: ███████  Sex: F
Visit date: 3/21/2019

**END OF ENCOUNTER**

COLLIER APL 0340

**LIB000667**

# KAISER PERMANENTE

SANTA CLARITA MEDICAL OFFICES U
27107 TOURNEY RD
SANTA CLARITA CA 91355-1860
SCAL HIM ROI ALMR

Collier, Vicki D
MRN: 000010372397, DOB  Sex: F
Visit date: 3/28/2019

| **Office Visit**<br>**3/28/2019** | **Vicki D Collier**<br>**MRN: 000010372397** |
|---|---|

**Visit Information**

| Date & Time | Provider | Department | Dept. Phone | Encounter # |
|---|---|---|---|---|
| 3/28/2019  2:10 PM | Mann, Sylvia Liu Xin (M.D.), M.D. | OBSTETRICS & GYNECOLOGY | 833-574-2273 | 505955684 |

**Reason for Call/Visit**

| **VAGINAL ITCHING** | ongoing |
|---|---|

**Call Documentation**

No notes of this type exist for this encounter.

**Vitals**

| BP | Pulse | Ht | Wt | LMP |
|---|---|---|---|---|
| 98/63 | 62 | 5' 6" (1.676 m) | 127 lb 3.3 oz (57.7 kg) | 12/31/2013 |

**Nursing Notes**

**Robles, Lilly (L.V.N.), L.V.N. at 3/28/2019  2:11 PM**

Status:  Signed

Arm band checked? Yes

Patient's last menstrual period was 12/31/2013.
Last Pap Smear : 7/30/18 (GYN CYTOLOGY)
Last Pap Smear : 8/29/16 (GYN CYTOLOGY)
Last Pap Smear : 10/25/12 (PAP, BETHESDA SYSTEM)
Last Mammogram Test:  2/9/19 (MAMMO BILAT SCREENING SEQUENTIAL W OR WO COMPUTER AIDED DETECTION ANALYSIS)
Last Mammogram Test:  1/22/16 (MAMMO BILAT SCREENING 2 VIEWS EA BREAST W OR WO COMPUTER AIDED DETECTION ANALYSIS)
@INTVIOLENCE@

**OB History**

| Gravida | Para | Term | Preterm | AB | Living |
|---|---|---|---|---|---|
| 4 | 4 | | | | 4 |
| SAB | TAB | Ectopic | Multiple | Live Births | |

The current method of family planning is post menopausal status.

PC SANTA CLARITA
27107 Tourney Road
Santa Clarita CA 91355
Phone: 661-222-2155 Fax: 866-616-7294
 Yes

**Vitals:**

| | 03/28/19 1410 |
|---|---|
| BP: | 129/76 |

COLLIER APL 0341

LIB000668

# KAISER PERMANENTE

SANTA CLARITA MEDICAL
OFFICES U
27107 TOURNEY RD
SANTA CLARITA CA 91355-
1860
SCAL HIM ROI ALMR

Collier, Vicki D
MRN: 000010372397, DOB: ███████  Sex: F
Visit date: 3/28/2019

---

**Nursing Notes (continued)**

**Robles, Lilly (L.V.N.), L.V.N. at 3/28/2019  2:11 PM (continued)**

Pulse:        87
Weight:     184 lb 4.9 oz (83.6 kg)
Height:      5' 6" (1.676 m)

Vicki D Collier exercises unknown minutes unknown days per week at a moderate or strenuous level.

Allergies reviewed
Current Allergies:
Allergies as of 03/28/2019
• (No Known Allergies)

Smoking status verified
History
Smoking Status
• Former Smoker
• Quit date:                          1/3/1990
Smokeless Tobacco
• Never Used

Proactive Office Encounter Actions:

AVS GIVEN TO PATIENT WITH INSTRUCTION.

---

**Progress Notes**

**Mann, Sylvia Liu Xin (M.D.), M.D. at 3/28/2019  2:53 PM**

| Author Type: | Physician | Status: | Signed |
|---|---|---|---|

Vicki D Collier is a 55 year old female
C/o following issues:
Had some genital warts treated in the office, still has some residual lesions, would like to obtain further

Kaiser Permanente                                                                                  Page 18

LIB000669

**KAISER PERMANENTE**     SANTA CLARITA MEDICAL     Collier, Vicki D
                         OFFICES U                 MRN: 000010372397, DOB: ████  Sex: F
                         27107 TOURNEY RD          Visit date: 3/28/2019
                         SANTA CLARITA CA 91355-
                         1860
                         SCAL HIM ROI ALMR

---

**Progress Notes (continued)**

**Mann, Sylvia Liu Xin (M.D.), M.D. at 3/28/2019  2:53 PM (continued)**

---

treatment

Tenderness left labia
Menopausal x 5 years
No HRT
Had vaginal dryness with intercourse which improved with vaginal estrogen cream
Pt stopped using cream for a while
Now has a tender area left labia for the past few days
Denies hx of genital HSV

+hx of endometriosis
No active problems since menopause

**Vitals:**

|        | 03/28/19 1410          |
|--------|------------------------|
| BP:    | 98/63                  |
| Pulse: | 62                     |
| Weight:| 57.7 kg (127 lb 3.3 oz)|
| Height:| 1.676 m (5' 6")        |

In NAD

Pelvic:
External genitalia - no lesions or abnormalities other than 2 tiny genital warts right labial majora near right thigh, there is a 1 cm size fissure noted left labia - mid
BUS - no masses, nt
Bladder /Urethra - nt on palpation, no nodularities, no lesions noted
Vagina - no lesions, no abnormal discharge
Cervix - no gross lesions, no cervical motion tenderness
Uterus - normal size, non tender
Adnexa - no palpable masses, non tender bilat

A:
N95.2 POSTMENOPAUSAL ATROPHIC VAGINITIS
A63.0 GENITAL WART

P:
aldara 3 x per week for genital warts

Restart vaginal estrogen 2-3 x per week.  May apply small portion at left labial fissure.  HSV culture obtained from this fissure

F/u prn

Calcium vitamin D and weight bearing exercise discussed.  DEXA age 60

Kaiser Permanente                                                          Page 19

LIB000670

## KAISER PERMANENTE

| | | |
|---|---|---|
| SANTA CLARITA MEDICAL OFFICES U | Collier, Vicki D | |
| 27107 TOURNEY RD | MRN: 000010372397, DOB ▮▮▮ | Sex: F |
| SANTA CLARITA CA 91355-1860 | Visit date: 3/28/2019 | |
| SCAL HIM ROI ALMR | | |

**Progress Notes (continued)**

**Mann, Sylvia Liu Xin (M.D.), M.D. at 3/28/2019  2:53 PM (continued)**

Orders Placed This Encounter
- HERPES SIMPLEX VIRUS RAPID CULTURE
- Imiquimod (ALDARA) 5 % Top CrPk

Electronically signed by Sylvia L. Mann, M.D.3/28/2019, 2:57 PM

**Nursing Notes**

**Robles, Lilly (L.V.N.), L.V.N. at 3/28/2019  2:11 PM**

Status:  Signed

Arm band checked? Yes

Patient's last menstrual period was 12/31/2013.
Last Pap Smear : 7/30/18 (GYN CYTOLOGY)
Last Pap Smear : 8/29/16 (GYN CYTOLOGY)
Last Pap Smear : 10/25/12 (PAP, BETHESDA SYSTEM)
Last Mammogram Test:  2/9/19 (MAMMO BILAT SCREENING SEQUENTIAL W OR WO COMPUTER AIDED DETECTION ANALYSIS)
Last Mammogram Test:  1/22/16 (MAMMO BILAT SCREENING 2 VIEWS EA BREAST W OR WO COMPUTER AIDED DETECTION ANALYSIS)
@INTVIOLENCE@

**OB History**

| Gravida | Para | Term | Preterm | AB | Living |
|---------|------|------|---------|-----|--------|
| 4 | 4 | | | | 4 |
| SAB | TAB | Ectopic | Multiple | Live Births | |

The current method of family planning is post menopausal status.

PC SANTA CLARITA
27107 Tourney Road
Santa Clarita CA 91355
Phone: 661-222-2155 Fax: 866-616-7294
 Yes

**Vitals:**

| | 03/28/19 1410 |
|---|---|
| BP: | 129/76 |

COLLIER APL 0344

**LIB000671**

# KAISER PERMANENTE

SANTA CLARITA MEDICAL
OFFICES U
27107 TOURNEY RD
SANTA CLARITA CA 91355-
1860
SCAL HIM ROI ALMR

Collier, Vicki D
MRN: 000010372397, DOB: ███████ Sex: F
Visit date: 3/28/2019

---

**Nursing Notes (continued)**

**Robles, Lilly (L.V.N.), L.V.N. at 3/28/2019  2:11 PM (continued)**

Pulse:       87
Weight:      184 lb 4.9 oz (83.6 kg)
Height:      5' 6" (1.676 m)

Vicki D Collier exercises unknown minutes unknown days per week at a moderate or strenuous level.

Allergies reviewed
Current Allergies:
Allergies as of 03/28/2019
- (No Known Allergies)

Smoking status verified
History
Smoking Status
- Former Smoker
- Quit date:                                    1/3/1990
Smokeless Tobacco
- Never Used

Proactive Office Encounter Actions:

AVS GIVEN TO PATIENT WITH INSTRUCTION.

---

**Encounter Messages**

No messages in this encounter

**Diagnoses**

|  | Codes | Comments |
|---|---|---|
| **POSTMENOPAUSAL ATROPHIC VAGINITIS** | N95.2 |  |
| **GENITAL WART** | A63.0 |  |

---

**Lab - All Orders and Results**

HERPES SIMPLEX VIRUS RAPID CULTURE [712439278]

| | |
|---|---|
| Electronically signed by:  **Mann, Sylvia Liu Xin (M.D.), M.D. on 03/28/19 1440** | Status:  **Completed** |
| Ordering user:  Mann, Sylvia Liu Xin (M.D.), M.D. 03/28/19 1440 | Authorized by:  Mann, Sylvia Liu Xin (M.D.), M.D. |

Ordering mode:  Standard
Frequency:  Routine  03/28/19 -
Diagnoses
POSTMENOPAUSAL ATROPHIC VAGINITIS

---

Kaiser Permanente

COLLIER APL 0345

LIB000672

# KAISER PERMANENTE

| | | |
|---|---|---|
| SANTA CLARITA MEDICAL OFFICES U<br>27107 TOURNEY RD<br>SANTA CLARITA CA 91355-1860<br>SCAL HIM ROI ALMR | Collier, Vicki D<br>MRN: 000010372397, DOB: ▮▮▮▮ Sex: F<br>Visit date: 3/28/2019 | |

### Lab - All Orders and Results (continued)

**HERPES SIMPLEX VIRUS RAPID CULTURE [712439278] (continued)**

Specimen Information

| Type | Source | Collected By |
|---|---|---|
| — | GENITAL LESION | Medical Doctor,Collect 03/28/19 1451 |

| HERPES SIMPLEX VIRUS RAPID CULTURE [712439278] | Resulted: 03/31/19 1033, Result status: Final result |
|---|---|

Order status:  Completed                          Resulting lab:  SHERMAN WAY REGIONAL LABORATORY
Narrative:
RMS ACCN: 655742116

Specimen Information

| ID | Type | Source | Collected On |
|---|---|---|---|
| C00002201908705 4821 | — | GENITAL LESION | 03/28/19 1451 |

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| FINAL RESULT | No Herpes simplex virus isolated in cell culture. | — | — |

### Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **240 - 956** | SHERMAN WAY REGIONAL LABORATORY | Steven McLaren, DO | 11668 Sherman Way NORTH HOLLYWOOD CA 91605 | 03/28/19 2317 - Present |

### Final Spectacle Rx

Click to see and print Final Spectacle Rx

### Final CL Rx

Click to see and print Final Contact Lens Rx

Audit Trail for Eye Care Forms

### Medications the Patient Reported Taking

**Imiquimod (ALDARA) 5 % Top CrPk (Taking)**
**Estradiol (ESTRACE) 0.01 % (0.1 mg/gram) Vagl Crea (Taking)**

### Prescriptions Ordered This Encounter

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **Imiquimod (ALDARA) 5 % Top CrPk**<br>Sig: Apply thin layer to affected area(s) 3 times a week<br>Class: Fill Now<br>Route: Topical | 12 | 1/1 | 3/28/2019 | 3/27/2021 |

### Social Documentation as of 3/28/2019

No social documentation on file.

## Patient Instructions

**Return for Care:**  Return if symptoms worsen or fail to improve.
**The new Santa Clarita Medical Offices 2 Building located at 26877 Tourney Road**
Specialties at this new location will include:
- Cardiology
- Endocrinology

COLLIER APL 0346

LIB000673

**KAISER PERMANENTE**

SANTA CLARITA MEDICAL
OFFICES U
27107 TOURNEY RD
SANTA CLARITA CA 91355-
1860
SCAL HIM ROI ALMR

Collier, Vicki D
MRN: 000010372397, DOB:  Sex: F
Visit date: 3/28/2019

- General surgery
- Head and neck surgery
- Hematology/Oncology
- Infectious Disease
- Infusion center and Wound Clinic
- **N**ephrology
- **N**eurology
- OphthalmologyOrthopedics/Podiatry
- Pain Management
- Physical Medicine
- Pulmonology
- Rheumatology
- Urgent Care
- Urology

## Santa Clarita Medical Offices 1 hours of operation

**Regular Clinic Hours:**
Monday - Friday 8:00 am - 12:00pm and 1:30pm - 4:30 pm

**Nurse Visits**
Monday - Friday 9:00am-5:00pm

## Santa  Clarita  Medical Offices 2 hours of operation

**Urgent Care Hours:**
Monday - Friday 8:30 am - 8:00 pm
Saturday and Sunday 9:00 am - 8:00 pm

## Santa  Clarita  Lab Hours of operation

**Santa Clarita Lab Hours Medical Office 1**
Monday - Friday: 8 am to 7:00 pm ( **CLOSE ON WEEKENDS )**

**Santa Clarita Lab Hours Medical Office 2**

Monday- Friday 8am to 9:00 pm
Saturday and Sunday: 9 am to 8:00 pm

**Canyon Country Lab Hours**

Kaiser Permanente

Page 23

COLLIER APL 0347

**LIB000674**

**KAISER PERMANENTE**

SANTA CLARITA MEDICAL
OFFICES U
27107 TOURNEY RD
SANTA CLARITA CA 91355-
1860
SCAL HIM ROI ALMR

Collier, Vicki D
MRN: 000010372397, DOB: ███████  Sex: F
Visit date: 3/28/2019

Monday - Friday: 9:00 am-12:00 pm and 1:30 pm-4:30 pm

**Thank you for choosing Kaiser Permanente for your health care needs. If you have any questions regarding appointments, finding a primary care physician, nurse advice, or sending a message to your physician, please call (833) 574-2273.**

**If you are not already using Internet based services at www.kp.org please sign up at your earliest convenience. You can have access to information about health and wellness, review your health plan, speak with your physician via e-mail, refill your prescriptions, schedule appointments, check your test results and much more.**

**Department appointments - 1-833-574-2273**
**Ophthalmology Surgery Scheduler - Laura 818-815-5684**

**Santa Clarita Education Department - 661-222-2100**

**Behavioral Health Care Member Help Line - 1-800-900-3277**

**Member Services - 1-800-464-4000**

**If you have a medical _EMERGENCY_ please call 911!!!**

**Follow-up and Disposition**

Return if symptoms worsen or fail to improve.

**Follow-up and Disposition History**

03/28/2019 1457 - Sylvia Liu Xin (M.D.) Mann, M.D.

Dispositions:                                    Return if symptoms worsen or fail to improve.

**All Flowsheet Data (all recorded)**

**Encounter Vitals**

| Row Name | 03/28/19 1410 |
|---|---|
| Enc Vitals | |
| BP | 98/63 [1] -YC |
| Pulse | 62 [2] -YC |
| Wt (gms) | 127 lb 3.3 oz (57.7 kg) [3] -YC |
| Height | 5' 6" (1.676 m) -LR |

**Custom Formula Data**

| Row Name | 03/28/19 1410 |
|---|---|
| Vitals | |
| Pct Wt Change | 0 % [4] -YC |
| OTHER | |

Kaiser Permanente                                                                                    Page 24

COLLIER APL 0348

LIB000675

## KAISER PERMANENTE

| | | |
|---|---|---|
| SANTA CLARITA MEDICAL OFFICES U<br>27107 TOURNEY RD<br>SANTA CLARITA CA 91355-1860<br>SCAL HIM ROI ALMR | Collier, Vicki D<br>MRN: 000010372397, DOB | Sex: F<br>Visit date: 3/28/2019 |

**All Flowsheet Data (all recorded) (continued)**

**Custom Formula Data (continued)**

| Row Name | 03/28/19 1410 |
|---|---|
| BSA (System Calculated) | 1.64 [5] -YC |
| Mean Arterial Pressure (MAP) | 75 [6] -YC |
| Body Mass Index | 15.42 [7] -YC |
| Body Mass Index | 21 [8] -YC |
| Birth Weight | 0 [9] -YC |
| % Change from Birth Weight | 577014891.45 [10] -YC |
| Weight change from previous (gm) | 0 [11] -YC |
| BSA (Dubois) | 1.649 [12] -YC |
| Ideal Body Weight (calculated) | 58.57 [13] -YC |
| BSA (Last Ht) | 1.64 [14] -YC |
| BMI (Last Ht) | 21 [15] -YC |

**Audit Information**

| Ref # | Row Name | Time Taken | Time Recorded | Value | User |
|---|---|---|---|---|---|
| 1 | BP | 03/28/19 1410 | 03/28/19 1414 | 98/63 | YC |
| 1 | BP | 03/28/19 1410 | 03/28/19 1412 | — | LR |
| 1 | BP | 03/28/19 1410 | 03/28/19 1410 | 129/76 | LR |
| 2 | Pulse | 03/28/19 1410 | 03/28/19 1414 | 62 | YC |
| 2 | Pulse | 03/28/19 1410 | 03/28/19 1412 | — | LR |
| 2 | Pulse | 03/28/19 1410 | 03/28/19 1410 | 87 | LR |
| 3 | Weight | 03/28/19 1410 | 03/28/19 1414 | 127 lb 3.3 oz (57.7 kg) | YC |
| 3 | Weight | 03/28/19 1410 | 03/28/19 1412 | — | LR |
| 3 | Weight | 03/28/19 1410 | 03/28/19 1410 | 184 lb 4.9 oz (83.6 kg) | LR |
| 4 | Pct Wt Change | 03/28/19 1410 | 03/28/19 1414 | 0 % | YC |
| 4 | Pct Wt Change | 03/28/19 1410 | 03/28/19 1412 | — | LR |
| 4 | Pct Wt Change | 03/28/19 1410 | 03/28/19 1410 | 0 % | LR |
| 5 | BSA (System Calculated) | 03/28/19 1410 | 03/28/19 1414 | 1.64 | YC |
| 5 | BSA (System Calculated) | 03/28/19 1410 | 03/28/19 1412 | — | LR |
| 5 | BSA (System Calculated) | 03/28/19 1410 | 03/28/19 1410 | 1.97 | LR |
| 6 | Mean Arterial Pressure (MAP) | 03/28/19 1410 | 03/28/19 1414 | 75 | YC |
| 6 | Mean Arterial Pressure (MAP) | 03/28/19 1410 | 03/28/19 1412 | — | LR |
| 6 | Mean Arterial Pressure (MAP) | 03/28/19 1410 | 03/28/19 1410 | 94 | LR |
| 7 | Body Mass Index | 03/28/19 1410 | 03/28/19 1414 | 15.42 | YC |
| 7 | Body Mass Index | 03/28/19 1410 | 03/28/19 1412 | — | LR |
| 7 | Body Mass Index | 03/28/19 1410 | 03/28/19 1410 | 22.34 | LR |
| 8 | Body Mass Index | 03/28/19 1410 | 03/28/19 1414 | 21 | YC |

COLLIER APL 0349

**LIB000676**

# KAISER PERMANENTE

SANTA CLARITA MEDICAL OFFICES U
27107 TOURNEY RD
SANTA CLARITA CA 91355-1860
SCAL HIM ROI ALMR

Collier, Vicki D
MRN: 000010372397, DOB: ████   Sex: F
Visit date: 3/28/2019

All Flowsheet Data (all recorded) (continued)

Audit Information (continued)

| Ref # | Row Name | Time Taken | Time Recorded | Value | User |
|---|---|---|---|---|---|
| 8 | Body Mass Index | 03/28/19 1410 | 03/28/19 1412 | — | LR |
| 8 | Body Mass Index | 03/28/19 1410 | 03/28/19 1410 | 30 | LR |
| 9 | Birth Weight | 03/28/19 1410 | 03/28/19 1414 | 0 | YC |
| 9 | Birth Weight | 03/28/19 1410 | 03/28/19 1412 | — | LR |
| 9 | Birth Weight | 03/28/19 1410 | 03/28/19 1410 | 0 | LR |
| 10 | % Change from Birth Weight | 03/28/19 1410 | 03/28/19 1414 | 577014891.45 | YC |
| 10 | % Change from Birth Weight | 03/28/19 1410 | 03/28/19 1412 | — | LR |
| 10 | % Change from Birth Weight | 03/28/19 1410 | 03/28/19 1410 | 836019389.35 | LR |
| 11 | Weight change from previous (gm) | 03/28/19 1410 | 03/28/19 1414 | 0 | YC |
| 11 | Weight change from previous (gm) | 03/28/19 1410 | 03/28/19 1412 | — | LR |
| 11 | Weight change from previous (gm) | 03/28/19 1410 | 03/28/19 1410 | 0 | LR |
| 12 | BSA (Dubois) | 03/28/19 1410 | 03/28/19 1414 | 1.649 | YC |
| 12 | BSA (Dubois) | 03/28/19 1410 | 03/28/19 1412 | — | LR |
| 12 | BSA (Dubois) | 03/28/19 1410 | 03/28/19 1410 | 1.93 | LR |
| 13 | Ideal Body Weight (calculated) | 03/28/19 1410 | 03/28/19 1414 | 58.57 | YC |
| 13 | Ideal Body Weight (calculated) | 03/28/19 1410 | 03/28/19 1410 | 58.57 | LR |
| 14 | BSA (Last Ht) | 03/28/19 1410 | 03/28/19 1414 | 1.64 | YC |
| 14 | BSA (Last Ht) | 03/28/19 1410 | 03/28/19 1412 | — | LR |
| 14 | BSA (Last Ht) | 03/28/19 1410 | 03/28/19 1410 | 1.97 | LR |
| 15 | BMI (Last Ht) | 03/28/19 1410 | 03/28/19 1414 | 21 | YC |
| 15 | BMI (Last Ht) | 03/28/19 1410 | 03/28/19 1412 | — | LR |
| 15 | BMI (Last Ht) | 03/28/19 1410 | 03/28/19 1410 | 30 | LR |

**User Key**                                            (r) = Recorded By, (t) = Taken By, (c) = Cosigned By

| Initials | Name | Effective Dates | Provider Type | Discipline |
|---|---|---|---|---|
| LR | Robles, Lilly (L.V.N.), L.V.N. | 08/30/18 - | LICENSED VOCATIONAL NURSE | — |
| YC | Cuen, Yessica (L.V.N.), L.V.N. | 12/02/18 - | LICENSED VOCATIONAL NURSE | — |

Kaiser Permanente

COLLIER APL 0350

LIB000677

# KAISER PERMANENTE

SANTA CLARITA MEDICAL
OFFICES U
27107 TOURNEY RD
SANTA CLARITA CA 91355-
1860
SCAL HIM ROI ALMR

Collier, Vicki D
MRN: 000010372397, DOB: ███████  Sex: F
Visit date: 3/28/2019

---

**Encounter-Level Documents - 03/28/2019:**

---



AFTER VISIT SUMMARY

**Vicki D. Collier** MRN: 000010372397

KAISER PERMANENTE.

📅 3/28/2019  2:10 PM  📍 OBSTETRICS & GYNECOLOGY

**Instructions** from SYLVIA LIU XIN MANN MD, M.D.

Your personalized instructions can be found at the end of this document.

📨 Return if symptoms worsen or fail to improve.

**Today's Visit**

You saw SYLVIA LIU XIN MANN MD, M.D. on Thursday March 28, 2019. The following issues were addressed:
- ATROPHIC VAGINITIS
- WART, GENITAL

Blood Pressure 98/63     BMI 20.53

Weight 127 lb 3.3 oz     Height 5' 6"

Pulse 62

**What's Next**

**Upcoming Appointments**

APR 25 2019  Procedure with SONU MALIK BRARA MD, M.D. Thursday April 25 11:20 AM

NEUROLOGY 8001 VENTURA CANYON AVE PANORAMA CITY CA 91402-6312 833-574-2273

**Medications You Will Be Given**

NOV 30 2017  Triamcinolone Acetonide (KENALOG) Next due Thursday November 30 (Overdue) Expected: one time (1 dose remaining)

OCT 16 2018  OnabotulinumtoxinA (BOTOX) Next due Tuesday October 16 (Overdue) Expected: one time (1 dose remaining)

OCT 16 2018  OnabotulinumtoxinA (BOTOX COSMETIC) Next due Tuesday October 16 (Overdue) Expected: one time (1 dose remaining)

JAN 17 2019  OnabotulinumtoxinA (BOTOX COSMETIC) Next due Thursday January 17 (Overdue) Expected: one time (1 dose remaining)

## Medications

### NEW Medications

Imiquimod (ALDARA) 5 % Top CrPk

Vicki D. Collier (MRN: 000010372397) • Printed at 3/28/19  2:57 PM          Page 1 of 5  *Epic*
This is confidential information. Do not throw away in a Kaiser Permanente trash can.

---

COLLIER APL 0351

LIB000678

**KAISER PERMANENTE**

SANTA CLARITA MEDICAL OFFICES U
27107 TOURNEY RD
SANTA CLARITA CA 91355-1860
SCAL HIM ROI ALMR

Collier, Vicki D
MRN: 000010372397, DOB: ██████  Sex: F
Visit date: 3/28/2019

**Encounter-Level Documents - 03/28/2019: (continued)**

### 🖈 Visit Medication List

Patient reported, restarted, and new medications relevant to this visit. This may not reflect all medications the patient is taking.

| | Dosage |
|---|---|
| Imiquimod (ALDARA) 5 % Top CrPk **(Taking)** | APPLY THIN LAYER TO AFFECTED AREA(S) 3 TIMES A WEEK |
| Estradiol (ESTRACE) 0.01 % (0.1 mg/gram) Vagl Crea **(Taking)** | Insert 1 Gram vaginally 2 to 3 times a week at bedtime |

### New Orders

Normal Orders This Visit
HERPES SIMPLEX VIRUS RAPID CULTURE [87254 CPT(R)]

Common Medication Direction Abbreviations
PO = Orally, QD = Once/day, BID = Twice/day, TID = 3x/day, QID = 4x/day, PRN = as needed
QHS = Every night at bedtime, AC = Before meals, PC = After meals, c = With, s = Without

### Allergies as of 3/28/2019

Reviewed On: **3/28/2019** By: **Cuen, Yessica (L.V.N.)**, L.V.N.

No Known Allergies

COLLIER APL 0352

LIB000679

## KAISER PERMANENTE

SANTA CLARITA MEDICAL
OFFICES U
27107 TOURNEY RD
SANTA CLARITA CA 91355-
1860
SCAL HIM ROI ALMR

Collier, Vicki D
MRN: 000010372397, DOB: ███████ Sex: F
Visit date: 3/28/2019

**Encounter-Level Documents - 03/28/2019: (continued)**

Instructions from SYLVIA LIU XIN MANN MD, M.D.

**The new Santa Clarita Medical Offices 2 Building located at 26877 Tourney Road**
Specialties at this new location will include:
- Cardiology
- Endocrinology
- General surgery
- Head and neck surgery
- Hematology/Oncology
- Infectious Disease
- Infusion center and Wound Clinic
- Nephrology
- Neurology
- OphthalmologyOrthopedics/Podiatry
- Pain Management
- Physical Medicine
- Pulmonology
- Rheumatology
- Urgent Care
- Urology

### Santa Clarita Medical Offices 1 hours of operation

**Regular Clinic Hours:**
Monday - Friday 8:00 am - 12:00pm and 1:30pm - 4:30 pm

**Nurse Visits**
Monday - Friday 9:00am-5:00pm

### Santa  Clarita  Medical Offices 2 hours of operation

**Urgent Care Hours:**
Monday - Friday 8:30 am - 8:00 pm
Saturday and Sunday 9:00 am - 8:00 pm

### Santa  Clarita  Lab Hours of operation

**Santa Clarita Lab Hours Medical Office 1**
Monday - Friday: 8 am to 7:00 pm ( **CLOSE ON WEEKENDS** )

**Santa Clarita Lab Hours Medical Office 2**

Monday- Friday 8am to 9:00 pm
Saturday and Sunday: 9 am to 8:00 pm

Vicki D. Collier (MRN: 000010372397) • Printed at 3/28/19  2:57 PM                    Page 3 of 5   **Epic**
This is confidential information. Do not throw away in a Kaiser Permanente trash can.

COLLIER APL 0353

**LIB000680**

# KAISER PERMANENTE

SANTA CLARITA MEDICAL
OFFICES U
27107 TOURNEY RD
SANTA CLARITA CA 91355-
1860
SCAL HIM ROI ALMR

Collier, Vicki D
MRN: 000010372397, DOB: ▮▮▮▮ Sex: F
Visit date: 3/28/2019

---

**Encounter-Level Documents - 03/28/2019: (continued)**

---

**Canyon Country Lab Hours**
Monday - Friday: 9:00 am-12:00 pm and 1:30 pm-4:30 pm

**Thank you for choosing Kaiser Permanente for your health care needs. If you have any questions regarding appointments, finding a primary care physician, nurse advice, or sending a message to your physician, please call (833) 574-2273.**

**If you are not already using Internet based services at www.kp.org please sign up at your earliest convenience. You can have access to information about health and wellness, review your health plan, speak with your physician via e-mail, refill your prescriptions, schedule appointments, check your test results and much more.**

**Department appointments - 1-833-574-2273**
**Ophthalmology Surgery Scheduler - Laura 818-815-5684**

**Santa Clarita Education Department - 661-222-2100**

**Behavioral Health Care Member Help Line - 1-800-900-3277**

**Member Services - 1-800-464-4000**

**If you have a medical _EMERGENCY_ please call 911!!!**

## General Information

**Protect yourself from the flu.  Get vaccinated.**

The flu is a serious, contagious illness caused by influenza viruses. Anyone can get the flu. It can cause mild to severe illness. The best way to prevent the flu is by getting a flu shot each year. The CDC and Kaiser Permanente recommend everyone 6 months and older get a flu shot every year.

Flu shot clinics open in September. No appointment is necessary.

Flu shots are available at no charge to members at Kaiser Permanente medical facilities.

For information about hours, times, and locations, please visit kp.org/flu or call
1-866-70-NOFLU (1-866-706-6358).

Adults should participate in at least 30 minutes, and children at least 60 minutes, of moderate exercise (such as brisk walking) for five or more days each week, unless instructed otherwise by your provider. For more information on the health benefits of walking please refer to http://www.everybodywalk.org. THRIVE!

Vicki D. Collier (MRN: 000010372397) • Printed at 3/28/19  2:57 PM          Page 4 of 5   *Epic*
This is confidential information. Do not throw away in a Kaiser Permanente trash can.

COLLIER APL 0354

**LIB000681**

# KAISER PERMANENTE

SANTA CLARITA MEDICAL
OFFICES U
27107 TOURNEY RD
SANTA CLARITA CA 91355-
1860
SCAL HIM ROI ALMR

Collier, Vicki D
MRN: 000010372397, DOB: ███  Sex: F
Visit date: 3/28/2019

**Encounter-Level Documents - 03/28/2019: (continued)**

Register at www.kp.org to email your physician, renew prescriptions, request appointments, learn more about your personal health, or obtain tips for healthy living!

Save money and time! Get your refills for home delivery at www.kp.org/refill

Vicki D. Collier (MRN: 000010372397) • Printed at 3/28/19  2:57 PM                    Page 5 of 5   *Epic*
This is confidential information. Do not throw away in a Kaiser Permanente trash can.

**Order-Level Documents:**

There are no order-level documents.

{\*\EpicData xml <epicdata format="IDMPainter"><DocumentsDone>1</DocumentsDone></epicdata> }

**Encounter-Level E-Signatures:**

No documentation.

Kaiser Permanente                                                                                          Page 31

COLLIER APL 0355

**LIB000682**

# KAISER PERMANENTE

SANTA CLARITA MEDICAL OFFICES U
27107 TOURNEY RD
SANTA CLARITA CA 91355-1860
SCAL HIM ROI ALMR

Collier, Vicki D
MRN: 000010372397, DOB: , Sex: F
Visit date: 3/28/2019

**Encounter-Level E-Signatures: (continued)**

LIB000683

**KAISER PERMANENTE**

SANTA CLARITA MEDICAL
OFFICES U
27107 TOURNEY RD
SANTA CLARITA CA 91355-
1860
SCAL HIM ROI ALMR

Collier, Vicki D
MRN: 000010372397, DOB: ███████ Sex: F
Visit date: 3/28/2019

## END OF ENCOUNTER

LIB000684

# KAISER PERMANENTE

SANTA CLARITA MEDICAL OFFICES U
27107 TOURNEY RD
SANTA CLARITA CA 91355-1860
SCAL HIM ROI ALMR

Collier, Vicki D
MRN: 000010372397, DOB: ▮▮▮▮   Sex: F
Visit date: 8/21/2019

---

| **Call Center Telephone Encounter** | **Vicki D Collier** |
|---|---|
| **8/21/2019** | **MRN: 000010372397** |

**Visit Information**

| Date & Time | Provider | Department | Dept. Phone | Encounter # |
|---|---|---|---|---|
| 8/21/2019  3:12 PM | Wang-O'Connell, Esther Chuanwah (M.D.), M.D. | FAMILY PRACTICE | 833-574-2273 | 537146901 |

**Reason for Call/Visit**

| **DIAGNOSTIC TESTS REQUESTED** | DIAGNOSTIC TESTS REQUESTED |
|---|---|

**Call Documentation**

**Zapata, Elizabeth (L.V.N.), L.V.N. at 8/22/2019  8:39 AM**

　　Status:  Signed

Spoke with patient. Gave information. Fasting Instructions provided to patient. No Food or Water 10-12 hrs prior to lab work.No Alcohol 72hrs prior to test. Water is Ok.
 Verbalized understanding.

**Wang-O'Connell, Esther Chuanwah (M.D.), M.D. at 8/21/2019  9:17 PM**

　　Status:  Signed

Orders signed.  Thank you.

**Zapata, Elizabeth (L.V.N.), L.V.N. at 8/21/2019  3:45 PM**

　　Status:  Signed

Dr Wang-O'Connell

Pt wanted to check her cholesterol. She has worked hard to improve and wants to see if results show.

CHOL　　　　　　　263　01/31/2019
TRIG　　　　　　117　08/04/2018
HDL　　　　　79　01/31/2019
LDL CALC　　　　　190　08/04/2018
LDL　　　　　170　01/31/2019
CHOL/HDL　　　　　3.5　08/04/2018
TRIGLYCERIDE, NONFASTING　　84　01/31/2019

Thank you,

Elizabeth Zapata LVN

---

Kaiser Permanente

COLLIER APL 0358

LIB000685

# KAISER PERMANENTE

SANTA CLARITA MEDICAL
OFFICES U
27107 TOURNEY RD
SANTA CLARITA CA 91355-
1860
SCAL HIM ROI ALMR

Collier, Vicki D
MRN: 000010372397, DOB: ███████ Sex: F
Visit date: 8/21/2019

---

**Vitals**

LMP
12/31/2013

---

**Progress Notes**

**Zapata, Elizabeth (L.V.N.), L.V.N. at 8/22/2019  8:39 AM**

Author Type:  LICENSED VOCATIONAL NURSE          Status:  Signed

Spoke with patient. Gave information. Fasting Instructions provided to patient. No Food or Water 10-12 hrs prior to lab work.No Alcohol 72hrs prior to test. Water is Ok.
 Verbalized understanding.

**Wang-O'Connell, Esther Chuanwah (M.D.), M.D. at 8/21/2019  9:17 PM**

Author Type:  Physician          Status:  Signed

Orders signed.  Thank you.

**Zapata, Elizabeth (L.V.N.), L.V.N. at 8/21/2019  3:45 PM**

Author Type:  LICENSED VOCATIONAL NURSE          Status:  Signed

Dr Wang-O'Connell

Pt wanted to check her cholesterol. She has worked hard to improve and wants to see if results show.

CHOL                  263   01/31/2019
TRIG                117   08/04/2018
HDL                 79   01/31/2019
LDL CALC              190   08/04/2018
LDL                170   01/31/2019
CHOL/HDL               3.5   08/04/2018
TRIGLYCERIDE, NONFASTING      84   01/31/2019

Thank you,

Elizabeth Zapata LVN

**Filed by Wang-O'Connell, Esther Chuanwah (M.D.), M.D. at 8/21/2019  3:12 PM/ Draft: Not Electronically Signed**

Author Type:  Physician          Status:  Unsigned Transcription

MESSAGE FROM CALL CENTER: ====================
MessageType: Diagnostic Test(s) Request ,  MessagePriority: Normal -  Message Sent: 08/21/2019
03:11:19 PM

Kaiser Permanente

Page 35

COLLIER APL 0359

LIB000686

**KAISER PERMANENTE**

SANTA CLARITA MEDICAL OFFICES U
27107 TOURNEY RD
SANTA CLARITA CA 91355-1860
SCAL HIM ROI ALMR

Collier, Vicki D
MRN: 000010372397, DOB: ███████  Sex: F
Visit date: 8/21/2019

---

**Progress Notes (continued)**

Filed by Wang-O'Connell, Esther Chuanwah (M.D.), M.D. at 8/21/2019  3:12 PM/ Draft: Not Electronically Signed (continued)

---

To: WANG-O'CONNELL, ESTHER CHUANWAH (M.D.), Facility: STC, Department: FAM
Type and Location of Test  Pt is requesting a full lab panel, please assist
Remind Member of KP.ORG

CONTACT INFORMATION:
Contact Name, Relationship to Member: Vicki Collier , Self
Contact Instructions: Call back anytime

Phone Today/Tomorrow: 661-510-0518
Preferred Language: English

CALL BACK PERMISSION:
Permission to leave voice mail message
If active on KP.ORG, do you authorize a response to this message via secured email

==============================


Wed Aug 21 15:09:39 PDT 2019  AGENT (AGENT) : Alexandria Serda C234029  Contact Center: Woodland Hills

---

**Transcription**

| Type | ID | Date and Time | Dictating Provider |
|---|---|---|---|
| Call Center Telephone Encounter | KPATHS000056419223 | 8/21/2019  3:12 PM | Wang-O'Connell, Esther Chuanwah (M.D.), M.D. |

DRAFT COPY - not signed.

MESSAGE FROM CALL CENTER: =====================
MessageType: Diagnostic Test(s) Request ,  MessagePriority: Normal -  Message Sent: 08/21/2019 03:11:19 PM

To: WANG-O'CONNELL, ESTHER CHUANWAH (M.D.), Facility: STC, Department: FAM
Type and Location of Test  Pt is requesting a full lab panel, please assist
Remind Member of KP.ORG

CONTACT INFORMATION:
Contact Name, Relationship to Member: Vicki Collier , Self
Contact Instructions: Call back anytime

Kaiser Permanente

COLLIER APL 0360

LIB000687

# KAISER PERMANENTE

| | | |
|---|---|---|
| | SANTA CLARITA MEDICAL OFFICES U<br>27107 TOURNEY RD<br>SANTA CLARITA CA 91355-1860<br>SCAL HIM ROI ALMR | Collier, Vicki D<br>MRN: 000010372397, DOB: ▮▮▮▮, Sex: F<br>Visit date: 8/21/2019 |

Phone Today/Tomorrow: 661-510-0518
Preferred Language: English

CALL BACK PERMISSION:
Permission to leave voice mail message
If active on KP.ORG, do you authorize a response to this message via secured email

==============================

Wed Aug 21 15:09:39 PDT 2019  AGENT (AGENT) : Alexandria Serda C234029  Contact Center: Woodland Hills

**Encounter Messages**

No messages in this encounter

**Diagnoses**

| | Codes | Comments |
|---|---|---|
| **SCREENING** | Z13.9 | |

**Lab - All Orders and Results**

**LIPID PANEL [755173326]**

| | |
|---|---|
| Electronically signed by: **Wang-O'Connell, Esther Chuanwah (M.D.), M.D. on 08/21/19 2117** | Status: **Completed** |

This order may be acted on in another encounter.

| | |
|---|---|
| Ordering user: Wang-O'Connell, Esther Chuanwah (M.D.), M.D. 08/21/19 2117 | Authorized by: Wang-O'Connell, Esther Chuanwah (M.D.), M.D. |
| Ordering mode: Standard | |
| Frequency: Routine  08/21/19 - | Released by: Wang-O'Connell, Esther Chuanwah (M.D.), M.D. 08/21/19 2117 |

Diagnoses
SCREENING

Specimen Information

| Type | Source | Collected By |
|---|---|---|
| — | BLOOD | B957986 08/27/19 0840 |

| | |
|---|---|
| LIPID PANEL [755173326] (Abnormal) | Resulted: 08/27/19 2030, Result status: Final result |
| Order status: Completed | Resulting lab: SHERMAN WAY REGIONAL LABORATORY |

Narrative:
RMS ACCN: 666422960
FASTING? YES

Specimen Information

| ID | Type | Source | Collected On |
|---|---|---|---|
| C000002201923901 0052 | — | BLOOD | 08/27/19 0840 |

COLLIER APL 0361

LIB000688

# KAISER PERMANENTE

| | |
|---|---|
| SANTA CLARITA MEDICAL OFFICES U<br>27107 TOURNEY RD<br>SANTA CLARITA CA 91355-1860<br>SCAL HIM ROI ALMR | Collier, Vicki D<br>MRN: 000010372397, DOB: ▮▮▮▮▮, Sex: F<br>Visit date: 8/21/2019 |

### Lab - All Orders and Results (continued)

### LIPID PANEL [755173326] (continued)

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| CHOLESTEROL | 236 | <=199 mg/dL | **H** |
| TRIGLYCERIDE | 56 | <=149 mg/dL | — |

Comment:
Note that if triglycerides (TG) are sufficiently high, then direct LDL (if TG>1300 mg/dL) or HDL (if TG>2000 mg/dL) measurements may not be valid.

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| HDL | 72 | >=40 mg/dL | — |
| LDL CALCULATED | 153 | <=99 mg/dL | **H** |
| CHOLESTEROL/HIGH DENSITY LIPOPROTEIN | 3.3 | <=3.9 | — |

Comment: See LabNet for more information.

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| CHOLESTEROL, NON-HDL | 164 | mg/dL | — |

Comment: NonHDL targets are 30 mg/dL higher than LDL targets.

### HEMOGLOBIN A1C, SCREENING OR PREDIABETIC MONITORING [755173327]

| | |
|---|---|
| Electronically signed by: **Wang-O'Connell, Esther Chuanwah (M.D.), M.D. on 08/21/19 2117** | Status: **Completed** |

This order may be acted on in another encounter.

Ordering user: Wang-O'Connell, Esther Chuanwah (M.D.), M.D. 08/21/19 2117

Ordering mode: Standard

| | |
|---|---|
| Frequency: Routine  08/21/19 - | Released by: Wang-O'Connell, Esther Chuanwah (M.D.), M.D. 08/21/19 2117 |

Authorized by: Wang-O'Connell, Esther Chuanwah (M.D.), M.D.

Diagnoses
SCREENING

Specimen Information

| Type | Source | Collected By |
|---|---|---|
| — | BLOOD | B957986 08/27/19 0840 |

| HEMOGLOBIN A1C, SCREENING OR PREDIABETIC MONITORING [755173327] | Resulted: 08/27/19 1914, Result status: Final result |
|---|---|
| Order status: Completed | Resulting lab: SHERMAN WAY REGIONAL LABORATORY |

Narrative:
RMS ACCN: 666422960

Specimen Information

| ID | Type | Source | Collected On |
|---|---|---|---|
| C000022019239010051 | — | BLOOD | 08/27/19 0840 |

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| HGBA1C% | 5.3 | 4.6 - 5.6 % | — |

Comment:
A repeatable HbA1c > or = 6.5% is diagnostic of diabetes. A single HbA1c > or = 6.5% can also be confirmed by a fasting plasma glucose measurement > 125 mg/dL, a random plasma glucose > or = 200 mg/dL, or a 2 hour oral glucose tolerance test result  > or = 200 mg/dL. Patients with HbA1c of 5.7-6.4% are at increased risk for future diabetes.

### Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **240 - 956** | SHERMAN WAY REGIONAL LABORATORY | Steven McLaren, DO | 11668 Sherman Way NORTH HOLLYWOOD CA 91605 | 03/28/19 2317 - Present |

### Final Spectacle Rx

Click to see and print Final Spectacle Rx

COLLIER APL 0362

**LIB000689**

**KAISER PERMANENTE**

SANTA CLARITA MEDICAL OFFICES U
27107 TOURNEY RD
SANTA CLARITA CA 91355-1860
SCAL HIM ROI ALMR

Collier, Vicki D
MRN: 000010372397, DOB: ▮▮▮▮  Sex: F
Visit date: 8/21/2019

**Final CL Rx**

Click to see and print Final Contact Lens Rx

Audit Trail for Eye Care Forms
**Social Documentation as of 8/21/2019**

No social documentation on file.

Patient Instructions

No instructions given.

**All Flowsheet Data (all recorded)**

No documentation.

LIB000690

# KAISER PERMANENTE

SANTA CLARITA MEDICAL OFFICES U
27107 TOURNEY RD
SANTA CLARITA CA 91355-1860
SCAL HIM ROI ALMR

Collier, Vicki D
MRN: 000010372397, DOB: ▓▓▓▓    Sex: F
Visit date: 8/21/2019

---

**Encounter-Level Documents - 08/21/2019:**

---

## AFTER VISIT SUMMARY

 KAISER PERMANENTE.

**Vicki D. Collier**  MRN: 000010372397

📅 8/21/2019   📍 FAMILY PRACTICE

### Today's Visit

You saw E C WANG-O'CONNELL MD, M.D. on Wednesday August 21, 2019.

### Medications You Will Be Given

**NOV 30 2017**  Triamcinolone Acetonide (KENALOG)
Next due Thursday November 30 (Overdue)
Expected: one time (1 dose remaining)

**OCT 16 2018**  OnabotulinumtoxinA (BOTOX)
Next due Tuesday October 16 (Overdue)
Expected: one time (1 dose remaining)

**OCT 16 2018**  OnabotulinumtoxinA (BOTOX COSMETIC)
Next due Tuesday October 16 (Overdue)
Expected: one time (1 dose remaining)

**JAN 17 2019**  OnabotulinumtoxinA (BOTOX COSMETIC)
Next due Thursday January 17 (Overdue)
Expected: one time (1 dose remaining)

## Medications

### New Orders

Normal Orders This Visit
HEMOGLOBIN A1C, SCREENING OR PREDIABETIC MONITORING [83036 CPT(R)]
LIPID PANEL [250613 Custom]

Common Medication Direction Abbreviations
PO = Orally, QD = Once/day, BID = Twice/day, TID = 3x/day, QID = 4x/day, PRN = as needed
QHS = Every night at bedtime, AC = Before meals, PC = After meals, c = With, s = Without

### Allergies as of 8/21/2019

Reviewed by Cuen, Yessica (L.V.N.), L.V.N. on 3/28/2019

No Known Allergies

### kp.org

View your After Visit Summary and more online at https://healthy.kaiserpermanente.org/hconline/ie/.

Vicki D. Collier (MRN: 000010372397) • Printed at 8/22/19  8:39 AM                    Page 1 of 3  *Epic*
This is confidential information. Do not throw away in a Kaiser Permanente trash can.

---

COLLIER APL 0364

**LIB000691**

# KAISER PERMANENTE

SANTA CLARITA MEDICAL
OFFICES U
27107 TOURNEY RD
SANTA CLARITA CA 91355-
1860
SCAL HIM ROI ALMR

Collier, Vicki D
MRN: 000010372397, DOB: ▇▇▇, Sex: F
Visit date: 8/21/2019

**Encounter-Level Documents - 08/21/2019: (continued)**

## General Information

**SKIP THE TRIP. Have our pharmacy come to you!**
New and refill prescriptions mailed to your home.

### When using the mail order option for obtaining prescriptions:

- *You must be able to wait 7 days* before starting a new, mail-order prescription.  Medications needed before 7 days should be filled at the pharmacy. Ask the pharmacist if you have questions.

- You will need to have a *credit card* on file to use the mail-order option, unless you have dual medical coverage or have MediCal health benefits. You may bring a credit card to the pharmacy to be placed on file or enter while ordering on line.

- For most medications that are meant to be refilled every 30 days, filling the prescription by mail *you can obtain a 3-month supply* for just 2 months of copay!

### 4 ways to receive prescriptions by mail:

- If *checking-in at the Pharmacy*, ask for the mail order option to avoid waiting for the prescriptions to be filled.  This is available only for medications not needed within the next 7 days.

- **Go to *kp.org/Rxrefill.*** After signing into kp.org, you will be brought to the Pharmacy Center.

- Use the *Kaiser Permanente app* for your mobile device.  Find and download the app by searching for Kaiser Permanente on the Apple Store or the Google App Store.

- *Call (866) 206-2983* and be sure to have your medical record number and the prescription number located on the medication label ready when you call.

**You must be registered on KP.ORG to order prescriptions online or through the KP app.**
**Not registered yet? Go to KP.ORG/REGISTERNOW to get started.**

**For questions, call member services at**
800-464-4000 or TTY 711
800-788-0616 (Spanish)
800-757-7585 (Chinese dialects)

**Hours**
Open 7 days a week
24 hours a day
Closed holidays

**Medicare members**
800-443-0815 or TTY 711

**Hours**
Open 7 days a week
from 8 a.m. to 8 p.m.

Vicki D. Collier (MRN: 000010372397) • Printed at 8/22/19  8:39 AM                    Page 2 of 3   *Epic*
This is confidential information. Do not throw away in a Kaiser Permanente trash can.

COLLIER APL 0365

**LIB000692**

**KAISER PERMANENTE**

SANTA CLARITA MEDICAL
OFFICES U
27107 TOURNEY RD
SANTA CLARITA CA 91355-
1860
SCAL HIM ROI ALMR

Collier, Vicki D
MRN: 000010372397, DOB: ███ Sex: F
Visit date: 8/21/2019

**Encounter-Level Documents - 08/21/2019: (continued)**

**Protect yourself from the flu.  Get vaccinated.**

The flu is a serious, contagious illness caused by influenza viruses. Anyone can get the flu. It can cause mild to severe illness. The best way to prevent the flu is by getting a flu shot each year. The CDC and Kaiser Permanente recommend everyone 6 months and older get a flu shot every year.

Flu shot clinics open in September. No appointment is necessary.

Flu shots are available at no charge to members at Kaiser Permanente medical facilities.

For information about hours, times, and locations, please visit kp.org/flu or call
1-866-70-NOFLU (1-866-706-6358).

Adults should participate in at least 30 minutes, and children at least 60 minutes, of moderate exercise (such as brisk walking) for five or more days each week, unless instructed otherwise by your provider. For more information on the health benefits of walking please refer to http://www.everybodywalk.org. THRIVE!

Register at www.kp.org to email your physician, renew prescriptions, request appointments, learn more about your personal health, or obtain tips for healthy living!

Save money and time! Get your refills for home delivery at www.kp.org/refill

Vicki D. Collier (MRN: 000010372397) • Printed at 8/22/19  8:39 AM                    Page 3 of 3   *Epic*
This is confidential information. Do not throw away in a Kaiser Permanente trash can.

**Order-Level Documents:**

There are no order-level documents.

{\*\EpicData xml <epicdata format="IDMPainter"><DocumentsDone>1</DocumentsDone></epicdata> }

**Encounter-Level E-Signatures:**

No documentation.

Kaiser Permanente                                                                                           Page 42

COLLIER APL 0366

**LIB000693**

**KAISER PERMANENTE**

SANTA CLARITA MEDICAL OFFICES U
27107 TOURNEY RD
SANTA CLARITA CA 91355-1860
SCAL HIM ROI ALMR

Collier, Vicki D
MRN: 000010372397, DOB ███████ Sex: F
Visit date: 8/21/2019

**Encounter-Level E-Signatures: (continued)**

COLLIER APL 0367

LIB000694

**KAISER PERMANENTE**

SANTA CLARITA MEDICAL
OFFICES U
27107 TOURNEY RD
SANTA CLARITA CA 91355-
1860
SCAL HIM ROI ALMR

Collier, Vicki D
MRN: 000010372397, DOB:  Sex: F
Visit date: 8/21/2019

## END OF ENCOUNTER

LIB000695

## KAISER PERMANENTE

PANORAMA CITY MEDICAL
OFFICE 6 U
8001 VENTURA CANYON
AVE
PANORAMA CITY CA 91402-
6312
SCAL HIM ROI ALMR

Collier, Vicki D
MRN: 000010372397, DOB      , Sex: F
Visit date: 8/21/2019

| **Telephone**<br>**8/21/2019** | **Vicki D Collier**<br>**MRN: 000010372397** |
|---|---|

**Visit Information**

| Date & Time | Provider | Department | Dept. Phone | Encounter # |
|---|---|---|---|---|
| 8/21/2019  3:17 PM | Gharibshahi, Shahram (M.D.), M.D. | DERMATOLOGY | 833-574-2273 | 537149169 |

**Reason for Call/Visit**

APPOINTMENT REQUEST, ROUTINE

**Call Documentation**

**Ramos, Cecilia Morena (L.V.N.), L.V.N. at 8/27/2019 10:44 AM**

Status:  Signed

I have attempted to contact this patient by phone with the following results:

Left message on voicemail for patient to call back at 888-778-5000

**Ramos, Cecilia Morena (L.V.N.), L.V.N. at 8/22/2019  4:09 PM**

Status:  Signed

I have attempted to contact this patient by phone with the following results:

Left message on voicemail for patient to call back at 888-778-5000

**Gharibshahi, Shahram (M.D.), M.D. at 8/22/2019  4:01 PM**

Status:  Signed

Please schedule patient with me for Botox (double book on another headache botox)

**Miranda, Patricia (L.V.N.), L.V.N. at 8/22/2019  9:40 AM**

Status:  Signed

Dr. Gharibshahi
Last BTX with Dr. Brara 1/17/19.
Pt is requesting to return to
Dr. Gharibshahi for BTX treatment, please review and advise.

COLLIER APL 0369

**LIB000696**

# KAISER PERMANENTE

PANORAMA CITY MEDICAL OFFICE 6 U
8001 VENTURA CANYON AVE
PANORAMA CITY CA 91402-6312
SCAL HIM ROI ALMR

Collier, Vicki D
MRN: 000010372397, DOB ████  Sex: F
Visit date: 8/21/2019

---

**Call Documentation (continued)**

**Miranda, Patricia (L.V.N.), L.V.N. at 8/22/2019  9:40 AM (continued)**

---

**Bustos, Lisette at 8/21/2019  3:18 PM**

Status:  Signed

APPOINTMENT REQUEST

Interpreter Needed:: no -

Reason for request: Pt req to schedule BTX appt, pt not WL, pt last seen Dr Brara but would like to go back to Dr Gharibshahi
Requests an appointment with: Dr Gharibshahi
Preferred time: any


Person Calling: patient
Caller's first and last name ( if not patient):
Best time to call back: any
Best contact number: 661-510-0818


Do you authorize a Kaiser employee to leave a message? yes.

---

**Vitals**

LMP
12/31/2013

---

**Progress Notes**

**Ramos, Cecilia Morena (L.V.N.), L.V.N. at 8/27/2019 10:44 AM**

Author Type:  LICENSED VOCATIONAL NURSE          Status:  Signed

I have attempted to contact this patient by phone with the following results:

Left message on voicemail for patient to call back at 888-778-5000

---

**Ramos, Cecilia Morena (L.V.N.), L.V.N. at 8/22/2019  4:09 PM**

Kaiser Permanente                                                                 Page 46

COLLIER APL 0370

LIB000697

# KAISER PERMANENTE

PANORAMA CITY MEDICAL OFFICE 6 U
8001 VENTURA CANYON AVE
PANORAMA CITY CA 91402-6312
SCAL HIM ROI ALMR

Collier, Vicki D
MRN: 000010372397, DOB: ▮▮▮▮▮ Sex: F
Visit date: 8/21/2019

---

**Progress Notes (continued)**

**Ramos, Cecilia Morena (L.V.N.), L.V.N. at 8/22/2019  4:09 PM (continued)**

| Author Type: LICENSED VOCATIONAL NURSE | Status: Signed |

I have attempted to contact this patient by phone with the following results:

Left message on voicemail for patient to call back at 888-778-5000

**Gharibshahi, Shahram (M.D.), M.D. at 8/22/2019  4:01 PM**

| Author Type: Physician | Status: Signed |

Please schedule patient with me for Botox (double book on another headache botox)

**Miranda, Patricia (L.V.N.), L.V.N. at 8/22/2019  9:40 AM**

| Author Type: LICENSED VOCATIONAL NURSE | Status: Signed |

Dr. Gharibshahi
Last BTX with Dr. Brara 1/17/19.
Pt is requesting to return to
Dr. Gharibshahi for BTX treatment, please review and advise.

**Bustos, Lisette at 8/21/2019  3:18 PM**

| Author Type: — | Status: Signed |

APPOINTMENT REQUEST

Interpreter Needed:: no -

Reason for request: Pt req to schedule BTX appt, pt not WL, pt last seen Dr Brara but would like to go back to Dr Gharibshahi
Requests an appointment with: Dr Gharibshahi
Preferred time: any


Person Calling: patient
Caller's first and last name ( if not patient):
Best time to call back: any
Best contact number: 661-510-0818

COLLIER APL 0371

LIB000698

**KAISER PERMANENTE**

PANORAMA CITY MEDICAL OFFICE 6 U
8001 VENTURA CANYON AVE
PANORAMA CITY CA 91402-6312
SCAL HIM ROI ALMR

Collier, Vicki D
MRN: 000010372397, DOB █████  Sex: F
Visit date: 8/21/2019

**Progress Notes (continued)**

**Bustos, Lisette at 8/21/2019  3:18 PM (continued)**

Do you authorize a Kaiser employee to leave a message? yes.

**Encounter Messages**

No messages in this encounter

**Diagnoses**

None.

**All Orders and Results**

No orders and results found

**Final Spectacle Rx**

Click to see and print Final Spectacle Rx

**Final CL Rx**

Click to see and print Final Contact Lens Rx

Audit Trail for Eye Care Forms

**Social Documentation as of 8/21/2019**

No social documentation on file.

Patient Instructions

No instructions given.

**All Flowsheet Data (all recorded)**

No documentation.

**LIB000699**

**KAISER PERMANENTE**

PANORAMA CITY MEDICAL OFFICE 6 U
8001 VENTURA CANYON AVE
PANORAMA CITY CA 91402-6312
SCAL HIM ROI ALMR

Collier, Vicki D
MRN: 000010372397, DOB: ████████  Sex: F
Visit date: 8/21/2019

**Encounter-Level Documents:**

There are no encounter-level documents.

**Order-Level Documents:**

There are no order-level documents.

{\*\EpicData xml <epicdata format="IDMPainter"><DocumentsDone>1</DocumentsDone></epicdata> }

**Encounter-Level E-Signatures:**

No documentation.

COLLIER APL 0373

**LIB000700**

**KAISER PERMANENTE**

PANORAMA CITY MEDICAL
OFFICE 6 U
8001 VENTURA CANYON
AVE
PANORAMA CITY CA 91402-
6312
SCAL HIM ROI ALMR

Collier, Vicki D
MRN: 000010372397, DOB: ███████ Sex: F
Visit date: 8/21/2019

## END OF ENCOUNTER

COLLIER APL 0374

**LIB000701**

# KAISER PERMANENTE

CANYON COUNTRY
MEDICAL OFFICES
26415 CARL BOYER DR
SANTA CLARITA CA 91350-
5824
SCAL HIM ROI ALMR

Collier, Vicki D
MRN: 000010372397, DOB: Sex: F
Visit date: 8/30/2019

---

**Patient Email**
**8/30/2019**

**Vicki D Collier**
**MRN: 000010372397**

---

## Visit Information

| Date & Time | Provider | Department | Dept. Phone | Encounter # |
|---|---|---|---|---|
| 8/30/2019 12:54 PM | Wang-O'Connell, Esther Chuanwah (M.D.), M.D. | FAMILY PRACTICE | 833-574-2273 | 538801942 |

## Call Documentation

No notes of this type exist for this encounter.

## Vitals

LMP
12/31/2013

## Progress Notes

No notes of this type exist for this encounter.

## Encounter Messages

labs

| From | To | Sent and Delivered |
|---|---|---|
| Esther Chuanwah (M.D.) Wang-O'Connell, M.D. | Vicki D Collier | 8/30/2019 12:54 PM |

Last Read in kp.org
8/31/2019  7:58 AM by Vicki D Collier
Dear Ms. Collier,

Your cholesterol has improved and your blood sugar is normal.

Keep up the good work!

Thank you.
Electronically signed by:
E C WANG-O'CONNELL MD
8/30/2019
12:54 PM

## Diagnoses

None.

## All Orders and Results

No orders and results found

## Final Spectacle Rx

Click to see and print Final Spectacle Rx

## Final CL Rx

Click to see and print Final Contact Lens Rx

Audit Trail for Eye Care Forms

## Social Documentation as of 8/30/2019

No social documentation on file.

## Patient Instructions

No instructions given.

Kaiser Permanente

COLLIER APL 0375

LIB000702

**KAISER PERMANENTE**

CANYON COUNTRY
MEDICAL OFFICES
26415 CARL BOYER DR
SANTA CLARITA CA 91350-
5824
SCAL HIM ROI ALMR

Collier, Vicki D
MRN: 000010372397, DOB: ███████  Sex: F
Visit date: 8/30/2019

COLLIER APL 0376

LIB000703

## KAISER PERMANENTE

CANYON COUNTRY
MEDICAL OFFICES
26415 CARL BOYER DR
SANTA CLARITA CA 91350-
5824
SCAL HIM ROI ALMR

Collier, Vicki D
MRN: 000010372397, DOB:  Sex: F
Visit date: 8/30/2019

**Encounter-Level Documents:**

There are no encounter-level documents.

**Order-Level Documents:**

There are no order-level documents.

{\\*\EpicData xml <epicdata format="IDMPainter"><DocumentsDone>1</DocumentsDone></epicdata> }

**Encounter-Level E-Signatures:**

No documentation.

COLLIER APL 0377

LIB000704

**KAISER PERMANENTE**

CANYON COUNTRY
MEDICAL OFFICES
26415 CARL BOYER DR
SANTA CLARITA CA 91350-
5824
SCAL HIM ROI ALMR

Collier, Vicki D
MRN: 000010372397, DOB: Sex: F
Visit date: 8/30/2019

## END OF ENCOUNTER

## END OF REPORT

COLLIER APL 0378

LIB000705

# EXHIBIT 8

# EXHIBIT 8

COLLIER APL 0379

**LIB000706**

Vicki Collier
Multiple parts

2 day FCE
Exam Date: 9/13/2019

# Ergo Links

Sebastian Jurado, DPT, CEAS

Phone (877) 399-ERGO

Important Notice: This report contains protected health information that may not be used or disclosed unless authorized by the patient or specifically permitted by the Health Insurance Portability and Accountability Act (HIPAA).

LIB000707

Vicki Collier
Multiple parts

2 day FCE
Exam Date: 9/13/2019

## Data Analysis

### Client Name: Vicki Collier

### Claim #: IM2184

### Diagnosis:   Cervical disc displacement (M50.20), lumbar disc displacement (M51.26), right shoulder strain (S46.911A), left shoulder strain (S46.912A)

## RECOMMENDED PHYSICAL DEMANDS:

| Motion | Occasional(0-33%) | Frequent(34-66%) | Constant(>67%) |
|---|---|---|---|
| Sitting | X(<30 min cont) up to 3 hours/day | | |
| Standing(dynamic) | X(<30 min cont) up to 3 hours/day | | |
| Walking | X(<30 min cont) up to 3 hours/day | | |
| Climbing | X(5 flights cont) | | |
| Bending(waist) | X(10 reps cont) | | |
| Squatting | X(10 reps cont) | | |
| Power grasping | X | | |
| Simple grasping | X | | |
| Precision grasping* | X | | |
| Fingering** | X | | |
| Reaching overhead | X(40 reps cont) | | |
| Reaching forward | X | | |
| Reaching down | X | | |

Push                     36#(isometric) Medium

Pull                       34#(isometric) Medium

**Lifting Capability:   15#**

**FT/PT:   The client is unable to return to work with the parameters above**

*Precision grasping:   Item held away from palm, held with fingertips, pinching activities

**Fingering:   Reflects activities that would include keyboarding or other repetitive hand activity.

LIB000708

Vicki Collier
Multiple parts

2 day FCE
Exam Date: 9/13/2019

## Summary:

The client was seen on 9/12/2019 and 9/13/2019 for a 2-day general functional capacity evaluation in Valencia, CA. The client was dressed in comfortable clothes and had a pleasant affect. Prior to starting the assessment, the client was provided with details regarding the evaluation. The client was informed that the functional capacity evaluation is designed to measure her functional capabilities. The client was instructed that this test was very sensitive to inconsistencies and was instructed to give full effort with each test sequence. The client was advised to inform the evaluator of any increase in pain and the client was instructed that test sequences may be stopped by the evaluator if she is at risk for injury.

Based on the test results, the client gave maximum effort with testing. Test results indicate that the client had 98% consistency with coefficient of variance measurements below 15%. Intra-test and inter-test reliability is evident for this test. The client's heart rate increased after functional activities consistent with performing maximal efforts.

The medical records were reviewed prior to the appointment. The client injured her neck in 2016 while on a work trip in Mexico. Eventually she developed pain in her shoulder and lower back that was usually exacerbated by prolonged use of the computer at work. The client has been off work since May of 2018. She also had right shoulder arthroscopy in 2017, but pain flared up after returning to work later that year.

Although the client presented with functional limitations on the first day of testing, her performance and activity tolerance declined on day 2. The client presented with a more guarded posture along her shoulder girdle, neck and back and exhibited a reduction in cervical and lumbar spine range of motion. She presented with tightness in her shoulders that was consistent on both days. Although the client did not have a significant increase in heart rate after functional tasks on day 2 of testing, the client presented with higher levels of pain and observable pain postures limiting her ability to complete some of the activities. The client's shoulders occasionally had a painful arc that would limit her mobility. Moreover, the client had a reduction in sitting and standing tolerance on the second day as well as difficulty with sit<>stand transition, which was more guarded and labored. The client presented with strength deficits in her bilateral upper and lower extremities, which also decreased on the second day of testing as it was also affected by increased levels of pain. Furthermore, the client had difficulty with tasks involving repetitive bending, squatting and stair climbing and activity tolerance declined on day 2. The client was able to lift up to 20# on day 1 and up to 15# on day 2. Based on testing, the client is unable to perform sedentary work as she is unable to maintain static sitting for approximately 2 hours continuously and up to 6 hours a day.

## Range of motion:   Decreased

Bilateral lower extremity range of motion is grossly within functional limits. The client presented with range of motion deficits in her cervical and lumbar spine which decreased on

Page 3 of 38
COLLIER APL 0382

**LIB000709**

day 2 of testing. The client presented with tightness in her shoulders. See Inclinometry and Goniometry sections for data.

## Strength:   Decreased

The client presented with strength deficits in her bilateral upper and lower extremities. Her strength decreased on day 2 of testing. See Muscle Testing section for data.

## Sensation:   Impaired

The client had a normal monofilament test in her hands. However, she indicated feeling tingling sensation along the tips of her fingers and toes. See Physical/Neurological section for further details.

## Work Activities

Work activities and postures were assessed during functional activities and structured sequences. The client demonstrated limited sitting tolerance, being able to sit for 30 minutes on day 1 and 15 minutes continuously on day 2 until she had to stand up due to back pain. The client was able to stand for 45 minutes continuously on day 1 and for 15 minutes on day 2 until she had to sit due to lower back and left knee pain. The client ambulated more slowly and with a more guarded posture on day 2 of testing. In general, walking was easier for the client than maintaining static postures. Moreover, the client's ability to bend, squat and climb stairs repetitively decline on day 2 of testing as a result of increased back pain. Based on the test results, the client should tolerate sitting, standing and walking on an "occasional" basis, limiting each to <30 minutes continuously. The client should tolerate bending, squatting and stair climbing on an "occasional" basis, limiting both bending and squatting to 10 repetitions continuously and stair climbing to 5 flights continuously. The client's balance is satisfactory and she should not have difficulty ambulating on uneven or narrow surfaces. See Work Activities and Postures sections for data.

## Dexterity/Grip strength: Power/Simple grasp= Occasional

| Rung 2 | | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| Side | Maximum | Average | CV | % Diff | Norm | % of Norm |
| Left | 51.7 lbs | 46.7 lbs | 10% | – | 47.3 lbs | 109% |
| Right | 43.3 lbs | 42.3 lbs | 3% | -16% | 57.3 lbs | 76% |

The table above illustrates the client's initial grip strength. As the test progressed, the client's bilateral grip strength was consistent on both days, with her left hand being generally slightly stronger. During sustained grasp, the client demonstrated consistent average grip strength bilaterally but had significantly high fatigue levels (>20%). Based on the test results, the client

LIB000710

should tolerate power and simple grasping on an "occasional" basis bilaterally. See Grip Strength testing and Dexterity testing sections for data.

## Precision/Fingering= Occasional

For precision grasping and fingering activities, the client was measured with the Minnesota Dexterity Test, a typing test and pinch strength testing. During the Minnesota Dexterity Test, the client exhibited dexterity ad coordination deficits, having guarded reaching biomechanics. The client demonstrated good typing technique using both hands but typing was limited due to poor postural sitting tolerance, having to reposition frequently until eventually having to stop and stand up. Her typing tolerance decline from 25 minutes on day 1 to 15 minutes continuously on day 2. The client presented with reduced key and palmar pinch strength. Based on the test results, the client should tolerate fingering and precision activities on and "occasional" basis using both hands. See Dexterity section for details.

## Reaching Overhead/Forward/Down= Occasional

Reaching activities were assessed during structured sequences and functional activities. The client demonstrated the ability to reach overhead 60 times continuously and day 1 and 40 times continuously on day 2 until neck and bilateral shoulder pain limited her tolerance. During dexterity testing, the client exhibited guarded reaching biomechanics using both hands, having greater difficulty on day 2 of testing. Based on the test results, the client should tolerate all reaching activities on an "occasional" basis using both hands, limiting overhead reaching to 40 repetitions continuously. Proper ergonomic positioning will be important for this client. See Work Activities section for data.

## Lifting capacity= 15#

Lifting capacity was assessed with the NIOSH Static Lift Test and dynamic lift test. During the NIOSH Static Lift Test, the client exhibited a slight improvement in waist and shoulder lift, being able to lift 15# at waist height and 13# at shoulder height on an occasional basis. Dynamically, the client had a 5# decline in each lift from day 1 to day 2 of testing, with the exception of overhead lifting which was the same each day. On day 2 of testing, the client was able to lift 15# at waist height, 10# at knee height and 5# from the floor via half kneel technique. The client was able to lift 5# overhead using both hands and was able to carry 15# for 30 ft. See Material Handling section for data.

## Patient Information

**Name:**   Vicki Collier
**Address:**   ▓▓▓▓▓▓▓▓▓▓ / Valencia, CA 91354 / USA
**Daytime Phone:**   ▓▓▓▓▓▓▓▓
**Patient ID:**   IM2184
**Gender:**   Female
**Birth Date:**   ▓▓▓▓▓▓▓
**Dominant Hand:**   Right

LIB000711

## Employer

**Job Title:**  Sales agent

**Company:**  AAA

## Intake

## Chief Complaint

**Description of Complaint:**   The client complains of constant pain in her neck, bilateral shoulders and lower back that varies in severity. The client complains of constant tingling in the tips of all fingers and toes. The client complains of pain radiating down her left lower extremity.
**Onset:**   Date - 2016
**Quality of Symptoms:**   Aching, Dull
**Exacerbating Factors:**   Sitting, Standing, Walking
**Relieving Factors:**   Cold, Prescription Medications, Resting
**Notes:**    -PMH: Cervical disc herniation, hemorrhoids
-Surgeries: Right rotator cuff repair (7/25/2017)
-Medications: Gabapentin, Botox, Cymbalta, Norco.
The client is a 56 year old female who states she injured her neck, bilateral shoulders and lower back due to cumulative trauma related to her job as a sales agent for AAA. The client worked at AAA from 2013-2018. The client states she first noticed neck pain in 2016 while on a work trip in Mexico. The client states she turned her head and felt sharp neck pain. The client had an MRI of her neck when she returned to the US and was diagnosed with disc herniations. The client had an epidural injection in her neck, that helped for about 3 weeks.
In addition, she states she woke up one day with right shoulder pain. The client had an MRI and was diagnosed with a rotator cuff tear. The client had right shoulder arthroscopy on 7/25/2017. The client returned to work full duty in November of 2017.
The client states that in late November of 2017 she started having right shoulder pain again while performing work duties (computer work). The client had a cortisone shot in her right shoulder but it didn't help. The client also stated that she developed lower back and SI joint pain sometime in 2017 with insidious onset, aggravated by prolonged sitting.
Moreover, the client states she developed left shoulder pain with insidious onset sometime around April or May of 2018, aggravated by computer work. The client was taken off work on disability in May of 2018.
The client states her doctor recommended her to have an ergonomic chair in 2016, but she never got it. The client had an ergonomic evaluation in January of 2018 and was provided a new keyboard, chair and mouse around April of 2018, but it didn't help.
The client states she had physical therapy but it only gave her temporary pain relief. The client had acupuncture bit it didn't help. Currently, the client manages pain daily by taking Norco, Gabapentin on a daily basis and has Botox injection in her neck and left buttock every 3 months.
In regards to her function and ADLs, the client sates her sleep is disrupted due to pain in her neck, shoulders and back. The client states she can tolerate sitting for about 30 minutes or so until she has to get up due to left sided lower back pain down to the left foot. The client states her right lower extremity gets painful if she drives over 35 minutes. The client states she is unsure how long she can stand in one position but is able to walk for over an hour without much difficulty but her back pain can be aggravated if she walked too much. The client states she has difficulty donning/doffing tight fitting shirts and sports bras due to pain in her shoulders and stiffness. The client states her neck and shoulders are aggravated by blow drying her hair for too long. The client states she has difficulty reaching overhead repetitively or for prolonged periods. The client states she is unable to manually scrub her floors or wash her windows due to pain in her neck and shoulders. The client states her lower back is aggravated by bending over. The client states she is unable to open certain bottles and jars. The client states she tries keeping herself

LIB000712

as healthy as she can by following her PTs recommended exercises at the gym as well as walking. The client states she can lift a gallon jug of milk as long as it is properly positioned. Shed states she might be able to lift a 24 pack of water bottles but is unable to maneuver it, so she generally has somebody assist her. The client states she avoids computer activity as it is painful. The client states she can't imagine returning to her job, which requires sitting in front of a computer 8 hours a day, which is the majority of her job. The client states she also used the telephone frequently throughout the day.
Day 2
The client states she had a difficult time sleeping last night. She complains of 10/10 pain in her lower back.

## Physical/Neurological

### Vital Signs

**Height:** 66 in                **Weight:** 118 lbs
**Blood Pressure:** 110/72, Left, Sitting                **Pulse:** 60 bpm
**Respiration:** 15

### Pain

The patient was asked to indicate with a pain drawing the location and quality of pain experienced as a result of the current condition.   The patient's description of the pain was: Aching.

The patient was asked to use a visual analog scale (VAS) to rate pain from zero to 10, with zero indicating no pain and 10 indicating the worst possible pain.   The patient described the pain as the following:

**Current Pain:**   10/10

### Pain Progress



LIB000713



**Pain - At Best**



**Pain - At Worst**

## Upper Extremity Dermatomes

The patient's sensory dermatomes were evaluated to determine the extent and nature of sensory deficits or pain associated with spinal nerve root disorders.

| Upper Dermatomes - General | | |
|---|---|---|
| Nerve | Left | Right |
| C4 | Normal | Normal |
| C5 | Normal | Normal |
| C6 | Abnormal | Abnormal |
| C7 | Abnormal | Abnormal |
| C8 | Abnormal | Abnormal |
| T1 | Normal | Normal |

| Upper Dermatomes - General - Left | Upper Dermatomes - General - Right |
|---|---|



LIB000714

Vicki Collier
Multiple parts

2 day FCE
Exam Date: 9/13/2019

## Lower Extremity Dermatomes

The patient's sensory dermatomes were evaluated to determine the extent and nature of sensory deficits or pain associated with spinal nerve root disorders.

| Lower Dermatomes - General | | |
|---|---|---|
| **Nerve** | **Left** | **Right** |
| L2 | Normal | Normal |
| L3 | Normal | Abnormal |
| L4 | Abnormal | Abnormal |
| L5 | Abnormal | Abnormal |
| S1 | Abnormal | Abnormal |
| S2 | Normal | Normal |

**Note (Right):**   The client complains of constant tingling in all toes bilaterally down to the base of the toes but not up the arches.

| Lower Dermatomes - General - Left | Lower Dermatomes - General - Right |
|---|---|



## Monofilament Testing

Monofilament testing was performed with the patient to quantify the extent of sensory loss in the hand. The patient, without seeing, was asked if various diameter monofilaments could be perceived when placed on the hand. Normal sensation can detect a monofilament designated as 2.83. To identify sensory threshold ability, a minimum of two correct responses from three trials is required for monofilaments larger than 2.83. Loss of sensation is categorized as diminished light touch (3.22 - 3.61), diminished protective sensation (3.84 - 4.31), and loss of protective sensation (4.56 - 6.65).

**Notes:** The client complains of constant tingling along the tips of her fingers in both hands.

## Monofilament Palmar Sensory Mapping Data

LIB000715

Vicki Collier
Multiple parts

2 day FCE
Exam Date: 9/13/2019

| Monofilament Left Palmar | | Thumb | | Index | | Middle | | Ring | | Little | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Zone | | R | U | R | U | R | U | R | U | R | U |
| Distal | 1 | 2.83 | 2.83 | 2.83 | 2.83 | 2.83 | 2.83 | 2.83 | 2.83 | 2.83 | 2.83 |
| Phalanx | 2 | 2.83 | 2.83 | 2.83 | 2.83 | 2.83 | 2.83 | 2.83 | 2.83 | 2.83 | 2.83 |
| Middle | 3 | ------ | ------ | 2.83 | 2.83 | 2.83 | 2.83 | 2.83 | 2.83 | 2.83 | 2.83 |
| Phalanx | 4 | ------ | ------ | 2.83 | 2.83 | 2.83 | 2.83 | 2.83 | 2.83 | 2.83 | 2.83 |
| Proximal | 5 | 2.83 | 2.83 | 2.83 | 2.83 | 2.83 | 2.83 | 2.83 | 2.83 | 2.83 | 2.83 |
| Phalanx | 6 | 2.83 | 2.83 | 2.83 | 2.83 | 2.83 | 2.83 | 2.83 | 2.83 | 2.83 | 2.83 |
| Distal | 7 | 2.83 | 2.83 | 2.83 | 2.83 | 2.83 | 2.83 | 2.83 | 2.83 | 2.83 | 2.83 |
| Palmar | 8 | 2.83 | 2.83 | 2.83 | 2.83 | 2.83 | 2.83 | 2.83 | 2.83 | 2.83 | 2.83 |
| Middle | 9 | 2.83 | 2.83 | 2.83 | 2.83 | 2.83 | 2.83 | 2.83 | 2.83 | 2.83 | 2.83 |
| Palmar | 10 | 2.83 | 2.83 | 2.83 | 2.83 | 2.83 | 2.83 | 2.83 | 2.83 | 2.83 | 2.83 |
| Proximal | 11 | ------ | | 2.83 | | 2.83 | | 2.83 | | 2.83 | |
| Palmar | 12 | ------ | | 2.83 | | 2.83 | | 2.83 | | 2.83 | |

| Monofilament Right Palmar | | Thumb | | Index | | Middle | | Ring | | Little | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Zone | | R | U | R | U | R | U | R | U | R | U |
| Distal | 1 | 2.83 | 2.83 | 2.83 | 2.83 | 2.83 | 2.83 | 2.83 | 2.83 | 2.83 | 2.83 |
| Phalanx | 2 | 2.83 | 2.83 | 2.83 | 2.83 | 2.83 | 2.83 | 2.83 | 2.83 | 2.83 | 2.83 |
| Middle | 3 | ------ | ------ | 2.83 | 2.83 | 2.83 | 2.83 | 2.83 | 2.83 | 2.83 | 2.83 |
| Phalanx | 4 | ------ | ------ | 2.83 | 2.83 | 2.83 | 2.83 | 2.83 | 2.83 | 2.83 | 2.83 |
| Proximal | 5 | 2.83 | 2.83 | 2.83 | 2.83 | 2.83 | 2.83 | 2.83 | 2.83 | 2.83 | 2.83 |
| Phalanx | 6 | 2.83 | 2.83 | 2.83 | 2.83 | 2.83 | 2.83 | 2.83 | 2.83 | 2.83 | 2.83 |
| Distal | 7 | 2.83 | 2.83 | 2.83 | 2.83 | 2.83 | 2.83 | 2.83 | 2.83 | 2.83 | 2.83 |
| Palmar | 8 | 2.83 | 2.83 | 2.83 | 2.83 | 2.83 | 2.83 | 2.83 | 2.83 | 2.83 | 2.83 |
| Middle | 9 | 2.83 | 2.83 | 2.83 | 2.83 | 2.83 | 2.83 | 2.83 | 2.83 | 2.83 | 2.83 |
| Palmar | 10 | 2.83 | 2.83 | 2.83 | 2.83 | 2.83 | 2.83 | 2.83 | 2.83 | 2.83 | 2.83 |
| Proximal | 11 | ------ | | 2.83 | | 2.83 | | 2.83 | | 2.83 | |
| Palmar | 12 | ------ | | 2.83 | | 2.83 | | 2.83 | | 2.83 | |

## Monofilament Dorsal Sensory Mapping Data

| Monofilament Left Dorsal | | Thumb | Index | Middle | Ring | Little |
|---|---|---|---|---|---|---|
| Distal | 1 | 2.83 | 2.83 | 2.83 | 2.83 | 2.83 |
| Phalanx | 2 | 2.83 | 2.83 | 2.83 | 2.83 | 2.83 |
| Middle | 3 | ------ | 2.83 | 2.83 | 2.83 | 2.83 |
| Phalanx | 4 | ------ | 2.83 | 2.83 | 2.83 | 2.83 |
| Proximal | 5 | 2.83 | 2.83 | 2.83 | 2.83 | 2.83 |
| Phalanx | 6 | 2.83 | 2.83 | 2.83 | 2.83 | 2.83 |
| Distal Palmar | 7-8 | 2.83 | 2.83 | 2.83 | 2.83 | 2.83 |

LIB000716

Vicki Collier
Multiple parts

2 day FCE
Exam Date: 9/13/2019

| Middle Palmar | 9-10 | 2.83 | 2.83 | 2.83 | 2.83 | 2.83 |
|---|---|---|---|---|---|---|
| Proximal Palmar | 11-12 | ------ | 2.83 | | 2.83 | |

| Monofilament Right Dorsal | | Thumb | Index | Middle | Ring | Little |
|---|---|---|---|---|---|---|
| Distal | 1 | 2.83 | 2.83 | 2.83 | 2.83 | 2.83 |
| Phalanx | 2 | 2.83 | 2.83 | 2.83 | 2.83 | 2.83 |
| Middle | 3 | ------ | 2.83 | 2.83 | 2.83 | 2.83 |
| Phalanx | 4 | ------ | 2.83 | 2.83 | 2.83 | 2.83 |
| Proximal | 5 | 2.83 | 2.83 | 2.83 | 2.83 | 2.83 |
| Phalanx | 6 | 2.83 | 2.83 | 2.83 | 2.83 | 2.83 |
| Distal Palmar | 7-8 | 2.83 | 2.83 | 2.83 | 2.83 | 2.83 |
| Middle Palmar | 9-10 | 2.83 | 2.83 | 2.83 | 2.83 | 2.83 |
| Proximal Palmar | 11-12 | ------ | 2.83 | | 2.83 | |

| Monofilament - Palmar | | Monofilament - Dorsal | |
|---|---|---|---|
| Right | Left | Right | Left |



## Range of Motion - Inclinometry

### Spine Range of Motion

The patient's active range of motion was objectively evaluated with Tracker ROM from JTECH Medical using the dual inclinometry protocols outlined in the AMA Guides to the Evaluation of Permanent Impairment.

| Cervical ROM | Norm | Result | Difference | % Norm |
|---|---|---|---|---|
| Cervical Flexion | 50° | 50° | 0° | 100% |
| Cervical Extension | 60° | 25° | 35° | 42% |
| Cervical Lateral Left | 45° | 20° | 25° | 44% |
| Cervical Lateral Right | 45° | 20° | 25° | 44% |
| Cervical Rotation Left | 80° | 50° | 30° | 63% |
| Cervical Rotation Right | 80° | 50° | 30° | 63% |

**Cervical Flexion/Extension - Notes:**   Movement was guarded.

LIB000717

Vicki Collier
Multiple parts

2 day FCE
Exam Date: 9/13/2019

| Lumbar ROM | Norm | Result | Difference | % Norm |
|---|---|---|---|---|
| Lumbar Flexion | 60° | 20° | 40° | 33% |
| Lumbar Extension | 25° | 5° | 20° | 20% |
| Lumbar Lateral Left | 25° | 10° | 15° | 40% |
| Lumbar Lateral Right | 25° | 7° | 18° | 28% |

**Lumbar Flexion/Extension - Notes:**   The client complained of increased pain at end ranges of motion.

Unless otherwise noted, the table(s) above show current test results compared to American Medical Association normative values.

## Spine Range of Motion Progress

| | | Previous Exam | | | Current | | |
|---|---|---|---|---|---|---|---|
| Cervical Recent Change | Norm | Date | Result | % Norm | Result | % Norm | Change |
| Cervical Flexion | 50° | 9/12/2019 | 50° | 100% | 50° | 100% | 0% |
| Cervical Extension | 60° | 9/12/2019 | 35° | 58% | 25° | 42% | -29% |
| Cervical Lateral Left | 45° | 9/12/2019 | 20° | 44% | 20° | 44% | 0% |
| Cervical Lateral Right | 45° | 9/12/2019 | 20° | 44% | 20° | 44% | 0% |
| Cervical Rotation Left | 80° | 9/12/2019 | 45° | 56% | 50° | 63% | 11% |
| Cervical Rotation Right | 80° | 9/12/2019 | 50° | 63% | 50° | 63% | 0% |

| | | Previous Exam | | | Current | | |
|---|---|---|---|---|---|---|---|
| Lumbar Recent Change | Norm | Date | Result | % Norm | Result | % Norm | Change |
| Lumbar Flexion | 60° | 9/12/2019 | 30° | 50% | 20° | 33% | -33% |
| Lumbar Extension | 25° | 9/12/2019 | 15° | 60% | 5° | 20% | -67% |
| Lumbar Lateral Left | 25° | 9/12/2019 | 10° | 40% | 10° | 40% | 0% |
| Lumbar Lateral Right | 25° | 9/12/2019 | 10° | 40% | 7° | 28% | -30% |

| | | Initial Exam | | | Current | | |
|---|---|---|---|---|---|---|---|
| Cervical Overall Change | Norm | Date | Result | % Norm | Result | % Norm | Change |
| Cervical Flexion | 50° | 9/12/2019 | 50° | 100% | 50° | 100% | 0% |
| Cervical Extension | 60° | 9/12/2019 | 35° | 58% | 25° | 42% | -29% |
| Cervical Lateral Left | 45° | 9/12/2019 | 20° | 44% | 20° | 44% | 0% |
| Cervical Lateral Right | 45° | 9/12/2019 | 20° | 44% | 20° | 44% | 0% |
| Cervical Rotation Left | 80° | 9/12/2019 | 45° | 56% | 50° | 63% | 11% |
| Cervical Rotation Right | 80° | 9/12/2019 | 50° | 63% | 50° | 63% | 0% |

| | | Initial Exam | | | Current | | |
|---|---|---|---|---|---|---|---|
| Lumbar Overall Change | Norm | Date | Result | % Norm | Result | % Norm | Change |
| Lumbar Flexion | 60° | 9/12/2019 | 30° | 50% | 20° | 33% | -33% |
| Lumbar Extension | 25° | 9/12/2019 | 15° | 60% | 5° | 20% | -67% |
| Lumbar Lateral Left | 25° | 9/12/2019 | 10° | 40% | 10° | 40% | 0% |
| Lumbar Lateral Right | 25° | 9/12/2019 | 10° | 40% | 7° | 28% | -30% |

COLLIER APL 0391

LIB000718

Vicki Collier
Multiple parts

2 day FCE
Exam Date: 9/13/2019



**LIB000719**

Vicki Collier
Multiple parts

2 day FCE
Exam Date: 9/13/2019



## Range of Motion - Goniometry

### Upper Extremity Range of Motion

Range of motion (ROM) for the upper extremity joint motions indicated below were evaluated and compared to normative values published by the American Medical Association in the Guides to the Evaluation of Permanent Impairment, Sixth Edition.

| Upper Extremity ROM - Left Active | Norm | Result | % Norm |
|---|---|---|---|
| Shoulder Flexion | 180° | 128° | 71% |
| Shoulder Extension | 50° | 37° | 74% |
| Shoulder Abduction | 180° | 149° | 83% |
| Shoulder Adduction | 50° | 23° | 46% |
| Shoulder Internal Rotation | 90° | 62° | 69% |
| Shoulder External Rotation | 90° | 89° | 99% |

| Upper Extremity ROM - Right Active | Norm | Result | % Norm |
|---|---|---|---|
| Shoulder Flexion | 180° | 138° | 77% |
| Shoulder Extension | 50° | 33° | 66% |
| Shoulder Abduction | 180° | 134° | 74% |
| Shoulder Adduction | 50° | 13° | 26% |
| Shoulder Internal Rotation | 90° | 63° | 70% |
| Shoulder External Rotation | 90° | 84° | 93% |

### Upper Extremity Range of Motion Progress

| | | Previous Exam | | | Current | | |
|---|---|---|---|---|---|---|---|
| Left Active Upper Ext. Recent Change | Norm | Date | Result | % Norm | Result | % Norm | Change |
| Shoulder Flexion | 180° | 9/12/2019 | 137° | 76% | 128° | 71% | -7% |

LIB000720

Vicki Collier  
Multiple parts

2 day FCE  
Exam Date: 9/13/2019

| | Norm | Date | Result | % Norm | Result | % Norm | Change |
|---|---|---|---|---|---|---|---|
| Shoulder Extension | 50° | 9/12/2019 | 38° | 76% | 37° | 74% | -3% |
| Shoulder Abduction | 180° | 9/12/2019 | 143° | 79% | 149° | 83% | 4% |
| Shoulder Adduction | 50° | 9/12/2019 | 25° | 50% | 23° | 46% | -8% |
| Shoulder Internal Rotation | 90° | 9/12/2019 | 48° | 53% | 62° | 69% | 29% |
| Shoulder External Rotation | 90° | 9/12/2019 | 86° | 96% | 89° | 99% | 3% |

| | | Previous Exam | | | Current | | |
|---|---|---|---|---|---|---|---|
| Right Active Upper Ext. Recent Change | Norm | Date | Result | % Norm | Result | % Norm | Change |
| Shoulder Flexion | 180° | 9/12/2019 | 131° | 73% | 138° | 77% | 5% |
| Shoulder Extension | 50° | 9/12/2019 | 38° | 76% | 33° | 66% | -13% |
| Shoulder Abduction | 180° | 9/12/2019 | 130° | 72% | 134° | 74% | 3% |
| Shoulder Adduction | 50° | 9/12/2019 | 24° | 48% | 13° | 26% | -46% |
| Shoulder Internal Rotation | 90° | 9/12/2019 | 48° | 53% | 63° | 70% | 31% |
| Shoulder External Rotation | 90° | 9/12/2019 | 64° | 71% | 84° | 93% | 31% |

| | | Initial Exam | | | Current | | |
|---|---|---|---|---|---|---|---|
| Left Active Upper Ext. Overall Change | Norm | Date | Result | % Norm | Result | % Norm | Change |
| Shoulder Flexion | 180° | 9/12/2019 | 137° | 76% | 128° | 71% | -7% |
| Shoulder Extension | 50° | 9/12/2019 | 38° | 76% | 37° | 74% | -3% |
| Shoulder Abduction | 180° | 9/12/2019 | 143° | 79% | 149° | 83% | 4% |
| Shoulder Adduction | 50° | 9/12/2019 | 25° | 50% | 23° | 46% | -8% |
| Shoulder Internal Rotation | 90° | 9/12/2019 | 48° | 53% | 62° | 69% | 29% |
| Shoulder External Rotation | 90° | 9/12/2019 | 86° | 96% | 89° | 99% | 3% |

| | | Initial Exam | | | Current | | |
|---|---|---|---|---|---|---|---|
| Right Active Upper Ext. Overall Change | Norm | Date | Result | % Norm | Result | % Norm | Change |
| Shoulder Flexion | 180° | 9/12/2019 | 131° | 73% | 138° | 77% | 5% |
| Shoulder Extension | 50° | 9/12/2019 | 38° | 76% | 33° | 66% | -13% |
| Shoulder Abduction | 180° | 9/12/2019 | 130° | 72% | 134° | 74% | 3% |
| Shoulder Adduction | 50° | 9/12/2019 | 24° | 48% | 13° | 26% | -46% |
| Shoulder Internal Rotation | 90° | 9/12/2019 | 48° | 53% | 63° | 70% | 31% |
| Shoulder External Rotation | 90° | 9/12/2019 | 64° | 71% | 84° | 93% | 31% |



Shoulder Flexion - Active

COLLIER APL 0394

LIB000721

Vicki Collier
Multiple parts

2 day FCE
Exam Date: 9/13/2019



COLLIER APL 0395

LIB000722

Vicki Collier
Multiple parts

2 day FCE
Exam Date: 9/13/2019

## Muscle Strength Testing

### Muscle Tests

The patient was tested using the JTECH Tracker system, a computerized muscle strength evaluation system. When compared to the opposite side, a strength difference greater than 15% is generally recognized as an indication of motor deficit.

| Upper Extremity Muscle Tests | Result | | CV | | |
| --- | --- | --- | --- | --- | --- |
| | Left | Right | Left | Right | Difference |
| Shoulder Flexion | 17.4 lbs | 18.9 lbs | 2% | 4% | -8% L |
| Shoulder Abduction | 13.5 lbs | 14.6 lbs | 7% | 6% | -8% L |
| Shoulder Internal Rotation | 18.8 lbs | 18.4 lbs | 3% | 9% | -2% R |
| Shoulder External Rotation | 12.0 lbs | 12.4 lbs | 5% | 4% | -3% L |
| Elbow Flexion (Forearm Supinated) | 27.2 lbs | 32.1 lbs | 3% | 3% | -15% L |
| Wrist Flexion | 18.4 lbs | 23.0 lbs | 3% | 4% | -20% L |
| Wrist Extension | 16.7 lbs | 16.1 lbs | 4% | 2% | -3% R |

| Lower Extremity Muscle Tests | Result | | CV | | |
| --- | --- | --- | --- | --- | --- |
| | Left | Right | Left | Right | Difference |
| Hip Flexion | 20.5 lbs | 22.3 lbs | 11% | 5% | -8% L |
| Knee Extension | 32.8 lbs | 41.0 lbs | 4% | 10% | -20% L |
| Foot Dorsiflexion/Inversion | 24.4 lbs | 29.4 lbs | 7% | 10% | -17% L |

Consistency of the patient's muscle strength was evaluated using coefficient of variation (CV) with consistency indicated by successive repetitions falling below 15%.

| Graded Muscle Tests | Left Grade | Right Grade |
| --- | --- | --- |
| Shoulder Flexion | 4- | 4- |
| Shoulder Abduction | 3+ | 3+ |
| Shoulder Internal Rotation | 4- | 4- |
| Shoulder External Rotation | 3+ | 3+ |
| Elbow Flexion (Forearm Supinated) | 5 | 5 |
| Wrist Flexion | 4- | 4 |
| Wrist Extension | 4- | 4- |
| Hip Flexion | 4- | 4- |
| Knee Extension | 4 | 5 |
| Foot Dorsiflexion/Inversion | 4 | 5 |

COLLIER APL 0396

LIB000723

Vicki Collier
Multiple parts

2 day FCE
Exam Date: 9/13/2019



COLLIER APL 0397

LIB000724

Vicki Collier
Multiple parts

2 day FCE
Exam Date: 9/13/2019



COLLIER APL 0398

LIB000725

Vicki Collier
Multiple parts

2 day FCE
Exam Date: 9/13/2019

**Knee Extension**




**Foot Dorsiflexion/Inversion**




## Muscle Test Progress

| | Previous Exam | | | Current | | | Change | |
|---|---|---|---|---|---|---|---|---|
| **Upper Extremity Recent Change** | **Date** | **Left** | **Right** | **Diff** | **Left** | **Right** | **Diff** | **Left** | **Right** |
| Shoulder Flexion | 9/12/2019 | 22.9 lbs | 19.1 lbs | -17% R | 17.4 lbs | 18.9 lbs | -8% L | -24% | -1% |
| Shoulder Abduction | 9/12/2019 | 14.4 lbs | 16.8 lbs | -14% L | 13.5 lbs | 14.6 lbs | -8% L | -7% | -13% |
| Shoulder Internal Rotation | 9/12/2019 | 19.7 lbs | 19.4 lbs | -2% R | 18.8 lbs | 18.4 lbs | -2% R | -5% | -5% |
| Shoulder External Rotation | 9/12/2019 | 15.3 lbs | 11.9 lbs | -22% R | 12.0 lbs | 12.4 lbs | -3% L | -22% | 4% |
| Elbow Flexion (Forearm Supinated) | 9/12/2019 | 32.2 lbs | 31.5 lbs | -2% R | 27.2 lbs | 32.1 lbs | -15% L | -16% | 2% |
| Wrist Flexion | 9/12/2019 | 19.3 lbs | 23.8 lbs | -19% L | 18.4 lbs | 23.0 lbs | -20% L | -4% | -4% |
| Wrist Extension | 9/12/2019 | 22.2 lbs | 24.3 lbs | -8% L | 16.7 lbs | 16.1 lbs | -3% R | -25% | -34% |

| | Previous Exam | | | Current | | | Change | |
|---|---|---|---|---|---|---|---|---|
| **Lower Extremity Recent Change** | **Date** | **Left** | **Right** | **Diff** | **Left** | **Right** | **Diff** | **Left** | **Right** |
| Hip Flexion | 9/12/2019 | 26.3 lbs | 27.9 lbs | -6% L | 20.5 lbs | 22.3 lbs | -8% L | -22% | -20% |
| Knee Extension | 9/12/2019 | 40.1 lbs | 38.2 lbs | -5% R | 32.8 lbs | 41.0 lbs | -20% L | -18% | 7% |
| Foot Dorsiflexion/Inversion | 9/12/2019 | 29.1 lbs | 32.4 lbs | -10% L | 24.4 lbs | 29.4 lbs | -17% L | -16% | -9% |

| | Initial Exam | | | Current | | | Change | |
|---|---|---|---|---|---|---|---|---|
| **Upper Extremity Overall Change** | **Date** | **Left** | **Right** | **Diff** | **Left** | **Right** | **Diff** | **Left** | **Right** |
| Shoulder Flexion | 9/12/2019 | 22.9 lbs | 19.1 lbs | -17% R | 17.4 lbs | 18.9 lbs | -8% L | -24% | -1% |
| Shoulder Abduction | 9/12/2019 | 14.4 lbs | 16.8 lbs | -14% L | 13.5 lbs | 14.6 lbs | -8% L | -7% | -13% |
| Shoulder Internal Rotation | 9/12/2019 | 19.7 lbs | 19.4 lbs | -2% R | 18.8 lbs | 18.4 lbs | -2% R | -5% | -5% |
| Shoulder External Rotation | 9/12/2019 | 15.3 lbs | 11.9 lbs | -22% R | 12.0 lbs | 12.4 lbs | -3% L | -22% | 4% |
| Elbow Flexion (Forearm Supinated) | 9/12/2019 | 32.2 lbs | 31.5 lbs | -2% R | 27.2 lbs | 32.1 lbs | -15% L | -16% | 2% |
| Wrist Flexion | 9/12/2019 | 19.3 lbs | 23.8 lbs | -19% L | 18.4 lbs | 23.0 lbs | -20% L | -4% | -4% |

COLLIER APL 0399

LIB000726

Vicki Collier
Multiple parts

2 day FCE
Exam Date: 9/13/2019

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Wrist Extension | | 9/12/2019 | 22.2 lbs | 24.3 lbs | -8% L | 16.7 lbs | 16.1 lbs | -3% R | -25% | -34% |

|  | | Initial Exam | | | Current | | | Change | |
|---|---|---|---|---|---|---|---|---|---|
| **Lower Extremity Overall Change** | **Date** | **Left** | **Right** | **Diff** | **Left** | **Right** | **Diff** | **Left** | **Right** |
| Hip Flexion | 9/12/2019 | 26.3 lbs | 27.9 lbs | -6% L | 20.5 lbs | 22.3 lbs | -8% L | -22% | -20% |
| Knee Extension | 9/12/2019 | 40.1 lbs | 38.2 lbs | -5% R | 32.8 lbs | 41.0 lbs | -20% L | -18% | 7% |
| Foot Dorsiflexion/Inversion | 9/12/2019 | 29.1 lbs | 32.4 lbs | -10% L | 24.4 lbs | 29.4 lbs | -17% L | -16% | -9% |









LIB000727

Vicki Collier
Multiple parts

2 day FCE
Exam Date: 9/13/2019



LIB000728

Vicki Collier
Multiple parts

2 day FCE
Exam Date: 9/13/2019



## Grip Strength Testing

### Maximum Grip Test

The patient's grip strength was evaluated with the Tracker computerized grip dynamometer from JTECH Medical to objectively quantify maximum grip strength and identify hand weakness.

| Rung 2 | | | | | | |
|---|---|---|---|---|---|---|
| Side | Maximum | Average | CV | % Diff | Norm | % of Norm |
| Left | 51.7 lbs | 46.7 lbs | 10% | – | 47.3 lbs | 109% |
| Right | 43.3 lbs | 42.3 lbs | 3% | -16% | 57.3 lbs | 76% |

Normal values used for comparison were published in: Mathiowetz V. Grip and pinch strength: Normative data for adults. Arch Phys Med Rehabil 1985;66:69-72.

Consistency of the patient's grip strength effort was evaluated using coefficient of variation (CV) with consistency indicated by successive repetitions falling below 15%.

### Max Grip Progress

| Max Recent Change | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Previous Exam | | | | Current Exam | | | % Change | |
| Date | Left | Right | % Diff | Left | Right | % Diff | Left | Right |
| 9/12/2019 | 52.9 lbs | 47.7 lbs | -10% R | 51.7 lbs | 43.3 lbs | -16% R | -2% | -9% |

| Max Overall Change | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Initial Exam | | | | Current Exam | | | % Change | |
| Date | Left | Right | % Diff | Left | Right | % Diff | Left | Right |
| 9/12/2019 | 52.9 lbs | 47.7 lbs | -10% R | 51.7 lbs | 43.3 lbs | -16% R | -2% | -9% |

LIB000729

Vicki Collier
Multiple parts

2 day FCE
Exam Date: 9/13/2019



The maximum grip test graph indicates a 2% decrease in the left hand and 9% decrease in the right hand from the initial test to the current test.

## Five Position Grip Test

The patient's grip strength was tested with the Tracker computerized grip dynamometer at all five rung positions.

| Position | Left Maximum | Left CV | Right Maximum | Right CV | % Diff |
|---|---|---|---|---|---|
| 1 | 44.5 lbs | 6% | 41.5 lbs | 13% | -7% R |
| 2 | 45.6 lbs | 0% | 50.2 lbs | 4% | -9% L |
| 3 | 45.8 lbs | 5% | 43.7 lbs | 5% | -5% R |
| 4 | 35.7 lbs | 7% | 36.6 lbs | 0% | -2% L |
| 5 | 31.8 lbs | 1% | 34.3 lbs | 3% | -7% L |

Consistency of the patient's grip strength effort was evaluated using coefficient of variation (CV) with consistency indicated by successive repetitions falling below 15%.

The presence of a bell-shaped curve from the five position grip test results is typically indicative of maximum effort for both injured and uninjured people alike (Stokes, 1983).



## Five Position Grip Progress

| Five Position Recent Change | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Previous Exam | | | | Current Exam | | | | % Change | |
| Rung | Date | Left | Right | % Diff | Left | Right | % Diff | | Left | Right |
| 1 | 9/12/2019 | 52.8 lbs | 55.1 lbs | -4% L | 44.5 lbs | 41.5 lbs | -7% R | | -16% | -25% |
| 2 | 9/12/2019 | 52.4 lbs | 51.6 lbs | -2% R | 45.6 lbs | 50.2 lbs | -9% L | | -13% | -3% |
| 3 | 9/12/2019 | 50.0 lbs | 45.4 lbs | -9% R | 45.8 lbs | 43.7 lbs | -5% R | | -8% | -4% |
| 4 | 9/12/2019 | 38.2 lbs | 32.9 lbs | -14% R | 35.7 lbs | 36.6 lbs | -2% L | | -7% | 11% |

LIB000730

Vicki Collier
Multiple parts

2 day FCE
Exam Date: 9/13/2019

| 5 | 9/12/2019 | 34.0 lbs | 32.9 lbs | -3% R | 31.8 lbs | 34.3 lbs | -7% L | -6% | 4% |

**Five Position Overall Change**

| Rung | Initial Exam | | | | Current Exam | | | % Change | |
| | Date | Left | Right | % Diff | Left | Right | % Diff | Left | Right |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 9/12/2019 | 52.8 lbs | 55.1 lbs | -4% L | 44.5 lbs | 41.5 lbs | -7% R | -16% | -25% |
| 2 | 9/12/2019 | 52.4 lbs | 51.6 lbs | -2% R | 45.6 lbs | 50.2 lbs | -9% L | -13% | -3% |
| 3 | 9/12/2019 | 50.0 lbs | 45.4 lbs | -9% R | 45.8 lbs | 43.7 lbs | -5% R | -8% | -4% |
| 4 | 9/12/2019 | 38.2 lbs | 32.9 lbs | -14% R | 35.7 lbs | 36.6 lbs | -2% L | -7% | 11% |
| 5 | 9/12/2019 | 34.0 lbs | 32.9 lbs | -3% R | 31.8 lbs | 34.3 lbs | -7% L | -6% | 4% |



LIB000731

Vicki Collier
Multiple parts

2 day FCE
Exam Date: 9/13/2019



## Sustained Grip Test

The patient's maximum grip strength and the ability to sustain a contraction over time were evaluated using the Tracker computerized grip dynamometer from JTECH Medical. The Tracker system documents sustained grip ability by graphing grip strength force over time.

| Rung 2 | | | | |
|---|---|---|---|---|
| Side | Maximum | Average | CV | % Diff |
| Left | 34.2 lbs | 32.9 lbs | 5% | -30% |
| Right | 49.1 lbs | 41.4 lbs | 14% | – |

| Rung 2 | Left | | Right | |
|---|---|---|---|---|
| Rep | Mean | Fatigue | Mean | Fatigue |
| 1 | 26.8 lbs | 41% | 28.6 lbs | 23% |
| 2 | 22.8 lbs | 38% | 33.8 lbs | 41% |
| 3 | 27.5 lbs | 36% | 33.0 lbs | 36% |
| 4 | – | – | – | – |

Consistency of the patient's sustained grip strength effort was evaluated using coefficient of variation (CV) with consistency indicated by successive repetitions falling below 15%.

LIB000732

Vicki Collier
Multiple parts

2 day FCE
Exam Date: 9/13/2019





## Sustained Grip Progress

| Sustained Recent Change | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Previous Exam** | | | | **Current Exam** | | | **% Change** | |
| Date | Left | Right | % Diff | Left | Right | % Diff | Left | Right |
| 9/12/2019 | 41.8 lbs | 41.3 lbs | -1% R | 34.2 lbs | 49.1 lbs | -30% L | -18% | 19% |

| Sustained Overall Change | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Initial Exam** | | | | **Current Exam** | | | **% Change** | |
| Date | Left | Right | % Diff | Left | Right | % Diff | Left | Right |
| 9/12/2019 | 41.8 lbs | 41.3 lbs | -1% R | 34.2 lbs | 49.1 lbs | -30% L | -18% | 19% |

## Multi-Max Grip Tests – Day 1

The patient's grip strength was repeatedly evaluated during the course of the examination using the Tracker computerized grip dynamometer from JTECH Medical. The repeat testing assists in determining the patient's level of effort by allowing results to be compared, as recommended by the AMA Guides to the Evaluation of Permanent Impairment, 6th Ed.

| Test 1 | | | | | | |
|---|---|---|---|---|---|---|
| Side | Maximum | Average | CV | % Diff | Norm | % of Norm |
| Left | 43.3 lbs | 38.0 lbs | 10% | -3% | 47.3 lbs | 92% |
| Right | 44.7 lbs | 41.1 lbs | 10% | – | 57.3 lbs | 78% |

**Notes:**  Post dexterity test.

| Test 2 | | | | | | |
|---|---|---|---|---|---|---|
| Side | Maximum | Average | CV | % Diff | Norm | % of Norm |
| Left | 49.5 lbs | 43.0 lbs | 13% | – | 47.3 lbs | 105% |
| Right | 42.0 lbs | 40.7 lbs | 4% | -15% | 57.3 lbs | 73% |

**Notes:**  Post static lifts.

| Test 3 | | | | | | |
|---|---|---|---|---|---|---|
| Side | Maximum | Average | CV | % Diff | Norm | % of Norm |

LIB000733

| Vicki Collier | | | | | 2 day FCE |
| Multiple parts | | | | | Exam Date: 9/13/2019 |

| Left | 50.2 lbs | 48.2 lbs | 3% | – | 47.3 lbs | 106% |
|------|----------|----------|-----|------|----------|-------|
| Right | 45.6 lbs | 40.9 lbs | 9% | -9% | 57.3 lbs | 80% |

**Notes:**   Post dynamic lifts

## Multi-Max Grip Tests – Day 2

The patient's grip strength was repeatedly evaluated during the course of the examination using the Tracker computerized grip dynamometer from JTECH Medical. The repeat testing assists in determining the patient's level of effort by allowing results to be compared, as recommended by the AMA Guides to the Evaluation of Permanent Impairment, 6th Ed.

| Test 1 | | | | | | |
|--------|---------|---------|-----|--------|------|-----------|
| **Side** | **Maximum** | **Average** | **CV** | **% Diff** | **Norm** | **% of Norm** |
| Left | 46.3 lbs | 44.4 lbs | 6% | -5% | 47.3 lbs | 98% |
| Right | 48.6 lbs | 44.2 lbs | 9% | – | 57.3 lbs | 85% |

**Notes:**   Post dexterity test.

| Test 2 | | | | | | |
|--------|---------|---------|-----|--------|------|-----------|
| **Side** | **Maximum** | **Average** | **CV** | **% Diff** | **Norm** | **% of Norm** |
| Left | 46.3 lbs | 41.6 lbs | 10% | – | 47.3 lbs | 98% |
| Right | 41.6 lbs | 40.2 lbs | 4% | -10% | 57.3 lbs | 73% |

**Notes:**   Post static lifts.

| Test 3 | | | | | | |
|--------|---------|---------|-----|--------|------|-----------|
| **Side** | **Maximum** | **Average** | **CV** | **% Diff** | **Norm** | **% of Norm** |
| Left | 51.8 lbs | 50.0 lbs | 3% | – | 47.3 lbs | 109% |
| Right | 45.2 lbs | 40.4 lbs | 11% | -13% | 57.3 lbs | 79% |

**Notes:**   Post dynamic lifts.

Normal values used for comparison were published in: Mathiowetz V. Grip and pinch strength: Normative data for adults. Arch Phys Med Rehabil 1985;66:69-72.

Consistency of the patient's grip strength effort was evaluated using coefficient of variation (CV) with consistency indicated by successive repetitions falling below 15%.

| Test Comparison | | | | |
|-----------------|------|------|------|------|
| **Side** | **1/2** | **2/3** | **1/3** | **CV** |
| Left | 0% | 11% | 11% | 5% |
| Right | 14% | 8% | 7% | 6% |

Successive tests should fall within 20 percent to be considered valid consistent effort (Cocchiarella L, Andersson G. Guides to the Evaluation of Permanent Impairment, 6th ed. Chicago, Ill: AMA Press; 2000).

LIB000734

Vicki Collier
Multiple parts

2 day FCE
Exam Date: 9/13/2019

## Pinch Strength Testing

### Pinch Standard Tests

The patient's pinch strength was evaluated with the Tracker computerized pinch dynamometer from JTECH Medical to objectively quantify maximum pinch strength and identify hand weakness.

| Pinch Test | Side | Result | CV | % Diff | Norm | % of Norm |
|---|---|---|---|---|---|---|
| Key (Lateral) | Left | 12.4 lbs | 6% | – | 14.7 | 84% |
| Key (Lateral) | Right | 11.0 lbs | 8% | -11% | 15.7 | 70% |
| Palmar (Chuck) | Left | 9.8 lbs | 2% | – | 15.4 | 64% |
| Palmar (Chuck) | Right | 9.5 lbs | 5% | -3% | 16.0 | 59% |

Consistency of the patient's pinch strength effort was evaluated using coefficient of variation (CV) with consistency indicated by successive repetitions falling below 15%.

### Pinch Progress

| | Previous Exam | | | | Current | | | Change | |
|---|---|---|---|---|---|---|---|---|---|
| Pinch Recent Change | Date | Left | Right | Diff | Left | Right | Diff | Left | Right |
| Key (Lateral) | 9/12/2019 | 12.8 lbs | 13.1 lbs | -2% L | 12.4 lbs | 11.0 lbs | -11% R | -3% | -16% |
| Palmar (Chuck) | 9/12/2019 | 8.5 lbs | 9.4 lbs | -9% L | 9.8 lbs | 9.5 lbs | -3% R | 14% | 1% |

| | Initial Exam | | | | Current | | | Change | |
|---|---|---|---|---|---|---|---|---|---|
| Pinch Overall Change | Date | Left | Right | Diff | Left | Right | Diff | Left | Right |
| Key (Lateral) | 9/12/2019 | 12.8 lbs | 13.1 lbs | -2% L | 12.4 lbs | 11.0 lbs | -11% R | -3% | -16% |
| Palmar (Chuck) | 9/12/2019 | 8.5 lbs | 9.4 lbs | -9% L | 9.8 lbs | 9.5 lbs | -3% R | 14% | 1% |



LIB000735

Vicki Collier
Multiple parts

2 day FCE
Exam Date: 9/13/2019

## Static Strength Testing

### NIOSH Static Strength Testing

The examinee was tested using the JTECH computerized static strength evaluation system and standard lift evaluation protocols outlined by NIOSH in the Work Practices Guide for Manual Lifting, 1981. The examinee's NIOSH population percentile is determined by comparing lift strength results with published norms with the 50th percentile indicating the average for the patient's gender. NIOSH has determined a minimum of the 25th percentile should be demonstrated for the worker to safely perform that type of lift on the job.

| NIOSH Static Strength Tests | Maximum | Highest Mean | CV | NIOSH % |
|---|---|---|---|---|
| Arm [NIOSH] | 28 lbs | 20 lbs | 12% | 10% |
| High Near [NIOSH] | 24 lbs | 22 lbs | 4% | <10% |

A coefficient of variation (CV) less than 15% may be indicative of consistent effort (Chaffin, 1976).

| NIOSH Test Dynamic Rating | Highest Mean | Occasional | Frequent | Constant |
|---|---|---|---|---|
| Arm [NIOSH] | 20 lbs | 15 lbs | 8 lbs | 3 lbs |
| High Near [NIOSH] | 22 lbs | 13 lbs | 7 lbs | 3 lbs |

Dynamic Rating is based on the Highest Mean static lifting test score and indicates the theoretical load a subject may be able to lift dynamically on an occasional basis (Blankenship, 1990). Frequent and constant values are derived from the occasional lift value using percentages from the Dictionary of Occupational Titles, 1991.



LIB000736

Vicki Collier
Multiple parts

2 day FCE
Exam Date: 9/13/2019

## NIOSH Static Strength Progress

| NIOSH Recent Change | Previous Exam | | Current Exam | |
|---|---|---|---|---|
| | Date | Strength | Strength | Change |
| Arm [NIOSH] | 9/12/2019 | 19 lbs | 20 lbs | 9% |
| High Near [NIOSH] | 9/12/2019 | 16 lbs | 22 lbs | 37% |

| NIOSH Overall Change | Initial Exam | | Current Exam | |
|---|---|---|---|---|
| | Date | Strength | Strength | Change |
| Arm [NIOSH] | 9/12/2019 | 19 lbs | 20 lbs | 9% |
| High Near [NIOSH] | 9/12/2019 | 16 lbs | 22 lbs | 37% |



**Arm [NIOSH]**



**High Near [NIOSH]**

## Isometric Static Strength Testing

The examinee's static strength for the tasks listed was evaluated using the JTECH computerized static strength evaluation system.

| Isometric Static Strength Tests | Maximum | Highest Mean | CV |
|---|---|---|---|
| Push | 36 lbs | 27 lbs | 8% |
| Pull | 34 lbs | 28 lbs | 3% |

A coefficient of variation (CV) less than 15% may be indicative of consistent effort (Chaffin, 1976).

LIB000737

Vicki Collier  
Multiple parts

2 day FCE  
Exam Date: 9/13/2019



## Isometric Static Strength Progress

| Isometric Recent Change | Previous Exam | | Current Exam | |
| | Date | Strength | Strength | Change |
|---|---|---|---|---|
| Push | 9/12/2019 | 27 lbs | 27 lbs | 0% |
| Pull | 9/12/2019 | 38 lbs | 28 lbs | -28% |

| Isometric Overall Change | Initial Exam | | Current Exam | |
| | Date | Strength | Strength | Change |
|---|---|---|---|---|
| Push | 9/12/2019 | 27 lbs | 27 lbs | 0% |
| Pull | 9/12/2019 | 38 lbs | 28 lbs | -28% |



COLLIER APL 0411

LIB000738

Vicki Collier                                                                2 day FCE
Multiple parts                                               Exam Date: 9/13/2019



## Functional Testing

### Reliability of Findings

Consistency of effort, symptom response and perceived function were correlated to determine the reliability of evaluation results.

| Coefficient of Variation | | | |
|---|---|---|---|
| **Area** | **Number < 15%** | **Number Possible** | **% Consistent** |
| Left Side | 26 | 26 | 100% |
| Right Side | 26 | 26 | 100% |
| Unilateral | 13 | 14 | 93% |
| Overall | 65 | 66 | 98% |

| Multi Max Grip Test | | | | |
|---|---|---|---|---|
| **Side** | **Diff 1-2** | **Diff 2-3** | **Diff 1-3** | **Inter-Test CV** |
| Left Side | 0% | 11% | 11% | 5% |
| Right Side | 14% | 8% | 7% | 6% |

### Work Activities – Day 1

The following is a summary of the work activity tolerances demonstrated during the evaluation.

**Reaching Overhead - Notes:**   The client was able to reach overhead 60 times until she was limited due to neck and bilateral shoulder pain. She exhibited increased guarding along her neck and shoulder girdle and movement became more labored before having to stop.
-Blood pressure: 110/70
-Pulse: 88 BPM
-Respiratory rate: 22 breaths/min

**Bending - Notes:**   The client was able to bend at the waist 50 times while performing dexterity work until she was limited due to lower back and neck pain. Movement was gradually more guarded and verbal cues required for her to maintain proper technique.
-Blood pressure: 122/90
-Pulse: 82 BPM
-Respiratory rate: 22 breaths/min

**Squatting - Notes:**   The client was able to squat 20 times while performing fine manipulation until back pain became a limiting factor. Movement became gradually more guarded as her form worsened.
-Blood pressure: 118/74
-Pulse: 96 BPM

LIB000739

Vicki Collier

2 day FCE

Multiple parts

Exam Date: 9/13/2019

-Respiratory rate: 26 breaths/min

**Stair Climbing - Notes:**  The client was able to climb/descend 5 flights of stairs until she was limited due to fatigue. She exhibited reduced eccentric control of her knees when descending. Her right knee veered medially when climbing and descending.
-Blood pressure: 102/76
-Pulse: 96 BPM
-Respiratory rate: 26 breaths/min

## Work Activities – Day 2

The following is a summary of the work activity tolerances demonstrated during the evaluation.

**Reaching Overhead - Notes:**  The client was able to reach overhead 40 times until neck and bilateral shoulder pain became a limiting factor. Movement was guarded and slow.
-Blood pressure: 112/82
-Pulse: 70 BPM
-Respiratory rate: 20 breaths/min

**Bending - Notes:**  The client was able to bend at the waist 10 times while performing dexterity work slowly and with a guarded posture until low back pain became a limiting factor.
-Blood pressure: 104/78
-Pulse: 62 BPM
-Respiratory rate: 16 breaths/min

**Squatting - Notes:**  The client was able to squat 10 times while performing dexterity work until she was limited due to back pain. Movement was slow and guarded.
-Blood pressure: 110/80
-Pulse: 88 BPM
-Respiratory rate: 22 breaths/min

**Stair Climbing - Notes:**  The client was able to climb/descend 5 flights of stairs until low back and left knee pain limited her ability to continue. The client's right knee veered medially when descending and she maintained a guarded posture.
-Blood pressure: 108/82
-Pulse: 70 BPM
-Respiratory rate: 20 breaths/min

References: Blankenship K. Functional Capacity Evaluation: The Procedure Manual. Macon, GA: The Blankenship Corporation, 1994.

## Material Handling – Day 1

The following is a summary of the material handling tolerances demonstrated during the evaluation.

**Floor Lift - Notes:**  The client was able to lift 10# from the floor.

**Knee Lift - Notes:**  The client was able to lift 15# at knee height.

**Waist (Pivot) Lift - Notes:**  The client was able to lift 20# at waist height.

**Overhead Lift - Notes:**  The client was able to lift 5# overhead.

**Carry - Notes:**  The client was able to carry 20# for 30 ft.

LIB000740

Vicki Collier
Multiple parts

2 day FCE
Exam Date: 9/13/2019

## Material Handling - Day 2

The following is a summary of the material handling tolerances demonstrated during the evaluation.

**Floor Lift - Notes:**   The client was able to lift 5# from the floor via half kneel technique.

**Knee Lift - Notes:**   The client was able to lift 10# from knee height.

**Waist (Pivot) Lift - Notes:**   The client was able to lift 15# at waist height.

**Overhead Lift - Notes:**   The client was able to lift 5# overhead.

**Carry - Notes:**   The client was able to carry 15# for 30 ft.

References: Mayer TG, et al. "Progressive isoinertial lifting evaluation I. A standardized protocol and normative database." Spine 1988 Sep; 13(9): 993-7.

Mayer TG, et al. "Progressive isoinertial lifting evaluation II. A comparison with isokinetic lifting in a disabled chronic low-back industrial population." Spine 1988 Sep; 13(9): 998-1002.

Lygren H, Dragesund T, Joesen J, Moe-Nilssen R. "Test-retest reliability of the Progressive Isoinertial Lifting Evaluation (PILE)." Spine 2005 May; 30(9): 1070-4.

Lee TH. "Maximum isoinertial lifting capabilities for different lifting ranges and container dimensions." Appl Ergon 2005 May; 36(3): 373-7.

Reneman MF, et al. "Testing lifting capacity: validity of determining effort by means of observation." Spine 2005 Jan 15; 30(2): E40-6.

Snook S, Ciriello V. "The design of manual handling tasks: Revised tables of maximum acceptable weights and forces." Ergonomics 1991; 34(9): 1197-1213.

Gross DP, Battie MC. "Reliability of safe maximum lifting determinations of a functional capacity evaluation." Phys Ther 2002 Apr; 82(4): 364-71.

## Postures – Day 1

The following is a summary of the postural tolerances demonstrated during the evaluation.

**Sitting - Notes:**   The client was able to sit for 30 minutes until she had to stand up due to lower back and neck pain. The client stretched for a moment.

**Dynamic Standing - Notes:**   The client was able to stand for 45 minutes while intermittently repositioning and predominantly leaning over her right left as left sided low back pain increased.

**Walking - Notes:**   The client ambulated with a mild Trendelenburg gait pattern. She maintained a normal cadence and denied significant pain while ambulating.

LIB000741

## Postures – Day 2

The following is a summary of the postural tolerances demonstrated during the evaluation.

**Sitting - Notes:**   The client was able to sit for 15 minutes until she had to stand up due to back pain. The client was guarded and slow with sit to stand transition.

**Dynamic Standing - Notes:**   The client was able to stand for 15 minutes continuously while performing functional tasks until she had to sit down due to left knee and lower back pain.

**Walking - Notes:**   The client ambulated with a slower cadence than yesterday and had a guarded trunk and neck posture.

References: Gallagher S. "Physical limitations and musculoskeletal complaints associated with work in unusual or restricted postures." J Safety Res 2005; 36(1): 51-61.

Brokaw JP, Walker WC, Cifu DX, Gardner M. "Sitting and standing tolerance in patients with chronic back pain: comparison between physician prediction and covert observation." Arch Phys Med Rehabil 2004 May; 85(5): 837-9.

Reneman MF, et al. "Measuring maximum holding times and perception of static elevated work and forward bending in healthy young adults." J Occup Rehabil 2001 Jun; 11(2): 87-97.

## Dexterity – Day 1

The following is a summary of the hand function and dexterity demonstrated during the evaluation.

**Minnesota Dexterity Test - Notes:**   1. Placing, both hands, sitting, the client demonstrated guarded reaching biomechanics along her neck and shoulder girdle. She occasionally mishandled the discs. 1:19

2. Turning, right hand, sitting, the client exhibited guarded reaching and had dexterity deficits as she occasionally mishandled the discs. The client leaned forward to reach the furthest discs and guarding increased as she continued. 1:12

3. Turning, left hand, sitting, the client exhibited guarded reaching. She frequently mishandled the discs when attempting to turn them.   The client leaned forward to reach the furthest discs and complained of left shoulder pain. 1:22

4. Removing, both hands, standing and bending, the client demonstrated guarded down reaching and overall good dexterity. The client had difficulty with repetitive bending due to lower back pain.

5. Placing, both hands, squatting, the client demonstrated guarded reaching and overall good dexterity. She had difficulty with repetitive squatting was unable to complete the task.

**Typing Test - Notes:**   The client was able to type for 25 minutes until she had to stand up and stretch due to pain in her neck, lower back, shoulders, wrists and tingling in her feet. The client repositioned more frequently towards the end. She exhibited increased guarding in her upper traps and occasionally stopped to extend the fingers of her right hand.

LIB000742

Vicki Collier
Multiple parts

2 day FCE
Exam Date: 9/13/2019

## Dexterity - Day 2

The following is a summary of the hand function and dexterity demonstrated during the evaluation.

**Minnesota Dexterity Test - Notes:**   1. Placing, both hands, sitting, the client exhibited guarded reaching and dexterity deficits. The client was less coordinated than yesterday. She had difficulty reaching the furthest discs. 1:25

2. Turning, right hand, sitting, the client exhibited guarded reaching, eventually leaning her forearm on the desk. The client occasionally mishandled the discs. She had difficulty reaching across her body. 1:07

3. Turning, left hand, sitting, the client exhibited guarded reaching, eventually leaning her forearm on the desk. The client occasionally mishandled the discs. She had difficulty reaching across her body.   She complained of increased neck pain. 1:16

4. Removing, both hands, standing and bending, the client exhibited guarded down reaching. The client had difficulty with repetitive bending and was unable to complete the task.

5. Removing, both hands, squatting, the client demonstrated guarded reaching. She had difficulty with repetitive squatting due to back pain.

**Typing Test - Notes:**   The client was able to type for 15 minutes with proper technique until she had to stand up due to lower back pain. The client repositioned more frequently than yesterday and exhibited guarded posture.

References: "Tiffin J, Asher EJ. The Purdue Pegboard: Norms and studies of reliability and validity." J Appl Psychol 1948; 32: 234-47.

Hamm NH, Curtis D. "Normative data for the Purdue Pegboard on a sample of adult candidates for vocational rehabilitation." Percept Motor Skills 1980; 50: 309-310.

Purdue Pegboard Examiner Manual. Lafayette, IN: Lafayette Instrument.

Gloss DS, Wardle MG. "Use of the Minnesota Rate of Manipulation Test for disability evaluation." Percept Mot Skills 1982 Oct; 55(2): 527-32.

Complete Minnesota Manual Dexterity Examiner Manual. Lafayette, IN: Lafayette Instrument.

Bennett GK. San Antonio: The Psychological Corporation.

Hand Tool Dexterity Examiner Manual. Lafayette, IN: Lafayette Instrument.

## PDL Chart

The following PDLs are from the Dictionary of Occupational Titles (4th Ed., Rev. 1991) published by the United States Department of Labor.

| Physical Demand Level (PDL) | Sedentary | Light | Medium | Heavy | Very Heavy |
|---|---|---|---|---|---|
| Occasional (1-33% of day) | Up to 10 lbs | 10 - 20 lbs | 20 - 50 lbs | 50 - 100 lbs | > 100 lbs |
| Frequent (34-66% of day) | Negligible | Up to 10 lbs | 10 - 20 lbs | 20 - 50 lbs | > 50 lbs |
| Constant (67-100% of day) | Negligible | Negligible | Up to 10 lbs | 10 - 20 lbs | > 20 lbs |
| Typical Energy Required | 1.5-2.1 METS | 2.2-3.5 METS | 3.6-6.3 METS | 6.4-7.5 METS | > 7.5 METS |

COLLIER APL 0416

LIB000743

Vicki Collier                                                                    2 day FCE
Multiple parts                                                      Exam Date: 9/13/2019

COLLIER APL 0417

LIB000744

# EXHIBIT 9

# EXHIBIT 9

COLLIER APL 0418

**LIB000745**



# 2013 Performance Review
## Employee Form

**Club/State:** CA

## Employee Information

Employee Number:
653024

Employee Name:
COLLIER, VICKI

Service/Seniority Date:
(Date Located on Employee Status Form)
06/18/2013

Manager:
DERRYBERRY, SCOTT

Job Title:
AGENT FSU CA

Current Position Effective Date:
11/01/2013

Charge Center/Cost Center:
FSU - SANTA CLARITA VALENCIA

Operating Unit:
CA FSU

## Review Information

Review Period:
January 01, 2013    to    December 31, 2013

Year End Review Date:
April 03, 2014

Reviewer:
Jesse McKelvey

Reviewer's Email (ex.: name@aaa.com):
mckelvey.jesse@aaa-calif.com

COLLIER APL 0419

**LIB000746**

## 2013 ACE Performance Scorecard
(Determines Variable Pay Eligibility)

Corporate Goals:

| WEIGHT | PERFORMANCE AREA | PAYOUT LEVELS | | | YEAR-END RESULTS | | |
|---|---|---|---|---|---|---|---|
| | | 2013 VARIABLE PAY THRESHOLD | 2013 VARIABLE PAY ACHIEVE | 2013 VARIABLE PAY EXCEEDS | 2013 ACTUAL | 2013 PAYOUT LEVEL | 2013 PAYOUT RATE |
| | *Member Relationship (20%)* | | | | | | |
| 20% | MRM Index (Nov) | 4.078 | 4.111 | 4.126 | 4.153 | Exceeds | 150% |
| | | | | | | | |
| | *Service Quality (30%)* | | | | | | |
| 30% | Member Service Quality - Top Box Rating (Dec) | 87.83% | 88.33% | 88.58% | 89.18% | Exceeds | 150% |
| | | | | | | | |
| | *Growth (20%)* | | | | | | |
| 10% | Classic Membership Net Gain | 242,523 | 269,470 | 296,417 | 321,969 | Exceeds | 150% |
| 10% | Total Policy Net Gain | 50,552 | 56,169 | 61,786 | 95,931 | Exceeds | 150% |
| | | | | | | | |
| | *Financial Strength (000's omitted) (30%)* | | | | | | |
| 15% | Motor Club Operating Income | $30,593 | $33,992 | $37,391 | $49,177 | Exceeds | 150% |
| 15% | Insurance Underwriting Gain | $132,634 | $147,371 | $162,108 | $133,656 | Threshold | 50% |
| | | | | | | | |
| | *Performance Threshold (000's omitted)* | *Must Meet a Minimum of:* | | | | | |
| | Motor Club Net Income | $5,000 | | | | | |
| | Insurance Net Income | $50,000 | | | | | |
| | **TOTAL** | | | | | | **135%** |

Confidential Proprietary Information: Unauthorized Disclosure Prohibited.

COLLIER APL 0420

LIB000747

COLLIER APL 0421

## Region of the Year

| Category | Auto* | Membership* | Memb AR | Home* | MSI | Accuracy | Boat | PUP | ALL | Survival Rate |
|---|---|---|---|---|---|---|---|---|---|---|
| Criteria | Production | Production | % of Key | Production | 9's / 10's | Combined | Production | Production | Yes/No | YTD |
| Weighting | 6 | 2 | 1 | 4 | 4 | 4 | 1 | 1 | 1 | 4 |

## SANTA CLARITA

| RESULTS | Auto | Membership | Memb AR | Home | MSI | Accuracy | Boat | PUP | ALL | Survival Rate |
|---|---|---|---|---|---|---|---|---|---|---|
| Phillip Boozer | 21 | 38 | 0.00% | 20 | 0 | 0.00% | 0 | 1 | No | 0.00% |
| Sierra Crisp | 21 | 36 | 0.00% | 15 | 0 | 0.00% | 0 | 0 | No | 0.00% |
| Miguel Montano | 24 | 30 | 0.00% | 14 | 0 | 0.00% | 0 | 0 | No | 0.00% |
| Nestor Molina | 22 | 47 | 0.00% | 9 | 0 | 0.00% | 0 | 0 | No | 0.00% |
| Patti Cooper | 24 | 50 | 0.00% | 8 | 0 | 0.00% | 2 | 2 | No | 0.00% |
| Ian Robins | 18 | 30 | 0.00% | 8 | 0 | 0.00% | 0 | 0 | No | 0.00% |
| Vicki Collier | 26 | 34 | 0.00% | 13 | 0 | 0.00% | 2 | 0 | No | 0.00% |
| Shannon Sheaffer | 15 | 30 | 0.00% | 8 | 0 | 0.00% | 0 | 0 | No | 0.00% |

| RANK | Auto | Membership | Memb AR | Home | MSI | Accuracy | Boat | PUP | ALL | Survival Rate |
|---|---|---|---|---|---|---|---|---|---|---|
| Phillip Boozer | 5 | 3 | 1 | 1 | 1 | 1 | 3 | 2 | 10 | 1 |
| Sierra Crisp | 5 | 4 | 1 | 2 | 1 | 1 | 3 | 3 | 10 | 1 |
| Miguel Montano | 2 | 6 | 1 | 3 | 1 | 1 | 3 | 3 | 10 | 1 |
| Nestor Molina | 4 | 2 | 1 | 5 | 1 | 1 | 3 | 3 | 10 | 1 |
| Patti Cooper | 2 | 1 | 1 | 6 | 1 | 1 | 1 | 1 | 10 | 1 |
| Ian Robins | 7 | 6 | 1 | 6 | 1 | 1 | 3 | 3 | 10 | 1 |
| Vicki Collier | 1 | 5 | 1 | 4 | 1 | 1 | 1 | 3 | 10 | 1 |
| Shannon Sheaffer | 8 | 6 | 1 | 6 | 1 | 1 | 3 | 3 | 10 | 1 |

| POINTS | Auto | Membership | Memb AR | Home | MSI | Accuracy | Boat | PUP | ALL | Survival Rate | TOTAL | RANK |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Phillip Boozer | 30 | 6 | 1 | 4 | 4 | 4 | 3 | 2 | 10 | 4 | 68 | 4 |
| Sierra Crisp | 30 | 8 | 1 | 8 | 4 | 4 | 3 | 3 | 10 | 4 | 75 | 5 |
| Miguel Montano | 12 | 12 | 1 | 12 | 4 | 4 | 3 | 3 | 10 | 4 | 65 | 3 |
| Nestor Molina | 24 | 4 | 1 | 20 | 4 | 4 | 3 | 3 | 10 | 4 | 77 | 6 |
| Patti Cooper | 12 | 2 | 1 | 24 | 4 | 4 | 1 | 1 | 10 | 4 | 63 | 2 |
| Ian Robins | 42 | 12 | 1 | 24 | 4 | 4 | 3 | 3 | 10 | 4 | 107 | 7 |
| Vicki Collier | 6 | 10 | 1 | 16 | 4 | 4 | 1 | 3 | 10 | 4 | 59 | 1 |
| Shannon Sheaffer | 48 | 12 | 1 | 24 | 4 | 4 | 3 | 3 | 10 | 4 | 113 | 8 |

LIB000748

| | |
|---|---|
| relationships, building their confidence, and increasing the value to the member by understanding our valuable products and legendary services | Exceeds |
| ■ Committed to increasing customer satisfaction by taking the initiative to meet customer needs by providing a timely and courteous response | **Weighted Rating:** 0.29 |
| ■ Ensures commitments to customers are met, solicits opinions and ideas, handles service problems politely and efficiently, follows procedures, assumes responsibility for providing solutions to customer's needs | |
| ■ Performance exemplifies job knowledge, accuracy, timeliness, and the highest quality work | |
| ■ Supports the company's MRM strategy | |

**Reviewer Comments:**

Vicki exceeds the company service standards. She builds relationships and provides timely, honest and courteous responses to all members. She ensures all commitments are met and follows up.

| **Job Knowledge (weighting 14.3%):** | |
|---|---|
| ■ Understands applicable company policies/procedures and compliance programs, as well as relevant industry requirements | **Rating:** Achieves |
| ■ Thoroughly understands the Enterprise/partners/business and valuable products, understands/responds to the challenges and applies company knowledge | **Weighted Rating:** 0.21 |
| ■ Develops and/or improves processes and services to better meet department and company needs and support the bottom line | |
| ■ Plans for and uses resources effectively. Operates effectively within the organization's formal and informal structures, builds alliances and productive relationships across departments and collaborates effectively | |
| ■ Ensures that conduct is consistent with compliance program | |
| ■ Thoroughly understands the various Enterprise, federal, and state compliance policies and regulations (i.e. wage and hour, training, etc.) that apply to the position and ensures compliance. | |
| ■ Demonstrates willingness and on going development of skills to enhance position expertise | |

**Reviewer Comments:**

Vicki has shown incredible improvement with all company policies and procedures within her first 2 months as an agent. She adheres to guidelines and policies and demonstrated willingness for on going development of skills to enhance her position.

| **Communication (weighting 14.3%):** | |
|---|---|
| ■ Communicates information effectively both orally and in writing when dealing with members, colleagues, vendors, clients and others related to the organization | **Rating:** Achieves |
| ■ Uses good listening skills and invites an open exchange of information and ideas. Uses appropriate interpersonal styles and persuasion to gain acceptance of ideas. Effectively communicates our valuable products and legendary services | **Weighted Rating:** 0.21 |
| ■ Selects appropriate means of communication | |
| ■ Questions to seek clarification and understanding, maintains confidentiality | |
| ■ Conveys ideas clearly (verbal and written); actively listens, provides and accepts appropriate feedback | |
| ■ Prepares and delivers information with impact, effectively presents the merits of particular topics and issues, shares information appropriately, and keeps others informed on issues and problems. | |

**Reviewer Comments:**

Vicki communicates effectively with her co-workers and management. She actively listens and provides appropriate feedback.

| **Results Orientation (weighting14.3%):** | |
|---|---|
| ■ Effectively organizes work and achieves quality results; shows energy and instills urgency in others, meets deadlines | **Rating:** Exceeds |
| ■ Reliably and responsively meets commitments, accepts accountability and follows through independently | **Weighted Rating:** 0.29 |
| ■ Takes initiative rather than waiting to be told; identifies and supports change and encourages innovation to solve problems creatively and practically. Learns from past experiences and uses those insights to handle new situations effectively | |
| ■ Monitors processes, products and tasks, establishes and uses appropriate metrics to | |

COLLIER APL 0422

**LIB000749**

| | |
|---|---|
| document results/performance against objectives<br>■ Displays good judgment using an analytical approach. Defines problems logically. Provides effective and personalized solutions for customer interactions or projects<br>■ Makes difficult decisions while considering related issues thoroughly. Takes action and makes decisions based on the organization's guiding principles: Is it good for the Enterprise? Is it good for our members? Is it good for our employees? Is it good for our communities? | |

**Reviewer Comments:**

Vicki effectively organizes her work and is motivated to increase production. She meets her commitments and follows through independently.

| | |
|---|---|
| **Dependability/Reliability (weighting 14.3%):**<br>■ Dedicated to the Enterprise by meeting work schedules, abiding by availability guidelines, and arriving on time to work and meetings<br>■ Uses time effectively by organizing workload and consistently fulfilling job responsibilities and commitments, follows tasks through to completion and ensures success<br>■ Completes appropriate amount of work in a timely fashion without jeopardizing quality<br>■ Is reliable and responsible by accepting accountability for own actions and decisions<br>■ Completes required quantity of work within established timeframes, adjusting work pace to meet deadlines when necessary | **Rating:**<br>**Exceeds**<br><br>**Weighted Rating:**<br>0.29 |

**Reviewer Comments:**

Vicki has proven to be dependably/reliable. She is very dedicated to the sales agent position and consistently fulfilled her job responsibilities.

| | |
|---|---|
| **Interpersonal/Teamwork (weighting 14.3%):**<br>■ Balances short and long-term goals, keeps own work aligned with overall goals. Creates clear/consistent personal goals, sets priorities appropriately<br>■ Holds self accountable for achieving results and high quality work. Accepts constructive feedback<br>■ Shows respect and concern for the feelings of others, works well with all levels of the organization<br>■ Dedicated to supporting colleagues however possible. Works cooperatively within a group, provides support and help to others, and establishes and maintains good working relationships<br>■ Recognizes contribution of others and actively tries to resolves differences. | **Rating:**<br>Achieves<br><br>**Weighted Rating:**<br>0.21 |

**Reviewer Comments:**

Vicki shows respect for her co-workers and is supportive of the team effort. She maintains a positive work environment and works hard to contribute to the team effort.

**Overall Performance Driver Rating:** 1.79

## Employee Development / Coaching

As one team, one Enterprise, we, the people who work here, are what makes our company different - better - than our competitors. The Employee Development/Coaching section should be utilized to focus on areas of improvement and/or growth opportunities for the employee. Creating short and long term goals along with an action plan demonstrates your commitment to the career development to your employees and how you manage the employee relationship. You are encouraged to work collaboratively with your employee to complete this section.

- Develop long-term goal/career objectives
- Identify short-term goals which may lead to attaining long-term goal(s)
- Identify actions which will help to achieve short-term goals (include education, training, projects, etc.)

**Reviewer Comments:**

COLLIER APL 0423

**LIB000750**

## Midyear / 90-Day / Other Review

After you have had the midyear performance discussion with the employee, record any action item that came out of the discussion in the comment box below. In addition, please document the date you conducted your discussion with your employee in the review date field.

◯ Midyear Review    ◉ 90-Day Review    ◯ Other Review

Review Date: **10/04/2013**

**Reviewer Comments:**

During Vicki's first 90 days as a Sales Agent Trainee in the Glendale Field Training Center, she has demonstrated a complete understanding of the Auto Club's MRM philosophy. This was displayed during assigned member outbound calling sessions, instructional module sessions and in all day-to-day interactions with her peers and FTC management. In addition her Kronos records indicate that she has been on time for work and in compliance with Kronos stipulations and guidelines. She has met all general workday guidelines including updating voicemail, managing her vital data and conducting herself professionally at all times. She is in the process of completing her time in the FTC and further reviews will be conducted with her new IBM in the Santa Clarita Office.

## Overall Performance Summary and Additional Comments

## Overall Ratings

| | | |
|---|---|---|
| Individual Goal Rating: | 1.88 | |
| | | + |
| Performance Driver Rating: | 1.79 | |

Total Performance Rating:    **3.66**    **Exceeds**

*Although Individual Goals and Performance Driver ratings appear in a rounded format, the Total Performance Rating calculation is based on numbers that have not been rounded from each section which are mathematically accurate.*

### Overall Year-End Performance Summary

Vicki has immediately proven to be a elite agent and great asset to the Santa Clarita sales team. Vicki is extremely motivated, hard working, outgoing and sales oriented which has led to her immediate success. Vicki's first two months of production exceeded the standards for auto and home production. Vicki needs to spread her focus on all lines to be a top agent. I look forward to Vicki's future success.

## Signatures

Sign and print your name.

**Employee** _____    **Date** 4/3/14

**Reviewer** _____    **Date** 4-3-14

*End of the Performance Review: A copy of the review should be provided to the employee. The reviewer and manager should also retain a copy for their records. The originals must be sent to the assigned business unit liaison.*

COLLIER APL 0424

LIB000751

**\*Do not Submit 2013 Performance Review until 2014.\***

## Employee Comments

The employee comments section provides the employee an opportunity to comment on his/her individual goals, performance drivers, overall performance and reviewer's overall performance evaluation.

Employee Comments:

Total Performance Rating: 3.6625

Employee

COLLIER APL 0425

**LIB000752**

## Team Goals

**Team Goals:**

Contribute to the attainment of your teams annual goals:

New Total Membership- Goal 3457 Actual 3649 105.6%
Automatic Membership Renewal (50%) - 41.2%
New Auto - Goal 1735 Actual 1747 100.7%
New Homeowners - Goal 992 Actual 979 98.7%
New Boat - Goal 56 Actual 45 80.4%
New PUP - Goal 47 Actual 35 74.5%
Survival Rate (82.5% or increase over 12/2012 office score) - 77.62%
Life referrals - Goal 180 Actual 271 150.6%
Agency Referrals - Goal 108 Actual 99 91.7%
Travel Referrals - Goal 84 Actual 68 81%
MSI (90%) - 90.575%
Accuracy (98.5%) - 98.70%

*Ensure grade of Satisfactory or higher on Office Internal Audits

## Performance Ratings

**Rating Scale - The following table defines**

| | |
|---|---|
| **Distinguished** (4.51 - 5.00) | This level is reserved for those who clearly and consistently demonstrate extraordinary accomplishment in all major areas of responsibility. Others who hold positions of comparable scope and responsibility rarely equal performance of this caliber. |
| **Exceeds** (3.51 - 4.50) | This level describes a level of accomplishment that goes well beyond performance standards, especially in the key areas of responsibility. The individual consistently demonstrates truly outstanding achievements in terms of quantity and quality of output. |
| **Achieves** (2.80 - 3.50) | This level is assigned to those whose demonstrated performance clearly achieves all major requirements of the position in quality and quantity of output. It reflects good, solid performance normally expected of those who have the necessary education, training, and relevant experience for the job. Individuals at this level consistently perform in an effective and professional manner. This level may be used to reflect an employee who is progressing satisfactorily towards a fully achieves rating and may not have been at work for the entire performance period. |
| **Needs Improvement** (1.80 - 2.79) | This level reflects performance that does not fully meet requirements in all areas of major responsibility. The individual demonstrates the ability to complete most assignments; however, the need for further development and improvement is clearly evident. |
| **Unsatisfactory** (1.00 - 1.79) | This level applies to those whose work in terms of quality or quantity of output is clearly below minimum job requirements, even when close supervision has been provided. Performance must significantly improve within a designated period if the individual is to remain in the position. |

## Individual Performance Goals
### 50% of Overall Rating
(Determine Variable/Incentive and Base Pay Adjustment Eligibility)

**Goal Name:**

**Core Production Goal**

Weighting (%)

COLLIER APL 0426

**LIB000753**

**Goal Description:**
Exceeding Membership Goal

**10**

**Reviewer Comments:**
Membership sold 91/86 = 105.81%
*Production based on 2 months. Agent credited on 11/01/2013

**Goal Rating:**      Exceeds

**Weighted Rating:**   0.20

**Goal Name:**
**Core Production Goal**
**Goal Description:**
Exceeding Auto Goal

Weighting (%)
**20**

**Reviewer Comments:**
Autos sold 54/41 = 131.71%

**Goal Rating:**      Distinguished

**Weighted Rating:**   0.50

**Goal Name:**
**Core Production Goal**
**Goal Description:**
Exceeding Homeowners Goal

Weighting (%)
**15**

**Reviewer Comments:**
Homes sold 27/24 = 112.5%

**Goal Rating:**      Exceeds

**Weighted Rating:**   0.30

**Goal Name:**
**Core Production Goal**
**Goal Description:**
Exceeding Boat/Pup Goal

Weighting (%)
**10**

**Reviewer Comments:**
Pups sold 0/1 = 0%
Boats sold 0/1 = 0%
combined 0/0 = 0%

**Goal Rating:**      Needs Improvement

**Weighted Rating:**   0.10

COLLIER APL 0427

LIB000754

**Goal Name:**

**Survival Rate/ Retention - Automatic Membership Renewal and Survival Rate**
**Goal Description:**

Weighting (%)
**15**

Achieve or Exceed;
Automatic Membership Renewal 50%
Survival Rate 82.5% or increase over 2012

**Reviewer Comments:**
Automatic Membership Renewal 35.2%
Survival Rate 92.59%

**Goal Rating:**          Achieves
**Weighted Rating:**     0.22

**Goal Name:**

**Branch Auxiliary Production Goal**
**Goal Description:**
Exceed Life and Travel referral goals

Weighting (%)
**5**

**Reviewer Comments:**
Life referrals 0/4 = 0%

**Goal Rating:**          Needs Improvement
**Weighted Rating:**     0.05

**Goal Name:**

**Branch Business Quality Goal**
**Goal Description:**
Accuracy 98.5% or greater

Weighting (%)
**10**

**Reviewer Comments:**
Accuracy: 99.25%

**Goal Rating:**          Exceeds
**Weighted Rating:**     0.20

**Goal Name:**

**Office Auxiliary Production Goal**
**Goal Description:**
Contribution to office MSI of 90% or better

Weighting (%)
**10**

**Reviewer Comments:**
MSI: combined 100% service 100%

COLLIER APL 0428

**LIB000755**

**Goal Rating:**     Exceeds
**Weighted Rating:**     0.20

**Goal Name:**
**Compliance**                                                                    Weighting (%)
**Goal Description:**                                                              5
Adherence to Kronos/ Time and Attendance standards.

**Reviewer Comments:**
MSI : 100% combined. 100% Service.

**Goal Rating:**     Exceeds
**Weighted Rating:**     0.10

---

**Overall Individual Goal Weighting (100%):** 100      **Number of Individual Goals:** 9
**Overall Individual Goal Rating:**          1.88

## Individual Performance Drivers
### 50% of Overall Rating
(Determine Variable/Incentive and Base Pay Adjustment Eligibility)

| Competency | Manager Rating |
|---|---|
| **Organizational Culture (weighting 14.3%):** | **Rating:** |
| ■ Conducts positive negotiations, handles conflict effectively, values diverse opinions and stays focused on positive outcomes | Exceeds |
| ■ Makes good decisions and actively participates in productive and collaborative teams. Effectively supports team activities, encourages and supports the collective resources of the group in the accomplishment of goals | **Weighted Rating:** 0.29 |
| ■ Open to new ideas, adapts to change and willingly takes on new responsibilities, handles pressure effectively | |
| ■ Deals with others in a straightforward and honest manner, maintains confidentiality, fosters an environment of mutual respect, and values diversity. | |
| ■ Assumes accountability for self for maintaining high service standards. Promotes quality products and operational excellence when serving both external and internal customers | |
| ■ Acts with integrity, protecting our reputation and fostering trust in all dealings with the public and colleagues. Does the right things because it is the right thing to do. Exhibits honesty and fairness by not compromising ethical standards. | |
| ■ Clearly understands the organization's mission and the role he/she plays in fulfilling that mission. | |
| **Reviewer Comments:** | |
| Vicki clearly understands the Club culture, procedures and guidelines. She makes good decisions and support the team environment. She deals with members in a straightforward and honest manner. | |
| **Service Quality (weighting 14.3%):** | **Rating:** |
| ■ Maintains a high level of customer satisfaction by deepening member | |

COLLIER APL 0429

**LIB000756**



# 2014 Performance Review
**Employee Form**

**Club/State:** CA

## Employee Information

Employee Number:
653024

Employee Name:
COLLIER, VICKI

Service/Seniority Date:
(Date Located on Employee Status Form)
06/18/2013

Manager:
MCKELVEY, JESSE

Job Title:
AGENT FSU CA

Current Position Effective Date:
11/01/2013

Charge Center/Cost Center:
FSU - SANTA CLARITA VALENCIA

Operating Unit:
CA FSU

## Review Information

Review Period:
January 01, 2014    to    December 31, 2014

Year End Review Date:

Reviewer:
Jesse McKelvey

Reviewer's Email (ex.: name@aaa.com):
mckelvey.jesse@aaa-calif.com

COLLIER APL 0430

**LIB000757**

## 2014 ACE Performance Scorecard
(Determines Variable Pay Eligibility)

**Corporate Goals:**

| WEIGHT | PERFORMANCE AREA | PAYOUT LEVELS | | | YEAR-END RESULTS | | |
|---|---|---|---|---|---|---|---|
| | | 2014 VARIABLE PAY THRESHOLD | 2014 VARIABLE PAY ACHIEVE | 2014 VARIABLE PAY EXCEEDS | 2014 ACTUAL | 2014 PAYOUT LEVEL | 2014 PAYOUT RATE |
| | *Member Relationship (20%)* | | | | | | |
| 20% | MRM Index | 4.152 | 4.185 | 4.200 | | | |
| | | | | | | | |
| | *Service Quality (30%)* | | | | | | |
| 30% | Member Service Quality - Top Box Rating | 89.19% | 89.50% | 89.75% | | | |
| | | | | | | | |
| | *Growth (20%)* | | | | | | |
| 10% | Classic Membership Net Gain | 243,896 | 270,996 | 298,095 | | | |
| 10% | Total Policy Net Gain | 53,622 | 59,580 | 65,537 | | | |
| | | | | | | | |
| | *Financial Strength (000's omitted) (30%)* | | | | | | |
| 15% | Club Operating Income | $29,194 | $32,437 | $35,681 | | | |
| 15% | Insurance Underwriting Gain | $91,585 | $101,762 | $111,938 | | | |
| | | | | | | | |
| | *Performance Threshold (Must meet a minimum of)* | | | | | | |
| | Motor Club Net Income | $7.5 million | | | | | |
| | Insurance Net Income | $50 million | | | | | |
| | **TOTAL** | | | | | | |

Confidential Proprietary Information: Unauthorized Disclosure Prohibited.

COLLIER APL 0431

LIB000758

## Team Goals

**Team Goals:**

Contribute to the attainment of your teams annual goals: Results through June 2014
New Total Membership - Goal 1776/ Actual 1958, 110.2% with 282 Add-ons = 2240 - 126.1%
Automatic Membership Renewal (50%) - 54.4%
New Auto - Goal 959 / Actual 1012 = 105.5%
New Homeowners - Goal 611 / Actual 449 = 73.5%
New Boat - Goal 25 / Actual 25 = 100%
New PUP - Goal 28 / Actual 25 = 89.0%
Survival Rate (79.6% or increase over 12/2013 office score) - 3.88% increase, 80.63 June 2014
Life referrals (LINAs) - Goal 84 / Actual 131 = 156%
Agency Referrals - Goal 51 / Actual 55 + 107.8%
Travel Referrals - Goal / 53 Actual / 48 - 90.6%
MSI (90%) - Sales 96.2%. Service - 89.7%. Combined 91.2%
2nd Quarter Accuracy (98.5%) - 99.35%
*Ensure grade of Satisfactory or higher on Office Internal Audits

## Performance Ratings

**Rating Scale - The following table defines**

| | |
|---|---|
| **Distinguished** (4.51 - 5.00) | This level is reserved for those who clearly and consistently demonstrate extraordinary accomplishment in all major areas of responsibility. Others who hold positions of comparable scope and responsibility rarely equal performance of this caliber. |
| **Exceeds** (3.51 - 4.50) | This level describes a level of accomplishment that goes well beyond performance standards, especially in the key areas of responsibility. The individual consistently demonstrates truly outstanding achievements in terms of quantity and quality of output. |
| **Achieves** (2.80 - 3.50) | This level is assigned to those whose demonstrated performance clearly achieves all major requirements of the position in quality and quantity of output. It reflects good, solid performance normally expected of those who have the necessary education, training, and relevant experience for the job. Individuals at this level consistently perform in an effective and professional manner. This level may be used to reflect an employee who is progressing satisfactorily towards a fully achieves rating and may not have been at work for the entire performance period. |
| **Needs Improvement** (1.80 - 2.79) | This level reflects performance that does not fully meet requirements in all areas of major responsibility. The individual demonstrates the ability to complete most assignments; however, the need for further development and improvement is clearly evident. |
| **Unsatisfactory** (1.00 - 1.79) | This level applies to those whose work in terms of quality or quantity of output is clearly below minimum job requirements, even when close supervision has been provided. Performance must significantly improve within a designated period if the individual is to remain in the position. |

## Individual Performance Goals
### 50% of Overall Rating
(Determine Variable/Incentive and Base Pay Adjustment Eligibility)

**Goal Name:**
**Membership Goal**
**Goal Description:**
Achieve or exceed annual membership production goal (including add-ons)

Weighting (%)
**10**

COLLIER APL 0432

LIB000759

**Reviewer Comments:**

**Goal Rating:**          Select...

**Weighted Rating:**      0.00

**Goal Name:**

**Auto Goal**                                                    Weighting (%)

**Goal Description:**                                            20

Achieve or exceed annual auto production goal

**Reviewer Comments:**

**Goal Rating:**          Select...

**Weighted Rating:**      0.00

**Goal Name:**

**Home Goal**                                                    Weighting (%)

**Goal Description:**                                            15

Achieve or exceed annual home production goal

**Reviewer Comments:**

**Goal Rating:**          Select...

**Weighted Rating:**      0.00

**Goal Name:**

**Boat and PUP Goal**                                            Weighting (%)

**Goal Description:**                                            10

Achieve or exceed annual miscellaneous production (boat and PUP) goal

**Reviewer Comments:**

**Goal Rating:**          Select...

**Weighted Rating:**      0.00

**Goal Name:**

**Survival Rate Goal**                                           Weighting (%)

COLLIER APL 0433

LIB000760

**Goal Description:**
Achieve or exceed survival rate goal of 79.6% or lift over 2013          10

**Reviewer Comments:**

**Goal Rating:**       Select...
**Weighted Rating:**    0.00

**Goal Name:**
**Accuracy**                                                    Weighting (%)
**Goal Description:**                                               10
Achieve or exceed total combined accuracy goal of 98.5%

**Reviewer Comments:**

**Goal Rating:**       Select...
**Weighted Rating:**    0.00

**Goal Name:**
**MSI Goal**                                                    Weighting (%)
**Goal Description:**                                               10
Achieve or exceed individual MSI goal of 90%

**Reviewer Comments:**

**Goal Rating:**       Select...
**Weighted Rating:**    0.00

**Goal Name:**
**Authorized Automatic Membership Renewal**                      Weighting (%)
**Goal Description:**                                               5
Achieve or exceed annual authorized automatic membership renewal goal of 50%

**Reviewer Comments:**

**Goal Rating:**       Select...
**Weighted Rating:**    0.00

COLLIER APL 0434

LIB000761

**Goal Name:**

**Ancillary Goals**

Weighting (%)

**Goal Description:**

5

Achieve or exceed annual LINA, Travel Referral, Credit Card Submittal, and Onboard Activation goal

**Reviewer Comments:**

| | |
|---|---|
| **Goal Rating:** | Select... |
| **Weighted Rating:** | 0.00 |

**Goal Name:**

**Policies & Procedure Compliance**

Weighting (%)

**Goal Description:**

5

KRONOS
UREC
Missing Applications

**Reviewer Comments:**

| | |
|---|---|
| **Goal Rating:** | Select... |
| **Weighted Rating:** | 0.00 |

**Overall Individual Goal Weighting (100%):** 100     **Number of Individual Goals:** 10
**Overall Individual Goal Rating:**     0.00

## Individual Performance Drivers
### 50% of Overall Rating
(Determine Variable/Incentive and Base Pay Adjustment Eligibility)

| Competency | Manager Rating |
|---|---|
| **Organizational Culture (weighting 14.3%):** | |
| ■ Conducts positive negotiations, handles conflict effectively, values diverse opinions and stays focused on positive outcomes | **Rating:** Select... |
| ■ Makes good decisions and actively participates in productive and collaborative teams. Effectively supports team activities, encourages and supports the collective resources of the group in the accomplishment of goals | **Weighted Rating:** 0.00 |
| ■ Open to new ideas, adapts to change and willingly takes on new responsibilities, handles pressure effectively | |
| ■ Deals with others in a straightforward and honest manner, maintains confidentiality, fosters an environment of mutual respect, and values diversity. | |

COLLIER APL 0435

LIB000762

- Assumes accountability for self for maintaining high service standards. Promotes quality products and operational excellence when serving both external and internal customers
- Acts with integrity, protecting our reputation and fostering trust in all dealings with the public and colleagues. Does the right things because it is the right thing to do. Exhibits honesty and fairness by not compromising ethical standards.
- Clearly understands the organization's mission and the role he/she plays in fulfilling that mission.

**Reviewer Comments:**

## Service Quality (weighting 14.3%):

- Maintains a high level of customer satisfaction by deepening member relationships, building their confidence, and increasing the value to the member by understanding our valuable products and legendary services
- Committed to increasing customer satisfaction by taking the initiative to meet customer needs by providing a timely and courteous response
- Ensures commitments to customers are met, solicits opinions and ideas, handles service problems politely and efficiently, follows procedures, assumes responsibility for providing solutions to customer's needs
- Performance exemplifies job knowledge, accuracy, timeliness, and the highest quality work
- Supports the company's MRM strategy

**Rating:**
Select...

**Weighted Rating:**
0.00

**Reviewer Comments:**

## Job Knowledge (weighting 14.3%):

- Understands applicable company policies/procedures and compliance programs, as well as relevant industry requirements
- Thoroughly understands the Enterprise/partners/business and valuable products, understands/responds to the challenges and applies company knowledge
- Develops and/or improves processes and services to better meet department and company needs and support the bottom line
- Plans for and uses resources effectively. Operates effectively within the organization's formal and informal structures, builds alliances and productive relationships across departments and collaborates effectively
- Ensures that conduct is consistent with compliance program
- Thoroughly understands the various Enterprise, federal, and state compliance policies and regulations (i.e. wage and hour, training, etc.) that apply to the position and ensures compliance.
- Demonstrates willingness and on going development of skills to enhance position expertise

**Rating:**
Select...

**Weighted Rating:**
0.00

**Reviewer Comments:**

## Communication (weighting 14.3%):

- Communicates information effectively both orally and in writing when dealing with members, colleagues, vendors, clients and others related to the organization
- Uses good listening skills and invites an open exchange of information and ideas. Uses appropriate interpersonal styles and persuasion to gain acceptance of ideas. Effectively communicates our valuable products and legendary services
- Selects appropriate means of communication
- Questions to seek clarification and understanding, maintains confidentiality
- Conveys ideas clearly (verbal and written); actively listens, provides and accepts appropriate feedback
- Prepares and delivers information with impact, effectively presents the merits of particular topics and issues, shares information appropriately, and keeps others informed on issues and problems.

**Rating:**
Select...

**Weighted Rating:**
0.00

COLLIER APL 0436

LIB000763

As one team, one Enterprise, we, the people who work here, are what makes our company different - better - than our competitors. The Employee Development/Coaching section should be utilized to focus on areas of improvement and/or growth opportunities for the employee. Creating short and long term goals along with an action plan demonstrates your commitment to the career development to your employees and how you manage the employee relationship. You are encouraged to work collaboratively with your employee to complete this section.

- Develop long-term goal/career objectives
- Identify short-term goals which may lead to attaining long-term goal(s)
- Identify actions which will help to achieve short-term goals (include education, training, projects, etc.)

**Reviewer Comments:**

## Midyear / 90-Day / Other Review

After you have had the midyear performance discussion with the employee, record any action item that came out of the discussion in the comment box below. In addition, please document the date you conducted your discussion with your employee in the review date field.

⦿ **Midyear Review**    ◯ **90-Day Review**    ◯ **Other Review**

**Review Date: 09/06/2014**

**Reviewer Comments:**
See attached for current individual stats through June 2014.

Agent monthly goals average to the following per agent:
23 Auto
15 CHO
1.5 Boat/PUP
43 Membership

See above (individual performance goals) for Accuracy, MSI, Survival rate, etc...

Vicki is a hard working agent. She does her best daily to be productive in both sales and service. I have received many compliments from both members and insured's regarding Vicki's customer service, helpfulness and sales knowledge.

Vicki needs revisit the Rookie of the Year qualification sheet that was provided to her in January 2014 and set her site on meeting the qualifications and getting the award.

## Overall Performance Summary and Additional Comments

## Overall Ratings

| | |
|---|---|
| **Individual Goal Rating:** | 0.00 |
| **Performance Driver Rating:** | 0.00 |

+

**Total Performance Rating:**    **0.00**
*Although Individual Goals and Performance Driver ratings appear in a rounded format, the Total Performance Rating calculation is based on numbers that have not been rounded from each section which are mathematically accurate.*

## Overall Year-End Performance Summary

COLLIER APL 0437

LIB000764



# 2015 Performance Review
## Employee Form

**Club/State:** CA

## Employee Information

Employee Number:
653024

Employee Name:
COLLIER, VICKI

Service/Seniority Date:
(Date Located on Employee Status Form)
06/18/2013

Manager:
SALINAS, IAN

Job Title:
AGENT FSU CA

Current Position Effective Date:
11/01/2013

Charge Center/Cost Center:
FSU - SANTA CLARITA VALENCIA

Operating Unit:
CA FSU

## Review Information

Review Period:
January 01, 2015    to    December 31, 2015

Year End Review Date:
March 09, 2016

Reviewer:
IAN SALINAS

Reviewer's Email (ex.: name@aaa.com):
SALINAS.IAN@AAA-CALIF.COM

COLLIER APL 0438

LIB000765

## Team Goals

**Team Goals:**

Contribute to the attainment of your teams annual goals:
New Total Membership  Goal 4468 Actual 4910
Automatic Membership Renewal (50%)
New Auto Goal 2214 Actual 2238
New Homeowners Goal 1436 Actual 1351
New Boat/PUP Goal 102 Actual 104
Survival Rate (75.14 or increase over 12/2014 office score) Goal 77.93% Actual 76.09%
Life referrals = LINAs Goal194 Actual 323
Agency Referrals Goal 120 Actual 124
Travel Referrals Goal 194 Actual 84
Service MSI (90%) 95.5%
Accuracy (98.5%) 97.75
*Ensure grade of Satisfactory or higher on Office Internal Audits

## Performance Ratings

**Rating Scale - The following table defines**

| | |
|---|---|
| **Distinguished** (4.51 - 5.00) | This level is reserved for those who clearly and consistently demonstrate extraordinary accomplishment in all major areas of responsibility. Others who hold positions of comparable scope and responsibility rarely equal performance of this caliber. |
| **Exceeds** (3.51 - 4.50) | This level describes a level of accomplishment that goes well beyond performance standards, especially in the key areas of responsibility. The individual consistently demonstrates truly outstanding achievements in terms of quantity and quality of output. |
| **Achieves** (2.80 - 3.50) | This level is assigned to those whose demonstrated performance clearly achieves all major requirements of the position in quality and quantity of output. It reflects good, solid performance normally expected of those who have the necessary education, training, and relevant experience for the job. Individuals at this level consistently perform in an effective and professional manner. This level may be used to reflect an employee who is progressing satisfactorily towards a fully achieves rating and may not have been at work for the entire performance period. |
| **Needs Improvement** (1.80 - 2.79) | This level reflects performance that does not fully meet requirements in all areas of major responsibility. The individual demonstrates the ability to complete most assignments; however, the need for further development and improvement is clearly evident. |
| **Unsatisfactory** (1.00 - 1.79) | This level applies to those whose work in terms of quality or quantity of output is clearly below minimum job requirements, even when close supervision has been provided. Performance must significantly improve within a designated period if the individual is to remain in the position. |

## Individual Performance Goals
### 50% of Overall Rating
(Determine Variable/Incentive and Base Pay Adjustment Eligibility)

**Goal Name:**
Membership Goal                                                                        Weighting (%)
**Goal Description:**

COLLIER APL 0439

LIB000766

Achieve or exceed annual membership production goal (including add-ons)                    10

     **Reviewer Comments:**
     Vicki had a total of 699 new memberships at 115% to goal.

     **Goal Rating:**    Distinguished
     **Weighted Rating:**    0.25

**Goal Name:**
 **Auto Goal**                            Weighting (%)
 **Goal Description:**               20
Achieve or exceed annual auto production goal

     **Reviewer Comments:**
     Vicki had a total of 333 new auto policies at 118% to goal in 2015.

     **Goal Rating:**    Distinguished
     **Weighted Rating:**    0.50

**Goal Name:**
 **Home Goal**                           Weighting (%)
 **Goal Description:**               15
Achieve or exceed annual home production goal

     **Reviewer Comments:**
     Vicki had a total of 279 new home policies at 127% to goal in 2015

     **Goal Rating:**    Distinguished
     **Weighted Rating:**    0.38

**Goal Name:**
 **Boat and PUP Goal**             Weighting (%)
 **Goal Description:**               10
Achieve or exceed annual miscellaneous production (boat and PUP) goal
(PUP goal will be prorated, based on three quarters)

     **Reviewer Comments:**
     Vicki finished at 150% on boat and 167% PUP goal

     **Goal Rating:**    Distinguished
     **Weighted Rating:**    0.25

**Goal Name:**
 **Survival Rate Goal**             Weighting (%)

COLLIER APL 0440

**LIB000767**

**Goal Description:**
Achieve or exceed survival rate goal of _____% or lift over 2014

**10**

**Reviewer Comments:**
Vicki's survival rate in 2015 was 83.78%

**Goal Rating:**        Exceeds
**Weighted Rating:**    0.20

**Goal Name:**
Accuracy                                                        Weighting (%)
**Goal Description:**                                           10
Achieve or exceed total combined accuracy goal of 98.5%

**Reviewer Comments:**
Vicki's accuracy in 2015 was 99.39%

**Goal Rating:**        Achieves
**Weighted Rating:**    0.15

**Goal Name:**
MSI Goal                                                       Weighting (%)
**Goal Description:**                                          10
Achieve or exceed individual MSI goal of 90%

**Reviewer Comments:**
Vicki had a 90.9% MSI 2015

**Goal Rating:**        Achieves
**Weighted Rating:**    0.15

**Goal Name:**
Authorized Automatic Membership Renewal/ Membership packaging ratio    Weighting (%)
**Goal Description:**                                                   5
Achieve or exceed annual authorized automatic membership renewal goal of 50%
Achieve or exceed Membership associate ratio goal of 40%

**Reviewer Comments:**
Vicki's annual automatic membership renewal was 42%

**Goal Rating:**        Needs Improvement
**Weighted Rating:**    0.05

**Goal Name:**

COLLIER APL 0441

**LIB000768**

**Ancillary Goals**
**Goal Description:**
Achieve or exceed annual LINA, Travel Referral, and Credit Card Submittal.

Weighting (%)
**5**

**Reviewer Comments:**
Vicki referred 8 LINAS, 8 credit cards, 0 Travel referrals.

| | |
|---|---|
| **Goal Rating:** | Needs Improvement |
| **Weighted Rating:** | 0.05 |

**Goal Name:**

**Policies & Procedure Compliance**
**Goal Description:**
KRONOS
UREC
Missing Applications

Weighting (%)
**5**

**Reviewer Comments:**
Even though Vicki achieved this category, she needs to keep her Kronos corrections at a minimal.

| | |
|---|---|
| **Goal Rating:** | Achieves |
| **Weighted Rating:** | 0.08 |

**Overall Individual Goal Weighting (100%):** 100    **Number of Individual Goals:** 10
**Overall Individual Goal Rating:** 2.05

## Individual Performance Drivers
### 50% of Overall Rating
(Determine Variable/Incentive and Base Pay Adjustment Eligibility)

| Competency | Manager Rating |
|---|---|
| **Organizational Culture (weighting 14.3%):** | |
| ■ Conducts positive negotiations, handles conflict effectively, values diverse opinions and stays focused on positive outcomes | **Rating:**<br>Distinguished |
| ■ Makes good decisions and actively participates in productive and collaborative teams. Effectively supports team activities, encourages and supports the collective resources of the group in the accomplishment of goals | **Weighted Rating:**<br>0.36 |
| ■ Open to new ideas, adapts to change and willingly takes on new responsibilities, handles pressure effectively | |
| ■ Deals with others in a straightforward and honest manner, maintains confidentiality, fosters an environment of mutual respect, and values diversity. | |
| ■ Assumes accountability for self for maintaining high service standards. Promotes quality products and operational excellence when serving both external and internal customers | |
| ■ Acts with integrity, protecting our reputation and fostering trust in all dealings with the public and colleagues. Does the right things because it is the right thing to do. Exhibits | |

COLLIER APL 0442

LIB000769

|  | |
|---|---|
| honesty and fairness by not compromising ethical standards.<br>■ Clearly understands the organization's mission and the role he/she plays in fulfilling that mission. | |

**Reviewer Comments:**

Vicki fully understands the Club culture, procedures, and guidelines

| **Service Quality (weighting 14.3%):** | |
|---|---|
| ■ Maintains a high level of customer satisfaction by deepening member relationships, building their confidence, and increasing the value to the member by understanding our valuable products and legendary services | **Rating:**<br>Achieves |
| ■ Committed to increasing customer satisfaction by taking the initiative to meet customer needs by providing a timely and courteous response | **Weighted Rating:**<br>0.21 |
| ■ Ensures commitments to customers are met, solicits opinions and ideas, handles service problems politely and efficiently, follows procedures, assumes responsibility for providing solutions to customer's needs | |
| ■ Performance exemplifies job knowledge, accuracy, timeliness, and the highest quality work | |
| ■ Supports the company's MRM strategy | |

**Reviewer Comments:**

Vicki's 2015 MSI was 90.9% which proves that she provides and acceptable level of service quality.

| **Job Knowledge (weighting 14.3%):** | |
|---|---|
| ■ Understands applicable company policies/procedures and compliance programs, as well as relevant industry requirements | **Rating:**<br>Exceeds |
| ■ Thoroughly understands the Enterprise/partners/business and valuable products, understands/responds to the challenges and applies company knowledge | **Weighted Rating:**<br>0.29 |
| ■ Develops and/or improves processes and services to better meet department and company needs and support the bottom line | |
| ■ Plans for and uses resources effectively. Operates effectively within the organization's formal and informal structures, builds alliances and productive relationships across departments and collaborates effectively | |
| ■ Ensures that conduct is consistent with compliance program | |
| ■ Thoroughly understands the various Enterprise, federal, and state compliance policies and regulations (i.e. wage and hour, training, etc.) that apply to the position and ensures compliance. | |
| ■ Demonstrates willingness and on going development of skills to enhance position expertise | |

**Reviewer Comments:**

Vicki understands the company policies and procedures. He complies with all regulations.

| **Communication (weighting 14.3%):** | |
|---|---|
| ■ Communicates information effectively both orally and in writing when dealing with members, colleagues, vendors, clients and others related to the organization | **Rating:**<br>Exceeds |
| ■ Uses good listening skills and invites an open exchange of information and ideas. Uses appropriate interpersonal styles and persuasion to gain acceptance of ideas. Effectively communicates our valuable products and legendary services | **Weighted Rating:**<br>0.29 |
| ■ Selects appropriate means of communication | |
| ■ Questions to seek clarification and understanding, maintains confidentiality | |
| ■ Conveys ideas clearly (verbal and written); actively listens, provides and accepts appropriate feedback | |
| ■ Prepares and delivers information with impact, effectively presents the merits of particular topics and issues, shares information appropriately, and keeps others informed on issues and problems. | |

**Reviewer Comments:**

Vicki is a good communicator with the IBM and the rest of the sales team.

COLLIER APL 0443

**LIB000770**

| **Results Orientation (weighting14.3%):** | |
|---|---|
| ■ Effectively organizes work and achieves quality results; shows energy and instills urgency in others, meets deadlines<br><br>■ Reliably and responsively meets commitments, accepts accountability and follows through independently<br><br>■ Takes initiative rather than waiting to be told; identifies and supports change and encourages innovation to solve problems creatively and practically. Learns from past experiences and uses those insights to handle new situations effectively<br><br>■ Monitors processes, products and tasks, establishes and uses appropriate metrics to document results/performance against objectives<br><br>■ Displays good judgment using an analytical approach. Defines problems logically. Provides effective and personalized solutions for customer interactions or projects<br><br>■ Makes difficult decisions while considering related issues thoroughly. Takes action and makes decisions based on the organization's guiding principles: Is it good for the Enterprise? Is it good for our members? Is it good for our employees? Is it good for our communities? | **Rating:**<br>Distinguished<br><br>**Weighted Rating:**<br>0.36 |

**Reviewer Comments:**

Vicki is result oriented when it comes to her sales, she finished at 118% to auto and 127% home goal. How ever her weakest part as an agent is her time management. She needs to do a better job on scheduling her daily activities and be more organized on her processing.

| **Dependability/Reliability (weighting 14.3%):** | |
|---|---|
| ■ Dedicated to the Enterprise by meeting work schedules, abiding by availability guidelines, and arriving on time to work and meetings<br><br>■ Uses time effectively by organizing workload and consistently fulfilling job responsibilities and commitments, follows tasks through to completion and ensures success<br><br>■ Completes appropriate amount of work in a timely fashion without jeopardizing quality<br><br>■ Is reliable and responsible by accepting accountability for own actions and decisions<br><br>■ Completes required quantity of work within established timeframes, adjusting work pace to meet deadlines when necessary | **Rating:**<br>**Distinguished**<br><br>**Weighted Rating:**<br>0.36 |

**Reviewer Comments:**

Vicki is very dependable and gets the job done. She always puts in the extra time and works extra Saturday's when her production needs it.

| **Interpersonal/Teamwork (weighting 14.3%):** | |
|---|---|
| ■ Balances short and long-term goals, keeps own work aligned with overall goals. Creates clear/consistent personal goals, sets priorities appropriately<br><br>■ Holds self accountable for achieving results and high quality work. Accepts constructive feedback<br><br>■ Shows respect and concern for the feelings of others, works well with all levels of the organization<br><br>■ Dedicated to supporting colleagues however possible. Works cooperatively within a group, provides support and help to others, and establishes and maintains good working relationships<br><br>■ Recognizes contribution of others and actively tries to resolves differences. | **Rating:**<br>Distinguished<br><br>**Weighted Rating:**<br>0.36 |

**Reviewer Comments:**

Vicki is a team player and works hard to deliver her share of the team's goals. She assists in the office wherever and whenever is needed. She is always willing to help anyone on the team with questions they may have

**Overall Performance Driver Rating:** 2.22

## Employee Development / Coaching

As one team, one Enterprise, we, the people who work here, are what makes our company different - better - than our competitors. The Employee Development/Coaching section should be utilized to focus on areas of improvement and/or growth opportunities for the employee. Creating short and long term goals along with an action plan demonstrates your commitment to the career development to your employees and how you manage the employee relationship. You are encouraged to work

COLLIER APL 0444

LIB000771

collaboratively with your employee to complete this section.
- Develop long-term goal/career objectives
- Identify short-term goals which may lead to attaining long-term goal(s)
- Identify actions which will help to achieve short-term goals (include education, training, projects, etc.)

**Reviewer Comments:**

The areas that I would like to see Vicki improve on are her. Automatic membership renewals and add ons. She need to be better on her time management by decreasing her cycle time to 4-5 days max. She also needs to keep her kronos corrections at a minimum. She also needs to utilize the tools that is provided to seek answers instead of directly going to IBM first.

## Midyear / 90-Day / Other Review

After you have had the midyear performance discussion with the employee, record any action item that came out of the discussion in the comment box below. In addition, please document the date you conducted your discussion with your employee in the review date field.

◯ **Midyear Review**    ◯ **90-Day Review**    ◉ **Other Review**

**Review Date:** 03/10/2016

**Reviewer Comments:**

Half way through 2015 Vicki is pacing to exceed her auto and home goals. I the 2nd half of 2015 I would like to see Vicki attain all insurance lines and compete for Agent of the Month for the entire Region. She also needs to be more independent in solving problems, finding underwriting answers on her own.

## Overall Performance Summary and Additional Comments

## Overall Ratings

Individual Goal Rating:        2.05

                                              +

Performance Driver Rating:     2.22

Total Performance Rating:      **4.27**        **Exceeds**

*Although Individual Goals and Performance Driver ratings appear in a rounded format, the Total Performance Rating calculation is based on numbers that have not been rounded from each section which are mathematically accurate.*

### Overall Year-End Performance Summary

Vicki exceeded her 2015 goals. She is an asset to the Santa Clarita sales team. She is very considerate of the team and does what ever it takes to ensure the office makes its goals with out putting the club in jeopardy. At the beginning of the year IBM spoke with her regarding her being negative and how it affects the entire team when she always complains about what she does not like with the club, she has improved her behavior since then and I would like to see her maintain a positive attitude and continue exceeding her goals.

## Signatures
Sign and print your name.

_____          Vicki Collier          3/9/16
**Employee**                                                    **Date**

COLLIER APL 0445

LIB000772



**Reviewer** _____ Saunda Smith    **Date** 3/9/16 _____

*End of the Performance Review: A copy of the review should be provided to the employee. The reviewer and manager should also retain a copy for their records. The originals must be sent to the assigned business unit liaison.*

## *Do not Submit 2015 Performance Review until 2016.*

## Employee Comments

The employee comments section provides the employee an opportunity to comment on his/her individual goals, performance drivers, overall performance and reviewer's overall performance evaluation.

Employee Comments:

Total Performance Rating:
4.266500000000001

Employee

COLLIER APL 0446

LIB000773



# 2016 Performance Review
**Employee Form**

**Club/State:** CA

## Employee Information

Employee Number:
653024

Employee Name:
COLLIER, VICKI

Service/Seniority Date:
(Date Located on Employee Status Form)
06/18/2013

Manager:
SMITH, SAUNDEE

Job Title:
AGENT FSU CA

Current Position Effective Date:
11/01/2013

Charge Center/Cost Center:
FSU - SANTA CLARITA VALENCIA

Operating Unit:
CA FSU

## Review Information

Review Period:
January 01, 2016  to  December 31, 2016

Year End Review Date:
March 14, 2017

Reviewer:
Saundee Smith

Reviewer's Email (ex.: name@aaa.com):
smith.saundee@aaa-calif.com

COLLIER APL 0447

LIB000774

## Team Goals

**Team Goals:**

Contribute to the attainment of your teams annual goals:

New Total Membership: Goal 5439/Actual 5226, 96.1%
Automatic Membership Renewal (60%): 59.7%
Membership packaging ratio (40%): 79.5%
New Auto: Goal 2321/Actual 2416, 104.1%
New Homeowners: Goal 1597/Actual 1610, 100.8%
New Boat/PUP: Boat Goal 60/Actual 68, 113.3%; PUP Goal 60/Actual 41, 68.3%
Survival Rate (77.06% or increase over 12/2015 office score): Actual 79.55%, 103.24%
Life referrals: Goal 192/Actual 295, 153.6%
Agency Referrals: Goal 120/Actual 138, 115%
Travel Referrals: Goal 120/Actual 60, 50%
Credit Card Submittals: 16
MSI (92.7%): Service /Sales Combined - 91.4% Service, 88% Sales, 90.9% Combined
Accuracy (98.0%): 98.33%
Auto Amendment Order Accuracy (97%); Actual 96.16%
*Ensure grade of Satisfactory or higher on Office Internal Audits: Satisfactory Achieved

## Performance Ratings

**Rating Scale - The following table defines**

| | |
|---|---|
| **Distinguished** (4.51 - 5.00) | This level is reserved for those who clearly and consistently demonstrate extraordinary accomplishment in all major areas of responsibility. Others who hold positions of comparable scope and responsibility rarely equal performance of this caliber. |
| **Exceeds** (3.51 - 4.50) | This level describes a level of accomplishment that goes well beyond performance standards, especially in the key areas of responsibility. The individual consistently demonstrates truly outstanding achievements in terms of quantity and quality of output. |
| **Achieves** (2.80 - 3.50) | This level is assigned to those whose demonstrated performance clearly achieves all major requirements of the position in quality and quantity of output. It reflects good, solid performance normally expected of those who have the necessary education, training, and relevant experience for the job. Individuals at this level consistently perform in an effective and professional manner. This level may be used to reflect an employee who is progressing satisfactorily towards a fully achieves rating and may not have been at work for the entire performance period. |
| **Needs Improvement** (1.80 - 2.79) | This level reflects performance that does not fully meet requirements in all areas of major responsibility. The individual demonstrates the ability to complete most assignments; however, the need for further development and improvement is clearly evident. |
| **Unsatisfactory** (1.00 - 1.79) | This level applies to those whose work in terms of quality or quantity of output is clearly below minimum job requirements, even when close supervision has been provided. Performance must significantly improve within a designated period if the individual is to remain in the position. |

## Individual Performance Goals
### 50% of Overall Rating
(Determine Variable/Incentive and Base Pay Adjustment Eligibility)

**Goal Name:**

COLLIER APL 0448

**LIB000775**

**Goal Description:**
Achieve or exceed annual membership production goal (including add-ons)

Weighting (%)
**10**

**Reviewer Comments:**
VICKI FINISHED 2016 WITH 550 MEMBERSHIPS AND 93 ADD-ONS ON A GOAL OF 636.

**Goal Rating:**       Achieves

**Weighted Rating:**    0.15

**Goal Name:**

**Auto Goal**
**Goal Description:**                                           Weighting (%)
Achieve or exceed annual auto production goal                   **20**

**Reviewer Comments:**
VICKI PRODUCED 291 AUTO POLICIES IN 2016 ON A GOAL OF 347, 119%. SHE
CONSISTENTLY EXCEEDS EVERY MONTH AND WAS THE TOP AUTO PRODUCER FOR THE
SANTA CLARITA OFFICE IN 2016.

**Goal Rating:**       Distinguished

**Weighted Rating:**    0.50

**Goal Name:**

**Home Goal**
**Goal Description:**                                           Weighting (%)
Achieve or exceed annual home production goal                   **15**

**Reviewer Comments:**
VICKI FINISHED THE YEAR WITH 236 HOMES ON A GOAL OF 202, 117% TO GOAL. SHE WAS
THE TOP HOME PRODUCER FOR THE SANTA CLARITA OFFICE.

**Goal Rating:**       Distinguished

**Weighted Rating:**    0.38

**Goal Name:**

**Boat and PUP Goal**
**Goal Description:**                                           Weighting (%)
Achieve or exceed annual miscellaneous production boat and PUP goal   **10**

**Reviewer Comments:**
VICKI PRODUCED 16 BOATS AND 12 PUPS IN 2016 ON A GOAL OF 12 FOR EACH. EVERY
MONTH VICKI'S GOAL IS TO ACHIEVE ALL LINES.

**Goal Rating:**       Exceeds

COLLIER APL 0449

LIB000776

**Weighted Rating:**    0.20

**Goal Name:**

**Survival Rate Goal**

**Goal Description:**

Achieve or exceed survival rate goal of _____% or lift over 2015

Weighting (%)
**10**

**Reviewer Comments:**

THE SANTA CLARITA OFFICE FINISHED THE YEAR AT 103.24% TO GOAL. VICKI'S INDIVIDUAL SURVIVAL RATE FOR THE YEAR WAS 80.98% WHICH CONTRIBUTED TO THE TEAM SURVIVAL RATE.

**Goal Rating:**    Exceeds

**Weighted Rating:**    0.20

**Goal Name:**

**Accuracy**

**Goal Description:**

Achieve or exceed total combined accuracy goal of 98%

Weighting (%)
**10**

**Reviewer Comments:**

VICKI'S OVERALL ACCURACY SCORE FOR THE YEAR WAS 96.92%. SHE HAS THE ABILITY TO ACHIEVE AND MAINTAIN 100% ACCURACY WHICH WILL ALSO MAXIMIZE HER COMPENSATION.

**Goal Rating:**    Needs Improvement

**Weighted Rating:**    0.10

**Goal Name:**

**MSI Goal**

**Goal Description:**

Achieve or exceed individual MSI goal of 92.7%

Weighting (%)
**10**

**Reviewer Comments:**

VICKI'S INDIVIDUAL MSI SCORE WAS 100%.

**Goal Rating:**    Exceeds

**Weighted Rating:**    0.20

**Goal Name:**

**Authorized Automatic Membership Renewal/ Membership packaging ratio**

**Goal Description:**

Weighting (%)
**5**

Achieve or exceed annual authorized automatic membership renewal goal of 60%
Achieve or exceed Membership associate ratio goal of 40%

**Reviewer Comments:**

AUTOMATIC RENEWAL - 67.5%
MEMBERSHIP ASSOCIATE RATIO WAS 46.7%

COLLIER APL 0450

LIB000777

| **Goal Rating:** | Distinguished |
| **Weighted Rating:** | 0.13 |

**Goal Name:**

**Ancillary Goals**                                                              Weighting (%)
**Goal Description:**                                                                5
Achieve or exceed annual LINA, Travel, Agency Referral and Credit Card Submittal.

**Reviewer Comments:**
LINA REFERRALS - 17
CREDIT CARD - 2

| **Goal Rating:** | Distinguished |
| **Weighted Rating:** | 0.13 |

**Goal Name:**

**Policies & Procedure Compliance**                                              Weighting (%)
**Goal Description:**                                                                5
KRONOS
UREC
Missing Applications

**Reviewer Comments:**
VICKI ASHERES TO POLICIES AND PROCEDURES.

| **Goal Rating:** | Exceeds |
| **Weighted Rating:** | 0.10 |

---

**Overall Individual Goal Weighting (100%):** 100    **Number of Individual Goals:** 10
**Overall Individual Goal Rating:** 2.07

---

## Individual Performance Drivers
### 50% of Overall Rating
(Determine Variable/Incentive and Base Pay Adjustment Eligibility)

| Competency | Manager Rating |
|---|---|
| **Organizational Culture (weighting 14.3%):** <br>■ Conducts positive negotiations, handles conflict effectively, values diverse opinions and stays focused on positive outcomes <br>■ Makes good decisions and actively participates in productive and collaborative teams. Effectively supports team activities, encourages and supports the collective resources of the group in the accomplishment of goals <br>■ Open to new ideas, adapts to change and willingly takes on new responsibilities, handles pressure effectively <br>■ Deals with others in a straightforward and honest manner, maintains confidentiality, | **Rating:** <br>Distinguished <br><br>**Weighted Rating:** <br>0.36 |

COLLIER APL 0451

LIB000778

fosters an environment of mutual respect, and values diversity.
- Assumes accountability for self for maintaining high service standards. Promotes quality products and operational excellence when serving both external and internal customers
- Acts with integrity, protecting our reputation and fostering trust in all dealings with the public and colleagues. Does the right things because it is the right thing to do. Exhibits honesty and fairness by not compromising ethical standards.
- Clearly understands the organization's mission and the role he/she plays in fulfilling that mission.

**Reviewer Comments:**
VICKI ACTS WITH INTEGRITY AND UNDERSTANDS THE ORGANIZATION'S MISSION AND VALUES THE FUTURE OF THE COMPANY. SHE IS OPEN TO NEW IDEAS AND ADAPTS TO CHANGES IN THE OFFICE AND ORGANIZATION.

**Service Quality (weighting 14.3%):**
- Maintains a high level of customer satisfaction by deepening member relationships, building their confidence, and increasing the value to the member by understanding our valuable products and legendary services
- Committed to increasing customer satisfaction by taking the initiative to meet customer needs by providing a timely and courteous response
- Ensures commitments to customers are met, solicits opinions and ideas, handles service problems politely and efficiently, follows procedures, assumes responsibility for providing solutions to customer's needs
- Performance exemplifies job knowledge, accuracy, timeliness, and the highest quality work
- Supports the company's MRM strategy

**Rating:**
Distinguished

**Weighted Rating:**
0.36

**Reviewer Comments:**
VICKI IS ALWAYS STRIVING TO ENSURE THAT OUR MEMBERS ARE PROVIDED LEGENDARY SERVICE. SHE ASSISTS WITH AMENDMENT ORDERS AND FINISHED THE YEAR WITH AN INDIVIDUAL MSI SCORE OF 100%.

**Job Knowledge (weighting 14.3%):**
- Understands applicable company policies/procedures and compliance programs, as well as relevant industry requirements
- Thoroughly understands the Enterprise/partners/business and valuable products, understands/responds to the challenges and applies company knowledge
- Develops and/or improves processes and services to better meet department and company needs and support the bottom line
- Plans for and uses resources effectively. Operates effectively within the organization's formal and informal structures, builds alliances and productive relationships across departments and collaborates effectively
- Ensures that conduct is consistent with compliance program
- Thoroughly understands the various Enterprise, federal, and state compliance policies and regulations (i.e. wage and hour, training, etc.) that apply to the position and ensures compliance.
- Demonstrates willingness and on going development of skills to enhance position expertise

**Rating:**
Exceeds

**Weighted Rating:**
0.29

**Reviewer Comments:**
VICKI IS VERY KNOWLEDGEABLE AND STAYS UP TO DATE ON CHANGES BY READING THE WEEKLY TOPICS. HER KNOWLEDGE OF EACH PRODUCT AND IT'S VALUE GIVES HER THE ABILITY TO CROSS SELL AND EXCEED ALL OF HER GOALS. VICKI HAS THE ABILITY TO HAVE 100% ACCURACY EACH QUARTER WHICH WILL MAXIMIEZ HER COMPENSATION.

**Communication (weighting 14.3%):**
- Communicates information effectively both orally and in writing when dealing with members, colleagues, vendors, clients and others related to the organization
- Uses good listening skills and invites an open exchange of information and ideas. Uses appropriate interpersonal styles and persuasion to gain acceptance of ideas. Effectively communicates our valuable products and legendary services
- Selects appropriate means of communication
- Questions to seek clarification and understanding, maintains confidentiality
- Conveys ideas clearly (verbal and written); actively listens, provides and accepts appropriate feedback
- Prepares and delivers information with impact, effectively presents the merits of particular topics and issues, shares information appropriately, and keeps others informed

**Rating:**
Distinguished

**Weighted Rating:**
0.36

COLLIER APL 0452

LIB000779

on issues and problems.

**Reviewer Comments:**

VICKI EFFECTIVELY COMMUNICATES HER IDEAS AND IS ALSO OPEN TO FEEDBACK AND SUGGESTIONS. SHE WILL SEEK CLARIFICATION WHEN NEEDED.

| **Results Orientation (weighting14.3%):** | |
|---|---|
| ■ Effectively organizes work and achieves quality results; shows energy and instills urgency in others, meets deadlines | **Rating:** Distinguished |
| ■ Reliably and responsively meets commitments, accepts accountability and follows through Independently | |
| | **Weighted Rating:** |
| ■ Takes initiative rather than waiting to be told; identifies and supports change and encourages innovation to solve problems creatively and practically. Learns from past experiences and uses those insights to handle new situations effectively | 0.36 |
| ■ Monitors processes, products and tasks, establishes and uses appropriate metrics to document results/performance against objectives | |
| ■ Displays good judgment using an analytical approach. Defines problems logically. | |
| Provides effective and personalized solutions for customer interactions or projects | |
| ■ Makes difficult decisions while considering related issues thoroughly. Takes action and makes decisions based on the organization's guiding principles: Is it good for the Enterprise? Is it good for our members? Is it good for our employees? Is it good for our communities? | |

**Reviewer Comments:**

VICKI WAS THE TOP PRODUCER FOR AUTO, HOME, MEMBERSHIP, BOAT AND PUP FOR THE SANTA CLARITA OFFICE. EVERY MONTH HER GOAL AND FOCUS IS ALL LINES ACHIEVEMENT. SHE IS SELF MOTIVATED AND WORKS HARD DAILY TO ACHIEVE HER AND MAXIMIZE HER COMPENSATION.

| **Dependability/Reliability (weighting 14.3%):** | |
|---|---|
| ■ Dedicated to the Enterprise by meeting work schedules, abiding by availability guidelines, and arriving on time to work and meetings | **Rating:** **Distinguished** |
| ■ Uses time effectively by organizing workload and consistently fulfilling job responsibilities and commitments, follows tasks through to completion and ensures success | **Weighted Rating:** |
| ■ Completes appropriate amount of work in a timely fashion without jeopardizing quality | 0.36 |
| ■ Is reliable and responsible by accepting accountability for own actions and decisions | |
| ■ Completes required quantity of work within established timeframes, adjusting work pace to meet deadlines when necessary | |

**Reviewer Comments:**

VICKI IS A DEDICATED TEAM PLAYER. SHE IS RELIABLE AND WHEN NEEDED ALWAYS MAKES HERSELF AVAILABLE.

| **Interpersonal/Teamwork (weighting 14.3%):** | |
|---|---|
| ■ Balances short and long-term goals, keeps own work aligned with overall goals. Creates clear/consistent personal goals, sets priorities appropriately | **Rating:** Distinguished |
| ■ Holds self accountable for achieving results and high quality work. Accepts constructive feedback | **Weighted Rating:** |
| ■ Shows respect and concern for the feelings of others, works well with all levels of the organization | 0.36 |
| ■ Dedicated to supporting colleagues however possible. Works cooperatively within a group, provides support and help to others, and establishes and maintains good working relationships | |
| ■ Recognizes contribution of others and actively tries to resolves differences. | |

**Reviewer Comments:**

VICKI IS A TEAM PLAYER. SHE IMPLEMENTS HER OWN PERSONAL GOALS AND WORKS EFFECTIVELY TO ACHIEVE THOSE GOALS CONSISTENTLY. VICKI ALWAYS STAYS FOCUSED ON HER INDIVIDUAL GOALS AS WELL AS THE TEAM GOALS.

**Overall Performance Driver Rating:** 2.43

COLLIER APL 0453

LIB000780

## Employee Development / Coaching

As one team, one Enterprise, we, the people who work here, are what makes our company different - better - than our competitors. The Employee Development/Coaching section should be utilized to focus on areas of improvement and/or growth opportunities for the employee. Creating short and long term goals along with an action plan demonstrates your commitment to the career development to your employees and how you manage the employee relationship. You are encouraged to work collaboratively with your employee to complete this section.

- Develop long-term goal/career objectives
- Identify short-term goals which may lead to attaining long-term goal(s)
- Identify actions which will help to achieve short-term goals (include education, training, projects, etc.)

**Reviewer Comments:**

## Midyear / 90-Day / Other Review

After you have had the midyear performance discussion with the employee, record any action item that came out of the discussion in the comment box below. In addition, please document the date you conducted your discussion with your employee in the review date field.

◉ **Midyear Review**    ○ **90-Day Review**    ○ **Other Review**

**Review Date:** 08/24/2016

**Reviewer Comments:**
New Auto Goal 145 / Actual 194; 133.8% to goal
New Home Goal 100 / Actual 131; 131% to goal
New PUP Goal 6 / Actual 7; 116.7% to goal
New Watercraft Goal 6 / Actual 8; 133.3%
New Membership Goal 372 (add-ons included) / Actual 367; 115.4% to goal
Membership Renewal Goal 60% / Actual 65.4%
Membership Packaging Goal 40% / Actual 54.7%
Life Goal 18 / Actual 10
A/O Count 112
Accuracy YTD - Goal 98% / Actual 98.02% YTD
Survival 77.06% / Actual 81.96%
MSI Score YTD - 100% - 3 Surveys

Vicki has had a great start to 2016 exceeding auto, home, membership, boat and PUP goal year to date. Her survival rate of 81.96% has contributed to the team's survival rate. Vicki has had 3 MSI surveys at 100%. Vicki has the knowledge to achieve and maintain 100% accuracy which will help her maximize her compensation. She has worked hard this year on her time management. Vicki is consistently the top producer in the office. I would like to see Vicki qualify for President's Elite this year and qualify for the next sales Summit to New York.

## Overall Performance Summary and Additional Comments

## Overall Ratings

| | |
|---|---|
| **Individual Goal Rating:** | 2.07 |
| **Performance Driver Rating:** | 2.43 |

+

**Total Performance Rating:**    **4.51**    **Distinguished**

*Although Individual Goals and Performance Driver ratings appear in a rounded format, the Total Performance Rating calculation is based on numbers that have not been rounded from each section which are mathematically accurate.*

COLLIER APL 0454

LIB000781

## Collier.Vicki

**From:** Gyuire.Steve
**Sent:** Wednesday, April 04, 2018 11:38 AM
**To:** Collier.Vicki
**Subject:** RE: PA

☺ Thanks Vick – all comments you earned and deserved

Steve Gyuire
Insurance Business Manager
Interinsurance Exchange of the Automobile Club
Encino Branch
818-385-4488  Direct
714-708-9895  Efax
My goal is to provide exceptional service.
You may contact my manager at derryberry.scott@aaa-calif.com and let Scott know if my mission was accomplished

AAA App

Enjoy your favorite time and money saving AAA services from your mobile device.



**From:** Collier.Vicki
**Sent:** Wednesday, April 04, 2018 11:34 AM
**To:** Gyuire.Steve
**Subject:** PA

Good Morning ☺
I wanted to say "Thank you" for my annual performance and your comments.  I very much appreciate YOU and the recognition.

Thank you ☺

VICKI COLLIER – Insurance Sales Agent
Interinsurance Exchange of the Automobile Club
661-288-5529 (direct)
714-668-3488 (fax)
collier.vicki@aaa-calif.com
23770 Valencia Blvd, Ste 210
Valencia, CA 91355

My goal is to provide exceptional service. You may contact my manager Steve Gyuire at gyuire.steve@aaa-calif.com to let her know if my mission was accomplished.

1

COLLIER APL 0455

LIB000782

**AAA App**

Enjoy your favorite time and money saving AAA services from your mobile device.



2

COLLIER APL 0456

LIB000783

**Collier.Vicki**

| | |
|---|---|
| **From:** | Adu.Mildred |
| **Sent:** | Tuesday, June 09, 2015 12:52 PM |
| **To:** | Salinas.Ian; Cooper.Patricia; Boozer.Phillip; Montano.Miguel; Crisp.Sierra; Molina.Nestor; Collier.Vicki |
| **Subject:** | RE: the truth tracker |

Good job Vic ☺

**From:** Salinas.Ian
**Sent:** Tuesday, June 09, 2015 12:38 PM
**To:** Cooper.Patricia; Boozer.Phillip; Adu.Mildred; Montano.Miguel; Crisp.Sierra; Molina.Nestor; Collier.Vicki
**Subject:** the truth tracker

# Great job Vicki! Number 33 out of 557 agents. Each of you should at least be in the top 100. Do you agree?

| | | | | | |
|---|---|---|---|---|---|
| Region 3 | Christi Liang | Alhambra | 2 | 66.0 | 36.7 |
| Region 5 | Jason Yavello | Encinitas | 6 | 58.7 | 22.0 |
| Region 4 | Darrell Turner | Laguna Hills | 5 | 55.0 | 14.7 |
| Region 2 | Stephanie Bezikian | Montrose | 1 | 55.0 | 33.0 |
| Region 3 | Jay Ou | Alhambra | 1 | 55.0 | 40.3 |
| Region 2 | Martha Zambrano | Culver City | 1 | 51.3 | 51.3 |
| Region 2 | Chase Bryson | Crenshaw | 3 | 51.3 | 18.3 |
| Region 5 | Vinnie Lafler | San Marcos | 0 | 51.3 | 40.3 |
| Region 1 | Jason Greenberg | Chatsworth | 2 | 47.7 | 25.7 |
| Region 1 | Colin Visitisomsuk | Northridge | 1 | 47.7 | 40.3 |
| Region 4 | Matt Hoyt | San Clemente | 0 | 47.7 | 29.3 |
| Region 4 | Patrick Jones | Huntington Beach | 2 | 47.7 | 33.0 |
| Region 4 | Jordan Chaidez | Surf City | 3 | 47.7 | 44.0 |
| NM | Jeromy Hockett | Albuquerque East | 1 | 47.7 | 44.0 |
| Region 2 | George Garcia | Glendale | 2 | 47.7 | 36.7 |
| Region 2 | Josh Carter | Long Beach | 3 | 47.7 | 25.7 |
| Region 3 | Janee Suarez | Apple Valley | 0 | 47.7 | 36.7 |
| Region 5 | Miguel Romo | Chula Vista | 1 | 47.7 | 36.7 |
| Region 1 | Violeta Madrigal | Porterville | 4 | 44.0 | 11.0 |
| Region 1 | Corey Canfield | Santa Barbara | 2 | 44.0 | 0.0 |
| Region 4 | Alan Sanchez | Anaheim Hills | 1 | 44.0 | 29.3 |
| Region 4 | Tim Waters | Ladera Ranch | 2 | 44.0 | 36.7 |
| Region 4 | Tara Torcaso | Laguna Hills | 3 | 44.0 | 7.3 |
| Region 4 | Debby Hay | Surf City | 3 | 44.0 | 18.3 |
| Region 2 | Rashad Oliver | Inglewood | 1 | 44.0 | 22.0 |
| Region 2 | Casey Drummond | Rancho PV | 1 | 44.0 | 36.7 |
| Region 2 | Scott Hirohama | Santa Monica | 2 | 44.0 | 36.7 |

1

COLLIER APL 0457

LIB000784

 **Job Profile**

*Automobile Club of Southern California*



| ENTERPRISE TITLE | POSITION DESCRIPTOR | POSITION CODE |
|---|---|---|
| **SALES AGENT P/C** | **AGENT, SALES** | 5499 |
| FUNCTION/BUSINESS UNIT | DEPARTMENT | ENTERPRISE CODE |
| **SALES** | **FIELD SALES** | **4SALES6N** |
| REPORTS TO | HR USE ONLY | EXEMPTION STATUS |
| **INSURANCE BUSINESS MANAGER** | | N |

| | |
|---|---|
| **JOB PROFILE**<br><br>Describe in a few sentences, the purpose of the job. Answer the question, "Why does this job exist?"<br><br>*Example: "This position provides administrative support to the Claims Management team."* | This position works exclusively in a District Office, engaged in sales activities, appointments and inspections conducted primarily onsite, offsite at the discretion of the IBM. Club memberships and insurance products are sold in support of Club growth, profitability and service quality objectives. The position provides member services and new insurance sales. In addition, the position must complete documentation thoroughly, accurately and in a timely manner, as well as adhere to underwriting rules and guidelines to achieve underwriting objectives. |

| **SCOPE OF RESPONSIBILITY**<br>List principal responsibilities and job duties and approximate percentage of time dedicated to each. | **RESPONSIBILITIES/JOB DUTIES** | Estimate % of Time Spent on Each Duty | Check if Essential Job Duty ☒ |
|---|---|---|---|
| | 1. Sell insurance products utilizing the fundamentals of "Successful Sales Calls," (SSC). Quote rates, qualify applicants, inspect vehicles or property and complete documentation with accepted underwriting criteria, procedures and quality standards. | 50% | ☒ |
| | 2. Sell Club memberships, promote consideration of Club services and products, and provide information on membership and insurance. | 10% | ☒ |
| | 3. Achieve a successful sales strategy. Develop sales leads and contacts, and utilize leads and contacts provided from all sources. Manage time and organize information to achieve goals. Take advantage of sales opportunities. Maintain a high level of expertise regarding Club products and services. Communicate effectively with clients and co-workers. Enhance effectiveness of closing skills. | 10% | ☒ |
| | 4. Maintain an acceptable product balance. Take advantage of cross-sell opportunities to enhance product balance. | 10% | ☒ |
| | 5. Ensure proper ratings are applied to new policies, based on the insured's statements, current underwriting guidelines and completed paperwork. | 5% | ☒ |
| | 6. Provide insurance policy service to Club members in person, by telephone or through written correspondence. Complete insurance and membership forms to amend, cancel or otherwise update existing insurance policies and/or membership records. Compile and complete documentation for all transactions. | 5% | ☒ |
| | 7. Collect membership and insurance payments, and maintain security in the handling of Club monies and receipts. | 5% | ☒ |
| | 8. Attend meetings, training workshops and seminars. Complete and approve accurate timecards, expense diaries and other required documentation. Adhere to scheduled duties and activities as directed by management. | 5% | ☒ |
| | 9. Identify cross-sell opportunities based on members' product needs and service requests. Enhance member relationship by diversifying use of products and services. Provide sales leads to insurance, travel and other departments as appropriate. | % | ☐ |
| | 10. Perform all other duties and responsibilities as assigned or required. | % | ☐ |

H2006 (May 2002)

COLLIER APL 0458

LIB000785

| | |
|---|---|
| **SAMPLE OUTCOMES**<br><br>Describe the key results of the work performed by this position.<br><br>*Example: "Walk-in members are provided with literature, information or other services in a manner consistent with ACSC member service goals."* | Walk-in members and non-members, as well as telephone inquiries are provided automobile, homeowners, watercraft, personal umbrella or membership quotations and sales in a manner consistent with ACSC Field Sales member service goals.<br><br>**MRM Strategy**<br>Utilizing member profile information, personalized services that meet member needs are provided by staff in support of MRM strategy, enhancing the member-Club relationship. |
| **MRM STRATEGY**<br><br>Specifically describe how this position contributes to the successful achievement of the MRM strategy.<br><br>*Example: "Incumbent provides tailored services, information, and products to meet each member's requirements consistent with the Enterprise MRM strategy."* | Position provides insurance products and services information, customer service and takes advantage of cross-sell opportunities to meet members and non-member's needs, consistent with the Enterprise MRM strategy. |
| **PROBLEM SOLVING/ DECISION MAKING**<br><br>Describe types of problems solved and level of independent decision-making required for this position.<br><br>*Example: "Work tends to be routine and most decisions are described in detail within written desktop procedures, manuals, the on-line guide, etc. Occasionally matters need to be referred to Supervisor for resolution."* | Each member or non-member relationship is unique, which provides opportunities for custom needs-based analysis in order to satisfy the member or non-member's insurance needs. Maintaining a current knowledge of membership services and insurance underwriting and coverage provisions, billing statements, payment options, cancellation and processing is critical. |
| **EDUCATION, WORK EXPERIENCE, KNOWLEDGE, SKILLS, COMPETENCIES, CERTIFICATION/LICENSES**<br><br>List the requirements to function fully in this position. Provide minimum and/or typical years of related work experience required, whether or not degree is required or preferred and degree type.<br><br>*Example: "HS Diploma or equivalent required plus 3-5 years of secretarial experience – insurance industry desired. Must be highly proficient in using all Microsoft Office software products."* | **Education**<br>BA/BS or equivalent combination of education and experience required.<br><br>**Experience**<br>2 - 3 years relevant outside sales experience or successful completion of all assignments of ACSC Sales Agent Trainee program required.<br><br>2 - 3 years' prior customer service required<br><br>**Knowledge/Skills/Competencies**<br>Advanced oral and written communication skills required<br><br>Moderate knowledge of Microsoft Office software including, Word, Access, Excel, and PowerPoint required<br><br>Previously demonstrated advanced level of competitive and persistent nature required<br><br>Advanced organization skill required<br><br>Demonstrated ability to prioritize tasks and assignments<br><br>**Special**<br>Valid State Driver License, acceptable Department of Motor Vehicles record and minimum limits of automobile insurance required.<br><br>Successful completion of Insurance 21 and 22 required<br><br>Active Insurance Solicitor's License required |

COLLIER APL 0459

**LIB000786**

| **SUPERVISORY RESPONSIBILITIES**<br><br>When applicable, indicate the type of supervision provided by this position. Include the job titles of the positions supervised and the number of employees supervised.<br><br>*Example: "Position has full supervisory responsibility for four Financial Analysts and three Bookkeepers."* | None. | | |
|---|---|---|---|
| **WORKING ENVIRONMENT/ MINIMUM PHYSICAL REQUIREMENTS**<br><br>Indicate if this is primarily office work or another type of work, and list the physical requirements necessary to perform the job.<br><br>*Example: "This is primarily an office job. Physical requirements include standing, sitting, bending and lifting (up to 15 pounds). Approximately 98% of time is spent using a video display terminal."* | This is primarily an office job. Physical requirements include sitting, standing, bending and lifting (up to 15 pounds). Approximately 85% of time is spent using a video display terminal. | | |
| PREPARED BY<br>Galen Eicher | | HR USE ONLY | DATE PREPARED<br>January 203 |
| APPROVED BY | | DATE APPROVED | DATE LAST REVIEWED<br>July 2005 |

H2006 (May 2002)

COLLIER APL 0460

LIB000787



# 2017 Performance Review
## Employee Form

**Club/State:** CA

## Employee Information

Employee Number:
653024

Employee Name:
COLLIER, VICKI D (VICKI)

Service/Seniority Date:
(Date Located on Employee Status Form)
06/18/2013

Manager:
GYUIRE, STEVE

Job Title:
AGENT FSU CA

Current Position Effective Date:
11/01/2013

Charge Center/Cost Center:
FSU - SANTA CLARITA VALENCIA

Operating Unit:
CA FSU

## Review Information

Review Period:
January 01, 2017    to    December 31, 2017

Year End Review Date:
March 22, 2018

Reviewer:
Steve Gyuire

Reviewer's Email (ex.: name@aaa.com):
gyuire.steve@aaa-calif.com

COLLIER APL 0461

LIB000788

## Team Goals

**Team Goals:**

Contribute to the attainment of your teams annual goals:

New Total Membership
Automatic Membership Renewal (62%)
Membership packaging ratio (50%)
New Auto
New Homeowners
New Boat/PUP
Survival Rate (____% or increase over 12/2016 Branch score)
Life referrals
Agency Referrals
Travel Referrals
Credit Card Submittals
MSI (92.3%)
Accuracy (98.0%)
Auto Amendment Order Accuracy (90%)
*Ensure grade of Satisfactory or higher on Office Internal Audits

## Performance Ratings

**Rating Scale - The following table defines**

| | |
|---|---|
| **Distinguished** (4.51 - 5.00) | This level is reserved for those who clearly and consistently demonstrate extraordinary accomplishment in all major areas of responsibility. Others who hold positions of comparable scope and responsibility rarely equal performance of this caliber. |
| **Exceeds** (3.51 - 4.50) | This level describes a level of accomplishment that goes well beyond performance standards, especially in the key areas of responsibility. The individual consistently demonstrates truly outstanding achievements in terms of quantity and quality of output. |
| **Achieves** (2.80 - 3.50) | This level is assigned to those whose demonstrated performance clearly achieves all major requirements of the position in quality and quantity of output. It reflects good, solid performance normally expected of those who have the necessary education, training, and relevant experience for the job. Individuals at this level consistently perform in an effective and professional manner. This level may be used to reflect an employee who is progressing satisfactorily towards a fully achieves rating and may not have been at work for the entire performance period. |
| **Needs Improvement** (1.80 - 2.79) | This level reflects performance that does not fully meet requirements in all areas of major responsibility. The individual demonstrates the ability to complete most assignments; however, the need for further development and improvement is clearly evident. |
| **Unsatisfactory** (1.00 - 1.79) | This level applies to those whose work in terms of quality or quantity of output is clearly below minimum job requirements, even when close supervision has been provided. Performance must significantly improve within a designated period if the individual is to remain in the position. |

## Individual Performance Goals
### 50% of Overall Rating
(Determine Variable/Incentive and Base Pay Adjustment Eligibility)

**Goal Name:**
**Membership**                                                          Weighting (%)
**Goal Description:**

COLLIER APL 0462

LIB000789

Achieve or exceed annual membership production goal (including add-ons)          **15**
Achieve or exceed annual authorized automatic membership renewal goal of 60%
Achieve or exceed annual membership packaging ratio of 50%

**Reviewer Comments:**
Your Membership Goal is 405 for 9 months of production. You hit 461 of that goal or 113.6%
Your Membership Automatic Renewal Goal is 60% for 9 months of production. You hit 57.1%
of that goal or 95.2%
Your Membershp Packaging Rate Goal is 50% for 9 months of production. You hit 44.7% of
that goal or 89.4%

**Goal Rating:**          Exceeds
**Weighted Rating:**      0.30

**Goal Name:**

**Auto Goal**                                                    Weighting (%)
**Goal Description:**                                            **20**
Achieve or exceed annual auto production goal

**Reviewer Comments:**
Your Auto Goal is 222 for 9 months of production. You hit 266 of that goal or 119.4%

**Goal Rating:**          Distinguished
**Weighted Rating:**      0.50

**Goal Name:**

**Home Goal**                                                   Weighting (%)
**Goal Description:**                                           **15**
Achieve or exceed annual home production goal

**Reviewer Comments:**
Your Home Goal is 156 for 9 months of production. You hit 193 of that goal or 123.7%

**Goal Rating:**          Distinguished
**Weighted Rating:**      0.38

**Goal Name:**

**Boat and PUP Goal**                                          Weighting (%)
**Goal Description:**                                          **10**
Achieve or exceed annual miscellaneous production boat and PUP goal

**Reviewer Comments:**
Your Boat Goal is 9 for 9 months of production. You hit 11 of that goal or 122.2%
Your PUP Goal is 9 for 9 months of production. You hit 8 of that goal or 88.9%

**Goal Rating:**          Distinguished
**Weighted Rating:**      0.25

COLLIER APL 0463

LIB000790

**Goal Name:**

**Survival Rate Goal**

Weighting (%)

**Goal Description:**

**10**

Achieve or exceed branch survival rate goal of _____% or lift over 2016

**Reviewer Comments:**

Your Survival Rate Goal is 77.43% for 9 months of production. You hit 75.2% of that goal or 97.1%

**Goal Rating:** <u>Needs Improvement</u>

**Weighted Rating:** 0.10

**Goal Name:**

**Accuracy**

Weighting (%)

**Goal Description:**

**10**

Achieve or exceed total combined accuracy goal of 98%

**Reviewer Comments:**

Your Accuracy Goal is 98% for 9 months of production. You hit 98.91% of that goal or 100.9%

**Goal Rating:** <u>Achieves</u>

**Weighted Rating:** 0.15

**Goal Name:**

**MSI Goal**

Weighting (%)

**Goal Description:**

**10**

Achieve or exceed individual MSI goal of 92.3%

**Reviewer Comments:**

Your MSI Goal is 90% for 9 months of production. You hit 85% of that goal or 95.2%

**Goal Rating:** <u>Needs Improvement</u>

**Weighted Rating:** 0.10

**Goal Name:**

**Ancillary Goal**

Weighting (%)

**Goal Description:**

**5**

Achieve or exceed annual LINA and Credit Card Submittal goals

**Reviewer Comments:**

Your LINA Goal is 9 for 9 months of production. You hit 12 of that goal or 133.3%
Your Credit Card Goal is 9 for 9 months of production. You hit 0 of that goal or 0%

**Goal Rating:** <u>Distinguished</u>

**Weighted Rating:** 0.13

COLLIER APL 0464

LIB000791

**Goal Name:**

**Policies & Procedure Compliance**
**Goal Description:**
KRONOS
UREC
Missing Applications

Weighting (%)
5

**Reviewer Comments:**
Vicki achieves in policies and procedures.

**Goal Rating:**     Achieves
**Weighted Rating:**   0.08

**Overall Individual Goal Weighting (100%):** 100     **Number of Individual Goals:** 9
**Overall Individual Goal Rating:**       1.98

## Individual Performance Drivers
### 50% of Overall Rating
(Determine Variable/Incentive and Base Pay Adjustment Eligibility)

| Competency | Manager Rating |
|---|---|
| **Organizational Culture (weighting 14.3%):** | **Rating:** |
| ■ Conducts positive negotiations, handles conflict effectively, values diverse opinions and stays focused on positive outcomes | Exceeds |
| ■ Makes good decisions and actively participates in productive and collaborative teams. Effectively supports team activities, encourages and supports the collective resources of the group in the accomplishment of goals | **Weighted Rating:** 0.29 |
| ■ Open to new ideas, adapts to change and willingly takes on new responsibilities, handles pressure effectively | |
| ■ Deals with others in a straightforward and honest manner, maintains confidentiality, fosters an environment of mutual respect, and values diversity. | |
| ■ Assumes accountability for self for maintaining high service standards. Promotes quality products and operational excellence when serving both external and internal customers | |
| ■ Acts with integrity, protecting our reputation and fostering trust in all dealings with the public and colleagues. Does the right things because it is the right thing to do. Exhibits honesty and fairness by not compromising ethical standards. | |
| ■ Clearly understands the organization's mission and the role he/she plays in fulfilling that mission. | |
| **Reviewer Comments:** Vicki acts with integrity and deals with others in a straightforward manner. She is highly accountable. | |
| **Service Quality (weighting 14.3%):** | **Rating:** |
| ■ Maintains a high level of customer satisfaction by deepening member relationships, building their confidence, and increasing the value to the member by understanding our valuable products and legendary services | Exceeds |
| ■ Committed to increasing customer satisfaction by taking the initiative to meet customer needs by providing a timely and courteous response | **Weighted Rating:** |

COLLIER APL 0465

LIB000792

| | |
|---|---|
| ■ Ensures commitments to customers are met, solicits opinions and ideas, handles service problems politely and efficiently, follows procedures, assumes responsibility for providing solutions to customer's needs<br>■ Performance exemplifies job knowledge, accuracy, timeliness, and the highest quality work<br>■ Supports the company's MRM strategy | 0.29 |

**Reviewer Comments:**

Vicki maintains a very high level of customer satisfaction.

| **Job Knowledge (weighting 14.3%):** | |
|---|---|
| ■ Understands applicable company policies/procedures and compliance programs, as well as relevant industry requirements<br>■ Thoroughly understands the Enterprise/partners/business and valuable products, understands/responds to the challenges and applies company knowledge<br>■ Develops and/or improves processes and services to better meet department and company needs and support the bottom line<br>■ Plans for and uses resources effectively. Operates effectively within the organization's formal and informal structures, builds alliances and productive relationships across departments and collaborates effectively<br>■ Ensures that conduct is consistent with compliance program<br>■ Thoroughly understands the various Enterprise, federal, and state compliance policies and regulations (i.e. wage and hour, training, etc.) that apply to the position and ensures compliance.<br>■ Demonstrates willingness and on going development of skills to enhance position expertise | **Rating:**<br><u>Achieves</u><br><br>**Weighted Rating:**<br>0.21 |

**Reviewer Comments:**

Vicki has a solid understanding of club products, and she uses resources effectively.

| **Communication (weighting 14.3%):** | |
|---|---|
| ■ Communicates information effectively both orally and in writing when dealing with members, colleagues, vendors, clients and others related to the organization<br>■ Uses good listening skills and invites an open exchange of information and ideas. Uses appropriate interpersonal styles and persuasion to gain acceptance of ideas. Effectively communicates our valuable products and legendary services<br>■ Selects appropriate means of communication<br>■ Questions to seek clarification and understanding, maintains confidentiality<br>■ Conveys ideas clearly (verbal and written); actively listens, provides and accepts appropriate feedback<br>■ Prepares and delivers information with impact, effectively presents the merits of particular topics and issues, shares information appropriately, and keeps others informed on issues and problems. | **Rating:**<br><u>Exceeds</u><br><br>**Weighted Rating:**<br>0.29 |

**Reviewer Comments:**

Vicki communicates in a highly effective manner. She conveys her ideas very clearly and always asks questions to seek clarification.

| **Results Orientation (weighting14.3%):** | |
|---|---|
| ■ Effectively organizes work and achieves quality results; shows energy and instills urgency in others, meets deadlines<br>■ Reliably and responsively meets commitments, accepts accountability and follows through independently<br>■ Takes initiative rather than waiting to be told; identifies and supports change and encourages innovation to solve problems creatively and practically. Learns from past experiences and uses those insights to handle new situations effectively<br>■ Monitors processes, products and tasks, establishes and uses appropriate metrics to document results/performance against objectives<br>■ Displays good judgment using an analytical approach. Defines problems logically. Provides effective and personalized solutions for customer interactions or projects | **Rating:**<br><u>Exceeds</u><br><br>**Weighted Rating:**<br>0.29 |

COLLIER APL 0466

**LIB000793**

| | |
|---|---|
| ■ Makes difficult decisions while considering related issues thoroughly. Takes action and makes decisions based on the organization's guiding principles: Is it good for the Enterprise? Is it good for our members? Is it good for our employees? Is it good for our communities? | |

**Reviewer Comments:**
Vicki always takes initiative rather than waiting to be told. She displays good judgement and meets her commitments.

| **Dependability/Reliability (weighting 14.3%):** | |
|---|---|
| ■ Dedicated to the Enterprise by meeting work schedules, abiding by availability guidelines, and arriving on time to work and meetings<br>■ Uses time effectively by organizing workload and consistently fulfilling job responsibilities and commitments, follows tasks through to completion and ensures success<br>■ Completes appropriate amount of work in a timely fashion without jeopardizing quality<br>■ Is reliable and responsible by accepting accountability for own actions and decisions<br>■ Completes required quantity of work within established timeframes, adjusting work pace to meet deadlines when necessary | **Rating:**<br>**Exceeds**<br><br>**Weighted Rating:**<br>0.29 |

**Reviewer Comments:**
Vicki uses her time effectively. She is a highly efficient agent. She is energetic and efficient in her work, and completes an above average amount of work in a timely fashion.

| **Interpersonal/Teamwork (weighting 14.3%):** | |
|---|---|
| ■ Balances short and long-term goals, keeps own work aligned with overall goals. Creates clear/consistent personal goals, sets priorities appropriately<br>■ Holds self accountable for achieving results and high quality work. Accepts constructive feedback<br>■ Shows respect and concern for the feelings of others, works well with all levels of the organization<br>■ Dedicated to supporting colleagues however possible. Works cooperatively within a group, provides support and help to others, and establishes and maintains good working relationships<br>■ Recognizes contribution of others and actively tries to resolves differences. | **Rating:**<br>Achieves<br><br>**Weighted Rating:**<br>0.21 |

**Reviewer Comments:**
Vicki holds herself accountable and shows respect for others.

**Overall Performance Driver Rating:** 1.86

## Employee Development / Coaching

As one team, one Enterprise, we, the people who work here, are what makes our company different - better - than our competitors. The Employee Development/Coaching section should be utilized to focus on areas of improvement and/or growth opportunities for the employee. Creating short and long term goals along with an action plan demonstrates your commitment to the career development to your employees and how you manage the employee relationship. You are encouraged to work collaboratively with your employee to complete this section.

- Develop long-term goal/career objectives
- Identify short-term goals which may lead to attaining long-term goal(s)
- Identify actions which will help to achieve short-term goals (include education, training, projects, etc.)

**Reviewer Comments:**
Survival rate and MSI improvements would have the most gain for Vicki in both unit rate and level. I would like to see her make both summits and presidents elite, as she has the ability and drive necessary for both.

COLLIER APL 0467

LIB000794

## Midyear / 90-Day / Other Review

After you have had the midyear performance discussion with the employee, record any action item that came out of the discussion in the comment box below. In addition, please document the date you conducted your discussion with your employee in the review date field.

◯ **Midyear Review**     ◯ **90-Day Review**     ◉ **Other Review**

**Review Date:**

**Reviewer Comments:**

## Overall Performance Summary and Additional Comments

## Overall Ratings

| | |
|---|---|
| **Individual Goal Rating:** | 1.98 |
| | + |
| **Performance Driver Rating:** | 1.86 |

**Total Performance Rating:**     **3.83**          **Exceeds**

*Although Individual Goals and Performance Driver ratings appear in a rounded format, the Total Performance Rating calculation is based on numbers that have not been rounded from each section which are mathematically accurate.*

### Overall Year-End Performance Summary

Vicki has proven that she has a place among the elite agents of ACSC. I expect that her drive and competitiveness will carry her into 2018 with stellar results. She is a great asset to the office.

## Signatures
Sign and print your name.

**Employee** _____     **Date** _____

_JESSE  MCKELVEY_ _____     3-22-18

**Reviewer**     **Date**

*End of the Performance Review: A copy of the review should be provided to the employee. The reviewer and manager should also retain a copy for their records. The originals must be sent to the assigned business unit liaison.*

### *Do not Submit 2017 Performance Review until 2018.*

COLLIER APL 0468

LIB000795

## Employee Comments

The employee comments section provides the employee an opportunity to comment on his/her individual goals, performance drivers, overall performance and reviewer's overall performance evaluation.

Employee Comments:

Total Performance Rating:
3.8340000000000005

Employee

LIB000796

# EXHIBIT 10

# EXHIBIT 10

COLLIER APL 0470

**LIB000797**

Symptoms and causes - Mayo Clinic



# Wrist pain

## Overview

Wrist pain is often caused by sprains or fractures from sudden injuries. But wrist pain can also result from long-term problems, such as repetitive stress, arthritis and carpal tunnel syndrome.

Because so many factors can lead to wrist pain, diagnosing the exact cause can be difficult, but an accurate diagnosis is essential for proper treatment and healing.

## Symptoms

Wrist pain may vary, depending on the cause. For example, osteoarthritis pain is often described as being similar to a dull toothache, while carpal tunnel syndrome usually causes a pins-and-needles feeling or a tingling sensation, especially at night. The precise location of your wrist pain also provides clues to what's behind your symptoms.

### When to see a doctor

Not all wrist pain requires medical care. Minor sprains and strains usually respond to ice, rest and over-the-counter pain medications. But if pain and swelling last longer than a few days or become worse, see your doctor. Delayed diagnosis and treatment can lead to poor healing, reduced range of motion and long-term disability.

## Causes

Damage to any of the parts of your wrist can cause pain and affect your ability to use your wrist and hand.

### Injuries

- **Sudden impacts.** Wrist injuries often occur when you fall forward onto your outstretched hand. This can cause sprains, strains and even fractures. A scaphoid fracture involves a bone on the thumb side of the wrist. This type of fracture may not show up on X-rays immediately after the injury.

- **Repetitive stress.** Any activity that involves repetitive wrist motion — from hitting a tennis ball or bowing a cello to driving cross-country — can inflame the tissues around joints or cause

COLLIER APL 0471

**LIB000798**

stress fractures, especially when you perform the movement for hours on end without a break. De Quervain's disease is a repetitive stress injury that causes pain at the base of the thumb.

## Arthritis

- **Osteoarthritis.** This type of arthritis occurs when the cartilage that cushions the ends of your bones deteriorates over time. Osteoarthritis in the wrist is uncommon and usually occurs only in people who have injured that wrist in the past.
- **Rheumatoid arthritis.** A disorder in which the body's immune system attacks its own tissues, rheumatoid arthritis commonly involves the wrist. If one wrist is affected, the other one usually is, too.

## Other diseases and conditions

- **Carpal tunnel syndrome.** Carpal tunnel syndrome develops when there's increased pressure on the median nerve as it passes through the carpal tunnel, a passageway in the palm side of your wrist.
- **Ganglion cysts.** These soft tissue cysts occur most often on the part of your wrist opposite your palm. Ganglion cysts may be painful, and pain may either worsen or improve with activity.
- **Kienbock's disease.** This disorder typically affects young adults and involves the progressive collapse of one of the small bones in the wrist. Kienbock's disease occurs when the blood supply to this bone is compromised.

# Risk factors

Wrist pain can happen to anyone — whether you're very sedentary, very active or somewhere in between. But your risk may be increased by:

- **Sports participation.** Wrist injuries are common in many sports, both those that involve impact and those that involve repetitive stress on the wrist. These can include football, bowling, golf, gymnastics, snowboarding and tennis.
- **Repetitive work.** Almost any activity that involves your hands and wrists — even knitting and cutting hair — if performed forcefully enough and often enough can lead to disabling wrist pain.
- **Certain diseases or conditions.** Pregnancy, diabetes, obesity, rheumatoid arthritis and gout may increase your risk of developing carpal tunnel syndrome.

# Prevention

It's impossible to prevent the unforeseen events that often cause wrist injuries, but these basic tips may offer some protection:

- **Build bone strength.** Getting adequate amounts of calcium — 1,000 milligrams a day for most adults and at least 1,200 milligrams a day for women over age 50, — can help prevent fractures.

COLLIER APL 0472

LIB000799

- **Prevent falls.** Falling forward onto an outstretched hand is the main cause of most wrist injuries. To help prevent falls, wear sensible shoes. Remove home hazards. Light up your living space. And install grab bars in your bathroom and handrails on your stairways, if necessary.

- **Use protective gear for athletic activities.** Wear wrist guards for high-risk activities, such as football, snowboarding and rollerblading.

- **Pay attention to ergonomics.** If you spend long periods at a keyboard, take regular breaks. When you type, keep your wrist in a relaxed, neutral position. An ergonomic keyboard and foam or gel wrist support may help.

By Mayo Clinic Staff

Any use of this site constitutes your agreement to the Terms and Conditions and Privacy Policy linked below.

Terms and Conditions
**Privacy Policy**
**Notice of Privacy Practices**
Notice of Nondiscrimination

Mayo Clinic is a nonprofit organization and proceeds from Web advertising help support our mission. Mayo Clinic does not endorse any of the third party products and services advertised.

Advertising and sponsorship policy
Advertising and sponsorship opportunities

A single copy of these materials may be reprinted for noncommercial personal use only. "Mayo," "Mayo Clinic," "MayoClinic.org," "Mayo Clinic Healthy Living," and the triple-shield Mayo Clinic logo are trademarks of Mayo Foundation for Medical Education and Research.

© 1998-2019 Mayo Foundation for Medical Education and Research (MFMER). All rights reserved.

COLLIER APL 0473

LIB000800



# Shoulder Impingement Syndrome

Shoulder impingement syndrome is a common cause of shoulder pain. It occurs when there is impingement of tendons or bursa in the shoulder from bones of the shoulder. Overhead activity of the shoulder, especially repeated activity, is a risk factor for shoulder impingement syndrome. Examples include: painting, lifting, swimming, tennis, and other overhead sports. Other risk factors include bone and joint abnormalities.

With impingement syndrome, pain is persistent and affects everyday activities. Motions such as reaching up behind the back or reaching up overhead to put on a coat or blouse, for example, may cause pain.

Over time, impingement syndrome can lead to inflammation of the rotator cuff tendons (tendinitis) and bursa (bursitis). If not treated appropriately, the rotator cuff tendons can start to thin and tear.

## What Are the Symptoms of Shoulder Impingement Syndrome?

The typical symptoms of impingement syndrome include difficulty reaching up behind the back, pain with overhead use of the arm and weakness of shoulder muscles.

If tendons are injured for a long period of time, the tendon can actually tear in two, resulting in a rotator cuff tear. This causes significant weakness and may make it difficult for the person to elevate his or her arm. Some people can have rupture of their biceps muscle as part of this continuing impingement process.

## How Is Impingement Syndrome Diagnosed?

Diagnosis of impingement syndrome begins with a medical history and physical exam by your doctor. X-rays will be taken to rule out arthritis and may show changes in the bone that indicate injury of the muscle. Bone spurs or changes in the normal contour of the bone may be present.

## How Is Shoulder Impingement Syndrome Treated?

Oral anti-inflammatory medications -- such as aspirin, naproxen, or ibuprofen, remain the most common treatment for impingement syndrome.

The medicines are usually given for six to eight weeks since it often takes that long to fully treat the problem. You should do this under the care of a doctor because these medications can cause stomach irritation and bleeding.

COLLIER APL 0474

LIB000801

There is no preferred medication for this condition as response to any given medication differs from person to person. If one anti-inflammatory medication does not help within 10 to 14 days, then another one will be given until one that provides relief is found.

In addition to taking medications, daily stretching in a warm shower will help. You should work to reach your thumb up and behind your back. Avoid repetitive activities with your injured arm, particularly activities where the elbow would move above shoulder level. Your doctor may refer you to a physical therapist who can demonstrate the exercises most effective in strengthening and stretching the shoulder muscles.

If you have persistent symptoms, despite the use of oral anti-inflammatory drugs, your doctor may consider a cortisone-type injection. Cortisone is a potent anti-inflammatory medication, which should be used only when necessary because it can result in weakening of muscles and tendons if used repeatedly.

If symptoms persist or if significant weakness is present, then your doctor may perform an ultrasound, MRI, or arthrogram to rule out a rotator cuff tear. If the cuff is torn, surgery may be necessary to repair it.

The vast majority of people who have impingement syndrome are successfully treated with medication, stretching exercises, and temporary avoidance of repetitive overhead activity until the condition settles down.

## What Are the Side Effects of Impingement Syndrome Treatment?

Upset stomach, indigestion, and headaches are the most common side effects of oral anti-inflammatory drugs. However, taking these medications after meals or with food can help reduce stomach upset. Anti-inflammatory drugs can also cause vomiting, constipation, and bleeding in the stomach (ulcers), although these side effects are not common.

Side effects of cortisone shots depend on the dose and frequency of the injections. Unlike cortisone pills, occasional cortisone injections rarely cause serious side effects. Side effects that are much more common with cortisone pills include elevated blood sugar, a decrease in the body's resistance to infection, weight gain, osteoporosis (thinning of the bones), thinning of the skin, cataracts, and raised blood pressure.

WebMD Medical Reference | Reviewed by David Zelman, MD on January 11, 2017

Sources  ∧
SOURCES:
International Society of Arthroscopy, Knee Surgery and Orthopaedic Sports Medicine.
American Academy of Family Physicians.

© 2017 WebMD, LLC. All rights reserved.

COLLIER APL 0475

LIB000802

SYMPOSIUM ON PAIN MEDICINE



MAYO CLINIC

# Epidemiology, Diagnosis, and Treatment of Neck Pain

Steven P. Cohen, MD

From the Department of Anesthesiology and Critical Care Medicine and Department of Physical Medicine and Rehabilitation, Johns Hopkins School of Medicine, Baltimore, MD; and Department of Anesthesiology and Department of Physical Medicine and Rehabilitation, Uniformed Services University of the Health Sciences, Bethesda, MD.

## CME Activity

**Target Audience:** The target audience for *Mayo Clinic Proceedings* is primarily internal medicine physicians and other clinicians who wish to advance their current knowledge of clinical medicine and who wish to stay abreast of advances in medical research.

**Statement of Need:** General internists and primary care physicians must maintain an extensive knowledge base on a wide variety of topics covering all body systems as well as common and uncommon disorders. *Mayo Clinic Proceedings* aims to leverage the expertise of its authors to help physicians understand best practices in diagnosis and management of conditions encountered in the clinical setting.

**Accreditation:** Mayo Clinic College of Medicine is accredited by the Accreditation Council for Continuing Medical Education to provide continuing medical education for physicians.

**Credit Statement:** Mayo Clinic College of Medicine designates this journal-based CME activity for a maximum of 1.0 *AMA PRA Category 1 Credit(s).*[TM] Physicians should claim only the credit commensurate with the extent of their participation in the activity.

**Learning Objectives:** On completion of this article, you should (1) be able to distinguish the different types (eg, neuropathic or nociceptive) of neck pain, (2) be able to identify "red flags" that may warrant advanced work-up, (3) be familiar with the risk factors for development of neck pain and its natural course, (4) know when and in whom advanced diagnostic testing may be helpful, and (5) be able to identify which patients to refer for specialty care (eg, injections or surgery).

**Disclosures:** As a provider accredited by ACCME, Mayo Clinic College of Medicine (Mayo School of Continuous Professional Development) must ensure balance, independence, objectivity, and scientific rigor in its educational activities. Course Director(s), Planning Committee members, Faculty, and all others who are in a position to control the content of this educational activity are required to disclose all relevant financial relationships with any commercial interest related to the subject matter of the educational activity.

Safeguards against commercial bias have been put in place. Faculty also will disclose any off-label and/or investigational use of pharmaceuticals or instruments discussed in their presentation. Disclosure of this information will be published in course materials so that those participants in the activity may formulate their own judgments regarding the presentation.

In their editorial and administrative roles, William L. Lanier, Jr, MD, Terry L. Jopke, Kimberly D. Sankey, and Nicki M. Smith, MPA, have control of the content of this program but have no relevant financial relationship(s) with industry. Dr Cohen serves as a consultant for Regenesis Biomedical and Semnur Pharmaceuticals, Inc, and is on the advisory board of Kimberly Clark Health Care. This work was funded in part by a Congressional grant from the Center for Rehabilitation Sciences Research. The role of the funding source was only to pay for salary support for the author.

**Method of Participation:** In order to claim credit, participants must complete the following:
1. Read the activity.
2. Complete the online CME Test and Evaluation. Participants must achieve a score of 80% on the CME Test. One retake is allowed.

Visit www.mayoclinicproceedings.com, select CME, and then select CME articles to locate this article online to access the online process. On successful completion of the online test and evaluation, you can instantly download and print your certificate of credit.

**Estimated Time:** The estimated time to complete each article is approximately 1 hour.

**Hardware/Software:** PC or MAC with Internet access.

**Date of Release:** 02/01/2015

**Expiration Date:** 01/31/2017 (Credit can no longer be offered after it has passed the expiration date.)

**Privacy Policy:** http://www.mayoclinic.org/global/privacy.html

**Questions?** Contact dletcsupport@mayo.edu.

## Abstract

Neck pain is the fourth leading cause of disability, with an annual prevalence rate exceeding 30%. Most episodes of acute neck pain will resolve with or without treatment, but nearly 50% of individuals will continue to experience some degree of pain or frequent occurrences. History and physical examination can provide important clues as to whether the pain is neuropathic or mechanical and can also be used to identify "red flags" that may signify serious pathology, such as myelopathy, atlantoaxial subluxation, and metastases. Magnetic resonance imaging is characterized by a high prevalence of abnormal findings in asymptomatic individuals but should be considered for cases involving focal neurologic symptoms, pain refractory to conventional treatment, and when referring a patient for interventional treatment. Few clinical trials have evaluated treatments for neck pain. Exercise treatment appears to be beneficial in patients with neck pain. There is some evidence to support muscle relaxants in acute neck pain associated with muscle spasm, conflicting evidence for epidural corticosteroid injections for radiculopathy, and weak positive evidence for cervical facet joint radiofrequency denervation. In patients with radiculopathy or myelopathy, surgery appears to be more effective than nonsurgical therapy in the short term but not in the long term for most people.

© 2015 Mayo Foundation for Medical Education and Research ■ Mayo Clin Proc. 2015;90(2):284-299

n the past few years, several reviews have been written on neck pain, although far fewer than on back pain, which often, but not always, involves similar mechanisms. Most of these reviews have targeted a specific specialty audience and have focused on one particular aspect of neck pain, rather than encompassing a broad overview aimed toward a general medical audience. The purpose of this review is to provide such an article, to

COLLIER APL 0476

LIB000803

include epidemiological aspects, classification, the natural course of neck pain, and an evidence-based, comprehensive guide to work-up, diagnosis, and treatment.

## METHODS

Databases on Medline via PubMed and Ovid, Embase, and the Cochrane Database of Systematic Reviews were searched using the key words *neck pain, cervical pain, cervical radiculopathy,* and *cervical myelopathy,* with no date restrictions. For individual sections, key words relating to specific topics (eg, *physical exam, history, radiological, surgery, epidural steroid injection, antidepressant, spinal manipulation, acupuncture, complementary and alternative medicine*) were identified and cross-referenced with the initial search terms using the aforementioned databases. Prime references and additional articles were obtained by cross-referencing all search terms with *review article* and manually searching through reference lists.

## OVERVIEW AND EPIDEMIOLOGY

The physical, psychological, and socioeconomic impact of neck pain is underappreciated. According to the Global Burden of Disease 2010 Study, neck pain is the fourth leading cause of years lost to disability, ranking behind back pain, depression, and arthralgias.[1] Approximately half of all individuals will experience a clinically important neck pain episode over the course of their lifetime.[2] There is substantial heterogeneity in the reported prevalence rates of neck pain; however, most epidemiological studies report an annual prevalence ranging between 15% and 50%,[2-5] with one systematic review reporting a mean rate of 37.2%.[2] The prevalence of neck pain is higher in females and peaks in middle age.[2-5] Neck pain is associated with several comorbidities including headache, back pain, arthralgias, and depression.[3,5]

### Who Gets Neck Pain?

The factors associated with the development and persistence of neck pain overlap considerably with those of other musculoskeletal conditions. The prevalence of neck pain is higher in females than in males, and the literature is mixed as to whether it peaks or plateaus in middle age.[2-6] Variables associated with neck pain that overlap with other rheumatologic conditions include genetics, psychopathology (eg, depression, anxiety, poor coping skills, somatization), sleep disorders, smoking, and sedentary lifestyle. For obesity, the results of epidemiological studies have usually but not always found a positive association between neck and shoulder pain and body mass index.[3,6-9] Some of the reasons why obese individuals may be predisposed to neck pain include elevated systemic inflammation, deleterious structural changes, increased mechanical stress and ground reaction force, diminished muscle strength, more psychosocial issues, and greater disability related to kinesiophobia compared with nonoverweight people.[10] Unique risk factors for neck pain include trauma (eg, traumatic brain and whiplash injuries) and certain sports injuries (eg, wrestling, ice hockey, football). Although certain occupations such as office and computer workers, manual laborers, and health care workers, have been found in some studies to have a higher incidence of neck pain, the major workplace factors associated with the condition are low job satisfaction and perceived poor workplace environment.[11]

### Classification of Neck Pain

There are many ways to categorize neck pain including duration (acute, <6 weeks; subacute, ≤3 months; chronic, >3 months), severity, etiology/structure, and type (ie, mechanical vs neuropathic). Among the various systems of categorization, duration is perhaps the best predictor of outcome. For a variety of different treatments, shorter duration has been found to be associated with a better prognosis than long-standing pain.[12-14] The association between longer duration of pain and poorer prognosis is consistent with the findings in cohort studies that greater disease burden in general (eg, higher baseline pain scores and disability) predicts poorer outcomes for spinal pain.[15-17]

Neck pain can also be categorized by mechanisms as mechanical, neuropathic, or secondary to another cause (eg, referred pain from the heart or vascular pathology). Mechanical pain refers to pain originating in the spine or its supporting structures, such as ligaments and muscles. Common examples of mechanical pain include pain arising from the facet joints (eg, arthritis), diskogenic pain, and myofascial pain. Neuropathic pain refers to pain resulting

COLLIER APL 0477

LIB000804

primarily from injury or disease involving the peripheral nervous system, which generally involves mechanical or chemical irritation of nerve roots. The most common examples of peripheral neuropathic pain are radicular symptoms from a herniated disk or osteophyte and spinal stenosis. Myelopathy, or symptoms arising from spinal cord pathology, is a form of central neuropathic pain. Mixed neuropathic-nociceptive pain states include postlaminectomy (failed neck surgery) syndrome and degenerated disks that result in a combination of mechanical pain from annular disruption and radicular symptoms from herniated nucleus pulposus (Figures 1-3).

Differentiating neuropathic from mechanical pain is probably the most important clinical distinction to make, as it affects treatment decisions at every level (eg, which medications, injections, or surgical procedure). There are several instruments available that have been found to distinguish neuropathic from nociceptive or mechanical pain, with 2 of the most common being the painDETECT questionnaire and the S-LANSS (Self-report Leeds Assessment of Neuropathic Symptoms



**FIGURE 2.** T2-weighted sagittal magnetic resonance image demonstrating multilevel disk bulging spanning levels C3-4 to C7-T1 causing central spinal stenosis in a patient with neuropathic pain extending into both arms. Ligamentum flavum hypertrophy at C5-6 (arrow A) and low-grade retrolisthesis of C4 on C5 (arrow B) contribute to central spinal stenosis. Note the absence of spinal cord signal hyperintensity, suggesting that there is no active cord edema.



**FIGURE 1.** T2-weighted sagittal magnetic resonance image acquired slightly lateral to midline in a patient with unlateral radicular pain demonstrates a disk-osteophyte complex at C5 6 (arrow), which contributes to neural foraminal narrowing.

and Signs) pain scale.[18,19] For chronic low back pain, multiple studies have indicated a prevalence range of between 17% and 55% for predominantly neuropathic pain in a variety of cohorts, with a median of 41%.[20] No studies have examined the prevalence of neuropathic pain in a general neck pain population, but one study that aimed to validate S-LANSS and painDETECT in 152 individuals with cervical pain and a suspected nerve lesion found that 72% had definite or probable neuropathic pain, while another 18% had possible neuropathic pain according to the International Association for the Study of Pain Neuropathic Pain Special Interest Group grading system.[21] Among 6 patients with whiplash, one-third had probable neuropathic pain and two-thirds possible neuropathic pain. Of note, the authors found that both instruments suffered from low sensitivities in this population.

Mayo Clin Proc. ■ February 2015;90(2):284-299 ■ http://dx.doi.org/10.1016/j.mayocp.2014.09.008
www.mayoclinicproceedings.org

COLLIER APL 0478

LIB000805



**FIGURE 3.** T2-weighted sagittal magnetic resonance image in a patient with signs of myelopathy demonstrating a large central disk extrusion at C5 6. The signal hyperintensity within the spinal cord (arrow) indicates edema.

## Natural Course of Neck Pain

Similar to back pain, most cases of acute (<6 weeks' duration) neck pain will resolve to a large extent within 2 months, but close to 50% of patients will continue to have some pain or frequent recurrences 1 year after occurrence.[22,23] For acute pain, treatment appears to have little effect on persistence.[23] Factors that may be associated with poorer prognosis include female sex, older age, coexisting psychosocial pathology, and radicular symptoms (Table 1).[22-26]

A study by Gore et al[27] performed in patients with long-standing or recurrent neck pain found that individuals with more severe pain following an injury and those with symptoms or signs of cervical radiculopathy had a greater likelihood of persistent pain, although a formal statistical analysis was not performed for evaluation of radiculopathy. No association was found between the degree of radiographic degeneration and satisfaction with treatment results. A large retrospective, epidemiological study conducted in patients with radicular pain evaluated at Mayo Clinic found that although recurrence was frequent (31.7%), at the mean follow-up of 5.9 years, 90.5% of patients experienced either no or only mild pain.[28] The finding that higher pain scores and radicular symptoms are associated with chronicity and poor outcome for neck pain is similar to what occurs with low back pain[29-32] and suggests that both subjective and objective factors play a role in prognosis.

The observation that most patients with cervical radiculopathy experience alleviation of symptoms with or without treatment is consistent with the results of small studies that revealed significant resorption in between 40% and 76% of cervical disk herniations.[33,34] These statistics are similar to those noted for lumbar disk herniations.[35] Although acute neuropathic symptoms in spinal stenosis will stabilize or improve in over half of individuals, the anatomic derangements do not generally improve without treatment.[36,37]

Cervical myelopathy involves pathology of the cervical spinal cord due to either trauma (spinal cord injury) or inflammation (myelitis), resulting in upper motor neuron signs. The natural course of nonsurgically treated myelopathy is highly variable. In a 1960s study that evaluated long-term follow-up in 28 patients treated nonoperatively, Lees and Turner[38] reported improvement in 17 patients, stable symptoms in 7, and progression in 4. Kadanka et al[39] conducted a randomized, 3-year study comparing surgical with nonsurgical treatment for mild to moderate spondylotic myelopathy. No differences were noted between treatment

| TABLE 1. Factors Associated With the Development or Persistence of Neck Pain |
| --- |
| Psychopathology |
| Low work satisfaction |
| Occupation/poor physical work environment |
| Female sex |
| Genetics |
| Concomitant back pain/other rheumatologic conditions |
| Poor coping skills |
| Catastrophization |
| Trauma/previous neck injury |
| Poor self-assessed health status |
| Sedentary lifestyle |
| Secondary gain |
| Smoking |
| Headache |

COLLIER APL 0479

LIB000806

groups, with 80% of patients in both groups exhibiting improvement or no clinical deterioration. Shimomura et al[40] also reported a 20% deterioration rate at a mean follow-up of 3 years. A prospective study by Sampath et al[41] in 62 patients with cervical myelopathy found that equal proportions of medically and surgically treated patients (70%-75%) reported satisfaction with treatment, although the nonsurgically treated patients experienced worsened neurologic symptoms and a decreased ability to perform activities of daily living. Some investigators have reported more dire outcomes for spondylotic myelopathy. Matsumoto et al[42] reported that 10 of 27 patients treated conservatively over 6 months underwent surgery because of either neurologic deterioration or persistent disability. In another study by Sadasivan et al,[43] the authors reported deterioration in all 22 patients with cervical myelopathy, with 21 requiring surgery. In a consensus statement on the nonoperative treatment of spondylotic myelopathy, the authors concluded that between 20% and 62% of patients will have deterioration between 3-year and 6-year follow-up, with no patient or disease-specific factor being able to reliably predict progression of symptoms.[44]

## EVALUATION OF NECK PAIN

### History
A comprehensive history can provide important clues regarding etiology and help differentiate primary neck pain from shoulder pain, thoracic outlet syndrome, brachial plexopathy, upper extremity pain, vascular pathology, and referred pain from thoracic viscera (eg heart, lungs). Patients with neuropathic pain typically describe their symptoms as shooting, electrical-like, stabbing, and/or burning, whereas mechanical pain is more often described as throbbing or aching.[18,19] Neuropathic pain (eg, stenosis or herniated disk) is nearly always characterized by radiation into one or both upper extremities, usually in a single dermatomal or multidermatomal (eg, stenosis or a large or multilevel herniation) distribution. Because C7 and C6 are the most commonly affected nerve roots, radicular symptoms usually radiate into the middle or first 2 digits (eg, thumb and index finger), respectively.[28] Nonneuropathic pain arising from midlevel facet joints, disks

(eg, C5-6), or even muscles may also occasionally extend into the upper arm, but referral patterns tend to be nondermatomal and more variable.[45-47] In pain stemming from the atlantoaxial, atlantooccipital, or upper facet joints or disks, radiation often extends into the occiput.[48]

Associated signs and symptoms can often distinguish neuropathic from nonneuropathic pain. Neuropathic pain is frequently accompanied by numbness, paresthesias, or dysesthesias. Sensory symptoms are unusual in patients with nonneuropathic neck pain, and when they occur, they tend to be nondermatomal. The presence of confirmed neurologic symptoms in a patient with normal imaging results warrants a search for other sources of neuropathic pain, such as brachial plexopathy, or carpal or cubital tunnel syndrome.

Aggravating and alleviating factors can provide information relevant to the decision to pursue further work-up. Mechanical pain of any origin is classically associated with a low-level baseline pain that tends to worsen with activity, while neuropathic pain is associated with less predictable bouts of more intense exacerbations. Pain exacerbated when turning or bending the head ipsilateral to the source may indicate radicular or facetogenic pain, whereas pain worsened by contralateral turning of the head could suggest myofascial orgin. Because the major cause of facet joint pain is arthritis, patients frequently report morning stiffness. Owing to a reduced spinal canal area, arm pain aggravated by neck extension is consistent with spinal stenosis; in contrast, pain worsened with forward flexion often signifies a diskogenic origin.

Cervical radiculopathy can often be distinguished from mechanical neck and shoulder pain by the abduction relief sign, in which abduction of the ipsilateral arm over the head alleviates symptoms.[49] This maneuver can distinguish radicular from certain types of shoulder pain, which may be worsened by shoulder abduction. One condition that is often mistaken for cervical radicular pain is thoracic outlet syndrome, which may be neurogenic (which comprises about 95% cases), arterial, and/or venous in origin. Thoracic outlet syndrome is classically unilateral, affects women more frequently than men, and peaks in prevalence in the fourth decade of life. In about half the cases, it is preceded by either trauma or

COLLIER APL 0480

LIB000807

EPIDEMIOLOGY, DIAGNOSIS, AND TREATMENT OF NECK PAIN

repetitive stress. Imaging and Doppler analysis are most helpful for diagnosing vascular thoracic outlet syndrome but have low sensitivity for the neurogenic type. Several tests have been advocated to identify thoracic outlet syndrome including the elevated arm stress test, Adson test, and tenderness to palpation at the scalene triangle or insertion of the pectoralis minor, although none have high specificity.[50] Because neck pain is typically alleviated by rest and recumbency, severe unrelenting pain not affected by rest or position warrants consideration of "red flags" such as malignant neoplasms, primary neurologic conditions, and infection (Table 2, Figure 4).

Occasionally, the inciting event can facilitate identification of a pain generator. The most common precipitating event for neck pain is whiplash injury, which occurs when the neck and head continue to lurch forward after the trunk has ceased to move, resulting in shearing stress that involves the disks and facet joints that connect adjacent vertebrae. Although Bogduk and Yoganandan[51] reported that videoradiographic studies performed with and without headrests

in cadavers in the 1970s indicated that rear-end collisions were most frequently associated with injuries to the intervertebral disks (90%), anterior spinal ligaments (80%), and facet joints (40%), more recent[52] and methodologically sound[53] studies have found no consistent relationship between pain and imaging abnormalities following motor vehicle collisions. In clinical studies performed by the Bogduk group using response to "double-blocks" as the reference standard, between 30% and 60% of patients with whiplash injury have predominantly facet joint pain.[54-56] For nontraumatic facetogenic and discogenic pain, the onset tends to be insidious because of the progressive strain on these structures from repetitive, low-level stress. For cervical radicular pain, particularly in younger individuals with robust disks, patients will sometimes report a specific antecedent event.

### Physical Examination

The physical examination is often used to confirm a historical finding, screen patients for serious or treatable pathology, and inform advanced imaging or further diagnostic work-

| TABLE 2. What Not to Miss: "Red Flags" Associated With Neck Pain | | |
|---|---|---|
| Red flag | Potential conditions | Associated signs and symptoms |
| Trauma (eg, fall, motor vehicle accident, whiplash injury) | Vertebral fractures, spinal cord injury/syrinx, ligamentous disruption | Loss of or alternating consciousness, cognitive deficits, traumatic brain injury, headaches, neurologic symptoms |
| Rheumatoid arthritis, Down syndrome, spondyloarthropathy | Atlantoaxial subluxation | Easy fatiguability, gait abnormalities, limited neck mobility, torticollis, clumsiness, spasticity, sensory deficits, upper motor neuron signs |
| Constitutional symptoms | Metastases, infectious process, systemic rheumatologic disease | Weight loss, unexplained fevers, anorexia, family or personal history of malignant neoplasm, diffuse joint pain and stiffness, abnormal laboratory test results |
| Infectious symptoms | Epidural abscess, spondylodiskitis, meningitis | Fever, neck stiffness, photophobia, elevated white blood cell count |
| Upper motor neuron lesion | Spinal cord compression, demyelinating disease | Hoffmann sign, hyperreflexia, Babinski sign, spasticity, incontinence, sexual dysfunction |
| Age <20 y | Congenital abnormalities (cervical spina bifida, Scheuermann disease), conditions associated with substance abuse such as infection | Congenital anomalies: birthmarks, overlying skin tags, patches of hair, family history, systemic disease (eg, diabetes, epilepsy for spina bifida) Substance abuse: male sex, poor work or school performance, depression or other psychiatric morbidity |
| Concurrent chest pain, diaphoresis, or shortness of breath | Myocardial ischemia or infarction | Nausea, extension of pain into the left arm (especially medial upper arm) |
| Age >50 y | Metastases, vertebral fracture, carotid or vertebral artery dissection/bleeding | Family or personal history of malignant neoplasm, previous trauma Arterial dissection: tearing sensation, headache, visual loss, or other neurologic sequelae |

COLLIER APL 0481

LIB000808



**FIGURE 4.** T1-weighted sagittal magnetic resonance image in a patient with a known primary malignant neoplasm demonstrating hypointense lesions within the C3 (arrow A) and T3 (arrow B) vertebral bodies. At T3, there is an accompanying compression fracture with loss of vertebral body height. Breast, lung, prostate, renal cell, and gastrointestinal tract cancers, lymphoma, and melanoma are the primary malignant neoplasms most likely to metastasize to the vertebral bodies and should be considered in the differential diagnosis of a vertebral body infiltrative lesion in patients older than 40 years of age.

True neurologic weakness should be distinguished from pain-induced weakness. In individuals with nerve injury, muscle wasting or asymmetric reflexes may be present, although 10% of asymptomatic individuals may have absent or asymmetric reflexes. In patients with poor effort or suspected malingering, reflexes may be the most (or only) objective examination tool. Signs of upper motor neuron lesions must be vigorously investigated.

Range of motion may be limited in all types of mechanical neck pain, but specific exacerbating movements may provide clues to the origin. For example, reproducible arm pain with neck flexion toward the affected side may indicate foraminal stenosis and/or radiculopathy. In one study conducted in whiplash patients, no difference in facet block responders and nonresponders was found for range of motion in any direction.[57] Provocative maneuvers may be more helpful in identifying potential sources of neuropathic pain. For cervical radiculopathy, the Spurling shoulder abduction and neck distraction tests have moderate sensitivity (approximately 50%) but high specificity (>80%).[58,59] For cervical myelopathy, the Hoffmann sign has been reported to have moderate sensitivity and specificity.[59,60] For facetogenic pain, one study found that paraspinal tenderness was weakly correlated with positive treatment response[61] (Tables 3 and 4).

**Diagnostic Work-up**

In patients with suspected structural abnormalities (eg, scoliosis, spondylolisthesis, fractures), plain radiographs are generally sufficient. Magnetic resonance imaging (MRI) is the most sensitive test for detecting soft-tissue (eg, disk) abnormalities but is characterized by a high rate of abnormalities in asymptomatic individuals. The rates of abnormalities in people without symptoms varies from around 60% in individuals in their 40s to more than 80% in individuals older than 60 years, with the most common abnormalities being decreased signal intensity and disk protrusions.[62,63] Therefore, MRI is recommended to rule out red flags, in patients with serious or progressive neurologic deficits, and when referring patients for procedural interventions (eg, surgery); for individuals with persistent pain that does not

up but is rarely pathognomonic. Gait abnormalities, which can herald spinal cord (eg, myelopathy or syrinx) or brain injury, and major traumatic or developmental abnormalities should be noted. For example, doughy lipomata may indicate spina bifida or spinal cord abnormalities, and a prominent, palpable vertebral body can signify spondylolisthesis.

General appearance should be observed to identify facial expressions and behaviors indicative of pain. Patients who report severe pain in the absence of pain-related behaviors should be further evaluated for signs of nonorganic pathology. Abnormal lateral or forward flexion, or rotation, may indicate torticollis. Muscle atrophy, or winging or drooping of the shoulder, may be observed with radiculopathy, brachial plexopathy, or nerve entrapment.

COLLIER APL 0482

LIB000809

EPIDEMIOLOGY, DIAGNOSIS, AND TREATMENT OF NECK PAIN

**TABLE 3. Accuracy of Physical Examination Tests for Neck Pain**

| Test | Description | Diagnosis | Accuracy[a] |
|---|---|---|---|
| Spurling | Lateral flexion and rotation to the affected side with axial compression of the head reproduces radicular pain | Cervical radiculopathy | 40%-60% Sensitivity, 85%-95% specificity; moderate to substantial reliability |
| Shoulder abduction | Relief of ipsilateral cervical radicular symptoms with abduction of symptomatic arm (eg, placing it on head) | Cervical radiculopathy | 40%-50% Sensitivity, 80%-90% specificity; fair to moderate reliability |
| Neck distraction | Relief of radicular symptoms when examiner grasps patient's head under occiput and chin and lifts, applying axial traction | Cervical radiculopathy | 40%-50% Sensitivity, 90% specificity; moderate reliability |
| Valsalva | Reproduction of radicular pain with forced expiratory effort with mouth and nose closed | Cervical radiculopathy | Low sensitivity (22%), high specificity (94%) |
| Upper limb tension | Reproduction of radicular pain with scapular depression; shoulder abduction; forearm supination, wrist and finger extension; shoulder external rotation; elbow extension; contralateral followed by ipsilateral cervical lateral flexion | Cervical radiculopathy | 70%-90% Sensitivity, 15%-30% specificity |
| Lhermitte sign | Electrical-like sensations down spine or arms with passive flexion of neck | Cervical myelopathy | <20% Sensitivity, >90% specificity |
| Hoffmann sign | Flexion-adduction of thumb and index finger elicited with snapping flexion of middle or fourth finger distal phalanx | Cervical myelopathy | 50%-80% Sensitivity, 78% specificity |
| Babinski sign | Stimulation of the sole of the foot elicits dorsiflexion of hallux and sometimes dorsiflexion and abduction of other toes | Cervical myelopathy | 10%-75% Sensitivity, >90% specificity |
| Hyperreflexia | Overreactive or overresponsive deep tendon reflexes | Cervical myelopathy above level of muscle reflex innervation | >65% Sensitivity, high specificity |
| Clonus | >2 Repetitive beats during wrist or ankle dorsiflexion movements | Cervical myelopathy | <50% Sensitivity |
| Jackson compression | Downward pressure on head with lateral flexion. Localized pain may indicate facet joint pain; arm pain may indicate radiculopathy | Cervical radiculopathy/ myelopathy or facet joint pain | Not validated for facet joint pain. Low sensitivity, high specificity for myelopathy |
| Paraspinal tenderness | Paraspinal > midline pain with palpation | Cervical facet joint pain | Weak evidence for predicting a positive response to treatment |

[a]Ranges of accuracy are given when multiple studies were available.
Data from *Eur Spine J*,[58] *Pain Physician*,[59] and *Phys Ther*.[60]

respond to conservative treatment, radiologic evaluations can be considered.

Electrodiagnostic testing can be considered in patients with equivocal symptoms or imaging findings and to rule out peripheral neuropathy. The American Association of Electrodiagnostic Medicine reported 50% to 71% sensitivity in diagnosing cervical radiculopathy,[64] but a later study by Ashkan et al[65] found that compared with neurophysiologic studies, MRI was associated with a higher sensitivity (93% vs 42%) and negative predictive value (25% vs 7%) based on operative findings. Selective nerve root blocks have been used to identify painful nerve root(s)

and have been reported to improve surgical outcomes, but randomized trials are lacking (see "Injections" section).[66-68]

## TREATMENT

### Conservative Therapy

Similar to back pain, cervical and scapular stretching and strengthening exercises have been found to provide intermediate-term relief for mechanical neck pain.[69-71] In one large randomized study of 206 patients with acute cervical radiculopathy, both physical therapy accompanied by home exercises and the use of a hard

COLLIER APL 0483

LIB000810

**TABLE 4. Signs and Symptoms of Cervical Radiculopathy**

| Affected nerve root (frequency)[a] | Pain location | Sensory deficits | Muscle weakness | Reflex abnormalities |
|---|---|---|---|---|
| C4 (<10%) | Upper-mid neck | Capelike distribution, shoulder | None | None |
| C5 (10%) | Neck, shoulder, interscapular region, anterior arm | Lateral aspect of shoulder and arm | Shoulder abduction and external rotation, elbow flexion | Deltoid, biceps, and brachioradialis |
| C6 (20%-25%) | Neck, shoulder, interscapular region, lateral forearm, first and second digits | Lateral aspect of forearm and hand, first and second digits | Elbow flexion, shoulder external rotation, abduction and protraction, forearm supination and pronation, wrist extension | Biceps, brachioradialis |
| C7 (45%-60%) | Lower neck, shoulder, interscapular region, extensor surface of forearm, chest, third digit | Third digit, sometimes parts of first 4 digits | Elbow and finger extension, forearm pronation | Triceps |
| C8 (10%) | Lower neck, medial forearm and hand | Distal medial forearm to medial hand and fourth and fifth digits | Wrist flexion, finger and thumb abduction, adduction, extension and flexion | Finger flexors |

[a]Percentage data in part from Brain.[28]

cervical collar produced greater reductions in neck pain and disability over a 6-week period than a "wait and see" approach.[72] However, systematic reviews have concluded that cervical collars are no more effective than sham interventions for neck pain.[73] For complementary and alternative medical treatments, the strongest evidence supports a modest effect for spinal manipulation compared with no treatment or other noninterventional treatments. With regard to other complementary and alternative treatments, although they have generally been found to be superior to no treatment, the evidence that they are superior to sham treatments or other treatments is weak, negative, or conflicting (Table 5).

Few high-quality studies have evaluated pharmacotherapy for neck pain. Systemic nonsteroidal anti-inflammatory drugs (NSAIDs) have been found to be beneficial for spinal pain in general[82] but have not been formally studied in neck pain. Although NSAIDs are more efficacious than acetaminophen, the American College of Rheumatologists recommends acetaminophen as a first-line treatment, even for arthritis, because of its more favorable adverse effect profile.[83] In patients who present with predominantly mechanical neck pain, topical NSAIDs have proven efficacy.[84] In one randomized trial that compared spinal manipulation, home exercise and advice, and pharmacotherapy with NSAIDs or acetaminophen in acute and subacute neck pain, the manipulation and exercise groups fared better than medicinal treatment through 12-month follow-up.[81]

In 2 large (n=1405) randomized controlled trials evaluating the muscle relaxant cyclobenzaprine for acute neck (more than one-third of the patients) or low back pain associated with muscle spasm, the authors found both intermediate-dose (15 mg/d) and high-dose (30 mg/d) therapy to be more effective than placebo but no difference between low doses (7.5 mg/d) and placebo.[85] A double-blind crossover study comparing the stand-alone anti-inflammatory drug benorylate to benorylate plus the muscle relaxant chlormezanone found no benefit of add-on therapy for low back or joint pain but significantly better pain relief and sleep quality in patients with neck pain.[86] Muscle relaxants tend to be more effective for acute than chronic pain.[87] In light of their abuse potential and lack of greater efficacy compared with other muscle relaxants, many experts believe benzodiazepines should be prescribed only when other muscle relaxants have proven ineffective and with clearly defined goals, time frames, and appropriate surveillance.[88]

COLLIER APL 0484

LIB000811

EPIDEMIOLOGY, DIAGNOSIS, AND TREATMENT OF NECK PAIN

**TABLE 5. Alternative and Complementary Medicine Treatments for Neck Pain**

| Treatment | Description | Evidence |
|---|---|---|
| Spinal manipulation | Manual therapy designed to maximize painless movement, reduce muscle tightness, improve joint mobility, and correct alignment problems | Superior to no treatment or sham treatment in the short term. Weak evidence for intermediate-term benefit and for superiority over pharmacotherapy and other alternative therapies |
| Acupuncture | Inserting needles into the skin at various anatomic locations to reduce pain or induce anesthesia. Needles may be manipulated manually or through electrical stimulation | Weak evidence that acupuncture is superior to no treatment in the short term. Strong evidence that acupuncture is not better than sham acupuncture or other treatments |
| Massage therapy | The manipulation of muscle and connective tissue to enhance function and promote relaxation and well-being | Superior to no treatment or sham treatment but not more effective than other active treatments in the short and intermediate term. No evidence for improved function |
| Exercise therapy | Active or passive physical exercises designed to strengthen or stabilize the spine that may reduce pain, prevent injuries, and improve posture and body mechanics | Strong evidence for intermediate-term relief for nonspecific neck pain and whiplash-type injuries. Conflicting evidence for improvement of disability. No clear evidence supporting one technique over another or that exercise can prevent the development of neck pain |
| Traction | Procedures designed to relieve pressure on the spine | There is low-quality evidence that traction is not superior to placebo treatments for neck pain with or without radiculopathy |
| Soft cervical collar | Orthopedic device used to immobilize the neck and support the head and neck, often after injury | There is low-quality evidence that a cervical collar is no more effective than physical therapy or other active therapies for cervical radiculopathy and whiplash |
| Electrotherapy | The use of electrical energy as a medical treatment to relieve pain, usually by interfering with nerve conduction | There is low-quality evidence that various forms of electrotherapy (eg, transcutaneous electrical nerve stimulation, pulsed electromagnetic field therapy) are better than placebo but not other treatments |
| Yoga | A series of physical, mental, and spiritual exercises designed to achieve a peaceful state of mind, improve conditioning, and attain self-actualization | There is weak evidence that yoga is more effective than home-based exercise treatment |

Data from references 69 through 81.

## Injections

The evidence supporting trigger point injections to treat myofascial pain is mixed. Part of the difficulty in evaluating clinical trials for trigger point injections is that the injection of any substance (or even dry needling) into taut bands of muscle may relieve pain, which makes it difficult to perform true placebo-controlled trials. In a systematic review by Scott et al[89] evaluating trigger point injections for chronic pain, the authors found no clear evidence for either benefit or ineffectiveness. With regard to the type of procedure, there is limited evidence that injections may be more effective and less painful than dry needling.[89,90] For botulinum toxin, there is mixed evidence for superiority over trigger point injections performed with saline or local anesthetic. A Cochrane review identified 4 studies that met

inclusion criteria, 3 of which focused on myofascial pain in the neck and/or shoulder region.[91] Although all 3 studies favored botulinum toxin, in only 1 study did the results reach statistical significance.[92-94] A more recent study of 114 previous responders that used an enriched protocol design found modest benefit in some but not most outcome measures for some variables that persisted through 26 weeks.[95] In 2 controlled studies performed in patients with low back pain, the results were mixed regarding the effectiveness of botulinum toxin.[96,97] The authors found there was inconclusive evidence to support the use of botulinum toxin injections for myofascial pain syndrome. In a non-systematic review by Jabbari and Machado,[98] the authors concluded there was level A evidence for the use of botulinum toxin injections to treat cervical dystonia. One caveat that is important to

COLLIER APL 0485

LIB000812

heed when interpreting studies on trigger point injections is that they are widely acknowledged to be more effective when used in patients in whom discrete, taut bands of muscle can be palpated (ie, trigger points) than in individuals with more diffuse symptoms.[47] In some primary studies, however, the methodology used to identify trigger points was unclear.

For cervical radiculopathy, the results of clinical trials evaluating epidural corticosteroid injections have been mixed. A small (n=40) randomized study found no significant differences at 3-week follow-up between transforaminal corticosteroids plus local anesthetic and transforaminal local anesthetic.[99] This is consistent with 3 randomized, double-blind studies by the same group that compared epidural corticosteroid plus local anesthetic to epidural local anesthetic alone in a variety of conditions (herniated disc, spinal stenosis, and failed neck surgery syndrome) and found no differences between treatment groups, with both groups experiencing improvement.[100-102] In a randomized, placebo-controlled, nonblinded study that compared a series of epidural corticosteroid and local anesthetic injections to intramuscular injections, Stav et al[103] reported significant benefit lasting up to 1 year. In a large, multicenter comparative effectiveness study, Cohen et al[104] found that combination treatment with a series of epidural corticosteroid injections plus conservative treatment with adjuvants and physical therapy was superior to either treatment alone. Of note, a systematic review and meta-analysis concluded that epidural local anesthetic and/or saline constituted an efficacious treatment intermediate in efficacy between epidural corticosteroids and a true intramuscular placebo injection.[105]

Cervical facet joint pain is estimated to account for between 40% and 60% of nonneuropathic neck pain based on controlled blocks.[55,106] The evidence for medial branch (facet joint nerve) radiofrequency ablation of cervical facet joint pain is weakly positive. In one small, placebo-controlled study performed in 24 meticulously selected patients with whiplash injury, the treatment group fared better than the sham group for pain relief and functional improvement, with the mean duration of benefit lasting about 9 months.[107] In a smaller study in 12 patients with

cervicogenic headache that performed empirical radiofrequency denervation without diagnostic injections, 4 of 6 persons in the treatment group experienced success at 3 months, which favorably compared with 2 of 6 in the treatment group.[108] Although small uncontrolled studies have reported benefit with intra-articular corticosteroid injections,[109] the only placebo-controlled study reported no differences between the corticosteroid and local anesthetic control injections at 6-month follow-up.[110]

Injections in the form of selective nerve root blocks (SNRBs) have also been advocated as a tool to identify symptomatic spinal levels and select patients for surgery.[68] There is a strong correlation between the results of SNRB and single-level MRI pathology,[111] but the correlation between SNRBs, MRI findings, and neurologic examination results in individuals with multilevel pathology is much lower.[66] Although uncontrolled studies have found good surgical outcomes in patients who experience pain relief after diagnostic injections,[66,67,111] there have been no randomized studies evaluating their ability to improve treatment results.[68] One recent review concluded that adding SNRB to diagnostic work-ups in patients with lumbar radiculopathy being considered for surgery was not cost-effective.[112]

## Surgery

Few randomized studies have evaluated surgical treatment for neck pain, and none have done so for mechanical pain. In a randomized study comparing anterior decompression and fusion operations, physical therapy, and hard collar immobilization in 81 patients with cervical radiculopathy, Persson et al[113,114] found greater reductions in pain (29% for surgery, 19% for physical therapy, and 4% for cervical collar) and improvements in muscle strength and sensory loss in the surgical group than in the other treatment groups. Yet at 1-year follow-up, the differences favoring surgery were for the most part no longer statistically significant. A more recent randomized study that compared surgery and physical therapy to physical therapy alone for cervical radiculopathy found that surgery was associated with superior outcomes at 1 year, but by 2 years, the differences between groups were no longer statistically significant.[115] In a clinical trial

Mayo Clin Proc. ■ February 2015;90(2):284-299 ■ http://dx.doi.org/10.1016/j.mayocp.2014.09.008
www.mayoclinicproceedings.org

COLLIER APL 0486

LIB000813

performed in 120 patients with neck and/or arm pain secondary to a single, small contained disk herniation, plasma disk decompression was found to be superior to conservative treatment for pain and function throughout the 1-year follow-up.[116] Of note, conservative treatment had already failed in all patients.

In the only randomized study evaluating surgery for cervical myelopathy, Kadanka et al[117] compared operative therapy to conservative care consisting of immobilization with a soft collar, NSAIDs, and intermittent bed rest. Sixty-eight patients were randomized by coin flip, with discrepancies noted for some baseline variables. Overall, through the 10-year follow-up period, no significant differences were found for major outcome variables between treatment groups.[117,118] A subgroup analysis found that patients who were younger and had greater baseline disease burden and small spinal canal areas tended to fare better with surgery than those who were older and had greater function and transverse spinal canal diameter.[119]

There are no randomized controlled trials comparing surgical to nonsurgical therapies for mechanical neck pain associated with common degenerative changes, but extrapolated studies in the lumbar spine suggest that less than one-third of patients will experience clinically meaningful pain relief or functional improvement, with the results diminishing over time.[120,121] The results of systematic reviews comparing cervical disk replacement to anterior decompression and fusion operations are conflicting as to whether the former is associated with better outcomes for single-level spondylosis.[122,123] One study evaluating outcome predictors for anterior cervical decompression and fusion found that good functional capacity, male sex, and nonsmoking status were associated with successful long-term treatment results.[124]

## FUTURE DIRECTIONS

Compared with other leading causes of pain and disability, relatively few randomized controlled trials exist to guide treatment of neck pain, and the guidelines for neck pain are often extrapolated from those for other conditions. Clinical trials designed to determine efficacy and comparative effectiveness are needed for all types of treatments but particularly adjuvants for neuropathic pain and surgery for mechanical pain.

The use of biological therapies, including stem cell therapy, and nerve growth factor and cytokine inhibitors have been or are currently being studied for other chronic pain conditions such as low back pain but have yet to be critically evaluated for neck pain. Future research should be expanded to determine their efficacy for spinal pain in general or neck pain in particular.

The persistence of neck pain after whiplash and other types of injuries poses substantial physical, psychological, and economic consequences for patients and society. There is currently a very poor relationship between symptoms and imaging abnormalities in injured patients who continue to experience neck pain.[52] Finding ways to identify those individuals at increased risk for development of persistent pain, and preventing it, represents an important challenge to the medical community.

## CONCLUSION

Neck pain is one of the leading causes of disability in the world, yet the amount of research devoted to treatment is relatively low in comparison to the other leading causes. For acute neck pain, most cases will resolve spontaneously over a period of weeks to months, but a substantial proportion of individuals will be left with residual or recurrent symptoms. Treatment appears to have little effect on the course of acute neck pain. History and physical examination may provide important clues as to whether the pain is neuropathic or mechanical and are critical in determining who might benefit from advanced imaging or further diagnostic work-up. In patients with whiplash injuries, there is a poor correlation between pain and imaging results. Clinical trials have found that exercise may be beneficial, and for acute pain, muscle relaxants are effective. In individuals with chronic pain, there is conflicting evidence supporting epidural corticosteroid injections in patients with radiculopathy and spinal stenosis and weak evidence in favor of facet joint radiofrequency denervation for spinal arthritis.

## ACKNOWLEDGMENTS

The opinions or assertions contained herein are the private views of the author and are

COLLIER APL 0487

LIB000814

not to be construed as official or as reflecting the views of the Department of the Army or the Department of Defense.

**Abbreviations and Acronyms: MRI** = magnetic resonance imaging; **NSAID** = nonsteroidal anti-inflammatory drug; **SNRB** = selective nerve root block

**Grant Support:** This work was funded in part by a Congressional grant from the Center for Rehabilitation Sciences Research. The role of the funding source was only provisions to pay research personnel.

**Potential Competing Interests:** Dr Cohen serves as a consultant for Regenesis Biomedical and Semnur Pharmaceuticals, Inc, and is on the advisory board of Kimberly Clark Health Care.

**Correspondence:** Address to Steven P. Cohen, MD, 550 N Broadway, Ste 301, Baltimore, MD 21029 (scohen40@jhmi. edu). Individual reprints of this article and a bound reprint of the entire Symposium on Pain Medicine may be available for purchase from our website www.mayoclinicproceedings. org.

**The Symposium on Pain Medicine will continue in an upcoming issue.**

## REFERENCES

1. US Burden of Disease Collaborators. The state of US health, 1990-2010: burden of diseases, injuries, and risk factors. *JAMA.* 2013;310(6):591-608.
2. Fejer R, Kyvik KO, Hartvigsen J. The prevalence of neck pain in the world population: a systematic critical review of the literature. *Eur Spine J.* 2006;15(6):834-848.
3. Hogg-Johnson S, van der Velde G, Carroll LJ, et al; Bone and Joint Decade 2000-2010 Task Force on Neck Pain and Its Associated Disorders. The burden and determinants of neck pain in the general population: results of the Bone and Joint Decade 2000-2010 Task Force on Neck Pain and Its Associated Disorders. *Spine (Phila Pa 1976).* 2008;33(4, suppl):S39-S51.
4. Binder AI. Neck pain. *Clin Evid (online).* 2008:pii:1103.
5. Fernández-de-las-Peñas C, Hernández-Barrera V, Alonso-Blanco C, et al. Prevalence of neck and low back pain in community-dwelling adults in Spain: a population-based national study. *Spine (Phila Pa 1976).* 2011;36(3):E213-E219.
6. Strine TW, Hootman JM. US national prevalence and correlates of low back and neck pain among adults. *Arthritis Rheum.* 2007;57(4):656-665.
7. Son KM, Cho NH, Lim SH, Kim HA. Prevalence and risk factor of neck pain in elderly Korean community residents. *J Korean Med Sci.* 2013;28(5):680-686.
8. Nilsen TI, Holtermann A, Mork PJ. Physical exercise, body mass index, and risk of chronic pain in the low back and neck/shoulders: longitudinal data from the Nord-Trøndelag Health Study. *Am J Epidemiol.* 2011;174(3):267-273.
9. Käärä S, Laaksonen M, Rahkonen O, Lahelma E, Leino-Arjas P. Risk factors of chronic neck pain: a prospective study among middle-aged employees. *Eur J Pain.* 2012;16(6):911-920.
10. Vincent HK, Adams MC, Vincent KR, Hurley RW. Musculoskeletal pain, fear avoidance behaviors, and functional decline in obesity: potential interventions to manage pain and maintain function. *Reg Anesth Pain Med.* 2013;38(6):481-489.
11. Côté P, van der Velde G, Cassidy JD, et al. The burden and determinants of neck pain in workers: results of the Bone and Joint Decade 2000-2010 Task Force on Neck Pain and Its Associated Disorders. *J Manipulative Physiol Ther.* 2009; 32(2, suppl):S70-S86.
12. May S, Gardiner E, Young S, Klaber-Moffett J. Predictor variables for a positive long-term functional outcome in patients with acute and chronic neck and back pain treated with a McKenzie approach: a secondary analysis. *J Man Manip Ther.* 2008;16(3):155-160.
13. Royuela A, Kovacs FM, Campillo C, Casamitjana M, Muriel A, Abraira V. Predicting outcomes of neuroreflexotherapy in patients with subacute or chronic neck or low back pain. *Spine J.* 2014;14(8):1588-1600.
14. Peterson C, Bolton J, Humphreys BK. Predictors of outcome in neck pain patients undergoing chiropractic care: comparison of acute and chronic patients. *Chiropr Man Therap.* 2012;20(1):27.
15. Enthoven P, Skargren E, Carstensen J, Oberg B. Predictive factors for 1-year and 5-year outcome for disability in a working population of patients with low back pain treated in primary care. *Pain.* 2006;122(1-2):137-144.
16. Wilkens P, Scheel IB, Grundnes O, Hellum C, Storheim K. Prognostic factors of prolonged disability in patients with chronic low back pain and lumbar degeneration in primary care: a cohort study. *Spine (Phila Pa 1976).* 2013; 38(1):65-74.
17. Kleinstueck FS, Fekete T, Jeszenszky D, et al. The outcome of decompression surgery for lumbar herniated disc is influenced by the level of concomitant preoperative low back pain. *Eur Spine J.* 2011;20(7):1166-1173.
18. Freynhagen R, Baron R, Gockel U, Tölle TR. painDETECT: a new screening questionnaire to identify neuropathic components in patients with back pain. *Curr Med Res Opin.* 2006; 22(10):1911-1920.
19. Bennett M. The LANSS Pain Scale: the Leeds Assessment of Neuropathic Symptoms and Signs. *Pain.* 2001;92(1-2):147-157.
20. Cohen SP, Bicket MC, Jamison D, Wilkinson I, Rathmell JP. Epidural steroids: a comprehensive, evidence-based review. *Reg Anesth Pain Med.* 2013;38(3):175-200.
21. Tampin B, Briffa NK, Goucke R, Slater H. Identification of neuropathic pain in patients with neck/upper limb pain: application of a grading system and screening tools. *Pain.* 2013; 154(12):2813-2822.
22. Vasseljen O, Woodhouse A, Bjørngaard JH, Leivseth L. Natural course of acute neck and low back pain in the general population: the HUNT study. *Pain.* 2013;154(8): 1237-1244.
23. Vos CJ, Verhagen AP, Passchier J, Koes BW. Clinical course and prognostic factors in acute neck pain: an inception cohort study in general practice. *Pain Med.* 2008;9(5):572-580.
24. Pernold G, Mortimer M, Wiktorin C, Tornqvist EW, Vingård E; Musculoskeletal Intervention Center-Norrtälje Study Group. Neck/shoulder disorders in a general population: natural course and influence of physical exercise; a 5-year follow-up. *Spine (Phila Pa 1976).* 2005;30(13):E363-E368.
25. Christensen JO, Knardahl S. Time-course of occupational psychological and social factors as predictors of new-onset and persistent neck pain: a three-wave prospective study over 4 years. *Pain.* 2014;155(7):1262-1271.
26. Carstensen TB. The influence of psychosocial factors on recovery following acute whiplash trauma. *Dan Med J.* 2012; 59(12):B4560.
27. Gore DR, Sepic SB, Gardner GM, Murray MP. Neck pain: a long-term follow-up of 205 patients. *Spine (Phila Pa 1976).* 1987;12(1):1-5.
28. Radhakrishnan K, Litchy WJ, O'Fallon WM, Kurland LT. Epidemiology of cervical radiculopathy: a population-based study from Rochester, Minnesota, 1976 through 1990. *Brain.* 1994;117(pt 2):325-335.

COLLIER APL 0488

LIB000815

EPIDEMIOLOGY, DIAGNOSIS, AND TREATMENT OF NECK PAIN

29. Hsu E, Atanelov L, Plunkett AR, Chai N, Chen Y, Cohen SP. Epidural lysis of adhesions for failed back surgery and spinal stenosis: factors associated with treatment outcome. *Anesth Analg.* 2014;118(1):215-224.

30. Costa Lda C, Maher CG, McAuley JH, et al. Prognosis for patients with chronic low back pain: inception cohort study. *BMJ.* 2009;339:b3829.

31. Cherkin DC, Deyo RA, Street JH, Barlow W. Predicting poor outcomes for back pain seen in primary care using patients' own criteria. *Spine (Phila Pa 1976).* 1996;21(24): 2900-2907.

32. Thomas E, Silman AJ, Croft PR, Papageorgiou AC, Jayson MI, Macfarlane GJ. Predicting who develops chronic low back pain in primary care: a prospective study. *BMJ.* 1999;318(7199): 1662-1667.

33. Maigne JY, Deligne L. Computed tomographic follow-up study of 21 cases of nonoperatively treated cervical intervertebral soft disc herniation. *Spine (Phila Pa 1976).* 1994;19(2):189-191.

34. Mochida K, Komori H, Okawa A, Muneta T, Haro H, Shinomiya K. Regression of cervical disc herniation observed on magnetic resonance images. *Spine (Phila Pa 1976).* 1998; 23(9):990-995.

35. Saal JA. Natural history and nonoperative treatment of lumbar disc herniation. *Spine (Phila Pa 1976).* 1996;21(24, suppl): 2S-9S.

36. Minamide A, Yoshida M, Maio K. The natural clinical course of lumbar spinal stenosis: a longitudinal cohort study over a minimum of 10 years. *J Orthop Sci.* 2013;18(5):693-698.

37. Micankova Adamova B, Vohanka S, Dusek L, Jarkovsky J, Bednarik J. Prediction of long-term clinical outcome in patients with lumbar spinal stenosis. *Eur Spine J.* 2012;21(12):2611-2619.

38. Lees F, Turner JW. Natural history and prognosis of cervical spondylosis. *Br Med J.* 1963;2(5373):1607-1610.

39. Kadanka Z, Mareš M, Bednařík J, et al. Approaches to spondylotic cervical myelopathy: conservative versus surgical results in a 3-year follow-up study. *Spine (Phila Pa 1976).* 2002;27(20): 2205-2210.

40. Shimomura T, Sumi M, Nishida K, et al. Prognostic factors for deterioration of patients with cervical spondylotic myelopathy after nonsurgical treatment. *Spine (Phila Pa 1976).* 2007; 32(22):2474-2479.

41. Sampath P, Bendebba M, Davis JD, Ducker TB. Outcome of patients treated for cervical myelopathy: a prospective, multicenter study with independent clinical review. *Spine (Phila Pa 1976).* 2000;25(6):670-676.

42. Matsumoto M, Chiba K, Ishikawa M, Maruiwa H, Fujimura Y, Toyama Y. Relationships between outcomes of conservative treatment and magnetic resonance imaging findings in patients with mild cervical myelopathy caused by soft disc herniations. *Spine (Phila Pa 1976).* 2001;26(14):1592-1598.

43. Sadasivan KK, Reddy RP, Albright JA. The natural history of cervical spondylotic myelopathy. *Yale J Biol Med.* 1993;66(3): 235-242.

44. Fehlings MG, Wilson JR, Yoon ST, Rhee JM, Shamji MF, Lawrence BD. Symptomatic progression of cervical myelopathy and the role of nonsurgical management: a consensus statement. *Spine (Phila Pa 1976).* 2013;38(22, suppl 1):S19-S20.

45. Fukui S, Ohseto K, Shiotani M, et al. Referred pain distribution of the cervical zygapophyseal joints and cervical dorsal rami. *Pain.* 1996;68(1):79-83.

46. Aprill C, Dwyer A, Bogduk N. Cervical zygapophyseal joint pain patterns, II: A clinical evaluation. *Spine (Phila Pa 1976).* 1990;15(6):458-461.

47. Simons DG, Travell JG, Simons LS. In: . *Travell and Simons' Myofascial Pain and Dysfunction: The Trigger Point Manual.* 2nd ed., Vol. 1. Baltimore, MD: Williams & Wilkins; 1999: 11-93.

48. Dreyfuss P, Michaelsen M, Fletcher D. Atlanto-occipital and lateral atlanto-axial joint pain patterns. *Spine (Phila Pa 1976).* 1994;19(10):1125-1131.

49. Fast A, Parikh S, Marin EL. The shoulder abduction relief sign in cervical radiculopathy. *Arch Phys Med Rehabil.* 1989;70(5): 402-403.

50. Freischlag J, Orion K. Understanding thoracic outlet syndrome. *Scientifica (Cairo).* 2014;2014:248163.

51. Bogduk N, Yoganandan Y. Biomechanics of the cervical spine Part 3: minor injuries. *Clin Biomech (Bristol, Avon).* 2001;16(4): 267-275.

52. Matsumoto M, Okada E, Ichihara D, et al. Prospective ten-year follow-up study comparing patients with whiplash-associated disorders and asymptomatic subjects using magnetic resonance imaging. *Spine (Phila Pa 1976).* 2010; 35(18):1684-1690.

53. Pettersson K, Hildingsson C, Toolanen G, Fagerlund M, Björnebrink J. MRI and neurology in acute whiplash trauma: no correlation in prospective examination of 39 cases. *Acta Orthop Scand.* 1994;65(5):525-528.

54. Barnsley L, Lord S, Bogduk N. Comparative local anaesthetic blocks in the diagnosis of cervical zygapophysial joint pain. *Pain.* 1993;55(1):99-106.

55. Lord SM, Barnsley L, Wallis BJ, Bogduk N. Chronic cervical zygapophysial joint pain after whiplash: a placebo-controlled prevalence study. *Spine (Phila Pa 1976).* 1996;21(15):1737-1744.

56. Barnsley L, Lord SM, Wallis BJ, Bogduk N. The prevalence of chronic cervical zygapophysial joint pain after whiplash. *Spine (Phila Pa 1976).* 1995;20(1):20-25.

57. Smith AD, Jull G, Schneider G, Frizzell B, Hooper RA, Sterling M. A comparison of physical and psychological features of responders and non-responders to cervical facet blocks in chronic whiplash. *BMC Musculoskelet Disord.* 2013; 14:313.

58. Rubinstein SM, Pool JJ, van Tulder MW, Riphagen II, de Vet HC. A systematic review of the diagnostic accuracy of provocative tests of the neck for diagnosing cervical radiculopathy. *Eur Spine J.* 2007;16(3):307-319.

59. Malanga GA, Landes P, Nadler SF. Provocative tests in cervical spine examination: historical basis and scientific analyses. *Pain Physician.* 2003;6(2):199-205.

60. Cook CE, Hegedus E, Pietrobon R, Goode A. A pragmatic neurological screen for patients with suspected cord compressive myelopathy. *Phys Ther.* 2007;87(9):1233-1242.

61. Cohen SP, Bajwa ZH, Kraemer JJ, et al. Factors predicting success and failure for cervical facet radiofrequency denervation: a multi-center analysis. *Reg Anesth Pain Med.* 2007;32(6):495-503.

62. Matsumoto M, Fujimura Y, Suzuki N, et al. MRI of cervical intervertebral discs in asymptomatic subjects. *J Bone Joint Surg Br.* 1998;80(1):19-24.

63. Lehto IJ, Tertti MO, Komu ME, Paajanen HE, Tuominen J, Kormano MJ. Age-related MRI changes at 0.1 T in cervical discs in asymptomatic subjects. *Neuroradiology.* 1994;36(1):49-53.

64. American Association of Electrodiagnostic Medicine. Practice parameter for needle electromyographic evaluation of patients with suspected cervical radiculopathy: summary statement. *Muscle Nerve.* 1999;22(suppl 8):S209-S221.

65. Ashkan K, Johnston P, Moore AJ. A comparison of magnetic resonance imaging and neurophysiological studies in the assessment of cervical radiculopathy. *Br J Neurosurg.* 2002; 16(2):146-148.

66. Anderberg L, Annertz M, Rydholm U, Brandt L, Säveland H. Selective diagnostic nerve root block for the evaluation of radicular pain in the multilevel degenerated cervical spine. *Eur Spine J.* 2006;15(6):794-801.

67. Sasso RC, Macadaeg K, Nordmann D, Smith M. Selective nerve root injections can predict surgical outcome for lumbar and cervical radiculopathy: comparison to magnetic resonance imaging. *J Spinal Disord Tech.* 2005;18(6):471-478.

COLLIER APL 0489

**LIB000816**

68. Cohen SP, Hurley RW. The ability of diagnostic spinal injections to predict surgical outcomes. *Anesth Analg.* 2007; 105(6):1756-1775.

69. Kay TM, Gross A, Goldsmith CH, et al. Exercises for mechanical neck disorders. *Cochrane Database Syst Rev.* 2012;8: CD004250.

70. Sihawong R, Janwantanakul P, Sitthipornvorakul E, Pensri P. Exercise therapy for office workers with nonspecific neck pain: a systematic review. *J Manipulative Physiol Ther.* 2011; 34(1):62-71.

71. Bertozzi L, Gardenghi I, Turoni F, et al. Effect of therapeutic exercise on pain and disability in the management of chronic nonspecific neck pain: systematic review and meta-analysis of randomized trials. *Phys Ther.* 2013;93(8): 1026-1036.

72. Kuijper B, Tans JT, Beelen A, Nollet F, de Visser M. Cervical collar or physiotherapy versus wait and see policy for recent onset cervical radiculopathy: randomised trial. *BMJ.* 2009; 339:b3883.

73. Thoomes EJ, Scholten-Peeters W, Koes B, Falla D, Verhagen AP. The effectiveness of conservative treatment for patients with cervical radiculopathy: a systematic review. *Clin J Pain.* 2013;29(12):1073-1086.

74. Furlan AD, Yazdi F, Tsertsvadze A, et al. A systematic review and meta-analysis of efficacy, cost-effectiveness, and safety of selected complementary and alternative medicine for neck and low-back pain. *Evid Based Complement Alternat Med.* 2012;2012:953139.

75. Hurwitz EL, Carragee EJ, van der Velde G, et al; Bone and Joint Decade 2000-2010 Task Force on Neck Pain and Its Associated Disorders. Treatment of neck pain: noninvasive interventions; results of the Bone and Joint Decade 2000-2010 Task Force on Neck Pain and Its Associated Disorders. *Spine (Phila Pa 1976).* 2008;33(4, suppl):S123-S152.

76. Kong LJ, Zhan HS, Cheng YW, Yuan WA, Chen B, Fang M. Massage therapy for neck and shoulder pain: a systematic review and meta-analysis. *Evid Based Complement Alternat Med.* 2013;2013:613279.

77. Patel KC, Gross A, Graham N, et al. Massage for mechanical neck disorders. *Cochrane Database Syst Rev.* 2012;9:CD004871.

78. Graham N, Gross A, Goldsmith CH, et al. Mechanical traction for neck pain with or without radiculopathy. *Cochrane Database Syst Rev.* 2008;(3):CD006408.

79. Kroeling P, Gross A, Goldsmith CH, et al. Electrotherapy for neck pain. *Cochrane Database Syst Rev.* 2009;(4):CD004251.

80. Cramer H, Lauche R, Hohmann C, et al. Randomized-controlled trial comparing yoga and home-based exercise for chronic neck pain. *Clin J Pain.* 2013;29(3):216-223.

81. Bronfort G, Evans R, Anderson AV, Svendsen KH, Bracha Y, Grimm RH. Spinal manipulation, medication, or home exercise with advice for acute and subacute neck pain: a randomized trial. *Ann Intern Med.* 2012;156(1, pt 1):1-10.

82. White AP, Arnold PM, Norvell DC, Ecker E, Fehlings MG. Pharmacologic management of chronic low back pain: synthesis of the evidence. *Spine (Phila Pa 1976).* 2011;36(21, suppl): S131-S143.

83. Flood J. The role of acetaminophen in the treatment of osteoarthritis. *Am J Manag Care.* 2010;16(suppl, Management): S48-S54.

84. Hsieh LF, Hong CZ, Chern SH, Chen CC. Efficacy and side effects of diclofenac patch in treatment of patients with myofascial pain syndrome of the upper trapezius. *J Pain Symptom Manage.* 2010;39(1):116-125.

85. Borenstein DG, Korn S. Efficacy of a low-dose regimen of cyclobenzaprine hydrochloride in acute skeletal muscle spasm: results of two placebo-controlled trials. *Clin Ther.* 2003;25(4): 1056-1073.

86. Berry H, Liyanage SP, Durance RA, Goode JD, Swannell AJ. A double-blind study of benorylate and chlormezanone in musculoskeletal disease. *Rheumatol Rehabil.* 1981;20(1):46-49.

87. Elenbaas JK. Centrally acting oral skeletal muscle relaxants. *Am J Hosp Pharm.* 1980;37(10):1313-1323.

88. Cohen SP, Mullings R, Abdi S. The pharmacologic treatment of muscle pain. *Anesthesiology.* 2004;101(2):495-526.

89. Scott NA, Guo B, Barton PM, Gerwin RD. Trigger point injections for chronic non-malignant musculoskeletal pain: a systematic review. *Pain Med.* 2009;10(1):54-69.

90. Kamanli A, Kaya A, Ardicoglu O, Ozgocmen S, Zengin FO, Bayik Y. Comparison of lidocaine injection, botulinum toxin injection, and dry needling to trigger points in myofascial pain syndrome. *Rheumatol Int.* 2005;25(8):604-611.

91. Soares A, Andriolo RB, Atallah AN, da Silva EM. Botulinum toxin for myofascial pain syndromes in adults. *Cochrane Database Syst Rev.* 2012;4:CD007533.

92. Göbel H, Heinze A, Reichel G, Hefter H, Benecke R; Dysport Myofascial Pain Study Group. Efficacy and safety of a single botulinum type A toxin complex treatment (Dysport) for the relief of upper back myofascial pain syndrome: results from a randomised double-blind placebo-controlled multicentre study. *Pain.* 2006;125(1-2):82-88.

93. Ojala T, Arokoski JP, Partanen J. The effect of small doses of botulinum toxin A on neck-shoulder myofascial pain syndrome: a double-blind, randomized, and controlled crossover trial. *Clin J Pain.* 2006;22(1):90-96.

94. Qerama E, Fuglsang-Frederiksen A, Kasch H, Bach FW, Jensen TS. A double-blind, controlled study of botulinum toxin A in chronic myofascial pain. *Neurology.* 2006;67(2): 241-245.

95. Nicol AL, Wu II, Ferrante FM. Botulinum toxin type A injections for cervical and shoulder girdle myofascial pain using an enriched protocol design. *Anesth Analg.* 2014;118(6): 1326-1335.

96. De Andrés J, Adsuara VM, Palmisani S, Villanueva V, López-Alarcón MD. A double-blind, controlled, randomized trial to evaluate the efficacy of botulinum toxin for the treatment of lumbar myofascial pain in humans. *Reg Anesth Pain Med.* 2010;35(3):255-260.

97. Jabbari B. Botulinum toxin A and chronic low back pain: a randomized, double-blind study. *Neurology.* 2001;56(10):1290-1293.

98. Jabbari B, Machado D. Treatment of refractory pain with botulinum toxins—an evidence-based review. *Pain Med.* 2011; 12(11):1594-1606.

99. Anderberg L, Annertz M, Persson L, Brandt L, Säveland H. Transforaminal steroid injections for the treatment of cervical radiculopathy: a prospective and randomised study. *Eur Spine J.* 2007;16(3):321-328.

100. Manchikanti L, Malla Y, Cash KA, McManus CD, Pampati V. Fluoroscopic cervical interlaminar epidural injections in managing chronic pain of cervical postsurgery syndrome: preliminary results of a randomized, double-blind, active control trial. *Pain Physician.* 2012;15(1):13-25.

101. Manchikanti L, Malla Y, Cash KA, McManus CD, Pampati V. Fluoroscopic epidural injections in cervical spinal stenosis: preliminary results of a randomized, double-blind, active control trial. *Pain Physician.* 2012;15(1):E59-E70.

102. Manchikanti L, Cash KA, Pampati V, Wargo BW, Malla Y. A randomized, double-blind, active control trial of fluoroscopic cervical interlaminar epidural injections in chronic pain of cervical disc herniation: results of a 2-year follow-up [published correction appears in *Pain Physician.* 2013;16(6): 609]. *Pain Physician.* 2013;16(5):465-478.

103. Stav A, Ovadia L, Sternberg A, Kaadan M, Weksler N. Cervical epidural steroid injection for cervicobrachialgia. *Acta Anaesthesiol Scand.* 1993;37(6):562-566.

104. Cohen SP, Hayek S, Semenov Y, et al. Epidural steroid injections, conservative treatment or combination treatment for cervical radiculopathy: a multi-center, randomized, comparative-effectiveness study. *Anesthesiology.* 2014; 121(5):1045-1055.

COLLIER APL 0490

LIB000817

EPIDEMIOLOGY, DIAGNOSIS, AND TREATMENT OF NECK PAIN

105. Bicket MC, Gupta A, Brown CH IV, Cohen SP. Epidural injections for spinal pain: a systematic review and meta-analysis evaluating the "control" injections in randomized controlled trials. *Anesthesiology.* 2013;119(4):907-931.

106. Manchikanti L, Boswell MV, Singh V, Pampati V, Damron KS, Beyer CD. Prevalence of facet joint pain in chronic spinal pain of cervical, thoracic, and lumbar regions. *BMC Musculoskelet Disord.* 2004;5:15.

107. Lord SM, Barnsley L, Wallis BJ, McDonald GJ, Bogduk N. Percutaneous radio-frequency neurotomy for chronic cervical zygapophyseal-joint pain. *N Engl J Med.* 1996;335(23): 1721-1726.

108. Stovner LJ, Kolstad F, Helde G. Radiofrequency denervation of facet joints C2-C6 in cervicogenic headache: a randomized, double-blind, sham-controlled study. *Cephalalgia.* 2004; 24(10):821-830.

109. Kim KH, Choi SH, Kim TK, Shin SW, Kim CH, Kim JI. Cervical facet joint injections in the neck and shoulder pain. *J Korean Med Sci.* 2005;20(4):659-662.

110. Barnsley L, Lord SM, Wallis BJ, Bogduk N. Lack of effect of intraarticular corticosteroids for chronic pain in the cervical zygapophyseal joints. *N Engl J Med.* 1994;330(15):1047-1050.

111. Anderberg L, Annertz M, Brandt L, Säveland H. Selective diagnostic cervical nerve root block—correlation with clinical symptoms and MRI-pathology. *Acta Neurochir (Wien).* 2004; 146(6):559-565.

112. Beynon R, Hawkins J, Laing R, et al. The diagnostic utility and cost-effectiveness of selective nerve root blocks in patients considered for lumbar decompression surgery: a systematic review and economic model. *Health Technol Assess.* 2013;17(19):1-88.

113. Persson LC, Carlsson CA, Carlsson JY. Long-lasting cervical radicular pain managed with surgery, physiotherapy, or a cervical collar: a prospective, randomized study. *Spine (Phila Pa 1976).* 1997;22(7):751-758.

114. Persson LC, Moritz U, Brandt L, Carlsson CA. Cervical radiculopathy: pain, muscle weakness and sensory loss in patients with cervical radiculopathy treated with surgery, physiotherapy or cervical collar: a prospective, controlled study. *Eur Spine J.* 1997;6(4):256-266.

115. Engquist M, Löfgren H, Öberg B, et al. Surgery versus nonsurgical treatment of cervical radiculopathy: a prospective, randomized study comparing surgery plus physiotherapy with physiotherapy alone with a 2-year follow-up. *Spine (Phila Pa 1976).* 2013;38(20):1715-1722.

116. Cesaroni A, Nardi PV. Plasma disc decompression for contained cervical disc herniation: a randomized, controlled trial. *Eur Spine J.* 2010;19(3):477-486.

117. Kadanka Z, Bednařík J, Vohánka S, et al. Conservative treatment versus surgery in spondylotic cervical myelopathy: a prospective randomised study. *Eur Spine J.* 2000;9(6):538-544.

118. Kadaňka Z, Bednařík J, Novotný O, Urbánek I, Dušek L. Cervical spondylotic myelopathy: conservative versus surgical treatment after 10 years. *Eur Spine J.* 2011;20(9):1533-1538.

119. Kadanka Z, Mares M, Bednařík J, et al. Predictive factors for spondylotic cervical myelopathy treated conservatively or surgically. *Eur J Neurol.* 2005;12(1):55-63.

120. Jacobs W, Van der Gaag NA, Tuschel A, et al. Total disc replacement for chronic back pain in the presence of disc degeneration. *Cochrane Database Syst Rev.* 2012;9:CD008326.

121. Brox JI, Nygaard ØP, Holm I, Keller A, Ingebrigtsen T, Reikerås O. Four-year follow-up of surgical versus non-surgical therapy for chronic low back pain. *Ann Rheum Dis.* 2010;69(9):1643-1648.

122. Fallah A, Akl EA, Ebrahim S, et al. Anterior cervical discectomy with arthroplasty versus arthrodesis for single-level cervical spondylosis: a systematic review and meta-analysis. *PLoS One.* 2012;7(8):e43407.

123. Yu L, Song Y, Yang X, Lv C. Systematic review and meta-analysis of randomized controlled trials: comparison of total disk replacement with anterior cervical decompression and fusion. *Orthopedics.* 2011;34(10):e651-e658.

124. Peolsson A, Peolsson M. Predictive factors for long-term outcome of anterior cervical decompression and fusion: a multivariate data analysis. *Eur Spine J.* 2008;17(3):406-414.

COLLIER APL 0491

LIB000818

# Elbow (Olecranon) Bursitis Treatment

A **arthritis-health.com**/types/bursitis/elbow-olecranon-bursitis-treatment



View Video: Should I Exercise Through Joint Pain?
Most cases of elbow bursitis can be resolved with self-care focused on eliminating activities or positions that aggravate the bursa and reducing the inflammation. Some cases, however, may become more serious and require more medical interventions. Rarely surgery is needed.

Following the R.I.C.E. formula, **Rest, Ice, Compression, and Elevation**, is often sufficient to treat aseptic bursitis:

**Rest and activity modification**. People with elbow bursitis should avoid activities that will aggravate and inflame the bursa and avoid leaning on the elbows or putting any direct pressure on them. Wearing elbow pads can also help protect the elbow bursa from pressure or additional irritation.

**Ice**. Applying a cold compress to the swollen elbow for about 20 minutes two or three times a day may help alleviate symptoms and decrease swelling.

See When and Why to Apply Cold to an Arthritic Joint

**Compression**. An elastic compression bandage (e.g. Ace™ bandage) wrapped around the affected joint can help control swelling.

**Elevation**. Keeping the affected elbow at or above the height of the heart can help reduce blood flow to the area, thereby reducing inflammation.

advertisement

In addition to R.I.C.E., there are a number of treatments to reduce the swelling and any associated pain or discomfort.

**Non-steroidal anti-inflammatory drugs, or NSAIDs**. Anti-inflammatory medications, such as aspirin, ibuprofen (e.g. Advil), naproxen (e.g. Aleve), and cox-2 inhibitors (e.g. prescription medication Celebrex) can reduce swelling and inflammation and relieve pain associated with elbow bursitis.

**Aspiration**. An aspiration of the swollen bursa with a needle and syringe will immediately relieve pressure. This may be done in conjunction with getting a fluid sample to test for an infection. (A positive test would indicate septic bursitis.)

See What Is Arthrocentesis?

1/3

COLLIER APL 0492

LIB000819

**Corticosteroid injections**. Bursitis symptoms may be quickly relieved with corticosteroid injections. A corticosteroid is a powerful anti-inflammatory medication, and injecting it directly into the inflamed bursa is usually effective in relieving pain and swelling. However, corticosteroid injections have potential side effects, such as infection and degeneration of the skin at the elbow.[7,8] Therefore these injections are usually reserved for intractable cases of elbow bursitis that are not responding to other treatment.

See Cortisone Injections (Steroid Injections)

**Antibiotics**. Septic olecranon bursitis requires treatment with antibiotics. The choice of antibiotic may be influenced by what microorganism is causing the infection (often Staphylococcus Aureus). Most people with septic bursitis are effectively treated with oral antibiotics. More challenging cases may require hospitalization and antibiotics delivered intravenously.

**Surgery**. Rarely, a challenging case of chronic elbow bursitis or septic elbow bursitis may warrant surgery. In a traditional bursectomy an incision is made at the elbow and the troublesome bursa is removed. Since the olecranon bursa is located just inside the skin, the surgery to remove it does not include surgery on any part of the elbow joint.

Complications of surgery include trouble with skin healing at the incision site and tenderness. Several months following the bursectomy surgery, a new normal bursa will usually grow back in place of the one that was removed.

After surgery, patients may be told to wear a sling to keep their arms bent at 90 degrees while healing.

**Physical therapy**. After the bursitis symptoms have abated, a doctor may assign stretches or strengthening activities to help restore normal range of motion and muscle tone.

advertisement

It is important to wait until all pain and swelling around the elbow is gone before resuming activities. Returning to activities that cause friction or stress on the bursa before it is healed will likely cause bursitis symptoms to flare up again.

Physicians who commonly treat elbow bursitis include primary care physicians, physiatrists, sports medicine physicians, and orthopedic surgeons.

Read more about the the different doctors that treat bursitis, an arthritic condition, in Arthritis Treatment Specialists

2/3

COLLIER APL 0493

**LIB000820**

If a patient suspects that the bursitis is caused by infection (e.g. if bacteria could have entered the elbow through a bug bite or cut, if the affected area is warm to touch or accompanied by fever), then it is important to seek prompt medical attention.

**References**:

7. Weinstein PS, Canoso JJ, Wohlgethan JR, "Long-term follow-up of corticosteroid injection for traumatic olecranon bursitis," *Ann Rheum Dis*, 1984 Feb;43(1):44-6. PubMed PMID: 6696516; PubMed Central PMCID: PMC1001216.
8. Brinks A, Koes BW, Volkers AC, Verhaar JA, Bierma-Zeinstra SM, "Adverse effects of extra-articular corticosteroid injections: a systematic review," *BMC Musculoskelet Disord*, 2010 Sep 13;11:206. Review. PubMed PMID: 20836867; PubMed Central PMCID: PMC2945953.

COLLIER APL 0494

LIB000821



**MAYO CLINIC**

SYMPOSIUM ON PAIN MEDICINE

# Evaluation and Treatment of Low Back Pain: A Clinically Focused Review for Primary Care Specialists

W. Michael Hooten, MD, and Steven P. Cohen, MD



## CME Activity

**Target Audience:** The target audience for *Mayo Clinic Proceedings* is primarily internal medicine physicians and other clinicians who wish to advance their current knowledge of clinical medicine and who wish to stay abreast of advances in medical research.

**Statement of Need:** General internists and primary care physicians must maintain an extensive knowledge base on a wide variety of topics covering all body systems as well as common and uncommon disorders. *Mayo Clinic Proceedings* aims to leverage the expertise of its authors to help physicians understand best practices in diagnosis and management of conditions encountered in the clinical setting.

**Accreditation:** Mayo Clinic College of Medicine is accredited by the Accreditation Council for Continuing Medical Education to provide continuing medical education for physicians.

**Credit Statement:** Mayo Clinic College of Medicine designates this journal-based CME activity for a maximum of 1.0 *AMA PRA Category 1 Credit(s).*™ Physicians should claim only the credit commensurate with the extent of their participation in the activity.

**Learning Objectives:** On completion of this article, you should be able to: (1) distinguish the key anatomical structures implicated in the pathogenesis of low back pain; (2) identify the clinical characteristics that differentiate axial and radicular low back pain; and (3) formulate an evidence-based treatment plan for low back pain.

**Disclosures:** As a provider accredited by ACCME, Mayo Clinic College of Medicine (Mayo School of Continuous Professional Development) must ensure balance, independence, objectivity, and scientific rigor in its educational activities. Course Director(s), Planning Committee members, Faculty, and all others who are in a position to control the content of this educational activity are required to disclose all relevant financial relationships with any commercial interest related to the subject matter of the educational activity. Safeguards against commercial bias have been put in place. Faculty also will disclose any off-label and/or investigational use of pharmaceuticals or instruments discussed in their presentation. Disclosure of this information will be published in course materials so that those participants in the activity may formulate their own judgments regarding the presentation.

In their editorial and administrative roles, William L. Lanier, Jr, MD, Terry L. Jopke, Kimberly D. Sankey, and Nicki M. Smith, MPA, have control of the content of this program but have no relevant financial relationship(s) with industry.

The authors report no competing interests.

**Method of Participation:** In order to claim credit, participants must complete the following:
1. Read the activity.
2. Complete the online CME Test and Evaluation. Participants must achieve a score of 80% on the CME Test. One retake is allowed.

Visit www.mayoclinicproceedings.org, select CME, and then select CME articles to locate this article online to access the online process. On successful completion of the online test and evaluation, you can instantly download and print your certificate of credit.

**Estimated Time:** The estimated time to complete each article is approximately 1 hour.

**Hardware/Software:** PC or MAC with Internet access.

**Date of Release:** 12/1/2015

**Expiration Date:** 11/30/2017 (Credit can no longer be offered after it has passed the expiration date.)

**Privacy Policy:** http://www.mayoclinic.org/global/privacy.html

**Questions?** Contact dletcsupport@mayo.edu.

From the Mayo Clinic College of Medicine and Department of Anesthesiology, Division of Pain Medicine, Mayo Clinic, Rochester, MN (W.M.H.); Department of Anesthesiology and Critical Care Medicine, Department of Physical Medicine and Rehabilitation, Johns Hopkins School of Medicine, Baltimore, MD (S.P.C.); and Department of Anesthesiology, Department of Physical Medicine and Rehabilitation, Uniformed Services University of Health Sciences, Bethesda, MD (S.P.C.).

## Abstract

Low back pain (LBP) is a leading cause of disability worldwide. In the absence of a classification system for pain syndromes, classification of LBP on the basis of the distribution of pain as axial (pain generally localized to the low back) or radicular neuropathic (pain radiating to the lower extremities) is relevant to clinical practice because the distribution of pain is often a corollary of frequently occurring disease processes involving the lumbar spine. Common sources of axial LBP include the intervertebral disc, facet joint, sacroiliac joint, and paraspinal musculature, whereas common sources of radicular pain include a herniated intervertebral disc and spinal stenosis. The accuracy of historical and physical examination findings has been established for sacroiliac joint pain, radiculopathy, and lumbar spinal stenosis. However, the accuracy of similar data, so-called red flags, for identifying the underlying medical sources of LBP has been overstated. Diagnostic imaging studies can be useful, and adherence to established guidelines can protect against overuse. Multiple pharmacological trials exist for the management of LBP; however, the long-term outcomes of commonly used drugs are mixed. For carefully selected patients with axial LBP, radiofrequency denervation techniques can provide sustained pain relief. In patients with radicular pain, transforaminal epidural steroid injections may provide short-term pain relief, but neurostimulation may confer more enduring benefits of refractory symptoms. Pain-related indications for commonly performed operations include spinal decompression for radicular symptoms as well as spinal fusion or disc prosthesis for discogenic LBP. Physical modalities and psychological treatments can improve pain and functioning, but patient preferences may influence treatment adherence.

© 2015 Mayo Foundation for Medical Education and Research ■ Mayo Clin Proc. 2015;90(12):1699-1718

COLLIER APL 0495

LIB000822

Low back pain (LBP) is a leading cause of disability worldwide with a lifetime incidence of 51% to 84%.[1,2] The taxonomy of pain syndromes, including LBP, is underdeveloped, and no widely accepted single classification system currently exists.[3-5] However, classification of LBP based on the distribution of pain as predominately axial (pain localized to the low back area) or radicular (pain radiating to the lower extremities in a dermatomal distribution with or without accompanying LBP) is particularly relevant to primary care specialists because the distribution of pain is often a corollary of frequently occurring disease processes involving the lumbar spine.[6] This simple classification scheme provides a clinically focused framework for organizing key historical and physical examination findings that drive the diagnostic and therapeutic decision-making processes that arise in the routine care of adults with LBP.[6,7] Therefore, the purpose of this review was to provide a clinically focused approach for the evaluation and treatment of chronic LBP for primary care specialists.

## METHODS

Similar to previously published search strategies,[8] databases of MEDLINE using the PubMed and Ovid platforms as well as the Cochrane Database of Systematic Reviews were searched using the key words *low back pain*, *lumbar spine pain*, and *lumbar radiculopathy* with no date restrictions. Key words pertaining to specific topics (eg, *lumbar spinal stenosis*, *physical examination*, *therapeutic spinal injections*, and *analgesic medication*) were cross-referenced with the initial search terms using the identified databases. Search terms were cross-referenced with review articles, and additional articles were identified by manually searching reference lists.

## EPIDEMIOLOGY AND NATURAL COURSE

### Epidemiology

The estimated prevalence of LBP varies according to the surveillance period and specific type of pain. For example, in a systematic review,[9] the point prevalence of LBP was 18.3%, the 1-month rate was 30.8%, and the mean annual prevalence was 38.0%. In a more recent systematic review[10] in which *chronic LBP* was defined as pain lasting longer than 12 weeks, the prevalence ranged from 5.9% to 18.1%. The 1-year incidence of an initial episode of LBP ranges

from 6.3% to 26.2%, and estimates of recurrence at 1 year range from 24% to 80%.[2,9,11]

*Neuropathic pain*, defined as pain resulting from a lesion or disease affecting the somatosensory system, can be an important characteristic of LBP especially in individuals with a herniated disc causing nerve root irritation and lumbar spinal stenosis. In individuals with predominately chronic axial LBP, questionnaires designed to detect the distinguishing characteristics of neuropathic pain have found that between 17% and 55% of individuals have pain that is primarily neuropathic in nature, with a median rate of 41%.[12-17] This distinction is important because neuropathic pain may be associated with greater levels of physical and psychological dysfunction as compared with other types of pain.[18] The incidence of new-onset radicular pain ranges from 1.5% to 18.5%,[19,20] and the incidence of lumbar spinal stenosis has been estimated to be 5 per 100,000 people.[21]

### Natural Course

**Axial LBP.** Although most episodes of acute LBP will resolve, a substantial proportion of patients will develop chronic or recurrent pain. A large study[22] that followed 973 people with acute axial LBP found that 28% had not fully recovered 12 months after their initial consultation. Factors associated with persistence included older age, greater baseline pain and dysfunction, depression, fear of pain persistence, and ongoing compensation claims.[22] A systematic review[23] comprising 11 studies that followed individuals with axial LBP less than 3 months in duration who sought evaluation in a primary care setting yielded less favorable findings. Itz et al[23] found that one-third of individuals recovered within 3 months, but 65% continued to experience persistent pain at 1-year follow-up. This suggests that individuals who do not recover within 3 months are at increased risk of developing chronic axial LBP.

**Radicular Pain.** Several studies have sought to determine the natural course of lumbosacral radiculopathy. In one of the earliest studies examining the clinical course in individuals with sciatica, Hakelius[24] found that 58% of 38 patients with clinical symptoms and positive contrast myelography were symptom-free within 30 days and 88% were symptom-free after 6 months. A retrospective study by Saal and Saal[25] reported that among 52 patients with signs and

COLLIER APL 0496

LIB000823

LOW BACK PAIN

symptoms of lumbosacral radiculopathy confirmed by electrodiagnostic testing who received aggressive conservative care, 96% experienced good (n=35) or excellent (n=15) outcomes at a mean follow-up period of 31 months. In both the treatment (piroxicam) and placebo-control arms of a randomized study evaluating 208 patients with acute sciatica, Weber et al[26] found that 64 patients (30%) continued to report significant pain after 3 months, with few patients experiencing resolution between 3-month and 1-year follow-up. In another double-blind study[27] evaluating chymopapain chemonucleolysis, 11 out of 30 patients 37% of the placebo-controlled group experienced a good outcome at 6 weeks, which increased to 60% by 6 months. In summary, whereas most episodes of new-onset radicular pain will resolve without aggressive treatment, 15% to 40% of individuals will experience early (<1 year) or frequent recurrences of symptoms.[26,28,29] The observation that most cases of acute radiculopathy improve within several months is consistent with radiological studies[30,31] that found that approximately two-thirds of herniated lumbar discs undergo significant (>50%) resorption within 1 year.

Several instruments have been developed to predict which patients may be at risk for developing chronic LBP after a back injury, with one of the more common being the Acute Low Back Pain Screening Questionnaire, which was subsequently modified to include all musculoskeletal conditions.[32] A systematic review[33] found that the pool sensitivity of this questionnaire was 0.59 and the specificity was 0.77.

**Lumbar Spinal Stenosis.** Lumbar spinal stenosis occurs when the vertebral canal is narrowed by surrounding bone and soft tissues, leading to compression of neural structures including the spinal nerve roots. Spinal stenosis is not a single disease process; rather, it is multifactorial and generally the result of a combination of anatomical changes including intervertebral disc protrusion or herniation, facet joint hypertrophy, spondylolisthesis (forward displacement of a vertebra), congenital narrowing of the vertebral canal, or hypertrophy/buckling of the ligamentum flavum. Consequently, the natural history of lumbar spinal stenosis is less auspicious, though only a minority of patients develop progressively worsening symptoms. At a mean follow-up period of 11.1 years, Minamide et al[34]

found that similar proportions of 34 patients with lumbar spinal stenosis treated conservatively experienced improvement, no change, or worsening of symptoms. A cohort study[35] evaluating 56 patients with symptomatic mild-to-moderate lumbar spinal stenosis symptoms who were treated conservatively found that 34 patients (60.7%) had a stable or improved clinical status at a median follow-up period of 88 months. These findings are consistent with several older studies[36,37] exhibiting that most patients with conservatively treated spinal stenosis will report either stable or improved symptoms at least 3 years after the presentation. In a partially randomized study, Amundsen et al[38] found that 57% of a nonrandomized cohort (n=50) with mild symptoms obtained a good outcome at 4-year follow-up whereas 44% of 18 randomized nonsurgically treated patients had a good outcome at 4 years.

In contrast to an acute herniated disc that may resolve over time, the chronic degenerative and bony changes that characterize axial LBP and spinal stenosis do not generally regress. Thus, the anatomical changes that predispose to the development of axial LBP and spinal stenosis may in part explain the discrepancies observed in the overall prognosis of these patients.

## CLINICALLY ORIENTED ANATOMY OF THE LUMBAR SPINE

Although the anatomy of the lumbar spine is complex, several key anatomical structures contribute to commonly encountered clinical problems including the vertebral body, intervertebral disc, facet joint, paraspinal muscles, and ligamentum flavum. The lumbar spine is composed of 5 vertebrae; however, estimates of the prevalence of lumbosacral transitional vertebrae (LSTVs) range from 7% to 30%.[39] The transverse processes of the fifth lumbar (L5) vertebral body may be broad and elongated, which can lead to complete sacral fusion. The assimilation of the L5 vertebra into the sacrum is termed *sacralization of L5*. Conversely, the first sacral (S1) vertebra may form articulations with the S2 vertebral body and even have well-formed lumbar-type facet joints and a lumbar-sized intervertebral disc. The term *lumbarization* refers to an S1 vertebra that has features of a lumbar vertebra. The correct identification of LSTVs is important to avoid surgical and procedural errors attributed

COLLIER APL 0497

LIB000824



**FIGURE 1.** Intervertebral disc structure.

to inaccurate vertebral body enumeration and to ensure accurate correlation of clinical symptoms. One approach to enumerating the lumbar vertebrae involves identifying the most caudal rib (12th rib) that articulates with the 12th thoracic vertebral body (T12). The vertebral body immediately caudal to T12 is designated L1, and the remainder of lumbar vertebrae are enumerated sequentially in the caudal direction. Although an LSTV has been associated with radicular pain because of compression of spinal nerve roots,[40,41] studies that have sought to establish an association between LSTVs and the occurrence of axial LBP have been mixed, with only certain types of LSTVs (eg, pseudarthrosis) being linked to LBP.[42,43]

The intervertebral disc is an avascular fibrocartilaginous structure that allows movement between adjacent vertebral bodies (Figure 1). Each lumbar intervertebral disc is approximately 4 cm in diameter and 7 to 10 mm in thickness,[44] and it is composed of an outer annulus fibrosus and an inner nucleus pulposus. The annulus is a dense concentric ring of layered collagen fibers that surrounds the nucleus and resists tensile forces. The nucleus pulposus contains collagen and elastin fibers embedded within a hydrated proteoglycan gel. Disc degeneration is associated with annular tears and dehydration of the nucleus pulposus, which can lead to decreased disc height, impaired mechanical function, rupture, and compression of spinal nerve roots (Figure 2). In addition, nerve and vascular ingrowth into the disc and exposure of these nerves to inflammatory mediators have been associated with axial LBP.[45,46]

*Lumbar facet joints*, also referred to as the *zygapophysial joints*, are true synovial joints formed by the superior and inferior articulating processes of 2 adjacent vertebrae (Figure 3). The

inferior aspect of each lumbar facet joint is innervated by the medial branch of the posterior primary rami at the same level of the facet joint, and the superior aspect is innervated by the medial branch from 1 level above. This dual innervation is important when considering targeted diagnostic and interventional therapies for lumbar facet pain. From a biomechanical perspective, the 2 facet joints and the intervertebral disc at each spinal level are interdependent and form what is referred to as a motion segment, otherwise termed the *three-joint complex.*[47] In this manner, the lumbar spine can be conceptualized as a stacked series of motion segments. Whereas the intervertebral disc is the principal weight- or load-bearing structure of each motion segment, the role of the facet joints is to limit torsion and resist forward displacement of the vertebral segment. However, in the setting of degenerative disc disease and associated disc space narrowing, the total load transmitted to the facet joint increases and can sometimes exceed 50% of the total load placed on the vertebral segment.[48,49] Pathophysiologically, osteoarthritic changes involving the lumbar facet joints are common and include joint space narrowing due to degenerative thinning of the cartilage, presence of inflammatory cells and mediators, increased vascularization, subchondral bone remodeling, and osteophyte formation, which can contribute to axial LBP and spinal stenosis.[50,51] These osteoarthritic changes, particularly osteophyte formation, can contribute to neural foraminal stenosis and compression of the exiting nerve root, which can lead to the development of radicular pain.

The ligamentum flavum extends along the posterior aspect of the vertebral column and connects the laminae of the adjacent vertebrae (Figure 4). The ligamentum flavum is 2- to 3-mm thick and is composed of elastin and collagen fibers in a 2:1 ratio; the elastin fibers provide elasticity, and the collagen fibers provide tensile strength and stability. Hypertrophy of the ligamentum flavum is multifactorial and has been associated with older age, mechanical stress, increased body mass index (calculated as the weight in kilograms divided by the height in meters squared), and alterations in cytokine and proteinase inhibitor concentrations.[52,53] Ligamentum flavum hypertrophy can be an important contributor to the development of

COLLIER APL 0498

LIB000825

spinal stenosis, especially when it occurs in conjunction with other disease processes that narrow the spinal canal, including facet joint arthropathy and disc protrusions.[54]

Multiple muscles affect lumbar spine function and can be categorized into 3 major anatomical groups relative to the torso: the posterior, anterior, and lateral groups (Figure 5).[55] Together, these 3 muscle groups control movement of the spine, contribute to the stabilization of the vertebral column, and provide proprioceptive feedback.[56] The posterior group, composed of superficial (ie, erector spinae and serratus posterior inferior), intermediate (ie, longissimus thoracis), and deep (ie, multifidus and quadratus lumborum) layers, arise from the transverse and spinous processes of the vertebrae and insert on the iliac crests and sacrum. The deeper muscles span fewer vertebrae compared with the more superficial muscles, and the muscles more adjacent to midline are of greater diameter. The muscles of the posterior group are responsible for extending, lateral bending, and torsion of the spine. The anterior group is chiefly composed of the abdominal wall (ie, rectus abdominis, external oblique, and internal oblique) and is primarily responsible for flexion of the spine, but these muscles also contribute to lateral bending and torsional movement. The lateral group includes the psoas and iliacus muscles. The psoas muscle arises from the lateral aspects of the lumbar vertebrae, and the iliacus muscles arise from the anterior ilium and lateral sacrum. These 2 muscles join as they move laterally to insert on the lesser trochanter of the femur and are often referred to as the *iliopsoas muscle*. The iliopsoas is a powerful flexor of the thigh and works to maintain an upright and erect posture. Current evidence suggests that the cross-sectional area and density of paraspinal muscles are reduced in patients with LBP,[57,58] and alterations in muscle activation and fat infiltration of the paraspinal muscles have been observed in these patients.[59,60] In addition, reduced paraspinal muscle density has been associated with facet joint osteoarthritis, spondylolisthesis, and disc space narrowing.[58]

## HISTORY AND PHYSICAL EXAMINATION

### Significance of "Red Flag" Symptoms

A critical aspect in the evaluation of axial or radicular pain is to identify nonmusculoskeletal diseases that may be responsible for the patients'



**FIGURE 2.** A, Lateral view of the potential effects of disc bulging and degenerative changes on spinal nerve roots. B, Axial view of a ruptured lumbar intervertebral disc.

symptoms. Although the differential diagnosis of LBP is broad, most nonmusculoskeletal disease states can be categorized as neoplastic, inflammatory, visceral (which includes pelvic and retroperitoneal structures), infectious, vascular, endocrine, and traumatic (Table 1).[61] The risk factors, historical features, and physical examination findings associated with nonmusculoskeletal diseases are widely referred to as *red flags*, but the accuracy, or risk-benefit ratio, of many previously recognized red flag signs and symptoms has been called into question.[62,63] In a prospective study[64] that involved 1172 consecutive patients receiving primary care for acute LBP, 11 patients (0.9%) were identified as having "serious spinal pathology" including 8 with vertebral compression fractures, 2 with inflammatory arthritides, and 1 with cauda equina syndrome. Although the prevalence of serious pathology was low, 4 clinical factors were statistically significantly associated with vertebral compression fractures,



**FIGURE 3.** Anatomy and innervation of the lumbar facet joint. Also depicted are bilateral fractures of the pars interarticularis (pars defect) and an osteoarthritic facet joint.

Mayo Clin Proc. ■ December 2015;90(12):1699-1718 ■ http://dx.doi.org/10.1016/j.mayocp.2015.10.009
www.mayoclinicproceedings.org

COLLIER APL 0499

LIB000826



**FIGURE 4.** Cross-sectional view of the lumbar spine, depicting ligamentous structures.

Anterior longitudinal ligament

Posterior longitudinal ligament

Supraspinous ligament

Ligamentum flavum

Intervertebral foramen

Interspinous ligament

Spinous process

Inferior articular process

Superior articular process

Transverse process

including female sex, age greater than 70 years, trauma, and prolonged use of corticosteroids.[64] A set of similar red flag indicators were identified in 2 systematic reviews[65,66] that investigated the accuracy of various clinical factors used to screen for vertebral compression fractures and spinal malignant neoplasm (Table 1). In clinical practice, the use of red flag indicators should supplement but not supplant clinical judgment on the evaluation of nonmusculoskeletal disease processes.

### Axial LBP

The differential diagnosis of axial LBP is broad but commonly involves lumbar spine structures that include the intervertebral discs, facet joints, sacroiliac joints, and paraspinal musculature. Although nonspecific,[67] some historical features and characteristic signs and symptoms associated with axial LBP may be helpful in determining the source of pain. The intervertebral disc can be a source of pain in up to 40% of patients with axial

LBP. These patients tend to be younger (age <45 years), and though the onset tends to be insidious in most cases, in some instances an inciting event may be described (ie, lifting, bending, and twisting).[6,45,68] Discogenic LBP is often worsened by activities that load the spine, and a history of sitting intolerance and improvement of pain with recumbency are often reported. Patients will often localize pain to the midline of the spine,[69] but pain can be referred to the upper thigh and up to 20% will experience pain distal to the knee.[46,70] Although no physical examination findings can accurately discriminate patients with discogenic pain,[68] greater midline tenderness may be an indicator in some patients.[69]

Axial LBP attributed to the lumbar facet joints is estimated to affect approximately 15% to 30% of patients.[6,71,72] Although numerous studies have attempted to identify the historical and physical examination findings associated with lumbar facet pain, no discrete set of clinical markers has been delineated.[27] However, the onset of lumbar facet pain is generally insidious and it occurs more frequently in older adults (age >65 years).[6] Lumbar facet pain is generally worsened by prolonged standing and relieved with sitting or recumbency, which decreases the load on the joints.[73] In some patients, pain may be localized to the paraspinal region with or without radiation to the groin, thigh, or occasionally distal to the knee.[47,69] On physical examination, no test is considered to be sensitive for identifying a painful facet joint. Although small and methodologically flawed studies suggested that pain with extension and axial rotation was indicative of facet arthropathy, diagnostic studies using double local anesthetic and placebo-controlled facet blocks, cadaveric studies using infrared markers, and correlative studies evaluating lumbar facet radiofrequency denervation outcomes have all refuted this assertion.[72,74-76]

Sacroiliac joint pain occurs in 15% and 30% of individuals with axial LBP[69,77] and is associated with a specific inciting event in 40% and 50% of occurrences; motor vehicle collisions and falls are 2 of the most common causes.[78] Patients will often report pain in the gluteal or paraspinal (below the fifth lumbar vertebra) regions with or without radiation to the thigh, but up to 28% of patients may have referral of pain distal to the knee.[78,79] Although discogenic pain is often characterized by sitting intolerance, sacroiliac joint

Mayo Clin Proc. ■ December 2015;90(12):1699-1718 ■ http://dx.doi.org/10.1016/j.mayocp.2015.10.009
www.mayoclinicproceedings.org

COLLIER APL 0500

**LIB000827**



**FIGURE 5.** Muscle groups that contribute to lumbar spine function.

pain may be worsened during transitional movements, such as rising from a sitting position.[80] On physical examination, previous studies[81-83] suggest that a combination of physical maneuvers rather than a single test can accurately identify patients with sacroiliac joint pain (Table 2). In the differential diagnosis of sacroiliac joint pain, it is important to rule out piriformis muscle syndrome.[84] The piriformis muscle originates from the inner surface of the sacrum and attaches to the greater trochanter of the femur. Unilateral or bilateral buttock pain with radiation in an L5 or S1 dermatomal distribution (when impingement on the sciatic nerve is present) is characteristic, and pain intensity typically fluctuates throughout the day.[84] On physical examination, transgluteal buttock tenderness can often be elicited, pain can sometimes be provoked by maneuvers that stretch the muscle (eg, adduction and internal rotation of the hip), and the straight leg raising test result is typically negative, which help distinguish piriformis muscle syndrome from radicular pain. A digital rectal examination, which may be significant for tenderness, can aid in the diagnosis.

Axial LBP related to the paraspinal muscle or ligament strain is often precipitated by both strenuous and nonstrenuous activities including heavy lifting, repetitive movements, spinal torsion, or trauma. The onset of pain is generally delayed by 1 to 2 days and is often localized to the lumbosacral region. On physical examination,

hypomobility due to muscle spasm or guarding may be evident, and pain may be reproduced with palpation of the paraspinal musculature. Although any muscle or ligament can potentially be affected, frequently involved structures include the multifidus, quadratus lumborum, erector spinae, and psoas muscles, as well as interspinous and supraspinous ligaments.[85] Myofascial pain may be an important contributing factor to other sources of LBP or a primary cause by itself and is characterized by the presence of trigger points that are hyperirritable tense bands of skeletal muscles.[86] Patients will typically present with a history of localized or regional pain, and the range of motion may be reduced in the affected muscles. On physical examination, palpation of a trigger point will typically provoke sharp localized pain that may be referred to a contiguous body region, although this can be difficult, if not impossible to discern, in nonsuperficial muscles.[86]

A source of axial LBP often seen in children, adolescents, and young adults is bilateral stress fractures of the pars interarticularis (Figure 3), otherwise termed *spondylolysis* or a *pars defect*, which can lead to the development of spondylolisthesis. The incidence of lumbar spondylolysis ranges from 6% to 8%, and 95% of the occurrences involve the L5 vertebra.[87] Patients will typically present with axial LBP, with or without a radicular component, that is worsened by activities involving repetitive

Mayo Clin Proc. ■ December 2015;90(12):1699-1718 ■ http://dx.doi.org/10.1016/j.mayocp.2015.10.009
www.mayoclinicproceedings.org

COLLIER APL 0501

LIB000828

**TABLE 1. Medical (Nonmusculoskeletal) Causes of Low Back Pain and Posttest Probability (PTP) of Red Flag Signs to Detect Fracture and Malignancy**

| Neoplastic[a] | Inflammatory[a] | Visceral[a] | Infectious[a] | Vascular[a] | Endocrine[a] | Traumatic[a] |
|---|---|---|---|---|---|---|
| Metastatic carcinoma | Ankylosing spondylitis | Endometriosis | Osteomyelitis | Aortic aneurysm | Osteoporotic fractures | Vertebral fracture |
| Multiple myeloma | Psoriatic spondylitis | Prostatitis | Epidural abscess | Aortic dissection | Paget disease | Rib fracture |
| Lymphoma | Rheumatoid arthritis | Nephrolithiasis | Discitis | Spinal hemangioma | | Pelvic fracture |
| Leukemia | Reiter syndrome | Aortic aneurysm | Herpes zoster | Inferior vena cava obstruction | | Hip fracture |
| Spinal cord tumors | Enteropathic spondylitis | Pancreatitis | Pyelonephritis | Sickle cell crisis | | |

Medical (nonmusculoskeletal) causes of low back pain

PTP of red flag signs to detect vertebral compression fracture

| Red flag sign | PTP (95% CI)[b] |
|---|---|
| Contusion or abrasion | 62% (49%-74%) |
| Prolonged corticosteroid use | 33% (10%-67%) |
| Severe trauma | 11% (8%-16%) |
| Older age | 9% (3%-25%) |
| Multiple signs present<br>  Combination of any 3<br>    Female<br>    Age >70 y<br>    Severe trauma<br>    Prolonged corticosteroid use | 90% (34%-99%) |

PTP of red flag signs to detect spinal malignancy

| Red flag sign | PTP (95% CI)[b] |
|---|---|
| History of malignancy | 33% (22%-46%) |

[a]Data from *N Engl J Med*.[61]
[b]Data from *BMJ*[65] and *Cochrane Database Syst Rev*.[66]

flexion-extension movements of the lumbar spine. Although conservative treatment is generally sufficient, surgery may be required to prevent the progression of spondylolisthesis.[87]

### Radicular Pain
**Herniated Intervertebral Disc.** Similar to axial LBP, the differential diagnosis of radicular pain is broad, but approximately 90% of cases in the nonelderly are caused by a herniated intervertebral disc at the L4-L5 or L5-S1 level.[55,88] Another important source of radicular pain includes foraminal stenosis, which is common because of far lateral disc herniation or facet joint hypertrophy. An inciting event may or may not be identified, but some patients report experiencing a "pop" in the region of the lumbar spine followed by the gradual onset of pain over the next 1 to 2 days. However, the single most important historical factor is the distribution of pain, which should follow a dermatomal pattern,[89] though approximately one-third of people have multiple affected dermatomes (Table 3).[90] In contrast to nociceptive pain, neuropathic LBP is often described as a sharp, lancinating, or burning sensation. Patients may report that pain is worsened by forward bending, coughing, sneezing, or prolonged sitting and improved with recumbency. When localizing the affected nerve root on the basis of the dermatomal distribution of pain, it is important to recognize that each nerve root exits the spinal column beneath the pedicle of the vertebral body with the same number as the nerve. For instance, the L4 nerve root exits beneath the pedicle of the L4 vertebral body, which is situated above the interspinal disc at this level. Therefore, disruption of the disc situated between the L4 and L5 vertebrae will typically impinge the traversing L5 nerve root (unless it is a far lateral herniation that

COLLIER APL 0502

LIB000829

LOW BACK PAIN

**TABLE 2. Accuracy of Physical Examination Tests for Sacroiliac Joint—Related Pain, Lumbar Radiculopathy, and Lumbar Spinal Stenosis**

| Pain problem | Test | Description | Sensitivity (95% CI) | Specificity (95% CI) |
|---|---|---|---|---|
| Sacroiliac joint pain[a] | Compression | Compression of the iliac crest in the lateral position | If 3 or more tests reproduce pain: | |
| | Distraction | Downward pressure on the anterior superior iliac crest | Sensitivity range, 78%-79% | |
| | Patrick (FABER test) | Flexion *abduction* external *rotation* of the thigh and hip | Specificity range, 85%-94% | |
| | Gaenslen | Hyperextension of the leg on the affected side | | |
| | Thigh trust | Adduction of the flexed hip on the affected side | | |
| | Fortin finger | Pain localized 1 fingerbreadth of the posterior iliac crest | | |
| | Gillet | Flexion of the leg toward the chest while standing | | |
| Lumbar radiculopathy[b] | Straight leg raising | Patient supine and hip flexed with knee extended | 64% (56%-71%) | 57% (47%-66%) |
| | Cross straight leg raising | Pain with passive extension of the contralateral leg | 28% (22%-35%) | 90% (85%-94%) |
| | Muscle weakness | During ankle dorsiflexion or extension of the great toe | 27% (20%-37%) | 93% (88%-97%) |
| | Impaired reflexes | Achilles tendon (S1 radiculopathy) | 15% (9%-21%) | 93% (88%-97%) |
| | | Patellar tendon (L4 radiculopathy) | 15% (9%-21%) | 75% (55%-89%) |
| | Sensory deficits | Reduced tactile sensation, tingling, and numbness | 28% (21%-36%) | 66% (56%-74%) |
| | Forward flexion | Pain with bending forward in the standing position | 45% (37%-53%) | 74% (65%-81%) |
| Lumbar spinal stenosis[c] | Romberg | Imbalance when standing with feet together and eyes closed | 39% (24%-54%) | 91% (81%-100%) |
| | Gait abnormality | Wide-based gait | 43% (28%-58%) | 97% (91%-100%) |
| | Spinal flexion | No pain with lumbar flexion | 79% (67%-91%) | 44% (27%-61%) |
| | Spinal extension | Thigh pain with 30-s lumbar extension | 51% (36%-66%) | 69% (53%-85%) |
| | Vibration deficit | Reduced vibratory sense (128-Hz tuning fork) | 53% (38%-68%) | 81% (67%-95%) |
| | Pinprick deficit | Reduced pinprick sense (medial/lateral foot or calf) | 47% (32%-62%) | 81% (67%-95%) |
| | Impaired reflex | Absent Achilles tendon reflex | 46% (31%-61%) | 78% (64%-92%) |

[a]Data from *Man Ther*,[81] *Arch Phys Med Rehabil*,[82] and *J Pain*.[83]
[b]Data from *J Neurol*[90] and *Cochrane Database Syst Rev*.[91]
[c]Data from *Arthritis Rheum*.[92]

accounts for <10% of cases), but not the L4 nerve root. On physical examination, the specificities of various physical tests and neurological findings for detecting lumbar radiculopathy are good, but the sensitivities are generally low (Table 2).[90,91]

One potentially devastating source of LBP is cauda equina syndrome, which is caused by severe compression of the cauda equina due to massive midline disk herniation, tumor, or epidural abscess.[92] Cauda equina syndrome is a surgical emergency characterized by the sudden onset of axial or radicular pain, leg weakness, bowel and/or bladder dysfunction, and loss of perineal sensation, which is also referred to as *saddle anesthesia.*

**Lumbar Spinal Stenosis.** Lumbar spinal stenosis can be associated with both axial and radicular pain, but the hallmark symptom is neurogenic claudication, which has a sensitivity and specificity of 88% (95% CI, 78%-98%) and 34% (95% CI, 18%-50%), respectively.[93]

Patients with neurogenic claudication will typically report the onset or worsening of radicular pain when standing and walking (sensitivity, 71%; specificity, 30%), and rapid improvement in pain with sitting (sensitivity, 52%; specificity, 83%).[93,94] Pain will often radiate into the buttocks, thighs, and/or legs in the distribution of 1 or more dermatomes. Although the mechanism of neurogenic claudication has not been fully elucidated, the prevailing evidence suggests that activities associated with lumbar extension, which reduces the cross-sectional area of the spinal canal, leads to mechanical compression and subsequent impairment of the nerve.[95] This proposed mechanism partly explains the reversibility of symptoms with lumbar flexion, which increases the cross-sectional area of the spinal canal and neural foramina.[96] Other important historical factors associated with a diagnosis of lumbar spinal stenosis include age greater than 65 years (sensitivity, 77%; specificity, 69%) and the presence of bilateral buttock or leg pain (sensitivity, 88%; specificity, 34%).[93,94] On physical

COLLIER APL 0503

LIB000830

**TABLE 3. Sensory, Motor, and Reflex Abnormalities Associated With Lumbar Spine Radiculopathy**

| Root | Region of pain | Dermatomal sensory distribution | Motor | Reflex |
|---|---|---|---|---|
| LI | Inguinal | Inguinal | None | Cremasteric |
| L2 | Inguinal<br>Anterior thigh | Proximal anterior and medial thigh | Hip flexion<br>Hip adduction<br>Some knee extension | Cremasteric<br>Thigh adductor |
| L3 | Anterior thigh and knee | Anterior and medial thigh | Knee extension<br>Hip flexion<br>Hip adduction | Patellar (knee)<br>Thigh adductor |
| L4 | Anterior thigh and anteromedial leg | Anterior knee and medial leg | Hip extension<br>Hip flexion<br>Hip adduction | Patellar |
| L5 | Posterolateral thigh<br>Lateral leg<br>Medial foot | Anterolateral leg<br>Dorsal aspect foot<br>Great toe | Foot dorsiflexion<br>Knee flexion<br>Hip abduction<br>Toe extension/flexion | Possibly internal Hamstring |
| SI | Posterior thigh/leg<br>Heel<br>Lateral foot | Posterolateral leg<br>Heel<br>Lateral Foot | Plantar flexion<br>Toe flexion<br>Knee flexion<br>Hip extension | Achilles (ankle) |

Adapted from Bartleson et al[55] with permission.

examination, the accuracy of motor or sensory findings is generally reliable, and most likely reflect the involvement of the proprioceptive fibers in the posterior columns of the spinal cord (Table 2).[93,96] Other important considerations in the differential diagnosis of lumbar spinal stenosis include hip osteoarthritis, trochanteric bursitis, and vascular claudication. Vascular claudication can be distinguished from neurogenic claudication by signs of poor perfusion, including diminished pedal pulses, pallor, and decreased temperature in the feet. One study[97] found that a positive "shopping cart sign" (relief of pain when leaning forward as if pushing a shopping cart) and pain that was triggered by standing alone and relieved by sitting were the most reliable means to differentiate neurogenic from vascular claudication.

## DIAGNOSTIC TESTING

### Diagnostic Imaging
Despite the availability of practice guidelines for more than 20 years,[98] overuse of imaging persists. This is important because imaging has long been recognized as a key contributor to the overall costs of LBP,[99] and early imaging has not been shown to improve outcomes of patients with axial or radicular pain.[100-102] In addition, imaging abnormalities not directly related to the patients' symptoms may lead to extraneous testing, contribute to more aggressive treatments, and diminish patients' health perception.[103,104] Best practice guidelines for diagnostic imaging for LBP have been published by the American College of Physicians (Table 4).[105] The timing and indications for obtaining imaging studies in these guidelines are risk-stratified and center around the temporal course of the patients' symptoms, which allow these recommendations to be readily implemented in daily clinical practice.

### Electrodiagnostics
Electromyography and nerve conduction studies are the principal electrodiagnostic tests used in the evaluation of patients with radicular pain and lumbar spinal stenosis. In general, the primary objectives of electrodiagnostics for radicular pain are 2-fold.[106] First, if indicated, electrodiagnostic tests are useful to confirm the existence of radiculopathy and to exclude the presence of other peripheral nerve disorders (eg, mononeuropathy multiplex and plexopathy).[106] Second, electrodiagnostic testing can help clarify which nerve root levels are involved, determine the type of nerve root dysfunction (eg, demyelination, axonal loss, and presence of conduction block),

COLLIER APL 0504

LIB000831

and provide information on the severity and chronicity of nerve root abnormalities.[106] Electrodiagnostics can complement the findings of diagnostic imaging studies[107,108] and are particularly useful in the following 2 clinical scenarios: (1) physical examination does not correlate with imaging studies and (2) to clarify the functional significance of an imaging abnormality.[106] Previous studies[109,110] have found a sensitivity ranging between 40% and 85% in detecting lumbosacral radiculopathy, depending on the reference standard. However, electrodiagnostic tests are time-sensitive because nerve root abnormalities may not be reliably detectable until 3 weeks after the onset of symptoms.[106,111]

### Diagnostic Injections

Diagnostic injections are often used to confirm a putative diagnosis and to identify patients who may be candidates for further interventional treatments. For example, blocks targeting nerves innervating the lumbar facet joints (eg, medial branch blocks) and sacroiliac joints (eg, both intra- and extra-articular blocks) help distinguish patients with axial LBP who may be candidates for percutaneous radiofrequency denervation procedures.[112,113] Provocative discography is often touted as the only means to establish a relationship between disc pathology and symptoms but is characterized by a high false-positive rate in some patients (eg, those with psychopathology and previous surgery).[114] Furthermore, the evidence that discography may improve surgical outcomes is limited to a recent subgroup analysis of a randomized study[115] comparing fusion outcomes in those patients who underwent presurgical discography screening and those who did not. In patients with radicular pain, selective nerve root blocks can be considered when imaging, physical examination, or electrodiagnostic studies are inconsistent or noncorroborative.[116] Patients should be referred to a pain medicine specialist with expertise in performing and interpreting the outcomes of diagnostic injections.

### TREATMENT OF LBP

### Pharmacological Treatment

There are multiple trials evaluating a plethora of medication classes for LBP, but aside from studies conducted in patients with

| TABLE 4. American College of Physicians Guideline for Imaging in Patients With Low Back Pain[a,b] | | |
|---|---|---|
| Clinical action | Imaging modality | Indications for initial imaging |
| Immediate imaging | Radiograph and ESR | Major risk factors for cancer |
| | MRI | Suspect spinal infection |
| | | Signs of cauda equina syndrome |
| | | Severe neurological deficits |
| Defer imaging until after initial treatment | Radiograph and/or ESR | Weaker risk factors for cancer |
| | | Risk factors for inflammatory arthritides |
| | | Risk factors for vertebral compression fracture |
| | MRI | Signs of radiculopathy |
| | | Signs of spinal stenosis |
| | No imaging | Improved/resolved pain 1 mo after treatment |
| | | Previous imaging with no change in clinical status |

[a]ESR = erythrocyte sedimentation rate; MRI = magnetic resonance imaging.
[b]Data from Ann Intern Med.[105]

radiculopathy, most have been performed in patients with axial LBP. There is strong evidence in support of nonsteroidal anti-inflammatory drugs for chronic LBP compared with placebo for up to 3 months, but long-term outcome studies are lacking.[117] Muscle relaxants are more effective than placebo for nonspecific LBP, with stronger evidence supporting their use for acute rather than chronic pain. However, caution should be exercised when prescribing drugs such as carisoprodol and benzodiazepines, which carry greater risks (eg, physical dependence) but no greater efficacy than do other muscle relaxants.[118] For antidepressants, the results of systematic reviews are mixed. One narrative review[119] found that 3 of 5 systematic reviews evaluating 14 randomized trials found some evidence of benefit. In general, tricyclic antidepressants have been found to have superior efficacy than serotonin-norepinephrine reuptake inhibitors, which, in turn, are more efficacious than serotonin-specific reuptake inhibitors.[120] Opioids, including tramadol and tapentadol, have been shown to be effective for episodes of acute LBP, as well as for chronic LBP unresponsive to more conservative treatment.[121,122] However, the long-term benefits of opioids, or superiority over nonopioid analgesic medications, remain unproven. For instance, in a systemic review,

COLLIER APL 0505

LIB000832

Chaparro et al[123] found low- to moderate-quality evidence for the short-term benefits of opioids as compared with placebo. For pain relief and functional improvement, no evidence was found to suggest that opioids were superior to nonsteroidal anti-inflammatory drugs or antidepressants.[123]

Few well-designed clinical trials exist for adjuvant medication treatment of radicular pain. Gabapentinoids have shown mixed results in randomized controlled trials as stand-alone and add-on analgesic medications, with a large, placebo-controlled, industry-sponsored study[124] failing to show efficacy for pregabalin. An unpublished industry-sponsored study[125] found no efficacy for oxcarbazepine in 145 patients with lumbosacral radiculopathy. However, 2 placebo-controlled crossover studies[126,127] found efficacy for topiramate, a medication not classified as a first- or second-line treatment of neuropathic pain. In a double-blind, placebo-controlled, crossover study[128] comparing nortriptyline, sustained-release morphine, and the combination of nortriptyline and morphine to an active placebo, small reductions in pain for all treatment groups were observed, and more than half of patients reported adverse effects. A more recent meta-analysis found that the efficacy for duloxetine in patients with chronic LBP was similar to other medications including nonsteroidal anti-inflammatory drugs, opioids, selective serotonin reuptake inhibitors, and glucosamine.[129]

Recently, evidence has emerged in support of a possible infectious etiology for some cases of LBP.[130] A double-blind placebo-controlled study[131] performed in 162 patients with chronic LBP and endplate signal changes indicative of edema (Modic type 1) after a recent (<24 months) disc herniation found significant reductions in both back and leg pain in those treated with oral antibiotics for 100 days. The rationale behind antibiotic treatment is that tears in the outer fibers of annulus fibrosus may enable anaerobic bacteria to enter the disc, resulting in a low-grade inflammatory process[132]; however, these findings are yet to be replicated.

### Therapeutic Injections and Fluoroscopically Guided Procedures

The use of injections and other minimally invasive interventions for LBP has risen dramatically over the past decade, but increased use has not been accompanied by a concomitant reduction in disability rates or surgical procedures.[133,134] If therapeutic injections are considered to be a treatment option, the patient should be referred to a pain medicine specialist with expertise in performing image-guided injections. Fluoroscopically guided corticosteroid injections targeting the facet joints have not been shown to provide significant benefits in controlled trials, whereas intra- and extra-articular sacroiliac joint injections have been shown to provide only short-term benefits.[47,135] However, after the appropriate diagnostic blocks, various radiofrequency denervation (ie, nerve ablation) procedures have been associated with sustained pain relief in carefully selected patients with facet and sacroiliac joint pain.[47,78,135]

Interventional treatments of discogenic axial LBP have been largely disappointing. Placebo-controlled studies evaluating intradiscal steroids[136,137] and cytokine inhibitors[138] have yielded negative results. Although an initial placebo-controlled study[139] evaluating intradiscal methylene blue injection found more than a 90% success rate at 2-year follow-up, the lack of supporting preclinical evidence and the failure to replicate these results in subsequent uncontrolled studies[140,141] has led to the virtual abandonment of this treatment. Several techniques have been developed to treat discogenic LBP by heating intradiscal elements. Although an early controlled study[142] suggested that some patients may benefit from intradiscal electrothermal therapy, a treatment that purportedly acts by coagulating pain receptors, altering collagen architecture in the disc, and sealing annular tears, subsequent studies either failed to replicate these results[143,144] or found that any benefit tended to be short-lived.[145] More recently, a similar procedure known as *biacuplasty* has emerged that circumvents some of the technical problems associated with performing intradiscal electrothermal therapy. A single randomized trial[146] found that patients who underwent biacuplasty obtained better pain relief and functional improvement than did a control group who underwent sham lesioning, with the results persisting through 1-year follow-up. However, concerns about long-term effectiveness and the propensity for disc injury after annulus puncture limit the use of this treatment.

The effects of local anesthetic, steroid, or botulinum toxin injections for muscle-related axial LBP are mixed, and the findings

COLLIER APL 0506

LIB000833

of 2 systematic reviews suggest that these treatments provide only limited short-term pain relief.[147,148]

Epidural steroid injections (ESIs) are the most frequently performed pain management procedures for radicular pain. In well-selected patients, ESIs appear to provide significant benefit as compared with sham injections and conservative treatment for approximately 6 weeks, though some patients may obtain longer benefit.[17] Similar to other treatments, patients with greater disease burden, receiving opioid therapy, and with coexisting psychosocial dysfunction are less likely to respond to ESIs.[149-151] A recent systematic review[152] found that ESIs may possibly reduce the need for surgery in the short-term, but the evidence for long-term surgery prevention is mostly anecdotal and based on indirect evidence or small clinical trials.[153] Technical factors that may improve ESI treatment results include the use of transforaminal rather than interlaminar injections and the use of depo-steroids.[17] However, the administration of transforaminal depo-steroids may be associated with rare but catastrophic consequences including spinal cord infarction.[154] This has led researchers to investigate alternatives to ESI. One such alternative that has garnered intense interest is the use of inflammatory cytokine inhibitors such as the tumor necrosis factor antagonist etanercept. Yet, to date, clinical trials[155-157] evaluating epidural etanercept have yielded conflicting results.

## Physical Modalities and Psychological Treatments

An extensive array of physical modalities and behavioral treatments are used for axial and radicular pain. Some of the more widely used physical modalities associated with improvements in pain and functioning include exercise,[158] specifically walking,[159] yoga,[160] and Pilates.[161] When exercise is recommended, patients may be more likely to participate in programs that reflect their individual preferences, previous exercise experiences, and fitness level.[162] Other forms of treatment associated with favorable outcomes include massage,[163] acupuncture,[164] therapeutic ultrasound,[165] and manipulative spinal therapies,[166,167] and there is some evidence that supports the integration of these treatments into conventional medical therapy for LBP.[168] Although these treatments appear to provide short-term benefit compared with no treatment,

the evidence supporting the superiority over sham therapy, other treatments, or long-term benefit is at best mixed.[169] Transcutaneous electrical nerve stimulation is widely used in clinical practice, but current evidence does not support its use for LBP.[170,171]

Chronic LBP can have devastating effects on emotional functioning and sense of well-being.[172] One of the most widely used psychological treatments of chronic LBP is cognitive behavioral therapy, which focuses on examining the relationships between thoughts, feelings, and behaviors. This form of therapy is associated with improvements in overall emotional functioning and can be delivered in individual or group sessions or as part of a more comprehensive multidisciplinary biopsychosocial rehabilitation program.[173,174] Mindfulness-based stress reduction is a program that incorporates a combination of meditation, bodily awareness, and yoga-like movements. Recent evidence suggests that this form of treatment may lead to improvements in pain acceptance, but evidence supporting its effectiveness in improving pain intensity and physical functioning remains inconclusive.[175]

## Lumbar Spine Surgery, Neurostimulation, and Intrathecal Drug Delivery

A broad range of operative techniques are used to treat LBP, including spinal decompression, discectomy, foraminotomies, disc prosthesis (artificial disc replacement), minimally invasive and microsurgeries, and various approaches for spinal fusion with or without instrumentation. The indications for performing the various lumbar spine operations are complex and depend, in part, on individual patient factors, but geographic variations in surgical rates suggest that other factors, including access to health care resources, may influence the surgical decision-making process.[176,177] The general indications for commonly performed lumbar spine operations include spinal decompression for radicular symptoms including lumbar spinal stenosis as well as spinal fusion or disc prosthesis for discogenic LBP without nerve root involvement.

In a systematic review[178] that investigated the effects of spinal decompression compared with nonoperative management of radicular pain, early surgery within 12 weeks of the onset of radicular pain was associated with faster pain

COLLIER APL 0507

LIB000834



**FIGURE 6.** Summary of clinical and anatomical characteristics of axial LBP and radicular pain. EBM = evidence-based medicine; LBP = low back pain.

relief compared with prolonged conservative treatment. However, there was no significant group difference in pain or functionality at 1- and 2-year follow-up.[178] In patients with lumbar spinal stenosis with or without spondylolisthesis, decompressive laminectomy was associated with improved pain, disability, and quality of life than was conservative treatment.[179,180] The favorable benefits of surgical decompression emerged at 3 to 6 months and were still evident 2 to 4 years after surgery.[179] However, a recent systematic review[181] found that decompression with fusion was not superior to decompression alone for lumbar spinal stenosis and concluded that the efficacy of various surgical treatments remains uncertain. For discogenic LBP, disability scores at 2- to 4-year follow-up were similar in patients randomized to undergo spinal fusion or cognitive behavioral-based pain rehabilitation.[182,183] Although disc prosthesis is associated with more preserved range of motion than is spinal fusion and, in some contexts, may be superior to spinal fusion

for improvements in pain and disability,[184] the outcomes compared to pain rehabilitation are mixed.[185] For example, in a randomized comparative trial,[185] patients allocated to undergo disc prosthesis experienced a statistically significant but not a clinically meaningful reduction in disability scores at 2-year follow-up as compared with patients allocated to receive pain rehabilitation.

Neurostimulation, which includes spinal cord, dorsal root ganglion, motor cortex, and deep brain stimulation, provides pain relief through modulation of the nervous system. Spinal cord stimulation, the most widely used neurostimulation technique, involves placement of electrodes in the epidural space. This technique exerts its analgesic effects by stimulating large, fast-conducting sensory fibers, thereby inhibiting the slower-conducting A-delta and C nociceptive fibers responsible for pain transmission. In essence, conventional spinal cord stimulation acts by creating an area of paresthesia within the anatomical distribution of pain, though

**1712**

COLLIER APL 0508

LIB000835

high-frequency and burst stimulation have been found to be more effective than traditional stimulation for alleviating pain without the accompanying paresthesias.[55,186] One of the most widely recognized indications for neurostimulation is refractory radicular pain in association with failed back surgery syndrome.[187] Although the evidence supporting neurostimulation for axial LBP is limited, recent randomized studies[187,188] found high-frequency spinal cord stimulation to be more effective than conventional stimulation. Referral to a pain medicine specialist for a neurostimulation evaluation is typically reserved for patients who have failed other pain therapies including medications, injections, and physical modalities.

Intrathecal drug delivery systems, also referred to as *pain pumps* or *morphine pumps*, administer medications directly to the intrathecal space.[189] A small caliber catheter is placed percutaneously in the intrathecal space and tunneled subcutaneously to a programmable reservoir pump that is typically implanted in the subcutaneous tissues of the lower abdominal region. Medications that are typically used as solo therapy or in combination include opioids (eg, morphine, hydromorphone, and fentanyl), local anesthetic medications (eg, bupivacaine), clonidine, and ziconotide, which is a novel N-type voltage-gated calcium channel blocker approved only for intrathecal use.[190] Although the primary indication for intrathecal drug delivery is intractable cancer-related pain, patients with refractory and possibly inoperable LBP due to failed back surgery syndrome or, less frequently, spinal stenosis may occasionally be considered for intrathecal drug delivery.[187,189]

## CONCLUSION

In the absence of a widely recognized classification system for pain syndromes, classifying LBP as mechanical or neuropathic provides a cohesive model for organizing the large body of knowledge surrounding the evaluation and treatment of LBP in daily clinical practice (Figure 6). The sensitivity and specificity of some historical and physical examination findings have been established for commonly occurring sources of LBP, including sacroiliac joint pain, radiculopathy, and lumbar spinal stenosis. However, red flag indicators of serious underlying pathology are accurate only for vertebral compression fracture and spinal malignancy. Diagnostic testing,

including electrodiagnostics and injections, can be useful in identifying the source of LBP, and adherence to established guidelines governing diagnostic imaging can potentially diminish the risk of unnecessary resource utilization. Multiple pharmacological trials exist for both axial and radicular pain; however, the long-term outcomes of commonly used drugs remain mixed. For carefully selected patients with sacroiliac joint and facet-related LBP, radiofrequency denervation techniques can provide sustained pain relief. For patients with radicular pain, transforaminal ESIs and neurostimulation may provide short- and longer-term pain relief, respectively. The indications for performing the various lumbar spine operations are complex and depend, in part, on individual patient factors. However, the general indications for commonly performed operations include spinal decompression for radicular symptoms and spinal fusion or disc prosthesis for discogenic LBP. A broad array of physical modalities and psychological treatments can improve pain and functioning, but individual patient preferences may influence treatment adherence.

**Abbreviations and Acronyms: ESI** = epidural steroid injection; **LBP** = low back pain; **LSTV** = lumbosacral transitional vertebra

**Correspondence:** Address to W. Michael Hooten, MD, Department of Anesthesiology, Mayo Clinic, Charlton 145, 200 First St SW, Rochester, MN 55902 (hooten.william@mayo.edu). Individual reprints of this article and a bound reprint of the entire Symposium on Pain Medicine will be available for purchase from our website www.mayoclinicproceedings.org.

**The Symposium on Pain Medicine will continue in an upcoming issue.**

## REFERENCES

1. Murray CJ, Atkinson C, Bhalla K, et al; US Burden of Disease Collaborators. The state of US health, 1990-2010: burden of diseases, injuries, and risk factors. *JAMA*. 2013; 310(6):591-608.
2. Henschke N, Kamper SJ, Maher CG. The epidemiology and economic consequences of pain. *Mayo Clin Proc*. 2015;90(1): 139-147.
3. Fillingim RB, Bruehl S, Dworkin RH, et al. The ACTTION-American Pain Society Pain Taxonomy (AAPT): an evidence-based and multidimensional approach to classifying chronic pain conditions. *J Pain*. 2014;15(3):241-249.
4. Geurts JW. Classification and management of low back pain: Is this the right direction? *Eur J Pain*. 2015;19(3):293-294.
5. Henriques AA, Dussán-Sarria JA, Botelho LM, Caumo W. Multidimensional approach to classifying chronic pain conditions—less is more. *J Pain*. 2014;15(11):1199-1200.

COLLIER APL 0509

LIB000836

6. DePalma MJ, Ketchum JM, Saullo T. What is the source of chronic low back pain and does age play a role? *Pain Med.* 2011;12(2):224-233.

7. DePalma MJ, Ketchum JM, Saullo TR. Multivariable analyses of the relationships between age, gender, and body mass index and the source of chronic low back pain. *Pain Med.* 2012; 13(4):498-506.

8. Cohen SP. Epidemiology, diagnosis, and treatment of neck pain. *Mayo Clin Proc.* 2015;90(2):284-299.

9. Hoy D, Brooks P, Blyth F, Buchbinder R. The epidemiology of low back pain. *Best Pract Res Clin Rheumatol.* 2010;24(6): 769-781.

10. Hoy D, Bain C, Williams G, et al. A systematic review of the global prevalence of low back pain. *Arthritis Rheum.* 2012; 64(6):2028-2037.

11. Taylor JB, Goode AP, George SZ, Cook CE. Incidence and risk factors for first-time incident low back pain: a systematic review and meta-analysis. *Spine J.* 2014;14(10):2299-2319.

12. Freynhagen R, Baron R, Gockel U, Tölle TR. painDETECT: a new screening questionnaire to identify neuropathic components in patients with back pain. *Curr Med Res Opin.* 2006; 22(10):1911-1920.

13. El Sissi W, Arnaout A, Chaarani MW, et al. Prevalence of neuropathic pain among patients with chronic low-back pain in the Arabian Gulf Region assessed using the leeds assessment of neuropathic symptoms and signs pain scale. *J Int Med Res.* 2010;38(6):2135-2145.

14. Beith ID, Kemp A, Kenyon J, Prout M, Chestnut TJ. Identifying neuropathic back and leg pain: a cross-sectional study. *Pain.* 2011;152(7):1511-1516.

15. Kaki AM, El-Yaski AZ, Youseif E. Identifying neuropathic pain among patients with chronic low-back pain: use of the Leeds Assessment of Neuropathic Symptoms and Signs pain scale. *Reg Anesth Pain Med.* 2005;30(5):422-428.

16. Hassan AE, Saleh HA, Baroudy YM, et al. Prevalence of neuropathic pain among patients suffering from chronic low back pain in Saudi Arabia. *Saudi Med J.* 2004;25(12):1986-1990.

17. Cohen SP, Bicket MC, Jamison D, Wilkinson I, Rathmell JP. Epidural steroids: a comprehensive, evidence-based review. *Reg Anesth Pain Med.* 2013;38(3):175-200.

18. Smith BH, Torrance N, Bennett MI, Lee AJ. Health and quality of life associated with chronic pain of predominantly neuropathic origin in the community. *Clin J Pain.* 2007;23(2): 143-149.

19. Younes M, Béjia I, Aguir Z, et al. Prevalence and risk factors of disk-related sciatica in an urban population in Tunisia. *Joint Bone Spine.* 2006;73(5):538-542.

20. Matsudaira K, Kawaguchi M, Isomura T, et al. Identification of risk factors for new-onset sciatica in Japanese workers: findings from the Japan epidemiological research of Occupation-related Back pain study. *Spine (Phila Pa 1976).* 2013;38(26): E1691-E1700.

21. Melancia JL, Francisco AF, Antunes JL. Spinal stenosis. *Handb Clin Neurol.* 2014;119:541-549.

22. Henschke N, Maher CG, Refshauge KM, et al. Prognosis in patients with recent onset low back pain in Australian primary care: inception cohort study. *BMJ.* 2008;337:a171.

23. Itz CJ, Geurts JW, van Kleef M, Nelemans P. Clinical course of non-specific low back pain: a systematic review of prospective cohort studies set in primary care. *Eur J Pain.* 2013;17(1):5-15.

24. Hakelius A. Prognosis in sciatica: a clinical follow-up of surgical and non-surgical treatment. *Acta Orthop Scand Suppl.* 1970; 129:1-76.

25. Saal JA, Saal JS. Nonoperative treatment of herniated lumbar intervertebral disc with radiculopathy: an outcome study. *Spine (Phila Pa 1976).* 1989;14(4):431-437.

26. Weber H, Holme I, Amlie E. The natural course of acute sciatica with nerve root symptoms in a double-blind placebo-controlled trial evaluating the effect of piroxicam. *Spine (Phila Pa 1976).* 1993;18(11):1433-1438.

27. Fraser RD. Chymopapain for the treatment of intervertebral disc herniation: the final report of a double-blind study. *Spine (Phila Pa 1976).* 1984;9(8):815-818.

28. Suri P, Rainville J, Hunter DJ, Li L, Katz JN. Recurrence of radicular pain or back pain after nonsurgical treatment of symptomatic lumbar disk herniation. *Arch Phys Med Rehabil.* 2012; 93(4):690-695.

29. Casey E. Natural history of radiculopathy. *Phys Med Rehabil Clin N Am.* 2011;22(1):1-5.

30. Saal JA. Natural history and nonoperative treatment of lumbar disc herniation. *Spine (Phila Pa 1976).* 1996;21(24 suppl):2S-9S.

31. Benoist M. The natural history of lumbar disc herniation and radiculopathy. *Joint Bone Spine.* 2002;69(2):155-160.

32. Linton SJ, Boersma K. Early identification of patients at risk of developing a persistent back problem: the predictive validity of the Orebro Musculoskeletal Pain Questionnaire. *Clin J Pain.* 2003;19(2):80-86.

33. Sattelmayer M, Lorenz T, Röder C, Hilfiker R. Predictive value of the Acute Low Back Pain Screening Questionnaire and the Örebro Musculoskeletal Pain Screening Questionnaire for persisting problems. *Eur Spine J.* 2012;21(suppl 6):S773-S784.

34. Minamide A, Yoshida M, Maio K. The natural clinical course of lumbar spinal stenosis: a longitudinal cohort study over a minimum of 10 years. *J Orthop Sci.* 2013;18(5):693-698.

35. Micankova Adamova B, Vohanka S, Dusek L, Jarkovsky J, Bednarik J. Prediction of long-term clinical outcome in patients with lumbar spinal stenosis. *Eur Spine J.* 2012;21(12):2611-2619.

36. Johnsson KE, Udén A, Rosén I. The effect of decompression on the natural course of spinal stenosis: a comparison of surgically treated and untreated patients. *Spine (Phila Pa 1976).* 1991;16(6):615-619.

37. Johnsson KE, Rosén I, Udén A. The natural course of lumbar spinal stenosis. *Clin Orthop Relat Res.* 1992;279:82-86.

38. Amundsen T, Weber H, Nordal HJ, Magnaes B, Abdelnoor M, Lilleâs F. Lumbar spinal stenosis: conservative or surgical management? A prospective 10-year study. *Spine (Phila Pa 1976).* 2000;25(11):1424-1435; discussion 1435-1426.

39. Konin GP, Walz DM. Lumbosacral transitional vertebrae: classification, imaging findings, and clinical relevance. *AJNR Am J Neuroradiol.* 2010;31(10):1778-1786.

40. Taskaynatan MA, Izci Y, Ozgul A, Hazneci B, Dursun H, Kalyon TA. Clinical significance of congenital lumbosacral malformations in young male population with prolonged low back pain. *Spine (Phila Pa 1976).* 2005;30(8):E210-E213.

41. Otani K, Konno S, Kikuchi S. Lumbosacral transitional vertebrae and nerve-root symptoms. *J Bone Joint Surg Br.* 2001; 83(8):1137-1140.

42. Tang M, Yang XF, Yang SW, et al. Lumbosacral transitional vertebra in a population-based study of 5860 individuals: prevalence and relationship to low back pain. *Eur J Radiol.* 2014; 83(9):1679-1682.

43. Nardo L, Alizai H, Virayavanich W, et al. Lumbosacral transitional vertebrae: association with low back pain. *Radiology.* 2012;265(2):497-503.

44. Roberts S, Menage J, Urban JP. Biochemical and structural properties of the cartilage end-plate and its relation to the intervertebral disc. *Spine (Phila Pa 1976).* 1989;14(2):166-174.

45. Simon J, McAuliffe M, Shamim F, Vuong N, Tahaei A. Discogenic low back pain. *Phys Med Rehabil Clin N Am.* 2014;25(2): 305-317.

46. Kallewaard JW, Terheggen MA, Groen GJ, et al. 15. Discogenic low back pain. *Pain Pract.* 2010;10(6):560-579.

47. Cohen SP, Raja SN. Pathogenesis, diagnosis, and treatment of lumbar zygapophysial (facet) joint pain. *Anesthesiology.* 2007; 106(3):591-614.

48. Yang KH, King AI. Mechanism of facet load transmission as a hypothesis for low-back pain. *Spine (Phila Pa 1976).* 1984; 9(6):557-565.

49. Adams MA, Hutton WC. The mechanical function of the lumbar apophyseal joints. *Spine (Phila Pa 1976).* 1983;8(3):327-330.

COLLIER APL 0510

LIB000837

LOW BACK PAIN

50. Izzo R, Guarnieri G, Guglielmi G, Muto M. Biomechanics of the spine. Part I: spinal stability. *Eur J Radiol*. 2013;82(1):118-126.

51. Gellhorn AC, Katz JN, Suri P. Osteoarthritis of the spine: the facet joints. *Nat Rev Rheumatol*. 2013;9(4):216-224.

52. Kosaka H, Sairyo K, Biyani A, et al. Pathomechanism of loss of elasticity and hypertrophy of lumbar ligamentum flavum in elderly patients with lumbar spinal canal stenosis. *Spine (Phila Pa 1976)*. 2007;32(25):2805-2811.

53. Sairyo K, Biyani A, Goel V, et al. Pathomechanism of ligamentum flavum hypertrophy: a multidisciplinary investigation based on clinical, biomechanical, histologic, and biologic assessments. *Spine (Phila Pa 1976)*. 2005;30(23):2649-2656.

54. Szpalski M, Gunzburg R. Lumbar spinal stenosis in the elderly: an overview. *Eur Spine J*. 2003;12(suppl 2):S170-S175.

55. Bartleson J, Deen GH. *Spine Disorders: Medical and Surgical Management*. Cambridge: Cambridge University Press; 2009.

56. Leinonen V, Kankaanpää M, Luukkonen M, et al. Lumbar paraspinal muscle function, perception of lumbar position, and postural control in disc herniation-related back pain. *Spine (Phila Pa 1976)*. 2003;28(8):842-848.

57. Chan ST, Fung PK, Ng NY, et al. Dynamic changes of elasticity, cross-sectional area, and fat infiltration of multifidus at different postures in men with chronic low back pain. *Spine J*. 2012;12(5):381-388.

58. Kalichman L, Hodges P, Li L, Guermazi A, Hunter DJ. Changes in paraspinal muscles and their association with low back pain and spinal degeneration: CT study. *Eur Spine J*. 2010;19(7):1136-1144.

59. Silfies SP, Squillante D, Maurer P, Westcott S, Karduna AR. Trunk muscle recruitment patterns in specific chronic low back pain populations. *Clin Biomech (Bristol, Avon)*. 2005;20(5):465-473.

60. Teichtahl AJ, Urquhart DM, Wang Y, et al. Physical inactivity is associated with narrower lumbar intervertebral discs, high fat content of paraspinal muscles and low back pain and disability. *Arthritis Res Ther*. 2015;17:114.

61. Deyo RA, Weinstein JN. Low back pain. *N Engl J Med*. 2001;344(5):363-370.

62. Chou R, Qaseem A, Snow V, et al; Clinical Efficacy Assessment Subcommittee of the American College of Physicians; American College of Physicians; American Pain Society Low Back Pain Guidelines Panel. Diagnosis and treatment of low back pain: a joint clinical practice guideline from the American College of Physicians and the American Pain Society [published correction appears in *Ann Intern Med*. 2008 (Correction: Diagnosis and treatment of low back pain.)]. *Ann Intern Med*. 2007;147(7):478-491.

63. Underwood M, Buchbinder R. Red flags for back pain. *BMJ*. 2013;347:f7432.

64. Henschke N, Maher CG, Refshauge KM, et al. Prevalence of and screening for serious spinal pathology in patients presenting to primary care settings with acute low back pain. *Arthritis Rheum*. 2009;60(10):3072-3080.

65. Downie A, Williams CM, Henschke N, et al. Red flags to screen for malignancy and fracture in patients with low back pain: systematic review [published correction appears in *BMJ*. 2014;348:g7]. *BMJ*. 2013;347:f7095.

66. Williams CM, Henschke N, Maher CG, et al. Red flags to screen for vertebral fracture in patients presenting with low-back pain. *Cochrane Database Syst Rev*. 2013;(1):CD008643.

67. Malik KM, Cohen SP, Walega DR, Benzon HT. Diagnostic criteria and treatment of discogenic pain: a systematic review of recent clinical literature. *Spine J*. 2013;13(11):1675-1689.

68. Schwarzer AC, Aprill CN, Derby R, Fortin J, Kine G, Bogduk N. The prevalence and clinical features of internal disc disruption in patients with chronic low back pain. *Spine (Phila Pa 1976)*. 1995;20(17):1878-1883.

69. Depalma MJ, Ketchum JM, Trussell BS, Saullo TR, Slipman CW. Does the location of low back pain predict its source? *PM R*. 2011;3(1):33-39.

70. Ohnmeiss DD, Vanharanta H, Ekholm J. Relation between pain location and disc pathology: a study of pain drawings and CT/discography. *Clin J Pain*. 1999;15(3):210-217.

71. Schwarzer AC, Wang SC, Bogduk N, McNaught PJ, Laurent R. Prevalence and clinical features of lumbar zygapophysial joint pain: a study in an Australian population with chronic low back pain. *Ann Rheum Dis*. 1995;54(2):100-106.

72. Schwarzer AC, Aprill CN, Derby R, Fortin J, Kine G, Bogduk N. Clinical features of patients with pain stemming from the lumbar zygapophysial joints: is the lumbar facet syndrome a clinical entity? *Spine (Phila Pa 1976)*. 1994;19(10):1132-1137.

73. Laslett M, McDonald B, Aprill CN, Tropp H, Oberg B. Clinical predictors of screening lumbar zygapophyseal joint blocks: development of clinical prediction rules. *Spine J*. 2006;6(4):370-379.

74. Ianuzzi A, Little JS, Chiu JB, Baitner A, Kawchuk G, Khalsa PS. Human lumbar facet joint capsule strains: I. During physiological motions. *Spine J*. 2004;4(2):141-152.

75. Revel M, Poiraudeau S, Auleley GR, et al. Capacity of the clinical picture to characterize low back pain relieved by facet joint anesthesia: proposed criteria to identify patients with painful facet joints. *Spine (Phila Pa 1976)*. 1998;23(18):1972-1976; discussion 1977.

76. Cohen SP, Hurley RW, Christo PJ, Winkley J, Mohiuddin MM, Stojanovic MP. Clinical predictors of success and failure for lumbar facet radiofrequency denervation. *Clin J Pain*. 2007;23(1):45-52.

77. Maigne JY, Aivaliklis A, Pfefer F. Results of sacroiliac joint double block and value of sacroiliac pain provocation tests in 54 patients with low back pain. *Spine (Phila Pa 1976)*. 1996;21(16):1889-1892.

78. Cohen SP, Chen Y, Neufeld NJ. Sacroiliac joint pain: a comprehensive review of epidemiology, diagnosis and treatment. *Expert Rev Neurother*. 2013;13(1):99-116.

79. Slipman CW, Jackson HB, Lipetz JS, Chan KT, Lenrow D, Vresilovic EJ. Sacroiliac joint pain referral zones. *Arch Phys Med Rehabil*. 2000;81(3):334-338.

80. Young S, Aprill C, Laslett M. Correlation of clinical examination characteristics with three sources of chronic low back pain. *Spine J*. 2003;3(6):460-465.

81. Laslett M, Aprill CN, McDonald B, Young SB. Diagnosis of sacroiliac joint pain: validity of individual provocation tests and composites of tests. *Man Ther*. 2005;10(3):207-218.

82. van der Wurff P, Buijs EJ, Groen GJ. A multitest regimen of pain provocation tests as an aid to reduce unnecessary minimally invasive sacroiliac joint procedures. *Arch Phys Med Rehabil*. 2006;87(1):10-14.

83. Szadek KM, van der Wurff P, van Tulder MW, Zuurmond WW, Perez RS. Diagnostic validity of criteria for sacroiliac joint pain: a systematic review. *J Pain*. 2009;10(4):354-368.

84. Michel F, Decavel P, Toussirot E, et al. Piriformis muscle syndrome: diagnostic criteria and treatment of a monocentric series of 250 patients. *Ann Phys Rehabil Med*. 2013;56(5):371-383.

85. Vora AJ, Doerr KD, Wolfer LR. Functional anatomy and pathophysiology of axial low back pain: disc, posterior elements, sacroiliac joint, and associated pain generators. *Phys Med Rehabil Clin N Am*. 2010;21(4):679-709.

86. Malanga GA, Cruz Colon EJ. Myofascial low back pain: a review. *Phys Med Rehabil Clin N Am*. 2010;21(4):711-724.

87. Leone A, Cianfoni A, Cerase A, Magarelli N, Bonomo L. Lumbar spondylolysis: a review. *Skeletal Radiol*. 2011;40(6):683-700.

88. Koes BW, van Tulder MW, Peul WC. Diagnosis and treatment of sciatica. *BMJ*. 2007;334(7607):1313-1317.

89. Czyrny JJ, Lawrence J. The importance of paraspinal muscle EMG in cervical and lumbosacral radiculopathy: review of 100 cases. *Electromyogr Clin Neurophysiol*. 1996;36(8):503-508.

COLLIER APL 0511

LIB000838

MAYO CLINIC PROCEEDINGS

90. Vroomen PC, de Krom MC, Knottnerus JA. Diagnostic value of history and physical examination in patients suspected of sciatica due to disc herniation: a systematic review. J Neurol. 1999;246(10):899-906.

91. van der Windt DA, Simons E, Riphagen II, et al. Physical examination for lumbar radiculopathy due to disc herniation in patients with low-back pain. Cochrane Database Syst Rev. 2010;(2):CD007431.

92. Gardner A, Gardner E, Morley T. Cauda equina syndrome: a review of the current clinical and medico-legal position. Eur Spine J. 2011;20(5):690-697.

93. Katz JN, Dalgas M, Stucki G, et al. Degenerative lumbar spinal stenosis. Diagnostic value of the history and physical examination. Arthritis Rheum. 1995;38(9):1236-1241.

94. Suri P, Rainville J, Kalichman L, Katz JN. Does this older adult with lower extremity pain have the clinical syndrome of lumbar spinal stenosis? JAMA. 2010;304(23):2628-2636.

95. Kobayashi S. Pathophysiology, diagnosis and treatment of intermittent claudication in patients with lumbar canal stenosis. World J Orthop. 2014;5(2):134-145.

96. Katz JN, Harris MB. Clinical practice: lumbar spinal stenosis. N Engl J Med. 2008;358(8):818-825.

97. Nadeau M, Rosas-Arellano MP, Gurr KR, et al. The reliability of differentiating neurogenic claudication from vascular claudication based on symptomatic presentation. Can J Surg. 2013; 56(6):372-377.

98. Bigos S, Bowyer O, Braen G, et al. Acute Low Back Problems in Adults. Rockville, MD: Agency for Health Care Policy and Research, Public Health Service, US Dept of Health and Human Services; December 1994. Clinical Practie Guidline No. 14. AHCPR Publication No. 95-0642.

99. Deyo RA. Cascade effects of medical technology. Annu Rev Public Health. 2002;23:23-44.

100. Chou R, Fu R, Carrino JA, Deyo RA. Imaging strategies for low-back pain: systematic review and meta-analysis. Lancet. 2009;373(9662):463-472.

101. Jarvik JG, Gold LS, Comstock BA, et al. Association of early imaging for back pain with clinical outcomes in older adults [published corrections appear in JAMA. 2015 (Incorrect alignment and omitted data in tables)]. JAMA. 2015;313(11): 1143-1153.

102. Cohen SP, Gupta A, Strassels SA, et al. Effect of MRI on treatment results or decision making in patients with lumbosacral radiculopathy referred for epidural steroid injections: a multicenter, randomized controlled trial [published correction appears in Arch Intern Med. 2012;172(8):673]. Arch Intern Med. 2012;172(2):134-142.

103. Graves JM, Fulton-Kehoe D, Jarvik JG, Franklin GM. Health care utilization and costs associated with adherence to clinical practice guidelines for early magnetic resonance imaging among workers with acute occupational low back pain. Health Serv Res. 2014;49(2):645-665.

104. Ash LM, Modic MT, Obuchowski NA, Ross JS, Brant-Zawadzki MN, Grooff PN. Effects of diagnostic information, per se, on patient outcomes in acute radiculopathy and low back pain. AJNR Am J Neuroradiol. 2008;29(6):1098-1103.

105. Chou R, Qaseem A, Owens DK, Shekelle P; Clinical Guidelines Committee of the American College of Physicians. Diagnostic imaging for low back pain: advice for high-value health care from the American College of Physicians [published correction appears in Ann Intern Med. 2012;156(1, pt 1):71]. Ann Intern Med. 2011;154(3):181-189.

106. Sandoval AE. Electrodiagnostics for low back pain. Phys Med Rehabil Clin N Am. 2010;21(4):767-776.

107. Haig AJ, Geisser ME, Tong HC, et al. Electromyographic and magnetic resonance imaging to predict lumbar stenosis, low-back pain, and no back symptoms. J Bone Joint Surg Am. 2007;89(2):358-366.

108. Reza Soltani Z, Sajadi S, Tavana B. A comparison of magnetic resonance imaging with electrodiagnostic findings in the evaluation of clinical radiculopathy: a cross-sectional study. Eur Spine J. 2014;23(4):916-921.

109. Plastaras CT, Joshi AB. The electrodiagnostic evaluation of radiculopathy. Phys Med Rehabil Clin N Am. 2011;22(1):59-74.

110. Mondelli M, Aretini A, Arrigucci U, Ginanneschi F, Greco G, Sicurelli F. Clinical findings and electrodiagnostic testing in 108 consecutive cases of lumbosacral radiculopathy due to herniated disc. Neurophysiol Clin. 2013;43(4): 205-215.

111. Plastaras CT. Electrodiagnostic challenges in the evaluation of lumbar spinal stenosis. Phys Med Rehabil Clin N Am. 2003; 14(1):57-69.

112. Cohen SP, Hurley RW, Buckenmaier CC III, Kurihara C, Morlando B, Dragovich A. Randomized placebo-controlled study evaluating lateral branch radiofrequency denervation for sacroiliac joint pain. Anesthesiology. 2008;109(2):279-288.

113. Cohen SP, Williams KA, Kurihara C, et al. Multicenter, randomized, comparative cost-effectiveness study comparing 0, 1, and 2 diagnostic medial branch (facet joint nerve) block treatment paradigms before lumbar facet radiofrequency denervation. Anesthesiology. 2010;113(2):395-405.

114. Provenzano DA. Diagnostic discography: what is the clinical utility? Curr Pain Headache Rep. 2012;16(1):26-34.

115. Margetic P, Pavic R, Stancic MF. Provocative discography screening improves surgical outcome. Wien Klin Wochenschr. 2013;125(19-20):600-610.

116. Yeom JS, Lee JW, Park KW, et al. Value of diagnostic lumbar selective nerve root block a prospective controlled study. AJNR Am J Neuroradiol. 2008;29(5):1017-1023.

117. Kuijpers T, van Middelkoop M, Rubinstein SM, et al. A systematic review on the effectiveness of pharmacological interventions for chronic non-specific low-back pain. Eur Spine J. 2011;20(1):40-50.

118. van Tulder MW, Touray T, Furlan AD, Solway S, Bouter LM; Cochrane Back Review Group. Muscle relaxants for nonspecific low back pain: a systematic review within the framework of the Cochrane collaboration. Spine (Phila Pa 1976). 2003; 28(17):1978-1992.

119. Williamson OD, Sagman D, Bruins RH, Boulay LJ, Schacht A. Antidepressants in the treatment for chronic low back pain: questioning the validity of meta-analyses. Pain Pract. 2014; 14(2):E33-E41.

120. Finnerup NB, Sindrup SH, Jensen TS. The evidence for pharmacological treatment of neuropathic pain. Pain. 2010;150(3): 573-581.

121. Lasko B, Levitt RJ, Rainsford KD, Bouchard S, Rozova A, Robertson S. Extended-release tramadol/paracetamol in moderate-to-severe pain: a randomized, placebo-controlled study in patients with acute low back pain. Curr Med Res Opin. 2012;28(5):847-857.

122. Biondi D, Xiang J, Benson C, Etropolski M, Moskovitz B, Rauschkolb C. Tapentadol immediate release versus oxycodone immediate release for treatment of acute low back pain. Pain Physician. 2013;16(3):E237-E246.

123. Chaparro LE, Furlan AD, Deshpande A, Mailis-Gagnon A, Atlas S, Turk DC. Opioids compared to placebo or other treatments for chronic low-back pain. Cochrane Database Syst Rev. 2013;(8):CD004959.

124. Baron R, Freynhagen R, Tölle TR, et al; A0081007 Investigators. The efficacy and safety of pregabalin in the treatment of neuropathic pain associated with chronic lumbosacral radiculopathy. Pain. 2010;150(3):420-427.

125. Zhou M, Chen N, He L, Yang M, Zhu C, Wu F. Oxcarbazepine for neuropathic pain. Cochrane Database Syst Rev. 2013; (3):CD007963.

126. Khoromi S, Patsalides A, Parada S, Salehi V, Meegan JM, Max MB. Topiramate in chronic lumbar radicular pain. J Pain. 2005;6(12):829-836.

127. O'Connor AB, Dworkin RH. Treatment of neuropathic pain: an overview of recent guidelines. Am J Med. 2009;122(10 suppl):S22-S32.

COLLIER APL 0512

LIB000839

LOW BACK PAIN

128. Khoromi S, Cui L, Nackers L, Max MB. Morphine, nortriptyline and their combination vs. placebo in patients with chronic lumbar root pain. *Pain*. 2007;130(1-2):66-75.

129. Cawston H, Davie A, Paget MA, Skljarevski V, Happich M. Efficacy of duloxetine versus alternative oral therapies: an indirect comparison of randomised clinical trials in chronic low back pain. *Eur Spine J*. 2013;22(9):1996-2009.

130. Urquhart DM, Zheng Y, Cheng AC, et al. Could low grade bacterial infection contribute to low back pain? A systematic review. *BMC Med*. 2015;13:13.

131. Albert HB, Sorensen JS, Christensen BS, Manniche C. Antibiotic treatment in patients with chronic low back pain and vertebral bone edema (Modic type 1 changes): a double-blind randomized clinical controlled trial of efficacy. *Eur Spine J*. 2013;22(4):697-707.

132. Albert HB, Kjaer P, Jensen TS, Sorensen JS, Bendix T, Manniche C. Modic changes, possible causes and relation to low back pain. *Med Hypotheses*. 2008;70(2):361-368.

133. Manchikanti L, Falco FJ, Singh V, et al. Utilization of interventional techniques in managing chronic pain in the Medicare population: analysis of growth patterns from 2000 to 2011. *Pain Physician*. 2012;15(6):E969-E982.

134. Deyo RA, Mirza SK, Turner JA, Martin BI. Overtreating chronic back pain: time to back off? *J Am Board Fam Med*. 2009;22(1):62-68.

135. Hansen H, Manchikanti L, Simopoulos TT, et al. A systematic evaluation of the therapeutic effectiveness of sacroiliac joint interventions. *Pain Physician*. 2012;15(3):E247-E278.

136. Khot A, Bowditch M, Powell J, Sharp D. The use of intradiscal steroid therapy for lumbar spinal discogenic pain: a randomized controlled trial. *Spine (Phila Pa 1976)*. 2004;29(8):833-836; discussion 837.

137. Simmons JW, McMillin JN, Emery SF, Kimmich SJ. Intradiscal steroids: a prospective double-blind clinical trial. *Spine (Phila Pa 1976)*. 1992;17(6 suppl):S172-S175.

138. Cohen SP, Wenzell D, Hurley RW, et al. A double-blind, placebo-controlled, dose-response pilot study evaluating intradiscal etanercept in patients with chronic discogenic low back pain or lumbosacral radiculopathy. *Anesthesiology*. 2007;107(1):99-105.

139. Peng B, Pang X, Wu Y, Zhao C, Song X. A randomized placebo-controlled trial of intradiscal methylene blue injection for the treatment of chronic discogenic low back pain. *Pain*. 2010;149(1):124-129.

140. Gupta G, Radhakrishna M, Chankowsky J, Asenjo JF. Methylene blue in the treatment of discogenic low back pain. *Pain Physician*. 2012;15(4):333-338.

141. Kim SH, Ahn SH, Cho YW, Lee DG. Effect of intradiscal methylene blue injection for the chronic discogenic low back pain: one year prospective follow-up study. *Ann Rehabil Med*. 2012;36(5):657-664.

142. Pauza KJ, Howell S, Dreyfuss P, Peloza JH, Dawson K, Bogduk N. A randomized, placebo-controlled trial of intradiscal electrothermal therapy for the treatment of discogenic low back pain. *Spine J*. 2004;4(1):27-35.

143. Freeman BJ, Fraser RD, Cain CM, Hall DJ, Chapple DC. A randomized, double-blind, controlled trial: intradiscal electrothermal therapy versus placebo for the treatment of chronic discogenic low back pain. *Spine (Phila Pa 1976)*. 2005;30(21):2369-2377; discussion 2378.

144. Kvarstein G, Måwe L, Indahl A, et al. A randomized double-blind controlled trial of intra-annular radiofrequency thermal disc therapy—a 12-month follow-up. *Pain*. 2009;145(3):279-286.

145. Freedman BA, Cohen SP, Kuklo TR, Lehman RA, Larkin P, Giuliani JR. Intradiscal electrothermal therapy (IDET) for chronic low back pain in active-duty soldiers: 2-year follow-up. *Spine J*. 2003;3(6):502-509.

146. Kapural L, Vrooman B, Sarwar S, et al. Radiofrequency intradiscal biacuplasty for treatment of discogenic lower back pain: a 12-month follow-up. *Pain Med*. 2015;16(3):425-431.

147. Waseem Z, Boulias C, Gordon A, Ismail F, Sheean G, Furlan AD. Botulinum toxin injections for low-back pain and sciatica. *Cochrane Database Syst Rev*. 2011;(1):CD008257.

148. Staal JB, de Bie RA, de Vet HC, Hildebrandt J, Nelemans P. Injection therapy for subacute and chronic low back pain: an updated Cochrane review. *Spine (Phila Pa 1976)*. 2009;34(1):49-59.

149. Jamison RN, VadeBoncouer T, Ferrante FM. Low back pain patients unresponsive to an epidural steroid injection: identifying predictive factors. *Clin J Pain*. 1991;7(4):311-317.

150. Hopwood MB, Abram SE. Factors associated with failure of lumbar epidural steroids. *Reg Anesth*. 1993;18(4):238-243.

151. Kirpalani D, Mitra R. Is chronic opioid use a negative predictive factor for response to cervical epidural steroid injections? *J Back Musculoskelet Rehabil*. 2011;24(3):123-127.

152. Bicket MC, Horowitz JM, Benzon HT, Cohen SP. Epidural injections in prevention of surgery for spinal pain: systematic review and meta-analysis of randomized controlled trials. *Spine J*. 2015;15(2):348-362.

153. Riew KD, Park JB, Cho YS, et al. Nerve root blocks in the treatment of lumbar radicular pain: a minimum five-year follow-up. *J Bone Joint Surg Am*. 2006;88(8):1722-1725.

154. Atluri S, Glaser SE, Shah RV, Sudarshan G. Needle position analysis in cases of paralysis from transforaminal epidurals: consider alternative approaches to traditional technique. *Pain Physician*. 2013;16(4):321-334.

155. Cohen SP, White RL, Kurihara C, et al. Epidural steroids, etanercept, or saline in subacute sciatica: a multicenter, randomized trial. *Ann Intern Med*. 2012;156(8):551-559.

156. Ohtori S, Miyagi M, Eguchi Y, et al. Epidural administration of spinal nerves with the tumor necrosis factor-alpha inhibitor, etanercept, compared with dexamethasone for treatment of sciatica in patients with lumbar spinal stenosis: a prospective randomized study. *Spine (Phila Pa 1976)*. 2012;37(6):439-444.

157. Freeman BJ, Ludbrook GL, Hall S, et al. Randomized, double-blind, placebo-controlled, trial of transforaminal epidural etanercept for the treatment of symptomatic lumbar disc herniation. *Spine (Phila Pa 1976)*. 2013;38(23):1986-1994.

158. Searle A, Spink M, Ho A, Chuter V. Exercise interventions for the treatment of chronic low back pain: a systematic review and meta-analysis of randomised controlled trials [published online ahead of print February 13, 2015]. *Clin Rehabil*. doi:10.1177/0269215515570379.

159. Lawford BJ, Walters J, Ferrar K. Does walking improve disability status, function, or quality of life in adults with chronic low back pain? A systematic review [published online ahead of print June 18, 2015]. *Clin Rehabil*. doi:10.1177/0269215515590487.

160. Cramer H, Lauche R, Haller H, Dobos G. A systematic review and meta-analysis of yoga for low back pain. *Clin J Pain*. 2013;29(5):450-460.

161. Wells C, Kolt GS, Marshall P, Hill B, Bialocerkowski A. The effectiveness of Pilates exercise in people with chronic low back pain: a systematic review. *PLoS One*. 2014;9(7):e100402.

162. Slade SC, Patel S, Underwood M, Keating JL. What are patient beliefs and perceptions about exercise for nonspecific chronic low back pain? A systematic review of qualitative studies. *Clin J Pain*. 2014;30(11):995-1005.

163. Furlan AD, Imamura M, Dryden T, Irvin E. Massage for low back pain: an updated systematic review within the framework of the Cochrane Back Review Group. *Spine (Phila Pa 1976)*. 2009;34(16):1669-1684.

164. Lam M, Galvin R, Curry P. Effectiveness of acupuncture for nonspecific chronic low back pain: a systematic review and meta-analysis. *Spine (Phila Pa 1976)*. 2013;38(24):2124-2138.

165. Ebadi S, Henschke N, Nakhostin Ansari N, Fallah E, van Tulder MW. Therapeutic ultrasound for chronic low-back pain. *Cochrane Database Syst Rev*. 2014;(3):CD009169.

COLLIER APL 0513

LIB000840

MAYO CLINIC PROCEEDINGS

166. Franke H, Franke JD, Fryer G. Osteopathic manipulative treatment for nonspecific low back pain: a systematic review and meta-analysis. *BMC Musculoskelet Disord*. 2014;15:286.

167. Franke H, Fryer G, Ostelo RW, Kamper SJ. Muscle energy technique for non-specific low-back pain. *Cochrane Database Syst Rev*. 2015;(2):CD009852.

168. Kizhakkeveettil A, Rose K, Kadar GE. Integrative therapies for low back pain that include complementary and alternative medicine care: a systematic review. *Glob Adv Health Med*. 2014;3(5):49-64.

169. Rubinstein SM, van Middelkoop M, Kuijpers T, et al. A systematic review on the effectiveness of complementary and alternative medicine for chronic non-specific low-back pain. *Eur Spine J*. 2010;19(8):1213-1228.

170. Khadilkar A, Odebiyi DO, Brosseau L, Wells GA. Transcutaneous electrical nerve stimulation (TENS) versus placebo for chronic low-back pain. *Cochrane Database Syst Rev*. 2008;(4): CD003008.

171. Dubinsky RM, Miyasaki J. Assessment: efficacy of transcutaneous electric nerve stimulation in the treatment of pain in neurologic disorders (an evidence-based review): report of the Therapeutics and Technology Assessment Subcommittee of the American Academy of Neurology. *Neurology*. 2010;74(2):173-176.

172. Snelgrove S, Liossi C. Living with chronic low back pain: a metasynthesis of qualitative research. *Chronic Illn*. 2013;9(4): 283-301.

173. Kamper SJ, Apeldoorn AT, Chiarotto A, et al. Multidisciplinary biopsychosocial rehabilitation for chronic low back pain. *Cochrane Database Syst Rev*. 2014;(9):CD000963.

174. Henschke N, Ostelo RW, van Tulder MW, et al. Behavioural treatment for chronic low-back pain. *Cochrane Database Syst Rev*. 2010;(7):CD002014.

175. Cramer H, Haller H, Lauche R, Dobos G. Mindfulness-based stress reduction for low back pain: a systematic review. *BMC Complement Altern Med*. 2012;12:162.

176. Pannell WC, Savin DD, Scott TP, Wang JC, Daubs MD. Trends in the surgical treatment of lumbar spine disease in the United States. *Spine J*. 2015;15(8):1719-1727.

177. Mroz TE, Lubelski D, Williams SK, et al. Differences in the surgical treatment of recurrent lumbar disc herniation among spine surgeons in the United States. *Spine J*. 2014;14(10): 2334-2343.

178. Jacobs WC, van Tulder M, Arts M, et al. Surgery versus conservative management of sciatica due to a lumbar herniated disc: a systematic review. *Eur Spine J*. 2011;20(4):513-522.

179. Kovacs FM, Umútia G, Alarcón JD. Surgery versus conservative treatment for symptomatic lumbar spinal stenosis: a systematic review of randomized controlled trials. *Spine (Phila Pa 1976)*. 2011;36(20):E1335-E1351.

180. Chou R, Baisden J, Carragee EJ, Resnick DK, Shaffer WO, Loeser JD. Surgery for low back pain: a review of the evidence for an American Pain Society Clinical Practice Guideline. *Spine (Phila Pa 1976)*. 2009;34(10):1094-1109.

181. Machado GC, Ferreira PH, Harris IA, et al. Effectiveness of surgery for lumbar spinal stenosis: a systematic review and meta-analysis. *PLoS One*. 2015;10(3):e0122800.

182. Ibrahim T, Tleyjeh IM, Gabbar O. Surgical versus nonsurgical treatment of chronic low back pain: a meta-analysis of randomised trials [published correction appears in *Int Orthop*. 2009;33(2):589-590]. *Int Orthop*. 2008;32(1): 107-113.

183. Mirza SK, Deyo RA. Systematic review of randomized trials comparing lumbar fusion surgery to nonoperative care for treatment of chronic back pain. *Spine (Phila Pa 1976)*. 2007; 32(7):816-823.

184. Wei J, Song Y, Sun L, Lv C. Comparison of artificial total disc replacement versus fusion for lumbar degenerative disc disease: a meta-analysis of randomized controlled trials. *Int Orthop*. 2013;37(7):1315-1325.

185. Hellum C, Johnsen LG, Storheim K, et al. Surgery with disc prosthesis versus rehabilitation in patients with low back pain and degenerative disc: two year follow-up of randomised study. *BMJ*. 2011;342:d2786.

186. Pope JE, Falowski S, Deer TR. Advanced waveforms and frequency with spinal cord stimulation: burst and high-frequency energy delivery. *Expert Rev Med Devices*. 2015; 12(4):431-437.

187. Deer TR, Mekhail N, Provenzano D, et al; Neuromodulation Appropriateness Consensus Committee. The appropriate use of neurostimulation of the spinal cord and peripheral nervous system for the treatment of chronic pain and ischemic diseases: the Neuromodulation Appropriateness Consensus Committee. *Neuromodulation*. 2014;17(6):515-550; discussion 550.

188. Kapural L, Yu C, Doust MW, et al. Novel 10-kHz high-frequency therapy (HF10 Therapy) Is Superior to traditional low-frequency spinal cord stimulation for the treatment of chronic back and leg pain: The SENZA-RCT randomized controlled trial. *Anesthesiology*. 2015;123(4):851-860.

189. Prager J, Deer T, Levy R, et al. Best practices for intrathecal drug delivery for pain. *Neuromodulation*. 2014;17(4):354-372; discussion 372.

190. Deer TR, Prager J, Levy R, et al. Polyanalgesic Consensus Conference 2012: recommendations for the management of pain by intrathecal (intraspinal) drug delivery: report of an interdisciplinary expert panel. *Neuromodulation*. 2012;15(5):436-464; discussion 464-466.

Mayo Clin Proc. ■ December 2015;90(12):1699-1718 ■ http://dx.doi.org/10.1016/j.mayocp.2015.10.009
www.mayoclinicproceedings.org

COLLIER APL 0514

LIB000841

7C302190426



**Northern CA Office:**

1050 MARINA VILLAGE PKWY., STE. 105
ALAMEDA, CA 94501

TEL (510) 992-6130 • FAX (510) 280-7564

*www.lifeanddisabilitylaw.com*

Sender's e-mail:
zyarnykh@kantorlaw.net

October 24, 2019

*Certified Mail - Return Receipt Requested and Via Fax: (603)334-0419 (Fax w/o exhibits)*

Liberty Life Assurance Company of Boston, now a Lincoln Financial Group Company
*Attn: Shana Cote, Appeal Examiner II*
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213

> RE:   **Appeal of Denial of LTD Benefits**
> Name:          Vicki Collier
> Claim No.:     8741789
> Plan:          Auto Club Enterprises

Dear Ms. Cote:

As you are aware, our firm represents Ms. Vicki Collier for the purpose of appealing Liberty's decision to deny her Long-Term Disability ("LTD") claim.

To the extent required by law, or by Ms. Collier's benefit plans or policies, this letter constitutes her administrative appeal of Liberty's decision to deny her LTD benefits. This letter will also constitute Ms. Collier's appeal of the denial of any other employee benefits which are related to her disability status including, without limitation, any life, health, dental or vision claims or disability status which would entitle her to further benefits.

Enclosed with this letter are the following documents we wish to be considered and included as part of the appeal (COLLIER APL 0001 – COLLIER APL 0514).

- Exh. 1: October 1, 2019 Evaluation Report and Rebuttal to Akhil Chhatre's Peer Review by Dr. Edwin Haronian [COLLIER APL 0001-0005]

- Exh. 2: October 15, 2019 Response from Dr. Jonathan Kohan [COLLIER APL 0006-0007]

- Exh. 3: August 13, 2019 Declaration of Vicki Collier [COLLIER APL 0008-0014]

**LIB000842**

7C302190426

Liberty Life Assurance Company of Boston
Ms. Shana Cote
October 24, 2019
Page 2

- Exh. 4: August 15, 2019 Declaration of Nicolette Collier [COLLIER APL 0015-0019]

- Exh. 5: August 23, 2019 Declaration of Duane Raha [COLLIER APL 0020-0024]

- Exh. 6: Medical Records from Synapse Medical Group, 8/24/2018 – 7/18/2019 [COLLIER APL 0025-0323]

- Exh. 7: Medical Records from Kaiser Permanente, 2/15/2019 – 8/30/2019 [COLLIER APL 0324-0378]

- Exh. 8: Two-Day Functional Capacity Evaluation, 9/12/19 – 9/13/2019 [COLLIER APL 0379-0417]

- Exh. 9: 2013 – 2017 Job Performance Evaluations [COLLIER APL 0418-0469]

- Exh. 10: Articles related to wrist pain, shoulder impingement syndrome, neck pain, elbow bursitis treatment, and low back pain [COLLIER APL 0470-0514]

The documentation provided herein, as well as that *already* in Liberty's claim file, establishes that Ms. Collier suffers from physical conditions that render her disabled under the LTD policy definitions of disability under the "any occupation" standard.

### *Ms. Collier's Pre-Disability Occupation*

Ms. Collier worked for Auto Club Enterprises as a Sales Agent when she first became disabled on May 15, 2018. Ms. Collier earned a six-figure income at the time she became disabled. She has suffered a significant financial loss as a result of her disability. Ms. Collier had no choice but to stop working because her disabling medical conditions prevented her from continuing. Clearly, as supported by the evidence, she is unable to perform either her own or any other occupation for which she is suited by age, education, training, experience, station in life, and physical and mental capacity.

Ms. Collier's pre-disability occupation included the following material duties:

- Selling insurance products, including Club memberships

- Quoting rates

- Qualifying applicants

- Inspecting vehicles or property

LIB000843

7C302190426

Liberty Life Assurance Company of Boston
Ms. Shana Cote
October 24, 2019
Page 3

- Completing documentation with accepted underwriting criteria

- Developing sales leads and contacts

- Providing insurance policy service to members in person, by telephone or through written correspondence

- Collecting premiums

- Compiling and completing documentation for all transactions

Ms. Collier's occupation required sitting, standing, bending, and lifting up to 15 pounds, and as such, was performed at both sedentary and light physical demand levels. Sedentary Work is:

Exerting up to 10 pounds of force occasionally and/or a negligible amount of force to lift, carry, push, pull, or otherwise move objects.

Constant: sitting

Occasional: walking for brief periods of time, standing for brief periods of time

No: reaching (reaching can be eliminated by moving objects an ergonomically correct distance from the body), bending/stooping, twisting, kneeling, crouching/squatting, crawling, climbing or balancing

Definitions of Frequency per The Revised Handbook for Analyzing Jobs:

"'Occasionally" = Activity or condition exists up to 1/3 of the time (0 - 2.5 hours a day in an 8-hour workday)

"Frequently" = Activity or condition exists from 1/3 to 2/3 of the time (2.5 - 5.5 hours a day in an 8-hour workday)

"'Constantly" = Activity or condition exists 2/3 or more of the time (5.5+ hours a day in an 8-hour workday)

Light Work is:

Exerting up to 20 pounds of force occasionally, and/or up to 10 pounds of force frequently, and/or a negligible amount of force constantly to move objects.

Frequent: standing, handling and fingering

LIB000844

7C302190426

Liberty Life Assurance Company of Boston
Ms. Shana Cote
October 24, 2019
Page 4

Occasional and Frequent: reaching, sitting

Occasional: walking, bending/stooping, twisting

No: climbing, kneeling, crouching/squatting, crawling or balancing.

Definitions of Frequency per The Revised Handbook for Analyzing Jobs:

"'Occasionally" = Activity or condition exists up to 1/3 of the time (0 - 2.5 hours a
day in an 8-hour workday)

"Frequently" = Activity or condition exists from 1/3 to 2/3 of the time (2.5 - 5.5 hours
a day in an 8-hour workday)

"'Constantly" = Activity or condition exists 2/3 or more of the time (5.5+ hours a day
in an 8-hour workday)

### Ms. Collier's Disabling Medical Conditions

Ms. Collier suffers from conditions that render her totally disabled. Her conditions
include: cervical radiculopathy, lumbosacral radiculopathy, bilateral shoulder impingement
syndrome, bilateral elbow tendinitis/bursitis, bilateral wrist tendinitis/bursitis, and migraines.
She struggles with her pain daily, and rotator cuff surgery did not help alleviate her
symptoms. She has tried many treatment modalities, but has been unable to gain enough
functional improvement that would enable her to work.

### Evidence in Support of Ms. Collier's Disability

Ms. Collier submits multiple documents with this appeal, including updated medical
records, statement of her treating physicians, FCE, and declarations of family and friends.

Importantly, the FCE results indicate that Ms. Collier is unable to engage in sedentary
work because she is unable to sit for more than three hours per day. Her primary pain
management physician, Dr. Jonathan Kohan, concurred with the results of the evaluation and
the restrictions contained therein, and opined that Ms. Collier cannot work full-time.

Dr. Edwin Haronian, Ms. Collier's primary orthopaedic surgeon, reviewed the peer
review report of Dr. Akhil Chhatre, noting that Dr. Chhatre did not consider a lot of the
evidence concerning Ms. Collier's pain, as well as the fact that Dr. Chhatre never examined
her, and that he was not an orthopaedic surgeon. Due to maintaining licenses in multiple
states, it is likely that Dr. Chhatre never actually treats patients. Dr. Haronian disagreed with
the restrictions and limitations that Dr. Chhatre assigned to Ms. Collier based on his
treatment relationship with her, and specifically endorsed the restrictions and limitations he

LIB000845

7C302190426

Liberty Life Assurance Company of Boston
Ms. Shana Cote
October 24, 2019
Page 5

assigned to Ms. Collier once she was declared permanent and stationary in January of 2019, namely:

- Cervical spine: the patient is precluded from extended upward and extended downward gazing;

- Lumbar spine: the patient is precluded from repetitive bending and twisting of the lumbar spine;

- Bilateral shoulders: the patient is precluded from repetitive activities at or above the shoulder level;

- Bilateral elbows: the patient is precluded from repetitive torqueing; and

- Bilateral wrists: the patient is precluded from repetitive power gripping, repetitive keying, repetitive grasping, and repetitive pinching.

- Avoid lifting more than 10 pounds.

### _Disability Status_

Ms. Collier is totally disabled due to cervical radiculopathy, lumbosacral radiculopathy, bilateral shoulder impingement syndrome, bilateral elbow tendinitis/bursitis, bilateral wrist tendinitis/bursitis, and migraines. She has functional limitations in multiple body parts. She is unable to return to work full-time in a job that she is qualified by training or experience.

### _Conclusion_

It is our position that Liberty is obligated to consider the documents and studies contained and/or referenced in this appeal, and to gather any additional information it deems necessary to perform a complete and proper reassessment of Ms. Collier's claim. We reserve the right to supplement the claim when additional information becomes available. To the extent that Liberty determines, during the course of the appeal, that it wishes to consult or retain additional consultants, reviewers or vendors, not identified in the original file provided to Ms. Collier, particularly insofar as they may relate to any new evidence or information, we request the opportunity to comment on any reports by said vendors or physicians prior to the ultimate decision on appeal. _See, Salomaa v. Honda Long Term Disability Plan, 642 F.3d 666 (9th Cir. 2011). See also_ Department of Labor Regulatory Rules and Regulations regarding Claims Procedure for Plans Providing Disability Benefits, _29 CFR Part 2560 RIN 1210-AB39, Federal Register Vol. 81, No. 243 December 19, 2016_ ("The objective of these provisions is to ensure the claimant's ability to obtain a full and fair review of denied

LIB000846

7C302190426

Liberty Life Assurance Company of Boston
Ms. Shana Cote
October 24, 2019
Page 6

disability claims by explicitly providing that claimants have a right to review and respond to new or additional evidence or rationales developed by the plan during the pendency of the appeal, as opposed merely to having a right to such information on request only after the claim has already been denied on appeal, as some courts have held under the Section 503 Regulation. These protections are direct imports from the ACA Claims and Appeals Final Rule, and they would correct procedural problems evidenced in litigation even predating the ACA. It was and continues to be the view of the Department that claimants are deprived of a full and fair review, as required by section 503 of ERISA, when they are prevented from responding, at the administrative stage level, to all evidence and rationales.")

*__Furthermore, due to the potential inaccuracies of the reporting of statements made during telephone conversations, if Liberty employees or its agents, including physician records reviewers, wish to communicate with Ms. Collier's treating or examining doctors, we insist that the communications be in writing.__*

We remind you that because we represent Ms. Collier, all other correspondence concerning his disability should be made with this office only. Should you have any questions regarding this matter, please do not hesitate to contact the undersigned.

Thank you for your assistance with this matter.

Sincerely,

Zoya Yamykh, Esq.

Enclosures
Copy to:    Vicki Collier

LIB000847



CERTIFIED MAIL™

7014 0510 0001 9997 7033

$7.450
US POSTAGE
FIRST-CLASS
FROM 91324
OCT 24 2019
stamps
endicia

Liberty Life Assurance Company of Boston, now a Lincol
Group Benefits Disability Claims
Attn: Shana Cote, Appeal Examiner II
P.O. Box 7213
London KY 40742-7213

LIB000848

**KANTOR & KANTOR**

**Northern CA Office:**

1050 MARINA VILLAGE PKWY., STE. 105   ALAMEDA, CA 94501

TEL (510) 992-6130 ▪ FAX (510) 280-7564

*www.lifeanddisabilitylaw.com*

From: Kantor and Kantor LLP

## DATE: 10/24/2019 10:04:26 AM PDT

TO:

Company:

Reference: Vicki Collier

Message:
Please see enclosed letter. Please note that CD with exhibits to follow via mail. Thank you.

Nicole Herbert, Paralegal
**KANTOR & KANTOR, LLP**
T: 510.992.6130  |  F: 510.280.7564
1050 Marina Village Pkwy., Suite 105
Alameda, CA  94501
Los Angeles | Bay Area | San Diego
California Offices. Nationwide Capabilities.
www.kantorlaw.net

LIB000849



**Northern CA Office:**

1050 MARINA VILLAGE PKWY., STE. 105
ALAMEDA, CA 94501

TEL (510) 992-6130 ▪ FAX (510) 280-7564

*www.lifeanddisabilitylaw.com*

Sender's e-mail:
zyarnykh@kantorlaw.net

October 24, 2019

**_Certified Mail - Return Receipt Requested and Via Fax: (603)334-0419 (Fax w/o exhibits)_**

Liberty Life Assurance Company of Boston, now a Lincoln Financial Group Company
*Attn: Shana Cote, Appeal Examiner II*
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213

    RE:    **Appeal of Denial of LTD Benefits**
           Name:        Vicki Collier
           Claim No.:   8741789
           Plan:        Auto Club Enterprises

Dear Ms. Cote:

    As you are aware, our firm represents Ms. Vicki Collier for the purpose of appealing Liberty's decision to deny her Long-Term Disability ("LTD") claim.

    To the extent required by law, or by Ms. Collier's benefit plans or policies, this letter constitutes her administrative appeal of Liberty's decision to deny her LTD benefits. This letter will also constitute Ms. Collier's appeal of the denial of any other employee benefits which are related to her disability status including, without limitation, any life, health, dental or vision claims or disability status which would entitle her to further benefits.

    Enclosed with this letter are the following documents we wish to be considered and included as part of the appeal (COLLIER APL 0001 – COLLIER APL 0514).

- Exh. 1: October 1, 2019 Evaluation Report and Rebuttal to Akhil Chhatre's Peer Review by Dr. Edwin Haronian [COLLIER APL 0001-0005]

- Exh. 2: October 15, 2019 Response from Dr. Jonathan Kohan [COLLIER APL 0006-0007]

- Exh. 3: August 13, 2019 Declaration of Vicki Collier [COLLIER APL 0008-0014]

LIB000850

Case 8:20-cv-00839-JVS-KES    Document 17-2    Filed 01/29/21    Page 221 of 629
Page ID #:913
To:    Page 3 of 7                10/24/2019 10:04:36 AM PDT                1-510-280-7564  From: Kantor and Kantor LLP

Liberty Life Assurance Company of Boston
Ms. Shana Cote
October 24, 2019
Page 2

- Exh. 4: August 15, 2019 Declaration of Nicolette Collier [COLLIER APL 0015-0019]

- Exh. 5: August 23, 2019 Declaration of Duane Raha [COLLIER APL 0020-0024]

- Exh. 6: Medical Records from Synapse Medical Group, 8/24/2018 – 7/18/2019 [COLLIER APL 0025-0323]

- Exh. 7: Medical Records from Kaiser Permanente, 2/15/2019 – 8/30/2019 [COLLIER APL 0324-0378]

- Exh. 8: Two-Day Functional Capacity Evaluation, 9/12/19 – 9/13/2019 [COLLIER APL 0379-0417]

- Exh. 9: 2013 – 2017 Job Performance Evaluations [COLLIER APL 0418-0469]

- Exh. 10: Articles related to wrist pain, shoulder impingement syndrome, neck pain, elbow bursitis treatment, and low back pain [COLLIER APL 0470-0514]

The documentation provided herein, as well as that *already* in Liberty's claim file, establishes that Ms. Collier suffers from physical conditions that render her disabled under the LTD policy definitions of disability under the "any occupation" standard.

### *Ms. Collier's Pre-Disability Occupation*

Ms. Collier worked for Auto Club Enterprises as a Sales Agent when she first became disabled on May 15, 2018. Ms. Collier earned a six-figure income at the time she became disabled. She has suffered a significant financial loss as a result of her disability. Ms. Collier had no choice but to stop working because her disabling medical conditions prevented her from continuing. Clearly, as supported by the evidence, she is unable to perform either her own or any other occupation for which she is suited by age, education, training, experience, station in life, and physical and mental capacity.

Ms. Collier's pre-disability occupation included the following material duties:

- Selling insurance products, including Club memberships

- Quoting rates

- Qualifying applicants

- Inspecting vehicles or property

LIB000851

Liberty Life Assurance Company of Boston
Ms. Shana Cote
October 24, 2019
Page 3

- Completing documentation with accepted underwriting criteria

- Developing sales leads and contacts

- Providing insurance policy service to members in person, by telephone or through written correspondence

- Collecting premiums

- Compiling and completing documentation for all transactions

Ms. Collier's occupation required sitting, standing, bending, and lifting up to 15 pounds, and as such, was performed at both sedentary and light physical demand levels. Sedentary Work is:

Exerting up to 10 pounds of force occasionally and/or a negligible amount of force to lift, carry, push, pull, or otherwise move objects.

Constant: sitting

Occasional: walking for brief periods of time, standing for brief periods of time

No: reaching (reaching can be eliminated by moving objects an ergonomically correct distance from the body), bending/stooping, twisting, kneeling, crouching/squatting, crawling, climbing or balancing

Definitions of Frequency per The Revised Handbook for Analyzing Jobs:

"Occasionally" = Activity or condition exists up to 1/3 of the time (0 - 2.5 hours a day in an 8-hour workday)

"Frequently" = Activity or condition exists from 1/3 to 2/3 of the time (2.5 - 5.5 hours a day in an 8-hour workday)

"Constantly" = Activity or condition exists 2/3 or more of the time (5.5+ hours a day in an 8-hour workday)

Light Work is:

Exerting up to 20 pounds of force occasionally, and/or up to 10 pounds of force frequently, and/or a negligible amount of force constantly to move objects.

Frequent: standing, handling and fingering

LIB000852

Liberty Life Assurance Company of Boston
Ms. Shana Cote
October 24, 2019
Page 4

> Occasional and Frequent: reaching, sitting
>
> Occasional: walking, bending/stooping, twisting
>
> No: climbing, kneeling, crouching/squatting, crawling or balancing.

Definitions of Frequency per The Revised Handbook for Analyzing Jobs:

> "Occasionally" = Activity or condition exists up to 1/3 of the time (0 - 2.5 hours a day in an 8-hour workday)
>
> "Frequently" = Activity or condition exists from 1/3 to 2/3 of the time (2.5 - 5.5 hours a day in an 8-hour workday)
>
> "Constantly" = Activity or condition exists 2/3 or more of the time (5.5+ hours a day in an 8-hour workday)

### Ms. Collier's Disabling Medical Conditions

Ms. Collier suffers from conditions that render her totally disabled. Her conditions include: cervical radiculopathy, lumbosacral radiculopathy, bilateral shoulder impingement syndrome, bilateral elbow tendinitis/bursitis, bilateral wrist tendinitis/bursitis, and migraines. She struggles with her pain daily, and rotator cuff surgery did not help alleviate her symptoms. She has tried many treatment modalities, but has been unable to gain enough functional improvement that would enable her to work.

### Evidence in Support of Ms. Collier's Disability

Ms. Collier submits multiple documents with this appeal, including updated medical records, statement of her treating physicians, FCE, and declarations of family and friends.

Importantly, the FCE results indicate that Ms. Collier is unable to engage in sedentary work because she is unable to sit for more than three hours per day. Her primary pain management physician, Dr. Jonathan Kohan, concurred with the results of the evaluation and the restrictions contained therein, and opined that Ms. Collier cannot work full-time.

Dr. Edwin Haronian, Ms. Collier's primary orthopaedic surgeon, reviewed the peer review report of Dr. Akhil Chhatre, noting that Dr. Chhatre did not consider a lot of the evidence concerning Ms. Collier's pain, as well as the fact that Dr. Chhatre never examined her, and that he was not an orthopaedic surgeon. Due to maintaining licenses in multiple states, it is likely that Dr. Chhatre never actually treats patients. Dr. Haronian disagreed with the restrictions and limitations that Dr. Chhatre assigned to Ms. Collier based on his treatment relationship with her, and specifically endorsed the restrictions and limitations he

LIB000853

Liberty Life Assurance Company of Boston
Ms. Shana Cote
October 24, 2019
Page 5

assigned to Ms. Collier once she was declared permanent and stationary in January of 2019, namely:

- Cervical spine: the patient is precluded from extended upward and extended downward gazing;

- Lumbar spine: the patient is precluded from repetitive bending and twisting of the lumbar spine;

- Bilateral shoulders: the patient is precluded from repetitive activities at or above the shoulder level;

- Bilateral elbows: the patient is precluded from repetitive torqueing; and

- Bilateral wrists: the patient is precluded from repetitive power gripping, repetitive keying, repetitive grasping, and repetitive pinching.

- Avoid lifting more than 10 pounds.

### *Disability Status*

Ms. Collier is totally disabled due to cervical radiculopathy, lumbosacral radiculopathy, bilateral shoulder impingement syndrome, bilateral elbow tendinitis/bursitis, bilateral wrist tendinitis/bursitis, and migraines. She has functional limitations in multiple body parts. She is unable to return to work full-time in a job that she is qualified by training or experience.

### *Conclusion*

It is our position that Liberty is obligated to consider the documents and studies contained and/or referenced in this appeal, and to gather any additional information it deems necessary to perform a complete and proper reassessment of Ms. Collier's claim. We reserve the right to supplement the claim when additional information becomes available. To the extent that Liberty determines, during the course of the appeal, that it wishes to consult or retain additional consultants, reviewers or vendors, not identified in the original file provided to Ms. Collier, particularly insofar as they may relate to any new evidence or information, we request the opportunity to comment on any reports by said vendors or physicians prior to the ultimate decision on appeal. *See, Salomaa v. Honda Long Term Disability Plan, 642 F.3d 666 (9th Cir. 2011). See also* Department of Labor Regulatory Rules and Regulations regarding Claims Procedure for Plans Providing Disability Benefits, *29 CFR Part 2560 RIN 1210-AB39, Federal Register Vol. 81, No. 243 December 19, 2016* ("The objective of these provisions is to ensure the claimant's ability to obtain a full and fair review of denied

LIB000854

Liberty Life Assurance Company of Boston
Ms. Shana Cote
October 24, 2019
Page 6

disability claims by explicitly providing that claimants have a right to review and respond to new or additional evidence or rationales developed by the plan during the pendency of the appeal, as opposed merely to having a right to such information on request only after the claim has already been denied on appeal, as some courts have held under the Section 503 Regulation. These protections are direct imports from the ACA Claims and Appeals Final Rule, and they would correct procedural problems evidenced in litigation even predating the ACA. It was and continues to be the view of the Department that claimants are deprived of a full and fair review, as required by section 503 of ERISA, when they are prevented from responding, at the administrative stage level, to all evidence and rationales.")

***_Furthermore, due to the potential inaccuracies of the reporting of statements made during telephone conversations, if Liberty employees or its agents, including physician records reviewers, wish to communicate with Ms. Collier's treating or examining doctors, we insist that the communications be in writing._***

We remind you that because we represent Ms. Collier, all other correspondence concerning his disability should be made with this office only. Should you have any questions regarding this matter, please do not hesitate to contact the undersigned.

Thank you for your assistance with this matter.

Sincerely,

Zoya Yarnykh, Esq.

Enclosures
Copy to:      Vicki Collier

LIB000855

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213

KANTOR & KANTOR
19839 NORDHOFF ST
NORTHRIDGE CA 91324

LIB000856



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-0419

August 2, 2019

Kantor & Kantor
19839 NORDHOFF ST
NORTHRIDGE, CA 91324


RE:    Long Term Disability (LTD) Benefits
       Auto Club Enterprises
       Claim #: 8741789
       Claimant: Vicki Collier

To Whom It May Concern:

Liberty Life Assurance Company of Boston, now a Lincoln Financial Group company is responsible for managing claims for Long Term Disability (LTD) benefits under Auto Club Enterprises's Group Disability Policy.  We are writing in reference to Vicki Collier's claim for LTD benefits under the Policy.

Per Ms. Collier's July 18, 2019 request for relevant claim documentation, we have enclosed the following information:

- Auto Club Enterprises's Long Term Disability (LTD) Policy
- The vocational information contained in our claim file
- A complete copy of our claim file
- No internal claims manual, training materials or guidelines were used to make this claim determination. Lincoln and any third party vendor used by Lincoln follow retention's policies as regulated by each state and preserve all claim-related information accordingly.


If Ms. Collier has any questions regarding this information, please contact me.

Sincerely,

Shana Cote
Appeal Examiner II
Phone No.: (888) 437-7611 Ext. 16120
Secure Fax No.: (603) 334-0419

Attachments:   8741789-APPEAL-07.23.2019

1  of  1

LIB000857

7C204190367



19839 NORDHOFF STREET · NORTHRIDGE · CA 91324
TEL (818) 886-2525 · FAX (818) 350-6272
WWW.KANTORLAW.NET

July 18, 2019

***<u>Certified Mail - Return Receipt Requested and Via Fax# (603) 422-7909</u>***
Liberty Life Assurance Company of Boston, now a Lincoln Financial Group company
*Attn: Appeals*
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213

> RE:    **Notice of Appeal of Denial of Claim(s) and Request for Claim File**
> Name:        Vicki Collier
> Claim No.:   8741789
> Plan:        Auto Club Enterprises

Dear Appeals:

This office has been retained to represent Ms. Vicki Collier regarding the denial of her claim for Long-Term Disability benefits. Please be advised that Ms. Collier is giving notice of her appeal of Liberty Life Insurance Company of Boston, now a Lincoln Financial Group company's ("Liberty") denial of her claim for **Long-Term Disability benefits and Waiver of Premium (WOP) benefits**; HOWEVER, we ask that Liberty not initiate its appeal review until we have completed our submission.

To sufficiently prepare the appeal submission, we are requesting the documents outlined below. We intend to submit additional records and documents within the deadline specified in your denial letter. Please advise us of the specific date which is the date which Liberty has determined is the date by which Ms. Collier's appeal submission must be completed according the Department of Labor Regulations governing ERISA claims. If we have not notified you prior to that date that our submission is complete, or obtained an extension from you to submit materials beyond that date, please initiate your appeal review as of that date. *We agree that your statutory time period to review the appeal does not commence until the earlier of the date we advise you or the date the appeal is otherwise due.*

In addition, Ms. Collier is giving notice of her appeal of denial of any and all other employee benefits provided to Ms. Collier which may be dependent on a determination of disability, have been denied by notices which we have not seen, or are otherwise available but unknown to us at this time, including but not limited to health, life, long term care and pension claims. We ask that you specifically apprise us of any and all denials of these benefits, and ask that you also advise as to how and when any such denials should be appealed. Our appeal of denial of long term disability claim will constitute our appeal of any and all other employee benefits unless you advise that we must employ some alternative appeal procedure(s).

We are hereby requesting copies of "relevant" documents which are necessary for us to prepare our appeal submission of our client's adverse benefit determination(s). Please provide us with the following documents:

7C204190367

Liberty Life Assurance Company of Boston now a Lincoln Financial Group company
Notice of Appeal / Request for Claim File
Re: Vicki Collier
July 18, 2019
Page 2

1.    **Claim File and Claim Guidelines:**
In order that we have all of the information considered by Liberty in making its decision to deny the claim, we would appreciate your providing us with a complete copy of the claim file in compliance with the current Department of Labor regulations governing ERISA Benefit Claims. For clarification purposes, the record is not simply the papers your "benefits department" decides to place in its own claims file, but includes any and all records related to the claim, including those that reflect the administrative process and procedures used. This includes hard copy as well as electronically generated or stored copies. 29 C.F.R. 2560.503-1(j)(5)(i), (ERISA claimant is entitled to any "internal rule, guideline, protocol, or other similar criterion relied upon in making the adverse determination."). *In addition, we request that Liberty provide our office with a glossary of any abbreviations used by the company in its documentation of Ms. Collier's claim.*

2.    **Documents in the Possession of Third Party Vendors:**
In addition, please provide us with any and all records (electronic or otherwise) in existence, —whether in the possession of the benefits department or whether in the possession of any of Liberty employees, agents, and vendors who have had anything to do with the investigation or review or decisions made in claimant's disability claim. This request specifically includes any agreements with vendors who performed services at your request regarding Ms. Collier's claim.

We also request that, upon receipt of this letter, you notify all vendors who have received information regarding this claim that it is being appealed. We request that the vendors be notified to preserve all information or communication (written, electronic, or otherwise) in their possession regarding this claim. If the company has utilized a physician reviewing service, we request that you notify the vendor/physician that all communications, electronic or hard copy, be preserved. We also request that the vendor/reviewing physician be notified that it is to preserve all records which were sent to the reviewing physician regarding our client. If the company obtained surveillance on our client, we request that all raw footage of the surveillance be preserved.

When you receive those employees'/agents' files, please make it clear on what date they arrive, what date you place them in the "claim file," and clearly designate what is the first and last pages of those files and who or what entity sent them for inclusion. Please advise them in your cover letter or in any prior telephone call to them not to dispose of or destroy or otherwise discard any of their notes or records.

3.    **Documents Generated, Received or Considered by Other Departments:**
We request that you forward us copies of all documents which have been generated, received or considered by departments within Liberty other than its Claims Department. This request would include, but not be limited to, such departments as the Special Investigations Unit, the Social Security Recovery Unit and Audit Department or any other department that rendered services in connection with our client's claim.

LIB000859

7C204190367

# AUTHORIZATION FOR RELEASE OF CONFIDENTIAL INFORMATION

TO: <u>Automobile Club of Southern California</u>
<u>Liberty Life Assurance Company of Boston</u>

You are hereby authorized to release to Kantor & Kantor, 19839 Nordhoff Street, Northridge, California 91324, any and all confidential information of any nature (including juvenile records) in your custody, possession, or control, pertaining to the undersigned person and specifically including, though not limited to, all information set forth below:

**NAME:**   Vicki Collier
**DOB:**
**SSN:**
**SEX:**   Female

## A.  AUTHORIZATION FOR RELEASE OF PROTECTED HEALTH INFORMATION (PHI) UNDER HEALTH INSURANCE PORTABILITY AND ACCOUNTABILITY ACT (HIPAA)

1.    The undersigned patient named below, hereby executes this authorization in compliance with the federal Health Insurance Portability and Accountability Act, HIPAA, 45 CFR 164.104.

2.    **PROTECTED HEALTH INFORMATION:**    All medical information of any nature whatsoever, from any source whatsoever, which is maintained by you in your records regarding the referenced patient and which is requested by Kantor & Kantor. If you are a physician or out-patient clinic, you are authorized to send your entire chart upon their request, including not only the records dictated or written up by you, but also insurance records, handwritten notes, telephone memoranda, outside records, correspondence, or any other tangible item maintained in my chart. If you are a hospital, you are authorized to release my complete records including x-rays or similar studies. I recognize that there are laws protecting the confidentiality of such records, including eating disorders, alcohol, drug, psychological and psychiatric records, HIV testing, ARC and/or AID diagnosis. I specifically direct you to include any such records of a sensitive nature among those sent to Kantor & Kantor. You are also authorized to

Page 1 of 3

LIB000860

7C204190367

provide Kantor & Kantor with an office conference and a medical report, if you are requested to do so by them.

## REQUIRED DISCLOSURES - 45 CFR 164.508(c)

$    This protected health information is to be used for the following purpose: attorney's use in civil action.

$    This authorization may be revoked by a signed and properly dated written revocation, delivered to the healthcare provider named above, provided that this release cannot be revoked as to protected health information that had been previously released in reliance on this document.

$    The undersigned acknowledges that a refusal to sign this form will not result in a denial of health care by the hospital or any other health care provider and that this release has not been coerced by a health care entity or any of its business associates.

$    The undersigned acknowledges that once the PHI is disclosed, it may be re-disclosed to individuals or organizations that are not subject to the federal privacy regulations such as expert witnesses, litigants, insurance companies, and even may become public record if filed with a court of law.

$    This authorization will expire twenty-four (24) months after the date executed, unless earlier revoked in writing.

LIB000861

7C204190367

## AUTHORIZATION FOR RELEASE OF CONFIDENTIAL INFORMATION

**B.    AUTHORIZATION TO RELEASE CONFIDENTIAL MATERIALS, OTHER THAN PHI**

1.    **INSURANCE INFORMATION:**  Any and all information in your custody, possession, or control, relating in any way to any application for insurance, correspondence, or claim for payment of benefits to or on behalf of the above-named individual under any form of insurance or similar plan, including employee welfare benefit plans, and any other such information in your custody, possession, or control.

2.    **EDUCATION & EMPLOYMENT INFORMATION:**  All school and educational information, including transcripts and all information relating in any way to employment, past or present, of the above-named individual, including, but not limited to, information pertaining to wages and salary, hours worked, dates of disability from employment, disciplinary records, commendations, applications for employment, and any other such information in your custody, possession, or control.

3.    **MEDICAID/MEDICARE/SOCIAL SECURITY INFORMATION:**  Any and all information, including benefit payment and lien information, medical records, applications for Medicaid, Medicare, Social Security, or other such benefits, and any other information pertaining to application for or receipt of such benefits.

4.    **TAX RECORDS:**  Any and all local, state, and/or federal tax information relating to the above-named person, specifically including tax returns.

5.    **LAW ENFORCEMENT/COURT RECORDS:**  Any and all information and records pertaining to criminal prosecutions or civil actions, including records pertaining to arrest, detention, incarceration, and all confidential or public records generated or obtained in connection with same.

THIS AUTHORIZATION WILL EXPIRE TWENTY-FOUR (24) MONTHS AFTER THE DATE EXECUTED, UNLESS EARLIER REVOKED IN WRITING.

Dated: July 8, 2019                    _Dick Collie_
                                        Vicki Collier

**Page 3 of 3**

LIB000862

7C204190367

## NOTICE OF AUTHORIZATION, LIEN AND PAYMENT INSTRUCTIONS

**RE:**   Collier, Vicki v. Liberty Life Assurance Company of Boston
**SSN:**
**DOB:**

**To Any Benefit Plan Administrator, Insurance Company, and/or Other Interested Persons:**

I have retained Kantor & Kantor LLP as my attorneys to represent me with regard to my claim and have obligated myself to payment of attorney fees and costs in my case. To insure that Kantor & Kantor LLP are properly paid under the legal service contract, I hereby agree that Kantor & Kantor LLP is granted a full lien against any entitlement I may receive or recovery made.

I give specific notice to any Administrator, Fiduciary, Insurance Company, Plan, Trust Fund, or other individual or entity responsible for payment of any benefit, settlement, and/or judgment arising from my claim from any plan, insurance, union, contract, pension or other funding source to forward any check for past due, present, or future benefits to my duly appointed attorneys: Kantor & Kantor LLP, 19839 Nordhoff Street, Northridge, CA 91324. This direction shall remain valid until Kantor & Kantor LLP notifies you that checks may be sent directly to me.

I also give Limited Power of Attorney to Kantor & Kantor LLP **with regard solely to the matter mentioned above,** to endorse any checks received with regard to any claim, judgment, payment, and/or settlement for benefits which relate to or arise from the above referenced matter. I understand that any checks will be deposited into a non-interest bearing trust account and held until the funds clear before my portion of the proceeds will be forwarded to me.

I further authorize that all information from my claim file in addition to Summary Plan Documents, policies of insurance, manuals and guidelines, or any other documentation employed as part of the claims review be made available to Kantor & Kantor LLP.

Vicki Collier

July 8, 2019
Date

The above stated lien, direction to pay, and limited power of attorney are hereby accepted by Kantor & Kantor LLP.

By:

Glenn R. Kantor

LIB000863







CERTIFIED MAIL®

$6.950
US POSTAGE
FIRST-CLASS
FROM 91324
JUL 18 2019
stamps
endicia

7018 1830 0001 2576 3819

Liberty Life Assurance Company of Boston, now a Lincol
Group Benefits Disability Claims
Attn: Appeals
P.O. Box 7213
London KY 40742-7213

LIB000864

UPS CampusShip - United States

CASEY BOWMAN
8002910112 2411
LIBERTY MUTUAL-CHARLOTTE-048C
13830 BALLANTYNE CORP PL
CHARLOTTE  NC 28277

**1 LBS**

**1 OF 1**

**SHIP TO:**
KANTOR & KANTOR
19839 NORDHOFF STREET
**NORTHRIDGE  CA 91324-3331**



**CA 914 9-30**



**UPS 2ND DAY AIR**

TRACKING #: 1Z 57R V43 02 9407 2401

**2**

BILLING: P/P

Office/Dept Number: 009603304

CS 21.5.24.    WNTNV50 15.0A 07/2019

™

FOLD HERE

**UPS CampusShip: View/Print Label**

1. **Ensure there are no other shipping or tracking labels attached to your package.** Select the Print button on the print dialog box that appears. Note: If your browser does not support this function select Print from the File menu to print the label.

2. **Fold the printed label at the solid line below.** Place the label in a UPS Shipping Pouch. If you do not have a pouch, affix the folded label using clear plastic shipping tape over the entire label.

3. **GETTING YOUR SHIPMENT TO UPS**
   **Customers with a Daily Pickup**
   Your driver will pickup your shipment(s) as usual.

   **Customers without a Daily Pickup**
   Take your package to any location of The UPS Store®, UPS Access Point(TM) location, UPS Drop Box, UPS Customer Center, Staples® or Authorized Shipping Outlet near you. Items sent via UPS Return Services(SM) (including via Ground) are also accepted at Drop Boxes. To find the location nearest you, please visit the Resources area of CampusShip and select UPS Locations.

   Schedule a same day or future day Pickup to have a UPS driver pickup all your CampusShip packages.

   Hand the package to any UPS driver in your area.

UPS Access Point™
THE UPS STORE
15105 JOHN J DELANEY DR
CHARLOTTE, NC 28277

UPS Access Point™
THE UPS STORE
8334 PINEVILLE MATTHEWS RD
CHARLOTTE, NC 28226

UPS Access Point™
THE UPS STORE
16011 LANCASTER HWY
CHARLOTTE, NC 28277

https://www.campusship.ups.com/cship/create?ActionOriginPair=default___PrintWindowP...    8/2/2019

Page 1 of 1

LIB000865



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-0419

| | |
|---|---|
| Date: July 30, 2019 | |
| To:  KANTOR & KANTOR<br>19839 NORDHOFF ST<br>NORTHRIDGE CA 91324 | |
| Attn: | |
| Fax:  (818) 350-6272 | |
| From: Shana Cote<br>Appeal Examiner II<br>Phone No.: Phone No.: (888) 437-7611<br>Secure Fax No.: (603) 334-0419 | |
| Total Pages<br>(Including Cover):    2 | |
| RE:<br><br>Claim #:    8741789<br>Claimant:  Vicki Collier<br><br>Auto Club Enterprises | |

**Welcome to Lincoln Financial Group.**
Effective May 1, 2018, Liberty Life Assurance Company of Boston was acquired by The Lincoln National Life Insurance Company, a Lincoln Financial Group company. During the transition, you may receive communications from both companies. Please open and read all correspondence you receive about your benefits.
Thank you.

**Bienvenido a Lincoln Financial Group.**
A partir del 1 de mayo de 2018, Liberty Life Assurance Company of Boston pasó a pertenecer a The Lincoln National Life Insurance Company, una compañía de Lincoln Financial Group. Durante la transición, es posible que reciba comunicados de ambas compañías. Abra y lea toda la correspondencia que reciba sobre sus beneficios.
Muchas gracias.

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 437-7611 and permanently shred the original and any copy of any fax and any printout thereof.

**LIB000866**



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-0419

July 30, 2019

Kantor & Kantor
19839 NORDHOFF ST
NORTHRIDGE, CA 91324

RE:    Long Term Disability (LTD) Benefits
       Auto Club Enterprises
       Claim #: 8741789
       Claimant: Vicki Collier

To Whom It May Concern:

Liberty Life Assurance Company of Boston, now a Lincoln Financial Group company is responsible for managing claims for Long Term Disability (LTD) benefits under Auto Club Enterprises's Group Disability Policy.  We are writing in reference to Vicki Collier's claim for LTD benefits under the Policy.

We have received your request for review of the recent claim determination on Vicki Collier's Long Term Disability (LTD) claim.

We understand that you intend to submit additional information to be reviewed as part of the appeal.

Pursuant to Employee Retirement Income Security Act (ERISA) regulations, since we are waiting for you to submit additional documentation, the days from the date of this letter until we receive your timely submission of information, are not counted as part of the appeal determination period.

In order for Liberty Life Assurance Company of Boston, now a Lincoln Financial Group company to conduct a timely review of your appeal, we must receive the additional information you wish to have considered in our appeal review within  97 days of this letter.  If no additional information is received by November 4, 2019, Ms. Collier's claim will be forwarded to the Appeal Review Unit for a final determination based on the information currently contained in our file.

If you have any questions regarding this correspondence, please contact me.

Sincerely,

Shana Cote
Appeal Examiner II
Phone No.: (888) 437-7611 Ext. 16120
Secure Fax No.: (603) 334-0419

1  of  1

**LIB000867**



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-0419

| | |
|---|---|
| Date: July 30, 2019 | |
| To: | KANTOR & KANTOR<br>19839 NORDHOFF ST<br>NORTHRIDGE CA 91324 |
| Attn: | *revised* |
| Fax: | (818) 350-6272 |
| From: | Shana Cote<br>Appeal Examiner II<br>Phone No.: Phone No.: (888) 437-7611<br>Secure Fax No.: (603) 334-0419 |
| Total Pages<br>(Including Cover):  3 | |
| RE:<br><br>Claim #:    8741789<br>Claimant:   Vicki Collier<br><br>Auto Club Enterprises | |

**Welcome to Lincoln Financial Group.**
Effective May 1, 2018, Liberty Life Assurance Company of Boston was acquired by The Lincoln National Life Insurance Company, a Lincoln Financial Group company. During the transition, you may receive communications from both companies. Please open and read all correspondence you receive about your benefits.
Thank you.

**Bienvenido a Lincoln Financial Group.**
A partir del 1 de mayo de 2018, Liberty Life Assurance Company of Boston pasó a pertenecer a The Lincoln National Life Insurance Company, una compañía de Lincoln Financial Group. Durante la transición, es posible que reciba comunicados de ambas compañías. Abra y lea toda la correspondencia que reciba sobre sus beneficios.
Muchas gracias.

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 437-7611 and permanently shred the original and any copy of any fax and any printout thereof.

**LIB000868**



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-0419

July 30, 2019

Kantor & Kantor
19839 NORDHOFF ST
NORTHRIDGE, CA 91324

RE:    Long Term Disability (LTD) Benefits
       Auto Club Enterprises
       Claim #: 8741789
       Claimant: Vicki Collier

To Whom It May Concern:

Liberty Life Assurance Company of Boston, now a Lincoln Financial Group company is responsible for managing claims for Long Term Disability (LTD) benefits under Auto Club Enterprises's Group Disability Policy.  We are writing in reference to Vicki Collier's claim for LTD benefits under the Policy.

We have received your request for review of the recent claim determination on Vicki Collier's Long Term Disability (LTD) claim.

We understand that you intend to submit additional information to be reviewed as part of the appeal.

Pursuant to Employee Retirement Income Security Act (ERISA) regulations, since we are waiting for you to submit additional documentation, the days from the date of this letter until we receive your timely submission of information, are not counted as part of the appeal determination period.

In order for Liberty Life Assurance Company of Boston, now a Lincoln Financial Group company to conduct a timely review of your appeal, we must receive the additional information you wish to have considered in our appeal review within  97 days of this letter.  If no additional information is received by November 4, 2019, Ms. Collier's claim will be forwarded to the Appeal Review Unit for a final determination based on the information currently contained in our file.

A copy of the claim file will be sent under separate cover.

If you have any questions regarding this correspondence, please contact me.

Sincerely,

Shana Cote
Appeal Examiner II

1  of  2

**LIB000869**

Phone No.: (888) 437-7611 Ext. 16120
Secure Fax No.: (603) 334-0419

LIB000870

# Lincoln Financial Group Appeal Referral

**Appeal Referral From:**   **DOVER**

| | | | | | |
|---|---|---|---|---|---|
| Office: | 096 | Manager: | CRAM, BRIAN | Case Mgr: | LAROCCA, KRISTIE |

| | | | |
|---|---|---|---|
| Claimant Name: | VICKI    COLLIER | Claim #: | 8741789 |
| Occupation (Job Title): | SALES AGENT | Date Sent: | 7/24/2019 |

Diagnosis: S43.40 Unspecified sprain of shoulder joint,

| | | | |
|---|---|---|---|
| Date of Disability: | 5/15/2018 | Date Benefits Began: | 11/16/2018 |
| Maximum Duration: | 6/6/2030 | Paid Through: | 1/1/1900 |
| Date of Denial or (DB451): | 5/9/2019 | Date Appeal Received: | 7/24/2019 |

*This is the date that the full appeal was received by the Field Claim Office*

Policyholder/Self-Insured Plan Holder:   AUTO CLUB OF SO CALIFORNIA

Product:   LTD          Funding:   CON

┌─ Document Locations ─┐

Is Claimant Eligible for LTD?   Y

☑ Paperless

Erisa or Non-Erisa?   ERISA Plan

☐ Bilingual - translation complete
☐ Paper File
☐ Surveillance disk(s)

*Please be sure to send all claim paper files & all surveillance disks to the ARU.*

ER Contacts/CC (if applicable):

ER Contact Addresses (including email address):

Phone No.                          FAX No.

Account Specific or Unique Contract Issues / Additional Info:

LIB000871



7C204190367

19839 NORDHOFF STREET · NORTHRIDGE · CA 91324
TEL (818) 886-2525 · FAX (818) 350-6272
WWW.KANTORLAW.NET

July 18, 2019

***Certified Mail - Return Receipt Requested and Via Fax# (603) 422-7909***

Liberty Life Assurance Company of Boston, now a Lincoln Financial Group company
*Attn: Appeals*
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213

> RE:  **Notice of Appeal of Denial of Claim(s) and Request for Claim File**
> Name:  Vicki Collier
> Claim No.:  8741789
> Plan:  Auto Club Enterprises

Dear Appeals:

This office has been retained to represent Ms. Vicki Collier regarding the denial of her claim for Long-Term Disability benefits. Please be advised that Ms. Collier is giving notice of her appeal of Liberty Life Insurance Company of Boston, now a Lincoln Financial Group company's ("Liberty") denial of her claim for **Long-Term Disability benefits** and **Waiver of Premium (WOP) benefits**; HOWEVER, we ask that Liberty not initiate its appeal review until we have completed our submission.

To sufficiently prepare the appeal submission, we are requesting the documents outlined below. We intend to submit additional records and documents within the deadline specified in your denial letter. Please advise us of the specific date which is the date which Liberty has determined is the date by which Ms. Collier's appeal submission must be completed according the Department of Labor Regulations governing ERISA claims. If we have not notified you prior to that date that our submission is complete, or obtained an extension from you to submit materials beyond that date, please initiate your appeal review as of that date. *We agree that your statutory time period to review the appeal does not commence until the earlier of the date we advise you or the date the appeal is otherwise due.*

In addition, Ms. Collier is giving notice of her appeal of denial of any and all other employee benefits provided to Ms. Collier which may be dependent on a determination of disability, have been denied by notices which we have not seen, or are otherwise available but unknown to us at this time, including but not limited to health, life, long term care and pension claims. We ask that you specifically apprise us of any and all denials of these benefits, and ask that you also advise as to how and when any such denials should be appealed. Our appeal of denial of long term disability claim will constitute our appeal of any and all other employee benefits unless you advise that we must employ some alternative appeal procedure(s).

We are hereby requesting copies of "relevant" documents which are necessary for us to prepare our appeal submission of our client's adverse benefit determination(s). Please provide us with the following documents:

**LIB000872**

7C204190367

Liberty Life Assurance Company of Boston now a Lincoln Financial Group company
Notice of Appeal / Request for Claim File
Re: Vicki Collier
July 18, 2019
Page 2

### 1.  Claim File and Claim Guidelines:

In order that we have all of the information considered by Liberty in making its decision to deny the claim, we would appreciate your providing us with a complete copy of the claim file in compliance with the current Department of Labor regulations governing ERISA Benefit Claims. For clarification purposes, the record is not simply the papers your "benefits department" decides to place in its own claims file, but includes any and all records related to the claim, including those that reflect the administrative process and procedures used. This includes hard copy as well as electronically generated or stored copies.  29 C.F.R. 2560.503-1(j)(5)(i), (ERISA claimant is entitled to any "internal rule, guideline, protocol, or other similar criterion relied upon in making the adverse determination."). *In addition, we request that Liberty provide our office with a glossary of any abbreviations used by the company in its documentation of Ms. Collier's claim.*

### 2.  Documents in the Possession of Third Party Vendors:

In addition, please provide us with any and all records (electronic or otherwise) in existence, —whether in the possession of the benefits department or whether in the possession of any of Liberty employees, agents, and vendors who have had anything to do with the investigation or review or decisions made in claimant's disability claim.  This request specifically includes any agreements with vendors who performed services at your request regarding Ms. Collier's claim.

We also request that, upon receipt of this letter, you notify all vendors who have received information regarding this claim that it is being appealed.  We request that the vendors be notified to preserve all information or communication (written, electronic, or otherwise) in their possession regarding this claim.  If the company has utilized a physician reviewing service, we request that you notify the vendor/physician that all communications, electronic or hard copy, be preserved.  We also request that the vendor/reviewing physician be notified that it is to preserve all records which were sent to the reviewing physician regarding our client.  If the company obtained surveillance on our client, we request that all raw footage of the surveillance be preserved.

When you receive those employees'/agents' files, please make it clear on what date they arrive, what date you place them in the "claim file," and clearly designate what is the first and last pages of those files and who or what entity sent them for inclusion.  Please advise them in your cover letter or in any prior telephone call to them not to dispose of or destroy or otherwise discard any of their notes or records.

### 3.  Documents Generated, Received or Considered by Other Departments:

We request that you forward us copies of all documents which have been generated, received or considered by departments within Liberty other than its Claims Department.  This request would include, but not be limited to, such departments as the Special Investigations Unit, the Social Security Recovery Unit and Audit Department or any other department that rendered services in connection with our client's claim.

LIB000873

7C204190367

# AUTHORIZATION FOR RELEASE OF CONFIDENTIAL INFORMATION

TO: __Automobile Club of Southern California__

   __Liberty Life Assurance Company of Boston__

You are hereby authorized to release to Kantor & Kantor, 19839 Nordhoff Street, Northridge, California 91324, any and all confidential information of any nature (including juvenile records) in your custody, possession, or control, pertaining to the undersigned person and specifically including, though not limited to, all information set forth below:

**NAME:**   Vicki Collier

**DOB:**

**SSN:**

**SEX:**   Female

## A.  AUTHORIZATION FOR RELEASE OF PROTECTED HEALTH INFORMATION (PHI) UNDER HEALTH INSURANCE PORTABILITY AND ACCOUNTABILITY ACT (HIPAA)

1. The undersigned patient named below, hereby executes this authorization in compliance with the federal Health Insurance Portability and Accountability Act, HIPAA, 45 CFR 164.104.

2. **PROTECTED HEALTH INFORMATION:** All medical information of any nature whatsoever, from any source whatsoever, which is maintained by you in your records regarding the referenced patient and which is requested by Kantor & Kantor. If you are a physician or out-patient clinic, you are authorized to send your entire chart upon their request, including not only the records dictated or written up by you, but also insurance records, handwritten notes, telephone memoranda, outside records, correspondence, or any other tangible item maintained in my chart. If you are a hospital, you are authorized to release my complete records including x-rays or similar studies. I recognize that there are laws protecting the confidentiality of such records, including eating disorders, alcohol, drug, psychological and psychiatric records, HIV testing, ARC and/or AID diagnosis. I specifically direct you to include any such records of a sensitive nature among those sent to Kantor & Kantor. You are also authorized to

Page 1 of 3

LIB000874

7C204190367

provide Kantor & Kantor with an office conference and a medical report, if you are requested to do so by them.

## REQUIRED DISCLOSURES - 45 CFR 164.508(c)

$       This protected health information is to be used for the following purpose: attorney's use in civil action.

$       This authorization may be revoked by a signed and properly dated written revocation, delivered to the healthcare provider named above, provided that this release cannot be revoked as to protected health information that had been previously released in reliance on this document.

$       The undersigned acknowledges that a refusal to sign this form will not result in a denial of health care by the hospital or any other health care provider and that this release has not been coerced by a health care entity or any of its business associates.

$       The undersigned acknowledges that once the PHI is disclosed, it may be re-disclosed to individuals or organizations that are not subject to the federal privacy regulations such as expert witnesses, litigants, insurance companies, and even may become public record if filed with a court of law.

$       This authorization will expire twenty-four (24) months after the date executed, unless earlier revoked in writing.

LIB000875

7C204190367

## AUTHORIZATION FOR RELEASE OF CONFIDENTIAL INFORMATION

**B.   AUTHORIZATION TO RELEASE CONFIDENTIAL MATERIALS, OTHER THAN PHI**

1.   **INSURANCE INFORMATION:** Any and all information in your custody, possession, or control, relating in any way to any application for insurance, correspondence, or claim for payment of benefits to or on behalf of the above-named individual under any form of insurance or similar plan, including employee welfare benefit plans, and any other such information in your custody, possession, or control.

2.   **EDUCATION & EMPLOYMENT INFORMATION:** All school and educational information, including transcripts and all information relating in any way to employment, past or present, of the above-named individual, including, but not limited to, information pertaining to wages and salary, hours worked, dates of disability from employment, disciplinary records, commendations, applications for employment, and any other such information in your custody, possession, or control.

3.   **MEDICAID/MEDICARE/SOCIAL SECURITY INFORMATION:** Any and all information, including benefit payment and lien information, medical records, applications for Medicaid, Medicare, Social Security, or other such benefits, and any other information pertaining to application for or receipt of such benefits.

4.   **TAX RECORDS:** Any and all local, state, and/or federal tax information relating to the above-named person, specifically including tax returns.

5.   **LAW ENFORCEMENT/COURT RECORDS:** Any and all information and records pertaining to criminal prosecutions or civil actions, including records pertaining to arrest, detention, incarceration, and all confidential or public records generated or obtained in connection with same.

THIS AUTHORIZATION WILL EXPIRE TWENTY-FOUR (24) MONTHS AFTER THE DATE EXECUTED, UNLESS EARLIER REVOKED IN WRITING.

Dated: July 8, 2019

_Dick Collie_
Vicki Collier

Page 3 of 3

LIB000876

7C204190367

## NOTICE OF AUTHORIZATION, LIEN AND PAYMENT INSTRUCTIONS

**RE:**   Collier, Vicki v. Liberty Life Assurance Company of Boston
**SSN:**
**DOB:**

**To Any Benefit Plan Administrator, Insurance Company, and/or Other Interested Persons:**

I have retained Kantor & Kantor LLP as my attorneys to represent me with regard to my claim and have obligated myself to payment of attorney fees and costs in my case. To insure that Kantor & Kantor LLP are properly paid under the legal service contract, I hereby agree that Kantor & Kantor LLP is granted a full lien against any entitlement I may receive or recovery made.

I give specific notice to any Administrator, Fiduciary, Insurance Company, Plan, Trust Fund, or other individual or entity responsible for payment of any benefit, settlement, and/or judgment arising from my claim from any plan, insurance, union, contract, pension or other funding source to forward any check for past due, present, or future benefits to my duly appointed attorneys: Kantor & Kantor LLP, 19839 Nordhoff Street, Northridge, CA 91324. This direction shall remain valid until Kantor & Kantor LLP notifies you that checks may be sent directly to me.

I also give Limited Power of Attorney to Kantor & Kantor LLP **with regard solely to the matter mentioned above**, to endorse any checks received with regard to any claim, judgment, payment, and/or settlement for benefits which relate to or arise from the above referenced matter. I understand that any checks will be deposited into a non-interest bearing trust account and held until the funds clear before my portion of the proceeds will be forwarded to me.

I further authorize that all information from my claim file in addition to Summary Plan Documents, policies of insurance, manuals and guidelines, or any other documentation employed as part of the claims review be made available to Kantor & Kantor LLP.

_Vicki Collier_                          _July 8, 2019_
Vicki Collier                                   Date

The above stated lien, direction to pay, and limited power of attorney are hereby accepted by Kantor & Kantor LLP.

By:   _Glenn R. Kantor_

Glenn R. Kantor

LIB000877



7C204190367

**CERTIFIED MAIL®**

SANTA CLARITA
CA 913
18 JUL '19
04 3 L

$6.950
US POSTAGE
FIRST-CLASS
FROM 91324
JUL 18 2019
stamps
endicia

7018 1830 0001 2576 3819

Liberty Life Assurance Company of Boston, now a Lincol
Group Benefits Disability Claims
Attn: Appeals
P.O. Box 7213
London KY 40742-7213

KANTOR & KANTOR LLP
19839 NORDHOFF STREET · NORTHRIDGE · CA 91324

LIB000878

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213

MS. VICKI COLLIER

VALENCIA CA 91354

LIB000879



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 422-7909

June 10, 2019

Ms. Vicki Collier

███████████████████

VALENCIA, CA 91354

RE:    Long Term Disability (LTD) Benefits
       Auto Club Enterprises
       Claim #: 8741789

Dear Ms. Vicki Collier:

We are writing in follow-up to our discussion on June 6, 2019.  As we discussed you have one opportunity to appeal the decision to close your LTD claim.

If you have any questions regarding this matter, please contact me.

Sincerely,

Kristie Larocca
LTD Technical Specialist
Phone No.: (888) 437-7611 Ext. 16350
Secure Fax No.: (603) 422-7909

1  of  1

LIB000880

12.09.2018 11:06 AM    Intelligent Telematics                16612958725                          P  1/ 1

June 5, 2019

Claim# 8741789

RE: Document Requests/Appeal


Hello Kristie,

This is a follow up to our phone conversation this morning.  Could you please forward me the following documents via email:


1. All claim file documents
2. Copy of the policy


Also, you had advised me that you would get back to me once you found out regarding my question on how many appeals Liberty allows

Thank you again for your help!

Vicki Collier

661-510-0518

LIB000881

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213

MS. VICKI COLLIER
███████████████████

**LIB000882**



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 422-7909

June 5, 2019

Ms. Vicki Collier

▮▮▮▮▮▮▮▮▮▮▮▮

VALENCIA, CA 91354

RE:    Long Term Disability (LTD) Benefits
       Auto Club Enterprises
       Claim #: 8741789

Dear Ms. Vicki Collier:

Liberty Life Assurance Company of Boston, now a Lincoln Financial Group company is responsible for managing claims for Long Term Disability (LTD) benefits under Auto Club Enterprises's Group Disability Policy.  We are writing in reference to your claim for LTD benefits under the Policy.

The purpose of this letter is to acknowledge your <u>intent</u> to appeal the denial of your claim for Long Term Disability (LTD) benefits.

We understand that you are in the process of gathering information to submit with your formal request for review.  Since no appeal has yet been submitted, the claim remains closed with no additional review completed.  The claim will not be forwarded to Liberty Life Assurance Company of Boston, now a Lincoln Financial Group company's Appeal Review Unit at this time.

As set forth in the denial letter issued to you on May 9, 2019 you have a maximum of 180 days to submit a written request for review, which will expire on November 4, 2019.  Please be aware that all information that you would like to have considered on appeal must be submitted with the written request no later than November 4, 2019.

Per your request for relevant claim documentation, we have enclosed the following information:

- A complete copy of our claim file
- Auto Club Enterprises's LTD Policy

If you have any questions regarding this correspondence, please contact me.

Sincerely,

Kristie Larocca
LTD Technical Specialist

1  of 2

**LIB000883**

Phone No.: (888) 437-7611 Ext. 16350
Secure Fax No.: (603) 422-7909

LIB000884

**Welcome to Lincoln Financial Group.**
Effective May 1, 2018, Liberty Life Assurance Company of Boston was acquired by The Lincoln National Life Insurance Company, a Lincoln Financial Group company. During the transition, you may receive communications from both companies. Please open and read all correspondence you receive about your benefits. Thank you.

**Bienvenido a Lincoln Financial Group.**
A partir del 1 de mayo de 2018, Liberty Life Assurance Company of Boston pasó a pertenecer a The Lincoln National Life Insurance Company, una compañía de Lincoln Financial Group. Durante la transición, es posible que reciba comunicados de ambas compañías. Abra y lea toda la correspondencia que reciba sobre sus beneficios. Muchas gracias.

| | |
|---|---|
| **From:** | DoNotReply@lfg.com |
| **Sent:** | Fri, 10 May 2019 16:11:15 +0000 |
| **To:** | DisabilityBenefits@aaa-calif.com |
| **Subject:** | Claim# 8741789, VICKI COLLIER |

**THIS IS AN AUTOMATED EMAIL, PLEASE DO NOT RESPOND.**

The above named employee has applied for long term disability benefits.  The claim has been denied.   The case manager for this claim is Kristie LaRocca.

If you have further questions please call Lincoln Financial Group at (800) 210-0268.

LIB000885

## Network Medical Review Co. Ltd.

### An ExamWorks Company

**REFERRED BY:**     Kristie LaRocca
**CLIENT:**          Lincoln Life Insurance
**NAME:**            Vicki Collier
**CLAIM #:**         8741789
**NMR #:**           229361
**DATE:**            5/8/2019

**RECORDS PROVIDED FOR REVIEW:**

| | | |
|---|---|---|
| PROGRESS NOTES | J. F. Kohan, MD | 12/13/18 - 03/03/19 |
| PROGRESS NOTES | E. Haronian, MD | 09/05/18 - 02/14/19 |
| PROGRESS NOTES | Kaiser Permanente | 05/10/18 - 02/13/19 |
| LABS/DIAGNOSTICS | Kaiser Permanente | 07/30/18 - 02/13/19 |
| MISC | | 02/20/19 - 04/24/19 & Undated |

TELECONFERENCE
  1) AP NAME: Dr. Haronian and Dr. Kohan
  2) PHONE: 818-788-2400
  3) DATE(S): 4/25/2019, 4/29/2019, 5/6/2019, 5/3/2019
  4) TIME(S): 11:54 AM PT, 2:12 PM PT, 11:23 AM PT, 1:25 PM PT
  5) PERSON(S) SPOKEN WITH: Office staff, Nancy's voicemail, voicemail, voicemail
  6) POSITION OF PERSON(S) SPOKEN WITH: Medical Assistant, voicemail, voicemail, voicemail

**4960 E. State Street ● Rockford, IL 61108 ● Phone  815.964.6334 ● Fax  815.964.1162**
*website*  **www.nmrco.com**  ■ *email*  **info@nmrco.com**

**LIB000886**

RE:  Vicki Collier«@Claimant»                                    NMR #: 229361
Page 2

SUMMARY OF DISCUSSION(S): I called the office of Dr. Haronian/Dr. Kohan, and left a message providing my name, case details, and my call back number.

Another message was left providing my name, case details, and my call back number.

I left another voice message for a return call.

I left another voice message for a return call.

**ASSESSMENT:** The claimant is a 55 year old female, with a date of birth of 06/07/63. This review will be from a PM&R perspective.  The primary diagnosis is noted to be unspecified sprain of the shoulder joint.

The review period is from 05/15/18 forward.  All information submitted was reviewed, and information relative to this reviewer's speciality is noted below.

The claimant has had neck, and bilateral shoulder and back pain that radiates into the upper and lower extremities, since 2016. Diagnoses include cervical spine radiculopathy, lumbar spine radiculopathy, bilateral shoulder impingement, right rotator cuff syndrome, chronic migraines, bilateral elbow tendinitis, and bilateral wrist tendinitis. She underwent a right shoulder arthroscopy for rotator cuff tear by Dr. Tun on 07/25/17. There is no history of neck or back surgery. She had failed conservative treatments of NSAIDs, opiates, neuromodulators, acupuncture, physical therapy and injections. Date of disability is 05/15/18.

Orthopaedic Surgeon Edwin Haronian, MD cared for the claimant on 09/05/18, 10/10/18, 11/14/18, 11/29/18, 01/03/19, 01/31/19, and0 2/14/19. On cervical exam, she had spasm and tenderness over the paravertebral muscles, trapezius and interscapular area, discomfort with ROM, 4/5 strength of right deltoid, positive impingement, positive Yergason test and Hawkins sign bilaterally, tenderness over the lateral epicondyle bilaterally, pain with resisted wrist extension, and positive Phalen bilaterally. On lumbar exam, had tenderness and spasm in the paravertebral muscle, tender sciatic notch bilaterally, pain with toe and heel walks, pain with squatting, pain with ROM in all planes, negative SLR test, and 5/5 strength in BLE. A&P: For neck, shoulder and back pain, conservative treatments are unlikely to provide improvement. She has reached maximum medical improvement, and is deemed permanent and stationary. Recommend cervical and lumbar injections, right shoulder surgery or injections, elbow injections, and carpal tunnel release surgery if symptoms persist. Refilled Norco, and referred to Pain Management.

Neurologist Shahram Gharibshahi, MD/Sonu M Brara, MD cared for the claimant on 07/20/18, 10/16/18, and 1/17/19 for chronic migraines.  Exam was normal.  A&P: For chronic migraines, Botox injections were given, and she was to continue Gabapentin.

Orthopedics provider Sovanrith Tun, MD/Maria R Oculam, PA cared for the claimant on 05/14/18, 07/06/18, and 11/12/18. On exam of shoulders, there was decreased ROM with abduction to 90, forward flexion to 90, external rotation to 70, internal rotation to 20, and positive impingement sign. A&P: For bilateral shoulder pain, Meloxicam and Norco were prescribed, and bilateral shoulder cortisone injections were given on 07/06/18.

Anesthesiologist/Pain Medicine provider Jonathan F Kohan, MD cared for the claimant on 12/13/18, 01/28/19, and 02/25/19. On cervical exam, she had tenderness and moderate to severe spasms over the cervical spine, trapezius, and deltoid on the left, decreased sensation over the right C5 and C6, and normal ROM of the neck and shoulders. On lumbar exam, she had tenderness and moderate spasms over the lumbar spine, negative SLR

LIB000887

RE: Vicki Collier«@Claimant»                    NMR #: 229361
Page 3

and Patrick's test bilaterally, normal motor and reflexes, and decreased sensation on the right at L5. A&P: For bilateral shoulder pain, Norco and Gabapentin were prescribed, and Gabapentin was increased.

Interventions/Surgeries:
- 0 7/25/17 Right shoulder arthroscopy by Dr. Tun
-       Lumbar epidural steroid injection
-       07/20/17 cervical epidural steroid injection
-       07/6/18 bilateral shoulder cortisone injection
-       07/20/18, 10/16/18, and 01/17/19, Botox injections of shoulders and neck

Imaging/Testing:
-       10/10/16 MRI cervical spine showed 1mm disc bulge at C3-4, 2mm disc bulge at C4-5, and 2mm disc bulge at C5-6 and C6-7. There is mild narrowing of the left neural foramen and moderate significant narrowing of the right neural foramen at the C6-7 level.
-       (No date) MRI right shoulder showed partial thickness articular surface supraspinatus tendon tear with moderate tendinosis. AC joint osteoarthrosis is noted.

All available medical documentation was reviewed.

**IN ANSWER TO YOUR SPECIFIC QUESTIONS:**

**1. Please contact treating provider(s) When contacting the treating providers, please clarify the information reviewed and discuss your opinion regarding impairment if it differs from that of the treating provider. Indicate whether you have reached a consensus with the treating provider regarding impairment and medical restrictions. If you disagree with the treating providers restrictions please provide a detailed explanation.**

I made four attempts to reach either Dr. Haronian or Dr. Kohan, but was unsuccessful.

**2. What diagnosis is supported by the medical evidence in the file?**

The claimant has chronic low back pain, neck pain, and right shoulder pain s/p right shoulder arthroscopy in July 2017.

The diagnoses are supported by the aforementioned surgery, cervical exam findings of spasms and tenderness over the paravertebral muscles and trapezius and interscapular area, discomfort with ROM, 4/5 strength of the right deltoid, positive impingement, positive Yergason test and Hawkins sign bilaterally, tenderness over the lateral epicondyle bilaterally, pain with resisted wrist extension, and positive Phalen bilaterally. On lumbar exam, she had tenderness and spasms in the paravertebral muscle, tender sciatic notch bilaterally, pain with toe and heel walks, pain with squatting, pain with ROM in all planes, negative SLR test, and 5/5 strength in BLE. The 10/10/16 MRI of the cervical spine showed a 1mm disc bulge at C3-4, a 2mm disc bulge at C4-5, and a 2mm disc bulge at C5-6 and C6-7. There is mild narrowing of the left neural foramen and moderate significant narrowing of the right neural foramen at the C6-7 level. The MRI of the right shoulder showed partial thickness of the articular surface supraspinatus tendon tear with moderate tendinosis, and AC joint osteoarthrosis is noted.

**3. Does the medical evidence support any diagnoses causing impairment from 05/15/18 to the present?**

LIB000888

From 05/15/18 to the present, there are no supported impairments. The claimant has stable exam findings with no new diagnostic testing or exam changes to suggest an acute neurologic or (musculoskeletal) MSK derangement.

**4. Please explain your medical rationale.**

The MRI of the cervical spine is from 2016, without any updated findings since then. The right shoulder MRI is undated. The claimant has stable exam findings with no new diagnostic testing or exam changes to suggest an acute neurologic or (musculoskeletal) MSK derangement.

**5. If impairment is supported, please describe how that translates into restrictions or limitations and for what period(s) of time. Please define in terms of frequency (never, occasional, frequent, constant) and task (sit, stand, lift/carry, type etc).**

The claimant does not have supported impairment, and from 05/15/18 to the present, can work full time (8 hours/day, 5 days/week) without restrictions.

**6. Please explain your medical rationale for any restrictions or limitations or why restrictions or limitations are not supported.**

The claimant is stable medically, both with diagnostic testing such as imaging and reported symptoms, as well as with exam with AP providers. There are no acute or ongoing impairments.

**7. Are the severity and scope of the claimant's reported pain consistent with the severity and scope of the claimant's medical conditions and intensity of treatment? Please provide medical evidence to support your answer.**

The severity and scope are not in line with the chronic and stable conditions that are supported by the medical evidence.

**8. Does the medical evidence support any side effects from the prescribed medications? If yes, please provide the supported impairments and outline how any impairment affects functional capacity.**

There is no medical evidence to support impairments related to prescribed medications.

**CONFLICT OF INTEREST ATTESTATION:**

I certify that I do not accept compensation for review activities that is dependent in any way on the specific outcome of the case. To the best of my knowledge, I was not involved with the specific episode of care prior to referral of the case for review. I do not have a material professional, familial, or financial conflict of interest (financial conflict of interest is defined as ownership interest of greater than 5%) regarding any of the following: the referring entity; the insurance issuer or group health plan that is the subject of the review the covered person whose treatment is the subject of the review and the covered person's authorized representative, if applicable; any officer, director or management employee of the insurance issuer that is the subject of the review; any group health plan administrator, plan fiduciary, or plan employee; the health care provider, the health care provider's medical group or independent practice association recommending the health care service

LIB000889

RE: Vicki Collier«@Claimant»                    NMR #: 229361
Page 5

_____

or treatment that is the subject of the review; the facility at which the recommended health care service or treatment would be provided; or the developer or manufacturer of the principle drug, device, procedure or other therapy being recommended for the covered person whose treatment is the subject of the review.

This attestation certifies that the peer reviewer named below has the appropriate scope of licensure or certification that typically manages the medical condition, procedure, treatment, or issue under review and has current, relevant experience and/or knowledge to render a determination for the case under review.

**ADVISING REVIEWER:**

Akhil Chhatre, M.D.
Board Certified in Physical Medicine & Rehabilitation
Clinical Educator for Johns Hopkins Pain Fellowship
Clinical Educator for Johns Hopkins Spinal Cord Injury Fellowship
Licensed in State of MD #D75705
Licensed in State of MO #2010003181
Licensed in State of OK #30293
Licensed in State of PA #MD445085
Licensed in State of KS #04-35767

*NMR Conflict of Interest Attestation:*

*NMR attests to the fact that there is no conflict of interest with this review for referring entity, benefit plan, enrollee/consumer, attending provider, facility, drug, device or procedure. NMR attests that its compensation is not dependent on the specific outcome of this review or has had any involvement with this case prior to this referral.*

LIB000890

# Network Medical Review Company, LTD.

*An Examworks company*

**INVOICE**

LINCOLN FINANCIAL GROUP - LLAOB

Attn: Kristie LaRocca
8801 INDIAN HILLS DRIVE
OMAHA, NE 68114

Invoice Number: TBD
Invoice Date: 4/22/2019
Account Number: 519193
File Number: 229361-1

Service Date: 5/8/2019 3:11 PM CDT
Claim Number: 8741789
Claimant Name: Vicki Collier

| Description | | Amount |
|---|---|---|
| Initial | LTD | **$945** |

**Physician Name/Specialty**

AKHIL   CHHATRE / Physical Medicine
& Rehabilitation

**Comments**

**Please pay this amount:**          **$945**

Remit to: Network Medical Review Company, LTD
PO Box 492260
Redding, CA 96049-2260
Tax ID 76-0711128

**LIB000891**

UPS CampusShip - United States

Page 1 of 1

**UPS CampusShip: View/Print Label**

1. Ensure there are no other shipping or tracking labels attached to your package. Select the Print button on the print dialog box that appears. Note: If your browser does not support this function select Print from the File menu to print the label.

2. Fold the printed label at the solid line below. Place the label in a UPS Shipping Pouch. If you do not have a pouch, affix the folded label using clear plastic shipping tape over the entire label.

3. GETTING YOUR SHIPMENT TO UPS
   **Customers with a Daily Pickup**
   Your driver will pickup your shipment(s) as usual.

   **Customers without a Daily Pickup**
   Take your package to any location of The UPS Store®, UPS Access Point(TM) location, UPS Drop Box, UPS Customer Center, Staples® or Authorized Shipping Outlet near you. Items sent via UPS Return Services(SM) (including via Ground) are also accepted at Drop Boxes. To find the location nearest you, please visit the Resources area of CampusShip and select UPS Locations.
   Schedule a same day or future day Pickup to have a UPS driver pickup all your CampusShip packages.
   Hand the package to any UPS driver in your area.

| UPS Access Point™ | UPS Access Point™ | UPS Access Point™ |
|---|---|---|
| THE UPS STORE | JANETOS SUPERETTE | MAIN ST MAILING & COPY |
| 422 CENTRAL AVE | 77 MAIN ST | 54 MAIN ST |
| DOVER ,NH 03820 | DOVER ,NH 03820 | DURHAM ,NH 03624 |

*8741789,*
*2nd day*

FOLD HERE

*K-Larocca*



**LIB000892**

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213

MS. VICKI COLLIER

███████████████████████

LIB000893



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 422-7909

May 9, 2019

Ms. Vicki Collier

███████████████████████

VALENCIA, CA 91354

RE:     Long Term Disability (LTD) Benefits
        Auto Club Enterprises
        Claim #: 8741789

Dear Ms. Vicki Collier:

Liberty Life Assurance Company of Boston, now a Lincoln Financial Group company is responsible for managing claims for Long Term Disability (LTD) benefits under Auto Club Enterprises's Group Disability Policy.  We are writing in reference to your claim for LTD benefits under the Policy.

Liberty Life Assurance Company of Boston, now a Lincoln Financial Group company is responsible for managing claims for Long Term Disability (LTD) benefits under Auto Club Enterprises's Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

You submitted a claim for shoulder pain and your claim file contains the following medical documentation:

- Medical records from May 10, 2018 through February 13, 2019 from Kaiser Permanente.

- Medical records from September 5, 2018 through February 25, 2019 from Dr. Edwin Haronian, Dr. Jonathan F. Kohan and providers with Synapse.

We have completed a thorough review of your eligibility for benefits and have determined that benefits are not payable. Auto Club Enterprises's LTD Policy requires that to be eligible for benefits you must meet the following definition of disability:

*"Disability" or "Disabled" means:*
*i. that during the Elimination Period and the next 12 months of Disability the Covered Person, as a result of Injury or Sickness, is unable to perform with reasonable continuity the Substantial and Material Acts necessary to pursue his Own Occupation in the usual and customary way; and*

*ii. thereafter, the Covered Person is unable to perform, with reasonable continuity, the Substantial and Material Acts of any occupation, meaning that as a result of sickness or injury the Covered Person is not able to engage with reasonable continuity in any occupation in which he could reasonably be expected to perform satisfactorily in light of his age, education, training,*

1   of 6

LIB000894

*experience, station in life, and physical and mental capacity.*

*"Own Occupation" means the Covered Person's occupation that he was performing when his Disability or Partial Disability began.*

In order to evaluate whether or not you have met the above definition of disability, we requested medical information from your physician(s).

Auto Club Enterprises's Policy requires that you provide proof of disability as follows:

*Proofs of Loss*
*Written proof of loss must be furnished to the insurer, in the case of claim for loss for Long Term Disability benefits, within 90 days after the termination of the period for which the insurer is liable, and in case of claim for any other loss, within 90 days after the date of such loss. Failure to furnish such proof within the time required shall not invalidate nor reduce any claim if it was not reasonably possible to give proof within such time, provided such proof is furnished as soon as reasonably possible and in no event, except in the absence of legal capacity of the employee, later than one year from the time proof is otherwise required.*

On February 15, 2019 and March 8, 2019 we wrote to you requesting that you complete and return several claimant forms.  We also advised you of our requests for medical records.  We asked that you provide the requested forms and ensure that your medical providers submit your medical records no later than March 30, 2019.

On April 2, 2019 we called you and advised that we would extend the deadline to submit medical records to April 12, 2019 to allow Synapse additional time to submit your records.

On April 11, 2019 you called us and left a voice message that you received Synapse records and would mail them to us.

Although these records were received on April 23, 2019 passed the extended deadline, we accepted the records and referred your file to a Consulting Physician licensed in Physical Medicine and Rehabilitation.  Additionally, the Consulting Physician is a clinical educator for Johns Hopkins pain fellowship and spinal cord injury fellowship. The results of the Consulting Physician review are as follows:

*"The claimant has chronic low back pain, neck pain, and right shoulder pain s/p right shoulder arthroscopy in July 2017.*

*The diagnoses are supported by the aforementioned surgery, cervical exam findings of spasms and tenderness over the paravertebral muscles and trapezius and interscapular area, discomfort with ROM, 4/5 strength of the right deltoid, positive impingement, positive Yergason test and Hawkins sign bilaterally, tenderness over the lateral epicondyle bilaterally, pain with resisted wrist extension, and positive Phalen bilaterally.*

*On lumbar exam, she had tenderness and spasms in the paravertebral muscle, tender sciatic notch bilaterally, pain with toe and heel walks, pain with squatting, pain with ROM in all planes, negative SLR test, and 5/5 strength in BLE.*

LIB000895

*The 10/10/16 MRI of the cervical spine showed a 1mm disc bulge at C3-4, a 2mm disc bulge at C4-5, and a 2mm disc bulge at C5-6 and C6-7. There is mild narrowing of the left neural foramen and moderate significant narrowing of the right neural foramen at the C6-7 level.*

*The MRI of the right shoulder showed partial thickness of the articular surface supraspinatus tendon tear with moderate tendinosis, and AC joint osteoarthrosis is noted.*

*From 05/15/18 to the present, there are no supported impairments. The claimant has stable exam findings with no new diagnostic testing or exam changes to suggest an acute neurologic or (musculoskeletal) MSK derangement.*

*The MRI of the cervical spine is from 2016, without any updated findings since then. **The right shoulder MRI is undated**. The claimant has stable exam findings with no new diagnostic testing or exam changes to suggest an acute neurologic or (musculoskeletal) MSK derangement.*

*The claimant does not have supported impairment, and from 05/15/18 to the present, can work full time (8 hours/day, 5 days/week) without restrictions.*

*The claimant is stable medically, both with diagnostic testing such as imaging and reported symptoms, as well as with exam with AP providers. There are no acute or ongoing impairments.*

*The severity and scope (of reported pain) are not in line with the chronic and stable conditions that are supported by the medical evidence.*

*There is no medical evidence to support impairments related to prescribed medications."*

In addition to reviewing the medical documentation contained in your claim file, the Consulting Physician also attempted to discuss his assessment with Dr. Haronian and Dr. Kohan.  Messages were left for these providers on April 25, 2019 April 29, 2019, and May 3, 2019 and May 6, 2019. No return call was received by either physician.

We compared your restrictions and limitations to the requirements of your occupation.  The vocational review concluded the following:

**PHYSICAL DEMANDS**
Taking into consideration all of the research as noted in the DOT, O*NET and the OOH, the occupation of Insurance Sales Agent is typically performed at both the sedentary and light physical demand levels.

This occupation can be completed as an inside sales agent or as an outside sales agent. Sales agents, at the light physical demand level, may be on their feet more than occasionally when meeting with customers, presenting and traveling to meetings. Inside sales agents complete more work via computer, in person meetings, and telephone in an office setting.

"**S-Sedentary Work -** Exerting up to 10 pounds of force occasionally (Occasionally: activity or condition exists up to 1/3 of the time) and/or a negligible amount of force frequently (Frequently: activity or condition exists from 1/3 to 2/3 of the time) to lift, carry, push, pull, or otherwise move

3   of 6

**LIB000896**

objects, including the human body. Sedentary work involves sitting most of the time, but may involve walking or standing for brief periods of time. Jobs are sedentary if walking and standing are required only occasionally and all other sedentary criteria are met."

Positional requirements in sedentary environments include:

- **Constant** sitting
- **Frequent** handling and fingering
- **No and Occasional** standing, walking
- **No** reaching (reaching can be eliminated by moving objects an ergonomically correct distance from the body), bending/stooping, twisting, kneeling, crouching/squatting, crawling, climbing or balancing

The Department of Labor defines light work as,

"**L-Light Work -** Exerting up to 20 pounds of force occasionally, and /or up to 10 pounds of force frequently, and/or a negligible amount of force constantly to move objects. Physical demand requirements are in excess of those for sedentary work. Even though the weight lifted may be only a negligible amount, a job should be rated Light Work: (1) when it requires walking or standing to a significant degree; or (2) when it requires sitting most of the time but entails pushing and/or pulling of arm or leg controls; and/or (3) when the job requires working at a production rate pace entailing the constant pushing and/or pulling of materials even though the weight of those materials is negligible. NOTE: The constant stress and strain of maintaining a production rate pace, especially in an industrial setting, can be and is physically demanding of a worker even though the amount of force exerted is negligible."

Positional requirements in light environments include:

- **Frequent** standing, handling and fingering
- **Occasional and Frequent** reaching, sitting
- **Occasional**, walking, bending/stooping, twisting
- **No** climbing, kneeling, crouching/squatting, crawling or balancing

Based on the standard vocational resources outlined above, coupled with my vocational expertise, part-time opportunity does exist in this occupation.

**SUMMARY AND CONCLUSIONS**

With a reasonable degree of vocational certainty, the typical physical demands of Ms. Collier's occupation of Insurance Sales Agent are most often performed in both the sedentary and light physical demand categories in the national economy. Specific positional demands are outlined above. Based on the research outlined above combined with my professional expertise, it is reasonable to conclude that the occupation exists in both full and part-time positions.

Based on the medical documentation received in relation to the requirements of your occupation, you do not meet the definition of disability outlined above. Thus no benefits are payable and we must deny your claim.

**LIB000897**

This claim determination reflects an evaluation of the claim facts and the Policy provisions. No internal rules, guidelines, protocols, standards or other similar criteria were relied upon in rendering the claim determination. We reserve the right to make a determination on any additional information that may be submitted.

Under the Employee Retirement Income Security Act of 1974 (ERISA), you may request a review of this denial by writing to the address below:

Liberty Life Assurance Company of Boston
Attn: Appeal Review Unit
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213

The written request for review must be sent within 180 days from the receipt of this letter and state the reasons you feel your claim should not have been denied. In your request for review please include the following documentation:

All treatment notes, consultation reports, diagnostic test results, lab results, procedure reports, admit and discharge summaries, and pharmacy records from February 14, 2019 to the present from Kaiser.

All treatment notes, consultation reports, diagnostic test results, lab results, procedure reports, admit and discharge summaries, and pharmacy records from February 26, 2019 to the present from Synapse.

You should also provide any additional information that you feel will support your claim.

You are entitled to receive, upon request and free of charge, copies of all claim file documents relevant to the claim determination. If Lincoln Financial Group does not receive your written request for review within 180 days from the receipt of this notice, our claim decision will be final, your file will remain closed, and no further review will be conducted.

Under normal circumstances, you will be notified of the final decision within 45 days from the date your request is received.

If you require language translation assistance, please contact Lincoln Financial Group to initiate a service provided free of charge to assist with understanding your claim and appeal rights.

如果您需要翻译方面的帮助，请联系我，我会免费为您服务以便了解您的要求和诉求。

5  of  6

**LIB000898**

Shá ata' hane'go shíká a'doowoł nínízingo saad hosíníłį̋' dóó ná'ookąąh nííní'ą̨ągo naaltsoos nííníłtsoozígíí hazho'ó bik'idi'deeshtį̋ł nínízingo doo bą́ą́h ílínígóó níká a'doowoł éí biniiyé shił hodíílnih áko ákwe'égi níká adeeshwoł.

Si necesita traducción, contácteme para iniciar un servicio gratuito a fin de ayudarle a entender sus derechos de reclamo y apelación.

Kung nangangailangan ka ng tulong sa translation, mangyaring makipag-ugnayan sa akin upang gumamit ng serbisyong ibinigay nang walang bayad upang matulungan kang maunawaan ang iyong mga karapatan sa paghahabol at pag-aapela.

If special circumstances cause a delay in our decision, you will be notified of the final decision no later than 90 days from the date your request is received.

Nothing in this letter should be construed as a waiver of any rights and defenses under the above captioned Policy, and all of these rights and defenses are reserved to the company, whether or not they are specifically mentioned herein.

Under the state of California's Fair Claims Settlement Practices Regulations you may have this matter reviewed by the California Department of Insurance if you believe you have been wrongfully denied.  You may send your request for review to:

California Dept. of Insurance
Consumer Services Division
300 S. Spring Street
Los Angeles, CA. 90013
1(800) 927-4357 or (213) 897-8921

If you have any questions regarding this matter, please contact me.

Sincerely,

Kristie Larocca
LTD Technical Specialist
Phone No.: (888) 437-7611 Ext. 16350
Secure Fax No.: (603) 422-7909

LIB000899

## Network Medical Review Co. Ltd.

### An ExamWorks Company

**REFERRED BY:**      Kristie LaRocca
**CLIENT:**              Lincoln Life Insurance
**NAME:**              Vicki Collier
**CLAIM #:**            8741789
**NMR #:**              229361
**DATE:**              5/8/2019

**RECORDS PROVIDED FOR REVIEW:**

| | | |
|---|---|---|
| PROGRESS NOTES | J. F. Kohan, MD | 12/13/18 - 03/03/19 |
| PROGRESS NOTES | E. Haronian, MD | 09/05/18 - 02/14/19 |
| PROGRESS NOTES | Kaiser Permanente | 05/10/18 - 02/13/19 |
| LABS/DIAGNOSTICS | Kaiser Permanente | 07/30/18 - 02/13/19 |
| MISC | | 02/20/19 - 04/24/19 & Undated |

TELECONFERENCE
1) AP NAME: Dr. Haronian and Dr. Kohan
2) PHONE: 818-788-2400
3) DATE(S): 4/25/2019, 4/29/2019, 5/6/2019, 5/3/2019
4) TIME(S): 11:54 AM PT, 2:12 PM PT, 11:23 AM PT, 1:25 PM PT
5) PERSON(S) SPOKEN WITH: Office staff, Nancy's voicemail, voicemail, voicemail
6) POSITION OF PERSON(S) SPOKEN WITH: Medical Assistant, voicemail, voicemail, voicemail

**4960 E. State Street ● Rockford, IL 61108 ● Phone  815.964.6334 ● Fax  815.964.1162**
*website* **www.nmrco.com** ■ *email* **info@nmrco.com**

**LIB000900**

RE: Vicki Collier«@Claimant»                                    NMR #: 229361
Page 2

SUMMARY OF DISCUSSION(S): I called the office of Dr. Haronian/Dr. Kohan, and left a message providing my name, case details, and my call back number.

Another message was left providing my name, case details, and my call back number.

I left another voice message for a return call.

I left another voice message for a return call.

**ASSESSMENT:** The claimant is a 55 year old female, with a date of birth of 06/07/63. This review will be from a PM&R perspective. The primary diagnosis is noted to be unspecified sprain of the shoulder joint.

The review period is from 05/15/18 forward. All information submitted was reviewed, and information relative to this reviewer's speciality is noted below.

The claimant has had neck, and bilateral shoulder and back pain that radiates into the upper and lower extremities, since 2016. Diagnoses include cervical spine radiculopathy, lumbar spine radiculopathy, bilateral shoulder impingement, right rotator cuff syndrome, chronic migraines, bilateral elbow tendinitis, and bilateral wrist tendinitis. She underwent a right shoulder arthroscopy for rotator cuff tear by Dr. Tun on 07/25/17. There is no history of neck or back surgery. She had failed conservative treatments of NSAIDs, opiates, neuromodulators, acupuncture, physical therapy and injections. Date of disability is 05/15/18.

Orthopaedic Surgeon Edwin Haronian, MD cared for the claimant on 09/05/18, 10/10/18, 11/14/18, 11/29/18, 01/03/19, 01/31/19, and0 2/14/19. On cervical exam, she had spasm and tenderness over the paravertebral muscles, trapezius and interscapular area, discomfort with ROM, 4/5 strength of right deltoid, positive impingement, positive Yergason test and Hawkins sign bilaterally, tenderness over the lateral epicondyle bilaterally, pain with resisted wrist extension, and positive Phalen bilaterally. On lumbar exam, had tenderness and spasm in the paravertebral muscle, tender sciatic notch bilaterally, pain with toe and heel walks, pain with squatting, pain with ROM in all planes, negative SLR test, and 5/5 strength in BLE. A&P: For neck, shoulder and back pain, conservative treatments are unlikely to provide improvement. She has reached maximum medical improvement, and is deemed permanent and stationary. Recommend cervical and lumbar injections, right shoulder surgery or injections, elbow injections, and carpal tunnel release surgery if symptoms persist. Refilled Norco, and referred to Pain Management.

Neurologist Shahram Gharibshahi, MD/Sonu M Brara, MD cared for the claimant on 07/20/18, 10/16/18, and 1/17/19 for chronic migraines. Exam was normal. A&P: For chronic migraines, Botox injections were given, and she was to continue Gabapentin.

Orthopedics provider Sovanrith Tun, MD/Maria R Oculam, PA cared for the claimant on 05/14/18, 07/06/18, and 11/12/18. On exam of shoulders, there was decreased ROM with abduction to 90, forward flexion to 90, external rotation to 70, internal rotation to 20, and positive impingement sign. A&P: For bilateral shoulder pain, Meloxicam and Norco were prescribed, and bilateral shoulder cortisone injections were given on 07/06/18.

Anesthesiologist/Pain Medicine provider Jonathan F Kohan, MD cared for the claimant on 12/13/18, 01/28/19, and 02/25/19. On cervical exam, she had tenderness and moderate to severe spasms over the cervical spine, trapezius, and deltoid on the left, decreased sensation over the right C5 and C6, and normal ROM of the neck and shoulders. On lumbar exam, she had tenderness and moderate spasms over the lumbar spine, negative SLR

LIB000901

RE:  Vicki Collier«@Claimant»                                NMR #: 229361
Page 3

---

and Patrick's test bilaterally, normal motor and reflexes, and decreased sensation on the right at L5. A&P: For bilateral shoulder pain, Norco and Gabapentin were prescribed, and Gabapentin was increased.

Interventions/Surgeries:
-  0 7/25/17 Right shoulder arthroscopy by Dr. Tun
-       Lumbar epidural steroid injection
-       07/20/17 cervical epidural steroid injection
-       07/6/18 bilateral shoulder cortisone injection
-       07/20/18, 10/16/18, and 01/17/19, Botox injections of shoulders and neck

Imaging/Testing:
-       10/10/16 MRI cervical spine showed 1mm disc bulge at C3-4, 2mm disc bulge at C4-5, and 2mm disc bulge at C5-6 and C6-7. There is mild narrowing of the left neural foramen and moderate significant narrowing of the right neural foramen at the C6-7 level.
-       (No date) MRI right shoulder showed partial thickness articular surface supraspinatus tendon tear with moderate tendinosis. AC joint osteoarthrosis is noted.

All available medical documentation was reviewed.

**IN ANSWER TO YOUR SPECIFIC QUESTIONS:**

**1. Please contact treating provider(s) When contacting the treating providers, please clarify the information reviewed and discuss your opinion regarding impairment if it differs from that of the treating provider. Indicate whether you have reached a consensus with the treating provider regarding impairment and medical restrictions. If you disagree with the treating providers restrictions please provide a detailed explanation.**

I made four attempts to reach either Dr. Haronian or Dr. Kohan, but was unsuccessful.

**2. What diagnosis is supported by the medical evidence in the file?**

The claimant has chronic low back pain, neck pain, and right shoulder pain s/p right shoulder arthroscopy in July 2017.

The diagnoses are supported by the aforementioned surgery, cervical exam findings of spasms and tenderness over the paravertebral muscles and trapezius and interscapular area, discomfort with ROM, 4/5 strength of the right deltoid, positive impingement, positive Yergason test and Hawkins sign bilaterally, tenderness over the lateral epicondyle bilaterally, pain with resisted wrist extension, and positive Phalen bilaterally. On lumbar exam, she had tenderness and spasms in the paravertebral muscle, tender sciatic notch bilaterally, pain with toe and heel walks, pain with squatting, pain with ROM in all planes, negative SLR test, and 5/5 strength in BLE. The 10/10/16 MRI of the cervical spine showed a 1mm disc bulge at C3-4, a 2mm disc bulge at C4-5, and a 2mm disc bulge at C5-6 and C6-7. There is mild narrowing of the left neural foramen and moderate significant narrowing of the right neural foramen at the C6-7 level. The MRI of the right shoulder showed partial thickness of the articular surface supraspinatus tendon tear with moderate tendinosis, and AC joint osteoarthrosis is noted.

**3. Does the medical evidence support any diagnoses causing impairment from 05/15/18 to the present?**

LIB000902

RE: Vicki Collier«@Claimant»                              NMR #: 229361
Page 4

From 05/15/18 to the present, there are no supported impairments. The claimant has stable exam findings with no new diagnostic testing or exam changes to suggest an acute neurologic or (musculoskeletal) MSK derangement.

**4. Please explain your medical rationale.**

The MRI of the cervical spine is from 2016, without any updated findings since then. The right shoulder MRI is undated. The claimant has stable exam findings with no new diagnostic testing or exam changes to suggest an acute neurologic or (musculoskeletal) MSK derangement.

**5. If impairment is supported, please describe how that translates into restrictions or limitations and for what period(s) of time. Please define in terms of frequency (never, occasional, frequent, constant) and task (sit, stand, lift/carry, type etc).**

The claimant does not have supported impairment, and from 05/15/18 to the present, can work full time (8 hours/day, 5 days/week) without restrictions.

**6. Please explain your medical rationale for any restrictions or limitations or why restrictions or limitations are not supported.**

The claimant is stable medically, both with diagnostic testing such as imaging and reported symptoms, as well as with exam with AP providers. There are no acute or ongoing impairments.

**7. Are the severity and scope of the claimant's reported pain consistent with the severity and scope of the claimant's medical conditions and intensity of treatment? Please provide medical evidence to support your answer.**

The severity and scope are not in line with the chronic and stable conditions that are supported by the medical evidence.

**8. Does the medical evidence support any side effects from the prescribed medications? If yes, please provide the supported impairments and outline how any impairment affects functional capacity.**

There is no medical evidence to support impairments related to prescribed medications.

**CONFLICT OF INTEREST ATTESTATION:**

I certify that I do not accept compensation for review activities that is dependent in any way on the specific outcome of the case. To the best of my knowledge, I was not involved with the specific episode of care prior to referral of the case for review. I do not have a material professional, familial, or financial conflict of interest (financial conflict of interest is defined as ownership interest of greater than 5%) regarding any of the following: the referring entity; the insurance issuer or group health plan that is the subject of the review the covered person whose treatment is the subject of the review and the covered person's authorized representative, if applicable; any officer, director or management employee of the insurance issuer that is the subject of the review; any group health plan administrator, plan fiduciary, or plan employee; the health care provider, the health care provider's medical group or independent practice association recommending the health care service

LIB000903

RE:  Vicki Collier«@Claimant»                              NMR #: 229361
Page 5

or treatment that is the subject of the review; the facility at which the recommended health care service or treatment would be provided; or the developer or manufacturer of the principle drug, device, procedure or other therapy being recommended for the covered person whose treatment is the subject of the review.

This attestation certifies that the peer reviewer named below has the appropriate scope of licensure or certification that typically manages the medical condition, procedure, treatment, or issue under review and has current, relevant experience and/or knowledge to render a determination for the case under review.

**ADVISING REVIEWER:**

Akhil Chhatre, M.D.
Board Certified in Physical Medicine & Rehabilitation
Clinical Educator for Johns Hopkins Pain Fellowship
Clinical Educator for Johns Hopkins Spinal Cord Injury Fellowship
Licensed in State of MD #D75705
Licensed in State of MO #2010003181
Licensed in State of OK #30293
Licensed in State of PA #MD445085
Licensed in State of KS #04-35767

*NMR Conflict of Interest Attestation:*

*NMR attests to the fact that there is no conflict of interest with this review for referring entity, benefit plan, enrollee/consumer, attending provider, facility, drug, device or procedure.  NMR attests that its compensation is not dependent on the specific outcome of this review or has had any involvement with this case prior to this referral.*

**LIB000904**

## Network Medical Review Company, LTD.

*An Examworks company*

**INVOICE**

LINCOLN FINANCIAL GROUP - LLAOB

Attn: Kristie LaRocca
8801 INDIAN HILLS DRIVE
OMAHA, NE 68114

Invoice Number: TBD
Invoice Date: 4/22/2019
Account Number: 519193
File Number: 229361-1

Service Date: 5/8/2019 3:11 PM CDT
Claim Number: 8741789
Claimant Name: Vicki Collier

| Description | | Amount |
|---|---|---|
| Initial | LTD | **$945** |

**Physician Name/Specialty**

AKHIL   CHHATRE / Physical Medicine
& Rehabilitation

**Comments**

**Please pay this amount:**          **$945**

Remit to: Network Medical Review Company, LTD
PO Box 492260
Redding, CA 96049-2260
Tax ID 76-0711128

**LIB000905**

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213

MS. VICKI COLLIER

LIB000906



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 422-7909

April 24, 2019

Ms. Vicki Collier

RE:    Long Term Disability (LTD) Benefits
        Auto Club Enterprises
        Claim #: 8741789

Dear Ms. Vicki Collier:

We are writing with a status update of your LTD claim.  Your claim is currently pending an initial determination.  The deadline to submit medical records was March 30, 2019 however we extended that date to April 18, 2019.  We have referred your file to a consulting physician to assess your level of impairment.  Once this review process is completed we will render our claim determination.

If you have any questions regarding this matter, please contact me.

Sincerely,

Kristie Larocca
LTD Technical Specialist
Phone No.: (888) 437-7611 Ext. 16350
Secure Fax No.: (603) 422-7909

1  of  1

**LIB000907**

# Lincoln Financial Group - Independent Evaluation

## Peer Review

Requested By:    Kristie LaRocca
Disability Claims
P.O. Box 7206
London, KY 40742-7206
(888) 437-7611 x16350
Fax:    (603) 334-5719

**Document Locations**

☑ Document List
☐ Correspondence
☐ Paper File

**Return Report to: VendorReferrals@lfg.com**

| | | | |
|---|---|---|---|
| Customer Name: | AUTO CLUB OF SO CALIFORNIA | Date Sent: | 4/24/2019 |
| Funding type: | CON | Coverage Type: | LTD |
| Claimant Name: | VICKI    COLLIER | Claim #: | 8741789 |
| Claimant Address: | ▮▮▮▮▮▮▮▮ | Claimant SSN: | ▮▮▮▮▮▮ |
| | | Claimant DOB: | ▮▮▮▮▮ |
| City: | VALENCIA | Claimant Tel. #: | |
| State: | CA | Claimant DOD: | 5/15/2018 |
| Zip: | 91354-0000 | Primary Diagnosis: | Unspecified sprain of shoulder joint |
| Gender: | FEMALE | Att. Physician: | |
| Specialist Type Requested : | Physical Medicine and Rehabilitation (PM&R) | Physician: Phone/Fax | dr. Haronian and Dr. Kohan 818-788-2400 fx 818 788-2453 |

Referral Questions:                          Vendor Chosen:       Network Medical Review

Claimant Name:     VICKI    COLLIER

**LIB000908**

# Lincoln Financial Group - Independent Evaluation

## Peer Review

claimant reports she is out of work due to bilateral shoulder pain, neck and back pain.  She is claiming disability and workers compensation. Referral to PMR / Pain CP to assess level of impairment since disability date 5/15/18 forward.  Questions for CP: 1. Please contact treating provider(s) When contacting the treating providers, please clarify the information reviewed and discuss your opinion regarding impairment if it differs from that of the treating provider. Indicate whether you have reached a consensus with the treating provider regarding impairment and medical restrictions. If you disagree with the treating providers restrictions please provide a detailed explanation. 2. What diagnosis is supported by the medical evidence in the file?  3.  Does the medical evidence support any diagnoses causing impairment from 5/15/18 to the present? 4.  Please explain your medical rationale.  5. If impairment is supported, please describe how that translates into restrictions or limitations and for what period(s) of time. Please define in terms of frequency (never, occasional, frequent, constant) and task (sit, stand, lift/carry, type etc). 6. Please explain your medical rationale for any restrictions or

limitations or why restrictions or limitations are not supported. 7. Are the severity and scope of the claimant's reported pain consistent with the severity and scope of the claimant's medical conditions and intensity of treatment? Please provide medical evidence to support your answer. 8. 6Does the medical evidence support any side effects from the prescribed medications?  If yes, please provide the supported impairments and outline how any impairment affects functional capacity.

Instructions For Vendor:

Claimant Name:     VICKI    COLLIER

**LIB000909**

## Lincoln Financial Group - Independent Evaluation

### Peer Review

records sent to Josheph Miranda

Attorney Information (if applicable):

n/a

Claimant Name:     VICKI     COLLIER

**LIB000910**

7N113190042

 **Jonathan F. Kohan, M.D.**
SPECIALIZING IN PAIN DISORDERS

MULTI-DISCIPLINARY
TREATMENT OF
CRPS (RSD)
CHRONIC PAIN SYNDROMES
CANCER PAIN
FIBROMYALGIA
NEURALGIAS
HEADACHE

SPINAL CORD STIMULATION
INTRATHECAL PUMP
PLACEMENT
DISCOGRAPHY
RADIOFREQUENCY ABLATION
SPINAL INJECTIONS

Edwin Haronian, MD
5651 Sepulveda Blvd., #201
Sherman Oaks, CA 91411

| Patient Name | : | Vicki Collier |
|---|---|---|
| Date of Service | : | February 25, 2019 |
| Claim # | : | 17G44F696159 |
| Employer | : | Automobile Club |
| Date of Birth | : | ▆▆▆▆▆▆ |
| Date of Injury | : | CT:7/13/2013-7/24/2017 |
| File # | : | 20050164 |

## SECONDARY PHYSICIAN PAIN MANAGEMENT FOLLOWUP REPORT

*This special narrative report is reimbursable (1994) Official Medical Fee Schedule because one of the following: There was an unexpected or significant change in the patient's condition or the treatment plan; there is a change in patient care or status; submitted records were reviewed or specific questions were answered.*

Ms. Collier is a 55-year-old female who returns for evaluation after her last appointment with me on January 28, 2019. She does not report any side effects with Norco 5 mg, Neurontin 300 mg and this include no nausea, vomiting, constipation, oversedation, or epigastric pain. Since last time, she has had exacerbated neck and shoulder pain on the left side but the residual pain on the right side that she has had right shoulder surgery for has remained. Typically, she continues to have difficulty with any lifting, pushing, pulling, over-the-shoulder activity, bending, twisting, and continues to have residual low back pain. Aside from the above, she has not been taking anything else.

## PHYSICAL EXAMINATION:
There is no sign of sedation. She is alert and oriented. Tenderness and moderate-to-severe spasm over the cervical spine extends to trapezius, deltoid on the left side but range of motion of the left shoulder is intact with no weakness.

DIPLOMATE, AMERICAN BOARD
OF ANESTHESIOLOGY
FELLOWSHIP TRAINED IN PAIN
MEDICINE

5651 SEPULVEDA BLVD., STE 201
SHERMAN OAKS, CA 91411
PH (818) 788-2400

LIB000911

7N113190042

Collier, Vicki
February 25, 2019
Page 2 of 3

**IMPRESSION:**
History of right shoulder arthroscopic surgery.
Bilateral shoulder complaints.
Cervical disc protrusions.
Residual cervical radiculopathy.
Chronic lumbar pain with sacroiliitis component.

**RECOMMENDATION:**
No additional treatment has been allowed through Dr. Haronian's office and these have included course of therapy and also MRI of the lumbar spine. For now, her complaints are under control with the current regimen with no interference. CURES report does not show any aberrant activity. Thirty tablets of Norco 5 mg and 60 tablets of gabapentin 300 mg will be prescribed until I see the patient back next month.

*I declare, under penalty of perjury, that I have not violated the provisions of California Labor Code 139.3 and that the contents of this report and attached billing are true and correct to the best of my knowledge. I also affirm that I have not violated any sections of Labor Code 4628. Please see attached itemized billing with ICD-10 diagnosis code(s). The foregoing declaration is executed on the date of this report and signed by myself in the County of Los Angeles. Please be advised that Dr. Kohan has a financial interest in the Pacific Anesthesia Group.*

March 3, 2019
Date

Jonathan F. Kohan, M.D.
Diplomate American Board of
Anesthesiology
Fellowship-Trained in Pain
Medicine

JFK/8872/

*Robert L. Palty Esq.
6345 Balboa Blvd, Ste 211
Ste 211
Encino, CA 91316

*CCMSI Irvine
P.O. Box 53550
Irvine, CA 92619
Attn: Miguel Mendoza

**PROOF OF SERVICE**

LIB000912

7N113190042

Collier, Vicki
February 25, 2019
Page 3 of 3

## STATE OF CALIFORNIA

I am employed in the County of Los Angeles. I am over the age of 18 and not a party to the within action; my business address is:
5651 SEPULVEDA BLVD., SUITE 201, SHERMAN OAKS, CA 91411
On 3/8/2019 served the foregoing document described as:

JONATHAN F. KOHAN, M.D.
EVALUATION REPORT

Patient Name: Vicki Collier
File Number: 20050164
Claim #: 17G44F696159
DOS: 2/25/2019

On all interested parties in this action by electronic transmission a true copy of this narrative report from 5651 SEPULVEDA BLVD., SUITE 201, SHERMAN OAKS, CA 91411

Addressed as follows:

Edwin Haronian, MD
5651 Sepulveda Blvd., #201
Sherman Oaks, CA 91411

Robert L. Palty Esq.
6345 Balboa Blvd, Ste 211
Ste 211
Encino, CA 91316

Miguel Mendoza
CCMSI Irvine
P.O. Box 53550
Irvine, CA 92619

I declare that I am over the age of 18 years and not a party to this action. I also declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on 3/8/2019 at

Emily Shemwell

**LIB000913**

7N113190042

# EDWIN HARONIAN, M.D.
## ——DISORDERS & SURGERY OF THE SPINE——



- Minimally Invasive Spine Surgery

- Complex & Revision Spine Surgery

- Comprehensive Spine Care

- Certified, American Board of Orthopedic Surgery


- Fellow, American Academy of Orthopedic Surgeons


## IINASS
- Member, North American Spine Society

- American College of Spine Surgery

- Alumni, Kerlan-Jobe Orthopedic Clinic

5651 SEPULVEDA BLVD., STE 201
SHERMAN OAKS, CA 91411
PH: (818)788-2400
FAX: (818) 788-2453

724 CORPORATE CENTER DRIVE
SECOND FLOOR
POMONA, CA 91768
PH. (909) 622-6222
FX. (909) 622-6220

WWW • ESPINEDOCTOR • COM

CCMSI Irvine
P.O. Box 53550
Irvine, CA 92619
Attn: Miguel Mendoza

| | | |
|---|---|---|
| Patient Name | : | Vicki Collier |
| Date of Service | : | February 14, 2019 |
| Claim # | : | 17G44F696159 |
| Employer | : | Automobile Club |
| Date of Birth | : | |
| Date of Injury | : | CT:7/13/2013-7/24/2017 |
| File # | : | 20050164 |

## FOLLOW-UP REPORT AND REVIEW OF MEDICAL RECORDS OF A PRIMARY TREATING PHYSICIAN

The patient is presenting to my attention after having been declared permanent and stationary previously on January 31, 2019. She has brought with her the panel QME report, supplemental report in pain management with Dr. Arora. This is dated October 24, 2018. Within the report, the QME reviews the medical records extensively. Medical records are reviewed from Page 2 all the way through Page 22 of the QME report. In the discussion section on Page 22, the QME indicates that he has no medical records available for review and to match her history, however, he has reviewed in full detail, the patient's medical records from Page 2 all the way through Page 22. Furthermore, he addresses the issues of causation and indicates that the right shoulder injury is related, however, the employment of the continuous trauma. He however indicates that the symptoms of neck and low back pain are not out of this employment. He states that the patient has reached permanent and stationary status. He does not indicate apportionment for the right shoulder. He states that the patient's neck, low back, and hemorrhoid claim are 100% non-industrial. He provides the patient with 0% whole person impairment to the left shoulder and 0% for the lumbar spine. He provided the patient with 5% whole person impairment for the cervical spine. He provides work restrictions and

7N113190042

**Collier, Vicki**
**February 14, 2019**
**Page 2 of 3**

states future medical care should include physical therapy.

The patient was declared permanent and stationary previously. She could return to my attention on an as needed basis based on her future medical care.

**DIAGNOSIS:**
M50.00 Cervical Radiculopathy
M54.17 Radiculopathy lumbosacral region
M75.40 Impingement syndrome shoulder
M70.20 Olecranon bursitis elbow
M77.20 Periarthritis unspecified wrist

*I declare, under penalty of perjury, that I have not violated the provisions of California Labor Code 139.3 and that the contents of this report and attached billing are true and correct to the best of my knowledge. I also affirm that I have not violated any sections of Labor Code 4628. Please see attached itemized billing with ICD-10 diagnosis code(s). The foregoing declaration is executed on the date of this report and signed by myself in the County of Los Angeles.*

*To complete this examination I have been assisted, as needed, for taking histories, taking x-rays, assisting with the patient, transcription of reports by some or all of the following personnel Alma Azucar, Natasha Yokum, Carmen Garcia and Emily Shemwell. Sherry Leoni, DC, Randy Cockrell, DC, and Timothy Markle, DC, may also have assisted in compiling and editing of this report. If required an interpreter was provided. All of the above individuals are qualified to perform the described activities by reason of individual training or under my direct supervision.*

*Please be advised that Dr. Haronian has a financial interest in Osteon Surgery Center, Kinetix Surgery Center and Pomona Orthopedics.*

February 22,
2019 _____
Date

Edwin Haronian, M.D.
Certified Diplomate American
Board of Orthopedic Surgery
California License #A71385
SL

*Robert L. Palty Esq.
6345 Balboa Blvd, Ste 211
Ste 211
Encino, CA 91316

**PROOF OF SERVICE**
**STATE OF CALIFORNIA**

I am employed in the County of Los Angeles. I am over the age of 18 and not a party to the within action; my business address is:

LIB000915

7N113190042

**Collier, Vicki**
**February 14, 2019**
**Page 3 of 3**

**5651 SEPULVEDA BLVD., SUITE 201, SHERMAN OAKS, CA 91411**
On 3/2/2019 served the foregoing document described as:

EDWIN HARONIAN, M.D.
EVALUATION REPORT

Patient Name: Vicki Collier
File Number: 20050164
Claim #: 17G44F696159
DOS: 2/14/2019

On all interested parties in this action by electronic transmission a true copy of this narrative report from 5651
**SEPULVEDA BLVD., SUITE 201, SHERMAN OAKS, CA 91411**

Addressed as follows:

Miguel Mendoza                     Robert L. Palty Esq.
CCMSI Irvine                       6345 Balboa Blvd, Ste 211
P.O. Box 53550                     Ste 211
Irvine, CA  92619                  Encino, CA  91316

I declare that I am over the age of 18 years and not a party to this action. I also declare under penalty of perjury that
the foregoing is true and correct and that this declaration was executed on 3/2/2019 at

Emily Shemwell

LIB000916

7N113190042

# EDWIN HARONIAN, M.D.
## —DISORDERS & SURGERY OF THE SPINE—

- Minimally Invasive Spine Surgery

- Complex & Revision Spine Surgery

  - Comprehensive Spine Care



- Certified, American Board of
  Orthopedic Surgery


- Fellow, American Academy of
  Orthopedic Surgeons

## ⵊⵊNASS
- Member, North American
  Spine Society


- American College of Spine Surgery

- Alumni, Kerian-Jobe Orthopedic
  Clinic

S6S1 SEPULVEDA BLVD., STE 201
SHERMAN OAKS, CA 91411
PH: (818) 788-2400
FAX: (818) 788-2453

724 CORPORATE CENTER DRIVE
SECOND FLOOR
POMONA, CA 91768
PH. (909) 622-6222
FX. (909) 622-6220

WWW · BSPINEDOCTOR · COM

CCMSI Irvine
P.O. Box 53550
Irvine, CA 92619
Attn: Miguel Mendoza

| | | |
|---|---|---|
| Patient Name | : | Vicki Collier |
| Date of Service | : | January 31, 2019 |
| Claim # | : | 17G44F696159 |
| Employer | : | Automobile Club |
| Date of Birth | : | ████████ |
| Date of Injury | : | CT:7/13/2013-7/24/2017 |
| File # | : | 20050164 |

## <u>PERMANENT AND STATIONARY REPORT OF A PRIMARY TREATING PHYSICIAN</u>

### HISTORY OF INJURY:

Ms. Collier stated that she sustained cumulative trauma injuries to her neck, shoulders, bilateral upper extremities, forearms, elbows, hands, wrists, back, head, lower extremities and internal (hemorrhoids) during the course of her employment as an insurance agent for The Auto Club.

She stated that since late in 2016 she developed the gradual onset of pain in her neck, shoulders, bilateral upper extremities, forearms, elbows, hands, wrists, back, head and lower extremities which she attributed to performing her job duties which for the most part entailed working at an ergonomically incorrect work station. She stated that she also developed hemorrhoids due to prolonged sitting at work on a chair that did not have padding.

She indicated that she initially went to Dr. Tun at Kaiser Permanente who administered cortisone injections to her shoulders. She underwent x-rays and MRI studies of her right shoulder. On July 25, 2017 Dr. Tun performed

LIB000917

7N113190042

**Collier, Vicki**
**January 31, 2019**
**Page 2 of 12**

right shoulder surgery after which she received a course of physical therapy. She remained on temporary total disability through November 21, 2017 at without restrictions. Through Kaiser she also received an epidural injection to her back and Botox injections to her shoulders and neck. She also received acupuncture treatment. She also underwent a CT scan of her neck and head and lower extremities. Dr. Tan placed her on temporary total disability since May 25, 2018. She stated that she has not received other treatment.

She presents to my office today for a comprehensive orthopedic evaluation.

**JOB DESCRIPTION:**
The patient began employment as an insurance agent for The Auto Club, since June of 2013.

She worked 50-60 hours per week. Her job duties at the time of injury included: selling auto, home and other vehicle insurance policies and AAA memberships, processing applications, operating a computer, typing, assisting customers, over-the-phone and face-to-face, filing, pulling files.

The precise activities required entailed prolonged standing and walking, as well as continuous fine maneuvering of her hands and fingers, and repetitive bending, stooping, squatting, twisting, turning, forceful pulling and pushing, forceful gripping and grasping, lifting and carrying 5 pounds, reaching to all levels..

**EMPLOYMENT HISTORY:**
The patient states that prior to working for the employer at the time of the injury, she was an independent contractor as an insurance agent for six years.

**CURRENT WORK STATUS:**
The patient is currently not working.

**PRESENT COMPLAINTS:**
The patient is complaining of neck and lower back pain along with pain in both shoulders, both elbows, and both wrist She describes radiating pain to the upper and lower extremities mainly on the right side with numbness, tingling, and weakness. She has difficulty with lifting, pushing, and pulling.

**MEDICAL HISTORY:**
The patient has no known history of heart disease, high blood pressure, kidney disease, diabetes, tuberculosis, cancer, ulcers, pneumonia, lung disease, eye problems, skin problems, asthma, hepatitis, liver disease, thyroid disease, gout, rheumatoid arthritis, Lupus, or arthritis.

**SURGERIES:**
The patient underwent an umbilical hernia repair and right shoulder scope.

**INJURIES:**
The patient denies any previous accidents or injuries.

LIB000918

7N113190042

Collier, Vicki
January 31, 2019
Page 3 of 12


**MEDICATIONS:**
The patient is currently not taking any medications.


**ALLERGIES:**
The patient has no known allergies to any medications.


**SOCIAL HISTORY:**
The patient is single and has three children. She does not drink and does not smoke.


**FAMILY HISTORY:**
Noncontributory.


**HOBBIES:**
The patient does not have any hobbies at this time.


**ACTIVITIES OF DAILY LIVING:**
The patient states prior to the above noted injury she had no disabling conditions and could perform all activities of daily living without any difficulties.

The patient states since the injury noted above she has difficulty cooking, washing her hair, kneeling, doing strenuous house chores, vacuuming, mopping, lifting and carrying baskets of laundry as well as grocery bags, pushing a shopping carts and prolonged sitting.


**PHYSICAL EXAMINATION:**
**Cervical Spine Examination:**
On visual inspection, there is no erythema, edema, swelling or deformity about the cervical spine or upper back area. The patient's head is held in a normal position. No torticollis was noted.

**There is spasm and tenderness over the paravertebral musculature, upper trapezium, interscapular area,** but not over the cervical spinous processes, or occiput.

| Cervical Range of Motion | Patient ROM | Normal |
|---|---|---|
| Forward Flex | --- | 50° |
| Extension | --- | 60° |
| Lateral Flex (rt.) | --- | 45° |
| Lateral Flex (lt.) | --- | 45° |
| Rotation (rt.) | --- | 80° |
| Rotation (lt.) | --- | 80° |

**Electronic inclinometers were used for the formal ranges of motion studies. Please see attached which was used for this evaluation.**

**Range of motion was accomplished with discomfort and spasm.**

LIB000919

7N113190042

Collier, Vicki
January 31, 2019
Page 4 of 12

Reflexes and special tests are as follows:

| Reflexes and test | Right | Left | Normal |
|---|---|---|---|
| Tricep reflex | 2+ | 2+ | 2+ |
| Biceps reflex | 2+ | 2+ | 2+ |
| Brachioradialis reflex | 2+ | 2+ | 2+ |
| Tinel Signs (wrists) | Negative | Negative | Negative |
| Tinel signs (elbow) | Negative | Negative | Negative |
| Adson Test | Negative | Negative | Negative |

Motor power testing for the cervical spine:

| Muscle Group | Right | Left | Normal |
|---|---|---|---|
| Deltoid (C5) | 4 | 5 | 5 |
| Biceps (C6) | 5 | 5 | 5 |
| Triceps (C7) | 5 | 5 | 5 |
| Wrists Extensors (C6) | 5 | 5 | 5 |
| Wrist Flexors (C7) | 5 | 5 | 5 |
| Finger Flexors (C8) | 5 | 5 | 5 |
| Finger Abduction (T1) | 5 | 5 | 5 |

Sensory Testing:

| Dermatome | Right | Left | Normal |
|---|---|---|---|
| C5 (Deltoid) | Intact | Intact | Intact |
| C6 (Lat Forearm, Thumb, Index) | Intact | Intact | Intact |
| C7 (Middle Finger) | Intact | Intact | Intact |
| C8 (Little finger, Med. Forearm) | Intact | Intact | Intact |
| T1 (Medial Arm) | Intact | Intact | Intact |
| T2 (Medial Arm) | Intact | Intact | Intact |

**JAMAR Grip Testing**      <u>Right</u>            <u>Left</u>
                            17/16/18          14/16/18

**Shoulder Examination:**

| Shoulder Range of Motion | Right | Left | Normal |
|---|---|---|---|
| Flexion | --- | --- | 180° |
| Abduction | --- | --- | 180° |
| Extension | --- | --- | 50° |
| Ext Rotation | --- | --- | 90° |
| Ext Internal Rotation | --- | --- | 90° |
| Adduction | --- | --- | 50° |

**Electronic inclinometers were used for the formal ranges of motion studies. Please see attached which was used for this evaluation.**

LIB000920

7N113190042

Collier, Vicki
January 31, 2019
Page 5 of 12

No tenderness was noted at the anterior deltoid, supraspinatus insertion, biceps tendon, or the acromioclavicular joint.

**Impingement and Hawkins signs were positive on the right and left.** Jobe's sign was negative on the right and left.

Apprehension test and re-location test were negative. No sulcus was present. **Yergason test was positive bilaterally.** No deformity or incision was noted around the shoulder area. **An incision was noted over the right shoulder.**

**Elbow Examination:**

| Elbow Range of Motion | Right | Left | Normal |
|---|---|---|---|
| Flexion | --- | --- | 140° |
| Extension | --- | --- | 0° |
| Pronation | --- | --- | 80° |
| Supination | --- | --- | 80° |

**Electronic inclinometers were used for the formal ranges of motion studies. Please see attached which was used for this evaluation.**

**Tenderness was noted over the lateral (tennis) epicondyle bilaterally** not the medial (Golfers) epicondyles. **Resisted wrist extension did elicit tenderness over the lateral epicondyle bilaterally.** The lateral pivot shift test did not reproduce instability. No olecranon bursitis was noted.

**Wrist & Hands Examination:**

| Wrist Range of Motion | Right | Left | Normal |
|---|---|---|---|
| Flexion | --- | --- | 60° |
| Extension | --- | --- | 60° |
| Ulnar Deviation | --- | --- | 30° |
| Radial Deviation | --- | --- | 20° |

**Electronic inclinometers were used for the formal ranges of motion studies. Please see attached which was used for this evaluation.**

No mechanical block was noted to range of motion. **There was tenderness over the distal radius and the carpus bilaterally.** No tenderness was noted at the anatomic snuffbox or the TFCC. Finkelstein test was normal. Tinel testing was negative. **Phalen and reverse Phalen (praying position) testing were positive bilaterally. Two-point discrimination was 6 mm bilaterally.**

No atrophy or tenderness was noted in the thenar, hypothenar, and intrinsic hand musculatures. The radial pulses are present and equal bilaterally.

LIB000921

7N113190042

Collier, Vicki
January 31, 2019
Page 6 of 12

No triggering was noted in any digit. Range of motion was painless without mechanical block. The thumbs bilaterally (adduction) reach the head of the 5th metacarpal. Thumb abduction is 90° bilaterally.

**Lumbar Examination:**
Patient has a normal gait and is ambulating with no assistive device. On visual inspection, there is no deformity, defect, or swelling about the dorsolumbar spine. No scar or incision was noted. There is no evidence of deformity such as scoliosis or kyphosis.

**There is tenderness and spasm in the paravertebral muscle,** but not the spinous processes and the flank. **The sciatic notch area was tender bilaterally. The patient toe and heel walks with pain. The patient squats with pain.**

| Lumbar Range of Motion | ROM | Normal | Spasm | Pain |
|---|---|---|---|---|
| Forward Flex | --- | 60° finger to ankle | Present | Present |
| Extension | --- | 25° | Present | Present |
| Lateral Flex (rt.) | --- | 25° | Present | Present |
| Lateral Flex (lt.) | --- | 25° | Present | Present |
| Rotation (rt.) | --- | 25° | Present | Present |
| Rotation (lt.) | --- | 25° | Present | Present |

**Electronic inclinometers were used for the formal ranges of motion studies. Please see attached which was used for this evaluation.**

Supine straight leg raising: Right 90, Left 90 with no back pain. Sitting straight leg rising was similar. Lasegue test was negative bilaterally.

| Motor Function | Right | Left | Normal |
|---|---|---|---|
| Ankle Dorsiflex L4 | 5 | 5 | 5 |
| Great Toe Ext L5 | 5 | 5 | 5 |
| Ankle Planar Flex S1 | 5 | 5 | 5 |
| Knee Ext L4, L5 | 5 | 5 | 5 |
| Knee Flexion | 5 | 5 | 5 |
| Hip Abductors | 5 | 5 | 5 |
| Hip Adductors | 5 | 5 | 5 |

Deep tendon reflexes are equal at the knee and ankle joints. Palpation over the sacroiliac joint did not elicit tenderness. The FABER (Patrick's) test was negative bilaterally.

| Sensory Function | Right | Left | Normal |
|---|---|---|---|
| L3 Anterior Thigh | Intact | Intact | Intact |
| L4 Medial Leg, Inner Foot | Intact | Intact | Intact |
| L5 Lateral Leg, Mid Foot | Decreased with pain | Intact | Intact |

LIB000922

7N113190042

Collier, Vicki
January 31, 2019
Page 7 of 12

| S1 Post. Leg, Outer Foot | Decreased with pain | Decreased with pain | Intact |
|---|---|---|---|

**Hip Examination:**

| Hip Range of Motion | Right | Left | Normal |
|---|---|---|---|
| Flexion | 100° | 100° | 100° |
| Extension | 0° | 0° | 0° |
| Abduction | 25° | 25° | 25° |
| Adduction | 15° | 15° | 15° |
| Ext Rotation | 35° | 35° | 35° |
| Internal Rotation | 20° | 20° | 20° |

Range of motion was accomplished with no pain or mechanical block. Strength of hips were normal. There was no pain with flexion, adduction, internal rotation, or external rotation. No tenderness was noted at the ASIS, rectus femoris, or greater trochanter. Trendeleberg sign and Ober test were negative. There was no iliopsoas or iliotibial band clicking.

**REVIEW OF MEDICAL RECORDS AND DIAGNOSTIC STUDIES:**
Formal range of motion studies were performed using double electronic inclinometers, and the report is attached.

The application for adjudication of the claim and DWC-1 Claim Forms were also reviewed.

The MRI of the cervical spine was reviewed revealing a 1-mm disc bulge at the C3-C4 level as well a 2-mm disc bulge at the C4-C5 level. A 2-mm disc bulge was seen at the C5-C6 level as well as at the C6-C7 level. There is mild narrowing of the left neural foramen and moderate significant narrowing of the right neural foramen at the C6-C7 level. There is indication that the patient was seen at Kaiser.

An MRI of the right shoulder was reviewed revealing partial thickness articular surface supraspinatus tendon tear with moderate tendinosis. AC joint osteoarthrosis is noted.

The QME report from Dr. Arora was also reviewed.

The patient was seen by Dr. Kohan who is the pain management physician in this case. I have reviewed his report and regard his findings as my own.

Authorization was requested for physical therapy and neurodiagnostic studies, however, documentation has been provided indicating that the patient's claim is denied.

**DIAGNOSES:**
Cervical spine radiculopathy.
Lumbar spine radiculopathy.
Bilateral shoulder impingement, status post right shoulder arthroscopy.

LIB000923

7N113190042

Collier, Vicki
January 31, 2019
Page 8 of 12

Bilateral elbow tendinitis.
Bilateral wrist tendinitis.

**DISCUSSION:**
The patient is a 55-year-old female who was seen by me on September 5, 2018, for a continuous trauma injury while working for Automobile Club as an Insurance Agent. She indicates that she developed pain to multiple body parts due to repetitive motion activities at work. She continued working and her pain progressively worsened. She was seen by multiple physicians. She was also seen at Kaiser and underwent right shoulder surgery.

The patient was then sent to my attention to take over the role of the primary treating physician. She was seen by the pain management physician for medication management. She was seen by the QME.

At this time, I am indicating that further conservative treatment is unlikely to provide the patient with improvement in her condition. She has reached a level of maximum medical improvement as well as permanent and stationary status. I will provide you with work restrictions along with an AMA impairment rating, however, I reserve the right to reverse or amend my decisions pending any other medical records or diagnostic studies that are provided to me at a later time.

**WORK RESTRICTIONS:**
**Cervical spine:** The patient is precluded from extended upward and extended downward gazing.

**Lumbar spine:** The patient is precluded from repetitive bending and twisting of the lumbar spine.

**Bilateral shoulders:** The patient is precluded from repetitive activities at or above the shoulder level.

**Bilateral elbows:** The patient is precluded from repetitive torquing.

**Bilateral wrist:** The patient is precluded from repetitive power gripping, repetitive keying, repetitive grasping, and repetitive pinching.

**VOCATIONAL REHABILITATION:**
The patient can return to work with the restrictions that have been provided, however, if the employer is unable to accommodate the work restrictions, then the patient can be considered a QIW.

**FUTURE MEDICAL CARE:**
The patient should have access to medications, orthopedic re-evaluations, durable medical goods, physiotherapy, and further diagnostic studies. Cervical and lumbar epidural injections may be indicated if her radiculopathy persist. For the bilateral shoulders, revision right shoulder surgery may be indicated along with subacromial injection to the

LIB000924

7N113190042

Collier, Vicki
January 31, 2019
Page 9 of 12

bilateral shoulders and left shoulder surgery on an industrial basis. For the bilateral elbows, cortisone injection may be indicated. For the bilateral wrist, carpal tunnel release surgery may be indicated if her pain continues to worsen on an industrial basis.

## CAUSATION:
As it relates to causation, it is with reasonable medical probability, the patient has sustained injuries to the cervical and lumbar spine, bilateral shoulders, bilateral elbows, and bilateral wrist due to her continuous trauma activities that occurred at work.

## APPORTIONMENT:
Labor Code 4663 mandates to apportion to causation, and the Escobedo versus Marshall's case mandates to apportion to pathology. Based on the available information and with reasonable medical probability, in regards to the cervical and lumbar spine, I would apportion 20% due to preexisting degenerative changes and non-industrial factors and 80% due to the direct effect of the continuous trauma injury. For the bilateral shoulders, bilateral elbows, and bilateral wrist, 100% of the patient's disability is the direct effect of the continuous trauma injury.

## AMA IMPAIRMENT RATING:
In regards to the cervical and lumbar spine, the patient describes neck and lower back pain with radiating pain down the upper and lower extremities mainly on the right side with numbness, tingling, and weakness. Decreased dermatomal sensation with pain is noted over the right C6 dermatome as well as the right L5 dermatome. The MRI of the cervical spine was reviewed, however, I do not have the MRI of the lumbar spine available for review. The patient does describe non-verifiable radicular complaints. Based on the above, DRE method is used and in using Table 15-5 on Page 392, the patient is placed in DRE Cervical Category II and 8% whole person impairment is provided based on non-verifiable radicular complaints without objective findings.

For the lumbar spine, in using Table 15-3 on Page 384, the patient is placed in DRE Lumbar Category II and another 8% whole person impairment is provided.

For the bilateral shoulders, bilateral elbows, and bilateral wrist, I am using the loss of range of motion to calculate the patient's impairment rating. Formal range of motion studies were performed using double electronic inclinometers.

**Left Wrist Range of Motion Impairments (Figure 16-28, p. 467; Figure 16-31, p. 469)**
Contribution to Whole Person Impairment: 2% (4% Upper Extremity)
• Left wrist flexion motion is 46° contributing 2% to the upper extremity impairment
• Left wrist extension motion is 58° contributing 0% to the upper extremity impairment
• Left wrist radial deviation motion is 14° contributing 1% to the upper extremity impairment
• Left wrist ulnar deviation motion is 23° contributing 1% to the upper extremity impairment

LIB000925

7N113190042

Collier, Vicki
January 31, 2019
Page 10 of 12

**Left Elbow Range of Motion Impairments (Figure 16-34, p. 472; Figure 16-37, p. 474)**
Contribution to Whole Person Impairment: 1% (2% Upper Extremity)
• Left elbow flexion motion is 118° contributing 2% to the upper extremity impairment
• Left elbow pronation motion is 79° contributing 0% to the upper extremity impairment
• Left elbow supination motion is 73° contributing 0% to the upper extremity impairment

**Left Shoulder Range of Motion Impairments (Figure 16-40, p. 476; Figure 16-43, p. 477; Figure 16-46, p. 479)**
Contribution to Whole Person Impairment: 6% (10% Upper Extremity)
• Left shoulder flexion motion is 135° contributing 3% to the upper extremity impairment
• Left shoulder extension motion is 48° contributing 0% to the upper extremity impairment
• Left shoulder abduction motion is 87° contributing 4% to the upper extremity impairment
• Left shoulder adduction motion is 49° contributing 0% to the upper extremity impairment
• Left shoulder internal rotation motion is 34° contributing 3% to the upper extremity impairment
• Left shoulder external rotation motion is 61° contributing 0% to the upper extremity impairment

**Right Wrist Range of Motion Impairments (Figure 16-28, p. 467; Figure 16-31, p. 469)**
Contribution to Whole Person Impairment: 4% (6% Upper Extremity)
• Right wrist flexion motion is 42° contributing 2% to the upper extremity impairment
• Right wrist extension motion is 54° contributing 1% to the upper extremity impairment
• Right wrist radial deviation motion is 13° contributing 1% to the upper extremity impairment
• Right wrist ulnar deviation motion is 20° contributing 2% to the upper extremity impairment

**Right Elbow Range of Motion Impairments (Figure 16-34, p. 472; Figure 16-37, p. 474)**
Contribution to Whole Person Impairment: 2% (3% Upper Extremity)
• Right elbow flexion motion is 112° contributing 3% to the upper extremity impairment
• Right elbow pronation motion is 80° contributing 0% to the upper extremity impairment
• Right elbow supination motion is 78° contributing 0% to the upper extremity impairment

**Right Shoulder Range of Motion Impairments (Figure 16-40, p. 476; Figure 16-43, p. 477; Figure 16-46, p. 479)**
Contribution to Whole Person Impairment: 5% (8% Upper Extremity)
• Right shoulder flexion motion is 132° contributing 3% to the upper extremity impairment
• Right shoulder extension motion is 45° contributing 0% to the upper extremity impairment
• Right shoulder abduction motion is 92° contributing 4% to the upper extremity impairment
• Right shoulder adduction motion is 43° contributing 0% to the upper extremity

LIB000926

7N113190042

**Collier, Vicki**
**January 31, 2019**
**Page 11 of 12**

impairment
• Right shoulder internal rotation motion is 64° contributing 1% to the upper extremity impairment
• Right shoulder external rotation motion is 81° contributing 0% to the upper extremity impairment

I hope the above information has been helpful to you and thank you for referring this patient to my office for orthopedic examination.

*To complete this examination I have been assisted, as needed, for taking histories, taking x-rays, assisting with the patient, transcription of reports by some or all of the following personnel Alma Azucar, Maria Valles, Angel Gomez, Marlen Sanchez, Laura Casillas and Emily Shemwell. Sherry Leoni, DC, Randy Cockrell, DC or Timothy Markle, DC, may also have assisted in compiling and editing of this report. If required an interpreter was provided. All of the above individuals are qualified to perform the described activities by reason of individual training or under my direct supervision. I certify that this examiner reviewed the history and the past medical records directly with the patient. The examination of the patient, and interpretation of tests and x-rays, was all performed by this examiner. The dictation and the review of the final report were performed entirely by me. The opinions and conclusions contained in this report are entirely my own. I declare, under penalty of perjury, that the information contained in this report, and any attachments, is true and correct, and that there has not been a violation in this report of Section 139.3 L.C. to the best of my knowledge and belief, except as to information that I have indicated was received from others. As to that information I declare under penalty of perjury, that I have accurately detailed the information provided me and, unless otherwise noted, I believe it to be true.*

*In order to prepare this report and complete the evaluation, time was spent without face to face with the patient. The billings reflect such time spent by the physician with the code 99358. Edwin Haronian, M.D. Inc. does not accept the Official Medical fee schedule as prime facie evidence to support the reasonableness of charges. Edwin Haronian, M.D. is a fellow of the American Academy of Orthopedic Surgeons and is board certified, specializing in disorder and surgery of the spine. Under penalty of perjury under the laws of the State of California, services are billed in accordance with our usual and customary fees. Additionally, this medical practice providing treatment to injured worker's experiences extraordinary expenses in the form of mandated paperwork and collection expenses, including the necessity to retain highly-trained personnel to appear before the Workers' compensation appeals board. Based on the level of services provided and overhead expenses for services contained within our geographical area, we bill in accordance with the provisions set-forth in Labor Code Section 5307.1. Please be advised that Dr. Haronian has a financial interest in Osteon Surgery Center, Kinetix Surgery Center and Pomona Orthopedics.*

February 22, 2019
_____
Date

Edwin Haronian, M.D.
Certified Diplomate American

LIB000927

7N113190042

**Collier, Vicki**
**January 31, 2019**
**Page 12 of 12**

Board of Orthopedic Surgery
California License #A71385

County where executed:    Los Angeles County

SL

> *Robert L. Palty Esq.
> 6345 Balboa Blvd, Ste 211
> Encino, CA  91316

### PROOF OF SERVICE
### STATE OF CALIFORNIA

I am employed in the County of Los Angeles. I am over the age of 18 and not a party to the within action; my business address is:
**5651 SEPULVEDA BLVD., SUITE 201, SHERMAN OAKS, CA 91411**
On 3/7/2019 served the foregoing document described as:

EDWIN HARONIAN, M.D.
EVALUATION REPORT

<u>Patient Name:</u> Vicki Collier
File Number: 20050164
Claim #: 17G44F696159
DOS: 1/31/2019

On all interested parties in this action by electronic transmission a true copy of this narrative report from 5651 **SEPULVEDA BLVD., SUITE 201, SHERMAN OAKS, CA 91411**

Addressed as follows:

Miguel Mendoza                    Robert L. Palty Esq.
CCMSI Irvine                      6345 Balboa Blvd, Ste 211
P.O. Box 53550                    Encino, CA  91316
Irvine, CA  92619

I declare that I am over the age of 18 years and not a party to this action. I also declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on 3/7/2019 at

Emily Shemwell

LIB000928

7N113190042



**Jonathan F. Kohan, M.D.**
SPECIALIZING IN PAIN DISORDERS

MULTI-DISCIPLINARY
TREATMENT OF
CRPS (RSD)
CHRONIC PAIN SYNDROMES
CANCER PAIN
FIBROMYALGIA
NEURALGIAS
HEADACHE

SPINAL CORD STIMULATION
INTRATHECAL PUMP
PLACEMENT
DISCOGRAPHY
RADIOFREQUENCY ABLATION
SPINAL INJECTIONS

DIPLOMATE, AMERICAN BOARD
OF ANESTHESIOLOGY
FELLOWSHIP TRAINED IN PAIN
MEDICINE

Edwin Haronian, M.D.
5651 Sepulveda Bvld #201
Sherman Oaks, CA 91411

| | | |
|---|---|---|
| Patient Name | : | Vicki Collier |
| Date of Service | : | January 28, 2019 |
| Claim # | : | 17G44F696159 |
| Employer | : | Automobile Club |
| Date of Birth | : | ████████ |
| Date of Injury | : | CT:7/13/2013-7/24/2017 |
| File # | : | 20050164 |

## SECONDARY TREATING PHYSICIAN PAIN MANAGEMENT FOLLOW-UP REPORT

*This special narrative report is reimbursable (1994) Official Medical Fee Schedule because one of the following: There was an unexpected or significant change in the patient's condition or the treatment plan; there is a change in patient care or status; submitted records were reviewed or specific questions were answered.*

### REVIEW OF RECORDS:

I am provided with the QME evaluation report of Dr. Ripu Arora, who specializes in Anesthesiology and pain management. He goes over the records. This is a supplemental report from Dr. Arora. After reviewing records in his discussion he reports that he had his initial report on October 11, 2018, but at that point he had no records. He reports that the patient claims pain in the neck, shoulders, elbows, low back, associated with headaches. He then goes over the patient's injury. He states that there is a lot of differences between the patient's history and medical records. Then, he goes through the patient's injuries in more detail. In regard to causation, he states that the patient has had medical records from 2002 when she started complaining of the symptoms of low back pain, neck pain, and hemorrhoids. It is his medical opinion that the back pain and the neck pain as well as the hemorrhoids are not due to employment. In regard to the right shoulder, she started complaining of pain in March 2015 when she was treated

5651 SEPULVEDA BLVD., STE 201
SHERMAN OAKS, CA 91411
PH. (818) 788-2400

7N113190042

Collier, Vicki
January 28, 2019
Page 2 of 4

conservatively after that. Then, on June 9, 2017, she was having pain in the right shoulder with torn rotator cuff in addition to cervical radiculopathy for which she was seen by pain management and was treated with cervical epidural injection in July 2017. He believes that the right shoulder injury is related to her employment as a continuous trauma from March 2015 through July 2017. He reports that the patient is permanent and stationary now since October 31, 2017. Apportionment is 100% for the right shoulder but it is 100% for the neck and low back. With respect to the AMA guidelines, there is 9% whole person impairment. Future care includes shoulder surgery and then he discusses restrictions.

### HISTORY OF PRESENT COMPLAINTS:
Ms. Collier is a 55-year-old female whose was last seen on an initial basis on December 13, 2018. At this point, she is not undergoing any therapy or other modes of treatment, but continues to have difficulty controlling her pain in the neck, right shoulder, and low back. She has difficulty with any lifting, pushing, pulling, bending, twisting, and over-the-shoulder activity. She reports that she ran out of her Norco 5 mg that was prescribed last time but Naprosyn and over-the-counter medication has not been of much benefit. At one point, she was taking gabapentin 100 mg at Kaiser which has not been helping her.

### PHYSICAL EXAMINATION:
No sign of sedation. She is alert and oriented. Tenderness and moderate spasm is noted over the cervical spine area that extends to trapezius and deltoid on the right side with weakness in flexion and extension of the right shoulder. Over the lumbar spine area, tenderness is over the SI joints mainly bilaterally.

### IMPRESSION:
History of right shoulder arthroscopic surgery with residual pain.
Cervical disc protrusions with component of radiculopathy.
Exacerbated lumbar pain with component of sacroiliitis.

### RECOMMENDATION:
Dr. Arora's recommendations are noted, but this patient's history given to me last time has been consistent with what I review in the records. Considering her work duties at AAA with her capacity, complaints of neck, low back, and shoulder pain seemed reasonable and work-related.

At this point, the patient's options have been limited because she has had not much of improvement with course of therapy and epidural injection which apparently she underwent over the lumbar and cervical spine. With respect to the lumbar spine area, MRI is not done but she does have component of sacroiliitis based on my examination, which again could arise during the course of employment that requires prolonged hours of sitting.

LIB000930

7N113190042

Collier, Vicki
January 28, 2019
Page 3 of 4

In regard to her medication, Norco 5 mg will be refilled, but I will not recommend if she is taking it more than one per day. I will increase her gabapentin 300 mg to see if it would help her with her upper and lower extremity symptoms and until I see her back again in one month.

*I declare, under penalty of perjury, that I have not violated the provisions of California Labor Code 139.3 and that the contents of this report and attached billing are true and correct to the best of my knowledge. I also affirm that I have not violated any sections of Labor Code 4628. Please see attached itemized billing with ICD-10 diagnosis code(s). The foregoing declaration is executed on the date of this report and signed by myself in the County of Los Angeles. Please be advised that Dr. Kohan has a financial interest in the Pacific Anesthesia Group.*

February 16, 2019
Date

Jonathan F. Kohan, M.D.
Diplomate American Board of
Anesthesiology
Fellowship-Trained in Pain
Medicine

JFK/ks/

*Robert L. Palty Esq.
6345 Balboa Blvd, Ste 211
Ste 211
Encino, CA  91316

*CCMSI Irvine
P.O. Box 53550
Irvine, CA  92619
Attn: Miguel Mendoza

**PROOF OF SERVICE**
**STATE OF CALIFORNIA**

I am employed in the County of Los Angeles. I am over the age of 18 and not a party to the within action; my business address is:
**5651 SEPULVEDA BLVD., SUITE 201, SHERMAN OAKS, CA 91411**
On 2/18/2019 served the foregoing document described as:

JONATHAN F. KOHAN, M.D.
EVALUATION REPORT

LIB000931

7N113190042

Collier, Vicki
January 28, 2019
Page 4 of 4

Patient Name: Vicki Collier
File Number: 20050164
Claim #: 17G44F696159
DOS: 1/28/2019

On all interested parties in this action by electronic transmission a true copy of this narrative report from 5651
SEPULVEDA BLVD., SUITE 201, SHERMAN OAKS, CA 91411

Addressed as follows:

Edwin Haronian, M.D.                        Robert L. Palty Esq.
5651 Sepulveda Bvld #201                    6345 Balboa Blvd, Ste 211
Sherman Oaks, CA  91411                     Ste 211
                                            Encino, CA  91316

Miguel Mendoza
CCMSI Irvine
P.O. Box 53550
Irvine, CA  92619

I declare that I am over the age of 18 years and not a party to this action. I also declare under penalty of perjury that
the foregoing is true and correct and that this declaration was executed on 2/18/2019 at

_____

Emily Shemwell

LIB000932

7N113190042

# EDWIN HARONIAN, M.D.
## —DISORDERS & SURGERY OF THE SPINE—

- Minimally Invasive Spine Surgery

- Complex & Revision Spine Surgery

- Comprehensive Spine Care



- Certified, American Board of Orthopedic Surgery

AAOS
- Fellow, American Academy of Orthopedic Surgeons



## NASS
- Member, North American Spine Society

- American College of Spine Surgery



- Alumni, Kerlan-Jobe Orthopedic Clinic

5651 SEPULVEDA BLVD., STE 201
SHERMAN OAKS, CA 91411
PH: (818)788-2400
FAX: (818) 788-2453

724 CORPORATE CENTER DRIVE
SECOND FLOOR
POMONA, CA 91768
PH. (909) 622-6222
FX. (909) 622-6220

WWW • ESPINEDOCTOR • COM

CCMSI Irvine
P.O. Box 53550
Irvine, CA 92619
Attn: Miguel Mendoza

| | | |
|---|---|---|
| Patient Name | : | Vicki Collier |
| Date of Service | : | January 3, 2019 |
| Claim # | : | 17G44F696159 |
| Employer | : | Automobile Club |
| Date of Birth | : | ████████ |
| Date of Injury | : | CT:7/13/2013-7/24/2017 |
| File # | : | 20050164 |

## FOLLOW-UP REPORT AND REQUEST FOR AUTHORIZATION OF A PRIMARY TREATING PHYSICIAN

Ms. Vicki is a very pleasant 55-year-old female who presents with complaint of a chronic pain in her upper and lower back with radiation of pain to upper and lower extremities more so on the left lower and postoperative pain in the right shoulder. She is under the care of pain management physician receiving Norco. Taking gabapentin 600 mg at bedtime, she does not have a great deal of improvement with control of neuropathic pain. We did discuss non-MPN letter.

On physical examination, she is alert and oriented x3, there are no signs of sedation. Spasm and tenderness is noted in the paravertebral muscles of the cervical and lumbar spines with decreased range of motion on flexion and extension.

We are deferring all the medications to Dr. Kohan. She does not refill of ibuprofen cream, NSAIDs, and PPI. We asked her to bring the gabapentin she was taking before. It is conceivable that we will increase it accordingly. She needs further diagnostic studies and we would like to refer to Labor Code Section 4616.2 in regard to non-MPN letter. We are requesting the MRI of the low back. We also request authorization for the Neurontin 600 mg 30 tabs and 300 mg 60 tab. to

LIB000933

7N113190042

**Collier, Vicki**
**January 3, 2019**
**Page 2 of 3**

prevent delays in getting the medications.

We will see her in four weeks for further updates. Work status remains to be modified work duties. If modified work duties are not available, the patient is on TTD.

–

*I declare, under penalty of perjury, that I have not violated the provisions of California Labor Code 139.3 and that the contents of this report and attached billing are true and correct to the best of my knowledge. I also affirm that I have not violated any sections of Labor Code 4628. Please see attached itemized billing with ICD-10 diagnosis code(s). The foregoing declaration is executed on the date of this report and signed by myself in the County of Los Angeles.*

*To complete this examination I have been assisted, as needed, for taking histories, taking x-rays, assisting with the patient, transcription of reports by some or all of the following personnel Alma Azucar, Natasha Yokum, Carmen Garcia and Emily Shemwell. Sherry Leoni, DC, Randy Cockrell, DC, and Timothy Markle, DC, may also have assisted in compiling and editing of this report. If required an interpreter was provided. All of the above individuals are qualified to perform the described activities by reason of individual training or under my direct supervision.*

*Please be advised that Dr. Haronian has a financial interest in Osteon Surgery Center, Kinetix Surgery Center and Pomona Orthopedics.*

January 7, 2019
Date

Michael Nadzhafov, P.A.C, M.P.H.

Edwin Haronian, M.D.
Certified Diplomate American
Board of Orthopedic Surgery
California License #A71385
MN

*Robert L. Palty Esq.
6345 Balboa Blvd, Ste 211
Ste 211
Encino, CA 91316

**PROOF OF SERVICE**
**STATE OF CALIFORNIA**

I am employed in the County of Los Angeles. I am over the age of 18 and not a party to the within action; my business address is:
**5651 SEPULVEDA BLVD., SUITE 201, SHERMAN OAKS, CA 91411**

LIB000934

7N113190042

**Collier, Vicki**
**January 3, 2019**
**Page 3 of 3**

On 1/8/2019 served the foregoing document described as:

EDWIN HARONIAN, M.D.
EVALUATION REPORT

<u>Patient Name:</u> **Vicki Collier**
**File Number: 20050164**
**Claim #: 17G44F696159**
**DOS: 1/3/2019**

On all interested parties in this action by electronic transmission a true copy of this narrative report from **5651**
**SEPULVEDA BLVD., SUITE 201, SHERMAN OAKS, CA 91411**

Addressed as follows:

Miguel Mendoza                          Robert L. Palty Esq.
CCMSI Irvine                            6345 Balboa Blvd, Ste 211
P.O. Box 53550                          Ste 211
Irvine, CA  92619                       Encino, CA  91316

I declare that I am over the age of 18 years and not a party to this action. I also declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on 1/8/2019 at

Emily Shemwell

LIB000935

7N113190042



**Jonathan F. Kohan, M.D.**
SPECIALIZING IN PAIN DISORDERS

MULTI-DISCIPLINARY
TREATMENT OF
CRPS (RSD)
CHRONIC PAIN SYNDROMES
CANCER PAIN
FIBROMYALGIA
NEURALGIAS
HEADACHE

SPINAL CORD STIMULATION
INTRATHECAL PUMP
PLACEMENT
DISCOGRAPHY
RADIOFREQUENCY ABLATION
SPINAL INJECTIONS

DIPLOMATE, AMERICAN BOARD
OF ANESTHESIOLOGY
FELLOWSHIP TRAINED IN PAIN
MEDICINE

Edwin Haronian M.D.
5651 Sepulveda Bvld #201
Sherman Oaks, CA 91411

| | | |
|---|---|---|
| Patient Name | : | Vicki Collier |
| Date of Service | : | December 13, 2018 |
| Claim # | : | 17G44F696159 |
| Employer | : | Automobile Club |
| Date of Birth | : | |
| Date of Injury | : | CT:7/13/2013-7/24/2017 |
| File # | : | 20050164 |

### SECONDARY TREATING PHYSICIAN PAIN MANAGEMENT INITIAL REPORT

Ms. Vicki Collier was seen in this office today for an initial pain management consultation. The following is a presentation of my initial evaluation and overall recommendations. The history was obtained by a qualified medical historian, Ms. Monica Bradburn. I then reviewed the history in detail with the patient.

**HISTORY OF INJURY:**
Ms. Vicki Collier is a 55-year-old, right-handed female who sustained an industrial injury while performing her usual and customary duties while working for Automobile Club as an insurance agent. In approximately 2016, she began to experience a gradual onset of pain in her neck, shoulders, arms, elbows, hands/wrist, low back, knees and feet/ankles due to the nature of her work duties. She was constantly standing and walking, bending, stooping, squatting, kneeling, pushing, pulling, gripping, grasping, lifting and prolonged sitting. She also noted headaches. She self-treated with rest and over-the-counter medication. Her pain became progressively worse.

She was seen by Dr. Tun at Kaiser Permanente through her private insurance. She was examined and x-rays were obtained. She was

5651 SEPULVEDA BLVD., STE 201
SHERMAN OAKS, CA 91411
PH (818) 788-2400

LIB000936

7N113190042

Collier, Vicki
December 13, 2018
Page 2 of 11

provided with multiple cortisone injections in the right shoulder and two to three cortisone injections on the left shoulder with some pain relief. She underwent an MRI scans of the cervical spine, right shoulder and lumbar spine. She underwent a lumbar epidural injection to her back with temporary pain relief. On July 25, 2017, she underwent right shoulder surgery. She followed up posts operatively. She underwent physical therapy with some pain relief. She returned back to work full duty on November 1, 2017. Due to her ongoing pain she returned back to Dr. Tun and she was provided with a cortisone injection in the right shoulder with pain relief.

She has undergone Botox injections to her head, shoulders and neck which had been done twice with some pain relief. She underwent acupuncture treatment. She also underwent a CT scan of her head and cervical spine. She was taken off work by Dr. Tan on May 25, 2018. She has not received any other medical treatment.

On September 5, 2018, the patient was seen in your office for an orthopedic evaluation. She was examined and x-rays were obtained. She was provided with medication. She underwent a pain management QME evaluation with Dr. Arora on October 11, 2018. She was started on massage therapy and physical therapy with some pain relief. She is seen today for a pain management evaluation.

**CURRENT WORK STATUS:**
The patient is currently not working; and last worked on May 22, 2018.

**PRESENT COMPLAINTS:**
Head:
The patient experiences occasional headaches. Her pain is rated 4/10.

Cervical Spine:
The patient experiences electrical type pain in the neck, worse on the left. She has pain that radiates to both shoulders and both upper extremities to the hands and fingers with numbness and tingling. She has occasional headaches, which she associates with her neck pain. Her pain is aggravated when tilting the head up and down or moving the head from side-to-side. The pain increases with prolonged sitting and standing. She has difficulty sleeping.

The patient indicates that on a pain scale from 1-10, with 10 being the worst, her neck pain is rated as 7-8/10.

Bilateral Shoulders:
The patient experiences ongoing pain in both shoulders. She also has difficulty sleeping and awakens with pain. She is unable to sleep on ether side.

The patient indicates that on a pain scale from 1-10, with 10 being the worst, her

LIB000937

7N113190042

Collier, Vicki
December 13, 2018
Page 3 of 11

shoulder pain is rated as 6-7/10 but can increase 10/10.

Bilateral Elbows:
The patient experiences intermittent pain in both elbows. She has pain with movement of the elbow. Her pain extends to the forearm, hand and fingers. She experiences numbness and tingling. She has difficulty with lifting and carrying objects and with rotating the arm. She also has difficulty sleeping.

The patient indicates that on a pain scale from 1-10, with 10 being the worst, her elbow pain is rated 4-5/10.

Bilateral Hands/Wrists:
The patient experiences intermittent pain in both hands/wrists. She experiences numbness and tingling that extends to the forearm and radiates to the hand and fingers. She notes grip weakness and has difficulty with holding objects and with fine motor coordination. Her wrist pain increases with gripping, grasping, pushing and pulling, rotating, and repetitive hand and finger movements. She also has difficulty sleeping.

The patient indicates that on a pain scale from 1-10, with 10 being the worst, her hand/wrist pain is rated 4/10.

Thoracolumbar Spine:
The patient has ongoing upper back pain in between the shoulder blades. She also has low back pain and stiffness. Her pain radiates to both hips, buttocks, legs into the feet with numbness, tingling and weakness. Her low back pain increases with prolonged standing, and sitting. She is unable to sit for more than 20 minutes, or stand for more than 20 minutes, before her pain increases. She also has difficulty sleeping. She denies bowel or bladder dysfunction.

The patient indicates that on a pain scale from 1-10, with 10 being the worst, her back pain is rated 7-8/10 in the thoracic; 10/10.

Bilateral Knees:
The patient experiences intermittent sharp pain in both knees.

The patient indicates on a pain scale from 1-10, with 10 being the worst, her knee pain is rated 6-7/10.

Bilateral Feet/Ankles:
The patient experiences ongoing numbness and tingling in both feet.

The patient indicates on a pain scale from 1-10, with 10 being the worst, her pain is rated 7/10.

LIB000938

7N113190042

Collier, Vicki
December 13, 2018
Page 5 of 11

The patient is single with three children.

The patient denies tobacco use she consumes alcoholic beverages on occasion.

## FAMILY HISTORY:
The patient's family history is noncontributory.

## REVIEW OF SYSTEMS:
HEENT:              The patient experiences tinnitus.

Respiratory:        No cough, wheezing or shortness of breath.

Cardiovascular:     No chest pain, heart murmur or palpitations.

Gastrointestinal:       No known nausea, vomiting, constipation, diarrhea or gastrointestinal upset. There is no history of ulcers.

Genitourinary:      No dysuria, frequency, urgency or incontinence.

Hematopoietic:      No bleeding problems, clot formations or phlebitis.

Neurologic:         The patient experiences occasional headaches.

Psychiatric:        The patient complains of anxiety, stress and depression.

## PHYSICAL EXAMINATION:
Height 5'6".
Weight 125 pounds.

GENERAL: The patient is a female in no distress secondary to pain.

HEENT: There is no jaundice or icterus. Cranial nerves II through XII are all grossly intact.

Cardiac: Regular Rate and Rhythm without Murmur.

Chest: Clear Bilaterally.

Abdomen: Soft and Non-tender.

Cervical Spine:
There is tenderness to palpation over paravertebral, trapezius, deltoid, and rhomboids area with moderate spasm. There is tenderness over paraspinous

LIB000939

7N113190042

Collier, Vicki
December 13, 2018
Page 6 of 11

muscles. Axial Compression:  Negative. Spurling:  Negative.

| Range of Motion | Measured | Normal | Spasm | Pain |
|---|---|---|---|---|
| Forward Flexion | 50 | 50 | Positive | Positive |
| Extension | 60 | 60 | Positive | Positive |
| R Lateral Flexion | 45 | 45 | Positive | Positive |
| L Lateral Flexion | 45 | 45 | Positive | Positive |
| R Rotation | 80 | 80 | Positive | Positive |
| L Rotation | 80 | 80 | Positive | Positive |

| Reflex (0-2) | Right | Left |
|---|---|---|
| Biceps | 2 | 2 |
| Triceps | 2 | 2 |
| Brachioradialis | 2 | 2 |

| Motor (0-5) | Right | Left |
|---|---|---|
| Deltoid | 5 | 5 |
| Biceps | 5 | 5 |
| Triceps | 5 | 5 |
| Supinator | 5 | 5 |
| Pronator Teres | 5 | 5 |
| Wrist Flexor | 5 | 5 |
| Wrist Extensors | 5 | 5 |

| Sensory: | Right | Left |
|---|---|---|
| Deltoid (C5) | Decreased | Decreased |
| Lat. Forearm, Thumb, Index (C6) | Decreased | Intact |
| Middle Finger (C7) | Intact | Intact |
| Med. Forearm/Little Finger (C8) | Intact | Intact |
| Medial Arm (T1) | Intact | Intact |
| Lateral Arm (T2) | Intact | Intact |

| Shoulder Examination | | | |
|---|---|---|---|
| Range of Motion: | Right | Left | Normal |
| Flexion | 180 | 180 | 180 |
| Extension | 50 | 50 | 50 |
| Abduction | 180 | 180 | 180 |
| Adduction | 50 | 50 | 50 |
| Ext. Rotation | 90 | 90 | 90 |
| Int. Rotation | 90 | 90 | 90 |

LIB000940

7N113190042

Collier, Vicki
December 13, 2018
Page 7 of 11

There is tenderness over the shoulder joint bilaterally. Impingement sign was negative on the right and left.

<u>Spine:</u>  There is no evidence of scoliosis, lordosis, or kyphosis.

<u>Stance and Gait:</u>  The patient has a normal gait and is able to ambulate without a cane. The patient is able to perform toe and heel walk with pain in the back.

<u>Palpation:</u>  There is tenderness to palpation over the lumbar paravertebral area with moderate spasm noted. There is tenderness over paraspinous muscles over lower lumbar spine. There is tenderness over the bilateral sacroiliac joints.

| Lumbar Spine: | | | | |
|---|---|---|---|---|
| Range of Motion: | Measured | Normal | Spasm | Pain |
| Flexion | 35 | 90 | Positive | Positive |
| Extension | 15 | 30 | Positive | Positive |
| R Lateral Flexion | 15 | 30 | Positive | Positive |
| L Lateral Flexion | 15 | | Positive | Positive |
| R Rotation | 15 | 30 | Positive | Positive |
| L Rotation | 15 | 30 | Positive | Positive |

Straight leg raise was negative on the right at 90 degrees and negative on the left at 90 degrees. Laseque is negative on the right and left.

FABER test is negative on the right and left.

| Neurologic: | | |
|---|---|---|
| Reflexes (0-2) | Right | Left |
| Patellar | 2 | 2 |
| Achilles | 2 | 2 |

| Motor (0-5): | Right | Left |
|---|---|---|
| Hip flexion | 5 | 5 |
| Hip abductors | 5 | 5 |
| Hip adductors | 5 | 5 |
| Ankle dorsiflexion | 5 | 5 |
| Ankle plantar flex. | 5 | 5 |

| Sensory (pinprick) | Right | Left |
|---|---|---|
| Anterior Thigh | Intact | Intact |
| Medial Calf/Inner Foot | Intact | Intact |

LIB000941

7N113190042

Collier, Vicki
December 13, 2018
Page 8 of 11

| Lateral Calf | Decreased | Intact |
|---|---|---|
| Posterior Calf/Outer Foot | Intact | Intact |

## REVIEW OF MEDICAL RECORDS/DIAGNOSTIC STUDIES:

Cervical spine MRI is from October 10, 2016, and it shows a 2 mm disc protrusions at several levels with mild foraminal stenosis on the left.

## IMPRESSION:

Cervical disc protrusions.
Cervical radiculopathy.
History of right shoulder surgery with residual pain.
Exacerbated lumbar pain with a component of sacroiliitis.
Lumbar radiculopathy.

## RECOMMENDATION:

Ms. Collier is a 55-year-old female who was injured while working her duties as a Insurance Agent for the above company. In 2016, she began having pain over the multiple body parts. It continued to worsen despite over-the-counter medication she is taking. At one point, she saw a Kaiser doctor and had a cortisone injection for the shoulder with some improvement, but after she remained symptomatic, she was sent for MRI of the low back, neck, and right shoulder.

Then, she had epidural injection which helped her partially and temporarily. This was followed by a right shoulder surgery in July 2017 followed by physical therapy that has been beneficial. She then saw Dr. Tan, but recently has been seeing Dr. Haronian. Now, referred for pain management evaluation. She has not worked since May. Neck pain is constant increasing by any sitting, standing, driving, any lifting, pushing, pulling, over-the-shoulder activity, and it is rated at 8/10.

Low back pain has recently exacerbated, and has been associated with significant lower extremity pins and needles sensation, tingling sensation, and numbness and cramping. She has been taking over-the-counter medication NSAIDs with no improvement, but reports that Norco 5 mg one per day has been helping her with severe breakthrough pain that happens at the end of the day after she is active. She has side effects with several other medications including muscle relaxants.

On examination, tenderness and moderate spasm over the lumbar spine is noted that extends to sciatic notch bilaterally but straight leg raise test is negative. Patrick's sign is negative. Reflexes and motor examination are within normal limits in the upper and lower extremities and decreased sensation is noted over the C5 and C6 on the right and L5 on the right. Over the cervical spine, neck and shoulder range of motions are within normal limits.

LIB000942

7N113190042

Collier, Vicki
December 13, 2018
Page 9 of 11

Ms. Collier's complaints are noted and she appears to have a component of sacroiliitis. Because of the lower extremity symptoms, I will wait until the MRI of the lumbar spine is obtained. Then she may benefit from a spinal injection versus SI joint injection.

Her current regimen medication on a limited basis is reasonable and she will be given 30 tablets, but she will not be due for another two weeks and therefore her next visit will be extended to six weeks from today. CURES report does not show any aberrant activity, and she has been consistent with a history that the patient has provided.

*We request to be added to the Address List for Services of all Notices of Conferences, Mandatory Settlement Conferences and Hearings before the Worker's Compensation Appeals Board. We are advising the Worker's Compensation appeals Board that we may not appear at the hearings or Mandatory Settlement Conferences for the case in chief. Therefore, in accordance with Procedures set forth in Policy and Procedural Manual index No. 60610, effective February 1, 1995, we request that defendants, with full authority to resolve our lien, telephone our office and ask to speak with our "workers' compensation lien negotiator".*

*Authorizations for transportation, medication, physiotherapy, rehabilitation, a conditioning program and the above stated recommendations are requested based upon medically reasonable treatment requirements. This is per labor code 4600 and Title 8, Section 9792.6, C.C.R. and Rule 9785(b). Furthermore, we are requesting that all the medical records be forwarded to our office to avoid repetition in testing and treatment. Please provide us with information regarding the status of the case as soon as possible.*

*To complete this examination I have been assisted, as needed, for taking histories, taking x-rays, assisting with the patient, transcription of reports by some or all of the following personnel Alma Azucar, Maria Valles, Angel Gomez, Marlen Sanchez, Laura Casillas and Emily Shemwell. Sherry Leoni, DC, Randy Cockrell, DC or Timothy Markle, DC, may also have assisted in compiling and editing of this report. If required an interpreter was provided. All of the above individuals are qualified to perform the described activities by reason of individual training or under my direct supervision. I certify that this examiner reviewed the history and the past medical records directly with the patient. The examination of the patient, and interpretation of tests and x-rays, was all performed by this examiner. The dictation and the review of the final report were performed entirely by me. The opinions and conclusions contained in this report are entirely my own. I declare, under penalty of perjury, that the information contained in this report, and any attachments, is true and correct, and that there has not been a violation in this report of Section 139.3 L.C. to the best of my knowledge and belief, except as to information that I have indicated was received from others. As to that information I declare under penalty of perjury, that I have accurately detailed the information provided me and, unless otherwise noted, I believe it to be true.*

*In order to prepare this report and complete the evaluation, time was spent without face to face with the patient. The billings reflect such time spent by the physician with the code 99358. Jonathan F. Kohan, M.D. Inc. does not accept the Official Medical fee schedule as prime facie evidence to support the reasonableness of charges. Jonathan F. Kohan, M.D. is a Diplomate of American Board of Anesthesiology and is fellowship trained in Pain Medicine. Under penalty of perjury under the laws of the State of California, services are billed in accordance with our usual and customary fees. Additionally, this medical practice providing treatment to injured worker's experiences extraordinary expenses in the form of mandated paperwork and collection expenses, including the necessity to retain highly-trained personnel*

LIB000943

7N113190042

**Collier, Vicki**
**December 13, 2018**
**Page 10 of 11**

*to appear before the Workers' compensation appeals board. Based on the level of services provided and overhead expenses for services contained within our geographical area, we bill in accordance with the provisions set-forth in Labor Code Section 5307.1. Please be advised that Dr. Kohan has a financial interest in Pacific Anesthesia Group.*

January 5, 2019
Date

Jonathan F. Kohan, M.D.
Diplomate American Board of
Anesthesiology
Fellowship-Trained in Pain
Medicine

County where executed:    Los Angeles County

JFK

   *Robert L. Palty Esq.
   6345 Balboa Blvd, Ste 211
   Encino, CA  91316

   *CCMSI Irvine
   P.O. Box 53550
   Irvine, CA  92619
   Attn: Miguel Mendoza

**PROOF OF SERVICE**
**STATE OF CALIFORNIA**

I am employed in the County of Los Angeles. I am over the age of 18 and not a party to the within action; my business address is:
**5651 SEPULVEDA BLVD., SUITE 201, SHERMAN OAKS, CA 91411**
On 1/7/2019 served the foregoing document described as:

JONATHAN F. KOHAN, M.D.
EVALUATION REPORT

Patient Name: Vicki Collier
File Number: 20050164
Claim #: 17G44F696159
DOS: 12/13/2018

LIB000944

7N113190042

**Collier, Vicki**
**December 13, 2018**
**Page 11 of 11**

On all interested parties in this action by electronic transmission a true copy of this narrative report from 5651
**SEPULVEDA BLVD., SUITE 201, SHERMAN OAKS, CA 91411**

Addressed as follows:

Edwin Haronian M.D.                    Robert L. Palty Esq.
5651 Sepulveda Bvld #201               6345 Balboa Blvd, Ste 211
Sherman Oaks, CA  91411                Encino, CA  91316

Miguel Mendoza
CCMSI Irvine
P.O. Box 53550
Irvine, CA  92619

I declare that I am over the age of 18 years and not a party to this action. I also declare under penalty of perjury that
the foregoing is true and correct and that this declaration was executed on 1/7/2019 at

_Emily Shemwell_

Emily Shemwell

7N113190042

# EDWIN HARONIAN, M.D.
## —DISORDERS & SURGERY OF THE SPINE—

- Minimally Invasive Spine Surgery

- Complex & Revision Spine Surgery

  - Comprehensive Spine Care



- Certified, American Board of Orthopedic Surgery

AAOS
- Fellow, American Academy of Orthopedic Surgeons



## IINASS

- Member, North American Spine Society



- American College of Spine Surgery

- Alumni, Kerlan-Jobe Orthopedic Clinic

5651 SEPULVEDA BLVD., STE 201
SHERMAN OAKS, CA 91411
PH: (818) 788-2400
FAX: (818) 788-2453

724 CORPORATE CENTER DRIVE
SECOND FLOOR
POMONA, CA 91768
PH. (909) 622-6222
FX. (909) 622-6220

WWW • ESPINEDOCTOR • COM

CCMSI Irvine
P.O. Box 53550
Irvine, CA 92619
Attn: Miguel Mendoza

| | | |
|---|---|---|
| Patient Name | : | Vicki Collier |
| Date of Service | : | November 29, 2018 |
| Claim # | : | 17G44F696159 |
| Employer | : | Automobile Club |
| Date of Birth | : | ███████████ |
| Date of Injury | : | CT:7/13/2013-7/24/2017 |
| File # | : | 20050164 |

## FOLLOW-UP REPORT AND REQUEST FOR AUTHORIZATION OF A PRIMARY TREATING PHYSICIAN

The patient was last seen on November 14, 2018.

She is presenting with a request to refill Norco pain medication. She has been utilizing this since coming into our care.

The physical examination is unchanged. The patient will keep her current appointment.

She was provided with a short script for Norco 5/325 mg twice per day as needed number of 30 tablets. _We request that that be filled at the pharmacy. However, we also request that the patient be referred to pain management._ If the patient plans to continue to utilize opioid medication at this level, pain management physician is required in order to manage this. We look forward to timely approval.

The patient will return to my attention for previously scheduled visit.

## DIAGNOSIS:
M50.00 Cervical Radiculopathy
M54.17 Radiculopathy lumbosacral region

LIB000946

7N113190042

**Collier, Vicki**
**November 29, 2018**
**Page 2 of 3**

M75.40 Impingement syndrome shoulder
M70.20 Olecranon bursitis elbow
M77.20 Periarthritis unspecified wrist

*I declare, under penalty of perjury, that I have not violated the provisions of California Labor Code 139.3 and that the contents of this report and attached billing are true and correct to the best of my knowledge. I also affirm that I have not violated any sections of Labor Code 4628. Please see attached itemized billing with ICD-10 diagnosis code(s). The foregoing declaration is executed on the date of this report and signed by myself in the County of Los Angeles.*

*To complete this examination i have been assisted, as needed, for taking histories, taking x-rays, assisting with the patient, transcription of reports by some or all of the following personnel Alma Azucar, Natasha Yokum, Carmen Garcia and Emily Shemwell. Sherry Leoni, DC, Randy Cockrell, DC, and Timothy Markle, DC, may also have assisted in compiling and editing of this report. If required an interpreter was provided. All of the above individuals are qualified to perform the described activities by reason of individual training or under my direct supervision.*

*Please be advised that Dr. Haronian has a financial interest in Osteon Surgery Center, Kinetix Surgery Center and Pomona Orthopedics.*

December 6,
2018
_____
Date

Nicholas Cascone, P.A.C

Edwin Haronian, M.D.
Certified Diplomate American
Board of Orthopedic Surgery
California License #A71385
NC

 *Robert L. Palty Esq.
6345 Balboa Blvd, Ste 211
Ste 211
Encino, CA  91316

**PROOF OF SERVICE**
**STATE OF CALIFORNIA**

I am employed in the County of Los Angeles. I am over the age of 18 and not a party to the within action; my business address is:
**5651 SEPULVEDA BLVD., SUITE 201, SHERMAN OAKS, CA 91411**
On 12/14/2018 served the foregoing document described as:

EDWIN HARONIAN, M.D.

LIB000947

7N113190042

**Collier, Vicki**
**November 29, 2018**
**Page 3 of 3**

EVALUATION REPORT

Patient Name: **Vicki Collier**
File Number: **20050164**
Claim #: **17G44F696159**
DOS: **11/29/2018**

On all interested parties in this action by electronic transmission a true copy of this narrative report from 5651
**SEPULVEDA BLVD., SUITE 201, SHERMAN OAKS, CA 91411**

Addressed as follows:

Miguel Mendoza                          Robert L. Palty Esq.
CCMSI Irvine                            6345 Balboa Blvd, Ste 211
P.O. Box 53550                          Ste 211
Irvine, CA 92619                        Encino, CA 91316

I declare that I am over the age of 18 years and not a party to this action. I also declare under penalty of perjury that
the foregoing is true and correct and that this declaration was executed on 12/14/2018 at

_____
Emily Shemwell

**LIB000948**

7N113190042

# EDWIN HARONIAN, M.D.
## —DISORDERS & SURGERY OF THE SPINE—

- Minimally Invasive Spine Surgery

- Complex & Revision Spine Surgery

- Comprehensive Spine Care



- Certified, American Board of Orthopedic Surgery

AAOS
- Fellow, American Academy of Orthopedic Surgeons

## IINASS
- Member, North American Spine Society


- American College of Spine Surgery



- Alumni, Kerlan-Jobe Orthopedic Clinic

5651 SEPULVEDA BLVD., STE 201
SHERMAN OAKS, CA 91411
PH: (818)788-2400
FAX: (818) 788-2453

724 CORPORATE CENTER DRIVE
SECOND FLOOR
POMONA, CA 91768
PH. (909) 622-6222
FX. (909) 622-6220

WWW • ESPINEDOCTOR • COM

CCMSI Irvine
P.O. Box 53550
Irvine, CA 92619
Attn: Miguel Mendoza

| | | |
|---|---|---|
| Patient Name | : | Vicki Collier |
| Date of Service | : | November 14, 2018 |
| Claim # | : | 17G44F696159 |
| Employer | : | Automobile Club |
| Date of Birth | : | ███████████ |
| Date of Injury | : | CT:7/13/2013-7/24/2017 |
| File # | : | 20050164 |

### FOLLOW-UP REPORT AND REVIEW OF MEDICAL RECORDS OF A PRIMARY TREATING PHYSICIAN

The patient is back in my office and she has brought with her some MRI studies performed at Kaiser. The MRI of the cervical spine was reviewed revealing multilevel minor disc protrusions. The MRI of the right shoulder revealed a partial thickness tear with 50% tear of the supraspinatus tendon without evidence of a full-thickness rotator cuff tear. However, the patient is also complaining of left-sided shoulder pain as well as severe lower back pain with radiation of the pain to the lower extremities. She has difficulty lifting, pushing, pulling and bending.

There is indication that the patient was seen by a QME approximately 30 days ago.

We are waiting for the report. Until then, I am recommending modified work activities. Apparently, the claim is still being denied in light of the absence of the reporting from the QME. I will be looking forward to that report.

We will continue with modified work activities.

LIB000949

7N113190042

**Collier, Vicki**
**November 14, 2018**
**Page 2 of 3**

I will see the patient back in a few weeks. We will make further recommendations then.

**DIAGNOSIS:**
M50.00 Cervical Radiculopathy
M54.17 Radiculopathy lumbosacral region
M75.40 Impingement syndrome shoulder
M70.20 Olecranon bursitis elbow
M77.20 Periarthritis unspecified wrist

*I declare, under penalty of perjury, that I have not violated the provisions of California Labor Code 139.3 and that the contents of this report and attached billing are true and correct to the best of my knowledge. I also affirm that I have not violated any sections of Labor Code 4628. Please see attached itemized billing with ICD-10 diagnosis code(s). The foregoing declaration is executed on the date of this report and signed by myself in the County of Los Angeles.*

*To complete this examination I have been assisted, as needed, for taking histories, taking x-rays, assisting with the patient, transcription of reports by some or all of the following personnel Alma Azucar, Natasha Yokum, Carmen Garcia and Emily Shemwell. Sherry Leoni, DC, Randy Cockrell, DC, and Timothy Markle, DC, may also have assisted in compiling and editing of this report. If required an interpreter was provided. All of the above individuals are qualified to perform the described activities by reason of individual training or under my direct supervision.*

*Please be advised that Dr. Haronian has a financial interest in Osteon Surgery Center, Kinetix Surgery Center and Pomona Orthopedics.*

November 16,
2018
Date

Edwin Haronian, M.D.
Certified Diplomate American
Board of Orthopedic Surgery
California License #A71385
EH

\*Robert L. Palty Esq.
6345 Balboa Blvd, Ste 211
Ste 211
Encino, CA 91316

**PROOF OF SERVICE**
**STATE OF CALIFORNIA**

I am employed in the County of Los Angeles. I am over the age of 18 and not a party to the within action; my business address is:
**5651 SEPULVEDA BLVD., SUITE 201, SHERMAN OAKS, CA 91411**
On 11/30/2018 served the foregoing document described as:

EDWIN HARONIAN, M.D.

LIB000950

7N113190042

**Collier, Vicki**
**November 14, 2018**
**Page 3 of 3**

EVALUATION REPORT

Patient Name: **Vicki Collier**
**File Number: 20050164**
**Claim #: 17G44F696159**
**DOS: 11/14/2018**

On all interested parties in this action by electronic transmission a true copy of this narrative report from **5651**
**SEPULVEDA BLVD., SUITE 201, SHERMAN OAKS, CA 91411**

Addressed as follows:

Miguel Mendoza                    Robert L. Palty Esq.
CCMSI Irvine                      6345 Balboa Blvd, Ste 211
P.O. Box 53550                    Ste 211
Irvine, CA 92619                  Encino, CA 91316

I declare that I am over the age of 18 years and not a party to this action. I also declare under penalty of perjury that
the foregoing is true and correct and that this declaration was executed on 11/30/2018 at

Emily Shemwell

LIB000951

7N113190042

# EDWIN HARONIAN, M.D.
## —DISORDERS & SURGERY OF THE SPINE—

- Minimally Invasive Spine Surgery

- Complex & Revision Spine Surgery

  - Comprehensive Spine Care



- Certified, American Board of Orthopedic Surgery

AAOS
- Fellow, American Academy of Orthopedic Surgeons



## NASS
- Member, North American Spine Society


- American College of Spine Surgery

- Alumni, Kerlan-Jobe Orthopedic Clinic

5651 SEPULVEDA BLVD., STE 201
SHERMAN OAKS, CA 91411
PH: (818) 788-2400
FAX: (818) 788-2453

724 CORPORATE CENTER DRIVE
SECOND FLOOR
POMONA, CA 91768
PH. (909) 622-6222
FX. (909) 622-6220

WWW • ESPINEDOCTOR • COM

CCMSI Irvine
P.O. Box 53550
Irvine, CA 92619
Attn: Miguel Mendoza

| Patient Name | : | Vicki Collier |
|---|---|---|
| Date of Service | : | October 10, 2018 |
| Claim # | : | 17G44F696159 |
| Employer | : | Automobile Club |
| Date of Birth | : | ▮▮▮▮▮▮▮ |
| Date of Injury | : | CT:7/13/2013-7/24/2017 |
| File # | : | 20050164 |

## FOLLOW-UP REPORT OF A PRIMARY TREATING PHYSICIAN

The patient is returning to my attention following her initial clinical visit on September 5, 2018.

She is continuing to complain of neck and back pain radiating into the upper extremities and lower extremities as well as bilateral shoulder pain, bilateral wrist, and elbow pain.

Physical examination today shows spasm, tenderness, and guarding in the paravertebral musculature of the cervical spine. Decreased sensation was noted bilaterally in the C5 dermatomes. Bilateral shoulders have mild impingement and Hawkins signs with range of motion in flexion and abduction over 120 degrees on the left and to approximately 100 degrees on the right. Healed incisions are noted at the site of the previous right shoulder arthroscopy. Bilateral wrists have positive Phalen and reverse Phalen signs with decreased grip strength, distal radial tenderness, and decreased two-point discrimination noted over the hands. There is tenderness at the

LIB000952

7N113190042

Collier, Vicki
October 10, 2018
Page 2 of 4

olecranon points bilaterally.

At the initial visit, we requested authorization for neurodiagnostics, and we have yet to receive a response.

The patient's medications will be refilled as they do provide pain relief and improve her functional status.

Her current work restrictions will continue.

She will return to my attention in four weeks at which time it is our hope to be in possession of the complete prior medical record including MRI study of the cervical spine as well as authorization to conduct neurodiagnostics in order to make additional treatment recommendations for the patient.

**DIAGNOSIS:**
M50.00 Cervical Radiculopathy
M54.17 Radiculopathy lumbosacral region
M75.40 Impingement syndrome shoulder
M70.20 Olecranon bursitis elbow
M77.20 Periarthritis unspecified wrist

I hope the above information has been helpful to you and if I can provide you with any further information, please do not hesitate to contact my office.

*I declare, under penalty of perjury, that I have not violated the provisions of California Labor Code 139.3 and that the contents of this report and attached billing are true and correct to the best of my knowledge. I also affirm that I have not violated any sections of Labor Code 4628. Please see attached itemized billing with ICD-10 diagnosis code(s). The foregoing declaration is executed on the date of this report and signed by myself in the County of Los Angeles.*

*To complete this examination I have been assisted, as needed, for taking histories, taking x-rays, assisting with the patient, transcription of reports by some or all of the following personnel Alma Azucar, Natasha Yokum and Carmen Garcia. Sherry Leoni, DC or Randy Cockrell, DC may also have assisted in compiling and editing of this report. If required an interpreter was provided. All of the above individuals are qualified to perform the described activities by reason of individual training or under my direct supervision.*

*Please be advised that Dr. Haronian has a financial interest in Osteon Surgery Center, Kinetix Surgery Center and Pomona Orthopedics.*

October 19,
2018
Date

Nicholas Cascone, P.A.-C

LIB000953

7N113190042

Collier, Vicki
October 10, 2018
Page 3 of 4

Edwin Haronian, M.D.
Certified Diplomate American
Board of Orthopedic Surgery
California License #A71385

NC

cc: *Robert L. Palty Esq.
6345 Balboa Blvd, Ste 211
Ste 211
Encino, CA 91316

**PROOF OF SERVICE**
**STATE OF CALIFORNIA**

I am employed in the County of Los Angeles. I am over the age of 18 and not a party to the within action; my business address is:
**5651 SEPULVEDA BLVD., SUITE 201, SHERMAN OAKS, CA 91411**
On 10/22/2018 served the foregoing document described as:

EDWIN HARONIAN, M.D.
EVALUATION REPORT

Patient Name: Vicki Collier
File Number: 20050164
Claim #: 17G44F696159
DOS: 10/10/2018

On all interested parties in this action by electronic transmission a true copy of this narrative report from 5651 **SEPULVEDA BLVD., SUITE 201, SHERMAN OAKS, CA 91411**

Addressed as follows:

Miguel Mendoza                    Robert L. Palty Esq.
CCMSI Irvine                      6345 Balboa Blvd, Ste 211
P.O. Box 53550                    Ste 211
Irvine, CA 92619                  Encino, CA 91316

I declare that I am over the age of 18 years and not a party to this action. I also declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on 10/22/2018 at

LIB000954

7N113190042

Collier, Vicki
October 10, 2018
Page 4 of 4

_____
Frank Leonor

LIB000955

7N113190042



# EDWIN HARONIAN, M.D.
## —DISORDERS & SURGERY OF THE SPINE—

- Minimally Invasive Spine Surgery

- Complex & Revision Spine Surgery

- Comprehensive Spine Care



- Certified, American Board of Orthopedic Surgery



- Fellow, American Academy of Orthopedic Surgeons

## ⑪NASS
- Member, North American Spine Society


- American College of Spine Surgery

- Alumni, Kerlan-Jobe Orthopedic Clinic

5651 SEPULVEDA BLVD., STE 201
SHERMAN OAKS, CA 91411
PH: (818)788-2400
FAX: (818) 788-2453

724 CORPORATE CENTER DRIVE
SECOND FLOOR
POMONA, CA 91768
PH. (909) 622-6222
FX. (909) 622-6220

WWW · ESPINEDOCTOR · COM

CCMSI Irvine
P.O. Box 53550
Irvine, CA 92619
Attn: Miguel Mendoza

| | | |
|---|---|---|
| Patient Name | : | Vicki Collier |
| Date of Service | : | September 5, 2018 |
| Claim # | : | 17G44F696159 |
| Employer | : | Automobile Club |
| Date of Birth | : | ▮▮▮▮▮▮▮ |
| Date of Injury | : | CT:7/13/2013-7/24/2017 |
| File # | : | 20050164 |

## INITIAL ORTHOPEDIC EVALUATION AND REQUEST FOR AUTHORIZATION OF A PRIMARY TREATING PHYSICIAN

The above captioned patient, a 55-year-old right-hand dominant female, presented in my Sherman Oaks office, located at 5651 Sepulveda Boulevard, Suite 201, Sherman Oaks, CA 91411, on September 5, 2018, for an orthopedic examination.

The following is a presentation of my initial evaluation and over all recommendations. The history was obtained by my medical historian, Mr. Antonio Salazar. I then reviewed the history in detail with patient.

### HISTORY OF INJURY:
Ms. Collier stated that she sustained cumulative trauma injuries to her neck, shoulders, bilateral upper extremities, forearms, elbows, hands, wrists, back, head, lower extremities and internal (hemorrhoids) during the course of her employment as an insurance agent for The Auto Club.

She stated that since late in 2016 she developed the gradual onset of pain in her neck, shoulders, bilateral upper extremities, forearms, elbows, hands, wrists, back, head and lower extremities which she attributed to

LIB000956

7N113190042

**Collier, Vicki**
**September 5, 2018**
**Page 2 of 12**

performing her job duties which for the most part entailed working at an ergonomically incorrect work station. She stated that she also developed hemorrhoids due to prolonged sitting at work on a chair that did not have padding.

She indicated that she initially went to Dr. Tun at Kaiser Permanente who administered cortisone injections to her shoulders. She underwent x-rays and MRI studies of her right shoulder. On July 25, 2017 Dr. Tun performed right shoulder surgery after which she received a course of physical therapy. She remained on temporary total disability through November 21, 2017 at without restrictions. Through Kaiser she also received an epidural injection to her back and Botox injections to her shoulders and neck. She also received acupuncture treatment. She also underwent a CT scan of her neck and head and lower extremities. Dr. Tan placed her on temporary total disability since May 25, 2018. She stated that she has not received other treatment.

She presents to my office today for a comprehensive orthopedic evaluation.

**JOB DESCRIPTION:**
The patient began employment as an insurance agent for The Auto Club, since June of 2013.

She worked 50-60 hours per week. Her job duties at the time of injury included: selling auto, home and other vehicle insurance policies and AAA memberships, processing applications, operating a computer, typing, assisting customers, over-the-phone and face-to-face, filing, pulling files.

The precise activities required entailed prolonged standing and walking, as well as continuous fine maneuvering of her hands and fingers, and repetitive bending, stooping, squatting, twisting, turning, forceful pulling and pushing, forceful gripping and grasping, lifting and carrying 5 pounds, reaching to all levels..

**CURRENT WORK STATUS:**
The patient is currently not working. She last worked on May 22, 2018.

**EMPLOYMENT HISTORY:**
The patient states that prior to working for the employer at the time of the injury, she was an independent contractor as an insurance agent for six years.

**PRESENT COMPLAINTS:**
Head:
She complains of intermittent headaches.

Neck:
The patient presents today with complaints of constant pain in the neck with pain, numbness and tingling radiating into her arms. She has stiffness in the neck and her pain is aggravated when she tilts her head up and down or moves her head from side to side. Her pain increases with prolonged sitting, standing, walking, and with bending of her neck and turning of her head. She has difficulty sleeping and awakens with pain and discomfort. Her

LIB000957

7N113190042

Collier, Vicki
September 5, 2018
Page 3 of 12

pain level varies throughout the day depending on activities. Pain medication provide her pain improvement, but she remains symptomatic.

Bilateral Shoulders:
The patient has complaints of frequent pain in her shoulders. She complains of stiffness to her shoulders. Her pain increases with reaching, pushing, pulling, and with any lifting. Lifting her upper extremity above shoulder level also increases her pain. Her pain level varies throughout the day depending on activities. She has difficulty sleeping and awakens with pain and discomfort. Rest and pain medication provide her pain improvement, but she remains symptomatic.

Bilateral Elbows:
The patient has complaints of frequent bilateral elbows. Her pain increases with gripping, grasping, flexing/extending, rotating, and repetitive hand and finger movements. She has difficulty sleeping and awakens with pain and discomfort. Her pain level varies throughout the day depending on activities. Physical therapy, acupuncture treatments, and pain medication provide her pain improvement, but she remains symptomatic.

Bilateral Hands/Wrists:
The patient has complaints of intermittent bilateral wrists/hands pain, at times becoming achy and sharp at times. She has numbness and tingling in her hands as well as weakness that causes her to drop objects. Her pain increases with gripping, grasping, flexing/extending, rotating, and repetitive hand and finger movements. She has difficulty sleeping and awakens with pain and discomfort. Her pain level varies throughout the day depending on activities. Physical therapy, acupuncture treatments, and pain medication provide her pain improvement, but she remains symptomatic.

Middle and Lower Back:
The patient has complaints of frequent middle and lower back with pain, tingling and numbness radiating into her feet and legs. Her pain increases with prolonged standing, walking, and sitting. She has difficulty bending, twisting, and turning. She also has difficulty sleeping and awakens with pain and discomfort. She complains of weakness and giving way of her legs. Her pain level varies throughout the day depending on activities. She does not have bowel or bladder dysfunction. She exercises and uses ice packs to relieve some of her pain.

Hemorrhoids:
The patient stated that since she stopped working on May 22, 2018, the hemorrhoids symptoms resolved.

**MEDICAL HISTORY:**
The patient has no known history of heart disease, high blood pressure, kidney disease, diabetes, tuberculosis, cancer, ulcers, pneumonia, lung disease, eye problems, skin problems, asthma, hepatitis, liver disease, thyroid disease, gout, rheumatoid arthritis, Lupus, or arthritis.

LIB000958

7N113190042

Collier, Vicki
September 5, 2018
Page 4 of 12

## SURGERIES:
The patient underwent an umbilical hernia repair and right shoulder scope.

## INJURIES:
The patient denies any previous accidents or injuries.

## MEDICATIONS:
The patient is currently not taking any medications.

## ALLERGIES:
The patient has no known allergies to any medications.

## SOCIAL HISTORY:
The patient is single and has three children. She does not drink and does not smoke.

## FAMILY HISTORY:
Noncontributory.

## HOBBIES:
The patient does not have any hobbies at this time.

## ACTIVITIES OF DAILY LIVING:
The patient states prior to the above noted injury she had no disabling conditions and could perform all activities of daily living without any difficulties.

The patient states since the injury noted above she has difficulty cooking, washing her hair, kneeling, doing strenuous house chores, vacuuming, mopping, lifting and carrying baskets of laundry as well as grocery bags, pushing a shopping carts and prolonged sitting.

## PHYSICAL EXAMINATION:
HEIGHT:    5' 6"
WEIGHT:    125lbs

### Cervical Spine Examination:
On visual inspection, there is no erythema, edema, swelling or deformity about the cervical spine or upper back area. The patient's head is held in a normal position. No torticollis was noted.

There is no spasm and tenderness over the paravertebral musculature, upper trapezium, interscapular area, cervical spinous processes, or occiput.

| Cervical Range of Motion | Patient ROM | Normal |
|---|---|---|
| Forward Flex | 50° | 50° |
| Extension | 60° | 60° |
| Lateral Flex (rt.) | 45° | 45° |

LIB000959

7N113190042

**Collier, Vicki**
**September 5, 2018**
**Page 5 of 12**

| Lateral Flex (lt.) | 45° | 45° |
|---|---|---|
| Rotation (rt.) | 80° | 80° |
| Rotation (lt.) | 80° | 80° |

Range of motion was accomplished without discomfort and spasm.

Reflexes and special tests are as follows:

| Reflexes and test | Right | Left | Normal |
|---|---|---|---|
| Tricep reflex | 2+ | 2+ | 2+ |
| Biceps reflex | 2+ | 2+ | 2+ |
| Brachioradialis reflex | 2+ | 2+ | 2+ |
| Tinel Signs (wrists) | Negative | Negative | Negative |
| Tinel signs (elbow) | Negative | Negative | Negative |
| Adson Test | Negative | Negative | Negative |

Motor power testing for the cervical spine:

| Muscle Group | Right | Left | Normal |
|---|---|---|---|
| Deltoid (C5) | 4 | 4 | 5 |
| Biceps (C6) | 5 | 5 | 5 |
| Triceps (C7) | 5 | 5 | 5 |
| Wrists Extensors (C6) | 5 | 5 | 5 |
| Wrist Flexors (C7) | 5 | 5 | 5 |
| Finger Flexors (C8) | 5 | 5 | 5 |
| Finger Abduction (T1) | 5 | 5 | 5 |

Sensory Testing:

| Dermatome | Right | Left | Normal |
|---|---|---|---|
| C5 (Deltoid) | Decreased with pain | Decreased with pain (greater) | Intact |
| C6 (Lat Forearm, Thumb, Index) | Intact | Intact | Intact |
| C7 (Middle Finger) | Intact | Intact | Intact |
| C8 (Little finger, Med. Forearm) | Intact | Intact | Intact |
| T1 (Medial Arm) | Intact | Intact | Intact |
| T2 (Medial Arm) | Intact | Intact | Intact |

**JAMAR Grip Testing**        <u>Right</u>              <u>Left</u>
                                      28/22/20            22/20/20

**Shoulder Examination:**

| Shoulder Range of Motion | Right | Left | Normal |
|---|---|---|---|
| Flexion | --- | --- | 180° |
| Abduction | --- | --- | 180° |

LIB000960

7N113190042

Collier, Vicki
September 5, 2018
Page 6 of 12

| Extension | --- | --- | 50° |
|---|---|---|---|
| Ext Rotation | --- | --- | 90° |
| Ext Internal Rotation | --- | --- | 90° |
| Adduction | --- | --- | 50° |

**Electronic inclinometers were used for the formal ranges of motion studies. Please see attached which was used for this evaluation.**

No tenderness was noted at the anterior deltoid, supraspinatus insertion or biceps tendon. **Tenderness was noted at the acromioclavicular joint bilaterally.**

**Impingement and Hawkins signs were positive on the right and left.** Jobe's sign was negative on the right and left.

Apprehension test and re-location test were negative. No sulcus was present. Yergason test was negative bilaterally. No deformity or incision was noted around the shoulder area. **An arthroscopy incision was noted over the right shoulder.**

**Elbow Examination:**

| Elbow Range of Motion | Right | Left | Normal |
|---|---|---|---|
| Flexion | 140° | 140° | 140° |
| Extension | 0° | 0° | 0° |
| Pronation | 80° | 80° | 80° |
| Supination | 80° | 80° | 80° |

No tenderness was noted over the lateral (tennis) or medial (Golfers) epicondyles. Resisted wrist extension did not elicit tenderness over the lateral epicondyle. The lateral pivot shift test did not reproduce instability. **Olecranon bursitis was noted bilaterally.**

**Wrist & Hands Examination:**

| Wrist Range of Motion | Right | Left | Normal |
|---|---|---|---|
| Flexion | 55° | 55° | 60° |
| Extension | 55° | 55° | 60° |
| Ulnar Deviation | 25° | 25° | 30° |
| Radial Deviation | 15° | 15° | 20° |

No mechanical block was noted to range of motion. **There was tenderness over the distal radius bilaterally** not the carpus. No tenderness was noted at the anatomic snuffbox or the TFCC. Finkelstein test was normal. Tinel testing was negative. **Phalen and reverse Phalen (praying position) testing were positive bilaterally. Two-point discrimination was greater than 6 mm bilaterally.**

No atrophy or tenderness was noted in the thenar, hypothenar, and intrinsic hand musculatures. The radial pulses are present and equal bilaterally.

LIB000961

7N113190042

Collier, Vicki
September 5, 2018
Page 7 of 12

**Finger Range of Motion is as Follows:**

|        | MCP Joint |      | PIP Joint |      | DIP Joint |      |
|--------|-----------|------|-----------|------|-----------|------|
|        | Right     | Left | Right     | Left | Right     | Left |
| Thumb  | 60        | 60   | 80        | 80   | N/A       | N/A  |
|        | 0         | 0    | 10        | 10   | N/A       | N/A  |
| Index  | 90        | 90   | 100       | 100  | 70        | 70   |
|        | 0         | 0    | 0         | 0    | 0         | 0    |
| Middle | 90        | 90   | 100       | 100  | 70        | 70   |
|        | 0         | 0    | 0         | 0    | 0         | 0    |
| Ring   | 90        | 90   | 100       | 100  | 70        | 70   |
|        | 0         | 0    | 0         | 0    | 0         | 0    |
| Little | 90        | 90   | 100       | 100  | 70        | 70   |
|        | 0         | 0    | 0         | 0    | 0         | 0    |

All normal values in the above table are 0° for extension and 90° for extension. No triggering was noted in any digit. Range of motion was painless without mechanical block. The thumbs bilaterally (adduction) reach the head of the 5th metacarpal. Thumb abduction is 90° bilaterally.

**Lumbar Examination:**
Patient has a normal gait and is ambulating with no assistive device. On visual inspection, there is no deformity, defect, or swelling about the dorsolumbar spine. No scar or incision was noted. There is no evidence of deformity such as scoliosis or kyphosis.

**There is tenderness and spasm in the paravertebral muscle,** but not the spinous processes and the flank. The sciatic notch area was not tender. **The patient toe and heel walks with pain. The patient squats with pain.**

| Lumbar Range of Motion | ROM | Normal              | Spasm   | Pain    |
|------------------------|-----|---------------------|---------|---------|
| Forward Flex           | 55° | 60° finger to ankle | Present | Present |
| Extension              | 20° | 25°                 | Present | Present |
| Lateral Flex (rt.)     | 20° | 25°                 | Present | Present |
| Lateral Flex (lt.)     | 20° | 25°                 | Present | Present |
| Rotation (rt.)         | 20° | 25°                 | Present | Present |
| Rotation (lt.)         | 20° | 25°                 | Present | Present |

**Supine straight leg raising: Right 40, Left 40 with S1 pain bilaterally.**
Sitting straight leg rising was similar. Lasegue test was negative bilaterally.

| Motor Function      | Right | Left | Normal |
|---------------------|-------|------|--------|
| Ankle Dorsiflex L4  | 5     | 5    | 5      |
| Great Toe Ext L5    | 5     | 5    | 5      |
| Ankle Planar Flex S1| 5     | 5    | 5      |

LIB000962

7N113190042

Collier, Vicki
September 5, 2018
Page 8 of 12

| Knee Ext L4, L5 | 5 | 5 | 5 |
|---|---|---|---|
| Knee Flexion | 5 | 5 | 5 |
| Hip Abductors | 5 | 5 | 5 |
| Hip Adductors | 5 | 5 | 5 |

Deep tendon reflexes are equal at the knee and **reduced at the ankle joints bilaterally.** Palpation over the sacroiliac joint did not elicit tenderness. The FABER (Patrick's) test was negative bilaterally.

| Sensory Function | Right | Left | Normal |
|---|---|---|---|
| L3 Anterior Thigh | Intact | Intact | Intact |
| L4 Medial Leg, Inner Foot | Intact | Intact | Intact |
| L5 Lateral Leg, Mid Foot | Intact | Intact | Intact |
| S1 Post. Leg, Outer Foot | **Decreased with pain** | **Decreased with pain** | Intact |

**Hip Examination:**

| Hip Range of Motion | Right | Left | Normal |
|---|---|---|---|
| Flexion | 100° | 100° | 100° |
| Extension | 0° | 0° | 0° |
| Abduction | 25° | 25° | 25° |
| Adduction | 15° | 15° | 15° |
| Ext Rotation | 35° | 35° | 35° |
| Internal Rotation | 20° | 20° | 20° |

Range of motion was accomplished with no pain or mechanical block. Strength of hips were normal. There was no pain with flexion, adduction, internal rotation, or external rotation. No tenderness was noted at the ASIS, rectus femoris, or greater trochanter. Trendeleberg sign and Ober test were negative. There was no iliopsoas or iliotibial band clicking.

**REVIEW OF RADIOGRAPHIC EXAMINATION:**
Three views of the cervical spine were obtained. AP and open-mouth views reveal no fractures, dislocations, or other abnormalities. The lateral view shows straightening of the patient's cervical lordotic curvature. There was loss of disc height noted at the C5-C6 level. Spondylotic changes are noted throughout the cervical spine with no evidence of spondylolysis, spondylolisthesis, fracture, dislocation, or other abnormality.

Two views of the right shoulder were obtained with a slightly downsloping acromion.

Two views of the left shoulder were obtained with subacromial hook noted. There was no evidence of fractures, dislocations, or other abnormality on the shoulder studies.

Four views of the lumbar spine were obtained. AP view showed no fractures, dislocations, or other abnormalities. The lateral view showed loss of disc height at the L5-S1 level.

LIB000963

7N113190042

Collier, Vicki
September 5, 2018
Page 9 of 12

Spondylotic changes were noted with no evidence of spondylolysis, spondylolisthesis, fracture, dislocation, or other abnormality.

**REVIEW OF MEDICAL RECORDS:**
Range of motion studies were performed in the office today using double electronic inclinometry and have been reviewed. The DWC-1 is present and has been reviewed.

**DIAGNOSES:**
Cervical radiculopathy.
Lumbosacral radiculopathy.
Bilateral shoulder impingement.
Bilateral elbow tendinitis/bursitis.
Bilateral wrist tendinitis/bursitis.

**DISCUSSION:**
The patient is a 55-year-old female who sustained industrial injury as a result of cumulative trauma from July 13, 2013, to July 24, 2017, working as an insurance agent for the Auto Club. The patient states that she developed pain to the neck, back, bilateral shoulders, elbows, wrists, and hands due to the work duties listed above. In 2016, she developed pain and went to her private physician. She received injection to the shoulders, radiographs, MRI studies, and ultimately right shoulder arthroscopy. Epidural injections were provided to the back, Botox injections to the shoulder and neck. She received acupuncture treatment, CT studies. She is presenting today for a comprehensive orthopedic evaluation and for our office to assume the role of the primary treating physician.

The patient is presenting complaining of neck pain which radiates into the upper extremities with pain, paresthesia, and numbness. She is complaining of bilateral shoulder pain with decreased range of motion and strength but she indicates that she did get some benefit from the right shoulder arthroscopy but that she is experiencing recurrence of pain now. She is complaining of elbow tenderness bilaterally. She is also complaining of bilateral wrist pain with numbness and tingling in the hands and decreased grip strength. She is complaining of mild back pain but sensation loss in the lower extremities and bottom of the feet bilaterally.

Physical examination shows spasm, tenderness, and guarding in the paravertebral musculature of the cervical and lumbar spine with loss of range of motion in both. Decreased sensation is noted bilaterally in the C5 and S1 dermatomes. Impingement and Hawkins signs are noted of the shoulders bilaterally with range of motion in flexion and abduction to approximately 120 degrees. Healed incisions are noted at the site of the previous surgical intervention for the right shoulder. Tenderness is noted at the olecranon points bilaterally. The bilateral wrists have positive Phalen and reverse Phalen signs with decreased grip strength, distal radial tenderness, and decreased two-point discrimination noted over the hands.

All conditions, risks, benefits, and alternatives were discussed with the patient and the

7N113190042

Collier, Vicki
September 5, 2018
Page 10 of 12

patient verbalized understanding. We request that all prior medical records with diagnostic studies be forwarded to our attention so that we may avoid duplication in testing and treatment. The patient indicates that imaging has been conducted for cervical spine and it is unclear whether this was CT or MRI study.

*__Today, we are requesting authorization for neurodiagnostics of the upper, and lower extremities.__* The patient is presenting with a mixed picture of radiculopathy possibly superimposed on peripheral nerve entrapment or polyneuropathy in the lower extremity. Neurodiagnostics will be needed to clarify the patient's presentation as well as to provide appropriate AMA ratings at the time of the maximum medical improvement.

*__We are also requesting twelve sessions of physical therapy for the neck, back, bilateral shoulders, wrists, and hands.__* The patient does not have a home exercise program that she is currently pursuing and needs expert guidance in initiating the process of strengthening and improving range of motion as well as instruction in a home exercise regimen in order to provide her with improvement.

*__We are requesting gabapentin at 300 mg strength two tablets together before bed.__* The patient has utilized this in the past with good benefit in terms of radicular symptomatology, and it is our opinion that the patient should be provided with this intervention.

Other medications provided today will include antiinflammatory, and anti-gastritis medications, as well as limited supply of topical lotion for local relief.

In our opinion, she may return to the workplace, but should not lift, push, or pull more than 10 pounds. She should not perform bending, twisting activities, or place the spine in unusual or awkward positions. She should not perform repetitive hand motions, pinching, or grasping bilaterally.

She will return to my attention in four weeks at which time we will make further recommendations.

I hope the above information has been helpful to you and thank you for referring this patient to my office for orthopedic examination.

*We request to be added to the Address List for Services of all Notices of Conferences, Mandatory Settlement Conferences and Hearings before the Worker's Compensation Appeals Board. We are advising the Worker's Compensation appeals Board that we may not appear at the hearings or Mandatory Settlement Conferences for the case in chief. Therefore, in accordance with Procedures set forth in Policy and Procedural Manual index No. 60610, effective February 1, 1995, we request that defendants, with full authority to resolve our lien, telephone our office and ask to speak with our "workers' compensation lien negotiator".*

*Authorizations for transportation, medication, physiotherapy, rehabilitation, a conditioning program and the above stated recommendations are requested based upon medically reasonable treatment requirements.*

LIB000965

7N113190042

**Collier, Vicki**
**September 5, 2018**
**Page 11 of 12**

*This is per labor code 4600 and Title 8, Section 9792.6, C.C.R. and Rule 9785(b). Furthermore, we are requesting that all the medical records be forwarded to our office to avoid repetition in testing and treatment. Please provide us with information regarding the status of the case as soon as possible.*

*To complete this examination I have been assisted, as needed, for taking histories, taking x-rays, assisting with the patient, transcription of reports by some or all of the following personnel Alma Azucar, Maria Valles, Angel Gomez, Marlen Sanchez, Laura Casillas and Frank Leonor. Sherry Leoni, DC or Randy Cockrell, DC may also have assisted in compiling and editing of this report. If required an interpreter was provided. All of the above individuals are qualified to perform the described activities by reason of individual training or under my direct supervision. I certify that this examiner reviewed the history and the past medical records directly with the patient. The examination of the patient, and interpretation of tests and x-rays, was all performed by this examiner. The dictation and the review of the final report were performed entirely by me. The opinions and conclusions contained in this report are entirely my own. I declare, under penalty of perjury, that the information contained in this report, and any attachments, is true and correct, and that there has not been a violation in this report of Section 139.3 L.C. to the best of my knowledge and belief, except as to information that I have indicated was received from others. As to that information I declare under penalty of perjury, that I have accurately detailed the information provided me and, unless otherwise noted, I believe it to be true.*

*In order to prepare this report and complete the evaluation, time was spent without face to face with the patient. The billings reflect such time spent by the physician with the code 99358. Edwin Haronian, M.D. Inc. does not accept the Official Medical fee schedule as prime facie evidence to support the reasonableness of charges. Edwin Haronian, M.D. is a fellow of the American Academy of Orthopedic Surgeons and is board certified, specializing in disorder and surgery of the spine. Under penalty of perjury under the laws of the State of California, services are billed in accordance with our usual and customary fees. Additionally, this medical practice providing treatment to injured worker's experiences extraordinary expenses in the form of mandated paperwork and collection expenses, including the necessity to retain highly-trained personnel to appear before the Workers' compensation appeals board. Based on the level of services provided and overhead expenses for services contained within our geographical area, we bill in accordance with the provisions set-forth in Labor Code Section 5307.1. Please be advised that Dr. Haronian has a financial interest in Osteon Surgery Center, Kinetix Surgery Center and Pomona Orthopedics.*

September 21, 2018
—————————
Date

Nicholas Cascone, P.A.-C

Edwin Haronian, M.D.
Certified Diplomate American
Board of Orthopedic Surgery
California License #A71385

LIB000966

7N113190042

**Collier, Vicki**
**September 5, 2018**
**Page 12 of 12**

County where executed:    Los Angeles County

NC

cc: *Robert L. Palty Esq.
     6345 Balboa Blvd, Ste 211
     Encino, CA  91316

## PROOF OF SERVICE
## STATE OF CALIFORNIA

I am employed in the County of Los Angeles. I am over the age of 18 and not a party to the within action; my business address is:
**5651 SEPULVEDA BLVD., SUITE 201, SHERMAN OAKS, CA 91411**
On 9/27/2018 served the foregoing document described as:

EDWIN HARONIAN, M.D.
EVALUATION REPORT

Patient Name: **Vicki Collier**
File Number: **20050164**
Claim #: **17G44F696159**
DOS: **9/5/2018**

On all interested parties in this action by electronic transmission a true copy of this narrative report from **5651 SEPULVEDA BLVD., SUITE 201, SHERMAN OAKS, CA 91411**

Addressed as follows:

Miguel Mendoza                          Robert L. Palty Esq.
CCMSI Irvine                            6345 Balboa Blvd, Ste 211
P.O. Box 53550                         Encino, CA  91316
Irvine, CA  92619

I declare that I am over the age of 18 years and not a party to this action. I also declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on 9/27/2018 at

_____
Frank Leonor

LIB000967

| | |
|---|---|
| **From:** | LibertyMutualNotifications@LibertyMutual.com |
| **Sent:** | Wednesday, April 10, 2019 1:14:28 PM |
| **To:** | DISABILITYBENEFITS@AAA-CALIF.COM; |
| **CC:** | |
| **BCC:** | |
| **Subject:** | [Send Secure]Auto Club Enterprises Claim No. 8741789 Vicki Collier |
| **Attachments:** | 90672156432df3dd22c9a033a290cc2aa970fe18622c6bd3_6431780.pdf; |

**Welcome to Lincoln Financial Group.**

Effective May 1, 2018, Liberty Life Assurance Company of Boston was acquired by The Lincoln National Life Insurance Company, a Lincoln Financial Group company. During the transition, you may receive communications from both companies. Please open and read all correspondence you receive about your benefits.

Thank you.

**Bienvenido a Lincoln Financial Group.**

A partir del 1 de mayo de 2018, Liberty Life Assurance Company of Boston pasó a pertenecer a The Lincoln National Life Insurance Company, una compañía de Lincoln Financial Group. Durante la transición, es posible que reciba comunicados de ambas compañías. Abra y lea toda la correspondencia que reciba sobre sus beneficios.

Muchas gracias.

This notification contains important information regarding a claim with Liberty Life Assurance Company of Boston, now a Lincoln Financial Group company. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND. You may use the contact information in the attached letter to respond if needed.

LIB000968



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 422-7909

April 10, 2019

Auto Club

RE:    Long Term Disability (LTD) Benefits
       Auto Club Enterprises
       Claim #: 8741789   WC 17G44F96159
       Claimant: Vicki Collier
       Claimant D.O.B. ███████████

To Whom It May Concern:

We are requesting the status of Vicki Collier's Workers' Compensation claim.  Please provide the following information and fax this information back to our office by April 16, 2019.  A signed authorization to release information is enclosed.

WC Claim No.: _____ Date of Injury or Accident:_____

WC Case Manager: _____ Phone No. _____

Description of Injury or Accident: _____

_____

Temporary Total Disability Rate (weekly/bi-weekly) $_____

Indemnity Benefits paid from _____ to _____ @ $ _____

_____ to _____ @ $ _____

Case Open – Litigation Pending _____ Trial/Hearing Date _____

Case Settled _____/_____/_____    $ _____ (please attach a copy of the settlement agreement)

Please provide the following medical documentation to assist us with our review of Ms. Collier's eligibility for benefits:

- Office treatment notes, test results, operative reports, prescription histories, and treatment plans from May 1, 2018 through the present.

1  of 2

LIB000969

If you have any questions regarding this matter, please contact me.

Sincerely,

Kristie Larocca
LTD Technical Specialist
Phone No.: (888) 437-7611 Ext. 16350
Secure Fax No.: (603) 422-7909

Attachments:   8741789-EMPLOYEE/CLAIMANT-AUTHORIZATION-03.19.2019

LIB000970

5E078190009

**I understand** that authorizing the disclosure of this health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

**This authorization** shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration.   The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law.   I understand that I may request a copy of this authorization.

Name of claimant (print):

_____Vicki Collier_____

Name of legal representative, if applicable (print):

_____Robon_____

Relationship:

_____

Signature of claimant or legal representative:

_____

Date of Birth: ████████     Claim Number: __8741789____

Date: ____3\9\19_____

**A copy of this authorization will be considered as valid as the original.**

pg. 2 CA.Psychotherapy.2015

LIB000971

5E078190009



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 334-3579

## AUTHORIZATION FOR THE RELEASE OF PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF HEALTH INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, Plan Sponsor/ Administrator, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all psychotherapy notes relating to me, without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations during private counseling sessions and/or group, joint or family counseling sessions.

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

## STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

pg. 1 CA.Psychotherapy.2015

LIB000972

5E078190009

a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

**This authorization** shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print):

_Vicki Collier_

Name of legal representative, if applicable (print):

_____

Relationship: _____

Signature of claimant or legal representative:

_____

Date of Birth: ▮▮▮▮▮▮▮  Claim Number: __8741789__

Date: __3/9/19__

**A copy of this authorization will be considered as valid as the original.**

pg. 2 CA.Authorization-Standard-2018

LIB000973



LIB000974

# EDWIN HARONIAN, M.D.
## —DISORDERS & SURGERY OF THE SPINE—

- Minimally Invasive Spine Surgery

- Complex & Revision Spine Surgery

- Comprehensive Spine Care



- Certified, American Board of Orthopedic Surgery

- Fellow, American Academy of Orthopedic Surgeons



- Member, North American Spine Society



- American College of Spine Surgery

- Alumni, Kerlan-Jobe Orthopedic Clinic

5651 SEPULVEDA BLVD., STE 201
SHERMAN OAKS, CA 91411
PH: (818) 788-2400
FAX: (818) 788-2453

724 CORPORATE CENTER DRIVE
SECOND FLOOR
POMONA, CA 91768
PH. (909) 622-6222
FX. (909) 622-6220

WWW • ESPINEDOCTOR • COM

CCMSI Irvine
P.O. Box 53550
Irvine, CA 92619
Attn: Miguel Mendoza

| | | |
|---|---|---|
| Patient Name | : | Vicki Collier |
| Date of Service | : | January 31, 2019 |
| Claim # | : | 17G44F696159 |
| Employer | : | Automobile Club |
| Date of Birth | : | ██████ |
| Date of Injury | : | CT:7/13/2013-7/24/2017 |
| File # | : | 20050164 |

## PERMANENT AND STATIONARY REPORT OF A PRIMARY TREATING PHYSICIAN

### HISTORY OF INJURY:

Ms. Collier stated that she sustained cumulative trauma injuries to her neck, shoulders, bilateral upper extremities, forearms, elbows, hands, wrists, back, head, lower extremities and internal (hemorrhoids) during the course of her employment as an insurance agent for The Auto Club.

She stated that since late in 2016 she developed the gradual onset of pain in her neck, shoulders, bilateral upper extremities, forearms, elbows, hands, wrists, back, head and lower extremities which she attributed to performing her job duties which for the most part entailed working at an ergonomically incorrect work station. She stated that she also developed hemorrhoids due to prolonged sitting at work on a chair that did not have padding.

She indicated that she initially went to Dr. Tun at Kaiser Permanente who administered cortisone injections to her shoulders. She underwent x-rays and MRI studies of her right shoulder. On July 25, 2017 Dr. Tun performed

LIB000975

Collier, Vicki
January 31, 2019
Page 2 of 12

right shoulder surgery after which she received a course of physical therapy. She remained on temporary total disability through November 21, 2017 at without restrictions. Through Kaiser she also received an epidural injection to her back and Botox injections to her shoulders and neck. She also received acupuncture treatment. She also underwent a CT scan of her neck and head and lower extremities. Dr. Tan placed her on temporary total disability since May 25, 2018. She stated that she has not received other treatment.

She presents to my office today for a comprehensive orthopedic evaluation.

**JOB DESCRIPTION:**
The patient began employment as an insurance agent for The Auto Club, since June of 2013.

She worked 50-60 hours per week. Her job duties at the time of injury included: selling auto, home and other vehicle insurance policies and AAA memberships, processing applications, operating a computer, typing, assisting customers, over-the-phone and face-to-face, filing, pulling files.

The precise activities required entailed prolonged standing and walking, as well as continuous fine maneuvering of her hands and fingers, and repetitive bending, stooping, squatting, twisting, turning, forceful pulling and pushing, forceful gripping and grasping, lifting and carrying 5 pounds, reaching to all levels..

**EMPLOYMENT HISTORY:**
The patient states that prior to working for the employer at the time of the injury, she was an independent contractor as an insurance agent for six years.

**CURRENT WORK STATUS:**
The patient is currently not working.

**PRESENT COMPLAINTS:**
The patient is complaining of neck and lower back pain along with pain in both shoulders, both elbows, and both wrist She describes radiating pain to the upper and lower extremities mainly on the right side with numbness, tingling, and weakness. She has difficulty with lifting, pushing, and pulling.

**MEDICAL HISTORY:**
The patient has no known history of heart disease, high blood pressure, kidney disease, diabetes, tuberculosis, cancer, ulcers, pneumonia, lung disease, eye problems, skin problems, asthma, hepatitis, liver disease, thyroid disease, gout, rheumatoid arthritis, Lupus, or arthritis.

**SURGERIES:**
The patient underwent an umbilical hernia repair and right shoulder scope.

**INJURIES:**
The patient denies any previous accidents or injuries.

LIB000976

Collier, Vicki
January 31, 2019
Page 3 of 12

**MEDICATIONS:**
The patient is currently not taking any medications.

**ALLERGIES:**
The patient has no known allergies to any medications.

**SOCIAL HISTORY:**
The patient is single and has three children. She does not drink and does not smoke.

**FAMILY HISTORY:**
Noncontributory.

**HOBBIES:**
The patient does not have any hobbies at this time.

**ACTIVITIES OF DAILY LIVING:**
The patient states prior to the above noted injury she had no disabling conditions and could perform all activities of daily living without any difficulties.

The patient states since the injury noted above she has difficulty cooking, washing her hair, kneeling, doing strenuous house chores, vacuuming, mopping, lifting and carrying baskets of laundry as well as grocery bags, pushing a shopping carts and prolonged sitting.

**PHYSICAL EXAMINATION:**
**Cervical Spine Examination:**
On visual inspection, there is no erythema, edema, swelling or deformity about the cervical spine or upper back area. The patient's head is held in a normal position. No torticollis was noted.

**There is spasm and tenderness over the paravertebral musculature, upper trapezium, interscapular area,** but not over the cervical spinous processes, or occiput.

| Cervical Range of Motion | Patient ROM | Normal |
|---|---|---|
| Forward Flex | --- | 50° |
| Extension | --- | 60° |
| Lateral Flex (rt.) | --- | 45° |
| Lateral Flex (lt.) | --- | 45° |
| Rotation (rt.) | --- | 80° |
| Rotation (lt.) | --- | 80° |

**Electronic inclinometers were used for the formal ranges of motion studies. Please see attached which was used for this evaluation.**

**Range of motion was accomplished with discomfort and spasm.**

LIB000977

Collier, Vicki
January 31, 2019
Page 4 of 12

Reflexes and special tests are as follows:

| Reflexes and test | Right | Left | Normal |
|---|---|---|---|
| Tricep reflex | 2+ | 2+ | 2+ |
| Biceps reflex | 2+ | 2+ | 2+ |
| Brachioradialis reflex | 2+ | 2+ | 2+ |
| Tinel Signs (wrists) | Negative | Negative | Negative |
| Tinel signs (elbow) | Negative | Negative | Negative |
| Adson Test | Negative | Negative | Negative |

Motor power testing for the cervical spine:

| Muscle Group | Right | Left | Normal |
|---|---|---|---|
| Deltoid (C5) | 4 | 5 | 5 |
| Biceps (C6) | 5 | 5 | 5 |
| Triceps (C7) | 5 | 5 | 5 |
| Wrists Extensors (C6) | 5 | 5 | 5 |
| Wrist Flexors (C7) | 5 | 5 | 5 |
| Finger Flexors (C8) | 5 | 5 | 5 |
| Finger Abduction (T1) | 5 | 5 | 5 |

Sensory Testing:

| Dermatome | Right | Left | Normal |
|---|---|---|---|
| C5 (Deltoid) | Intact | Intact | Intact |
| C6 (Lat Forearm, Thumb, Index) | Intact | Intact | Intact |
| C7 (Middle Finger) | Intact | Intact | Intact |
| C8 (Little finger, Med. Forearm) | Intact | Intact | Intact |
| T1 (Medial Arm) | Intact | Intact | Intact |
| T2 (Medial Arm) | Intact | Intact | Intact |

**JAMAR Grip Testing**

| | Right | Left |
|---|---|---|
| | 17/16/18 | 14/16/18 |

**Shoulder Examination:**

| Shoulder Range of Motion | Right | Left | Normal |
|---|---|---|---|
| Flexion | --- | --- | 180° |
| Abduction | --- | --- | 180° |
| Extension | --- | --- | 50° |
| Ext Rotation | --- | --- | 90° |
| Ext Internal Rotation | --- | --- | 90° |
| Adduction | --- | --- | 50° |

**Electronic inclinometers were used for the formal ranges of motion studies. Please see attached which was used for this evaluation.**

LIB000978

Collier, Vicki
January 31, 2019
Page 5 of 12

No tenderness was noted at the anterior deltoid, supraspinatus insertion, biceps tendon, or the acromioclavicular joint.

**Impingement and Hawkins signs were positive on the right and left.** Jobe's sign was negative on the right and left.

Apprehension test and re-location test were negative. No sulcus was present. **Yergason test was positive bilaterally.** No deformity or incision was noted around the shoulder area. **An incision was noted over the right shoulder.**

**Elbow Examination:**

| Elbow Range of Motion | Right | Left | Normal |
|---|---|---|---|
| Flexion | --- | --- | 140° |
| Extension | --- | --- | 0° |
| Pronation | --- | --- | 80° |
| Supination | --- | --- | 80° |

**Electronic inclinometers were used for the formal ranges of motion studies. Please see attached which was used for this evaluation.**

**Tenderness was noted over the lateral (tennis) epicondyle bilaterally** not the medial (Golfers) epicondyles. **Resisted wrist extension did elicit tenderness over the lateral epicondyle bilaterally.** The lateral pivot shift test did not reproduce instability. No olecranon bursitis was noted.

**Wrist & Hands Examination:**

| Wrist Range of Motion | Right | Left | Normal |
|---|---|---|---|
| Flexion | --- | --- | 60° |
| Extension | --- | --- | 60° |
| Ulnar Deviation | --- | --- | 30° |
| Radial Deviation | --- | --- | 20° |

**Electronic inclinometers were used for the formal ranges of motion studies. Please see attached which was used for this evaluation.**

No mechanical block was noted to range of motion. **There was tenderness over the distal radius and the carpus bilaterally.** No tenderness was noted at the anatomic snuffbox or the TFCC. Finkelstein test was normal. Tinel testing was negative. **Phalen and reverse Phalen (praying position) testing were positive bilaterally. Two-point discrimination was 6 mm bilaterally.**

No atrophy or tenderness was noted in the thenar, hypothenar, and intrinsic hand musculatures. The radial pulses are present and equal bilaterally.

**LIB000979**

Collier, Vicki
January 31, 2019
Page 6 of 12

No triggering was noted in any digit. Range of motion was painless without mechanical block. The thumbs bilaterally (adduction) reach the head of the 5th metacarpal. Thumb abduction is 90° bilaterally.

**Lumbar Examination:**
Patient has a normal gait and is ambulating with no assistive device. On visual inspection, there is no deformity, defect, or swelling about the dorsolumbar spine. No scar or incision was noted. There is no evidence of deformity such as scoliosis or kyphosis.

**There is tenderness and spasm in the paravertebral muscle,** but not the spinous processes and the flank. **The sciatic notch area was tender bilaterally. The patient toe and heel walks with pain. The patient squats with pain.**

| Lumbar Range of Motion | ROM | Normal | Spasm | Pain |
|---|---|---|---|---|
| Forward Flex | --- | 60° finger to ankle | **Present** | **Present** |
| Extension | --- | 25° | Present | Present |
| Lateral Flex (rt.) | --- | 25° | Present | Present |
| Lateral Flex (lt.) | --- | 25° | Present | Present |
| Rotation (rt.) | --- | 25° | Present | Present |
| Rotation (lt.) | --- | 25° | Present | Present |

**Electronic inclinometers were used for the formal ranges of motion studies. Please see attached which was used for this evaluation.**

Supine straight leg raising: Right 90, Left 90 with no back pain. Sitting straight leg rising was similar. Lasegue test was negative bilaterally.

| Motor Function | Right | Left | Normal |
|---|---|---|---|
| Ankle Dorsiflex L4 | 5 | 5 | 5 |
| Great Toe Ext L5 | 5 | 5 | 5 |
| Ankle Planar Flex S1 | 5 | 5 | 5 |
| Knee Ext L4, L5 | 5 | 5 | 5 |
| Knee Flexion | 5 | 5 | 5 |
| Hip Abductors | 5 | 5 | 5 |
| Hip Adductors | 5 | 5 | 5 |

Deep tendon reflexes are equal at the knee and ankle joints. Palpation over the sacroiliac joint did not elicit tenderness. The FABER (Patrick's) test was negative bilaterally.

| Sensory Function | Right | Left | Normal |
|---|---|---|---|
| L3 Anterior Thigh | Intact | Intact | Intact |
| L4 Medial Leg, Inner Foot | Intact | Intact | Intact |
| L5 Lateral Leg, Mid Foot | **Decreased with pain** | Intact | Intact |

**LIB000980**

Collier, Vicki
January 31, 2019
Page 7 of 12

| S1 Post. Leg, Outer Foot | Decreased with pain | Decreased with pain | Intact |
|---|---|---|---|

**Hip Examination:**

| Hip Range of Motion | Right | Left | Normal |
|---|---|---|---|
| Flexion | 100° | 100° | 100° |
| Extension | 0° | 0° | 0° |
| Abduction | 25° | 25° | 25° |
| Adduction | 15° | 15° | 15° |
| Ext Rotation | 35° | 35° | 35° |
| Internal Rotation | 20° | 20° | 20° |

Range of motion was accomplished with no pain or mechanical block. Strength of hips were normal. There was no pain with flexion, adduction, internal rotation, or external rotation. No tenderness was noted at the ASIS, rectus femoris, or greater trochanter. Trendeleberg sign and Ober test were negative. There was no iliopsoas or iliotibial band clicking.

**REVIEW OF MEDICAL RECORDS AND DIAGNOSTIC STUDIES:**
Formal range of motion studies were performed using double electronic inclinometers, and the report is attached.

The application for adjudication of the claim and DWC-1 Claim Forms were also reviewed.

The MRI of the cervical spine was reviewed revealing a 1-mm disc bulge at the C3-C4 level as well a 2-mm disc bulge at the C4-C5 level. A 2-mm disc bulge was seen at the C5-C6 level as well as at the C6-C7 level. There is mild narrowing of the left neural foramen and moderate significant narrowing of the right neural foramen at the C6-C7 level. There is indication that the patient was seen at Kaiser.

An MRI of the right shoulder was reviewed revealing partial thickness articular surface supraspinatus tendon tear with moderate tendinosis. AC joint osteoarthrosis is noted.

The QME report from Dr. Arora was also reviewed.

The patient was seen by Dr. Kohan who is the pain management physician in this case. I have reviewed his report and regard his findings as my own.

Authorization was requested for physical therapy and neurodiagnostic studies, however, documentation has been provided indicating that the patient's claim is denied.

**DIAGNOSES:**
Cervical spine radiculopathy.
Lumbar spine radiculopathy.
Bilateral shoulder impingement, status post right shoulder arthroscopy.

LIB000981

Collier, Vicki
January 31, 2019
Page 8 of 12

Bilateral elbow tendinitis.
Bilateral wrist tendinitis.

## DISCUSSION:

The patient is a 55-year-old female who was seen by me on September 5, 2018, for a continuous trauma injury while working for Automobile Club as an Insurance Agent. She indicates that she developed pain to multiple body parts due to repetitive motion activities at work. She continued working and her pain progressively worsened. She was seen by multiple physicians. She was also seen at Kaiser and underwent right shoulder surgery.

The patient was then sent to my attention to take over the role of the primary treating physician. She was seen by the pain management physician for medication management. She was seen by the QME.

At this time, I am indicating that further conservative treatment is unlikely to provide the patient with improvement in her condition. She has reached a level of maximum medical improvement as well as permanent and stationary status. I will provide you with work restrictions along with an AMA impairment rating, however, I reserve the right to reverse or amend my decisions pending any other medical records or diagnostic studies that are provided to me at a later time.

## WORK RESTRICTIONS:

**Cervical spine:** The patient is precluded from extended upward and extended downward gazing.

**Lumbar spine:** The patient is precluded from repetitive bending and twisting of the lumbar spine.

**Bilateral shoulders:** The patient is precluded from repetitive activities at or above the shoulder level.

**Bilateral elbows:** The patient is precluded from repetitive torquing.

**Bilateral wrist:** The patient is precluded from repetitive power gripping, repetitive keying, repetitive grasping, and repetitive pinching.

## VOCATIONAL REHABILITATION:

The patient can return to work with the restrictions that have been provided, however, if the employer is unable to accommodate the work restrictions, then the patient can be considered a QIW.

## FUTURE MEDICAL CARE:

The patient should have access to medications, orthopedic re-evaluations, durable medical goods, physiotherapy, and further diagnostic studies. Cervical and lumbar epidural injections may be indicated if her radiculopathy persist. For the bilateral shoulders, revision right shoulder surgery may be indicated along with subacromial injection to the

LIB000982

Collier, Vicki
January 31, 2019
Page 9 of 12

bilateral shoulders and left shoulder surgery on an industrial basis. For the bilateral elbows, cortisone injection may be indicated. For the bilateral wrist, carpal tunnel release surgery may be indicated if her pain continues to worsen on an industrial basis.

## CAUSATION:

As it relates to causation, it is with reasonable medical probability, the patient has sustained injuries to the cervical and lumbar spine, bilateral shoulders, bilateral elbows, and bilateral wrist due to her continuous trauma activities that occurred at work.

## APPORTIONMENT:

Labor Code 4663 mandates to apportion to causation, and the Escobedo versus Marshall's case mandates to apportion to pathology. Based on the available information and with reasonable medical probability, in regards to the cervical and lumbar spine, I would apportion 20% due to preexisting degenerative changes and non-industrial factors and 80% due to the direct effect of the continuous trauma injury. For the bilateral shoulders, bilateral elbows, and bilateral wrist, 100% of the patient's disability is the direct effect of the continuous trauma injury.

## AMA IMPAIRMENT RATING:

In regards to the cervical and lumbar spine, the patient describes neck and lower back pain with radiating pain down the upper and lower extremities mainly on the right side with numbness, tingling, and weakness. Decreased dermatomal sensation with pain is noted over the right C6 dermatome as well as the right L5 dermatome. The MRI of the cervical spine was reviewed, however, I do not have the MRI of the lumbar spine available for review. The patient does describe non-verifiable radicular complaints. Based on the above, DRE method is used and in using Table 15-5 on Page 392, the patient is placed in DRE Cervical Category II and 8% whole person impairment is provided based on non-verifiable radicular complaints without objective findings.

For the lumbar spine, in using Table 15-3 on Page 384, the patient is placed in DRE Lumbar Category II and another 8% whole person impairment is provided.

For the bilateral shoulders, bilateral elbows, and bilateral wrist, I am using the loss of range of motion to calculate the patient's impairment rating. Formal range of motion studies were performed using double electronic inclinometers.

### Left Wrist Range of Motion Impairments (Figure 16-28, p. 467; Figure 16-31, p. 469)
Contribution to Whole Person Impairment: 2% (4% Upper Extremity)
- Left wrist flexion motion is 46° contributing 2% to the upper extremity impairment
- Left wrist extension motion is 58° contributing 0% to the upper extremity impairment
- Left wrist radial deviation motion is 14° contributing 1% to the upper extremity impairment
- Left wrist ulnar deviation motion is 23° contributing 1% to the upper extremity impairment

LIB000983

Collier, Vicki
January 31, 2019
Page 10 of 12

**Left Elbow Range of Motion Impairments (Figure 16-34, p. 472; Figure 16-37, p. 474)**
Contribution to Whole Person Impairment: 1% (2% Upper Extremity)
- Left elbow flexion motion is 118° contributing 2% to the upper extremity impairment
- Left elbow pronation motion is 79° contributing 0% to the upper extremity impairment
- Left elbow supination motion is 73° contributing 0% to the upper extremity impairment

**Left Shoulder Range of Motion Impairments (Figure 16-40, p. 476; Figure 16-43, p. 477; Figure 16-46, p. 479)**
Contribution to Whole Person Impairment: 6% (10% Upper Extremity)
- Left shoulder flexion motion is 135° contributing 3% to the upper extremity impairment
- Left shoulder extension motion is 48° contributing 0% to the upper extremity impairment
- Left shoulder abduction motion is 87° contributing 4% to the upper extremity impairment
- Left shoulder adduction motion is 49° contributing 0% to the upper extremity impairment
- Left shoulder internal rotation motion is 34° contributing 3% to the upper extremity impairment
- Left shoulder external rotation motion is 61° contributing 0% to the upper extremity impairment

**Right Wrist Range of Motion Impairments (Figure 16-28, p. 467; Figure 16-31, p. 469)**
Contribution to Whole Person Impairment: 4% (6% Upper Extremity)
- Right wrist flexion motion is 42° contributing 2% to the upper extremity impairment
- Right wrist extension motion is 54° contributing 1% to the upper extremity impairment
- Right wrist radial deviation motion is 13° contributing 1% to the upper extremity impairment
- Right wrist ulnar deviation motion is 20° contributing 2% to the upper extremity impairment

**Right Elbow Range of Motion Impairments (Figure 16-34, p. 472; Figure 16-37, p. 474)**
Contribution to Whole Person Impairment: 2% (3% Upper Extremity)
- Right elbow flexion motion is 112° contributing 3% to the upper extremity impairment
- Right elbow pronation motion is 80° contributing 0% to the upper extremity impairment
- Right elbow supination motion is 78° contributing 0% to the upper extremity impairment

**Right Shoulder Range of Motion Impairments (Figure 16-40, p. 476; Figure 16-43, p. 477; Figure 16-46, p. 479)**
Contribution to Whole Person Impairment: 5% (8% Upper Extremity)
- Right shoulder flexion motion is 132° contributing 3% to the upper extremity impairment
- Right shoulder extension motion is 45° contributing 0% to the upper extremity impairment
- Right shoulder abduction motion is 92° contributing 4% to the upper extremity impairment
- Right shoulder adduction motion is 43° contributing 0% to the upper extremity

LIB000984

Collier, Vicki
January 31, 2019
Page 11 of 12

impairment
• Right shoulder internal rotation motion is 64° contributing 1% to the upper extremity
impairment
• Right shoulder external rotation motion is 81° contributing 0% to the upper extremity
impairment

I hope the above information has been helpful to you and thank you for referring this patient to my office for orthopedic examination.

*To complete this examination I have been assisted, as needed, for taking histories, taking x-rays, assisting with the patient, transcription of reports by some or all of the following personnel Alma Azucar, Maria Valles, Angel Gomez, Marlen Sanchez, Laura Casillas and Emily Shemwell. Sherry Leoni, DC, Randy Cockrell, DC or Timothy Markle, DC, may also have assisted in compiling and editing of this report. If required an interpreter was provided. All of the above individuals are qualified to perform the described activities by reason of individual training or under my direct supervision. I certify that this examiner reviewed the history and the past medical records directly with the patient. The examination of the patient, and interpretation of tests and x-rays, was all performed by this examiner. The dictation and the review of the final report were performed entirely by me. The opinions and conclusions contained in this report are entirely my own. I declare, under penalty of perjury, that the information contained in this report, and any attachments, is true and correct, and that there has not been a violation in this report of Section 139.3 L.C. to the best of my knowledge and belief, except as to information that I have indicated was received from others. As to that information I declare under penalty of perjury, that I have accurately detailed the information provided me and, unless otherwise noted, I believe it to be true.*

*In order to prepare this report and complete the evaluation, time was spent without face to face with the patient. The billings reflect such time spent by the physician with the code 99358. Edwin Haronian, M.D. Inc. does not accept the Official Medical fee schedule as prime facie evidence to support the reasonableness of charges. Edwin Haronian, M.D. is a fellow of the American Academy of Orthopedic Surgeons and is board certified, specializing in disorder and surgery of the spine. Under penalty of perjury under the laws of the State of California, services are billed in accordance with our usual and customary fees. Additionally, this medical practice providing treatment to injured worker's experiences extraordinary expenses in the form of mandated paperwork and collection expenses, including the necessity to retain highly-trained personnel to appear before the Workers' compensation appeals board. Based on the level of services provided and overhead expenses for services contained within our geographical area, we bill in accordance with the provisions set-forth in Labor Code Section 5307.1. Please be advised that Dr. Haronian has a financial interest in Osteon Surgery Center, Kinetix Surgery Center and Pomona Orthopedics.*

February 22,
2019
Date

Edwin Haronian, M.D.
Certified Diplomate American

LIB000985

Collier, Vicki
January 31, 2019
Page 12 of 12

Board of Orthopedic Surgery
California License #A71385

County where executed:    Los Angeles County

SL

*Robert L. Palty Esq.
6345 Balboa Blvd, Ste 211
Encino, CA  91316

**PROOF OF SERVICE**
**STATE OF CALIFORNIA**

I am employed in the County of Los Angeles. I am over the age of 18 and not a party to the within action: my business address is:
**5651 SEPULVEDA BLVD., SUITE 201, SHERMAN OAKS, CA 91411**
On 3/7/2019 served the foregoing document described as:

EDWIN HARONIAN, M.D.
EVALUATION REPORT

**Patient Name:** Vicki Collier
**File Number:** 20050164
**Claim #:** 17G44F696159
**DOS:** 1/31/2019

On all interested parties in this action by electronic transmission a true copy of this narrative report from **5651 SEPULVEDA BLVD., SUITE 201, SHERMAN OAKS, CA 91411**

Addressed as follows:

| | |
|---|---|
| Miguel Mendoza | Robert L. Palty Esq. |
| CCMSI Irvine | 6345 Balboa Blvd, Ste 211 |
| P.O. Box 53550 | Encino, CA  91316 |
| Irvine, CA  92619 | |

I declare that I am over the age of 18 years and not a party to this action. I also declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on 3/7/2019 at

Emily Shemwell

LIB000986

## PROOF OF SERVICE BY MAIL
### C.C.P. 1013a

I declare that I am a resident of or employed in the County of <u>Los Angeles</u>, California. I am over the age of 18 and not a party to the within action. The name and address of my residence or business address is: <u>Law Offices of Robert L. Palty, 6345 Balboa Blvd., Encino Office Park 1, Ste. 211, Encino, CA 91316</u>. I am familiar with the ordinary practice of the business of collecting, processing and depositing correspondence in the United States Postal Service and that the correspondence will be deposited the same day with postage thereon fully prepaid.

On March 18, 2019 I served the **Permanent and Stationary Report of a Primary Treating Physician Dr. Haronian dated 01-31-19** on the interested parties listed below by placing a true copy thereof enclosed in a sealed envelope for collection and mailing in the United States Postal Service following ordinary business practices at Encino, California addressed as follows:

*Bruce A. Little, Esq.*
Law offices of Parker & Irwin
348 W. Hospitality Lane, Suite 202
San Bernardino, CA 92408

I declare under penalty of perjury that the above is true and correct and that this declaration was executed on March 18, 2019 at Encino, California.

_____
Jacky Ruiz

LIB000987

**n0252358**

| | |
|---|---|
| **From:** | Vicki Collier |
| **Sent:** | Friday, March 29, 2019 4:48:17 PM |
| **To:** | DisabilityDocuments |
| **Subject:** | Collier claim 8741789 |
| **Attachments:** | Dr Summary.pdf |

***This email is from an external source. Only open links and attachments from a Trusted Sender.***


Hi Kristie-

Per our conversation today, I have attached the report from Dr. Haronian (Synapse Group). I hope this helps.

Please let me know if you receive any other documentation from them per both our requests.

Thank you for all your help!

Regards,

Vicki Collier

661-510-0518

LIB000988

**Initial Payment Set up Worksheet**

**Claimant's Name**   Vicki Collier                                   **DOB** ▇▇▇▇

**Customer**   AUTO CLUB OF SO CALIFORNIA

**LTD Claim #**   8741789                          **Work State:** CA

**Associated Claims**   N/A        Type  STD                    Type

**Benefit End date of associated claims**        11/15/2018   per ERS in DL 2/12/19

**Contractual EP**        greater of end of STD benefits or 26 weeks

**LTD Benefit begin date**   11/16/2018               **DOD**   5/15/2018   **AGE**   54
DCM confirmed
**Max Benefit date**   6/6/2030        > of SSNRA age 67 or to age 65 (but not < 5 yrs)

**Does policy include COLA provision**        No

**Sources used to verify BME amount**

Salary and commission information from ER (in doc list 2/11/19) showing base salary of $27,560.00 annually + 2017 commission $107,798.54 = $135,358.54 / 12 = $11,279.88 BME

**BME amount**        $11,279.88                **Benefit percentage**        66.67

                                               **Gross modal benefit**        $7,520.30

**Benefit Begin date**   11/16/2018

**Approved thru date**   11/15/2019        12 months own occupation

**Offsets entered**   **Type**                              **Amount**
STCA - $1,216/week * 52 / 12 =                   $5,269.33
EE confirmed rec'ing max ben - per Phone Note 2
WC - denied & pending                             TBD

No application to SSDB or SSRT                     TBD

**Deductions entered**   **Effective:**                **Through**

| Type | Amount | Type | Amount |
|------|--------|------|--------|
| N/A  |        |      |        |
|      |        |      |        |
|      |        |      |        |
|      |        |      |        |
|      |        |      |        |

**Tax Withholding**          **Federal**                        **State**

**Completed by:**   **Diane Bryant**          **Approved by:**

**LIB000989**

| CAN | COMMISSION AUTO NEW |
| CEA | COMM CA EARTHQUAKE P |
| CHN | COMMISSION HOMEOWNER |
| CMA | AUTO MEMBSHP RENEWAL |
| CME | COMMISSION NEW MEMBE |
| CMS | COMMISSION SERV INCE |
| CPE | COMMISSION PERSISTEN |
| CPN | COMMISSION PELP NEW |
| CRC | COMM AUTO RENTAL COV |
| CRT | COMMISSION RATING IN |
| CWN | COMMISSION WATERCRAF |
| IMT | INCT MO - IMCC BMCC |

Total commissions

LIB000990

$107,798.54

LIB000991

| |
|---|
| 44,955.88 |
| 1,493.16 |
| 15,721.77 |
| 2,273.04 |
| 2,885.58 |
| 8,416.66 |
| 6,750.03 |
| 579.36 |
| 20.00 |
| 23,500.97 |
| 1,192.09 |
| 10.00 |

LIB000992

5E078190010



# CLAIMANT INFORMATION FORM

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 334-3579

**Return To:** Cara Campbell

| | |
|---|---|
| **EMPLOYEE/CLAIMANT NAME:** Vicki Collier | |
| **CLAIM NO:** 8741789 | |
| **EMPLOYER/SPONSOR:** Auto Club Enterprises | **DATE OF BIRTH:** ▮▮▮▮ |

## TO BE COMPLETED BY EMPLOYEE:

Please provide us with the names of all medical providers, hospitals, medical insurance carriers, and pharmacies used during the time period from 05/01/2018 to the present. *If additional space is needed, please use a separate sheet of paper.*

### MEDICAL PROVIDERS/THERAPISTS/CLINICS/HOSPITALS:

Name: Keiser
Specialty:
Address:
Telephone No.: (666) 778 5000 Fax No.: ( )

Name: Valencia Pharmacy/ Valencia Blvd
Specialty: Walmart Pharmacy - Kelly Johnson
Address: Kaiser Pharmacy
Telephone No.: ( ) Fax No.: ( )

Name: Dr Haroian/Dr Kohan
Specialty: Synapse
Address: Sepulveda
Telephone No.: 818 778 2400 Fax No.: ( )

Name: PT - Referred by Dr Harmian
Specialty:
Address:
Telephone No.: 818 778 2400 Fax No.: ( )

### MEDICAL INSURANCE CARRIER(S):

Name: Kaiser/Cobra
Specialty:
Address:
Telephone No.: 818 778 2400 Fax No.: ( )

Name:
Specialty:
Address:
Telephone No.: ( ) Fax No.: ( )

### PHARMACY(S):

Name: Valencia Pharmacy
Specialty: Dr Bean Pkwy
Address: Valencia 91354
Telephone No.: (661) 291 1808 Fax No.: ( )

Name: Walmart Pharmacy
Specialty:
Address: Kelly Johnson Pkwy Valencia 91354
Telephone No.: ( ) Fax No.: ( )

Kaiser Pharmacy / Synapse Pharmacy

I hereby attest the above statement is true. I understand that any person who knowingly and with intent to injure, defraud, or deceive the insurance company files a statement or claim containing any false or misleading information may be guilty of a criminal act punishable under law.

SIGNATURE: _____    DATE: 3/9/19

LIB000993

5E078190010

# CLAIMANT SUPPLEMENTARY STATEMENT



**Liberty Mutual.**
**INSURANCE**

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 334-3579

**Return to:** Cara Campbell _____

**EMPLOYEE/CLAIMANT NAME:** Vicki Collier _____    **CLAIM #:** 8741789
**EMPLOYER:** Auto Club Enterprises _____    **DATE OF BIRTH:** ▮▮▮▮

[redacted]

Next of Kin/Emergency Contact (required should additional benefits be payable in the event of your death).
Name Amanda Collier    Relationship to you? daughter    Tel #. 661 312 0615

Have you returned to any type of employment or activity that provides you money? If yes, please provide name of employer, start date, hours worked per/wk and rate of pay. N/A

Do you own a business, or are you involved or affiliated with any type of business, corporation, partnership, or sole proprietary? If yes, please explain and provide proof of income from prior year. N/A

Do you have a tax identification number (TIN) or employer identification number (EIN)? If yes, for what purpose? N/A

Do you hold a professional license? If yes, for what purpose? Casualty & Property Insurance License

Are you associated with an Internet business of any kind? Do you have a website? If yes, please explain and provide website address(es) and the date started. N/A

Are you pursuing money from a third party or involved in any litigation? If yes, please explain why and provide your attorney's contact information.

Are you pursuing moneys from a third party: Workers' Compensation Carrier, Insurance Co., or Individual? If yes, please explain. Auto Club

Identify other income you are receiving or for which you have applied. You have an ongoing obligation to notify us immediately of receipt of any other income or any other changes to this information, including supporting documentation confirming the amount you receive and the effective date:

| Yes | No | Type | Amount per Week/Month | Date Began Receiving | Date Ceased Receiving | Date Income Applied for |
|---|---|---|---|---|---|---|
| ☐ | ☐ | Wages/ Income/ Money/ Unemployment | $_____ | _____ | _____ | _____ |
| ☐ | ☐ | Social Security (disability or retirement) | $_____ | _____ | _____ | _____ |
| ☐ | ☐ | Social Security (for your spouse/dependents) | $_____ | _____ | _____ | _____ |
| ☒ | ☐ | Short Term Disability or State Disability | $ 1218 | Approv 8/2018 | N/A | 5/2018 |
| ☐ | ☐ | Pension or Retirement benefits (lump sum/ongoing) | $_____ | _____ | _____ | _____ |
| ☐ | ☐ | Workers' Compensation | $_____ | _____ | _____ | _____ |
| ☐ | ☐ | Severance or Employment Separation payment (provide Agreement) | $_____ | _____ | _____ | _____ |
| ☐ | ☐ | Other income/money/benefit (describe) _____ | _____ | _____ | _____ | _____ |

If my claim is overpaid, I understand and agree that Liberty has the right to recover such overpayment from me, including the right to reduce future disability benefits, or pursue other collection methods as appropriate. The above statements are true and complete to the best of my knowledge and I understand that any person who knowingly, and with intent to injure, defraud, or deceive Liberty and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law. A photo static copy of this form will be valid as the original.

**EMPLOYEE'S PRINTED NAME:** Vicki Collier _____

**DATE:** _____    **EMPLOYEE'S SIGNATURE:** _____

DP 409

LIB000994

5E078190010

# Workers' Compensation
# INFORMATION FORM



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 334-3579

Return To: Cara Campbell _____

**EMPLOYEE/CLAIMANT NAME:** Vicki Collier _____

**CLAIM NO:** 8741789 _____

**EMPLOYER/SPONSOR:** Auto Club Enterprises _____    **DATE OF BIRTH:** ▮▮▮▮▮

We received your disability claim form. The form indicates that your disability is the result of a work related Injury/Sickness.
Please provide the following information and return this form to my attention in order to avoid any delay in processing.

1. Date of Injury/Sickness: _2016_

2. Location of Injury (please provide complete address): _both shoulders, 2370 Valencia Blvd Valencia_

3. Description of Injury/Sickness (please include copy of accident report): _ongoing Shoulder(both), neck, upper back, lower extremities, tingling arms & legs/feet, elbow/wrist_

4. Please provide the name of your Employer:

   Company Name: _Auto Club_ _____

   Address: _____

   Supervisor Name: _____    Telephone: (___)_____

5. Please provide the name of your Employer's Workers' Compensation Carrier or Administrator:

   Insurance Carrier: _CCMSI_ _____

   Address: _PO Box 53550  1851 Von Karman Ave  Irvine_

   Telephone: _(949) 474-6500_ _____

   Claim Representative: _Maria Brizzo_ _____

6. Are you collecting benefits from your Employer's Workers' Compensation Insurance Company or Administrator?

   Yes ☐    No ☒

   If "Yes":    Weekly Benefit Amount $ _____

   Claim No.: _____

7. Are you using the services of an attorney?

   Yes ☒    No ☐

   If "Yes":    Name: _Robert Yoelty_

   Address: _6345 Balboa  Suite 211 Encino Ca 91316_

   Telephone: _(818) 705 9010_ _____

SIGNATURE: _[signature]_    DATE: _3-9-19_

DP 539D – Rev. 12/02

LIB000995

## ACTIVITIES QUESTIONNAIRE

5E078190010


## Liberty Mutual.
### INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 334-3579

Return To: Cara Campbell _____ *page 1 of 3*

---

**EMPLOYEE/CLAIMANT NAME:** Vicki Collier

**CLAIM NO:** 8741789                          **DATE OF BIRTH:** ▮▮▮▮▮▮▮

**EMPLOYER/SPONSOR:** Auto Club Enterprises

---

**TO BE COMPLETED BY THE CLAIMANT:**

Please answer the following questions and return the form to Liberty Life Assurance Company of Boston.

How long are you able to:

sit no longer 30 w/out pain  stand 30-45  walk more than hour walking helps
unless stretched out

How many hours a day do you:

sit often w/ stretching  stand periodically : stretching  walk often helps legs  not -lying

Do you take a nap during the day?

Yes __X__    No _____

also depends on pain killer may take 2

If Yes, for how long? min 1 hr  At what time of the day? later afternoon

How many hours a day do you spend in bed? 10-HRS

Do you require any assistive devices such as a: N/A

cane _____   walker _____   crutches _____   wheelchair _____   other _____

How long are you able to sit in a car? no more than 30-40 mts w/out pain

Do you hold a valid driver's license?

Yes __X__    No _____

If No, please explain: _____

If Yes, how long are you able to drive a car? 30-40 mts or less

**Please provide a copy of your driver's license when returning this form.**

How do you maintain contact with people or activities that matter most to you?

just do it regardless of pain & varies day to day

Do you have children?

Yes __X__    No _____    If Yes, what are their dates of birth 1-18-94 ; 9-7-96, 10-17-00

Do you need help caring for your children?

Yes _____    No __X__

Are you responsible for taking care of any grandchildren, an elderly parent or grandparent?

Yes _____    No __X__    If Yes, please explain _____

How many times a day do you leave the house during the week? everyday 1-3

On the weekends? 1-3

How often do you run errands? 1-3 ½s week

Please describe what errands you most commonly run: grocery, dr appts, bank

LIB000996

5E078190010


**Liberty Mutual.**
INSURANCE

How often do you get outdoors? _everyday_

Are you left or right hand dominant?    Left _____    Right _X___

Are you able to work in your garden? _N/A_    Yes _____    No _____

Are you able to work on your house?    Yes _____    No _X_

Are you able to wash your car?    Yes _____    No _X_

How much time is spent daily on your home computer?
_X_ None _____ 0-1 hours _____ 1-2 hours _____ 2-3 hours _____ 3+ hours

How much time is spent weekly on your home computer?
_X_ None _____ 0-1 hours _____ 1-2 hours _____ 2-3 hours _____ 3+ hours

What activities do you perform on your home computer.  Please check all that apply:    _N/A_

_____ Pay bills _____ Read news/articles _____ Use search engines _____ Send emails

_____ Visit chat rooms _____ Photos   Other: _____

What computer software applications do you utilize.  Please check all that apply:   _N/A_

_____ Word processing (Word) _____ Spreadsheets (Excel) _____ Database (Access) _____ Graphics

_____ Photo software (Photoshop) _____ Programming  Other: _____

Do you have a working home copy machine/fax machine? _____    Yes _X_ No

If yes, please explain purpose and usage: _____

The following questions intend to identify whether or not you are able to <u>independently</u> conduct routine daily activities.  If assistance is required, please clarify.

| How are the following accomplished? | By Whom? | Assistance Required? |
|---|---|---|
| Grocery Shopping | me | Sometimes |
| Carrying groceries into the house | me | Sometimes |
| Cooking meals | me | '' |
| Cleaning after meals | me | '' |
| Cleaning bathrooms | '' | '' |
| Vacuuming | '' | '' |
| Doing the laundry | '' | '' |
| Opening and responding to mail | me | |
| Managing your finances | me | |
| Balancing your checkbook   N/A | | |
| Bathing yourself | me | |
| Styling your own hair | me | |
| Getting dressed | me | |
| Going up and down stairs | me | |

Have you been confined to a hospital within the last 12 months?  Yes _____    No _X_

If Yes, please provide reason and hospital contact Information: _____

LIB000997

5E078190010



**Liberty Mutual.**
**INSURANCE**

| ACTIVITIES QUESTIONNAIRE |
| --- |
| *page 3 of 3* |

How often do you travel or take vacation? ___not often___

Where do you go? How do you get there (transportation method)? _____

Are you able to pursue your hobbies?  Yes _____  No _X_

If Yes, please describe _____

Do you participate in an exercise program?  Yes _X_  No _____

If Yes, please describe ___Stretching ete. Strengthening,___

Do you do any Volunteer work?  Yes _____  No _X_

If Yes:

how many hours per day? _____

how many hours per week? _____

for whom? _____

Are you working for wages?  Yes _____  No _X_

If Yes, please provide employer's name _____

**Describe in your own words, what prevents you from engaging in any gainful employment.**

Both shoulders neck back, lower extremities - 2 doctors have advised no use of both shoulders, no repetitive motion - Ster condition has not improved but worsened.

**Please describe your daily routine: (if more space is needed, please use the back of this form)**

Wake up, have coffee, stretch, Stretch exercises, Study the Word, walk dog, shower, eat breakfast, walk dog, tidy house any errands, read, fania blast, lunch - possible walk, nap- eat dinner - usually do dishes - Stretch - foot exercises, soak in tub - lay bed watch TV

Is there a daytime number where you can be reached in the event we have any questions regarding your responses?

___661 510 0518___

In the event we cannot reach you, please provide an alternate contact's name and telephone number.

___Sharon Hesla    805 583 2433___

**Upon completion of this form, please sign and date below and return in the envelope provided to you. Thank you for your cooperation.

The above statements are true and complete to the best of my knowledge and belief and I hereby authorize any hospital or physician who has treated me or other person who has attended me or examined me or any company or Government agency to furnish the Insurance Company providing this firm or their representative, any and all information with respect to any illness, injury, medical history, consultations, prescriptions, treatments or benefits and copies of all applicable records. A photo static copy of this form will be as valid as the original. I understand that if this information changes at any time, I will contact Liberty.

Name: ___Vicki Collier___    Date: ___3/9/19___

Signature: ___VCS___

LIB000998

5E078190010


**Liberty Mutual.**
**INSURANCE**

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 334-3579

## AGREEMENT CONCERNING BENEFITS

Return To:   Cara Campbell

---

Policy No: 06 - 444185              Claim Number: 8741789

Employer: Auto Club Enterprises     Address ▮▮▮▮▮▮▮▮▮▮▮
                                    VALENCIA CA 91354

Claimant: Vicki Collier

Date of Disability: 05/15/2018

---

In return for the advance payment of group disability benefits made to me by Liberty Life Assurance Company of Boston, which may be in excess of the amount due to me under the terms of Policy number 06 444185 I, for myself, my heirs, executors, administrators and assigns agree:

1)   That I am not currently receiving any benefits from Social Security and/or Workers' Compensation.

2)   If I apply for Social Security benefits and/or Workers' Compensation benefits I will promptly notify Liberty Life Assurance Company of Boston.

3)   If I, and/or my spouse and family receive any benefits payments, from Social Security and/or Workers' Compensation, I, and/or my spouse and family will immediately notify by Liberty Life Assurance Company of Boston, of such benefit payments and pay back any overpayment resulting from this award in accordance with my Policy provisions.

4)   I understand that thereafter Liberty Life Assurance Company of Boston is entitled to integrate any amounts received from Social Security and/or Workers' Compensation with the benefits payable under the Policy in accordance with the terms of the Policy.

I understand that Liberty Life Assurance Company of Boston in reliance on the above statements and promises, has agreed to advance benefits to me.

Claimant Name (please print)

Valencia Ca
Address

Signature

3/9/19
Date

*PLEASE RETAIN A COPY FOR YOUR RECORDS, OR ONE MAY BE PROVIDED FOR YOU UPON REQUEST.*

LIB000999

5E078190010

# FAMILY INFORMATION QUESTIONNAIRE


Liberty Mutual.
INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 334-3579

Return to: Cara Campbell

EMPLOYEE/CLAIMANT NAME: Vicki Collier

CLAIM NO: 8741789

EMPLOYER/SPONSOR: Auto Club Enterprises                    DATE OF BIRTH: ▮▮▮▮▮▮

To document your Long Term Disability Claim file and properly administer benefits, we need the following information. Please complete and return this form in the envelope provided. Thank you for your prompt attention to this request for information.

What is your marital status?    Single  ✗    Married _____    Divorced _____

If married, please indicate your spouse's name and date of birth.   Name: _____ DOB: _____

Do you have children or dependents*?    Yes ✗    No _____

If yes, please provide additional details below, using additional space as needed.

* An eligible dependent may include:
- Biological child(ren)
- Stepchildren
- Children not residing in your household
- Custodial Grandchildren
- A child 18 or older with a disability that started before age 22
- Adopted Children
- A child 18-19 and a full-time student (not higher than grade 12)

| Name | DOB | If Divorced or Separated, Indicate Custodial or Non-Custodial | High School Student? Yes or No | Anticipated/Actual Last Month/Year of High School |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Is your spouse and/or children receiving Social Security benefits?    Yes: _____ No: ✗

If yes, please complete the information below and include a copy of their Social Security Award Certificate(s).

If no, however, they were previously receiving Social Security benefits in the past and are no longer, please include a copy of the Social Security Termination notice (s), if this information has not already been provided to Liberty Life Assurance Company.

| Name | DOB | Awarded as: Dependent, Spouse or Disabled | Current Monthly Benefit Amount | Date of Entitlement to Benefits | Benefit Termination Date (if applicable) |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

Your Name: _____                    Date: 3/9/19

LIB001000

5E078190010

## REIMBURSEMENT AGREEMENT

 **Liberty Mutual. INSURANCE**

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 334-3579

**Return To:** Cara Campbell

Please complete, sign, and return a copy to Liberty Mutual.

**TO BE COMPLETED BY LIBERTY MUTUAL**

**Claimant Name: Vicki Collier**

**Address: 24034 DEARBORN DR    VALENCIA CA 91354**

**Name of Employer: Auto Club Enterprises**

In consideration of the receipt of disability benefit payments received by me from the Plan Sponsor, I

( **Vicki Collier** ) hereby agree:
(Claimant Name)

(a) to repay the Plan Sponsor for such benefits to the extent they are for losses for which compensation is paid to the covered person by or on behalf of the person at fault;

(b) to allow the Plan Sponsor a lien on such compensation and to hold such compensation in a trust for the Sponsor, and;

(c) to execute and give to the Plan Sponsor any instruments needed to secure the rights under (a) and (b).

Further, when the Plan Sponsor has paid benefits to or on behalf of the injured covered person, the Plan Sponsor will be subrogated to all rights of recovery that the covered has against the person at fault. These subrogation rights will extend only to recovery of the amount the Plan Sponsor has paid. The covered person must execute and deliver any instruments needed and do whatever else is necessary to secure those rights to the Plan Sponsor.

3/9/19
(Date)

(Signature of injured individual or legal representative)

**PLEASE RETAIN A COPY FOR YOUR RECORDS, OR ONE MAY BE PROVIDED FOR YOU UPON REQUEST.**

LIB001001

5E078190010

# TRAINING-EDUCATION-EXPERIENCE FORM (TEE)


## Liberty Mutual.
### INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 334-3579

**EMPLOYEE/CLAIMANT NAME:** Vicki Collier

**CLAIM NO:** 8741789

**EMPLOYER/SPONSOR:** Auto Club Enterprises          **DATE OF BIRTH:** ▮▮▮▮

### Please fill out each section completely

**EDUCATIONAL BACKGROUND:**                                    (If you have a resume, please attach)

Highest Grade Completed: _12th at age 50_     Check if earned: ☐ GED ☒ HS Diploma

Vocational Training: _____ Certificate Program completed: _____

Associates Degree: _____ College: number of years: _____

Bachelor's Degree: BA /BS Major: _____ Graduate School: MA ☐ MS ☐ CAGS ☐ PHD Degree: _____

Professional Training, License, Certificates(s): _Property & Casualty_

Are you currently attending any classes: ☐ Y   ☒ N   If yes, provide name of school: _____

List any other Training or Classes Attended or Plan to Attend: _____

Additional Skills, Hobbies & Volunteer Work _____

Did you serve in the Armed Forces? ☐ Y ☒ N    From: _____    To: _____

Branch of Service: _____    Specialty: _____

**WORK EXPERIENCE:** (If you've held different positions for the same employer, please include them below)
Please list chronologically (starting with the most recent) all the jobs/positions you have held in the past 15 years.
(add additional pages if needed for a complete work history).

1. Company: _Auto Club_ Department: _Sales_ From: _6/2013_ To: _Current_
   Job Title(s): _Insurance Agent_
   Supervisory Experience ☐ Y   ☐ N
   Tasks/Duties (please be specific): _Sell policies, memberships, reach & obtain goals, service accts, inspections, process apps, upload policies w/in time period_

2. Company: _Plymouth Rock_ Department: _____ From: _2012_ To: _2013_
   Job Title(s): _Insurance Agent_
   Supervisory Experience ☐ Y   ☐ N
   Tasks/Duties (please be specific): _sell policies,_

A Liberty Mutual Company

LIB001002

5E078190010

3. Company: _Farmers_____ Department: _Sales_____ From: _2007_ To: _2012_
Job Title(s): _Insure Agent - Independent Contractor_____
Supervisory Experience ☑ Y  ☐ N
Tasks/Duties (please be specific): _same_____

4. Company: _____ Department: _____ From: _____ To: _____
Job Title(s): _____
Supervisory Experience ☐ Y  ☐ N
Tasks/Duties (please be specific): _____

5. Company: _____ Department: _____ From: _____ To: _____
Job Title(s): _____
Supervisory Experience ☐ Y  ☐ N
Tasks/Duties (please be specific): _____

## Computer Utilization:

Computer Training/Courses, Certifications: _____

| | Home | Work | | Home | Work |
|---|---|---|---|---|---|
| Email | ☐ | ☐ | Graphics Software | ☐ | ☐ |
| Internet | ☐ | ☐ | Installation/Repair Hardware | ☐ | ☐ |
| Word Processing (MS Word) | ☐ | ☐ | | | |
| Spread Sheet (MS Excel) | ☐ | ☐ | Installation/Repair Programming | ☐ | ☐ |
| Database | ☐ | ☐ | Project Management | ☐ | ☐ |
| Photo Software | ☐ | ☐ | Other: _____ | | |

How much time is spent daily on your work computer? ☐ None  ☐ 1-2 hours  ☐ 2-3 hours  ☑ 3+ hours _8-12 hrs day_

How much time is spent daily on your home computer? ☑ None  ☐ 1-2 hours  ☐ 2-3 hours  ☐ 3+ hours

Keyboarding/Typing Experience: ☐ Yes  ☑ No  If yes, WPM (words per minute) _____
(We recommend- http://typingtest.com to determine WPM)

Please provide your email address: Personal: _Colliervicki@gmail_ Work: _N/A_

SIGNATURE: _____ PHONE NO: (___) _510-0518_

2

LIB001003

5E078190010



**LIBERTY MUTUAL GROUP**
**LIBERTY LIFE ASSURANCE COMPANY OF BOSTON**

**SOCIAL SECURITY/REIMBURSEMENT AGREEMENT**

**INSTRUCTIONS:** The policy/plan under which you are covered provides that Short Term, Statutory and/or Long Term Disability benefits (herein referred to as "disability benefits") will be reduced by the amount of Social Security benefits which you and your dependents (if applicable) receive. This may affect your future disability benefits as well as prior disability benefits which have been issued to you.

Please review, sign and return this form to our office. We recommend you maintain a copy for your records.

Claimant: Vicki Collier                                        Date of Birth: ▮▮▮▮▮

Employer: Auto Club Enterprises                    Policy/Plan Sponsor No.: 06-444185

**A)** If disability benefits are approved I request that Liberty Life Assurance Company of Boston (Liberty Life) pay me my benefit with <u>no reduction</u> for Social Security Disability benefits until Social Security makes a decision. I understand that this may result in an overpayment of disability benefits paid to me if Social Security subsequently awards benefits to me, and I understand that I must repay this overpayment to Liberty Life. In consideration of Liberty Life paying me a disability benefit with no reduction for Social Security benefits until Social Security makes a decision, I agree to the following:

1) I agree to notify Liberty Life immediately if awarded Social Security Benefits.
2) I authorize Liberty Life to release information concerning Social Security benefits to my employer for administration of my employer sponsored benefits.
3) If Social Security awards benefits to me, I agree that Liberty Life has a first lien on all such benefits to the extent of any overpayment or debt, and I agree to hold all such Social Security benefits in a trust for the benefit of Liberty Life until the amount of Liberty Life's overpayment has been repaid in full.
4) I agree to repay Liberty Life in full within the time period specified in my policy/plan provision.

If I do not repay any overpayment due to Liberty Life in full, I understand Liberty Life will discontinue payment of benefits to me, including payments for insurance premiums and other deductions paid on my behalf, and Liberty Life may withhold future disability benefits until the overpayment is recovered in full. In addition, Liberty Life may also pursue other means permitted by law to collect the overpayment amount owed.

(Insured/Employee signature)_____ (Witness signature)_____

(Address) 24034 Dearborn Dr Valencia, 91354 (Address)_____

(Date) 3|9|9_____ (Date)_____

*Please retain a copy for your records or one can be provided upon request.*

LIB001004

NAME: VICKI COLLIER

5E078190010    014348

DATE ISSUED: 02/20/19    PAGE 1

---

KEEP THIS NOTIFICATION FOR YOUR RECORDS.

NAME: VICKI COLLIER

DATE ISSUED: 02/20/19
CLAIM EFFECTIVE DATE: 05/15/18

WEEKLY RATE: $1216.00    WEEKLY RATE IS FOR 7-DAYS

THIS IS YOUR NOTIFICATION OF AUTHORIZED BENEFIT PAYMENT(S) FOR THE PERIOD LISTED BELOW.  YOU WILL BE
PAID FOR EVERY DAY YOU ARE ELIGIBLE FOR BENEFITS, INCLUDING
WEEKENDS.

IF YOU ARE NOT PAID FOR ANY DAYS, YOU WILL BE NOTIFIED WHICH DAYS WERE NOT PAID AND WHY THEY WERE NOT PAID
IN THE MESSAGE AREA BELOW.  THE OFFICE PROCESSING YOUR CLAIM IS:

EMPLOYMENT DEVELOPMENT DEPARTMENT        (800) 480-3287
PO BOX 10402
VAN NUYS  CA  91410-0402

YOUR BENEFIT PAYMENT COVERS THE FOLLOWING PERIOD(S): 01/29/19 THROUGH 02/11/19.

| NO. OF DAYS | BENEFIT AMT. | AMT. DEDUCTED | AMT. PAID |
|---|---|---|---|
| 14 | $2432.00 | $0.00 | $2432.00 |

MESSAGE-AREA

IMPORTANT NOTICE:    IF YOU DO NOT UNDERSTAND ANY FORM SENT TO YOU BY THIS OFFICE, CONTACT US FOR
ASSISTANCE AT THE TELEPHONE NUMBER SHOWN ABOVE.





LIB001006

5E078190009

**I understand** that authorizing the disclosure of this health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

**This authorization** shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print):

Vicki Collier

Name of legal representative, if applicable (print):

Robon

Relationship:

Signature of claimant or legal representative:

Date of Birth: ███████     Claim Number: ___8741789___

Date: ___3|9|19___

**A copy of this authorization will be considered as valid as the original.**

pg. 2 CA.Psychotherapy.2015

LIB001007

5E078190009



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 334-3579

# AUTHORIZATION FOR THE RELEASE OF PROTECTED HEALTH INFORMATION

## I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF HEALTH INFORMATION ABOUT ME AS DESCRIBED BELOW:

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, Plan Sponsor/ Administrator, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all psychotherapy notes relating to me, without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations during private counseling sessions and/or group, joint or family counseling sessions.

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

## STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

pg. 1 CA.Psychotherapy.2015

LIB001008

5E078190009

a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

**This authorization** shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print):

Vicki Collier

Name of legal representative, if applicable (print):

Relationship: _____

Signature of claimant or legal representative:

Date of Birth: ██████████     Claim Number: __8741789__

Date: __3/9/19__

**A copy of this authorization will be considered as valid as the original.**

pg. 2 CA.Authorization-Standard-2018



LIB001010

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213


MS. VICKI COLLIER
███████████████████████

LIB001011



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 422-7909

March 8, 2019

Ms. Vicki Collier
██████████████████
VALENCIA, CA 91354

RE:    Long Term Disability (LTD) Benefits
       Auto Club Enterprises
       Claim #: 8741789

Dear Ms. Vicki Collier:

Liberty Life Assurance Company of Boston, now a Lincoln Financial Group company is responsible for managing claims for Long Term Disability (LTD) benefits under Auto Club Enterprises's Group Disability Policy.  We are writing in reference to your claim for LTD benefits under the Policy.

Please find the enclosed request(s) for information previously sent to you.  This is the second request for this information.  Further delay may result in an adverse claim determination.  Please submit the requested information by March 30, 2019.

As we discussed, we've received records from Kaiser and are awaiting records from Synapse.  Please contact your providers and ensure they are submitting your records.  Additionally, please complete and return the enclosed forms.

If you have any questions regarding this correspondence, please contact me.

Sincerely,

Kristie Larocca
LTD Technical Specialist
Phone No.: (888) 437-7611 Ext. 16350
Secure Fax No.: (603) 422-7909

Attachments:    8741789-REQUEST-CLAIMANT OTHER-02.14.2019

1   of   1

LIB001012

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209

MS. VICKI COLLIER
██████████████████████
VALENCIA CA 91354

**LIB001013**



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 334-3579

February 15, 2019

Ms. Vicki Collier
████████████████
VALENCIA, CA 91354

RE:    Long Term Disability (LTD) Benefits
       Auto Club Enterprises
       Claim #: 8741789

Dear Ms. Vicki Collier:

Liberty Life Assurance Company of Boston now a Lincoln Financial Company is responsible for managing claims for Long Term Disability (LTD) benefits under Auto Club of Southern California's Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

We are in the process of reviewing your claim and a decision has not yet been made. If necessary, we will be gathering additional information to assist us with a claim determination.

We have been informed that you have been unable to work since May 15, 2018 due to your condition.

If you condition is a result of a work related injury please note that receipt of Worker's Compensation benefits prior to the Long Term Disability benefit begin date does not automatically mean that your Long Term Disability claim will be approved. The provisions and requirements in the Long Term Disability Policy differ from those of other income replacement contracts.

Under the terms of your employer's Policy, initial notice of claim must be submitted within 90 days. Since your reported disability began on May 15, 2018, and you submitted your claim on February 12, 2019, you have failed to provide notice and/or proof of claim according to the contractual requirements. In order for us to review your claim, we must receive a detailed written explanation and supporting documentation, which explain the reason for the late claim submission.

Please contact each of your medical providers and request they provide our office with the following information:

- A copy of all office treatment notes, test results, therapy records, hospital admission records, operative reports, and treatment plans for the period of reported disability.

LIB001014

We are also requesting that you return the following forms:

- Activities Questionnaire
- Agreement Concerning Benefits
- Liberty Mutual Authorization to Release Information Forms (2)
- Claimant Supplementary Statement
- Claimant Information Form
- Family Information Questionnaire
- Reimbursement Agreement
- SS Reimbursement Agreement
- Training – Education – Experience form
- EDD Award Information
- Worker's Compensation Information Form
- **Copy of your Driver License**

This information is needed in order to make an initial determination on your claim.

Medical proof of disability from all treating physicians, specialists, and/or therapists for the period of reported disability. This includes, but is not limited to, office treatment notes, test results, therapy records, hospital admission records, operative reports, and treatment plans for the period of reported disability.

Please contact <u>all</u> of your treating physicians requesting copies of all of your medical records, including office visit notes and diagnostic test results, from May 1, 2018 through the present, be forwarded to us as promptly as possible, in order to support your claim for disability benefits. If you provide us with a complete list of your treating physicians from May 1, 2018 to the present in the enclosed *Claimant Information Form*, including names, phone numbers, and fax numbers, we can request this information on your behalf; however, it will be your responsibility that we receive the information in this office by the timeline below.

Furthermore, due to the date of submission of this claim we must conduct an additional investigation on your claim. As per the terms of your employer's Long Term Disability Policy you are required to meet the following definition of disability:

> *"Disability"* or *"Disabled"* *means:*
>
> i.    *that during the Elimination Period and the next 12 months of Disability the Covered Person, as a result of Injury or Sickness, is unable to perform with reasonable continuity the Substantial and Material Acts necessary to pursue his Own Occupation in the usual and customary way; and*
>
> i.    *thereafter, the Covered Person is unable to perform, with reasonable continuity, the Substantial and Material Acts of any occupation, meaning that as a result of sickness or injury the Covered Person is not able to engage with reasonable continuity in any occupation in which he could reasonably be expected to perform satisfactorily in light of his age, education, training, experience, station in life, and physical and mental capacity.*

LIB001015

For the first 12 months we must find that you are unable to perform the maternal and substantial duties of your Own Occupation. To remain eligible for benefits beyond the 12th month, you must be disabled from Any Occupation. As your benefit begin date, according the limited information we have is on November 13, 2018, the change in definition will occur on November 13, 2019. We are currently gathering information to assess your continued eligibility for benefits beyond this date.

Please be advised that both Liberty Life Assurance Company of Boston, now a Lincoln Financial Group company request for additional information and our evaluation of this claim is without prejudice to our right to raise the defense of late notice.

Your prompt cooperation in providing the requested information is essential to our claim investigation. Auto Club of Southern California's Long Term Disability Policy requires that in order to receive benefits, you provide proof of disability within a required timeframe. Your cooperation in providing the requested information is essential to our claims investigation. We ask that you provide us with all medical records from all treating providers pertinent to your period of disability no later than 45 days from the date of this letter, by March 30, 2019, as required under the terms of your Policy.

Please be advised until we have your medical records to support your disability and all required forms, we will not be able to make a claim determination. No benefits will be issued during this investigation period. In the absence of this information, we will make a claim determination based on the information in our file.

If you would like to email us the attached forms, you may do so by sending us an email at disabilitydocuments@lfg.com with your claim number in the subject line.

We attempted to reach you at (661) 317-5747 as provided by your employer. We left phone message asking that you return our phone call so that we can discuss your disabling condition and review what is required to process your claim. If we have not spoken by phone by the time you receive this correspondence, please call me at the number below by March 30, 2019 so we can discuss the specifics of your leave and what is needed to process your claim.

We will notify you of the status of the claim when a decision has been made. If you have any questions regarding your application for benefits, please contact me.

If you have any questions regarding this matter, please contact me.

Sincerely,

Cara Campbell
Dis Claims Ltd Case Mgr
Phone No.: (800) 320-7585 Ext. 41466
Secure Fax No.: (603) 334-3579


Attachments:   Activities Questionnaire Form
                Agreement Concerning Benefits Form
                Claimant Information Form

LIB001016

Claimant Supplementary Statement
Family Information Questionnaire
Reimbursement Agreement Form
Training Education Experience
Workers' Compensation Information Form
SS Reimbursement Agreement - CA ADOP
Authorization - CA
Authorization - Medical CA

LIB001017

## ACTIVITIES QUESTIONNAIRE



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 334-3579

**Return To:** Cara Campbell

*page 1 of 3*

EMPLOYEE/CLAIMANT NAME: Vicki Collier

CLAIM NO: 8741789                    DATE OF BIRTH: ███████

EMPLOYER/SPONSOR: Auto Club Enterprises

**TO BE COMPLETED BY THE CLAIMANT:**

Please answer the following questions and return the form to Liberty Life Assurance Company of Boston.

How long are you able to:

sit _____   stand _____   walk _____

How many hours a day do you:

sit _____   stand _____   walk _____

Do you take a nap during the day?

Yes_____   No _____

If Yes, for how long? _____   At what time of the day?_____

How many hours a day do you spend in bed?_____

Do you require any assistive devices such as a:

cane _____   walker_____   crutches _____   wheelchair _____   other_____

How long are you able to sit in a car?_____

Do you hold a valid driver's license?

Yes_____   No _____

If No, please explain: _____

If Yes, how long are you able to drive a car? _____

**Please provide a copy of your driver's license when returning this form.**

How do you maintain contact with people or activities that matter most to you?

_____

Do you have children?

Yes_____   No _____   If Yes, what are their dates of birth _____

_____

Do you need help caring for your children?

Yes _____   No _____

Are you responsible for taking care of any grandchildren, an elderly parent or grandparent?

Yes_____   No _____   If Yes, please explain _____

How many times a day do you leave the house during the week? _____

On the weekends? _____

How often do you run errands? _____

Please describe what errands you most commonly run: _____

_____

**LIB001018**



How often do you get outdoors? _____

Are you left or right hand dominant?          Left _____     Right _____

Are you able to work in your garden?          Yes _____     No _____

Are you able to work on your house?           Yes _____     No _____

Are you able to wash your car?                Yes _____     No _____

How much time is spent daily on your home computer?
_____ None _____ 0-1 hours _____ 1-2 hours _____ 2-3 hours _____ 3+ hours

How much time is spent weekly on your home computer?
_____ None _____ 0-1 hours _____ 1-2 hours _____ 2-3 hours _____ 3+ hours

What activities do you perform on your home computer.  Please check all that apply:
_____ Pay bills _____ Read news/articles _____ Use search engines _____ Send emails

_____ Visit chat rooms _____ Photos   Other: _____

What computer software applications do you utilize.  Please check all that apply:
_____ Word processing (Word) _____ Spreadsheets (Excel) _____ Database (Access) _____ Graphics

_____ Photo software (Photoshop) _____ Programming Other: _____

Do you have a working home copy machine/fax machine?  _____   Yes _____   No

If yes, please explain purpose and usage: _____

The following questions intend to identify whether or not you are able to <u>independently</u> conduct routine daily

activities.  If assistance is required, please clarify.

| How are the following accomplished? | By Whom? | Assistance Required? |
|---|---|---|
| Grocery Shopping | _____ | _____ |
| Carrying groceries into the house | _____ | _____ |
| Cooking meals | _____ | _____ |
| Cleaning after meals | _____ | _____ |
| Cleaning bathrooms | _____ | _____ |
| Vacuuming | _____ | _____ |
| Doing the laundry | _____ | _____ |
| Opening and responding to mail | _____ | _____ |
| Managing your finances | _____ | _____ |
| Balancing your checkbook | _____ | _____ |
| Bathing yourself | _____ | _____ |
| Styling your own hair | _____ | _____ |
| Getting dressed | _____ | _____ |
| Going up and down stairs | _____ | _____ |

Have you been confined to a hospital within the last 12 months? Yes _____     No _____

If Yes, please provide reason and hospital contact Information: _____

_____

LIB001019



How often do you travel or take vacation? _____

Where do you go?  How do you get there (transportation method)? _____

_____

Are you able to pursue your hobbies?          Yes _____     No _____

If Yes, please describe _____

Do you participate in an exercise program?    Yes _____     No _____

If Yes, please describe _____

Do you do any Volunteer work?                 Yes _____     No _____

If Yes:

    how many hours per day? _____

    how many hours per week? _____

    for whom? _____

Are you working for wages?                    Yes _____     No _____

If Yes, please provide employer's name  _____

**Describe in your own words, what prevents you from engaging in <u>any gainful employment</u>.**

_____
_____
_____
_____
_____

**Please describe your daily routine: (if more space is needed, please use the back of this form)**

_____
_____
_____
_____
_____

Is there a daytime number where you can be reached in the event we have any questions regarding your responses?

_____

In the event we cannot reach you, please provide an alternate contact's name and telephone number.

_____

**Upon completion of this form, please sign and date below and return in the envelope provided to you.  Thank you for your cooperation.

The above statements are true and complete to the best of my knowledge and belief and I hereby authorize any hospital or physician who has treated me or other person who has attended me or examined me or any company or Government agency to furnish the Insurance Company providing this firm or their representative, any and all information with respect to any illness, injury, medical history, consultations, prescriptions, treatments or benefits and copies of all applicable records.  A photo static copy of this form will be as valid as the original.  I understand that if this information changes at any time, I will contact Liberty.

Name: _____     Date: _____

Signature: _____

LIB001020



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 334-3579

## AGREEMENT CONCERNING BENEFITS

Return To:    Cara Campbell

---

Policy No: 06 - 444185                    Claim Number: 8741789

Employer: Auto Club Enterprises          Address ████████████████
                                                 VALENCIA CA 91354

Claimant: Vicki Collier

Date of Disability: 05/15/2018

---

In return for the advance payment of group disability benefits made to me by Liberty Life Assurance Company of Boston, which may be in excess of the amount due to me under the terms of Policy number 06 444185  I, for myself, my heirs, executors, administrators and assigns agree:

1)    That I am not currently receiving any benefits from Social Security and/or Workers' Compensation.

2)    If I apply for Social Security benefits and/or Workers' Compensation benefits I will promptly notify Liberty Life Assurance Company of Boston.

3)    If I, and/or my spouse and family receive any benefits payments, from Social Security and/or Workers' Compensation, I, and/or my spouse and family will immediately notify by Liberty Life Assurance Company of Boston, of such benefit payments and pay back any overpayment resulting from this award in accordance with my Policy provisions.

4)    I understand that thereafter Liberty Life Assurance Company of Boston is entitled to integrate any amounts received from Social Security and/or Workers' Compensation with the benefits payable under the Policy in accordance with the terms of the Policy.

I understand that Liberty Life Assurance Company of Boston in reliance on the above statements and promises, has agreed to advance benefits to me.

---

Claimant Name (please print)

---

Address

---

Signature

---

Date

---

*PLEASE RETAIN A COPY FOR YOUR RECORDS, OR ONE MAY BE PROVIDED FOR YOU UPON REQUEST.*

LIB001021

# CLAIMANT INFORMATION FORM

 **Liberty Mutual.** INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 334-3579

**Return To:** Cara Campbell

EMPLOYEE/CLAIMANT NAME: Vicki Collier

CLAIM NO: 8741789

EMPLOYER/SPONSOR: Auto Club Enterprises          DATE OF BIRTH: ███████

**TO BE COMPLETED BY EMPLOYEE:**
Please provide us with the names of all medical providers, hospitals, medical insurance carriers, and pharmacies used during the time period from 05/01/2018 to the present. *If additional space is needed, please use a separate sheet of paper.*

## MEDICAL PROVIDERS/THERAPISTS/CLINICS/HOSPITALS:

Name: _____
Specialty: _____
Address: _____
_____
Telephone No. :(___)_____ Fax No. :(___)_____

Name: _____
Specialty: _____
Address: _____
_____
Telephone No. :(___)_____ Fax No. :(___)_____

Name: _____
Specialty: _____
Address: _____
_____
Telephone No. :(___)_____ Fax No. :(___)_____

Name: _____
Specialty: _____
Address: _____
_____
Telephone No. :(___)_____ Fax No. :(___)_____

## MEDICAL INSURANCE CARRIER(S):

Name: _____
Specialty: _____
Address: _____
_____
Telephone No. :(___)_____ Fax No. :(___)_____

Name: _____
Specialty: _____
Address: _____
_____
Telephone No. :(___)_____ Fax No. :(___)_____

## PHARMACY(S):

Name: _____
Specialty: _____
Address: _____
_____
Telephone No. :(___)_____ Fax No. :(___)_____

Name: _____
Specialty: _____
Address: _____
_____
Telephone No. :(___)_____ Fax No. :(___)_____

I hereby attest the above statement is true. I understand that any person who knowingly and with intent to injure, defraud, or deceive the insurance company files a statement or claim containing any false or misleading information may be guilty of a criminal act punishable under law.

SIGNATURE: _____ DATE: _____

**LIB001022**

# CLAIMANT SUPPLEMENTARY STATEMENT



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 334-3579

**Return to:**  Cara Campbell

---

**EMPLOYEE/CLAIMANT NAME:**  Vicki Collier                          **CLAIM #:** 8741789

**EMPLOYER:** Auto Club Enterprises                                 **DATE OF BIRTH** ▮▮▮▮

| Full Name (Last, First, Middle Int.) | Social Security # | Email Address | |
|---|---|---|---|
| Street Address | City | State | Zip Code |
| Telephone Number (include area code) | Cell Phone Number (include area code) | Marital Status | |

| Spouse's Full Name and Date of Birth | Number of Children | Dates of Birth of Children |
|---|---|---|

Next of Kin/Emergency Contact (required should additional benefits be payable in the event of your death).

Name                          Relationship to you?                          Tel #.

Have you returned to any type of employment or activity that provides you money? If yes, please provide name of employer, start date, hours worked per/wk and rate of pay.

Do you own a business, or are you involved or affiliated with any type of business, corporation, partnership, or sole proprietary? If yes, please explain and provide proof of income from prior year.

Do you have a tax identification number (TIN) or employer identification number (EIN)? If yes, for what purpose?

Do you hold a professional license? If yes, for what purpose?

Are you associated with an Internet business of any kind? Do you have a website? If yes, please explain and provide website address(es) and the date started.

Are you pursuing money from a third party or involved in any litigation? If yes, please explain why and provide your attorney's contact information.

Are you pursuing moneys from a third party: Workers' Compensation Carrier, Insurance Co., or Individual? If yes, please explain.

Identify other income you are receiving or for which you have applied. You have an ongoing obligation to notify us immediately of receipt of any other income or any other changes to this information, including supporting documentation confirming the amount you receive and the effective date:

| Yes | No | Type | Amount per Week/Month | Date Began Receiving | Date Ceased Receiving | Date Income Applied for |
|---|---|---|---|---|---|---|
| ☐ | ☐ | Wages/ Income/ Money/ Unemployment | $ _____ | _____ | _____ | _____ |
| ☐ | ☐ | Social Security (disability or retirement) | $ _____ | _____ | _____ | _____ |
| ☐ | ☐ | Social Security (for your spouse/dependents) | $ _____ | _____ | _____ | _____ |
| ☐ | ☐ | Short Term Disability or State Disability | $ _____ | _____ | _____ | _____ |
| ☐ | ☐ | Pension or Retirement benefits (lump sum/ongoing) | $ _____ | _____ | _____ | _____ |
| ☐ | ☐ | Workers' Compensation | $ _____ | _____ | _____ | _____ |
| ☐ | ☐ | Severance or Employment Separation payment (provide Agreement) | $ _____ | _____ | _____ | _____ |
| ☐ | ☐ | Other income/money/benefit (describe) _____ | _____ | _____ | _____ | |

If my claim is overpaid, I understand and agree that Liberty has the right to recover such overpayment from me, including the right to reduce future disability benefits, or pursue other collection methods as appropriate. The above statements are true and complete to the best of my knowledge and I understand that any person who knowingly, and with intent to injure, defraud, or deceive Liberty and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law. A photo static copy of this form will be valid as the original.

**EMPLOYEE'S PRINTED NAME:** _____

**DATE:** _____     **EMPLOYEE'S SIGNATURE:** _____

DP 409

**LIB001023**

# FAMILY INFORMATION QUESTIONNAIRE



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 334-3579

**Return to:**  Cara Campbell

EMPLOYEE/CLAIMANT NAME: Vicki Collier

CLAIM NO:  8741789

EMPLOYER/SPONSOR: Auto Club Enterprises          DATE OF BIRTH: ▮▮▮▮▮

To document your Long Term Disability Claim file and properly administer benefits, we need the following information. Please complete and return this form in the envelope provided. Thank you for your prompt attention to this request for information.

What is your marital status?          Single _____          Married _____          Divorced _____

If married, please indicate your spouse's name and date of birth.   Name: _____   DOB: _____

Do you have children or dependents*?    Yes _____          No _____

If yes, please provide additional details below, using additional space as needed.

* An eligible dependent may include:

- Biological child(ren)          - Custodial Grandchildren          - Adopted Children
- Stepchildren                   - A child 18 or older with a disability   - A child 18-19 and a full-time student
- Children not residing in your    that started before age 22              (not higher than grade 12)
  household

| Name | DOB | If Divorced or Separated, Indicate Custodial or Non-Custodial | High School Student? Yes or No | Anticipated/Actual Last Month/Year of High School |
|------|-----|------|------|------|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

Is your spouse and/or children receiving Social Security benefits?    Yes: _____ No: _____

If yes, please complete the information below and include a copy of their Social Security Award Certificate(s).

If no, however, they were previously receiving Social Security benefits in the past and are no longer, please include a copy of the Social Security Termination notice (s), if this information has not already been provided to Liberty Life Assurance Company.

| Name | DOB | Awarded as: Dependent, Spouse or Disabled | Current Monthly Benefit Amount | Date of Entitlement to Benefits | Benefit Termination Date (if applicable) |
|------|-----|------|------|------|------|
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

Your Name: _____          Date: _____

**LIB001024**

# REIMBURSEMENT AGREEMENT



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 334-3579

**Return To:** Cara Campbell

Please complete, sign, and return a copy to Liberty Mutual.

In consideration of the receipt of disability benefit payments received by me from the Plan Sponsor, I

( **Vicki Collier** ) hereby agree:

(Claimant Name)

(a)   to repay the Plan Sponsor for such benefits to the extent they are for losses for which compensation is paid to the covered person by or on behalf of the person at fault;

(b)   to allow the Plan Sponsor a lien on such compensation and to hold such compensation in a trust for the Sponsor, and;

(c)   to execute and give to the Plan Sponsor any instruments needed to secure the rights under (a) and (b).

Further, when the Plan Sponsor has paid benefits to or on behalf of the injured covered person, the Plan Sponsor will be subrogated to all rights of recovery that the covered has against the person at fault. These subrogation rights will extend only to recovery of the amount the Plan Sponsor has paid. The covered person must execute and deliver any instruments needed and do whatever else is necessary to secure those rights to the Plan Sponsor.

_____          _____
(Date)                               (Signature of injured individual or legal representative)

**PLEASE RETAIN A COPY FOR YOUR RECORDS, OR ONE MAY BE PROVIDED FOR YOU UPON REQUEST.**

LIB001025

# TRAINING-EDUCATION-EXPERIENCE FORM (TEE)



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 334-3579

EMPLOYEE/CLAIMANT NAME: Vicki Collier

CLAIM NO: 8741789

EMPLOYER/SPONSOR: Auto Club Enterprises                    DATE OF BIRTH: ▮▮▮▮▮

## Please fill out each section completely

### EDUCATIONAL BACKGROUND:                    (If you have a resume, please attach)

Highest Grade Completed: _____    Check if earned: ☐ GED  ☐ HS Diploma

Vocational Training: _____ Certificate Program completed: _____

Associates Degree: _____ College: number of years: _____

Bachelor's Degree: BA /BS Major: _____ Graduate School: MA ☐ MS ☐ CAGS ☐ PHD Degree:_____

Professional Training, License, Certificates(s): _____

Are you currently attending any classes: ☐ Y   ☐ N   If yes, provide name of school: _____

List any other Training or Classes Attended or Plan to Attend: _____

Additional Skills, Hobbies & Volunteer Work _____

Did you serve in the Armed Forces? ☐ Y   ☐ N   From:_____ To: _____

Branch of Service: _____    Specialty: _____

### WORK EXPERIENCE: (If you've held different positions for the same employer, please include them below)
Please list chronologically (starting with the most recent) all the jobs/positions you have held in the past 15 years.
(add additional pages if needed for a complete work history).

1.  Company: _____ Department:_____ From: _____ To: _____

    Job Title(s): _____

    Supervisory Experience ☐ Y   ☐ N

    Tasks/Duties (please be specific): _____

    _____

2.  Company: _____ Department:_____ From: _____ To: _____

    Job Title(s): _____

    Supervisory Experience ☐ Y   ☐ N

    Tasks/Duties (please be specific): _____

    _____

A Liberty Mutual Company

3.  Company: _____ Department:_____ From: _____ To: _____
    Job Title(s):   _____
    Supervisory Experience   ☐ Y   ☐ N
    Tasks/Duties (please be specific):   _____

    _____

4.  Company: _____ Department:_____ From: _____ To: _____
    Job Title(s):   _____
    Supervisory Experience   ☐ Y   ☐ N
    Tasks/Duties (please be specific):   _____

    _____

5.  Company: _____ Department:_____ From: _____ To: _____
    Job Title(s):   _____
    Supervisory Experience   ☐ Y   ☐ N
    Tasks/Duties (please be specific):   _____

    _____

## Computer Utilization:

Computer Training/Courses, Certifications: _____

| | Home | Work | | Home | Work |
|---|---|---|---|---|---|
| Email | ☐ | ☐ | Graphics Software | ☐ | ☐ |
| Internet | ☐ | ☐ | Installation/Repair Hardware | ☐ | ☐ |
| Word Processing (MS Word) | ☐ | ☐ | Installation/Repair Programming | ☐ | ☐ |
| Spread Sheet (MS Excel) | ☐ | ☐ | Project Management | ☐ | ☐ |
| Database | ☐ | ☐ | Other:_____ | | |
| Photo Software | ☐ | ☐ | | | |

How much time is spent daily on your work computer?  ☐ None  ☐ 1-2 hours  ☐ 2-3 hours  ☐ 3+ hours

How much time is spent daily on your home computer?  ☐ None  ☐ 1-2 hours  ☐ 2-3 hours  ☐ 3+ hours

Keyboarding/Typing Experience:  ☐ Yes  ☐ No   If yes, WPM (words per minute) _____
(We recommend- http://typingtest.com to determine WPM)

Please provide your email address: Personal: _____  Work: _____

---

**SIGNATURE:**_____ **PHONE NO: (      )** _____

---

2

LIB001027

# Workers' Compensation
# INFORMATION FORM



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 334-3579

Return To: Cara Campbell

EMPLOYEE/CLAIMANT NAME: Vicki Collier

CLAIM NO: 8741789

EMPLOYER/SPONSOR: Auto Club Enterprises          DATE OF BIRTH ████████

We received your disability claim form. The form indicates that your disability is the result of a work related Injury/Sickness. Please provide the following information and return this form to my attention in order to avoid any delay in processing.

1. Date of Injury/Sickness: _____

2. Location of Injury (please provide complete address): _____

3. Description of Injury/Sickness (please include copy of accident report): _____

_____

4. Please provide the name of your Employer:

      Company Name: _____

      Address: _____

      Supervisor Name: _____ Telephone: (____)_____

5. Please provide the name of your Employer's Workers' Compensation Carrier or Administrator:

      Insurance Carrier: _____

      Address: _____

      Telephone: (____)_____

      Claim Representative: _____

6. Are you collecting benefits from your Employer's Workers' Compensation Insurance Company or Administrator?

      Yes ☐          No ☐

If "Yes":      Weekly Benefit Amount $ _____

      Claim No.: _____

7. Are you using the services of an attorney?

      Yes ☐          No ☐

If "Yes":      Name: _____

      Address: _____

      Telephone: (____)_____

SIGNATURE: _____     DATE: _____

DP 539D – Rev. 12/02

LIB001028



**LIBERTY MUTUAL GROUP**
**LIBERTY LIFE ASSURANCE COMPANY OF BOSTON**

**SOCIAL SECURITY/REIMBURSEMENT AGREEMENT**

**INSTRUCTIONS:** The policy/plan under which you are covered provides that Short Term, Statutory and/or Long Term Disability benefits (herein referred to as "disability benefits") will be reduced by the amount of Social Security benefits which you and your dependents (if applicable) receive. This may affect your future disability benefits as well as prior disability benefits which have been issued to you.

Please review, sign and return this form to our office. We recommend you maintain a copy for your records.

Claimant: Vicki Collier                                              Date of Birth: ▮▮▮▮▮▮▮▮

Employer: Auto Club Enterprises                      Policy/Plan Sponsor No.: 06-444185

**A)** If disability benefits are approved I request that Liberty Life Assurance Company of Boston (Liberty Life) pay me my benefit with <u>no reduction</u> for Social Security Disability benefits until Social Security makes a decision. I understand that this may result in an overpayment of disability benefits paid to me if Social Security subsequently awards benefits to me, and I understand that I must repay this overpayment to Liberty Life. In consideration of Liberty Life paying me a disability benefit with no reduction for Social Security benefits until Social Security makes a decision, I agree to the following:

1) I agree to notify Liberty Life immediately if awarded Social Security Benefits.
2) I authorize Liberty Life to release information concerning Social Security benefits to my employer for administration of my employer sponsored benefits.
3) If Social Security awards benefits to me, I agree that Liberty Life has a first lien on all such benefits to the extent of any overpayment or debt, and I agree to hold all such Social Security benefits in a trust for the benefit of Liberty Life until the amount of Liberty Life's overpayment has been repaid in full.
4) I agree to repay Liberty Life in full within the time period specified in my policy/plan provision.

If I do not repay any overpayment due to Liberty Life in full, I understand Liberty Life will discontinue payment of benefits to me, including payments for insurance premiums and other deductions paid on my behalf, and Liberty Life may withhold future disability benefits until the overpayment is recovered in full. In addition, Liberty Life may also pursue other means permitted by law to collect the overpayment amount owed.

(Insured/Employee signature)_____    (Witness signature)_____

(Address)_____    (Address)_____

(Date)_____    (Date)_____

*Please retain a copy for your records or one can be provided upon request.*

LIB001029



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 334-3579

## AUTHORIZATION FOR THE RELEASE OF PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF HEALTH INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, Plan Sponsor/ Administrator, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all psychotherapy notes relating to me, without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations during private counseling sessions and/or group, joint or family counseling sessions.

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

## STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

pg. 1 CA.Psychotherapy.2015

LIB001030

**I understand** that authorizing the disclosure of this health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

**This authorization** shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print):

_____

Name of legal representative, if applicable (print):

_____

Relationship:

_____

Signature of claimant or legal representative:

_____

Date of Birth: ▮▮▮▮▮▮▮▮        Claim Number:  8741789

Date:  _____

**A copy of this authorization will be considered as valid as the original.**

pg. 2 CA.Psychotherapy.2015

LIB001031



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 334-3579

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Lincoln Financial Group to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.

* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.

* Information concerning Social Security benefits, including any records pertaining to me and my dependents.

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to re disclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted

pg. 1 CA.Authorization-Standard-2018

LIB001032

a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

**This authorization** shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print):

_____

Name of legal representative, if applicable (print):

_____

Relationship: _____

Signature of claimant or legal representative:

_____

Date of Birth: ███████████____    Claim Number: __8741789_____

Date: _____

**A copy of this authorization will be considered as valid as the original.**

pg. 2 CA.Authorization-Standard-2018

LIB001033

**ReleasePoint**

**Medical Record Overview**

**Date:**    March 3, 2019

**Patient Name:**    COLLIER, VICKI

**Records From:**    KAISER PERMANENTE- PANORAMA CITY       **RP ID:** 5046117
13652 CANTARA ST
PANORAMA CITY, CA  91402                 **Client ID:** 8741789
(818) 375-2208
**Source:** LIBMTM

**Request Scope:**   From May 1, 2018 to Present
**Req By:** K LaRocca
**Chart Range:**    05/10/2018 - 02/13/2019                              kristie.larocca@lfg.com

**SSN:**

| Classification | From | To | Total | Starts on Page |
|---|---|---|---|---|
| Progress Notes | May 10 2018 | Feb 13 2019 | 97 | 2 |
| Labs/Diagnostics | Jul 30 2018 | Feb 13 2019 | 14 | 99 |
| Other Records | | | 8 | 113 |

**Total Page Count:**    119

**Notes From QC:**

LIB001034

Progress Notes - 02/13/2019

# KAISER PERMANENTE

PANORAMA CITY MEDICAL OFFICE 4 U
13652 CANTARA ST
PANORAMA CITY CA 91402-5423
SCAL HIM ROI ALMR

Collier, Vicki D
MRN: 000010372397, DOB: ███████, Sex: F
Encounter date: 2/13/2019

---

**Allied Health/Nurse Visit**
2/13/2019

**Vicki D Collier**
**MRN: 000010372397**

### Visit Information

| Date & Time | Provider | Department | Dept. Phone | Encounter # |
|---|---|---|---|---|
| 2/13/2019 3:00 PM | Amado, Richard V, TECH | VASCULAR LAB | 888-778-5000 | 497077920 |

### Reason for Call/Visit

| | |
|---|---|
| **VASCULAR LAB** | 55 year old female with history of carotid artery disease. |

### Call Documentation

No notes of this type exist for this encounter.

### Vitals

LMP
12/31/2013

### Progress Notes

**Amado, Richard V, TECH at 2/13/2019  3:11 PM**

| | |
|---|---|
| Author Type:  TECHNICIAN | Status:  Signed |

55 year old female with history of carotid artery disease.

### PRELIMINARY REPORT:
RIGHT SIDE:
Normal Study
No evidence of carotid artery stenosis.
No calcification of the carotid artery.
Antegrade flow in the right vertebral artery with normal velocities.
LEFT SIDE:
Normal Study
No evidence of carotid artery stenosis.
No calcification of the carotid artery.
Antegrade flow in the left vertebral artery with normal velocities.

### See Imaging tab for final result.

### Encounter Messages

No messages in this encounter

### Diagnoses

None.

Kaiser Permanente

LIB001035

Progress Notes - 02/13/2019

## KAISER PERMANENTE

PANORAMA CITY MEDICAL
OFFICE 4 U
13652 CANTARA ST
PANORAMA CITY CA 91402-
5423
SCAL HIM ROI ALMR

Collier, Vicki D
MRN: 000010372397, DOB: ███████, Sex: F
Encounter date: 2/13/2019

**Encounter-Level Documents - 02/13/2019:**

AFTER VISIT SUMMARY                    **KAISER PERMANENTE.**

**Vicki D. Collier**  MRN: 000010372397          2/13/2019 3:00 PM  ○ VASCULAR LAB

### Today's Visit

You saw RICHARD V AMADO, TECH on Wednesday February 13, 2019.

### What's Next

Upcoming Appointments

| | | |
|---|---|---|
| FEB 14 2019 | Diagnostic Imaging<br>Thursday February 14 2:30 PM | RADIOLOGY X-RAY(GENERAL)<br>27107 TOURNEY ROAD<br>SANTA CLARITA CA 91355-1860<br>888-778-5000 |
| MAR 21 2019 | Office Visit with CATHERINE COTTERMAN CLOSE MD, M.D.<br>Thursday March 21 1:30 PM | DERMATOLOGY<br>27107 TOURNEY ROAD<br>SANTA CLARITA CA 91355-1860<br>800-272-3500 |
| APR 25 2019 | Procedure with SONU MALIK BRARA MD, M.D.<br>Thursday April 25 11:20 AM | NEUROLOGY<br>8001 VENTURA CANYON AVE<br>PANORAMA CITY CA 91402-6312<br>888-778-5000 |

Medications You Will Be Given

| | |
|---|---|
| NOV 30 2017 | Triamcinolone Acetonide (KENALOG)<br>Next due Thursday November 30 (Overdue)<br>Expected: one time (1 dose remaining) |
| OCT 16 2018 | OnabotulinumtoxinA (BOTOX)<br>Next due Tuesday October 16 (Overdue)<br>Expected: one time (1 dose remaining) |
| OCT 16 2018 | OnabotulinumtoxinA (BOTOX COSMETIC)<br>Next due Tuesday October 16 (Overdue)<br>Expected: one time (1 dose remaining) |
| JAN 17 2019 | OnabotulinumtoxinA (BOTOX COSMETIC)<br>Next due Thursday January 17 (Overdue)<br>Expected: one time (1 dose remaining) |

## Medications

Common Medication Direction Abbreviations
PO = Orally, QD = Once/day, BID = Twice/day, TID = 3x/day, QID = 4x/day, PRN = as needed
QHS = Every night at bedtime, AC = Before meals, PC = After meals, c = With, s = Without

### Allergies as of 2/13/2019
No Known Allergies

Reviewed On: 1/31/2019 By: Lebetsamer, Cecilia Tamiko (L.V.N.), L.V.N.

Vicki D. Collier (MRN: 000010372397) • Printed at 2/13/19 2:43 PM          Page 1 of 2   **Epic**
This is confidential information. Do not throw away in a Kaiser Permanente trash can.

LIB001036

Progress Notes - 02/13/2019

**KAISER PERMANENTE**

PANORAMA CITY MEDICAL  Collier, Vicki D
OFFICE 4 U                          MRN: 000010372397, DOB: ▓▓▓▓, Sex: F
13652 CANTARA ST             Encounter date: 2/13/2019
PANORAMA CITY CA 91402-
5423
SCAL HIM ROI ALMR

**Encounter-Level Documents - 02/13/2019: (continued)**

## General Information

**Protect yourself from the flu.  Get vaccinated.**

The flu is a serious, contagious illness caused by influenza viruses. Anyone can get the flu. It can cause mild to severe illness. The best way to prevent the flu is by getting a flu shot each year. The CDC and Kaiser Permanente recommend everyone 6 months and older get a flu shot every year.

Flu shot clinics open in September. No appointment is necessary.

Flu shots are available at no charge to members at Kaiser Permanente medical facilities.

For information about hours, times, and locations, please visit kp.org/flu or call
1-866-70-NOFLU (1-866-706-6358).

Adults should participate in at least 30 minutes, and children at least 60 minutes, of moderate exercise (such as brisk walking) for five or more days each week, unless instructed otherwise by your provider. For more information on the health benefits of walking please refer to http://www.everybodywalk.org. THRIVE!

Register at www.kp.org to email your physician, renew prescriptions, request appointments, learn more about your personal health, or obtain tips for healthy living!

Save money and time! Get your refills for home delivery at www.kp.org/refill

Vicki D. Collier (MRN: 000010372397) • Printed at 2/13/19  2:43 PM                    Page 2 of 2  *Epic*
This is confidential information. Do not throw away in a Kaiser Permanente trash can.

**Order-Level Documents:**
There are no order-level documents.

**Scanned Document Error Report**

**Request for scans completed successfully; no scanning errors identified in this encounter.**

LIB001037

Progress Notes - 02/04/2019

## KAISER PERMANENTE

SANTA CLARITA MEDICAL
OFFICES U
27107 TOURNEY RD
SANTA CLARITA CA 91355-
1860
SCAL HIM ROI ALMR

Collier, Vicki D
MRN: 000010372397, DOB: ▮▮▮▮ Sex: F
Encounter date: 2/4/2019

---

**Telephone Appointment Visit**
2/4/2019

**Vicki D Collier**
**MRN: 000010372397**

---

### Visit Information

| Date & Time | Provider | Department | Dept. Phone | Encounter # |
|---|---|---|---|---|
| 2/4/2019 12:00 PM | Wang-O'Connell, Esther Chuanwah (M.D.), M.D. | FAMILY PRACTICE | 888-778-5000 | 494571367 |

### Reason for Call/Visit
RESULTS REVIEW

### Call Documentation
No notes of this type exist for this encounter.

### Vitals
LMP
12/31/2013

### Progress Notes

**Wang-O'Connell, Esther Chuanwah (M.D.), M.D. at 2/4/2019  2:05 PM**

| Author Type:  Physician | Status:  Signed |
|---|---|

**TELEPHONE APPOINTMENT VISIT (TAV)** -- 2:05 PM

Vicki D Collier is a 55 year old female

Reason for TAV:  RESULTS REVIEW

There are no preventive care reminders to display for this patient.

PHONE VISIT DOCUMENTATION:
Spoke to pt.  Results of labs discussed.  Pt is concerned about her carotid arteries.  Says that her mom had problems with them.

ASSESSMENT:
**Encounter Diagnoses**

| Code | Name | | Primary? |
|---|---|---|---|
| • E78.5 | HYPERLIPIDEMIA | | Yes |
| • Z13.9 | SCREENING | | |

PLAN:
Advised regular exercise and healthy eating.
ASCVD risk score discussed

Kaiser Permanente

Page 139

**LIB001038**

Progress Notes - 02/04/2019

**KAISER PERMANENTE**   SANTA CLARITA MEDICAL   Collier, Vicki D
OFFICES U   MRN: 000010372397, DOB: ▮▮▮▮   Sex: F
27107 TOURNEY RD   Encounter date: 2/4/2019
SANTA CLARITA CA 91355-
1860
SCAL HIM ROI ALMR

**Progress Notes (continued)**

<u>**Wang-O'Connell, Esther Chuanwah (M.D.), M.D. at 2/4/2019  2:05 PM (continued)**</u>
Repeat CBC
Carotid duplex ordered

Patient/parent/caregiver told to return patient to clinic if the symptoms worsen or persist.
All questions answered.  Patient/parent/caregiver understands and consents to the treatment plan.
Risks, benefits and alternatives of the labs, imaging studies, vaccinations and medications ordered today were discussed
with the patient/parent/caregiver.

**Orders Placed This Encounter**
- US DUPLEX SCAN BILAT EXTRACRANIAL CAROTID ARTS COMPLETE
- CBC W AUTOMATED DIFFERENTIAL

Time spent with patient or guardian over the phone was 5 minutes.

Electronically signed by:
E C WANG-O'CONNELL MD
2/4/2019
2:05 PM

---

<u>**Encounter Messages**</u>
No messages in this encounter

<u>**Diagnoses**</u>

|  | Codes | Comments |
|---|---|---|
| **HYPERLIPIDEMIA** - Primary | E78.5 | |
| **SCREENING** | Z13.9 | |

---

**Imaging - All Orders and Results**

<u>**US DUPLEX SCAN BILAT EXTRACRANIAL CAROTID ARTS COMPLETE [695797027]**</u>

| Electronically signed by: **Wang-O'Connell, Esther Chuanwah (M.D.), M.D. on 02/04/19 1241** | | Status: **Completed** |
|---|---|---|

This order may be acted on in another encounter.
Ordering user: Wang-O'Connell, Esther Chuanwah (M.D.), M.D. 02/04/19   Authorized by:  Wang-O'Connell, Esther Chuanwah (M.D.), M.D.
1241
Ordering mode: Standard
Frequency: Routine  02/04/19 -
Diagnoses
SCREENING
HYPERLIPIDEMIA
Order comments: Reason: mother w/ carotid artery stenosis; pt worried about her arteries

| US DUPLEX SCAN BILAT EXTRACRANIAL CAROTID ARTS COMPLETE [695797027] | Resulted: 02/13/19 1510, Result status: Final result |
|---|---|

Order status: Completed   Accession number: 85633777
Resulting lab:  SCAL RADIOLOGY INTERFACE
Narrative:
cars...kpns, ls 2-7-19

<u>Transcription</u>

| Type | ID | Date and Time | Dictating Provider |
|---|---|---|---|
| Diagnostic imaging | 85633777 | 2/14/2019  2:58 PM | Moore, David Judson (M.D.), M.D. |

Signed by Moore, David Judson (M.D.), MEDICAL DOCTOR on 02/14/19 at 1458

---

Kaiser Permanente                                                                                    Page 140

**LIB001039**

Progress Notes - 02/04/2019

## KAISER PERMANENTE

SANTA CLARITA MEDICAL
OFFICES U
27107 TOURNEY RD
SANTA CLARITA CA 91355-1860
SCAL HIM ROI ALMR

Collier, Vicki D
MRN: 000010372397, DOB: ██████ Sex: F
Encounter date: 2/4/2019

### Lab - All Orders and Results (continued)

#### WBC AUTOMATED DIFFERENTIAL [699375908] (continued)

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 120 - Unknown | SCAL RADIOLOGY INTERFACE | Unknown | Unknown | 02/13/04 0800 - Present |
| 1853 - 271 | SCPMG SANTA CLARITA LABORATORY | Andrea Chang, MD | 26877 Tourney Rd. Santa Clarita CA 91355 | 01/15/18 0000 - Present |

### Final Spectacle Rx

Click to see and print Final Spectacle Rx

### Final CL Rx

Click to see and print Final Contact Lens Rx

Audit Trail for Eye Care Forms

**Medications the Patient Reported Taking**

Oxybutynin (DITROPAN XL) 5 mg Oral TR24 SR TAB  (Taking)  _ _____
HYDROcodone-Acetaminophen (NORCO) 5-325 mg Oral Tab  (Taking) _____
Estradiol (ESTRACE) 0.01 % (0.1 mg/gram) Vagl Crea  (Taking)  __ _ _____
Loratadine (CLARITIN REDITABS) 10 mg Oral Rap Dis Tab  (Taking) _____
Albuterol (VENTOLIN HFA) 90 mcg/actuation Inhl HFAA  (Taking) _____
Mouthwash:diphenhydrAMINE-Lidocaine Visc.-Maalox Oral Susp  (Taking) _____
Ibuprofen (ADVIL/MOTRIN IB) 200 mg Oral Tab  (Taking) _____
tiZANidine (ZANAFLEX) 2 mg Oral Tab  (Taking) _____
Meloxicam (MOBIC) 15 mg Oral Tab  (Taking) _____
Gabapentin (NEURONTIN) 100 mg Oral Cap (Taking/Expired) _____
Adapalene (DIFFERIN) 0.1 % Top Crea  (Taking)  __ _____
Triamcinolone Acetonide (KENALOG) 0.1 % Top Crea  (Taking)

### Social Documentation as of 2/4/2019

No social documentation on file.

## Patient Instructions

## Return for Care:  Return if symptoms worsen or fail to improve.

**Follow-up and Disposition**

Return if symptoms worsen or fail to improve.

### Follow-up and Disposition History

02/04/2019 1407 - Esther Chuanwah (M.D.) Wang-O'Connell, M.D.

| | |
|---|---|
| Disposition: | Return if symptoms worsen or fail to improve. |

### All Flowsheet Data (all recorded)

No documentation.

LIB001040

**Progress Notes - 02/04/2019**

## KAISER PERMANENTE

SANTA CLARITA MEDICAL
OFFICES U
27107 TOURNEY RD
SANTA CLARITA CA 91355-
1860
SCAL HIM ROI ALMR

Collier, Vicki D
MRN: 000010372397, DOB:　　　　Sex: F
Encounter date: 2/4/2019

**Encounter-Level Documents - 02/04/2019:**

AFTER VISIT SUMMARY

**KAISER PERMANENTE.**

**Vicki D. Collier** MRN: 000010372397

2/4/2019 12:00 PM   ○ FAMILY PRACTICE

Instructions from E C WANG-O'CONNELL MD, M.D.

Return if symptoms worsen or fail to improve.

### Today's Visit

You saw E C WANG-O'CONNELL MD, M.D. on Monday February 4, 2019. The following issues were addressed:
• HYPERLIPIDEMIA (HIGH BLOOD FATS)

### What's Next

Upcoming Appointments

| | | |
|---|---|---|
| FEB 12 2019 | Diagnostic Imaging<br>Tuesday February 12 7:30 PM | RADIOLOGY: ULTRASOUND<br>26877 TOURNEY ROAD<br>SANTA CLARITA CA 91355-1846<br>888-778-5000 |
| FEB 14 2019 | Diagnostic Imaging<br>Thursday February 14 2:30 PM | RADIOLOGY X-RAY(GENERAL)<br>27107 TOURNEY ROAD<br>SANTA CLARITA CA 91355-1860<br>888-778-5000 |
| MAR 21 2019 | Office Visit with CATHERINE COTTERMAN CLOSE MD, M.D.<br>Thursday March 21 1:30 PM | DERMATOLOGY<br>27107 TOURNEY ROAD<br>SANTA CLARITA CA 91355-1860<br>800-272-3500 |
| APR 25 2019 | Procedure with SONU MALIK BRARA MD, M.D.<br>Thursday April 25 11:20 AM | NEUROLOGY<br>8001 VENTURA CANYON AVE<br>PANORAMA CITY CA 91402-6312<br>888-778-5000 |

Medications You Will Be Given

| | | |
|---|---|---|
| NOV 30 2017 | Triamcinolone Acetonide (KENALOG)<br>Next due Thursday November 30 (Overdue)<br>Expected: one time (1 dose remaining) | |
| OCT 16 2018 | OnabotulinumtoxinA (BOTOX)<br>Next due Tuesday October 16 (Overdue)<br>Expected: one time (1 dose remaining) | |
| OCT 16 2018 | OnabotulinumtoxinA (BOTOX COSMETIC)<br>Next due Tuesday October 16 (Overdue)<br>Expected: one time (1 dose remaining) | |
| JAN 17 2019 | OnabotulinumtoxinA (BOTOX COSMETIC)<br>Next due Thursday January 17 (Overdue)<br>Expected: one time (1 dose remaining) | |

Vicki D. Collier (MRN: 000010372397) • Printed at 2/4/19  2:07 PM          Page 1 of 3   *Epic*
This is confidential information. Do not throw away in a Kaiser Permanente trash can.

**LIB001041**

**Progress Notes - 02/04/2019**

**KAISER PERMANENTE**

SANTA CLARITA MEDICAL OFFICES U
27107 TOURNEY RD
SANTA CLARITA CA 91355-1860
SCAL HIM ROI ALMR

Collier, Vicki D
MRN: 000010372397, DOB: ██████ Sex: F
Encounter date: 2/4/2019

**Encounter-Level Documents - 02/04/2019: (continued)**

## Medications

➤ Visit Medication List

Patient reported, restarted, and new medications relevant to this visit. This may not reflect all medications the patient is taking.

| | Dosage |
|---|---|
| Oxybutynin (DITROPAN XL) 5 mg Oral TR24 SR TAB **(Taking)** | 1 TAB PO DAILY |
| HYDROcodone-Acetaminophen (NORCO) 5-325 mg Oral Tab **(Taking)** | Take 1 tablet by mouth every 6 hours as needed for pain . Do not exceed 4 tablets in 24 hours |
| Estradiol (ESTRACE) 0.01 % (0.1 mg/gram) Vagl Crea **(Taking)** | Insert 1 Gram vaginally 2 to 3 times a week at bedtime |
| Loratadine (CLARITIN REDITABS) 10 mg Oral Rap Dis Tab **(Taking)** | DISSOLVE 1 TAB IN MOUTH DAILY PRN ALLERGY SYMPTOMS |
| Albuterol (VENTOLIN HFA) 90 mcg/actuation Inhl HFAA **(Taking)** | Inhale 2 puffs by mouth every 4 hours as needed for shortness of breath or wheezing . Shake well before use. 100 days supply for Asthma is 1 canister (18 g). USE WITH SPACER DEVICE IF PRESCRIBED |
| Mouthwash:diphenhydrAMINE-Lidocaine Visc.-Maalox Oral Susp **(Taking)** | SWISH AND SPIT 3 TO 5 ML ORALLY EVERY 2 HOURS AS NEEDED FOR MOUTH OR THROAT PAIN |
| Ibuprofen (ADVIL/MOTRIN IB) 200 mg Oral Tab **(Taking)** | 1 TAB PO Q4-6H WITH FOOD PRN PAIN OR FEVER. MAY INCREASE TO 2 TABLETS PO Q4-6H WITH FOOD IF PAIN OR FEVER DOES NOT RESPOND TO 1 TABLET. DO NOT EXCEED 6 TABLETS IN 24 HOURS |
| tiZANidine (ZANAFLEX) 2 mg Oral Tab **(Taking)** | 1 TAB PO DAILY AT BEDTIME |
| Meloxicam (MOBIC) 15 mg Oral Tab **(Taking)** | Take 1 tablet by mouth daily with food as needed for pain or inflammation |
| Gabapentin (NEURONTIN) 100 mg Oral Cap **(Taking)** | TAKE 1 CAPSULE BY MOUTH AT BEDTIME FOR ONE WEEK, THEN INCREASE TO 2 CAPSULES AT BEDTIME FOR 2 WEEKS, THEN INCREASE TO 3 CAPSULES AT BEDTIME. |
| Adapalene (DIFFERIN) 0.1 % Top Crea **(Taking)** | Use on face at bedtime for acne |
| Triamcinolone Acetonide (KENALOG) 0.1 % Top Crea **(Taking)** | Apply to itchy areas on back 2 times daily |

## New Orders

Normal Orders This Visit
CBC W AUTOMATED DIFFERENTIAL [B5025 CPT(R)]
US DUPLEX SCAN BILAT EXTRACRANIAL CAROTID ARTS COMPLETE [93880 CPT(R)]

Common Medication Direction Abbreviations
PO = Orally, QD = Once/day, BID = Twice/day, TID = 3x/day, QID = 4x/day, PRN = as needed
QHS = Every night at bedtime, AC = Before meals, PC = After meals, c = With, s = Without

## Allergies as of 2/4/2019

Reviewed On: 1/31/2019 By: Lebetsamer, Cecilia Tamiko (L.V.N.), L.V.N.

No Known Allergies

## General Information

Vicki D. Collier (MRN: 000010372397) • Printed at 2/4/19  2:07 PM                Page 2 of 3    *Epic*
This is confidential information. Do not throw away in a Kaiser Permanente trash can.

LIB001042

**Progress Notes - 02/04/2019**

## KAISER PERMANENTE

SANTA CLARITA MEDICAL
OFFICES U
27107 TOURNEY RD
SANTA CLARITA CA 91355-
1860
SCAL HIM ROI ALMR

Collier, Vicki D
MRN: 000010372397, DOB: ███████ Sex: F
Encounter date: 2/4/2019

**Encounter-Level Documents - 02/04/2019: (continued)**

**Protect yourself from the flu.  Get vaccinated.**

The flu is a serious, contagious illness caused by influenza viruses. Anyone can get the flu. It can cause mild to severe illness. The best way to prevent the flu is by getting a flu shot each year. The CDC and Kaiser Permanente recommend everyone 6 months and older get a flu shot every year.

Flu shot clinics open in September. No appointment is necessary.

Flu shots are available at no charge to members at Kaiser Permanente medical facilities.

For information about hours, times, and locations, please visit kp.org/flu or call
1-866-70-NOFLU (1-866-706-6358).

Adults should participate in at least 30 minutes, and children at least 60 minutes, of moderate exercise (such as brisk walking) for five or more days each week, unless instructed otherwise by your provider. For more information on the health benefits of walking please refer to http://www.everybodywalk.org. THRIVE!

Register at www.kp.org to email your physician, renew prescriptions, request appointments, learn more about your personal health, or obtain tips for healthy living!

Save money and time! Get your refills for home delivery at www.kp.org/refill

Vicki D. Collier (MRN: 000010372397) • Printed at 2/4/19  2:07 PM                    Page 3 of 3   *Epic*
This is confidential information. Do not throw away in a Kaiser Permanente trash can.

**Order-Level Documents:**

There are no order-level documents.

**Scanned Document Error Report**

**Request for scans completed successfully; no scanning errors identified in this encounter.**

Kaiser Permanente                                                                    Page 146

**LIB001043**

Progress Notes - 01/31/2019

## KAISER PERMANENTE

| | | |
|---|---|---|
| SANTA CLARITA MEDICAL OFFICES U | Collier, Vicki D | |
| 27107 TOURNEY RD | MRN: 000010372397, DOB: ███ Sex: F | |
| SANTA CLARITA CA 91355-1860 | Encounter date: 1/31/2019 | |
| SCAL HIM ROI ALMR | | |

---

| **Office Visit** | **Vicki D Collier** |
|---|---|
| **1/31/2019** | **MRN: 000010372397** |

### Visit Information

| Date & Time | Provider | Department | Dept. Phone | Encounter # |
|---|---|---|---|---|
| 1/31/2019 11:20 AM | Wang-O'Connell, Esther Chuanwah (M.D.), M.D. | FAMILY PRACTICE | 888-778-5000 | 493964740 |

### Reason for Call/Visit

| VAGINAL ITCHING | Burning and itching in vaginal area. Pt thinks it might be her medication |
|---|---|

### Call Documentation

No notes of this type exist for this encounter.

### Vitals

| BP | Pulse | Temp | Ht | Wt |
|---|---|---|---|---|
| 103/63 | 56 | 98.4 °F (36.9 °C) (Oral) | 5' 6" (1.676 m) | 126 lb 1.7 oz (57.2 kg) |

| LMP | SpO2 |
|---|---|
| 12/31/2013 | 100% |

### Nursing Notes

**Lebetsamer, Cecilia Tamiko (L.V.N.), L.V.N. at 1/31/2019 11:32 AM**

Status: Signed

Confirmed patient identity  w/ 2 forms of identification  Yes

## Chief Complaint

Patient presents with
- VAGINAL ITCHING
  *Burning and itching in vaginal area. Pt thinks it might be her medication*

PROACTIVE CARE ACTIONS

Proactive Office Encounter Actions: Alcohol screening performed.  Patient response is "never."

**Lebetsamer, Cecilia Tamiko (L.V.N.), L.V.N. at 1/31/2019 12:10 PM**

Status: Signed

### Future Appointments

| Date | Time | Provider | Department | Center |
|---|---|---|---|---|
| 2/9/2019 | 3:00 PM | Man, Jeremy Robert (M.D.), M.D. | SCDRM | STCU |
| 2/9/2019 | 4:15 PM | RAD-STC KPHC | SCRAD | STCU |
| 2/12/2019 | 7:30 PM | RAD-STS ULTRASOUND KPHC | SPRADU | STSU |

LIB001044

Progress Notes - 01/31/2019

**KAISER PERMANENTE**    SANTA CLARITA MEDICAL    Collier, Vicki D
OFFICES U    MRN: 000010372397, DOB: ███    Sex: F
27107 TOURNEY RD    Encounter date: 1/31/2019
SANTA CLARITA CA 91355-
1860
SCAL HIM ROI ALMR

**Nursing Notes (continued)**

**Lebetsamer, Cecilia Tamiko (L.V.N.), L.V.N. at 1/31/2019 12:10 PM (continued)**

4/25/2019 11:20 AM  Brara, Sonu Malik (M.D.), M.D. P1NEU1_____ PC1U__ |

**Progress Notes**

**Wang-O'Connell, Esther Chuanwah (M.D.), M.D. at 1/31/2019 11:35 AM**

Author Type: Physician                    Status: Signed

History:
SUBJECTIVE:
Vicki D Collier is a 55 year old female

Please note that the nursing chief complaints may not accurately reflect the patient's true reasons for the visit today.  Patient's stated chief complaints to me today are the following.

Pt presents w/ vulvar itching.  No d/c.  Does feel better when she uses estrogen cream.

Will also get urinary leakage when she is not coughing, jumping, etc.  Pt has cut down her caffeine to 1 cup daily.

History Reviewed:
I have reviewed the Medical/Surgical history as displayed in HealthConnect on the date of the encounter or the portion(s) as noted in the progress note.

Review of Systems
Genitourinary: Positive for urgency.

OBJECTIVE:
BP 103/63  | Pulse 56  | Temp 98.4 °F (36.9 °C) (Oral)  | Ht 1.676 m (5' 6")  | Wt 57.2 kg (126 lb 1.7 oz)  | LMP 12/31/2013  | SpO2 100%  | BMI 20.35 kg/m²

General:  alert, well appearing, no acute distress
Vulva: +redness seen

ASSESSMENT / PLAN:

ICD-10-CM

Kaiser Permanente                    Page 111

**LIB001045**

Progress Notes - 01/31/2019

**KAISER PERMANENTE**    SANTA CLARITA MEDICAL    Collier, Vicki D
OFFICES U    MRN: 000010372397, DOB: ▮▮▮▮  Sex: F
27107 TOURNEY RD    Encounter date: 1/31/2019
SANTA CLARITA CA 91355-
1860
SCAL HIM ROI ALMR

---

**Progress Notes (continued)**

**Wang-O'Connell, Esther Chuanwah (M.D.), M.D. at 1/31/2019 11:35 AM (continued)**

1.  OVERACTIVE BLADDER                                                      N32.81
    Check urine
    Start Ditropan. Risks, side effects, alternatives, and benefits of the medication
    reviewed with the patient.

2.  POSTMENOPAUSAL ATROPHIC VAGINITIS                                       N95.2
    Advised pt to wear comfortable underwear
    Estrogen cream 2-3 times/wk
    Risks, side effects, alternatives, and benefits of the medication reviewed with the
    patient.

3.  SCREENING                                                               Z13.9
    Will f/u on bladder finding w/ last year's CT

Patient/parent/caregiver told to return patient to clinic if the symptoms worsen or persist.
All questions answered.  Patient/parent/caregiver understands and consents to the treatment plan.
Risks, benefits and alternatives of the labs, imaging studies, vaccinations and medications ordered
today were discussed with the patient/parent/caregiver.
Patient told to go to the pharm, check in, and pick up medication.

**Orders Placed This Encounter**
  • US BLADDER B SCAN NON OB LTD
  • URINALYSIS, AUTOMATED
  • URINE CULTURE
  • LIPID PANEL
  • TSH
  • CBC NO DIFFERENTIAL
  • ALT
  • CREATININE
  • ELECTROLYTE PANEL (NA, K, CL, CO2)
  • HEMOGLOBIN A1C, SCREENING OR PREDIABETIC MONITORING
  • URINALYSIS, MICROSCOPY
  • Oxybutynin (DITROPAN XL) 5 mg Oral TR24 SR TAB

---

**Nursing Notes**

**Lebetsamer, Cecilia Tamiko (L.V.N.), L.V.N. at 1/31/2019 11:32 AM**

Status:  Signed

Confirmed patient identity  w/ 2 forms of identification  Yes

Kaiser Permanente                                                          Page 112

LIB001046

Progress Notes - 01/31/2019

| **KAISER PERMANENTE** | SANTA CLARITA MEDICAL OFFICES U 27107 TOURNEY RD SANTA CLARITA CA 91355-1860 SCAL HIM ROI ALMR | Collier, Vicki D MRN: 000010372397, DOB: ███ Sex: F Encounter date: 1/31/2019 |
| --- | --- | --- |

**Nursing Notes (continued)**

**Lebetsamer, Cecilia Tamiko (L.V.N.), L.V.N. at 1/31/2019 11:32 AM (continued)**
## Chief Complaint
Patient presents with
- VAGINAL ITCHING
    *Burning and itching in vaginal area. Pt thinks it might be her medication*

PROACTIVE CARE ACTIONS

Proactive Office Encounter Actions: Alcohol screening performed.  Patient response is "never."

**Lebetsamer, Cecilia Tamiko (L.V.N.), L.V.N. at 1/31/2019 12:10 PM**
Status: Signed

### Future Appointments

| Date | Time | Provider | Department | Center |
| --- | --- | --- | --- | --- |
| 2/9/2019 | 3:00 PM | Man, Jeremy Robert (M.D.), M.D. | SCDRM | STCU |
| 2/9/2019 | 4:15 PM | RAD-STC KPHC | SCRAD | STCU |
| 2/12/2019 | 7:30 PM | RAD-STS ULTRASOUND KPHC | SPRADU | STSU |
| 4/25/2019 | 11:20 AM | Brara, Sonu Malik (M.D.), M.D. | P1NEU1 | PC1U |

**Encounter Messages**
No messages in this encounter

**Questionnaires**
ALCOHOL SCREENING PROACTIVE CARE PCM AMB SCAL

If patient is GREATER THAN OR EQUAL TO 65 YEARS OLD:  How many times in the past year have you had 4 or more drinks per day?

If patient is LESS THAN 65 YEARS OLD AND MALE:  How many times in the past year have you had 5 or more drinks per day?

| If patient is LESS THAN 65 YEARS OLD AND FEMALE:  How many times in the past year have you had 4 or more drinks per day? | **zero or never** |
| --- | --- |

Entered by Lebetsamer, Cecilia Tamiko (L.V.N.), L.V.N.
Entered on 1/31/2019 11:32 AM

Document patient's reported alcohol use

Questionnaire History

**Diagnoses**

Kaiser Permanente                                                                                                Page 113

LIB001047

Progress Notes - 01/31/2019

## KAISER PERMANENTE

| SANTA CLARITA MEDICAL OFFICES U | Collier, Vicki D |
| 27107 TOURNEY RD | MRN: 000010372397, DOB: ▮▮▮▮ Sex: F |
| SANTA CLARITA CA 91355-1860 | Encounter date: 1/31/2019 |
| SCAL HIM ROI ALMR | |

### Final Spectacle Rx

Click to see and print Final Spectacle Rx

### Final CL Rx

Click to see and print Final Contact Lens Rx

Audit Trail for Eye Care Forms

### Medications the Patient Reported Taking

Oxybutynin (DITROPAN XL) 5 mg Oral TR24 SR TAB  (Taking)
HYDROcodone-Acetaminophen (NORCO) 5-325 mg Oral Tab  (Taking)
Estradiol (ESTRACE) 0.01 % (0.1 mg/gram) Vagl Crea  (Taking)
Albuterol (VENTOLIN HFA) 90 mcg/actuation Inhl HFAA  (Taking)
Gabapentin (NEURONTIN) 100 mg Oral Cap (Taking/Expired)

### Prescriptions Ordered This Encounter

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| Oxybutynin (DITROPAN XL) 5 mg Oral TR24 SR TAB | 30 | 3/3 | 1/31/2019 | 1/30/2023 |
| Sig: 1 TAB PO DAILY | | | | |
| Class: Fill Now | | | | |
| Route: Oral | | | | |

### Social Documentation as of 1/31/2019

No social documentation on file.

## Patient Instructions

**Return for Care:**  Return if symptoms worsen or fail to improve.

Thank you for choosing Kaiser Permanente for your health care needs. **We care about your health and we are here for you whenever you need us.** If you have any questions regarding the following: appointments, finding a primary care physician, nurse advice, and sending a message to your physician, please call **833-574-2273**.

### Get connected with kp.org

By registering on our web site, kp.org, you get better access to your personal health information so you can actively participate in your own care, 24/7. Register today and get what you need to be at your best. You can access lab results, e-mail your physician with no emergent issues, schedule appointments, and get health information all in one protected site.  Go to: www.kp.org

Any questions registering, call 800-556-7677 (toll free).

## If you have a medical Emergency, please call 911.

### Santa Clarita Medical Office Building 1 (27107 Tourney Road):

Building Hours (Monday-Saturday 8am-7pm)

Clinic Hours (Monday-Friday 8:30am-5pm)

Radiology (Monday-Friday 8:30am-5pm)

Mammograms (Monday-Saturday 8am-7pm)

LIB001048

Progress Notes - 01/31/2019

## KAISER PERMANENTE

SANTA CLARITA MEDICAL OFFICES U
27107 TOURNEY RD
SANTA CLARITA CA 91355-1860
SCAL HIM ROI ALMR

Collier, Vicki D
MRN: 000010372397, DOB: ████ Sex: F
Encounter date: 1/31/2019

### Encounter Vitals

| Row Name | 01/31/19 1125 |
|---|---|
| Enc Vitals | |
| BP | 103/63 -CL |
| Pulse | 56 -CL |
| Temp | 98.4 °F (36.9 °C) -CL |
| Temp src | Oral -CL |
| SpO2 | 100 % -CL |
| Wt (gms) | 126 lb 1.7 oz (57.2 kg) -CL |
| Height | 5' 6" (1.676 m) -CL |

### Custom Formula Data

| Row Name | 01/31/19 1125 |
|---|---|
| OTHER | |
| Ideal Body Weight (calculated) | 58.57 -CL |
| BSA (System Calculated) | 1.63 -CL |
| Mean Arterial Pressure (MAP) | 76 -CL |
| Body Mass Index | 15.29 -CL |
| Body Mass Index | 20 -CL |
| Birth Weight | 0 -CL |
| % Change from Birth Weight | 572013863.25 -CL |
| Weight change from previous (gm) | 0 -CL |
| BSA (Dubois) | 1.643 -CL |
| BSA (Last Ht) | 1.63 -CL |
| BMI (Last Ht) | 20 -CL |
| Vitals | |
| Pct Wt Change | 0 % -CL |

### User Key

(r) = Recorded By, (t) = Taken By, (c) = Cosigned By

| Initials | Name | Effective Dates | Provider Type | Discipline |
|---|---|---|---|---|
| CL | Lebetsamer, Cecilia Tamiko (L.V.N.), L.V.N. | 05/02/18 - | LICENSED VOCATIONAL NURSE | — |

LIB001049

Progress Notes - 01/31/2019

## KAISER PERMANENTE

SANTA CLARITA MEDICAL
OFFICES U
27107 TOURNEY RD
SANTA CLARITA CA 91355-
1860
SCAL HIM ROI ALMR

Collier, Vicki D
MRN: 000010372397, DOB: ▉ Sex: F
Encounter date: 1/31/2019

---

**Encounter-Level Documents - 01/31/2019:**

### AFTER VISIT SUMMARY

**Vicki D. Collier** MRN: 000010372397

**KAISER PERMANENTE.**

📅 1/31/2019 11:20 AM  📍 FAMILY PRACTICE

**Instructions** from E C WANG-O'CONNELL MD, M.D.
Your personalized instructions can be found at the end of this
document.

### What's Next

**Upcoming Appointments**

| | | |
|---|---|---|
| FEB 9 2019 | Office Visit with JEREMY ROBERT MAN MD. M.D. Saturday February 9 3:00 PM | DERMATOLOGY 27107 TOURNEY ROAD SANTA CLARITA CA 91355-1860 800-272-3500 |
| FEB 9 2019 | Diagnostic Imaging Saturday February 9 4:15 PM | RADIOLOGY X-RAY(GENERAL) 27107 TOURNEY ROAD SANTA CLARITA CA 91355-1860 888-778-5000 |
| FEB 12 2019 | Diagnostic Imaging Tuesday February 12 7:30 PM | RADIOLOGY: ULTRASOUND 26877 TOURNEY ROAD SANTA CLARITA CA 91355-1846 888-778-5000 |
| APR 25 2019 | Procedure with SONU MALIK BRARA MD. M.D. Thursday April 25 11:20 AM | NEUROLOGY 8001 VENTURA CANYON AVE PANORAMA CITY CA 91402-6312 888-778-5000 |

**Medications You Will Be Given**

| | | |
|---|---|---|
| NOV 30 2017 | Triamcinolone Acetonide (KENALOG) Next due Thursday November 30 (Overdue) Expected: one time (1 dose remaining) |
| OCT 16 2018 | OnabotulinumtoxinA (BOTOX) Next due Tuesday October 16 (Overdue) Expected: one time (1 dose remaining) |
| OCT 16 2018 | OnabotulinumtoxinA (BOTOX COSMETIC) Next due Tuesday October 16 (Overdue) Expected: one time (1 dose remaining) |
| JAN 17 2019 | OnabotulinumtoxinA (BOTOX COSMETIC) Next due Thursday January 17 (Overdue) Expected: one time (1 dose remaining) |

### Today's Visit

You saw E C WANG-O'CONNELL MD, M.D.
on Thursday January 31, 2019. The
following issues were addressed:
- OVERACTIVE BLADDER

Blood Pressure
103/63

BMI
20.35

Weight
126 lb
1.7 oz

Height
5' 6"

Temperature
(Oral)
98.4 °F

Pulse
56

Oxygen
Saturation
100%

## Medications

Vicki D. Collier (MRN: 000010372397) • Printed at 1/31/19 12:10 PM       Page 1 of 4   *Epic*
This is confidential information. Do not throw away in a Kaiser Permanente trash can.

**LIB001050**

**Progress Notes - 01/31/2019**

## KAISER PERMANENTE

SANTA CLARITA MEDICAL
OFFICES U
27107 TOURNEY RD
SANTA CLARITA CA 91355-
1860
SCAL HIM ROI ALMR

Collier, Vicki D
MRN: 000010372397, DOB: ███████ Sex: F
Encounter date: 1/31/2019

**Encounter-Level Documents - 01/31/2019: (continued)**

### NEW Medications
Oxybutynin (DITROPAN XL) 5 mg Oral TR24 SR TAB

### ❧ Visit Medication List

Patient reported, restarted, and new medications relevant to this
visit. This may not reflect all medications the patient is taking.

| | Dosage |
|---|---|
| Oxybutynin (DITROPAN XL) 5 mg Oral TR24 SR TAB **(Taking)** | 1 TAB PO DAILY |
| HYDROcodone-Acetaminophen (NORCO) 5-325 mg Oral Tab **(Taking)** | Take 1 tablet by mouth every 6 hours as needed for pain . Do not exceed 4 tablets in 24 hours |
| Estradiol (ESTRACE) 0.01 % (0.1 mg/gram) Vagl Crea **(Taking)** | Insert 1 Gram vaginally 2 to 3 times a week at bedtime |
| Albuterol (VENTOLIN HFA) 90 mcg/actuation Inhl HFAA **(Taking)** | Inhale 2 puffs by mouth every 4 hours as needed for shortness of breath or wheezing . Shake well before use. 100 days supply for Asthma is 1 canister (18 g). USE WITH SPACER DEVICE IF PRESCRIBED |
| Gabapentin (NEURONTIN) 100 mg Oral Cap **(Taking)** | TAKE 1 CAPSULE BY MOUTH AT BEDTIME FOR ONE WEEK, THEN INCREASE TO 2 CAPSULES AT BEDTIME FOR 2 WEEKS, THEN INCREASE TO 3 CAPSULES AT BEDTIME. |

### New Orders

| Normal Orders This Visit |
|---|
| ALT [84460 CPT(R)] |
| CBC NO DIFFERENTIAL [85027 CPT(R)] |
| CREATININE [82565 CPT(R)] |
| ELECTROLYTE PANEL (NA, K, CL, CO2) [80051 CPT(R)] |
| HEMOGLOBIN A1C, SCREENING OR PREDIABETIC MONITORING [83036 CPT(R)] |
| LIPID PANEL [250613 Custom] |
| TSH [84443 CPT(R)] |
| URINALYSIS, AUTOMATED [81003 CPT(R)] |
| URINE CULTURE [87088 CPT(R)] |
| US BLADDER B SCAN NON OB LTD [768S7 CPT(R)] |

Common Medication Direction Abbreviations
PO = Orally, QD = Once/day, BID = Twice/day, TID = 3x/day, QID = 4x/day, PRN = as needed
QHS = Every night at bedtime, AC = Before meals, PC = After meals, c = With, s = Without

### Allergies as of 1/31/2019

Reviewed On: 1/31/2019 By: Lebetsamer, Cecilia Tamiko (L.V.N.), L.V.N.

No Known Allergies

This is confidential information. Do not throw away in a Kaiser Permanente trash can.

LIB001051

Progress Notes - 01/31/2019

## KAISER PERMANENTE

SANTA CLARITA MEDICAL
OFFICES U
27107 TOURNEY RD
SANTA CLARITA CA 91355-
1860
SCAL HIM ROI ALMR

Collier, Vicki D
MRN: 000010372397, DOB: Sex: F
Encounter date: 1/31/2019

**Encounter-Level Documents - 01/31/2019: (continued)**

Instructions  from E C WANG-O'CONNELL MD, M.D.

Thank you for choosing Kaiser Permanente for your health care needs. **We care about your health and we are here
for you whenever you need us.** If you have any questions regarding the following: appointments, finding a primary
care physician, nurse advice, and sending a message to your physician, please call **833-574-2273**.

### Get connected with kp.org

By registering on our web site, kp.org, you get better access to your personal health information so you can actively
participate in your own care, 24/7. Register today and get what you need to be at your best. You can access lab results,
e-mail your physician with no emergent issues, schedule appointments, and get health information all in one protected
site.  Go to: www.kp.org

Any questions registering, call 800-556-7677 (toll free).

### If you have a medical Emergency, please call 911.

#### Santa Clarita Medical Office Building 1 (27107 Tourney Road):

Building Hours (Monday-Saturday 8am-7pm)

Clinic Hours (Monday-Friday 8:30am-5pm)

Radiology (Monday-Friday 8:30am-5pm)

Mammograms (Monday-Saturday 8am-7pm)

Ultrasound (Monday-Friday 8am-4:30pm)

Laboratory (Monday-Friday 8am-7pm)(Saturday 8am-12pm)

Pharmacy (Monday-Friday 8am-7pm)

#### Santa Clarita Medical Office Building 2  (26877 Tourney Road):
Building Hours (Monday-Sunday 8am-8:30pm)
Specialty Clinic Hours (Monday-Friday 8am-5pm)
Urgent Care (Monday-Sunday 9:00am-9:00pm)
Laboratory and Radiology (Monday-Sunday 8:30am-8:30pm)
Pharmacy (Monday-Sunday 8am-8:30 pm)

#### Canyon Country Medical Office Building (26415 Carl Boyer Dr.)
Monday-Friday (8:30am - 4:30pm)
Closed for lunch Monday-Thursday (12:30 pm-1:30pm) Fridays (12pm-1pm)
Laboratory (Monday-Friday 9:00am-4:30pm)

#### (Holidays may affect hours of each facility)

#### Referral Information
Before calling make sure to have your Kaiser Permanente Card or MRN (medical record number) because the call center
needs your number to be able to pull up your chart to read and review the referral you are trying to make an
appointment for. Call (833) 574-2273. After asking for representative, press 2 for Specialty Services, then press 3 for the
option to schedule the appointment.

Vicki D. Collier (MRN: 000010372397) • Printed at 1/31/19 12:10 PM                    Page 3 of 4   *Epic*
This is confidential information. Do not throw away in a Kaiser Permanente trash can.

Kaiser Permanente

LIB001052

Progress Notes - 01/31/2019

# KAISER PERMANENTE

SANTA CLARITA MEDICAL
OFFICES U
27107 TOURNEY RD
SANTA CLARITA CA 91355-
1860
SCAL HIM ROI ALMR

Collier, Vicki D
MRN: 000010372397, DOB: ███████  Sex: F
Encounter date: 1/31/2019

**Encounter-Level Documents - 01/31/2019: (continued)**

**Appointment Center** 1-833-574-2273
**Member Services** 1-800-464-4000
**Santa Clarita Education Department**- 1-661-222-2100
**Behavioral Health Care** 1-800-700-8705

## General Information

**Protect yourself from the flu. Get vaccinated.**

The flu is a serious, contagious illness caused by influenza viruses. Anyone can get the flu. It can cause mild to severe illness. The best way to prevent the flu is by getting a flu shot each year. The CDC and Kaiser Permanente recommend everyone 6 months and older get a flu shot every year.

Flu shot clinics open in September. No appointment is necessary.

Flu shots are available at no charge to members at Kaiser Permanente medical facilities.

For information about hours, times, and locations, please visit kp.org/flu or call
1-866-70-NOFLU (1-866-706-6358).

Adults should participate in at least 30 minutes, and children at least 60 minutes, of moderate exercise (such as brisk walking) for five or more days each week, unless instructed otherwise by your provider. For more information on the health benefits of walking please refer to http://www.everybodywalk.org. THRIVE!

Register at www.kp.org to email your physician, renew prescriptions, request appointments, learn more about your personal health, or obtain tips for healthy living!

Save money and time! Get your refills for home delivery at www.kp.org/refill

Vicki D. Collier (MRN: 000010372397) • Printed at 1/31/19 12:10 PM                    Page 4 of 4   *Epic*
This is confidential information. Do not throw away in a Kaiser Permanente trash can.

Kaiser Permanente

LIB001053

Progress Notes - 01/17/2019

## KAISER PERMANENTE

PANORAMA CITY MEDICAL OFFICE 6 U
8001 VENTURA CANYON AVE
PANORAMA CITY CA 91402-6312
SCAL HIM ROI ALMR

Collier, Vicki D
MRN: 000010372397, DOB: ███████ Sex: F
Encounter date: 1/17/2019

---

**Office Visit**
**1/17/2019**

**Vicki D Collier**
**MRN: 000010372397**

---

### Visit Information

| Date & Time | Provider | Department | Dept. Phone | Encounter # |
|---|---|---|---|---|
| 1/17/2019 10:00 AM | Brara, Sonu Malik (M.D.), M.D. | NEUROLOGY | 888-778-5000 | 487859275 |

### Reason for Call/Visit
BOTOX TREATMENT

### Call Documentation
No notes of this type exist for this encounter.

### Vitals

| BP | Pulse | Wt | LMP |
|---|---|---|---|
| 104/51 | 58 | 129 lb 10.1 oz (58.8 kg) | 12/31/2013 |

### Nursing Notes

**Bravo, Maria Guadalupe (L.V.N.), L.V.N. at 1/17/2019 10:47 AM**
Status: Signed

Verified Patient using 2 identifiers.

**Chief Complaint**
Patient presents with
  • BOTOX TREATMENT

## OTC Medications: none

**Vitals:**

|  | 01/17/19 1006 |
|---|---|
| BP: | 104/51 |
| Pulse: | 58 |
| Weight: | 129 lb 10.1 oz (58.8 kg) |

Estimated body mass index is 20.8 kg/m² as calculated from the following:
  Height as of 10/16/18: 5' 6.2" (1.681 m).
  Weight as of this encounter: 129 lb 10.1 oz (58.8 kg).

Allergies Reviewed
No Known Allergies

Smoking status verified
**History**
Smoking Status
  • Former Smoker
  • Quit date:                    1/3/1990

Kaiser Permanente

LIB001054

Progress Notes - 01/17/2019

**KAISER PERMANENTE**

PANORAMA CITY MEDICAL   Collier, Vicki D
OFFICE 6 U              MRN: 000010372397, DOB: ███████ Sex: F
8001 VENTURA CANYON     Encounter date: 1/17/2019
AVE
PANORAMA CITY CA 91402-
6312
SCAL HIM ROI ALMR

---

**Nursing Notes (continued)**

**Bravo, Maria Guadalupe (L.V.N.), L.V.N. at 1/17/2019 10:47 AM (continued)**
Smokeless Tobacco
  • Never Used


Active Medication
**Outpatient Prescriptions Marked as Taking for the 1/17/19 encounter (Office Visit) with Brara, Sonu Malik (M.D.), M.D.**
Medication
  • Gabapentin (NEURONTIN) 100 mg Oral Cap

**Current Facility-Administered Medications for the 1/17/19 encounter (Office Visit) with Brara, Sonu Malik (M.D.), M.D.**

| Medication | Dose |
|---|---|
| • OnabotulinumtoxinA Inj 100 Units (BOTOX) | 100 Units |
| • OnabotulinumtoxinA Inj 20 Units (BOTOX COSMETIC) | 20 Units |
| • OnabotulinumtoxinA Inj 100 Units (BOTOX) | 100 Units |
| • OnabotulinumtoxinA Inj 20 Units (BOTOX COSMETIC) | 20 Units |
| • Triamcinolone Acetonide Inj 40 mg (KENALOG) | 40 mg |

Pharmacy Preferred:
South 1 Pharmacy

PROACTIVE CARE ACTIONS

Proactive Office Encounter Actions:
There are no care gaps at this time

---

**Bravo, Maria Guadalupe (L.V.N.), L.V.N. at 1/17/2019 10:49 AM**
Status: Addendum

Botox (lot # C5351c3) full strength mixed with 1.2 ml of normal saline. Amount given to Dr. Brara per orders 100 units.

---

LIB001055

Progress Notes - 01/17/2019

**KAISER PERMANENTE**   PANORAMA CITY MEDICAL  Collier, Vicki D
OFFICE 6 U              MRN: 000010372397, DOB: ▮▮▮▮▮ Sex: F
8001 VENTURA CANYON     Encounter date: 1/17/2019
AVE
PANORAMA CITY CA 91402-
6312
SCAL HIM ROI ALMR

---

**Nursing Notes (continued)**

**Bravo, Maria Guadalupe (L.V.N.), L.V.N. at 1/17/2019 10:49 AM (continued)**

Botox 50 unit vial (lot# C5044c2) full strenght/ mixed with 0.7 ml of normal saline. Amount given to Dr.Brara per orders 20 units. Labeled syringe was handed to the ordering MD.

Revision History

| Date/Time | User | Action |
|---|---|---|
| .>_1/17/2019 10:55 AM | Bravo, Maria Guadalupe (L.V.N.), L.V.N. | Addend |
| 1/17/2019 10:53 AM | Bravo, Maria Guadalupe (L.V.N.), L.V.N. | Sign |

**Miranda, Patricia (L.V.N.), L.V.N. at 1/17/2019 11:01 AM**
Status: Signed

An After Visit Summary was printed and given to the patient..
Patient scheduled BTX aware of date, time and location.

---

**Progress Notes**

**Brara, Sonu Malik (M.D.), M.D. at 1/17/2019 10:14 AM**
Author Type: Physician                    Status: Signed

Vicki D Collier is a 55 year old female who is following up with this clinic for her diagnosis/symptoms of chronic migraines/headaches.

Today: 10/16/2018
Patient states that the migraines improved in the first 2 months post Botox injection but her headaches returned in last month.

7/20/2018
Patient feels the Botox helped. The first week felt as if the head was "going to drop". She denies any migraines if past 3 months . Had some minor pain. Feels the shoulder and neck felt much relaxed.

3/27/2018
Onset of migraines:  A year ago

Kaiser Permanente                                            Page 92

LIB001056

Progress Notes - 01/17/2019

| | | |
|---|---|---|
| **KAISER PERMANENTE** | PANORAMA CITY MEDICAL | Collier, Vicki D |
| | OFFICE 6 U | MRN: 000010372397, DOB: ▮▮▮, Sex: F |
| | 8001 VENTURA CANYON AVE | Encounter date: 1/17/2019 |
| | PANORAMA CITY CA 91402-6312 | |
| | SCAL HIM ROI ALMR | |

**Progress Notes (continued)**

**Brara, Sonu Malik (M.D.), M.D. at 1/17/2019 10:14 AM (continued)**

Frequency: Daily
Prophylactic medications Tried: Gabapentin,
Abortive medications tried: Mobic
Hx of similar problem in family members: no
History of NM disorders: no
Has got Botox in past: Yes, a year (cosmetic)
Patient complains of lots of tension on the shoulders.

Interval history 1/17/2019
Improvement with botox
Still has paresthesias and chronic pain
Taking gabapentin 200 mg at night .

:

| | | |
|---|---|---|
| Albuterol (VENTOLIN HFA) 90 mcg/actuation Inhl HFAA | Inhale 2 puffs by mouth every 4 hours as needed for shortness of breath or wheezing . Shake well before use. 100 days supply for Asthma is 1 canister (18 g). USE WITH SPACER DEVICE IF PRESCRIBED | Disp: 18  Rfl: 0 |
| Gabapentin (NEURONTIN) 100 mg Oral Cap | TAKE 1 CAPSULE BY MOUTH AT BEDTIME FOR ONE WEEK, THEN INCREASE TO 2 CAPSULES AT BEDTIME FOR 2 WEEKS, THEN INCREASE TO 3 CAPSULES AT BEDTIME. | Disp: 300  Rfl: 3 |

Current Facility-Administered Medications for the 10/16/18 encounter (Office Visit) with Gharibshahi, Shahram (M.D.), M.D.:

| | | | | |
|---|---|---|---|---|
| Triamcinolone Acetonide Inj 40 mg (KENALOG) | 40 mg | Injection | X1 | Tun, Sovanrith (M.D.), M.D. |

No Known Allergies

**Past Medical History:**

| Diagnosis | Date |
|---|---|
| • HEALTHY ADULT | |

**Family History**

| Problem | Relation | Age of Onset |
|---|---|---|
| • Breast Cancer | Unknown | |
| *great aunt* | | |

her family history and social history was reviewed and is documented in electronic medical records.

OBJECTIVE:
BP 104/51 | Pulse 58  | Wt 58.8 kg (129 lb 10.1 oz) | LMP 12/31/2013 | BMI 20.80 kg/m²
Heart rate: Regular

DIAGNOSTICS:
Last Labs:
WBC'S AUTO    5.0   08/04/2018

Kaiser Permanente                                                    Page 93

LIB001057

Progress Notes - 01/17/2019

## KAISER PERMANENTE

PANORAMA CITY MEDICAL OFFICE 6 U
8001 VENTURA CANYON AVE
PANORAMA CITY CA 91402-6312
SCAL HIM ROI ALMR

Collier, Vicki D
MRN: 000010372397, DOB: ▮▮▮▮ , Sex: F
Encounter date: 1/17/2019

**Progress Notes (continued)**

**Brara, Sonu Malik (M.D.), M.D. at 1/17/2019 10:14 AM (continued)**

HGB        14.7   08/04/2018
HCT AUTO      44.3   08/04/2018
PLT'S AUTO      271   08/04/2018
ALT      19   08/04/2018
AST      18   12/27/2017
ALKP      47   12/27/2017
TBILI      0.7   12/27/2017
K      4.5   08/04/2018
NA      143   08/04/2018
CL      104   08/04/2018
CO2      28   08/04/2018
CREAT      0.90   08/04/2018
GLUC      100   12/27/2017

ASSESSMENT:
This is a 55 year old female with history of chronic migraine/headaches who has failed to multiple treatments and is now exploring Botox injections.

## ONABOTULINUMTOXINA (BOTOX) INJECTION:

**TODAY'S DATE:** 10/16/2018
**INDICATION:** Headache prophylaxis.
**CONSENT:** The expected benefits, potential adverse effects including pain at injection sites, bleeding, infection, weakness of face and neck muscles, eyelid or extraocular muscle weakness, double vision, blurred vision, dryness of eyes, and corneal irritation, the procedure itself, and alternative treatments were discussed with the patient in detail and all questions were answered. Written informed consent was obtained prior to the initial procedure.

Time Out initiated by: Dr. Gharibshahi to verify:
1) Correct patient (using patient name and medical record number).
2) Relevant chart information, history, physical examination, laboratory and imaging data has been reviewed - see progress note(s).
3) Written consent completed. Discussed adverse effects including mild pain, bleeding at the injection site, facial weakness.
4) Correct injection sites identified by the physician performing the procedure.
5) Patient positioned correctly for procedure.
6) Physician, nurse, patient in agreement for procedure.

Injections were performed with full strength OnabotulinumtoxinA (Botox) into muscles as follows (note: all doses are per site):

| Botox | Right Total dose (# site) | | Left Total dose (# site) | | Comments |
|---|---|---|---|---|---|
| Procerus | - | - | - | - | 5 units |
| Corrugator | 2.5 | 1 | 2.5 | 1 | |
| Frontalis | 5 + 5 | 4 | 5 + 5 | 4 | |
| Sup. Lat. Orb. Oculi | 2.5 | 1 | 2.5 | 1 | |

Kaiser Permanente

Page 94

**LIB001058**

Progress Notes - 01/17/2019

**KAISER PERMANENTE**  PANORAMA CITY MEDICAL  Collier, Vicki D
OFFICE 6 U                MRN: 000010372397, DOB: ███████ Sex: F
8001 VENTURA CANYON        Encounter date: 1/17/2019
AVE
PANORAMA CITY CA 91402-
6312
SCAL HIM ROI ALMR

**Progress Notes (continued)**

**Brara, Sonu Malik (M.D.), M.D. at 1/17/2019 10:14 AM (continued)**

| Inf. Lat. Orb. Oculi | 2.5 | 1 | 2.5 | 1 | |
|---|---|---|---|---|---|
| Temporalis | 5 | 2 | 5 | 2 | |
| Occipitalis | 5 | 1 | 5 | 1 | |
| Cer. Paraspinal | 5 + 5 | 2 | 5 + 5 | 2 | |
| Trapezius | 20 | 4 | 20 | 4 | |
| **Total** | **57.5** | | **57.5** | | **120** |

The patient tolerated the procedure well with no complications. Patient scheduled to return for repeat of the procedure in 3 months.

PLAN:
CHRONIC MIGRAINE  (primary encounter diagnosis)

 - RTC in 3 months  (Dr. G helped with bilateral  lateral canthus injections)
Increased the dose of gabapentin
Send referral for acupuncture

 electronically signed by
 SONU  BRARA   MD
Department of Neurology
Panorama City
1/17/2019
1:18 PM

**Nursing Notes**

**Bravo, Maria Guadalupe (L.V.N.), L.V.N. at 1/17/2019 10:47 AM**

Status: Signed

Verified Patient using 2 identifiers.

**Chief Complaint**
Patient presents with
 • BOTOX TREATMENT

**OTC Medications: none**

**LIB001059**

Progress Notes - 01/17/2019

## KAISER PERMANENTE

PANORAMA CITY MEDICAL
OFFICE 6 U
8001 VENTURA CANYON
AVE
PANORAMA CITY CA 91402-
6312
SCAL HIM ROI ALMR

Collier, Vicki D
MRN: 000010372397, DOB: ███████  Sex: F
Encounter date: 1/17/2019

---

**Nursing Notes (continued)**

**Bravo, Maria Guadalupe (L.V.N.), L.V.N. at 1/17/2019 10:47 AM (continued)**

**Vitals:**

|  | 01/17/19 1006 |
|---|---|
| BP: | 104/51 |
| Pulse: | 58 |
| Weight: | 129 lb 10.1 oz (58.8 kg) |

Estimated body mass index is 20.8 kg/m² as calculated from the following:
  Height as of 10/16/18: 5' 6.2" (1.681 m).
  Weight as of this encounter: 129 lb 10.1 oz (58.8 kg).

Allergies Reviewed
No Known Allergies

Smoking status verified
**History**
Smoking Status
  • Former Smoker
  • Quit date:                            1/3/1990
Smokeless Tobacco
  • Never Used

Active Medication
**Outpatient Prescriptions Marked as Taking for the 1/17/19 encounter (Office Visit) with Brara, Sonu Malik (M.D.), M.D.**
Medication
  • Gabapentin (NEURONTIN) 100 mg Oral Cap

**Current Facility-Administered Medications for the 1/17/19 encounter (Office Visit) with Brara, Sonu Malik (M.D.), M.D.**

| Medication | Dose |
|---|---|
| • OnabotulinumtoxinA Inj 100 Units (BOTOX) | 100 Units |
| • OnabotulinumtoxinA Inj 20 Units (BOTOX COSMETIC) | 20 Units |
| • OnabotulinumtoxinA Inj 100 Units (BOTOX) | 100 Units |
| • OnabotulinumtoxinA Inj 20 Units | 20 Units |

Kaiser Permanente

LIB001060

Progress Notes - 01/17/2019

**KAISER PERMANENTE**
PANORAMA CITY MEDICAL  Collier, Vicki D
OFFICE 6 U              MRN: 000010372397, DOB: ███ Sex: F
8001 VENTURA CANYON     Encounter date: 1/17/2019
AVE
PANORAMA CITY CA 91402-
6312
SCAL HIM ROI ALMR

**Nursing Notes (continued)**

**Bravo, Maria Guadalupe (L.V.N.), L.V.N. at 1/17/2019 10:47 AM (continued)**
  (BOTOX
  COSMETIC)
• Triamcinolone    40 mg
  Acetonide Inj 40 mg
  (KENALOG)

Pharmacy Preferred:
South 1 Pharmacy

PROACTIVE CARE ACTIONS

Proactive Office Encounter Actions:
There are no care gaps at this time

**Bravo, Maria Guadalupe (L.V.N.), L.V.N. at 1/17/2019 10:49 AM**
  Status: Addendum

Botox (lot # C5351c3) full strength mixed with 1.2 ml of normal saline. Amount given to Dr. Brara
per orders 100 units.

Botox 50 unit vial (lot# C5044c2) full strenght/ mixed with 0.7 ml of normal saline. Amount given to
Dr.Brara per orders 20 units. Labeled syringe was handed to the ordering MD.

Revision History

| Date/Time | User | Action |
|---|---|---|
| . > _1/17/2019 10:55 AM | Bravo, Maria Guadalupe (L.V.N.), L.V.N. | Addend |
| 1/17/2019 10:53 AM | Bravo, Maria Guadalupe (L.V.N.), L.V.N. | Sign |

**Miranda, Patricia (L.V.N.), L.V.N. at 1/17/2019 11:01 AM**
  Status: Signed

An After Visit Summary was printed and given to the patient..
Patient scheduled BTX aware of date, time and location.

**Encounter Messages**
  No messages in this encounter

**Diagnoses**

| | | Codes | Comments |
|---|---|---|---|
| **MIGRAINE** - Primary | | G43.909 | |

**Procedures - All Orders and Results**

Kaiser Permanente                                                         Page 97

**LIB001061**

Progress Notes - 01/17/2019

## KAISER PERMANENTE

PANORAMA CITY MEDICAL
OFFICE 6 U
8001 VENTURA CANYON
AVE
PANORAMA CITY CA 91402-
6312
SCAL HIM ROI ALMR

Collier, Vicki D
MRN: 000010372397, DOB: ████, Sex: F
Encounter date: 1/17/2019

---

**Procedures - All Orders and Results (continued)**

**CHEMODENERVATION MUSCLE(S) INNERVATED BY FACIAL, TRIGEMINAL, CERVICAL SPINAL, ACCESSORY NERVES BILAT [689956216]**

| | |
|---|---|
| Electronically signed by: **Brara, Sonu Malik (M.D.), M.D. on 01/17/19 1026** | Status: **Active** |
| Ordering user: Brara, Sonu Malik (M.D.), M.D. 01/17/19 1026 | Authorized by: Brara, Sonu Malik (M.D.), M.D. |
| Ordering mode: Standard | |
| Frequency: Routine 01/17/19 - | Released by: Brara, Sonu Malik (M.D.), M.D. 01/17/19 1026 |
| Diagnoses | |
| MIGRAINE | |

**Medications - All Orders and Results**

**OnabotulinumtoxinA Inj 100 Units (BOTOX) [689956217]**

| | |
|---|---|
| Electronically signed by: **Brara, Sonu Malik (M.D.), M.D. on 01/17/19 1026** | Status: **Completed** |
| Ordering user: Brara, Sonu Malik (M.D.), M.D. 01/17/19 1026 | Ordering provider: Brara, Sonu Malik (M.D.), M.D. |
| Authorized by: Brara, Sonu Malik (M.D.), M.D. | Ordering mode: Standard |
| Frequency: Routine X1 01/17/19 1030 - 1 Occurrences | Released by: Brara, Sonu Malik (M.D.), M.D. 01/17/19 1026 |
| Diagnoses | |
| MIGRAINE | |

**OnabotulinumtoxinA Inj 20 Units (BOTOX COSMETIC) [689956218]**

| | |
|---|---|
| Electronically signed by: **Brara, Sonu Malik (M.D.), M.D. on 01/17/19 1026** | Status: **Active** |
| Ordering user: Brara, Sonu Malik (M.D.), M.D. 01/17/19 1026 | Ordering provider: Brara, Sonu Malik (M.D.), M.D. |
| Authorized by: Brara, Sonu Malik (M.D.), M.D. | Ordering mode: Standard |
| Frequency: Routine X1 01/17/19 1030 - Until Discontinued | Released by: Brara, Sonu Malik (M.D.), M.D. 01/17/19 1026 |
| Diagnoses | |
| MIGRAINE | |

---

**Final Spectacle Rx**

Click to see and print Final Spectacle Rx

---

**Final CL Rx**

Click to see and print Final Contact Lens Rx

---

Audit Trail for Eye Care Forms

**Medications the Patient Reported Taking**

Gabapentin (NEURONTIN) 100 mg Oral Cap (Taking/Expired)

**Ordered Facility-Administered Medications**

| | Dose | Freq | Start | End |
|---|---|---|---|---|
| **OnabotulinumtoxinA Inj 100 Units (BOTOX)** | 100 Units | ONE TIME | 1/17/2019 | 1/17/2019 |
| Sig: Inject 100 Units intramuscularly one time. | | | | |
| Class: Back Office | | | | |
| Route: intraMUSCULAR | | | | |
| **OnabotulinumtoxinA Inj 20 Units (BOTOX COSMETIC)** | 20 Units | ONE TIME | 1/17/2019 | |
| Sig: Inject 20 Units intramuscularly one time. | | | | |
| Class: Back Office | | | | |
| Route: intraMUSCULAR | | | | |
| Non-formulary Exception Code: First-Line Therapy - No Formulary Alternative | | | | |

**Social Documentation as of 1/17/2019**

No social documentation on file.

## Patient Instructions
### Acupuncture: American Specialty 800-678-9133

---

Kaiser Permanente

Page 98

**LIB001062**

Progress Notes - 01/17/2019

**KAISER PERMANENTE**

| PANORAMA CITY MEDICAL OFFICE 6 U | Collier, Vicki D |
| 8001 VENTURA CANYON AVE | MRN: 000010372397, DOB: ▮▮▮▮ Sex: F |
| PANORAMA CITY CA 91402-6312 | Encounter date: 1/17/2019 |
| SCAL HIM ROI ALMR | |

**Dr. Brara and I would like to thank you for allowing us to help you with your healthcare needs. We hope we answered your questions today.**
Here is some information that you might find helpful in the future:

**Appointment Call Center**: **888-778-5000 press 2 then press 2 then press 3** between 8:30 a.m. and 5:00 p.m. to make appointments or leave a message for your doctor.

**After Hours Nurse Advice**: **888-778-5000** after the clinic closes for nurse advice.

**Benefits questions**, contact Member Services at: *1-800-464-4000.*

**Forms:**For form completion contact the **Release of Information Department** at: *1-818-375-2208,* Monday thru Friday between 8:30 a.m. and 5:00 p.m. You may also e-mail your request to *pcroi@kp.org*

**Please complete your satisfaction survey, if you receive one in the mail. At Kaiser Permanente, we strive to provide you with the best care possible and your feedback helps us do that.**

**All Flowsheet Data (all recorded)**

**Encounter Vitals**

| Row Name | 01/17/19 1006 |
| --- | --- |
| Enc Vitals | |
| BP | 104/51 -MB |
| Pulse | 58 -MB |
| Wt (gms) | 129 lb 10.1 oz (58.8 kg) -MB |

**Custom Formula Data**

| Row Name | 01/17/19 1006 |
| --- | --- |
| Vitals | |
| Pct Wt Change | 0 % -MB |
| OTHER | |
| Birth Weight | 0 -MB |
| % Change from Birth Weight | 588014885.45 -MB |
| Weight change from previous (gm) | 0 -MB |
| Ideal Body Weight (calculated) | 58.9 -MB |
| BSA (Last Ht) | 0 -MB |
| Mean Arterial Pressure (MAP) | 69 -MB |

LIB001063

Progress Notes - 01/17/2019

## KAISER PERMANENTE

PANORAMA CITY MEDICAL OFFICE 6 U
8001 VENTURA CANYON AVE
PANORAMA CITY CA 91402-6312
SCAL HIM ROI ALMR

Collier, Vicki D
MRN: 000010372397, DOB: ███ Sex: F
Encounter date: 1/17/2019

**Encounter-Level Documents - 01/17/2019:**

### AFTER VISIT SUMMARY

**Vicki D. Collier** MRN: 000010372397

**KAISER PERMANENTE.**

🗓 1/17/2019 10:00 AM  ♀ NEUROLOGY

**Instructions** from SONU MALIK BRARA MD, M.D.
Your personalized instructions can be found at the end of this document.

### Today's Visit

You saw SONU MALIK BRARA MD, M.D. on Thursday January 17, 2019. The following issues were addressed:
• MIGRAINE

| | | |
|---|---|---|
| Blood Pressure 104/51 | BMI 20.80 | |
| Weight 129 lb 10.1 oz | Pulse 58 | |

### What's Next

**Upcoming Appointments**
APR 25 2019   Procedure with SONU MALIK BRARA MD, M.D.
Thursday April 25 11:20 AM

NEUROLOGY
8001 VENTURA CANYON AVE
PANORAMA CITY CA 91402-6312
888-778-5000

**Medications You Will Be Given**

NOV 30 2017   Triamcinolone Acetonide (KENALOG)
Next due Thursday November 30 (Overdue)
Expected: one time (1 dose remaining)

OCT 16 2018   OnabotulinumtoxinA (BOTOX)
Next due Tuesday October 16 (Overdue)
Expected: one time (1 dose remaining)

OCT 16 2018   OnabotulinumtoxinA (BOTOX COSMETIC)
Next due Tuesday October 16 (Overdue)
Expected: one time (1 dose remaining)

JAN 17 2019   OnabotulinumtoxinA (BOTOX)
Next due Thursday January 17
Expected: one time (1 dose remaining)

JAN 17 2019   OnabotulinumtoxinA (BOTOX COSMETIC)
Next due Thursday January 17
Expected: one time (1 dose remaining)

## Medications

### Clinic Administered Medications Ordered

### This Visit

OnabotulinumtoxinA Inj 100 Units (BOTOX)
OnabotulinumtoxinA Inj 20 Units (BOTOX COSMETIC)

Vicki D. Collier (MRN: 000010372397) • Printed at 1/17/19 10:59 AM        Page 1 of 4   *Epic*
This is confidential information. Do not throw away in a Kaiser Permanente trash can.

**LIB001064**

**Progress Notes - 01/17/2019**

## KAISER PERMANENTE

PANORAMA CITY MEDICAL Collier, Vicki D
OFFICE 6 U                       MRN: 000010372397, DOB:          Sex: F
8001 VENTURA CANYON      Encounter date: 1/17/2019
AVE
PANORAMA CITY CA 91402-
6312
SCAL HIM ROI ALMR

**Encounter-Level Documents - 01/17/2019: (continued)**

⤋ Visit Medication List

Patient reported, restarted, and new medications relevant to this
visit. This may not reflect all medications the patient is taking.

| | Dosage |
|---|---|
| Gabapentin (NEURONTIN) 100 mg Oral Cap **(Taking)** | TAKE 1 CAPSULE BY MOUTH AT BEDTIME FOR ONE WEEK, THEN INCREASE TO 2 CAPSULES AT BEDTIME FOR 2 WEEKS, THEN INCREASE TO 3 CAPSULES AT BEDTIME. |

New Orders

Normal Orders This Visit
CHEMODENERVATION MUSCLE(S) INNERVATED BY FACIAL, TRIGEMINAL, CERVICAL SPINAL, ACCESSORY NERVES
BILAT [64615 CPT(R)]
CONFIRM SIGNED CONSENT FORM [249497 Custom]

Common Medication Direction Abbreviations
PO = Orally, QD = Once/day, BID = Twice/day, TID = 3x/day, QID = 4x/day, PRN = as needed
QHS = Every night at bedtime, AC = Before meals, PC = After meals, c = With, s = Without

Allergies as of 1/17/2019          Reviewed On: 1/17/2019 By: Bravo, Maria Guadalupe (L.V.N.), L.V.N.
No Known Allergies

**LIB001065**

Progress Notes - 01/17/2019

## KAISER PERMANENTE

PANORAMA CITY MEDICAL
OFFICE 6 U
8001 VENTURA CANYON
AVE
PANORAMA CITY CA 91402-
6312
SCAL HIM ROI ALMR

Collier, Vicki D
MRN: 000010372397, DOB: ███████ , Sex: F
Encounter date: 1/17/2019

**Encounter-Level Documents - 01/17/2019: (continued)**

Instructions   from SONU MALIK BRARA MD, M.D.
**Acupuncture: American Specialty 800-678-9133**

**Dr. Brara and I would like to thank you for allowing us to help you with your healthcare needs. We hope we answered your questions today.**
Here is some information that you might find helpful in the future:

**Appointment Call Center**: **888-778-5000 press 2 then press 2 then press 3**  between 8:30 a.m. and 5:00 p.m. to make appointments or leave a message for your doctor.

**After Hours Nurse Advice: 888-778-5000** after the clinic closes for nurse advice.

**Benefits questions**, contact Member Services at: **1-800-464-4000**.

**Forms:**For form completion contact the **Release of Information Department** at:
**1-818-375-2208**, Monday thru Friday between 8:30 a.m. and 5:00 p.m.  You may also e-mail your request to
**pcroi@kp.org**

**Please complete your satisfaction survey, if you receive one in the mail. At Kaiser Permanente, we strive to provide you with the best care possible and your feedback helps us do that.**

## General Information

**Protect yourself from the flu.  Get vaccinated.**

The flu is a serious, contagious illness caused by influenza viruses. Anyone can get the flu. It can cause mild to severe illness. The best way to prevent the flu is by getting a flu shot each year. The CDC and Kaiser Permanente recommend everyone 6 months and older get a flu shot every year.

Flu shot clinics open in September. No appointment is necessary.

Flu shots are available at no charge to members at Kaiser Permanente medical facilities.

For information about hours, times, and locations, please visit kp.org/flu or call
1-866-70-NOFLU (1-866-706-6358).

Adults should participate in at least 30 minutes, and children at least 60 minutes, of moderate exercise (such as brisk walking) for five or more days each week, unless instructed otherwise by your provider. For more information on the health benefits of walking please refer to http://www.everybodywalk.org. THRIVE!

Register at www.kp.org to email your physician, renew prescriptions, request appointments, learn more about your personal health, or obtain tips for healthy living!

Vicki D. Collier (MRN: 000010372397) • Printed at 1/17/19 10:59 AM                    Page 3 of 4   **Epic**
This is confidential information. Do not throw away in a Kaiser Permanente trash can.

**LIB001066**

Progress Notes - 01/17/2019

**KAISER PERMANENTE**   PANORAMA CITY MEDICAL  Collier, Vicki D
OFFICE 6 U   MRN: 000010372397, DOB: ██████ Sex: F
8001 VENTURA CANYON   Encounter date: 1/17/2019
AVE
PANORAMA CITY CA 91402-
6312
SCAL HIM ROI ALMR

**Encounter-Level Documents - 01/17/2019: (continued)**

Save money and time! Get your refills for home delivery at www.kp.org/refill

**Order-Level Documents:**

There are no order-level documents.

**Scanned Document Error Report**

Kaiser Permanente                                                                            Page 104

LIB001067

Progress Notes - 11/12/2018

# KAISER PERMANENTE

SANTA CLARITA MEDICAL
OFFICE 2
26877 TOURNEY RD
SANTA CLARITA CA 91355-
1846
SCAL HIM ROI ALMR

Collier, Vicki D
MRN: 000010372397, DOB: ▮▮▮▮ Sex: F
Encounter date: 11/12/2018

---

**Orthopedic Office Visit**
11/12/2018

**Vicki D Collier**
**MRN: 000010372397**

---

### Visit Information

| Date & Time | Provider | Department | Dept. Phone | Encounter # |
|---|---|---|---|---|
| 11/12/2018 11:00 AM | Oculam, Maria Rizhel Chin (P.A.), P.A. | ORTHOPEDICS | 888-778-5000 | 465766878 |

### Reason for Call/Visit

SHOULDER PAIN

### Call Documentation

No notes of this type exist for this encounter.

### Vitals

LMP
12/31/2013

### Nursing Notes

**Ybarra-Lloyd, Jannelle (L.V.N.), L.V.N. at 11/12/2018 11:17 AM**

Status: Signed

Confirmed patient identity  w/ 2 forms of identification  Yes

## Chief Complaint

Patient presents with
• SHOULDER PAIN

PROACTIVE CARE ACTIONS

Proactive Office Encounter Actions: There are no care gaps at this time

---

### Progress Notes

**Oculam, Maria Rizhel Chin (P.A.), P.A. at 11/12/2018 11:11 AM**

Author Type: PHYSICIAN ASSISTANT (P.A.)     Status: Signed

---

LIB001068

Progress Notes - 11/12/2018

## KAISER PERMANENTE

SANTA CLARITA MEDICAL
OFFICE 2
26877 TOURNEY RD
SANTA CLARITA CA 91355-
1846
SCAL HIM ROI ALMR

Collier, Vicki D
MRN: 000010372397, DOB: ████ Sex: F
Encounter date: 11/12/2018

**Progress Notes (continued)**

**Oculam, Maria Rizhel Chin (P.A.), P.A. at 11/12/2018 11:11 AM (continued)**

Vicki D Collier is a 55 year old female history OF:
Right rotator cuff tear
Booked today for post po visit. But patient canceled surgery due to family issues
Out of state.

Kept appointment today  To ask for Norco
Will rebook with DR.Tun.

ASSESSMENT:
M75.101 RIGHT ROTATOR CUFF SYNDROME

PLAN:
Norco prescribed.
Patient will call Dr. Tun for surgery

Electronically signed by:
MARIA RIZHEL CHIN OCULAM PA
11/12/2018
1:10 PM

TUNSOVANRITH

HGBA1C    5.4  08/04/2018

**Nursing Notes**

**Ybarra-Lloyd, Jannelle (L.V.N.), L.V.N. at 11/12/2018 11:17 AM**
Status: Signed

Confirmed patient identity  w/ 2 forms of identification  Yes

**Chief Complaint**
Patient presents with
• SHOULDER PAIN

PROACTIVE CARE ACTIONS

LIB001069

Progress Notes - 11/12/2018

## KAISER PERMANENTE

SANTA CLARITA MEDICAL
OFFICE 2
26877 TOURNEY RD
SANTA CLARITA CA 91355-
1846
SCAL HIM ROI ALMR

Collier, Vicki D
MRN: 000010372397, DOB: ▮▮▮▮ Sex: F
Encounter date: 11/12/2018

### Nursing Notes (continued)

### Ybarra-Lloyd, Jannelle (L.V.N.), L.V.N. at 11/12/2018 11:17 AM (continued)

Proactive Office Encounter Actions: There are no care gaps at this time

### Encounter Messages

No messages in this encounter

### Diagnoses

| | Codes | Comments |
|---|---|---|
| **RIGHT ROTATOR CUFF SYNDROME** | M75.101 | |

### All Orders and Results

No orders and results found

### Final Spectacle Rx

Click to see and print Final Spectacle Rx

### Final CL Rx

Click to see and print Final Contact Lens Rx

Audit Trail for Eye Care Forms

### Medications the Patient Reported Taking

HYDROcodone-Acetaminophen (NORCO) 5-325 mg Oral Tab {Taking}

### Prescriptions Ordered This Encounter

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **HYDROcodone-Acetaminophen (NORCO) 5-325 mg Oral Tab** | 20 | 0/0 | 11/12/2018 | 5/11/2019 |
| Sig: Take 1 tablet by mouth every 6 hours as needed for pain . Do not exceed 4 tablets in 24 hours | | | | |
| Class: Fill Now | | | | |
| Route: Oral | | | | |

### Social Documentation as of 11/12/2018

No social documentation on file.

## Patient Instructions

## No instructions given.

### All Flowsheet Data (all recorded)

### Exercise Vitals

| Row Name | 11/12/18 1121 |
|---|---|
| Exercise Level of Effort | |
| Days per week of moderate to strenuous exercise (like a brisk walk) | 6 -JY |
| On average, minutes per day of | 60 -JY |

Kaiser Permanente

Page 84

LIB001070

Progress Notes - 11/12/2018

## KAISER PERMANENTE

SANTA CLARITA MEDICAL OFFICE 2
26877 TOURNEY RD
SANTA CLARITA CA 91355-1846
SCAL HIM ROI ALMR

Collier, Vicki D
MRN: 000010372397, DOB: ███████ Sex: F
Encounter date: 11/12/2018

---

**Encounter-Level Documents - 11/12/2018:**

AFTER VISIT SUMMARY

**KAISER PERMANENTE.**

**Vicki D. Collier** MRN: 000010372397

📅 11/12/2018 11:00 AM  📍 ORTHOPEDICS

### Today's Visit

You saw MARIA RIZHEL CHIN OCULAM PA, P.A. on Monday November 12, 2018.

### Medications You Will Be Given

NOV 30 2017 — Triamcinolone Acetonide (KENALOG)
Next due Thursday November 30 (Overdue)
Expected: one time (1 dose remaining)

OCT 16 2018 — OnabotulinumtoxinA (BOTOX)
Next due Tuesday October 16 (Overdue)
Expected: one time (1 dose remaining)

OCT 16 2018 — OnabotulinumtoxinA (BOTOX COSMETIC)
Next due Tuesday October 16 (Overdue)
Expected: one time (1 dose remaining)

## Medications

Common Medication Direction Abbreviations
PO = Orally, QD = Once/day, BID = Twice/day, TID = 3x/day, QID = 4x/day, PRN = as needed
QHS = Every night at bedtime, AC = Before meals, PC = After meals, c = With, s = Without

### Allergies as of 11/12/2018

Reviewed On: 11/12/2018 By: Ybarra-Lloyd, Jannelle (L.V.N.), L.V.N.

No Known Allergies

## General Information

**Protect yourself from the flu. Get vaccinated.**

The flu is a serious, contagious illness caused by influenza viruses. Anyone can get the flu. It can cause mild to severe illness. The best way to prevent the flu is by getting a flu shot each year. The CDC and Kaiser Permanente recommend everyone 6 months and older get a flu shot every year.

Flu shot clinics open in September. No appointment is necessary.

Flu shots are available at no charge to members at Kaiser Permanente medical facilities.

For information about hours, times, and locations, please visit kp.org/flu or call 1-866-70-NOFLU (1-866-706-6358).

Vicki D. Collier (MRN: 000010372397) • Printed at 11/12/18 11:22 AM          Page 1 of 2  **Epic**
This is confidential information. Do not throw away in a Kaiser Permanente trash can.

LIB001071

Progress Notes - 11/12/2018

**KAISER PERMANENTE**     SANTA CLARITA MEDICAL     Collier, Vicki D
                         OFFICE 2                  MRN: 000010372397, DOB: ▮▮▮▮   Sex: F
                         26877 TOURNEY RD          Encounter date: 11/12/2018
                         SANTA CLARITA CA 91355-
                         1846
                         SCAL HIM ROI ALMR

**Encounter-Level Documents - 11/12/2018: (continued)**

Adults should participate in at least 30 minutes, and children at least 60 minutes, of moderate exercise (such as brisk walking) for five or more days each week, unless instructed otherwise by your provider. For more information on the health benefits of walking please refer to http://www.everybodywalk.org. THRIVE!

Register at www.kp.org to email your physician, renew prescriptions, request appointments, learn more about your personal health, or obtain tips for healthy living!

Save money and time! Get your refills for home delivery at www.kp.org/refill

Vicki D. Collier (MRN: 000010372397) • Printed at 11/12/18 11:22 AM                    Page 2 of 2   *Epic*
This is confidential information. Do not throw away in a Kaiser Permanente trash can.

**Order-Level Documents:**

There are no order-level documents.

**Scanned Document Error Report**

**Request for scans completed successfully; no scanning errors identified in this encounter.**

Kaiser Permanente                                                                              Page 87

LIB001072

Progress Notes - 10/16/2018

## KAISER PERMANENTE

| | | |
|---|---|---|
| PANORAMA CITY MEDICAL OFFICE 6 U 8001 VENTURA CANYON AVE PANORAMA CITY CA 91402-6312 SCAL HIM ROI ALMR | Collier, Vicki D MRN: 000010372397, DOB: ▇ Sex: F Encounter date: 10/16/2018 | |

| Office Visit 10/16/2018 | Vicki D Collier MRN: 000010372397 |
|---|---|

### Visit Information

| Date & Time | Provider | Department | Dept. Phone | Encounter # |
|---|---|---|---|---|
| 10/16/2018 10:20 AM | Gharibshahi, Shahram (M.D.), M.D. | NEUROLOGY | 888-778-5000 | 455142760 |

### Reason for Call/Visit

BOTOX TREATMENT

### Call Documentation

No notes of this type exist for this encounter.

### Vitals

| BP | Pulse | Ht | Wt | LMP |
|---|---|---|---|---|
| 113/63 (BP Location: LA-LEFT ARM, BP Patient Position: SITTING, Cuff Size: Standard Adult) | 61 | 5' 6.2" (1.681 m) | 130 lb 15.3 oz (59.4 kg) | 12/31/2013 |

### Nursing Notes

**Favela, Alejandra (L.V.N.), L.V.N. at 10/16/2018 10:36 AM**

Status:  Signed

Verified Patient using 2 identifiers.

**Chief Complaint**
Patient presents with
- BOTOX TREATMENT

## OTC Medications: none

**Vitals:**

| | 10/16/18 1029 |
|---|---|
| BP: | 113/63 |
| BP Patient Position: | SITTING |
| Pulse: | 61 |
| Weight: | 130 lb 15.3 oz (59.4 kg) |
| Height: | 5' 6.2" (1.681 m) |

Estimated body mass index is 21.01 kg/m² as calculated from the following:
Height as of this encounter: 5' 6.2" (1.681 m).
Weight as of this encounter: 130 lb 15.3 oz (59.4 kg).

Allergies Reviewed

Kaiser Permanente

Page 60

LIB001073

Progress Notes - 10/16/2018

## KAISER PERMANENTE

PANORAMA CITY MEDICAL   Collier, Vicki D
OFFICE 6 U                            MRN: 000010372397, DOB: ███  Sex: F
8001 VENTURA CANYON    Encounter date: 10/16/2018
AVE
PANORAMA CITY CA 91402-
6312
SCAL HIM ROI ALMR

**Nursing Notes (continued)**

**Favela, Alejandra (L.V.N.), L.V.N. at 10/16/2018 10:36 AM (continued)**

No Known Allergies

Smoking status verified
**History**
Smoking Status
  • Former Smoker
  • Quit date:                                          1/3/1990
Smokeless Tobacco
  • Never Used

Active Medication
**Outpatient Prescriptions Marked as Taking for the 10/16/18 encounter (Office Visit) with
Gharibshahi, Shahram (M.D.), M.D.**
Medication
  • Albuterol (VENTOLIN HFA) 90 mcg/actuation Inhl HFAA
  • Gabapentin (NEURONTIN) 100 mg Oral Cap

**Current Facility-Administered
Medications for the 10/16/18
encounter (Office Visit) with
Gharibshahi, Shahram (M.D.),
M.D.**
Medication                    Dose
  • Triamcinolone        40 mg
    Acetonide Inj 40 mg
    (KENALOG)

Pharmacy Preferred:
kasier

PROACTIVE CARE ACTIONS

Proactive Office Encounter Actions:
Flu immunization order staged and Patient Instructions for AVS staged
The patient exercises 360 minutes per week at a moderate to strenuous level.

**Favela, Alejandra (L.V.N.), L.V.N. at 10/16/2018 11:22 AM**
Status: Signed

PT was put on the waitlist for a 3 month BTX with Dr.G

Kaiser Permanente                                                                Page 61

LIB001074

Progress Notes - 10/16/2018

**KAISER PERMANENTE**   PANORAMA CITY MEDICAL   Collier, Vicki D
OFFICE 6 U                                      MRN: 000010372397, DOB: ███████ Sex: F
8001 VENTURA CANYON                             Encounter date: 10/16/2018
AVE
PANORAMA CITY CA 91402-
6312
SCAL HIM ROI ALMR

**Nursing Notes (continued)**

**Favela, Alejandra (L.V.N.), L.V.N. at 10/16/2018 11:22 AM (continued)**

**Progress Notes**

**Gharibshahi, Shahram (M.D.), M.D. at 10/16/2018 10:46 AM**
Author Type: Physician                          Status: Signed

Wang-O'Connell, Esther Chuanwah (M.D.)
27107 TOURNEY ROAD
SANTA CLARITA CA 91355-1860

NEUROLOGY FOLLOW-UP VISIT:
Today's date: 10/16/2018

PROBLEM:  Chronic headache
Accompanied by:   self.
Translator: none

Dear Doctor,

As you recall, Vicki D Collier is a 55 year old female who is following up with this clinic for her diagnosis/symptoms of chronic migraines/headaches.

Today: 10/16/2018
Patient states that the migraines improved in the first 2 months post Botox injection but her headaches returned in last month.

7/20/2018
Patient feels the Botox helped. The first week felt as if the head was "going to drop". She denies any migraines if past 3 months . Had some minor pain. Feels the shoulder and neck felt much relaxed.

3/27/2018
Onset of migraines:  A year ago
Frequency:  Daily
Prophylactic medications Tried:  Gabapentin,

Kaiser Permanente                                                          Page 62

**LIB001075**

Progress Notes - 10/16/2018

**KAISER PERMANENTE**  PANORAMA CITY MEDICAL  Collier, Vicki D
                                     OFFICE 6 U                       MRN: 000010372397, DOB: ▮ Sex: F
                                     8001 VENTURA CANYON        Encounter date: 10/16/2018
                                     AVE
                                     PANORAMA CITY CA 91402-
                                     6312
                                     SCAL HIM ROI ALMR

---

**Progress Notes (continued)**

**Gharibshahi, Shahram (M.D.), M.D. at 10/16/2018 10:46 AM (continued)**

Abortive medications tried: Mobic
Hx of similar problem in family members: no
History of NM disorders: no
Has got Botox in past: Yes, a year (cosmetic)
Patient complains of lots of tension on the shoulders.


Outpatient Prescriptions Marked as Taking for the 10/16/18 encounter (Office Visit) with Gharibshahi, Shahram (M.D.), M.D.:

| | | |
|---|---|---|
| Albuterol (VENTOLIN HFA) 90 mcg/actuation Inhl HFAA | Inhale 2 puffs by mouth every 4 hours as needed for shortness of breath or wheezing . Shake well before use. 100 days supply for Asthma is 1 canister (18 g). USE WITH SPACER DEVICE IF PRESCRIBED | Disp: 18  Rfl: 0 |
| Gabapentin (NEURONTIN) 100 mg Oral Cap | TAKE 1 CAPSULE BY MOUTH AT BEDTIME FOR ONE WEEK, THEN INCREASE TO 2 CAPSULES AT BEDTIME FOR 2 WEEKS, THEN INCREASE TO 3 CAPSULES AT BEDTIME. | Disp: 300  Rfl: 3 |

Current Facility-Administered Medications for the I0/I6/18 encounter (Office Visit) with Gharibshahi, Shahram (M.D.), M.D.:

| | | | | |
|---|---|---|---|---|
| Triamcinolone Acetonide Inj 40 mg (KENALOG) | 40 mg | Injection | X1 | Tun, Sovanrith (M.D.), M.D. |

No Known Allergies

**Past Medical History:**

| Diagnosis | Date |
|---|---|
| • HEALTHY ADULT | |


**Family History**

| Problem | Relation | Age of Onset |
|---|---|---|
| • Breast Cancer | Unknown | |
| *great aunt* | | |

her family history and social history was reviewed and is documented in electronic medical records.

OBJECTIVE:
BP 113/63 (BP Location: LA-LEFT ARM, BP Patient Position: SITTING, Cuff Size: Standard Adult) | Pulse 61 | Ht 1.681 m (5' 6.2") | Wt 59.4 kg (130 lb 15.3 oz) | LMP 12/31/2013 | BMI 21.01 kg/m²
Heart rate: Regular

DIAGNOSTICS:
Last Labs:
WBC'S AUTO     5.0   08/04/2018
HGB          14.7   08/04/2018
HCT AUTO       44.3   08/04/2018
PLT'S AUTO     271   08/04/2018
ALT       19   08/04/2018
AST       I8   12/27/2017

LIB001076

Progress Notes - 10/16/2018

## KAISER PERMANENTE

| | |
|---|---|
| PANORAMA CITY MEDICAL OFFICE 6 U 8001 VENTURA CANYON AVE PANORAMA CITY CA 91402-6312 SCAL HIM ROI ALMR | Collier, Vicki D MRN: 000010372397, DOB: ███ Sex: F Encounter date: 10/16/2018 |

**Progress Notes (continued)**

**Gharibshahi, Shahram (M.D.), M.D. at 10/16/2018 10:46 AM (continued)**

ALKP     47   12/27/2017
TBILI    0.7   12/27/2017
K        4.5   08/04/2018
NA       143   08/04/2018
CL       104   08/04/2018
CO2      28   08/04/2018
CREAT    0.90   08/04/2018
GLUC     100   12/27/2017

ASSESSMENT:
This is a 55 year old female with history of chronic migraine/headaches who has failed to multiple treatments and is now exploring Botox injections.

**ONABOTULINUMTOXINA (BOTOX) INJECTION:**
**TODAY'S DATE:** 10/16/2018
**INDICATION:** Headache prophylaxis.
**CONSENT:** The expected benefits, potential adverse effects including pain at injection sites, bleeding, infection, weakness of face and neck muscles, eyelid or extraocular muscle weakness, double vision, blurred vision, dryness of eyes, and corneal irritation, the procedure itself, and alternative treatments were discussed with the patient in detail and all questions were answered. Written informed consent was obtained prior to the initial procedure.

Time Out initiated by: Dr. Gharibshahi to verify:
1) Correct patient (using patient name and medical record number).
2) Relevant chart information, history, physical examination, laboratory and imaging data has been reviewed - see progress note(s).
3) Written consent completed.
4) Correct injection sites identified by the physician performing the procedure.
5) Patient positioned correctly for procedure.
6) Physician, nurse, patient in agreement for procedure.

Injections were performed with full strength OnabotulinumtoxinA (Botox) into muscles as follows (note: all doses are per site):

| Botox | Right Total dose (# site) | | Left Total dose (# site) | | Comments |
|---|---|---|---|---|---|
| Procerus | - | - | - | - | 5 units |
| Corrugator | 2.5 | 1 | 2.5 | 1 | |
| Frontalis | 5 + 5 | 4 | 5 + 5 | 4 | |
| Sup. Lat. Orb. Oculi | 2.5 | 1 | 2.5 | 1 | |
| Inf. Lat. Orb. Oculi | 2.5 | 1 | 2.5 | 1 | |
| Temporalis | 5 | 2 | 5 | 2 | |
| Occipitalis | 5 | 1 | 5 | 1 | |
| Cer. Paraspinal | 5 + 5 | 2 | 5 + 5 | 2 | |
| Trapezius | 20 | 4 | 20 | 4 | |
| **Total** | **57.5** | | **57.5** | | **120** |

Kaiser Permanente

LIB001077

Progress Notes - 10/16/2018

**KAISER PERMANENTE**  PANORAMA CITY MEDICAL  Collier, Vicki D
OFFICE 6 U    MRN: 000010372397, DOB: ███ Sex: F
8001 VENTURA CANYON    Encounter date: 10/16/2018
AVE
PANORAMA CITY CA 91402-
6312
SCAL HIM ROI ALMR

**Progress Notes (continued)**

**Gharibshahi, Shahram (M.D.), M.D. at 10/16/2018 10:46 AM (continued)**

The patient tolerated the procedure well with no complications. Patient scheduled to return for repeat of the procedure in 3 months.

PLAN:
CHRONIC MIGRAINE  (primary encounter diagnosis)
 - Continued to have migraines especially in pasty one month. Increased dose of Botox by 20%
 - RTC in 3 months
 - Call me with Botox related questions
 - Please direct all other headache related questions to Dr. Brara
 - Keep a headache diary
Plan: CHEMODENERVATION MUSCLE(S) INNERVATED BY FACIAL, TRIGEMINAL, CERVICAL SPINAL, ACCESSORY NERVES BILAT
        ONABOTULINUMTOXINA 100 UNIT INJ RECON SOLN
        ONABOTULINUMTOXINA  50 UNIT IM RECON SOLN

VACCINATION FOR INFLUENZA
Plan: VACC INFLUENZA 6 MOS-ADULT, QUADRIVALENT, PRES FREE, 0.5 ML IM

Thank you very much for letting me participate in the care of this interesting case. Please do not hesitate to contact me if there is any questions or concerns.

Sincerely

**Shahram Gharibshahi, MD**
Department of Neurology
Kaiser Permanente
13652 Cantara Street
Panorama City, CA 91402

**Nursing Notes**

**Favela, Alejandra (L.V.N.), L.V.N. at 10/16/2018 10:36 AM**
Status:  Signed

Verified Patient using 2 identifiers.

**Chief Complaint**
Patient presents with
 • BOTOX TREATMENT

Kaiser Permanente                                                     Page 65

LIB001078

Progress Notes - 10/16/2018

## KAISER PERMANENTE

PANORAMA CITY MEDICAL  Collier, Vicki D
OFFICE 6 U                            MRN: 000010372397, DOB ▮▮▮▮ Sex: F
8001 VENTURA CANYON           Encounter date: 10/16/2018
AVE
PANORAMA CITY CA 91402-
6312
SCAL HIM ROI ALMR

**Nursing Notes (continued)**

**Favela, Alejandra (L.V.N.), L.V.N. at 10/16/2018 10:36 AM (continued)**

## OTC Medications: none

**Vitals:**

|  | 10/16/18 1029 |
|---|---|
| BP: | 113/63 |
| BP Patient Position: | SITTING |
| Pulse: | 61 |
| Weight: | 130 lb 15.3 oz (59.4 kg) |
| Height: | 5' 6.2" (1.681 m) |

Estimated body mass index is 21.01 kg/m² as calculated from the following:
  Height as of this encounter: 5' 6.2" (1.681 m).
  Weight as of this encounter: 130 lb 15.3 oz (59.4 kg).

Allergies Reviewed
No Known Allergies

Smoking status verified
**History**
Smoking Status
  • Former Smoker
  • Quit date:                              1/3/1990
Smokeless Tobacco
  • Never Used

Active Medication
**Outpatient Prescriptions Marked as Taking for the 10/16/18 encounter (Office Visit) with**
**Gharibshahi, Shahram (M.D.), M.D.**
Medication
  • Albuterol (VENTOLIN HFA) 90 mcg/actuation Inhl HFAA
  • Gabapentin (NEURONTIN) 100 mg Oral Cap

**Current Facility-Administered**
**Medications for the 10/16/18**
**encounter (Office Visit) with**
**Gharibshahi, Shahram (M.D.),**
**M.D.**

| Medication | Dose |
|---|---|
| • Triamcinolone Acetonide Inj 40 mg (KENALOG) | 40 mg |

LIB001079

Progress Notes - 10/16/2018

**KAISER PERMANENTE**   PANORAMA CITY MEDICAL  Collier, Vicki D
OFFICE 6 U                 MRN: 000010372397, DOB: ▮▮▮▮▮, Sex: F
8001 VENTURA CANYON        Encounter date: 10/16/2018
AVE
PANORAMA CITY CA 91402-
6312
SCAL HIM ROI ALMR

**Nursing Notes (continued)**

**Favela, Alejandra (L.V.N.), L.V.N. at 10/16/2018 10:36 AM (continued)**

Pharmacy Preferred:
kasier

PROACTIVE CARE ACTIONS

Proactive Office Encounter Actions:
Flu immunization order staged and Patient Instructions for AVS staged
The patient exercises 360 minutes per week at a moderate to strenuous level.

**Favela, Alejandra (L.V.N.), L.V.N. at 10/16/2018 11:22 AM**
   Status: Signed

   PT was put on the waitlist for a 3 month BTX with Dr.G

**Encounter Messages**
   No messages in this encounter

**Questionnaires**

| FLU VACCINE SCREENING QUESTIONNAIRE AMB SCAL | |
| --- | --- |
| Have you had Guillain-Barre Syndrome? | **No** |
| | Entered by Favela, Alejandra (L.V.N.), L.V.N. Entered on 10/16/2018 10:32 AM |
| Have you had a severe reaction to the flu shot? (Note: Minor redness or swelling at site of shot is not considered a serious reaction) | **No** |
| | Entered by Favela, Alejandra (L.V.N.), L.V.N. Entered on 10/16/2018 10:32 AM |
| Are you very ill today? | **No** |
| | Entered by Favela, Alejandra (L.V.N.), L.V.N. Entered on 10/16/2018 10:32 AM |
| Are you pregnant or planning to become pregnant? (Use a prefilled syringe. Do not use FluMist). | **No** |
| | Entered by Favela, Alejandra (L.V.N.), L.V.N. Entered on 10/16/2018 10:32 AM |
| ANSWER THE FOLLOWING QUESTIONS ONLY IF YOU OR YOUR CHILD IS CONSIDERING FLUMIST | **ANSWER THE FOLLOWING QUESTIONS ONLY IF CONSIDERING FLUMIST** |
| Are you younger than 2 years or older than 49 years? | |
| Have you received another live vaccine (MMR/chickenpox) in the last | |

Kaiser Permanente                                                        Page 67

LIB001080

Progress Notes - 10/16/2018

**KAISER PERMANENTE**  PANORAMA CITY MEDICAL Collier, Vicki D
OFFICE 6 U  MRN: 000010372397, DOB: ███ Sex: F
8001 VENTURA CANYON  Encounter date: 10/16/2018
AVE
PANORAMA CITY CA 91402-
6312
SCAL HIM ROI ALMR

---

**Questionnaires (continued)**

four weeks?

Do you have a weakened immune system (due to chemotherapy,
medicine that weakens your immune system, HIV, cancer, etc.)?

Do you have a chronic condition such as asthma, recurrent wheezing,
diabetes, heart, lung, or kidney disease, anemia, etc?

For a child less than 5 years old: In the past 12 months, has he or she
been diagnosed with asthma, wheezing or reactive airway disease, or
used an inhaler to control asthma?

Are you a child or adolescent on long-term aspirin treatment?

Did you take influenza antiviral medicine in the last 48 hours?

Do you work with or visit patients who are severely
immunocompromised (for example, are in protective isolation)?

Questionnaire History

---

## Diagnoses

|  | Codes | Comments |
|---|---|---|
| **CHRONIC MIGRAINE** - Primary | G43.709 | |
| **VACCINATION FOR INFLUENZA** | Z23 | |

---

### Procedures - All Orders and Results

**CHEMODENERVATION MUSCLE(S) INNERVATED BY FACIAL, TRIGEMINAL, CERVICAL SPINAL, ACCESSORY NERVES
BILAT [661346872]**

| | |
|---|---|
| Electronically signed by: **Gharibshahi, Shahram (M.D.), M.D. on 10/16/18 1048** | Status: **Active** |
| Ordering user: Gharibshahi, Shahram (M.D.), M.D. 10/16/18 1048 | Authorized by: Gharibshahi, Shahram (M.D.), M.D. |
| Ordering mode: Standard | |
| Frequency: Routine 10/16/18 - | Released by: Gharibshahi, Shahram (M.D.), M.D. 10/16/18 1048 |
| Diagnoses | |
| CHRONIC MIGRAINE | |

### Immunization/Injection - All Orders and Results

**VACC INFLUENZA 6 MOS-ADULT, QUADRIVALENT, PRES FREE, 0.5 ML IM [661341944]**

| | |
|---|---|
| Electronically signed by: **Gharibshahi, Shahram (M.D.), M.D. on 10/16/18 1048** | Status: **Completed** |
| Ordering user: Gharibshahi, Shahram (M.D.), M.D. 10/16/18 1048 | Authorized by: Gharibshahi, Shahram (M.D.), M.D. |
| Ordering mode: Standard | |
| Frequency: Routine 10/16/18 - | Released by: Gharibshahi, Shahram (M.D.), M.D. 10/16/18 1048 |
| Diagnoses | |
| VACCINATION FOR INFLUENZA | |
| Order comments: FLUARIX PF Quadrivalent 6 mo+, 0.5 mL intramuscular (IM). | |

### Medications - All Orders and Results

**OnabotulinumtoxinA Inj 100 Units (BOTOX) [661346873]**

| | |
|---|---|
| Electronically signed by: **Gharibshahi, Shahram (M.D.), M.D. on 10/16/18 1048** | Status: **Active** |
| Ordering user: Gharibshahi, Shahram (M.D.), M.D. 10/16/18 1048 | Ordering provider: Gharibshahi, Shahram (M.D.), M.D. |
| Authorized by: Gharibshahi, Shahram (M.D.), M.D. | Ordering mode: Standard |
| Frequency: Routine X1 10/16/18 1100 - Until Discontinued | Released by: Gharibshahi, Shahram (M.D.), M.D. 10/16/18 1048 |
| Diagnoses | |
| CHRONIC MIGRAINE | |

**OnabotulinumtoxinA Inj 20 Units (BOTOX COSMETIC) [661346874]**

| | |
|---|---|
| Electronically signed by: **Gharibshahi, Shahram (M.D.), M.D. on 10/16/18 1048** | Status: **Active** |
| Ordering user: Gharibshahi, Shahram (M.D.), M.D. 10/16/18 1048 | Ordering provider: Gharibshahi, Shahram (M.D.), M.D. |
| Authorized by: Gharibshahi, Shahram (M.D.), M.D. | Ordering mode: Standard |
| Frequency: Routine X1 10/16/18 1100 - Until Discontinued | Released by: Gharibshahi, Shahram (M.D.), M.D. 10/16/18 1048 |
| Diagnoses | |

Kaiser Permanente                                                    Page 68

LIB001081

Progress Notes - 10/16/2018

## KAISER PERMANENTE

| | | |
|---|---|---|
| PANORAMA CITY MEDICAL OFFICE 6 U | Collier, Vicki D | |
| | MRN: 000010372397, DOB: ▮▮▮ | Sex: F |
| 8001 VENTURA CANYON AVE | Encounter date: 10/16/2018 | |
| PANORAMA CITY CA 91402-6312 | | |
| SCAL HIM ROI ALMR | | |

### Medications - All Orders and Results (continued)

__OnabotulinumtoxinA Inj 20 Units (BOTOX COSMETIC) [661346874] (continued)__

CHRONIC MIGRAINE

### Final Spectacle Rx

Click to see and print Final Spectacle Rx

### Final CL Rx

Click to see and print Final Contact Lens Rx

Audit Trail for Eye Care Forms

### Medications the Patient Reported Taking

**Albuterol (VENTOLIN HFA) 90 mcg/actuation Inhl HFAA (Taking)**
**Gabapentin (NEURONTIN) 100 mg Oral Cap (Taking/Expired)**

### Ordered Facility-Administered Medications

| | Dose | Freq | Start | End |
|---|---|---|---|---|
| **OnabotulinumtoxinA Inj 100 Units (BOTOX)**<br>Sig: Inject 100 Units intramuscularly one time.<br>Class: Back Office<br>Route: intraMUSCULAR | 100 Units | ONE TIME | 10/16/2018 | |
| **OnabotulinumtoxinA Inj 20 Units (BOTOX COSMETIC)**<br>Sig: Inject 20 Units intramuscularly one time.<br>Class: Back Office<br>Route: intraMUSCULAR<br>Non-formulary Exception Code: First-Line Therapy - No Formulary Alternative | 20 Units | ONE TIME | 10/16/2018 | |

### Social Documentation as of 10/16/2018

No social documentation on file.

## Patient Instructions

**Return for Care:** Return in about 3 months (around 1/16/2019).
**Dr. Gharibshahi and I would like to thank you for allowing us to help you with your healthcare needs. We hope we answered your questions today.**
Here is some information that you might find helpful in the future:

**Appointment Call Center: 888-778-5000 press 2 then press 2 then press 3** between 8:30 a.m. and 5:00 p.m. to make appointments or leave a message for your doctor.

**After Hours Nurse Advice: 888-778-5000** after the clinic closes for nurse advice.

**Benefits questions,** contact Member Services at: *1-800-464-4000.*

**Forms:**For form completion contact the **Release of Information Department** at: *1-818-375-2208,* Monday thru Friday between 8:30 a.m. and 5:00 p.m. You may also e-mail your request to *pcroi@kp.org*

**Please complete your satisfaction survey, if you receive one in the mail. At Kaiser Permanente, we strive to provide you with the best care possible and your feedback helps us**

LIB001082

Progress Notes - 10/16/2018

## KAISER PERMANENTE

| | |
|---|---|
| PANORAMA CITY MEDICAL OFFICE 6 U | Collier, Vicki D |
| 8001 VENTURA CANYON AVE | MRN: 000010372397, DOB: ▮▮▮  Sex: F |
| PANORAMA CITY CA 91402-6312 | Encounter date: 10/16/2018 |
| SCAL HIM ROI ALMR | |

**do that.**

### Follow-up and Disposition

Return in about 3 months (around 1/16/2019).

### Follow-up and Disposition History

10/16/2018 1050 - Shahram (M.D.) Gharibshahi, M.D.

| | |
|---|---|
| Disposition: | Return in about 3 months (around 1/16/2019). |

### All Flowsheet Data (all recorded)

### Encounter Vitals

| Row Name | 10/16/18 1029 |
|---|---|
| Enc Vitals | |
| BP | 113/63 -AF |
| Pulse | 61 -AF |
| Wt (gms) | 130 lb 15.3 oz (59.4 kg) -AF |
| Height | 5' 6.2" (1.681 m) -AF |
| OTHER | |
| Cuff Size | Standard Adult -AF |
| BP Patient Position | SITTING -AF |
| BP Location | LA-LEFT ARM -AF |

### Custom Formula Data

| Row Name | 10/16/18 1029 |
|---|---|
| OTHER | |
| Ideal Body Weight (calculated) | 58.9 -AF |
| BSA (System Calculated) | 1.67 -AF |
| Body Mass Index | 15.83 -AF |
| Body Mass Index | 21 -AF |
| Birth Weight | 0 -AF |
| % Change from Birth Weight | 594013851.25 -AF |
| Weight change from previous (gm) | 0 -AF |
| BSA (Dubois) | 1.673 -AF |
| BSA (Last Ht) | 1.67 -AF |
| BMI (Last Ht) | 21 -AF |
| Mean Arterial Pressure (MAP) | 80 -AF |
| Vitals | |
| Pct Wt | 0 % -AF |

Kaiser Permanente

LIB001083

Progress Notes - 10/16/2018

## KAISER PERMANENTE

| | |
|---|---|
| PANORAMA CITY MEDICAL OFFICE 6 U<br>8001 VENTURA CANYON AVE<br>PANORAMA CITY CA 91402-6312<br>SCAL HIM ROI ALMR | Collier, Vicki D<br>MRN: 000010372397, DOB: ███  Sex: F<br>Encounter date: 10/16/2018 |

### All Flowsheet Data (all recorded) (continued)

#### Custom Formula Data (continued)

| Row Name<br>Change | 10/16/18 1029 |
|---|---|

### Exercise Vitals

| Row Name | 10/16/18 1035 |
|---|---|

Exercise Level of Effort

| | |
|---|---|
| Days per week of moderate to strenuous exercise (like a brisk walk) | 6  -AF |
| On average, minutes per day of exercise at this level | 60  -AF |

### User Key

(r) = Recorded By, (t) = Taken By, (c) = Cosigned By

| Initials | Name | Effective Dates | Provider Type | Discipline |
|---|---|---|---|---|
| AF | Favela, Alejandra (L.V.N.), L.V.N. | 01/31/18 - 12/01/18 | LICENSED VOCATIONAL NURSE | — |

### All Administrations of OnabotulinumtoxinA Inj 100 Units (BOTOX)

No Administrations Recorded

### All Administrations of OnabotulinumtoxinA Inj 20 Units (BOTOX COSMETIC)

No Administrations Recorded

LIB001084

**Progress Notes - 10/16/2018**

## KAISER PERMANENTE

| | |
|---|---|
| PANORAMA CITY MEDICAL OFFICE 6 U<br>8001 VENTURA CANYON AVE<br>PANORAMA CITY CA 91402-6312<br>SCAL HIM ROI ALMR | Collier, Vicki D<br>MRN: 000010372397, DOB: ███████ Sex: F<br>Encounter date: 10/16/2018 |

**Encounter-Level Documents - 10/16/2018:**

### AFTER VISIT SUMMARY

**Vicki D. Collier** MRN: 000010372397

 **KAISER PERMANENTE.**

10/16/2018 10:20 AM  ♀ NEUROLOGY

#### Instructions from SHAHRAM GHARIBSHAHI MD, M.D.

Your personalized instructions can be found at the end of this document.

 Return in about 3 months (around 1/16/2019).

#### What's Next

Upcoming Appointments

OCT 19 2018 — Pre Op with SOVANRITH TUN MD, M.D. — Friday October 19 9:30 AM — ORTHOPEDICS 8250 WOODMAN AVE PANORAMA CITY CA 91402-5427 888-778-5000

NOV 12 2018 — Post Op with MARIA RIZHEL CHIN OCULAM PA, PA. — Monday November 12 11:00 AM — ORTHOPEDICS 26877 TOURNEY ROAD SANTA CLARITA CA 91355-1846 888-778-5000

Medications You Will Be Given

NOV 30 2017 — Triamcinolone Acetonide (KENALOG) — Next due Thursday November 30 (Overdue) — Expected: one time (1 dose remaining)

OCT 16 2018 — OnabotulinumtoxinA (BOTOX) — Next due Tuesday October 16 — Expected: one time (1 dose remaining)

OCT 16 2018 — OnabotulinumtoxinA (BOTOX COSMETIC) — Next due Tuesday October 16 — Expected: one time (1 dose remaining)

#### Today's Visit

You saw SHAHRAM GHARIBSHAHI MD, M.D. on Tuesday October 16, 2018. The following issues were addressed:
- VACCINATION FOR INFLUENZA
- MIGRAINE, TRANSFORMED

 Blood Pressure 113/63    BMI 21.01

Weight 130 lb 15.3 oz    Height 5' 6.2"

Pulse 61

 Immunizations Given
INFS pres free 6mos-adult (Fluarix quadrivalent)

### Medications

Clinic Administered Medications Ordered

### This Visit

OnabotulinumtoxinA Inj 100 Units (BOTOX)
OnabotulinumtoxinA Inj 20 Units (BOTOX COSMETIC)

Vicki D. Collier (MRN: 000010372397) • Printed at 10/16/18 11:22 AM        Page 1 of 4  *Epic*
This is confidential information. Do not throw away in a Kaiser Permanente trash can.

LIB001085

**Progress Notes - 10/16/2018**

## KAISER PERMANENTE

PANORAMA CITY MEDICAL Collier, Vicki D
OFFICE 6 U                    MRN: 000010372397, DOB: ▮▮▮▮  Sex: F
8001 VENTURA CANYON           Encounter date: 10/16/2018
AVE
PANORAMA CITY CA 91402-
6312
SCAL HIM ROI ALMR

**Encounter-Level Documents - 10/16/2018: (continued)**

### ↳ Visit Medication List

Patient reported, restarted, and new medications relevant to this
visit. This may not reflect all medications the patient is taking.

|  | Dosage |
|---|---|
| Albuterol (VENTOLIN HFA) 90 mcg/actuation Inhl HFAA **(Taking)** | Inhale 2 puffs by mouth every 4 hours as needed for shortness of breath or wheezing . Shake well before use. 100 days supply for Asthma is 1 canister (18 g). USE WITH SPACER DEVICE IF PRESCRIBED |
| Gabapentin (NEURONTIN) 100 mg Oral Cap **(Taking)** | TAKE 1 CAPSULE BY MOUTH AT BEDTIME FOR ONE WEEK, THEN INCREASE TO 2 CAPSULES AT BEDTIME FOR 2 WEEKS, THEN INCREASE TO 3 CAPSULES AT BEDTIME. |

### New Orders

Normal Orders This Visit
CHEMODENERVATION MUSCLE(S) INNERVATED BY FACIAL, TRIGEMINAL, CERVICAL SPINAL, ACCESSORY NERVES
BILAT [64615 CPT(R)]
VACC INFLUENZA 6 MOS-ADULT, QUADRIVALENT, PRES FREE, 0.5 ML IM [90686 CPT(R)]

Common Medication Direction Abbreviations
PO = Orally, QD = Once/day, BID = Twice/day, TID = 3x/day, QID = 4x/day, PRN = as needed
QHS = Every night at bedtime, AC = Before meals, PC = After meals, c = With, s = Without

### Allergies as of 10/16/2018

Reviewed On: 10/16/2018 By: Favela, Alejandra (L.V.N.), L.V.N.

No Known Allergies

LIB001086

Progress Notes - 10/16/2018

## KAISER PERMANENTE

| PANORAMA CITY MEDICAL | Collier, Vicki D |
|---|---|
| OFFICE 6 U | MRN: 000010372397, DOB █████ Sex: F |
| 8001 VENTURA CANYON | Encounter date: 10/16/2018 |
| AVE | |
| PANORAMA CITY CA 91402- | |
| 6312 | |
| SCAL HIM ROI ALMR | |

**Encounter-Level Documents - 10/16/2018: (continued)**

Instructions  from SHAHRAM GHARIBSHAHI MD, M.D.

**Dr. Gharibshahi and I would like to thank you for allowing us to help you with your healthcare needs. We hope we answered your questions today.**
Here is some information that you might find helpful in the future:

**Appointment Call Center: 888-778-5000 press 2 then press 2 then press 3** between 8:30 a.m. and 5:00 p.m. to make appointments or leave a message for your doctor.

**After Hours Nurse Advice: 888-778-5000** after the clinic closes for nurse advice.

**Benefits questions**, contact Member Services at: **1-800-464-4000**.

**Forms:**For form completion contact the **Release of Information Department** at:
**1-818-375-2208**, Monday thru Friday between 8:30 a.m. and 5:00 p.m.  You may also e-mail your request to
**pcroi@kp.org**

**Please complete your satisfaction survey, if you receive one in the mail. At Kaiser Permanente, we strive to provide you with the best care possible and your feedback helps us do that.**

## General Information

**Protect yourself from the flu.  Get vaccinated.**

The flu is a serious, contagious illness caused by influenza viruses. Anyone can get the flu. It can cause mild to severe illness. The best way to prevent the flu is by getting a flu shot each year. The CDC and Kaiser Permanente recommend everyone 6 months and older get a flu shot every year.

Flu shot clinics open in September. No appointment is necessary.

Flu shots are available at no charge to members at Kaiser Permanente medical facilities.

For information about hours, times, and locations, please visit kp.org/flu or call
1-866-70-NOFLU (1-866-706-6358).

Adults should participate in at least 30 minutes, and children at least 60 minutes, of moderate exercise (such as brisk walking) for five or more days each week, unless instructed otherwise by your provider. For more information on the health benefits of walking please refer to http://www.everybodywalk.org. THRIVE!

Register at www.kp.org to email your physician, renew prescriptions, request appointments, learn more about your personal health, or obtain tips for healthy living!

Vicki D. Collier (MRN: 000010372397) • Printed at 10/16/18 11:22 AM                Page 3 of 4   *Epic*
This is confidential information. Do not throw away in a Kaiser Permanente trash can.

LIB001087

**Progress Notes - 10/16/2018**

**KAISER PERMANENTE**

PANORAMA CITY MEDICAL  Collier, Vicki D
OFFICE 6 U                           MRN: 000010372397, DOB ▇▇▇▇ Sex: F
8001 VENTURA CANYON     Encounter date: 10/16/2018
AVE
PANORAMA CITY CA 91402-
6312
SCAL HIM ROI ALMR

**Encounter-Level Documents - 10/16/2018: (continued)**

Save money and time! Get your refills for home delivery at www.kp.org/refill

LIB001088

Progress Notes - 08/27/2018

## KAISER PERMANENTE

PANORAMA CITY MEDICAL OFFICE 2 U
8250 WOODMAN AVE
PANORAMA CITY CA 91402-5427
SCAL HIM ROI ALMR

Collier, Vicki D
MRN: 000010372397, DOB: ▮▮▮▮ Sex: F
Encounter date: 8/27/2018

---

**Telephone Appointment Visit**
**8/27/2018**

**Vicki D Collier**
**MRN: 000010372397**

---

### Visit Information

| Date & Time | Provider | Department | Dept. Phone | Encounter # |
|---|---|---|---|---|
| 8/27/2018  4:15 PM | Tun, Sovanrith (M.D.), M.D. | ORTHOPEDICS | 888-778-5000 | 461614379 |

### Reason for Call/Visit
**DIAGNOSTIC IMAGING RESULTS**

### Call Documentation
No notes of this type exist for this encounter.

### Vitals
LMP
12/31/2013

### Progress Notes

**Tun, Sovanrith (M.D.), M.D. at 8/27/2018  1:34 PM**

Author Type:  Physician                    Status:  Signed

**TELEPHONE APPOINTMENT VISIT (TAV) -- 1:34 PM**

Vicki D Collier is a 55 year old female

Reason for TAV:  DIAGNOSTIC IMAGING RESULTS

There are no preventive care reminders to display for this patient.

PHONE VISIT DOCUMENTATION:
Complains of bilateral shoulder pain
Losing health care coverage
In process of obtaining cobra
Pain with prolonged activity

ASSESSMENT:
**Encounter Diagnoses**

| Code | Name | Primary? |
|---|---|---|
| • M75.101, M75.102 | BILAT ROTATOR CUFF SYNDROME | |

PLAN:
Requests work restrictions
Offered earlier surgery but not possible because of coverage issues

Time spent with patient or guardian over the phone was 10 minutes.

Electronically signed by:
SOVANRITH TUN MD
8/27/2018
1:35 PM

Kaiser Permanente                                        Page 56

**LIB001089**

**Progress Notes - 08/27/2018**

## KAISER PERMANENTE

PANORAMA CITY MEDICAL OFFICE 2 U
8250 WOODMAN AVE
PANORAMA CITY CA 91402-5427
SCAL HIM ROI ALMR

Collier, Vicki D
MRN: 000010372397, DOB: ███████ Sex: F
Encounter date: 8/27/2018

**Progress Notes (continued)**

**Encounter Messages**

No messages in this encounter

**Diagnoses**

| | Codes | Comments |
|---|---|---|
| **BILAT ROTATOR CUFF SYNDROME** | M75.101, M75.102 | |

**All Orders and Results**

No orders and results found

**Final Spectacle Rx**

Click to see and print Final Spectacle Rx

**Final CL Rx**

Click to see and print Final Contact Lens Rx

Audit Trail for Eye Care Forms

**Social Documentation as of 8/27/2018**

No social documentation on file.

## Patient Instructions

## No instructions given.

**All Flowsheet Data (all recorded)**

No documentation.

Kaiser Permanente                                                                 Page 57

LIB001090

Progress Notes - 08/27/2018                                              Page 1 of 1

# KAISER PERMANENTE® thrive

**This form contains your diagnosis.**

TUN, SOVANRITH (M.D.)
8250 Woodman Ave
Panorama City CA 91402-5427
818-375-2000

**Patient Name:** Collier,Vicki D
**Encounter Date:** 8/27/2018

Please see below for this health care provider's directives and information relating to this encounter.

# Work Status Report

**Date onset of condition:**
**Next Appointment Date:**

**DIAGNOSIS:** BILAT ROTATOR CUFF SYNDROME

**Modified Activity (Applies to work and home)**
This patient is placed on modified activity at work and at home from 9/1/2018 through 10/31/2018.

*If modified activity is not accommodated by the employer then this patient is considered temporarily and totally disabled from their regular work for the designated time and a separate off work order is not required.*

**Other needs and/or restrictions:**
No typing. No use of both shoulders and arms.

**Full Duty:**
The patient was evaluated and deemed able to return to work at full capacity on 11/1/2018

This form has been electronically signed and authorized by TUN, SOVANRITH (M.D.)

*This form contains your private health information that you may choose to release to another party, therefore please review for accuracy.*

Printed By: ANTONE, MARIA on 3/2/2019 at 9:46:56 AM

**LIB001091**

Progress Notes - 08/22/2018

## KAISER PERMANENTE

PANORAMA CITY MEDICAL
OFFICE 6 U
8001 VENTURA CANYON
AVE
PANORAMA CITY CA 91402-
6312
SCAL HIM ROI ALMR

Collier, Vicki D
MRN: 000010372397, DOB: ████ Sex: F
Encounter date: 8/22/2018

---

**Office Visit**
8/22/2018

**Vicki D Collier**
**MRN: 000010372397**

---

**Visit Information**

| Date & Time | Provider | Department | Dept. Phone | Encounter # |
|---|---|---|---|---|
| 8/22/2018 10:30 AM | Brosnan, Brian Daniel (M.D.), M.D. | COSMETIC SKINCARE | 818-375-3223 | 455145395 |

**Reason for Call/Visit**

APPEARANCE

**Call Documentation**

No notes of this type exist for this encounter.

**Vitals**

LMP
12/31/2013

**Nursing Notes**

Garcia, Laura (L.V.N.), L.V.N. at 8/22/2018 10:35 AM

Status: Signed

Patient identified with two identifiers.

**Chief Complaint**
Patient presents with
• APPEARANCE

Any history or Family history of melanoma:No

Preferred pharmacy selected.

PC VENTURA CANYON
8001 Ventura Canyon Ave.
Panorama City CA 91402
Phone: 818-375-2028 Fax: 866-382-2198

PROACTIVE CARE ACTIONS

Proactive Office Encounter Actions:
Care gaps not addressed at this visit.

---

**Progress Notes**

Kaiser Permanente

Page 48

**LIB001092**

Progress Notes - 08/22/2018

**KAISER PERMANENTE**  PANORAMA CITY MEDICAL  Collier, Vicki D
OFFICE 6 U  MRN: 000010372397, DOB: ███  Sex: F
8001 VENTURA CANYON  Encounter date: 8/22/2018
AVE
PANORAMA CITY CA 91402-
6312
SCAL HIM ROI ALMR

**Progress Notes (continued)**

**Brosnan, Brian Daniel (M.D.), M.D. at 8/22/2018 1:28 PM**

Author Type: Physician                    Status: Signed

History:
See the written copy of this report in the patient's paper medical record.  These results did not
interface directly into the electronic medical record and are summarized here.
Cosmetic Skin Care Clinic  Chart
Botox 5 units lips

The risks, benefits and alternatives of the procedure were discussed in detail with the patient prior to
the procedure.
Procedure done and tolerated well by patient

Brian Brosnan, M.D.
Department of Dermatology

**Nursing Notes**

**Garcia, Laura (L.V.N.), L.V.N. at 8/22/2018 10:35 AM**

Status: Signed

Patient identified with two identifiers.

**Chief Complaint**
Patient presents with
 • APPEARANCE

Any history or Family history of melanoma:No

Preferred pharmacy selected.

PC VENTURA CANYON
8001 Ventura Canyon Ave.

Kaiser Permanente                                                    Page 49

LIB001093

Progress Notes - 08/22/2018

**KAISER PERMANENTE**  PANORAMA CITY MEDICAL  Collier, Vicki D
OFFICE 6 U  MRN: 000010372397, DOB: ▮▮▮▮  Sex: F
8001 VENTURA CANYON  Encounter date: 8/22/2018
AVE
PANORAMA CITY CA 91402-
6312
SCAL HIM ROI ALMR

**Nursing Notes (continued)**

**Garcia, Laura (L.V.N.), L.V.N. at 8/22/2018 10:35 AM (continued)**
Panorama City CA 91402
Phone: 818-375-2028 Fax: 866-382-2198

PROACTIVE CARE ACTIONS

Proactive Office Encounter Actions:
Care gaps not addressed at this visit.

**Encounter Messages**
No messages in this encounter

**Diagnoses**

|  | Codes | Comments |
|---|---|---|
| **ELECTIVE COSMETIC PLASTIC SURGERY** | Z41.1 | |

**All Orders and Results**
No orders and results found

**Final Spectacle Rx**
Click to see and print Final Spectacle Rx

**Final CL Rx**
Click to see and print Final Contact Lens Rx

Audit Trail for Eye Care Forms

**Medications the Patient Reported Taking**
Betamethasone Dipropionate Aug (DIPROLENE AF) 0.05 % Top Crea (Taking/Expired)
Adapalene (DIFFERIN) 0.1 % Top Crea (Taking)
Triamcinolone Acetonide (KENALOG) 0.1 % Top Crea (Taking)

**Social Documentation as of 8/22/2018**
No social documentation on file.

Patient Instructions
Care gaps not addressed at this visit.

**All Flowsheet Data (all recorded)**
No documentation.

Kaiser Permanente                                                    Page 50

LIB001094

**Progress Notes - 08/22/2018**

## KAISER PERMANENTE

PANORAMA CITY MEDICAL OFFICE 6 U
8001 VENTURA CANYON AVE
PANORAMA CITY CA 91402-6312
SCAL HIM ROI ALMR

Collier, Vicki D
MRN: 000010372397, DOB: ███ Sex: F
Encounter date: 8/22/2018

---

**Encounter-Level Documents - 08/22/2018:**

AFTER VISIT SUMMARY

**Vicki D. Collier** MRN: 000010372397

🗓 8/22/2018 10:30 AM ♀ COSMETIC SKINCARE

KAISER PERMANENTE.

Instructions from BRIAN DANIEL BROSNAN MD, M.D.
Your personalized instructions can be found at the end of this document.

### Today's Visit

You saw BRIAN DANIEL BROSNAN MD, M.D. on Wednesday August 22, 2018.

### What's Next

Upcoming Appointments

| OCT 16 2018 | Procedure with SHAHRAM GHARIBSHAHI MD, M.D. Tuesday October 16 10:20 AM | NEUROLOGY 8001 VENTURA CANYON AVE PANORAMA CITY CA 91402-6312 888-778-5000 |
| OCT 19 2018 | Pre Op with SOVANRITH TUN MD, M.D. Friday October 19 9:30 AM | ORTHOPEDICS 8250 WOODMAN AVE PANORAMA CITY CA 91402-5427 888-778-5000 |
| OCT 29 2018 | SHOULDER ARTHROSCOPY W REPAIR ROTATOR CUFF with SOVANRITH TUN MD, M.D. | PCM OR ORX 13652 CANTARA ST PANORAMA CITY CA 91402-5423 |

Medications You Will Be Given

| NOV 30 2017 | Triamcinolone Acetonide (KENALOG) Next due Thursday November 30 (Overdue) Expected: one time (1 dose remaining) |

## Medications

### ⤳ Visit Medication List

Patient reported, restarted, and new medications relevant to this visit.
This may not reflect all medications the patient is taking.

| | Dosage |
|---|---|
| Betamethasone Dipropionate Aug (DIPROLENE AF) 0.05 % Top Crea **(Taking)** | Apply to plaque(s) of eczema 2 times daily for 2 to 3 weeks, then stop. May resume for flares. |
| Adapalene (DIFFERIN) 0.1 % Top Crea **(Taking)** | Use on face at bedtime for acne |
| Triamcinolone Acetonide (KENALOG) 0.1 % Top Crea **(Taking)** | Apply to itchy areas on back 2 times daily |

Vicki D. Collier (MRN: 000010372397) • Printed at 8/22/18 11:15 AM        Page 1 of 3   **Epic**
This is confidential information. Do not throw away in a Kaiser Permanente trash can.

LIB001095

Progress Notes - 08/22/2018

**KAISER PERMANENTE**

PANORAMA CITY MEDICAL
OFFICE 6 U
8001 VENTURA CANYON
AVE
PANORAMA CITY CA 91402-
6312
SCAL HIM ROI ALMR

Collier, Vicki D
MRN: 000010372397, DOB:                   Sex: F
Encounter date: 8/22/2018

Encounter-Level Documents - 08/22/2018: (continued)

Common Medication Direction Abbreviations
PO = Orally, QD = Once/day, BID = Twice/day, TID = 3x/day, QID = 4x/day, PRN = as needed
QHS = Every night at bedtime, AC = Before meals, PC = After meals, c = With, s = Without

Allergies as of 8/22/2018                    Reviewed On: 8/22/2018 By: Garcia, Laura (L.V.N.), L.V.N.
No Known Allergies

LIB001096

Progress Notes - 08/22/2018

# KAISER PERMANENTE

PANORAMA CITY MEDICAL
OFFICE 6 U
8001 VENTURA CANYON
AVE
PANORAMA CITY CA 91402-
6312
SCAL HIM ROI ALMR

Collier, Vicki D
MRN: 000010372397, DOB: ⬛ Sex: F
Encounter date: 8/22/2018

**Encounter-Level Documents - 08/22/2018: (continued)**

Instructions  from BRIAN DANIEL BROSNAN MD, M.D.
Care gaps not addressed at this visit.

## General Information

**Protect yourself from the flu.  Get vaccinated.**

The flu is a serious, contagious illness caused by influenza viruses. Anyone can get the flu. It can cause mild to severe illness. The best way to prevent the flu is by getting a flu shot each year. The CDC and Kaiser Permanente recommend everyone 6 months and older get a flu shot every year.

Flu shot clinics open in September. No appointment is necessary.

Flu shots are available at no charge to members at Kaiser Permanente medical facilities.

For information about hours, times, and locations, please visit kp.org/flu or call
1-866-70-NOFLU (1-866-706-6358).

Adults should participate in at least 30 minutes, and children at least 60 minutes, of moderate exercise (such as brisk walking) for five or more days each week, unless instructed otherwise by your provider. For more information on the health benefits of walking please refer to http://www.everybodywalk.org. THRIVE!

Register at www.kp.org to email your physician, renew prescriptions, request appointments, learn more about your personal health, or obtain tips for healthy living!

Save money and time! Get your refills for home delivery at www.kp.org/refill

Vicki D. Collier (MRN: 000010372397) • Printed at 8/22/18 11:15 AM                 Page 3 of 3   *Epic*
This is confidential information. Do not throw away in a Kaiser Permanente trash can.

**Order-Level Documents:**

There are no order-level documents.

**Scanned Document Error Report**

**Request for scans completed successfully; no scanning errors identified in this encounter.**

Kaiser Permanente

**LIB001097**

Progress Notes - 07/30/2018

## KAISER PERMANENTE

SANTA CLARITA MEDICAL OFFICES U
27107 TOURNEY RD
SANTA CLARITA CA 91355-1860
SCAL HIM ROI ALMR

Collier, Vicki D
MRN: 000010372397, DOB: ███████, Sex: F
Encounter date: 7/30/2018

---

**Office Visit**
7/30/2018

**Vicki D Collier**
**MRN: 000010372397**

### Visit Information

| Date & Time | Provider | Department | Dept. Phone | Encounter # |
|---|---|---|---|---|
| 7/30/2018  2:50 PM | Bogdanich, Colleen D (N.P.), N.P. | INTERNAL MEDICINE | 888-778-5000 | 456700423 |

### Reason for Call/Visit

COUGH                        For 1 week on and off
VAGINAL IRRITATION           For 2 months also has ingrown hair

### Call Documentation

No notes of this type exist for this encounter.

### Vitals

| BP | Pulse | Temp | Resp | Ht |
|---|---|---|---|---|
| 121/74 | 66 | 98.5 °F (36.9 °C) (Oral) | 19 | 5' 6.2" (1.681 m) |

| Wt | LMP | SpO2 |
|---|---|---|
| 127 lb 13.9 oz (58 kg) | 12/31/2013 | 99% |

### Nursing Notes

**Andrade, Julie (M.A.), M.A. at 7/30/2018  2:48 PM**

Status:  Signed

Confirmed patient identity  w/ 2 forms of identification  Yes

No chief complaint on file.


PROACTIVE CARE ACTIONS

Proactive Office Encounter Actions: There are no care gaps at this time

---

### Progress Notes

**Bogdanich, Colleen D (N.P.), N.P. at 7/30/2018  2:55 PM**

Author Type:  NURSE PRACTITIONER (N.P.)    Status:  Signed

History:
Patient presents with:
COUGH: For 1 week on and off
VAGINAL IRRITATION: For 2 months also has ingrown hair

History of pain and vaginal irritations.

Kaiser Permanente

LIB001098

Progress Notes - 07/30/2018

## KAISER PERMANENTE

SANTA CLARITA MEDICAL OFFICES U
27107 TOURNEY RD
SANTA CLARITA CA 91355-1860
SCAL HIM ROI ALMR

Collier, Vicki D
MRN: 000010372397, DOB:        Sex: F
Encounter date: 7/30/2018

**Progress Notes (continued)**

**Bogdanich, Colleen D (N.P.), N.P. at 7/30/2018  2:55 PM (continued)**

Afraid she might have genital warts. Had in the past. Skin tag appearing lesions on the vulva. History of abnormal pap smear and hpv. Asking for screen today.
Same partner for 8 years not worried about sexually transmitted disease but has discomfort with sex.
Lately increased cough and post nasal drip

Review of Systems
Genitourinary:
   **See HPI**

Physical Exam
Constitutional: No distress.
Eyes: Conjunctivae are normal.
Pulmonary/Chest: Effort normal. No respiratory distress.
Genitourinary: Uterus normal and cervix normal. Right adnexum displays no mass and no tenderness. Left adnexum displays no mass and no tenderness.
Genitourinary Comments: **peduncular lesions on vulva near introitus**
**Small lesion right upper labia.**
**Vagina atrophic**
Neurological: She is alert.
Skin: Skin is warm and dry.
Psychiatric: Affect normal.
Nursing note and vitals reviewed.

\N95.2 POSTMENOPAUSAL ATROPHIC VAGINITIS
Z01.419 ROUTINE GYN EXAM INCLUDING CERVICAL PAP
J30.9 ALLERGIC RHINITIS
A63.0 GENITAL WART

PLAN: Call or return to clinic prn if these symptoms worsen or fail to improve as anticipated. Pt agrees with plan of care and verbalizes understanding.

**Orders Placed This Encounter**
 • HPV COTEST SCREENING, AGE 30-65, HIGH RISK TYPES, AMPLIFIED PROBE
 • Estradiol (ESTRACE) 0.01 % (0.1 mg/gram) Vagl Crea
 • Loratadine (CLARITIN REDITABS) 10 mg Oral Rap Dis Tab
 • GYN CYTOLOGY (PAP)

Colleen Bogdanich DNP, GNP-BC, CCD
Internal Medicine
.4:22 PM

LIB001099

Progress Notes - 07/30/2018

## KAISER PERMANENTE

| | | |
|---|---|---|
| | SANTA CLARITA MEDICAL OFFICES U<br>27107 TOURNEY RD<br>SANTA CLARITA CA 91355-1860<br>SCAL HIM ROI ALMR | Collier, Vicki D<br>MRN: 000010372397, DOB: ███  Sex: F<br>Encounter date: 7/30/2018 |

**Progress Notes (continued)**

**Bogdanich, Colleen D (N.P.), N.P. at 7/30/2018 2:55 PM (continued)**

---

**Nursing Notes**

**Andrade, Julie (M.A.), M.A. at 7/30/2018 2:48 PM**

Status:  Signed

Confirmed patient identity  w/ 2 forms of identification  Yes

No chief complaint on file.

PROACTIVE CARE ACTIONS

Proactive Office Encounter Actions: There are no care gaps at this time

---

**Encounter Messages**

No messages in this encounter

**Diagnoses**

| | Codes | Comments |
|---|---|---|
| POSTMENOPAUSAL ATROPHIC VAGINITIS | N95.2 | |
| ROUTINE GYN EXAM INCLUDING CERVICAL PAP | Z01.419 | |
| ALLERGIC RHINITIS | J30.9 | |
| GENITAL WART | A63.0 | |

---

**Procedures - All Orders and Results**

**DESTRUCTION, FLAT WARTS, MOLLUSCUM CONTAGIOSUM, MILIA 14 OR FEWER LESIONS [642489308]**

Electronically signed by: **Bogdanich, Colleen D (N.P.), N.P. on 07/30/18 1622**                     Status: **Active**
Ordering user:  Bogdanich, Colleen D (N.P.), N.P. 07/30/18 1622          Authorized by:  Bogdanich, Colleen D (N.P.), N.P.
Ordering mode:  Standard
Frequency:  Routine  07/30/18 -
Diagnoses
GENITAL WART

**Cytology - All Orders and Results**

**GYN CYTOLOGY [642464238]**

Electronically signed by: **Bogdanich, Colleen D (N.P.), N.P. on 07/30/18 1508**                   Status: **Completed**
Ordering user:  Bogdanich, Colleen D (N.P.), N.P. 07/30/18 1508          Authorized by:  Bogdanich, Colleen D (N.P.), N.P.
Ordering mode:  Standard

Kaiser Permanente                                                                                                      Page 39

LIB001100

Progress Notes - 07/30/2018

## KAISER PERMANENTE

| | | |
|---|---|---|
| | SANTA CLARITA MEDICAL OFFICES U | Collier, Vicki D |
| | 27107 TOURNEY RD | MRN: 000010372397, DOB: ███ Sex: F |
| | SANTA CLARITA CA 91355-1860 | Encounter date: 7/30/2018 |
| | SCAL HIM ROI ALMR | |

### Lab - All Orders and Results (continued)

### HERPES SIMPLEX VIRUS RAPID CULTURE [642489546] (continued)

RMS ACCN: 638998617

Specimen Information

| ID | Type | Source | Collected On |
|---|---|---|---|
| C00002201821107 0464 | — | SKIN | 07/30/18 1807 |

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| FINAL RESULT | No Herpes simplex virus isolated in cell culture. | — | — |

### Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 240 - 956 | SHERMAN WAY REGIONAL LABORATORY | David Quam, MD | 11668 Sherman Way NORTH HOLLYWOOD CA 91605 | 06/22/17 0620 - Present |

### Final Spectacle Rx

Click to see and print Final Spectacle Rx

### Final CL Rx

Click to see and print Final Contact Lens Rx

Audit Trail for Eye Care Forms

### Medications the Patient Reported Taking

Estradiol (ESTRACE) 0.01 % (0.1 mg/gram) Vagl Crea_(Taking)

Loratadine (CLARITIN REDITABS) 10 mg Oral Rap Dis Tab  (Taking)

### Prescriptions Ordered This Encounter

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **Estradiol (ESTRACE) 0.01 % (0.1 mg/gram) Vagl Crea** Sig: Insert 1 Gram vaginally 2 to 3 times a week at bedtime Class: Fill Now Route: Vaginal | 42.5 | 3/3 | 7/30/2018 | 7/29/2020 |
| **Loratadine (CLARITIN REDITABS) 10 mg Oral Rap Dis Tab** Sig: DISSOLVE 1 TAB IN MOUTH DAILY PRN ALLERGY SYMPTOMS Class: Fill Now Route: Oral | 24 | 0/0 | 7/30/2018 | 7/29/2022 |

### Social Documentation as of 7/30/2018

No social documentation on file.

## Patient Instructions

Thank you for choosing Kaiser Permanente for your health care needs. If you have any questions regarding the following: appointments, finding a primary care physician, nurse advice, and sending a message to your physician, please call 888-778-5000.

### Get connected with kp.org

By registering on our website, kp.org, you get better access to your personal health information so you can actively participate in your own care, 24/7. Register today and get what you need to be at your best. You can

LIB001101

Progress Notes - 07/30/2018

# KAISER PERMANENTE

SANTA CLARITA MEDICAL
OFFICES U
27107 TOURNEY RD
SANTA CLARITA CA 91355-
1860
SCAL HIM ROI ALMR

Collier, Vicki D
MRN: 000010372397, DOB: ███████, Sex: F
Encounter date: 7/30/2018

## All Flowsheet Data (all recorded)

### Encounter Vitals

| Row Name | 07/30/18 1444 |
|---|---|
| Enc Vitals | |
| BP | 121/74  -JA |
| Pulse | 66  -JA |
| Resp | 19  -JA |
| Temp | 98.5 °F (36.9 °C)  -JA |
| Temp src | Oral  -JA |
| SpO2 | 99 %  -JA |
| Wt (gms) | 127 lb 13.9 oz (58 kg)  -JA |
| Height | 5' 6.2" (1.681 m)  -JA |

### Custom Formula Data

| Row Name | 07/30/18 1444 |
|---|---|
| Vitals | |
| Pct Wt Change | 0 %  -JA |
| OTHER | |
| BSA (System Calculated) | 1.65  -JA |
| Mean Arterial Pressure (MAP) | 90  -JA |
| Body Mass Index | 15.45  -JA |
| Body Mass Index | 21  -JA |
| Birth Weight | 0  -JA |
| % Change from Birth Weight | 580014374.35  -JA |
| Weight change from previous (gm) | 0  -JA |
| BSA (Dubois) | 1.656  -JA |
| Ideal Body Weight (calculated) | 58.9  -JA |
| BSA (Last Ht) | 1.65  -JA |
| BMI (Last Ht) | 21  -JA |

### User Key

(r) = Recorded By, (t) = Taken By, (c) = Cosigned By

| Initials | Name | Effective Dates | Provider Type | Discipline |
|---|---|---|---|---|
| JA | Andrade, Julie (M.A.), M.A. | 04/05/18 - 12/01/18 | MEDICAL ASSISTANT | — |

LIB001102

Progress Notes - 07/20/2018

## KAISER PERMANENTE

PANORAMA CITY MEDICAL  Collier, Vicki D
OFFICE 6 U                        MRN: 000010372397, DOB:          Sex: F
8001 VENTURA CANYON    Encounter date: 7/20/2018
AVE
PANORAMA CITY CA 91402-
6312
SCAL HIM ROI ALMR

---

| **Office Visit** | **Vicki D Collier** |
|---|---|
| **7/20/2018** | **MRN: 000010372397** |

### Visit Information

| Date & Time | Provider | Department | Dept. Phone | Encounter # |
|---|---|---|---|---|
| 7/20/2018 10:00 AM | Gharibshahi, Shahram (M.D.), M.D. | NEUROLOGY | 888-778-5000 | 453392996 |

### Reason for Call/Visit

BOTOX TREATMENT

### Call Documentation

No notes of this type exist for this encounter.

### Vitals

| BP | Pulse | Ht | Wt | LMP |
|---|---|---|---|---|
| 112/70 | 58 | 5' 6.2" (1.681 m) | 129 lb 6.6 oz (58.7 kg) | 12/31/2013 |

### Nursing Notes

**Favela, Alejandra (L.V.N.), L.V.N. at 7/20/2018 11:14 AM**

Status:  Signed

Verified Patient using 2 identifiers.

**Chief Complaint**
Patient presents with
- BOTOX TREATMENT

## OTC Medications: none

**Vitals:**

|  | 07/20/18 1005 |
|---|---|
| BP: | 112/70 |
| Pulse: | 58 |
| Weight: | 129 lb 6.6 oz (58.7 kg) |
| Height: | 5' 6.2" (1.681 m) |

Estimated body mass index is 20.76 kg/m² as calculated from the following:
  Height as of this encounter: 5' 6.2" (1.681 m).
  Weight as of this encounter: 129 lb 6.6 oz (58.7 kg).

Allergies Reviewed
No Known Allergies

Smoking status verified
**History**
Smoking Status
- 

Kaiser Permanente                                                                 Page 25

LIB001103

Progress Notes - 07/20/2018

## KAISER PERMANENTE

PANORAMA CITY MEDICAL Collier, Vicki D
OFFICE 6 U                  MRN: 000010372397, DOB: ▮▮▮▮ Sex: F
8001 VENTURA CANYON         Encounter date: 7/20/2018
AVE
PANORAMA CITY CA 91402-
6312
SCAL HIM ROI ALMR

**Nursing Notes (continued)**

**Favela, Alejandra (L.V.N.), L.V.N. at 7/20/2018 11:14 AM (continued)**

Former Smoker
- Quit date:                    1/3/1990

Smokeless Tobacco
- Never Used

Active Medication
No outpatient prescriptions have been marked as taking for the 7/20/18
encounter (Office Visit) with Gharibshahi, Shahram (M.D.), M.D..

**Current Facility-Administered
Medications for the 7/20/18
encounter (Office Visit) with
Gharibshahi, Shahram (M.D.),
M.D.**

Medication              Dose
- Triamcinolone        40 mg
  Acetonide Inj 40 mg
  (KENALOG)

Pharmacy Preferred:
Kaiser

PROACTIVE CARE ACTIONS

Proactive Office Encounter Actions:
There are no care gaps at this time

**Favela, Alejandra (L.V.N.), L.V.N. at 7/20/2018 11:14 AM**

Status: Signed

Botox(lot# C5011C3) full strength/ mixed with 1.2ml of normal saline. Amount given to Dr.
Gharibshahi per orders 100 units. Medication orders and dilution(s) verified with Dr.Gharibshahi.
Labeled syringe was handed to the ordering MD.

**Favela, Alejandra (L.V.N.), L.V.N. at 7/20/2018 11:15 AM**

Status: Signed

Patient scheduled BTX aware of date, time and location.

Kaiser Permanente                                                              Page 26

LIB001104

Progress Notes - 07/20/2018

## KAISER PERMANENTE

PANORAMA CITY MEDICAL  Collier, Vicki D
OFFICE 6 U                            MRN: 000010372397, DOB:          Sex: F
8001 VENTURA CANYON      Encounter date: 7/20/2018
AVE
PANORAMA CITY CA 91402-
6312
SCAL HIM ROI ALMR

**Nursing Notes (continued)**

**Favela, Alejandra (L.V.N.), L.V.N. at 7/20/2018 11:15 AM (continued)**

**Progress Notes**

**Gharibshahi, Shahram (M.D.), M.D. at 7/20/2018 10:14 AM**

Author Type:  Physician                              Status:  Signed

Wang-O'Connell, Esther Chuanwah (M.D.)
27107 TOURNEY ROAD
SANTA CLARITA CA 91355-1860

NEUROLOGY FOLLOW-UP VISIT:
Today's date: 7/20/2018

PROBLEM:  Chronic headache
Accompanied by:   self.
Translator:  none

Dear Doctor,

As you recall, Vicki D Collier is a 55 year old female who is following up with this clinic for her diagnosis/symptoms of chronic migraines/headaches.

Today: 7/20/2018
Patient feels the Botox helped. The first week felt as if the head was "going to drop". She denies any migraines if past 3 months . Had some minor pain. Feels the shoulder and neck felt much relaxed.

3/27/2018
Onset of migraines:  A year ago
Frequency:  Daily
Prophylactic medications Tried:  Gabapentin,
Abortive medications tried:  Mobic
Hx of similar problem in family members:  no
History of NM disorders:  no
Has got Botox in past:  Yes, a year (cosmetic)

Kaiser Permanente                                                                                   Page 27

LIB001105

Progress Notes - 07/20/2018

## KAISER PERMANENTE

PANORAMA CITY MEDICAL   Collier, Vicki D
OFFICE 6 U              MRN: 000010372397, DOB: ▮▮▮▮  Sex: F
8001 VENTURA CANYON      Encounter date: 7/20/2018
AVE
PANORAMA CITY CA 91402-
6312
SCAL HIM ROI ALMR

**Progress Notes (continued)**

**Gharibshahi, Shahram (M.D.), M.D. at 7/20/2018 10:14 AM (continued)**

Patient complains of lots of tension on the shoulders.

No outpatient prescriptions have been marked as taking for the 7/20/18 encounter (Office Visit) with Gharibshahi, Shahram (M.D.), M.D..

Current Facility-Administered Medications for the 7/20/18 encounter (Office Visit) with Gharibshahi, Shahram (M.D.), M.D.:

| Triamcinolone Acetonide Inj 40 mg (KENALOG) | 40 mg | Injection | X1 | Tun, Sovanrith (M.D.), M.D. |

No Known Allergies

**Past Medical History:**

| Diagnosis | Date |
|---|---|
| • HEALTHY ADULT | |

**Family History**

| Problem | Relation | Age of Onset |
|---|---|---|
| • Breast Cancer | | |
| *great aunt* | | |

her family history and social history was reviewed and is documented in electronic medical records.

OBJECTIVE:
Ht 1.681 m (5' 6.2") | LMP 12/31/2013
Heart rate: Regular

DIAGNOSTICS:
Last Labs:
WBC'S AUTO    6.2   04/25/2018
HGB          14.2   04/25/2018
HCT AUTO     41.0   04/25/2018
PLT'S AUTO    354   04/25/2018
ALT      36   12/27/2017
AST      18   12/27/2017
ALKP     47   12/27/2017
TBILI    0.7  12/27/2017
K        4.4  12/27/2017
NA       I35  12/27/2017
CL       102  12/27/2017
CO2      29   12/27/2017
CREAT    0.70 12/27/2017
GLUC     100  12/27/2017

ASSESSMENT:
This is a 55 year old female with history of chronic migraine/headaches who has failed to multiple treatments and is now exploring Botox injections.

Kaiser Permanente                                           Page 28

**LIB001106**

Progress Notes - 07/20/2018

## KAISER PERMANENTE

PANORAMA CITY MEDICAL OFFICE 6 U
8001 VENTURA CANYON AVE
PANORAMA CITY CA 91402-6312
SCAL HIM ROI ALMR

Collier, Vicki D
MRN: 000010372397, DOB: ███ Sex: F
Encounter date: 7/20/2018

---

**Progress Notes (continued)**

**Gharibshahi, Shahram (M.D.), M.D. at 7/20/2018 10:14 AM (continued)**

**ONABOTULINUMTOXINA (BOTOX) INJECTION:**

**TODAY'S DATE:** 7/20/2018

**INDICATION:** Headache prophylaxis.

**CONSENT:** The expected benefits, potential adverse effects including pain at injection sites, bleeding, infection, weakness of face and neck muscles, eyelid or extraocular muscle weakness, double vision, blurred vision, dryness of eyes, and corneal irritation, the procedure itself, and alternative treatments were discussed with the patient in detail and all questions were answered. Written informed consent was obtained prior to the initial procedure.

Time Out initiated by: Dr. Gharibshahi to verify:
1) Correct patient (using patient name and medical record number).
2) Relevant chart information, history, physical examination, laboratory and imaging data has been reviewed - see progress note(s).
3) Written consent completed.
4) Correct injection sites identified by the physician performing the procedure.
5) Patient positioned correctly for procedure.
6) Physician, nurse, patient in agreement for procedure.

Injections were performed with full strength OnabotulinumtoxinA (Botox) into muscles as follows (note: all doses are per site):

| Botox | Right Total dose (# site) | | Left Total dose (# site) | | Comments |
|-------|---------|---|---------|---|----------|
| Procerus | - | - | - | - | 5 units |
| Corrugator | 2.5 | I | 2.5 | 1 | |
| Frontalis | 5 | 2 | 5 | 2 | |
| Sup. Lat. Orb. Oculi | 2.5 | 1 | 2.5 | 1 | |
| Inf. Lat. Orb. Oculi | 2.5 | 1 | 2.5 | 1 | |
| Temporalis | 5 | 2 | 5 | 2 | |
| Occipitalis | 5 | 1 | 5 | 1 | |
| Cer. Paraspinal | 5 | I | 5 | 1 | |
| Trapezius | 20 | 4 | 20 | 4 | |
| **Total** | **47.5** | | **47.5** | | **100** |

The patient tolerated the procedure well with no complications. Patient scheduled to return for repeat of the procedure in 3 months.

PLAN:
CHRONIC MIGRAINE
 - RTC in 3 months
 - Call me with Botox related questions
 - Please direct all other headache related questions to Dr. Brara
 - Keep a headache diary
Plan: CHEMODENERVATION MUSCLE(S) INNERVATED BY FACIAL, TRIGEMINAL, CERVICAL SPINAL, ACCESSORY NERVES BILAT
        ONABOTULINUMTOXINA 100 UNIT INJ RECON SOLN

Kaiser Permanente                                                                Page 29

LIB001107

Progress Notes - 07/20/2018

## KAISER PERMANENTE

PANORAMA CITY MEDICAL OFFICE 6 U
8001 VENTURA CANYON AVE
PANORAMA CITY CA 91402-6312
SCAL HIM ROI ALMR

Collier, Vicki D
MRN: 000010372397, DOB: ███████ Sex: F
Encounter date: 7/20/2018

**Progress Notes (continued)**

**Gharibshahi, Shahram (M.D.), M.D. at 7/20/2018 10:14 AM (continued)**

Thank you very much for letting me participate in the care of this interesting case. Please do not hesitate to contact me if there is any questions or concerns.

Sincerely

**Shahram Gharibshahi, MD**
Department of Neurology
Kaiser Permanente
13652 Cantara Street
Panorama City, CA 91402

**Nursing Notes**

**Favela, Alejandra (L.V.N.), L.V.N. at 7/20/2018 11:14 AM**
Status: Signed

Verified Patient using 2 identifiers.

**Chief Complaint**
Patient presents with
- BOTOX TREATMENT

## OTC Medications: none

**Vitals:**

|  | 07/20/18 1005 |
|---|---|
| BP: | 112/70 |
| Pulse: | 58 |
| Weight: | 129 lb 6.6 oz (58.7 kg) |
| Height: | 5' 6.2" (1.681 m) |

Estimated body mass index is 20.76 kg/m² as calculated from the following:
Height as of this encounter: 5' 6.2" (1.681 m).
Weight as of this encounter: 129 lb 6.6 oz (58.7 kg).

Allergies Reviewed
No Known Allergies
Kaiser Permanente

LIB001108

Progress Notes - 07/20/2018

**KAISER PERMANENTE**    PANORAMA CITY MEDICAL   Collier, Vicki D
OFFICE 6 U                 MRN: 000010372397, DOB:⬛⬛⬛ Sex: F
8001 VENTURA CANYON        Encounter date: 7/20/2018
AVE
PANORAMA CITY CA 91402-
6312
SCAL HIM ROI ALMR

**Nursing Notes (continued)**

**Favela, Alejandra (L.V.N.), L.V.N. at 7/20/2018 11:14 AM (continued)**

Smoking status verified
**History**
Smoking Status
  • Former Smoker
  • Quit date:                        1/3/1990
Smokeless Tobacco
  • Never Used

Active Medication
No outpatient prescriptions have been marked as taking for the 7/20/18
encounter (Office Visit) with Gharibshahi, Shahram (M.D.), M.D..

**Current Facility-Administered
Medications for the 7/20/18
encounter (Office Visit) with
Gharibshahi, Shahram (M.D.),
M.D.**
Medication              Dose
  • Triamcinolone        40 mg
    Acetonide Inj 40 mg
    (KENALOG)

Pharmacy Preferred:
Kaiser

PROACTIVE CARE ACTIONS

Proactive Office Encounter Actions:
There are no care gaps at this time

**Favela, Alejandra (L.V.N.), L.V.N. at 7/20/2018 11:14 AM**
Status: Signed

Botox(lot# C5011C3) full strength/ mixed with 1.2ml of normal saline. Amount given to Dr.
Gharibshahi per orders 100 units. Medication orders and dilution(s) verified with Dr.Gharibshahi.
Labeled syringe was handed to the ordering MD.

LIB001109

Progress Notes - 07/20/2018

**KAISER PERMANENTE**   PANORAMA CITY MEDICAL   Collier, Vicki D
                       OFFICE 6 U              MRN: 000010372397, DOB: ███████   Sex: F
                       8001 VENTURA CANYON     Encounter date: 7/20/2018
                       AVE
                       PANORAMA CITY CA 91402-
                       6312
                       SCAL HIM ROI ALMR

**Nursing Notes (continued)**

**Favela, Alejandra (L.V.N.), L.V.N. at 7/20/2018 11:15 AM**

Status: Signed

Patient scheduled BTX aware of date, time and location.

**Encounter Messages**

No messages in this encounter

**Diagnoses**

|  | Codes | Comments |
|---|---|---|
| **CHRONIC MIGRAINE** | G43.709 |  |

**Procedures - All Orders and Results**

**CHEMODENERVATION MUSCLE(S) INNERVATED BY FACIAL, TRIGEMINAL, CERVICAL SPINAL, ACCESSORY NERVES BILAT [640183883]**

Electronically signed by: **Gharibshahi, Shahram (M.D.), M.D. on 07/20/18 1035**                    Status: **Active**
Ordering user: Gharibshahi, Shahram (M.D.), M.D. 07/20/18 1035    Authorized by: Gharibshahi, Shahram (M.D.), M.D.
Ordering mode: Standard
Frequency: Routine 07/20/18 -                                       Released by: Gharibshahi, Shahram (M.D.), M.D. 07/20/18 1035
Diagnoses
CHRONIC MIGRAINE

**Medications - All Orders and Results**

**OnabotulinumtoxinA Inj 100 Units (BOTOX) [640183884]**

Electronically signed by: **Gharibshahi, Shahram (M.D.), M.D. on 07/20/18 1035**                    Status: **Completed**
Ordering user: Gharibshahi, Shahram (M.D.), M.D. 07/20/18 1035    Ordering provider: Gharibshahi, Shahram (M.D.), M.D.
Authorized by: Gharibshahi, Shahram (M.D.), M.D.                  Ordering mode: Standard
Frequency: Routine X1 07/20/18 1045 - 1 Occurrences               Released by: Gharibshahi, Shahram (M.D.), M.D. 07/20/18 1035
Diagnoses
CHRONIC MIGRAINE

**Final Spectacle Rx**

Click to see and print Final Spectacle Rx

**Final CL Rx**

Click to see and print Final Contact Lens Rx

Audit Trail for Eye Care Forms

**Ordered Facility-Administered Medications**

|  | Dose | Freq | Start | End |
|---|---|---|---|---|
| **OnabotulinumtoxinA Inj 100 Units (BOTOX)** | 100 Units | ONE TIME | 7/20/2018 | 7/20/2018 |
| Sig: Inject 100 Units intramuscularly one time. | | | | |
| Class: Back Office | | | | |
| Route: intraMUSCULAR | | | | |

**Social Documentation as of 7/20/2018**

No social documentation on file.

Patient Instructions

LIB001110

Progress Notes - 07/20/2018

## KAISER PERMANENTE

| | |
|---|---|
| PANORAMA CITY MEDICAL OFFICE 6 U<br>8001 VENTURA CANYON AVE<br>PANORAMA CITY CA 91402-6312<br>SCAL HIM ROI ALMR | Collier, Vicki D<br>MRN: 000010372397, DOB: ████  Sex: F<br>Encounter date: 7/20/2018 |

**Return for Care:** Return in about 3 months (around 10/20/2018).

### Follow-up and Disposition

Return in about 3 months (around 10/20/2018).

### Follow-up and Disposition History

07/20/2018 1016 - Shahram (M.D.) Gharibshahi, M.D.

| | |
|---|---|
| Disposition: | Return in about 3 months (around 10/20/2018). |

### All Flowsheet Data (all recorded)

### Encounter Vitals

| Row Name | 07/20/18 1005 |
|---|---|
| **Enc Vitals** | |
| BP | 112/70  -AF |
| Pulse | 58  -AF |
| Wt (gms) | 129 lb 6.6 oz (58.7 kg)  -AF |
| Height | 5' 6.2" (1.681 m)  -AF |

### Custom Formula Data

| Row Name | 07/20/18 1005 |
|---|---|
| **OTHER** | |
| Ideal Body Weight (calculated) | 58.9  -AF |
| BSA (System Calculated) | 1.66  -AF |
| Body Mass Index | 15.64  -AF |
| Body Mass Index | 21  -AF |
| Birth Weight | 0  -AF |
| % Change from Birth Weight | 587014112.8  -AF |
| Weight change from previous (gm) | 0  -AF |
| BSA (Dubois) | 1.665  -AF |
| BSA (Last Ht) | 1.66  -AF |
| BMI (Last Ht) | 21  -AF |
| Mean Arterial Pressure (MAP) | 84  -AF |
| **Vitals** | |
| Pct Wt Change | 0 %  -AF |

### User Key

(r) = Recorded By, (t) = Taken By, (c) = Cosigned By

| Initials | Name | Effective Dates | Provider Type | Discipline |
|---|---|---|---|---|
| AF | Favela, Alejandra (L.V.N.), L.V.N. | 01/31/18 - 12/01/18 | LICENSED VOCATIONAL NURSE | — |

Kaiser Permanente

Page 33

**LIB001111**

Progress Notes - 07/06/2018

## KAISER PERMANENTE

PANORAMA CITY MEDICAL  Collier, Vicki D
OFFICE 2 U                        MRN: 000010372397, DOB: ███  Sex: F
8250 WOODMAN AVE         Encounter date: 7/6/2018
PANORAMA CITY CA 91402-
5427
SCAL HIM ROI ALMR

---

**Orthopedic Office Visit**                                    **Vicki D Collier**
7/6/2018                                                              **MRN: 000010372397**

---

### Visit Information

| Date & Time | Provider | Department | Dept. Phone | Encounter # |
|---|---|---|---|---|
| 7/6/2018 10:30 AM | Tun, Sovanrith (M.D.), M.D. | ORTHOPEDICS | 888-778-5000 | 448137776 |

### Reason for Call/Visit

| FOLLOW UP EXAM | bilateral shoulder f/u |
|---|---|

### Call Documentation

No notes of this type exist for this encounter.

### Vitals

LMP
12/31/2013

### Nursing Notes

**Sy, Sanch Gerald Aragones (L.V.N.), L.V.N. at 7/6/2018 10:27 AM**

Status: Signed

Confirmed patient identity  w/ 2 forms of identification  Yes

**Chief Complaint**
Patient presents with
 • FOLLOW UP EXAM
   *bilateral shoulder f/u*

## PROACTIVE CARE ACTIONS

Proactive Office Encounter Actions: There are no care gaps at this time

---

### Progress Notes

**Tun, Sovanrith (M.D.), M.D. at 7/6/2018 10:46 AM**

| Author Type: Physician | Status: Signed |
|---|---|

---

LIB001112

Progress Notes - 07/06/2018

## KAISER PERMANENTE

PANORAMA CITY MEDICAL OFFICE 2 U
8250 WOODMAN AVE
PANORAMA CITY CA 91402-5427
SCAL HIM ROI ALMR

Collier, Vicki D
MRN: 000010372397, DOB:          Sex: F
Encounter date: 7/6/2018

**Progress Notes (continued)**

**Tun, Sovanrith (M.D.), M.D. at 7/6/2018 10:46 AM (continued)**

Right shoulder partial rotator cuff tear repair, subscapularis tendon  (Henry Mayo)
Partial intratendinous supraspinatus tendon tear
7.25.17

Bilateral shoulder follow-up

SUBJECTIVE:
Chief complaint of persistent Pain in bilateral shoulders
Stopped pain medications
Does physical therapy at Henry Mayo

Review of Systems - no fever/chills, no weightloss, no new skin lesions, no falls

OBJECTIVE:  LMP 12/31/2013
Bilateral shoulders
No atrophy
Abduction 90    Forward Flexion 90
External Rotation 70    Internal Rotation 20
Impingement positive.
Jobe's 5/5
AC joint non-tender, negative Speed's
positive sensation
moving all fingers
Brisk capillary refill

IMPRESSION - Bilateral shoulder rotator cuff syndrome.

PLAN -
Activity modification
Meloxicam
Will be stopping her current job
Bilateral shoulder cortisone injections

Patient gave verbal informed consent after risks and benefits discussed.   Area prepped and draped in the usual sterile fashion.  Subacromial space located and marked.   5 ml of 1% lidocaine and 1 ml of kenalog 40mg/ml injected.  Patient tolerated procedure well without complications.

Right shoulder arthroscopy, rotator cuff repair if pain persists

The risks, benefits and alternatives of the proposed surgery were discussed with the patient, including the option of further non-operative treatment.  The possibility of perioperative complications leading to disability and death were explained. She understands the risks of surgery include but aren't limted to bleeding, infection, nerve, vessel, tendon and bone damage, the complications of anesthesia, stiffness, weakness, clicking, chronic pain, the need for other operations and future revision surgery.  Vicki's questions were answered in depth and she is willing to proceed.

Follow-up - RTC prn

Rit Tun, MD
Department of Orthopedic Surgery

Kaiser Permanente

Page 19

LIB001113

Progress Notes - 07/06/2018

| | | |
|---|---|---|
| **KAISER PERMANENTE** | PANORAMA CITY MEDICAL OFFICE 2 U<br>8250 WOODMAN AVE<br>PANORAMA CITY CA 91402-5427<br>SCAL HIM ROI ALMR | Collier, Vicki D<br>MRN: 000010372397, DOB ▇▇▇ Sex: F<br>Encounter date: 7/6/2018 |

**Progress Notes (continued)**

<u>Tun, Sovanrith (M.D.), M.D. at 7/6/2018 10:46 AM (continued)</u>

7/6/2018  10:51 AM.

**Nursing Notes**

<u>Sy, Sanch Gerald Aragones (L.V.N.), L.V.N. at 7/6/2018 10:27 AM</u>
Status:  Signed

Confirmed patient identity  w/ 2 forms of identification  Yes

**Chief Complaint**
Patient presents with
- FOLLOW UP EXAM
   *bilateral shoulder f/u*

PROACTIVE CARE ACTIONS

Proactive Office Encounter Actions: There are no care gaps at this time

**Encounter Messages**
No messages in this encounter

**Diagnoses**

| | Codes | Comments |
|---|---|---|
| **BILAT ROTATOR CUFF SYNDROME** | M75.101, M75.102 | |

**Procedures - All Orders and Results**

**SURGICAL CASE REQUEST [636882720]**

| | | |
|---|---|---|
| Electronically signed by:  **Tun, Sovanrith (M.D.), M.D. on 07/06/18 1110** | | Status:  **Discontinued** |
| Ordering user:  Tun, Sovanrith (M.D.), M.D. 07/06/18 1110 | Authorized by:  Tun, Sovanrith (M.D.), M.D. | |
| Ordering mode:  Standard | | |
| Frequency:  Routine  07/06/18 - | Discontinued by:  Flores-Marroquin, Jessica 10/08/18 1559 [The associated case was canceled: Cancel/Postpone: Patient Requests Another Date (10/8 Pt called in to cancel surgery)] | |

Diagnoses
BILAT ROTATOR CUFF SYNDROME

Questionnaire

| Question | Answer |
|---|---|
| Diagnosis (DX): | NONTRAUMATIC PARTIAL RIGHT ROTATOR CUFF TEAR |
| Add On Case? | No |
| Case Classification: | G. Elective |
| Is this an overnight stay? | No |
| Date patient is first available for surgery? | 8/1/2018 |
| Patient will accept a different surgeon to expedite surgery date? | No |

**INJECTION, SHOULDER [636882721]**

| | | |
|---|---|---|
| Electronically signed by:  **Tun, Sovanrith (M.D.), M.D. on 07/06/18 1110** | | Status:  **Active** |
| Ordering user:  Tun, Sovanrith (M.D.), M.D. 07/06/18 1110 | Authorized by:  Tun, Sovanrith (M.D.), M.D. | |

LIB001114

Progress Notes - 07/06/2018

**KAISER PERMANENTE**  PANORAMA CITY MEDICAL   Collier, Vicki D
OFFICE 2 U                               MRN: 000010372397, DOB: ▇▇▇  Sex: F
8250 WOODMAN AVE                         Encounter date: 7/6/2018
PANORAMA CITY CA 91402-
5427
SCAL HIM ROI ALMR

### Procedures - All Orders and Results (continued)

**INJECTION, SHOULDER [636882721] (continued)**

Ordering mode:  Standard
Frequency:  Routine  07/06/18 -
Diagnoses
BILAT ROTATOR CUFF SYNDROME

### Medications - All Orders and Results

**Triamcinolone Acetonide Inj 80 mg (KENALOG) [636882722]**

Electronically signed by: **Tun, Sovanrith (M.D.), M.D. on 07/06/18 1110**          Status: **Completed**
Ordering user: Tun, Sovanrith (M.D.), M.D. 07/06/18 1110     Ordering provider:  Tun, Sovanrith (M.D.), M.D.
Authorized by: Tun, Sovanrith (M.D.), M.D.                  Ordering mode:  Standard
Frequency:  Routine X1 07/06/18 1115 - 1 Occurrences
Diagnoses
BILAT ROTATOR CUFF SYNDROME
Medication comments: This is a Cross Concentration Medication.

### Final Spectacle Rx

Click to see and print Final Spectacle Rx

### Final CL Rx

Click to see and print Final Contact Lens Rx

Audit Trail for Eye Care Forms

### Ordered Facility-Administered Medications

| | Dose | Freq | Start | End |
|---|---|---|---|---|
| **Triamcinolone Acetonide Inj 80 mg (KENALOG)** | 80 mg | ONE TIME | 7/6/2018 | 7/6/2018 |

Sig: 80 mg by Injection route one time.
Class: Back Office
Notes to Pharmacy: This is a Cross Concentration Medication.
Route: Injection

### Social Documentation as of 7/6/2018

No social documentation on file.

Patient Instructions

Sovanrith Tun, MD

Department of Orthopedics

Southern California Permanente Medical Group

13652 Cantara Street

Panorama City, CA 91402

# **We THRIVE for "DEFINITELY YES"**

**On behalf of Sovanrith Tun MD and myself Sanch Sy, LVN, I would like to thank you for allowing us to take care of your healthcare needs. We hope you have received excellent care and that all of your questions were answered.**

**We encourage you to complete your satisfaction survey, if you receive one in the mail or via email.** Here at Kaiser Permanente, we strive to provide you with the best care possible

LIB001115

Progress Notes - 07/06/2018

| **KAISER PERMANENTE** | PANORAMA CITY MEDICAL OFFICE 2 U 8250 WOODMAN AVE PANORAMA CITY CA 91402-5427 SCAL HIM ROI ALMR | Collier, Vicki D MRN: 000010372397, DOB: ▮▮▮▮ Sex: F Encounter date: 7/6/2018 |
|---|---|---|

and your feedback helps us do that. Have a nice day!

Once again, thank you for choosing Kaiser Permanente for your health care needs. If you have any questions regarding the following:

**ORTHOPEDIC appointment, please send a message to your OrthopedicProvider at 1(888) 778-5000 or e-mail your provider on KP.Org**

**All Flowsheet Data (all recorded)**

No documentation.

---

**All Administrations of Triamcinolone Acetonide Inj 80 mg (KENALOG)**

| Administration | Action Time | Recorded Time | Documented By | Site | Comment | Reason |
|---|---|---|---|---|---|---|
| Given : 80 mg :  : Injection | 07/06/18 1142 | 07/06/18 1143 | Sy, Sanch Gerald Aragones (L.V.N.), L.V.N. | | BILATERAL SHOULDER | |

LIB001116

Page 1 of 1

# KAISER PERMANENTE® thrive

**This form contains your diagnosis.**

TUN, SOVANRITH (M.D.)
8250 Woodman Ave
Panorama City CA 91402-5427
818-375-2000

**Patient Name:** Collier,Vicki D
**Encounter Date & Time:** 7/6/2018 10:30 AM

Please see below for this health care provider's directives and information relating to this encounter.

# Work Status Report

**Date onset of condition:**
**Next Appointment Date:**

**DIAGNOSIS:** BILAT ROTATOR CUFF SYNDROME

**Modified Activity (Applies to work and home)**
This patient is placed on modified activity at work and at home from 7/16/2018 through 8/31/2018.

*If modified activity is not accommodated by the employer then this patient is considered temporarily and totally disabled from their regular work for the designated time and a separate off work order is not required.*

**Other needs and/or restrictions:**
No typing. No use of both shoulders and arms.

**Full Duty:**
The patient was evaluated and deemed able to return to work at full capacity on 9/1/2018

This form has been electronically signed and authorized by TUN, SOVANRITH (M.D.)

*This form contains your private health information that you may choose to release to another party, therefore please review for accuracy.*

Progress Notes - 05/14/2018

## KAISER PERMANENTE

| | |
|---|---|
| PANORAMA CITY MEDICAL OFFICE 2 U | Collier, Vicki D |
| 8250 WOODMAN AVE | MRN: 000010372397, DOB: ▮▮▮▮ Sex: F |
| PANORAMA CITY CA 91402-5427 | Encounter date: 5/14/2018 |
| SCAL HIM ROI ALMR | |

| Orthopedic Office Visit | Vicki D Collier |
|---|---|
| 5/14/2018 | MRN: 000010372397 |

### Visit Information

| Date & Time | Provider | Department | Dept. Phone | Encounter # |
|---|---|---|---|---|
| 5/14/2018 11:00 AM | Tun, Sovanrith (M.D.), M.D. | ORTHOPEDICS | 888-778-5000 | 441792115 |

### Reason for Call/Visit

| FOLLOW UP EXAM | bilat shoulder |
|---|---|

### Call Documentation

No notes of this type exist for this encounter.

### Vitals

LMP
12/31/2013

### Nursing Notes

**Sy, Sanch Gerald Aragones (L.V.N.), L.V.N. at 5/14/2018 11:17 AM**

Status: Signed

Confirmed patient identity  w/ 2 forms of identification  Yes

**Chief Complaint**
Patient presents with
· FOLLOW UP EXAM
   *bilat shoulder*

POE down.

### Progress Notes

**Tun, Sovanrith (M.D.), M.D. at 5/14/2018 11:18 AM**

| Author Type: Physician | Status: Signed |
|---|---|

Right shoulder partial rotator cuff tear repair, subscapularis tendon  (Henry Mayo)
Partial intratendinous supraspinatus tendon tear
7.25.17

Bilateral shoulder follow-up

Kaiser Permanente                                                                                      Page 9

LIB001118

Progress Notes - 05/14/2018

**KAISER PERMANENTE** PANORAMA CITY MEDICAL Collier, Vicki D
OFFICE 2 U MRN: 000010372397, DOB: ███ Sex: F
8250 WOODMAN AVE Encounter date: 5/14/2018
PANORAMA CITY CA 91402-
5427
SCAL HIM ROI ALMR

**Progress Notes (continued)**

**Tun, Sovanrith (M.D.), M.D. at 5/14/2018 11:18 AM (continued)**
SUBJECTIVE:
Chief complaint of persistent Pain in bilateral shoulders
Previous Treatment - left shoulder cortisone injection helped.
Had botox injections
Norco 1/2 tablet
Meloxicam
neurontin
There is moderate pain
Still working on an ergonomic workstation

Review of Systems - no fever/chills, no weightloss, no new skin lesions, no falls

OBJECTIVE:  LMP 12/31/2013
Bilateral shoulders
No atrophy
Abduction 90    Forward Flexion 90
External Rotation 70    Internal Rotation 20
Impingement positive.
Jobe's 5/5
AC joint non-tender, negative Speed's
positive sensation
moving all fingers
Brisk capillary refill

IMPRESSION - Bilateral shoulder rotator cuff syndrome.

PLAN -
Activity modification
Meloxicam
Norco.
Will be stopping her current job

Follow-up - RTC prn

Rit Tun, MD
Department of Orthopedic Surgery
5/14/2018  11:18 AM..

**Nursing Notes**

**Sy, Sanch Gerald Aragones (L.V.N.), L.V.N. at 5/14/2018 11:17 AM**
Status:  Signed

Confirmed patient identity  w/ 2 forms of identification  Yes

**Chief Complaint**
Patient presents with
  • FOLLOW UP EXAM
     *bilat shoulder*

Kaiser Permanente                                                                          Page 10

LIB001119

Progress Notes - 05/14/2018

## KAISER PERMANENTE

PANORAMA CITY MEDICAL OFFICE 2 U
8250 WOODMAN AVE
PANORAMA CITY CA 91402-5427
SCAL HIM ROI ALMR

Collier, Vicki D
MRN: 000010372397, DOB ██████ Sex: F
Encounter date: 5/14/2018

**Nursing Notes (continued)**

**Sy, Sanch Gerald Aragones (L.V.N.), L.V.N. at 5/14/2018 11:17 AM (continued)**

POE down.

**Encounter Messages**

No messages in this encounter

**Diagnoses**

| | Codes | Comments |
|---|---|---|
| **BILAT ROTATOR CUFF SYNDROME** | M75.101, M75.102 | |

**All Orders and Results**

No orders and results found

**Final Spectacle Rx**

Click to see and print Final Spectacle Rx

**Final CL Rx**

Click to see and print Final Contact Lens Rx

Audit Trail for Eye Care Forms

**Medications the Patient Reported Taking**

_ **HYDROcodone-Acetaminophen (NORCO) 10-325 mg Oral Tab (Taking/Expired)**_____
_ **Meloxicam (MOBIC) 15 mg Oral Tab (Taking)** _____
**Gabapentin (NEURONTIN) 100 mg Oral Cap (Taking/Expired)**

**Social Documentation as of 5/14/2018**

No social documentation on file.

Patient Instructions

Sovanrith Tun, MD

Department of Orthopedics

Southern California Permanente Medical Group

13652 Cantara Street

Panorama City, CA 91402

# **We THRIVE for "DEFINITELY YES"**

**On behalf of Sovanrith Tun MD and myself Sanch Sy, LVN, I would like to thank you for allowing us to take care of your healthcare needs. We hope you have received excellent care and that all of your questions were answered.**

**We encourage you to complete your satisfaction survey, if you receive one in the mail or via email.** Here at Kaiser Permanente, we strive to provide you with the best care possible and your feedback helps us do that. Have a nice day!

Kaiser Permanente

LIB001120

**Progress Notes - 05/14/2018**

**KAISER PERMANENTE**    PANORAMA CITY MEDICAL  Collier, Vicki D
                        OFFICE 2 U            MRN: 000010372397, DOB: ███████ Sex: F
                        8250 WOODMAN AVE      Encounter date: 5/14/2018
                        PANORAMA CITY CA 91402-
                        5427
                        SCAL HIM ROI ALMR

Once again, thank you for choosing Kaiser Permanente for your health care needs. If you have any questions regarding the following:

**ORTHOPEDIC appointment, please send a message to your
OrthopedicProvider at 1(888) 778-5000 or e-mail your provider on KP.Org**

**All Flowsheet Data (all recorded)**

No documentation.

LIB001121

Progress Notes - 05/14/2018

## KAISER PERMANENTE

PANORAMA CITY MEDICAL
OFFICE 2 U
8250 WOODMAN AVE
PANORAMA CITY CA 91402-
5427
SCAL HIM ROI ALMR

Collier, Vicki D
MRN: 000010372397, DOB: ███████ Sex: F
Encounter date: 5/14/2018

### Encounter-Level Documents - 05/14/2018:

Collier, Vicki D (MR # 000010372397)                                    Page 1 of 3

**After Visit Summary**
**5/14/2018**

Vicki D Collier
MRN: 000010372397

#### Visit and Patient Information

**Visit Information**

| Date & Time | Provider | Department |
|---|---|---|
| 5/14/2018 11:00 AM | SOVANRITH TUN MD, M.D. | Orppcpc2 Orp |

#### Visit Summary

**Vitals**

LMP
12/31/2013

**Health Problems Reviewed**

BILATERAL ROTATOR CUFF SYNDROME

**Patient Instructions**

Sovanrith Tun, MD

Department of Orthopedics

Southern California Permanente Medical Group

13652 Cantara Street

Panorama City, CA 91402

## **We THRIVE for "DEFINITELY YES"**

**On behalf of Sovanrith Tun MD and myself Sanch Sy, LVN, I would like to thank you for allowing us to take care of your healthcare needs. We hope you have received excellent care and that all of your questions were answered.**

**We encourage you to complete your satisfaction survey, if you receive one in the mail or via email.** Here at Kaiser Permanente, we strive to provide you with the best care possible and your feedback helps us do that. Have a nice day!

Once again, thank you for choosing Kaiser Permanente for your health care needs. If you have any questions regarding the following:

**ORTHOPEDIC appointment, please send a message to your OrthopedicProvider at 1(888) 778-5000 or e-mail your provider on KP.Org**

**Allergies**

| | Reviewed On: 5/14/2018 By: Sy, Sanch Gerald Aragones (L.V.N.), L.V.N. |
|---|---|
| **Allergies as of 5/14/2018** | |
| No Known Allergies | |

Contains Confidential Information - Dispose of Properly.                Page 1 of 3
Kaiser Permanente, SCPMG: Collier, Vicki D (000010372397)

LIB001122

Progress Notes - 05/14/2018

**KAISER PERMANENTE**    PANORAMA CITY MEDICAL  Collier, Vicki D
                        OFFICE 2 U             MRN: 000010372397, DOB: ███████ Sex: F
                        8250 WOODMAN AVE       Encounter date: 5/14/2018
                        PANORAMA CITY CA 91402-
                        5427
                        SCAL HIM ROI ALMR

**Encounter-Level Documents - 05/14/2018: (continued)**

Collier, Vicki D (MR # 000010372397)                          Page 2 of 3
                                        Reviewed On: 5/14/2018 By: Sy, Sanch Gerald
Allergies as of 5/14/2018 (continued)            Aragones (L.V.N.), L.V.N.

### Medications

**Upcoming Administrations**

| Due | | Last Admin |
|---|---|---|
| 11/30/2017 | Triamcinolone Acetonide Inj 40 mg (KENALOG) | (none) |

**Visit Medication List**                    Patient reported, restarted, and new medications
relevant to this visit. This may not reflect all medications the patient is taking.

| | Dosage |
|---|---|
| HYDROcodone-Acetaminophen (NORCO) 10-325 mg Oral Tab (Taking) | Take 1 to 2 tablets by mouth every 6 hours as needed for pain. Do not exceed 8 tablets per day. |
| Meloxicam (MOBIC) 15 mg Oral Tab (Taking) | Take 1 tablet by mouth daily with food as needed for pain or inflammation |
| Gabapentin (NEURONTIN) 100 mg Oral Cap (Taking) | TAKE 1 CAPSULE BY MOUTH AT BEDTIME FOR ONE WEEK, THEN INCREASE TO 2 CAPSULES AT BEDTIME FOR 2 WEEKS, THEN INCREASE TO 3 CAPSULES AT BEDTIME. |

**Upcoming Administrations**

| Due | | Last Admin |
|---|---|---|
| 11/30/2017 | Triamcinolone Acetonide Inj 40 mg (KENALOG) | (none) |

Common Medication Direction Abbreviations
PO = Orally, QD = Once/day, BID = Twice/day, TID = 3x/day, QID = 4x/day, PRN = as needed
QHS = Every night at bedtime, AC = Before meals, PC = After meals, c = With, s = Without

### Orders

**Future Appointments**

| Date & Time | Provider | Department | Center | Type of Visit |
|---|---|---|---|---|
| 5/23/2018 2:00 PM | Arazi, Tracy Lynn (A.U.D.) | AUDIOLOGY | PS2U | Consult |
| 6/8/2018 10:30 AM | Tun, Sovanrith (M.D.) | ORTHOPEDICS | STSU | Office Visit |
| 7/12/2018 10:00 AM | Gharibshahi, Shahram (M.D.) | NEUROLOGY | PC1U | Procedure |

### General Information

**Protect yourself from the flu. Get vaccinated.**

The flu is a serious, contagious illness caused by influenza viruses. Anyone can get the flu. It can cause mild to severe illness. The best way to prevent the flu is by getting a flu shot each year. The CDC and Kaiser Permanente recommend everyone 6 months and older get a flu shot every year.

Flu shot clinics open in September. No appointment is necessary.

Flu shots are available at no charge to members at Kaiser Permanente medical facilities.

For information about hours, times, and locations, please visit kp.org/flu or call 1-866-70-NOFLU (1-866-706-6358).

Contains Confidential Information - Dispose of Properly.                    Page 2 of 3
Kaiser Permanente, SCPMG: Collier, Vicki D (000010372397)

LIB001123

Progress Notes - 05/14/2018

## KAISER PERMANENTE

PANORAMA CITY MEDICAL  Collier, Vicki D
OFFICE 2 U                      MRN: 000010372397, DOB ▆▆▆▆  Sex: F
8250 WOODMAN AVE          Encounter date: 5/14/2018
PANORAMA CITY CA 91402-
5427
SCAL HIM ROI ALMR

### Encounter-Level Documents - 05/14/2018: (continued)

Collier, Vicki D (MR # 000010372397)                                     Page 3 of 3

Adults should participate in at least 30 minutes, and children at least 60 minutes, of moderate exercise (such as brisk walking) for five or more days each week, unless instructed otherwise by your provider. For more information on the health benefits of walking please refer to http://www.everybodywalk.org. THRIVE!

Register at www.kp.org to email your physician, renew prescriptions, request appointments, learn more about your personal health, or obtain tips for healthy living!

Save money and time! Get your refills for home delivery at www.kp.org/refill

Contains Confidential Information - Dispose of Properly.                  Page 3 of 3
Kaiser Permanente, SCPMG: Collier, Vicki D (000010372397)

### Order-Level Documents:
There are no order-level documents.

### Scanned Document Error Report

**Request for scans completed successfully; no scanning errors identified in this encounter.**

**LIB001124**

## KAISER PERMANENTE® thrive

**This form contains your diagnosis.**

TUN, SOVANRITH (M.D.)
8250 Woodman Ave
Panorama City CA 91402-5427
818-375-2000

**Patient Name:** Collier,Vicki D
**Encounter Date & Time:** 5/14/2018 11:00 AM

Please see below for this health care provider's directives and information relating to this encounter.

## Work Status Report

**Date onset of condition:**
**Next Appointment Date:**

**DIAGNOSIS:** BILAT ROTATOR CUFF SYNDROME

**Modified Activity (Applies to work and home)**
This patient is placed on modified activity at work and at home from 5/14/2018 through 7/15/2018.

*If modified activity is not accommodated by the employer then this patient is considered temporarily and totally disabled from their regular work for the designated time and a separate off work order is not required.*

**Other needs and/or restrictions:**
No typing. No use of both shoulders and arms.

This form has been electronically signed and authorized by TUN, SOVANRITH (M.D.)

*This form contains your private health information that you may choose to release to another party, therefore please review for accuracy.*

Printed By: ANTONE, MARIA on 3/2/2019 at 9:46:15 AM
**LIB001125**

Progress Notes - 05/10/2018

## KAISER PERMANENTE

SANTA CLARITA MEDICAL
OFFICES U
27107 TOURNEY RD
SANTA CLARITA CA 91355-
1860
SCAL HIM ROI ALMR

Collier, Vicki D
MRN: 000010372397, DOB: ███████ Sex: F
Encounter date: 5/10/2018

| **Office Visit**<br>**5/10/2018** | **Vicki D Collier**<br>**MRN: 000010372397** |
|---|---|

### Visit Information

| Date & Time | Provider | Department | Dept. Phone | Encounter # |
|---|---|---|---|---|
| 5/10/2018  3:30 PM | Dimartini, Patrick Anthony (M.D.), M.D. | INTERNAL MEDICINE | 888-778-5000 | 443480606 |

### Reason for Call/Visit

| RINGING IN EARS | x1 wk |
|---|---|

### Call Documentation

No notes of this type exist for this encounter.

### Vitals

| BP | Pulse | Temp | Ht | LMP |
|---|---|---|---|---|
| 109/64 | 65 | 98 °F (36.7 °C) (Oral) | 5' 6.2" (1.681 m) | 12/31/2013 |

SpO2
99%

### Progress Notes

**Dimartini, Patrick Anthony (M.D.), M.D. at 5/10/2018  3:46 PM**

| Author Type:  Physician | Status:  Signed |
|---|---|

Vicki D Collier is a 54 year old female complains of tinnitus. Has h/o this but got worse over the last week. No known change in hearing. Works in insurnace and not having any noise pollution. Had URI a month ago. Still has occ dry cough. Denies any allergy problems.  Doesn't take ASA

Patient Active Problem List:
  HEAVY MENSTRUAL BLEEDING (MENORRHAGIA)
  RIGHT CONJUNCTIVAL CYST

BP 109/64  | Pulse 65  | Temp 98 °F (36.7 °C) (Oral}  | Ht 1.681 m (5' 6.2")  | LMP 12/31/2013  | SpO2 99%
Gen: Non toxic appearing in NAD
HEENT: AT/NC, PERRL, MMM, pharynx pink without exudates, TMs intact and without bulging or erythema, conjunctivae pink
neck: supple, without adenopathy
heart: RRR
lungs: CTA bilaterally
Neuro: AAO x4, CN II-XII grossly intact, EOMI, fundi sharp O

Assessement/Plan:

BILAT SUBJECTIVE TINNITUS

Kaiser Permanente

LIB001126

Progress Notes - 05/10/2018

## KAISER PERMANENTE

SANTA CLARITA MEDICAL
OFFICES U
27107 TOURNEY RD
SANTA CLARITA CA 91355-
1860
SCAL HIM ROI ALMR

Collier, Vicki D
MRN: 000010372397, DOB: ███ Sex: F
Encounter date: 5/10/2018

---

**Progress Notes (continued)**

**Dimartini, Patrick Anthony (M.D.), M.D. at 5/10/2018  3:46 PM (continued)**

Worsening
? If due to woresning hearing or perhaps ET plugging
Try sudafed
Try flonase daily
Audiogram referral to compare to last year
Plan: REFERRAL AUDIOLOGY

**Encounter Messages**

No messages in this encounter

**Diagnoses**

|  | Codes | Comments |
|---|---|---|
| **BILAT SUBJECTIVE TINNITUS** | H93.13 | |

**All Orders and Results**

No orders and results found

**Final Spectacle Rx**

Click to see and print Final Spectacle Rx

**Final CL Rx**

Click to see and print Final Contact Lens Rx

Audit Trail for Eye Care Forms

**Medications the Patient Reported Taking**

Albuterol (VENTOLIN HFA) 90 mcg/actuation Inhl HFAA  (Taking)
HYDROcodone-Acetaminophen (NORCO) 10-325 mg Oral Tab (Taking/Expired)
Meloxicam (MOBIC) 15 mg Oral Tab  (Taking)
Diclofenac Sodium (VOLTAREN) 1 % Top Gel (Taking/Expired)
Gabapentin (NEURONTIN) 100 mg Oral Cap (Taking/Expired)
Betamethasone Dipropionate Aug (DIPROLENE AF) 0.05 % Top Crea (Taking/Expired)
Triamcinolone Acetonide (KENALOG) 0.1 % Top Crea  (Taking)

**Social Documentation as of 5/10/2018**

No social documentation on file.

## Patient Instructions

## No instructions given.

**All Flowsheet Data (all recorded)**

**Encounter Vitals**

| Row Name | 05/10/18 1536 |
|---|---|
| Enc Vitals | |
| BP | 109/64  -MD |
| Pulse | 65  -MD |
| Temp | 98 °F (36.7 °C)  -MD |
| Temp src | Oral  -MD |

**LIB001127**

Progress Notes - 05/10/2018

## KAISER PERMANENTE

SANTA CLARITA MEDICAL
OFFICES U
27107 TOURNEY RD
SANTA CLARITA CA 91355-
1860
SCAL HIM ROI ALMR

Collier, Vicki D
MRN: 000010372397, DOB █████ Sex: F
Encounter date: 5/10/2018

### All Flowsheet Data (all recorded) (continued)

#### Encounter Vitals (continued)

| Row Name | 05/10/18 1536 |
|---|---|
| SpO2 | 99 % -MD |
| Height | 5' 6.2" (1.681 m) -MD |

#### Custom Formula Data

| Row Name | 05/10/18 1536 |
|---|---|
| OTHER | |
| Ideal Body Weight (calculated) | 58.9 -MD |
| Mean Arterial Pressure (MAP) | 79 -MD |

#### Exercise Vitals

| Row Name | 05/10/18 1538 |
|---|---|
| Exercise Level of Effort | |
| Days per week of moderate to strenuous exercise (like a brisk walk) | 5 -MD |
| On average, minutes per day of exercise at this level | 60 -MD |

#### User Key

(r) = Recorded By, (t) = Taken By, (c) = Cosigned By

| Initials | Name | Effective Dates | Provider Type | Discipline |
|---|---|---|---|---|
| MD | Dalton, Maricela (L.V.N.), L.V.N. | 04/05/18 - 12/01/18 | LICENSED VOCATIONAL NURSE | — |

LIB001128

Progress Notes - 05/10/2018

## KAISER PERMANENTE

SANTA CLARITA MEDICAL OFFICES U
27107 TOURNEY RD
SANTA CLARITA CA 91355-1860
SCAL HIM ROI ALMR

Collier, Vicki D
MRN: 000010372397, DOB: ███ Sex: F
Encounter date: 5/10/2018

### Encounter-Level Documents - 05/10/2018:

---

Collier, Vicki D (MR # 000010372397)                                    Page 1 of 3

**After Visit Summary**                     Vicki D Collier
**5/10/2018**                               MRN: 000010372397

#### Visit and Patient Information

**Visit Information**

| Date & Time | Provider | Department |
|---|---|---|
| 5/10/2018 3:30 PM | PATRICK ANTHONY DIMARTINI MD, M.D. | Intpcstc Med |

#### Visit Summary

**Vitals**

| BP | Pulse | Temp | Ht | LMP |
|---|---|---|---|---|
| 109/64 | 65 | 98 °F (36.7 °C) (Oral) | 5' 6.2" (1.681 m) | 12/31/2013 |

SpO2
99%

**Health Problems Reviewed**
BOTH SIDES SUBJECTIVE TINNITUS

**Patient Instructions**
None

#### Allergies

Reviewed On: 5/10/2018 By: Dalton, Maricela (L.V.N.), L.V.N.

Allergies as of 5/10/2018
No Known Allergies

#### Medications

**Upcoming Administrations**

| Due | | Last Admin |
|---|---|---|
| 11/30/2017 | Triamcinolone Acetonide Inj 40 mg (KENALOG) | (none) |

**Visit Medication List**                Patient reported, restarted, and new medications
relevant to this visit. This may not reflect all medications the patient is taking.

| | Dosage |
|---|---|
| **Albuterol (VENTOLIN HFA) 90 mcg/actuation Inhl HFAA  (Taking)** | Inhale 2 puffs by mouth every 4 hours as needed for shortness of breath or wheezing . Shake well before use. 100 days supply for Asthma is 1 canister (18 g). USE WITH SPACER DEVICE IF PRESCRIBED |
| **HYDROcodone-Acetaminophen (NORCO) 10-325 mg Oral Tab (Taking)** | Take 1 to 2 tablets by mouth every 6 hours as needed for pain. Do not exceed 8 tablets per day. |
| **Meloxicam (MOBIC) 15 mg Oral Tab (Taking)** | Take 1 tablet by mouth daily with food as needed for pain or inflammation |
| **Diclofenac Sodium (VOLTAREN) 1 % Top Gel  (Taking)** | Apply to affected area(s) 2 times a day as needed for pain |
| **Gabapentin (NEURONTIN) 100 mg Oral Cap (Taking)** | TAKE 1 CAPSULE BY MOUTH AT BEDTIME FOR ONE WEEK, THEN INCREASE TO 2 CAPSULES FOR 2 WEEKS, THEN INCREASE TO 3 CAPSULES AT BEDTIME. |
| **Betamethasone Dipropionate Aug (DIPROLENE AF) 0.05 % Top Crea  (Taking)** | Apply to plaque(s) of eczema 2 times daily for 2 to 3 weeks, then stop. May resume for flares. |

Contains Confidential Information - Dispose of Properly.                    Page 1 of 3
Kaiser Permanente, SCPMG: Collier, Vicki D (000010372397)

LIB001129

Progress Notes - 05/10/2018

# KAISER PERMANENTE

SANTA CLARITA MEDICAL
OFFICES U
27107 TOURNEY RD
SANTA CLARITA CA 91355-
1860
SCAL HIM ROI ALMR

Collier, Vicki D
MRN: 000010372397, DOB: ████ Sex: F
Encounter date: 5/10/2018

## Encounter-Level Documents - 05/10/2018: (continued)

Collier, Vicki D (MR # 000010372397)                                          Page 2 of 3
**Visit Medication List**                      **Patient reported, restarted, and new medications**
relevant to this visit. This may not reflect all medications the patient is taking. (continued)

|  | Dosage |
|---|---|
| **Triamcinolone Acetonide (KENALOG) 0.1 %** | Apply to itchy areas on back 2 times daily |
| **Top Crea (Taking)** | |

**Upcoming Administrations**

| Due | | Last Admin |
|---|---|---|
| 11/30/2017 | Triamcinolone Acetonide Inj 40 mg (KENALOG) | (none) |

Common Medication Direction Abbreviations
PO = Orally, QD = Once/day, BID = Twice/day, TID = 3x/day, QID = 4x/day, PRN = as needed
QHS = Every night at bedtime, AC = Before meals, PC = After meals, c = With, s = Without

### Orders

**New Orders**

Normal Orders This Visit
**REFERRAL AUDIOLOGY [200262 Custom]**

**Future Appointments**

| Date & Time | Provider | Department | Center | Type of Visit |
|---|---|---|---|---|
| 5/14/2018 11:00 AM | Tun, Sovanrith (M.D.) | ORTHOPEDICS | PC2U | Office Visit |
| 7/12/2018 10:00 AM | Gharibshahi, Shahram (M.D.) | NEUROLOGY | PC1U | Procedure |

### General Information

**Protect yourself from the flu.  Get vaccinated.**

The flu is a serious, contagious illness caused by influenza viruses. Anyone can get the flu. It can cause mild to severe illness. The best way to prevent the flu is by getting a flu shot each year. The CDC and Kaiser Permanente recommend everyone 6 months and older get a flu shot every year.

Flu shot clinics open in September. No appointment is necessary.

Flu shots are available at no charge to members at Kaiser Permanente medical facilities.

For information about hours, times, and locations, please visit kp.org/flu or call
1-866-70-NOFLU (1-866-706-6358).

Adults should participate in at least 30 minutes, and children at least 60 minutes, of moderate exercise (such as brisk walking) for five or more days each week, unless instructed otherwise by your provider. For more information on the health benefits of walking please refer to http://www.everybodywalk.org. THRIVE!

Register at www.kp.org to email your physician, renew prescriptions, request appointments, learn more about your

Contains Confidential Information - Dispose of Properly.                                          Page 2 of 3
Kaiser Permanente, SCPMG: Collier, Vicki D (000010372397)

LIB001130

**Progress Notes - 05/10/2018**

# KAISER PERMANENTE

SANTA CLARITA MEDICAL
OFFICES U
27107 TOURNEY RD
SANTA CLARITA CA 91355-
1860
SCAL HIM ROI ALMR

Collier, Vicki D
MRN: 000010372397, DOB: &#9608;&#9608;&#9608; Sex: F
Encounter date: 5/10/2018

**Encounter-Level Documents - 05/10/2018: (continued)**

Collier, Vicki D (MR # 000010372397)
personal health, or obtain tips for healthy living!

Page 3 of 3

Save money and time! Get your refills for home delivery at www.kp.org/refill

Contains Confidential Information - Dispose of Properly.
Kaiser Permanente, SCPMG: Collier, Vicki D (000010372397)

Page 3 of 3

**Order-Level Documents:**

There are no order-level documents.

**Scanned Document Error Report**

**Request for scans completed successfully; no scanning errors identified in this encounter.**

Kaiser Permanente

Page 6

**LIB001131**

Labs/Diagnostics - 02/13/2019

**KAISER PERMANENTE**
PANORAMA CITY MEDICAL Collier, Vicki D
OFFICE 4 U                MRN: 000010372397, DOB:▮▮▮▮ Sex: F
13652 CANTARA ST          Encounter date: 2/13/2019
PANORAMA CITY CA 91402-
5423
SCAL HIM ROI ALMR

---

**Imaging - All Orders and Results**

**US DUPLEX SCAN BILAT EXTRACRANIAL CAROTID ARTS COMPLETE [695797027]**

| | |
|---|---|
| Electronically signed by: **Wang-O'Connell, Esther Chuanwah (M.D.), M.D. on 02/04/19 1241** | Status: **Completed** |

Ordering user: Wang-O'Connell, Esther Chuanwah (M.D.), M.D. 02/04/19   Authorized by: Wang-O'Connell, Esther Chuanwah (M.D.), M.D.
1241
Ordering mode: Standard                                    Ordered during: Telephone Appointment Visit on 02/04/2019
Frequency: Routine  02/04/19 -
Diagnoses
SCREENING
HYPERLIPIDEMIA
Order comments: Reason: mother w/ carotid artery stenosis; pt worried about her arteries

US DUPLEX SCAN BILAT EXTRACRANIAL CAROTID ARTS COMPLETE [695797027]        Resulted: 02/13/19 1510, Result status: Final result
  Order status: Completed                                    Accession number: 85633777
  Resulting lab: SCAL RADIOLOGY INTERFACE
  Narrative:
  cars...kpns, ls 2-7-19

Transcription

| Type | ID | Date and Time | Dictating Provider |
|---|---|---|---|
| Diagnostic imaging | 85633777 | 2/14/2019 2:58 PM | Moore, David Judson (M.D.), M.D. |
| Signed by Moore, David Judson (M.D.), MEDICAL DOCTOR on 02/14/19 at 1458 | | | |

```
EXAM INFORMATION
History:   Reason: mother w/ carotid artery stenosis; pt worried
           about her arteries
-----------------------------------------------------------------


FINDINGS:

Exam Info
---------
55 year old female with history of carotid artery disease.
-----------------------------------------------------------------
IMPRESSION:
RIGHT SIDE:
Normal Study
No evidence of carotid artery stenosis.
No calcification of the carotid artery.
Antegrade flow in the right vertebral artery with normal
velocities.
LEFT SIDE:
Normal Study
No evidence of carotid artery stenosis.
No calcification of the carotid artery.
Antegrade flow in the left vertebral artery with normal velocities.

Preliminary prepared by Richard Amado, Vascular Lab Tech on
2/13/2019 3:12:35 PM.
Sonographer:  Richard Amado, Vascular Lab Tech
```

Kaiser Permanente                                                      Page 150

**LIB001132**

Labs/Diagnostics - 02/13/2019

**KAISER PERMANENTE**   PANORAMA CITY MEDICAL   Collier, Vicki D
OFFICE 4 U                                   MRN: 000010372397, DOB: ▮▮▮▮ Sex: F
13652 CANTARA ST                             Encounter date: 2/13/2019
PANORAMA CITY CA 91402-
5423
SCAL HIM ROI ALMR

**Imaging - All Orders and Results (continued)**

**US DUPLEX SCAN BILAT EXTRACRANIAL CAROTID ARTS COMPLETE [695797027] (continued)**

Electronically Signed and Authenticated By:   David Moore, Chief of
                                              Service Vas

on 2/14/2019 2:55:39 PM

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **120 - Unknown** | SCAL RADIOLOGY INTERFACE | Unknown | Unknown | 02/13/04 0800 - Present |

**Final Spectacle Rx**

Click to see and print Final Spectacle Rx

**Final CL Rx**

Click to see and print Final Contact Lens Rx

Audit Trail for Eye Care Forms
**Social Documentation as of 2/13/2019**

No social documentation on file.

## Patient Instructions

No instructions given.

**All Flowsheet Data (all recorded)**

No documentation.

Kaiser Permanente                                                                                    Page 151

**LIB001133**

Labs/Diagnostics - 02/04/2019

**KAISER PERMANENTE**    SANTA CLARITA MEDICAL    Collier, Vicki D
OFFICES U    MRN: 000010372397, DOB: ███████ Sex: F
27107 TOURNEY RD    Encounter date: 2/4/2019
SANTA CLARITA CA 91355-
1860
SCAL HIM ROI ALMR

**Imaging - All Orders and Results (continued)**

**US DUPLEX SCAN BILAT EXTRACRANIAL CAROTID ARTS COMPLETE [695797027] (continued)**

```
EXAM INFORMATION
History:    Reason: mother w/ carotid artery stenosis; pt worried
            about her arteries
-----------------------------------------------------------------


FINDINGS:


Exam Info
---------
55 year old female with history of carotid artery disease.
-----------------------------------------------------------------
IMPRESSION:
RIGHT SIDE:
Normal Study
No evidence of carotid artery stenosis.
No calcification of the carotid artery.
Antegrade flow in the right vertebral artery with normal
velocities.
LEFT SIDE:
Normal Study
No evidence of carotid artery stenosis.
No calcification of the carotid artery.
Antegrade flow in the left vertebral artery with normal velocities.


Preliminary prepared by Richard Amado, Vascular Lab Tech on
2/13/2019 3:12:35 PM.
Sonographer:  Richard Amado, Vascular Lab Tech
Electronically Signed and Authenticated By:  David Moore, Chief of
                                             Service Vas
on 2/14/2019 2:55:39 PM
```

**Lab - All Orders and Results**

**CBC W AUTOMATED DIFFERENTIAL [695794759]**

Electronically signed by: **Wang-O'Connell, Esther Chuanwah (M.D.), M.D. on 02/04/19 1237**    Status: **Completed**
This order may be acted on in another encounter.
Ordering user: Wang-O'Connell, Esther Chuanwah (M.D.), M.D. 02/04/19    Authorized by: Wang-O'Connell, Esther Chuanwah (M.D.), M.D.
1237
Ordering mode: Standard
Frequency: Routine 02/04/19 -
Diagnoses
SCREENING

Kaiser Permanente    Page 141

**LIB001134**

Labs/Diagnostics - 02/04/2019

## KAISER PERMANENTE

SANTA CLARITA MEDICAL OFFICES U
27107 TOURNEY RD
SANTA CLARITA CA 91355-1860
SCAL HIM ROI ALMR

Collier, Vicki D
MRN: 000010372397, DOB:  Sex: F
Encounter date: 2/4/2019

### Lab - All Orders and Results (continued)

#### CBC W AUTOMATED DIFFERENTIAL [695794759] (continued)

HYPERLIPIDEMIA

Specimen Information

| Type | Source | Collected By |
|------|--------|--------------|
| — | BLOOD | RNC 02/14/19 1543 |

CBC W AUTOMATED DIFFERENTIAL [695794759]    Resulted: 02/14/19 2002, Result status: Final result

Order status: Completed    Resulting lab: SCPMG SANTA CLARITA LABORATORY
Narrative:
RMS ACCN: 652617310

Specimen Information

| ID | Type | Source | Collected On |
|----|------|--------|--------------|
| C00002201904504 6698 | — | BLOOD | 02/14/19 1543 |

Components

| Component | Value | Reference Range | Flag |
|-----------|-------|-----------------|------|
| WBC'S AUTO | 4.7 | 4.0 - 11.0 x1000/mcL | — |
| RBC, AUTO | 4.44 | 4.20 - 5.40 Mill/mcL | — |
| HGB | 13.3 | 12.0 - 16.0 g/dL | — |
| HCT, AUTO | 40.4 | 37.0 - 47.0 % | — |
| MCV | 90.9 | 81.0 - 99.0 fL | — |
| MCH | 29.9 | 27.0 - 35.0 pg/cell | — |
| MCHC | 32.8 | 32.0 - 37.0 g/dL | — |
| RDW, BLOOD | 13.0 | 11.5 - 14.5 % | — |
| PLATELETS, AUTOMATED COUNT | 283 | 130 - 400 x1000/mcL | — |

#### WBC AUTOMATED DIFFERENTIAL [699375908]

Status: **Completed**

Order placed as a reflex to CBC W AUTOMATED DIFFERENTIAL [695794759] ordered on 02/04/19 at 1237
Ordering user: Interface, Scal_Lab_Cerner 02/14/19 1422    Authorized by: Wang-O'Connell, Esther Chuanwah (M.D.), M.D.
Ordering mode: Standard
Frequency: Routine 02/14/19 1422 -

Specimen Information

| Type | Source | Collected By |
|------|--------|--------------|
| — | BLOOD | RN,Collect 02/14/19 1543 |

WBC AUTOMATED DIFFERENTIAL [699375908]    Resulted: 02/14/19 2002, Result status: Final result

Order status: Completed    Resulting lab: SCPMG SANTA CLARITA LABORATORY
Narrative:
RMS ACCN: 652617310

Specimen Information

| ID | Type | Source | Collected On |
|----|------|--------|--------------|
| C00002201904504 6698 | — | BLOOD | 02/14/19 1543 |

Components

| Component | Value | Reference Range | Flag |
|-----------|-------|-----------------|------|
| NEUTROPHILS %, AUTOMATED COUNT | 56.9 | — | — |
| LYMPHOCYTES %, AUTOMATED COUNT | 34.2 | — | — |
| MONOS %, AUTO | 6.8 | — | — |
| EOSINOPHILS %, AUTOMATED COUNT | 1.1 | — | — |
| BASOPHILS %, AUTOMATED COUNT | 1.0 | — | — |
| RBC NUCLEATED AUTO COUNT, BLD | 0 | <=0 % | — |
| NEUTROPHILS, ABSOLUTE, AUTOMATED COUNT | 2.65 | 1.80 - 7.70 x1000/mcL | — |
| LYMPHOCYTES, AUTOMATED COUNT | 1.60 | 1.00 - 3.60 x1000/mcL | — |
| MONOCYTES, AUTOMATED COUNT | 0.32 | 0.10 - 1.00 x1000/mcL | — |
| EOSINOPHILS, AUTOMATED COUNT | 0.05 | 0.00 - 0.70 x1000/mcL | — |
| BASOPHILS, AUTOMATED COUNT | 0.04 | 0.00 - 0.20 x1000/mcL | — |

Kaiser Permanente    Page 142

LIB001135

Labs/Diagnostics - 01/31/2019

## KAISER PERMANENTE

SANTA CLARITA MEDICAL
OFFICES U
27107 TOURNEY RD
SANTA CLARITA CA 91355-
1860
SCAL HIM ROI ALMR

Collier, Vicki D
MRN: 000010372397, DOB: ███████  Sex: F
Encounter date: 1/31/2019

### Diagnoses (continued)

| | Codes | Comments |
|---|---|---|
| OVERACTIVE BLADDER | N32.81 | |
| POSTMENOPAUSAL ATROPHIC VAGINITIS | N95.2 | |
| SCREENING | Z13.9 | |

### Imaging - All Orders and Results

**US ABD LTD [694613814]**

Electronically signed by: **Wang-O'Connell, Esther Chuanwah (M.D.), M.D. on 01/31/19 1154**    Status: **Discontinued**
Ordering user:  Wang-O'Connell, Esther Chuanwah (M.D.), M.D. 01/31/19    Authorized by:  Wang-O'Connell, Esther Chuanwah (M.D.), M.D.
1154
Ordering mode:  Standard
Frequency:  Routine  01/31/19 -

Discontinued by:  Interface, Scal_Radiology 01/31/19 1209 [Other
(WRONG EXAM
)]

Order comments:  Reason: f/u CT last year which showed bladder wall thickening

**US BLADDER B SCAN NON OB LTD [694616988]**

Electronically signed by: **Wang-O'Connell, Esther Chuanwah (M.D.), M.D. on 01/31/19 1205**    Status: **Completed**
This order may be acted on in another encounter.
Ordering user:  Wang-O'Connell, Esther Chuanwah (M.D.), M.D. 01/31/19    Authorized by:  Wang-O'Connell, Esther Chuanwah (M.D.), M.D.
1205
Ordering mode:  Standard
Frequency:  Routine  01/31/19 -
Diagnoses
OVERACTIVE BLADDER
Order comments:  Reason: f/u bladder wall thickening

US BLADDER B SCAN NON OB LTD [694616988]                      Resulted: 02/12/19 1946, Result status: Final result
Order status:  Completed                          Accession number:  85571855
Resulting lab:  SCAL RADIOLOGY INTERFACE
Narrative:
EXAM INFORMATION
History:   Reason: f/u bladder wall thickening
Comparison:
  CT, 01/19/2018
------------------------------------------------------------------

FINDINGS:

Bladder
-------
Initial urinary volume: L: 3.7 cm x W: 5.5 cm x H: 2.4 cm = 26.1
cc.

Delayed urinary volume  measures L: 4.7 cm x W: 5.1 cm x H: 3.4 cm
= 42.3 cc.

The thickness of the bladder wall measures 3 mm.

Patient unable to void.

No stones, diverticula or masses are seen.
------------------------------------------------------------------
Impression:
:

  * UNREMARKABLE EXAM.

Preliminary prepared by Kelly Tesselaar, Sonographer - PANC on
2/12/2019 7:48:41 PM.
Sonographer:  Kelly Tesselaar, Sonographer - PANC
Electronically Signed and Authenticated By:  CHRISTOPHER PATTON,
                    RADIOLOGIST-PAN
on 2/13/2019 11:29:36 AM

Kaiser Permanente                                Page 114

LIB001136

Labs/Diagnostics - 01/31/2019

## KAISER PERMANENTE

| | |
|---|---|
| SANTA CLARITA MEDICAL OFFICES U | Collier, Vicki D |
| 27107 TOURNEY RD | MRN: 000010372397, DOB: ███████ Sex: F |
| SANTA CLARITA CA 91355-1860 | Encounter date: 1/31/2019 |
| SCAL HIM ROI ALMR | |

### Imaging - All Orders and Results (continued)

### US BLADDER B SCAN NON OB LTD [694616988] (continued)

Transcription

| Type | ID | Date and Time | Dictating Provider |
|---|---|---|---|
| Diagnostic Imaging | 85571855 | 2/13/2019 11:31 AM | Patton, Christopher Stephens (M.D.), M.D. |

Signed by Patton, Christopher Stephens (M.D.), MEDICAL DOCTOR on 02/13/19 at 1131

```
EXAM INFORMATION
History:   Reason: f/u bladder wall thickening
Comparison:
  CT,  01/19/2018
------------------------------------------------------------------


FINDINGS:


Bladder
-------
Initial urinary volume: L: 3.7 cm x W: 5.5 cm x H: 2.4 cm = 26.1
cc.


Delayed urinary volume  measures L: 4.7 cm x W: 5.1 cm x H: 3.4 cm
= 42.3 cc.


The thickness of the bladder wall measures 3 mm.


Patient unable to void.


No stones, diverticula or masses are seen.
------------------------------------------------------------------
IMPRESSION:


 * UNREMARKABLE EXAM.


Preliminary prepared by Kelly Tesselaar, Sonographer - PANC on
2/12/2019 7:48:41 PM.
Sonographer:  Kelly Tesselaar, Sonographer - PANC
Electronically Signed and Authenticated By:  CHRISTOPHER PATTON,
                                   RADIOLOGIST-PAN
on 2/13/2019 11:29:36 AM
```

LIB001137

Labs/Diagnostics - 01/31/2019

## KAISER PERMANENTE

SANTA CLARITA MEDICAL OFFICES U
27107 TOURNEY RD
SANTA CLARITA CA 91355-1860
SCAL HIM ROI ALMR

Collier, Vicki D
MRN: 000010372397, DOB: ▮▮▮▮  Sex: F
Encounter date: 1/31/2019

---

### Imaging - All Orders and Results (continued)

### Lab - All Orders and Results

#### URINALYSIS, AUTOMATED [694611955]

Electronically signed by: **Wang-O'Connell, Esther Chuanwah (M.D.), M.D. on 01/31/19 1148**          Status: **Completed**
This order may be acted on in another encounter.
Ordering user: Wang-O'Connell, Esther Chuanwah (M.D.), M.D. 01/31/19    Authorized by: Wang-O'Connell, Esther Chuanwah (M.D.), M.D. 1148
Ordering mode: Standard
Frequency: Routine 01/31/19 -
Diagnoses
OVERACTIVE BLADDER
SCREENING

Specimen Information

| Type | Source | Collected By |
|---|---|---|
| — | URINE | Patient,Collect 01/31/19 1250 |

URINALYSIS, AUTOMATED [694611955] (Abnormal)                              Resulted: 01/31/19 1423, Result status: Final result
Order status: Completed                                              Resulting lab: SCPMG SANTA CLARITA LABORATORY
Narrative:
RMS ACCN: 651591669

Specimen Information

| ID | Type | Source | Collected On |
|---|---|---|---|
| C00002201903104 5759 | — | URINE | 01/31/19 1250 |

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| GLUCOSE, UA | Negative | Negative mg/dL | — |
| KETONES, UA | Negative | Negative mg/dL | — |
| SPECIFIC GRAVITY, UA | 1.008 | 1.005 - 1.030 | — |
| UA HGB | Negative | Negative mg/dL | — |
| PH, UA | 5.0 | 5.0 - 8.0 | — |
| PROTEIN, UA | Negative | Negative mg/dL | — |
| NITRITE, UA | Negative | Negative | — |
| LEUKOCYTE ESTERASE, UA | Positive | Negative | A |
| UROBILINOGEN, UA, QL | Negative | Negative mg/dL | — |
| BILIRUBIN, UA | Negative | Negative | — |
| MICROSCOPIC EXAM, URINE | To follow | — | — |

#### URINE CULTURE [694611957]

Electronically signed by: **Wang-O'Connell, Esther Chuanwah (M.D.), M.D. on 01/31/19 1148**          Status: **Completed**
This order may be acted on in another encounter.
Ordering user: Wang-O'Connell, Esther Chuanwah (M.D.), M.D. 01/31/19    Authorized by: Wang-O'Connell, Esther Chuanwah (M.D.), M.D. 1148
Ordering mode: Standard
Frequency: Routine 01/31/19 -
Diagnoses
OVERACTIVE BLADDER
POSTMENOPAUSAL ATROPHIC VAGINITIS
SCREENING

Specimen Information

| Type | Source | Collected By |
|---|---|---|
| — | URINE, CLEAN CATCH | Patient,Collect 01/31/19 1250 |

URINE CULTURE [694611957]                                        Resulted: 02/01/19 2301, Result status: Final result
Order status: Completed                                          Resulting lab: SHERMAN WAY REGIONAL LABORATORY
Narrative:
RMS ACCN: 651591670

Specimen Information

| ID | Type | Source | Collected On |
|---|---|---|---|
| C00002201903104 | — | URINE, CLEAN CATCH | 01/31/19 1250 |

LIB001138

Labs/Diagnostics - 01/31/2019

## KAISER PERMANENTE

| | | |
|---|---|---|
| **KAISER PERMANENTE** | SANTA CLARITA MEDICAL OFFICES U<br>27107 TOURNEY RD<br>SANTA CLARITA CA 91355-1860<br>SCAL HIM ROI ALMR | Collier, Vicki D<br>MRN: 000010372397, DOB: ▮▮▮▮ Sex: F<br>Encounter date: 1/31/2019 |

### Lab - All Orders and Results (continued)

**URINE CULTURE [694611957] (continued)**

   5760

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| FINAL RESULT | Less than 1000 CFU/ml (no growth) | — | — |

### LIPID PANEL [694614374]

Electronically signed by: **Wang-O'Connell, Esther Chuanwah (M.D.), M.D. on 01/31/19 1154**                    Status: **Completed**
This order may be acted on in another encounter.
Ordering user: Wang-O'Connell, Esther Chuanwah (M.D.), M.D. 01/31/19    Authorized by: Wang-O'Connell, Esther Chuanwah (M.D.), M.D. 1154
Ordering mode: Standard
Frequency: Routine  01/31/19 -
Diagnoses
SCREENING

Specimen Information

| Type | Source | Collected By |
|---|---|---|
| — | BLOOD | K220919 01/31/19 1246 |

LIPID PANEL [694614374] (Abnormal)                    Resulted: 01/31/19 2139, Result status: Final result

Order status: Completed                    Resulting lab: SHERMAN WAY REGIONAL LABORATORY
Narrative:
RMS ACCN: 651588673
FASTING? NO

Specimen Information

| ID | Type | Source | Collected On |
|---|---|---|---|
| C00002201903104 3037 | — | BLOOD | 01/31/19 1246 |

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| CHOLESTEROL | 263 | <=199 mg/dL | **H** |
| HDL | 79 | >=40 mg/dL | — |
| LDL | 170 | <=99 mg/dL | **H** |
|   Comment: See LabNet for more information. | | | |
| TRIGLYCERIDE, NONFASTING | 84 | <=149 mg/dL | — |

  Comment:
Nonfasting triglycerides (TG) are affected by both recent meals and patient
metabolism. No reference range is established. However, nonfasting
triglycerides >170 mg/dL are significantly elevated, and measurement of
fasting triglycerides may be warranted.

Note that if nonfasting TG are sufficiently high, then direct LDL (if TG>1300
mg/dL) or HDL (if TG>2000 mg/dL) measurements may not be valid.

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| CHOLESTEROL, NON-HDL | 184 | mg/dL | — |

  Comment: NonHDL targets are 30 mg/dL higher than LDL targets.

### TSH [694614376]

Electronically signed by: **Wang-O'Connell, Esther Chuanwah (M.D.), M.D. on 01/31/19 1154**                    Status: **Completed**
This order may be acted on in another encounter.
Ordering user: Wang-O'Connell, Esther Chuanwah (M.D.), M.D. 01/31/19    Authorized by: Wang-O'Connell, Esther Chuanwah (M.D.), M.D. 1154
Ordering mode: Standard
Frequency: Routine  01/31/19 -
Diagnoses
SCREENING

LIB001139

Labs/Diagnostics - 01/31/2019

| **KAISER PERMANENTE** | SANTA CLARITA MEDICAL OFFICES U<br>27107 TOURNEY RD<br>SANTA CLARITA CA 91355-1860<br>SCAL HIM ROI ALMR | Collier, Vicki D<br>MRN: 000010372397, DOB: ▇▇▇▇ Sex: F<br>Encounter date: 1/31/2019 |
|---|---|---|

### Lab - All Orders and Results (continued)

#### TSH [694614376] (continued)

Specimen Information

| Type | Source | Collected By |
|---|---|---|
| — | BLOOD | K220919 01/31/19 1246 |

| TSH [694614376] | Resulted: 01/31/19 1950, Result status: Final result |
|---|---|
| Order status: Completed | Resulting lab: SHERMAN WAY REGIONAL LABORATORY |

Narrative:
RMS ACCN: 651588673

Specimen Information

| ID | Type | Source | Collected On |
|---|---|---|---|
| C00002201903104 3039 | — | BLOOD | 01/31/19 1246 |

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| TSH | 0.80 | 0.35 - 4.00 mcIU/mL | — |

#### CBC NO DIFFERENTIAL [694614379]

Electronically signed by: **Wang-O'Connell, Esther Chuanwah (M.D.), M.D. on 01/31/19 1154**　　　　Status: **Completed**
This order may be acted on in another encounter.
Ordering user: Wang-O'Connell, Esther Chuanwah (M.D.), M.D. 01/31/19　Authorized by: Wang-O'Connell, Esther Chuanwah (M.D.), M.D. 1154
Ordering mode: Standard
Frequency: Routine 01/31/19 -
Diagnoses
OVERACTIVE BLADDER
POSTMENOPAUSAL ATROPHIC VAGINITIS
SCREENING

Specimen Information

| Type | Source | Collected By |
|---|---|---|
| — | BLOOD | K220919 01/31/19 1246 |

| CBC NO DIFFERENTIAL [694614379] (Abnormal) | Resulted: 01/31/19 1511, Result status: Final result |
|---|---|
| Order status: Completed | Resulting lab: SCPMG SANTA CLARITA LABORATORY |

Narrative:
RMS ACCN: 651588672

Specimen Information

| ID | Type | Source | Collected On |
|---|---|---|---|
| C00002201903104 3037 | — | BLOOD | 01/31/19 1246 |

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| WBC'S AUTO | 3.4 | 4.0 - 11.0 x1000/mcL | L |
| RBC, AUTO | 4.64 | 4.20 - 5.40 Mill/mcL | — |
| HGB | 14.0 | 12.0 - 16.0 g/dL | — |
| HCT, AUTO | 41.8 | 37.0 - 47.0 % | — |
| MCV | 90.2 | 81.0 - 99.0 fL | — |
| MCH | 30.1 | 27.0 - 35.0 pg/cell | — |
| MCHC | 33.4 | 32.0 - 37.0 g/dL | — |
| RDW, BLOOD | 13.0 | 11.5 - 14.5 % | — |
| PLATELETS, AUTOMATED COUNT | 272 | 130 - 400 x1000/mcL | — |

#### ALT [694614382]

Electronically signed by: **Wang-O'Connell, Esther Chuanwah (M.D.), M.D. on 01/31/19 1154**　　　　Status: **Completed**
This order may be acted on in another encounter.
Ordering user: Wang-O'Connell, Esther Chuanwah (M.D.), M.D. 01/31/19　Authorized by: Wang-O'Connell, Esther Chuanwah (M.D.), M.D.

LIB001140

Labs/Diagnostics - 01/31/2019

## KAISER PERMANENTE

| | | |
|---|---|---|
| SANTA CLARITA MEDICAL OFFICES U | Collier, Vicki D | |
| 27107 TOURNEY RD | MRN: 000010372397, DOB: ▮▮▮▮ Sex: F | |
| SANTA CLARITA CA 91355-1860 | Encounter date: 1/31/2019 | |
| SCAL HIM ROI ALMR | | |

### Lab - All Orders and Results (continued)

#### ALT [694614382] (continued)

1154
Ordering mode: Standard
Frequency: Routine  01/31/19 -
Diagnoses
SCREENING

Specimen Information

| Type | Source | Collected By |
|---|---|---|
| — | BLOOD | K220919 01/31/19 1246 |

ALT [694614382]                                                    Resulted: 01/31/19 2139, Result status: Final result

Order status: Completed                                         Resulting lab: SHERMAN WAY REGIONAL LABORATORY
Narrative:
RMS ACCN: 651588673

Specimen Information

| ID | Type | Source | Collected On |
|---|---|---|---|
| C00002201903104 3037 | — | BLOOD | 01/31/19 1246 |

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| ALT | 16 | <=54 U/L | — |

#### CREATININE [694614385]

Electronically signed by: **Wang-O'Connell, Esther Chuanwah (M.D.), M.D. on 01/31/19 1154**                    Status: **Completed**
This order may be acted on in another encounter.
Ordering user: Wang-O'Connell, Esther Chuanwah (M.D.), M.D. 01/31/19   Authorized by: Wang-O'Connell, Esther Chuanwah (M.D.), M.D.
1154
Ordering mode: Standard
Frequency: Routine  01/31/19 -
Diagnoses
SCREENING

Specimen Information

| Type | Source | Collected By |
|---|---|---|
| — | BLOOD | K220919 01/31/19 1246 |

CREATININE [694614385]                                             Resulted: 01/31/19 2139, Result status: Final result

Order status: Completed                                         Resulting lab: SHERMAN WAY REGIONAL LABORATORY
Narrative:
RMS ACCN: 651588673

Specimen Information

| ID | Type | Source | Collected On |
|---|---|---|---|
| C00002201903104 3037 | — | BLOOD | 01/31/19 1246 |

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| CREATININE | 0.78 | <=1.10 mg/dL | — |
| GLOMERULAR FILTRATION RATE | 86 | mL/min/BSA | — |

Comment:
Estimated GFR (eGFR) is calculated by the CKD-Epi formula
using serum creatinine, sex, age and race. Result is normalized
to a standard body surface area (BSA, 1.73m2).  This result is
invalid if serum creatinine is not in steady state, if patient is receiving
dialysis, or if muscle mass is significantly above or below population
norm for age and gender.

-GFR Ranges-
GFR >89 Normal (or CKD1*)
60-89 Mildly reduced (CKD2*)

Kaiser Permanente                                                                                  Page 119

LIB001141

Labs/Diagnostics - 01/31/2019

## KAISER PERMANENTE

| | | |
|---|---|---|
| **KAISER PERMANENTE** | SANTA CLARITA MEDICAL OFFICES U<br>27107 TOURNEY RD<br>SANTA CLARITA CA 91355-1860<br>SCAL HIM ROI ALMR | Collier, Vicki D<br>MRN: 000010372397, DOB: ████ Sex: F<br>Encounter date: 1/31/2019 |

### Lab - All Orders and Results (continued)

### CREATININE [694614385] (continued)

30-59 Moderately reduced (CKD3 if >3mos)
15-29 Severely reduced (CKD4 if >3mos)
GFR <15 Kidney failure (CKD5 if >3mos)
* GFR >60 is not diagnostic of CKD1 or 2
unless another marker of kidney damage is present
(e.g. excessive urine albumin or urine protein
on 2 occasions, or renal biopsy or imaging abnormality).

| RACE | Non Black | — | — |
|---|---|---|---|

### ELECTROLYTE PANEL (NA, K, CL, CO2) [694614387]

Electronically signed by: **Wang-O'Connell, Esther Chuanwah (M.D.), M.D. on 01/31/19 1154**    Status: **Completed**
This order may be acted on in another encounter.
Ordering user: Wang-O'Connell, Esther Chuanwah (M.D.), M.D. 01/31/19    Authorized by: Wang-O'Connell, Esther Chuanwah (M.D.), M.D. 1154
Ordering mode: Standard
Frequency: Routine 01/31/19 -
Diagnoses
SCREENING

Specimen Information

| Type | Source | Collected By |
|---|---|---|
| — | BLOOD | K220919 01/31/19 1246 |

ELECTROLYTE PANEL (NA, K, CL, CO2) [694614387]    Resulted: 01/31/19 2139, Result status: Final result
Order status: Completed    Resulting lab: SHERMAN WAY REGIONAL LABORATORY
Narrative:
RMS ACCN: 651588673

Specimen Information

| ID | Type | Source | Collected On |
|---|---|---|---|
| C00002201903104 3037 | — | BLOOD | 01/31/19 1246 |

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| SODIUM | 141 | 135 - 145 mEq/L | — |
| POTASSIUM | 4.1 | 3.5 - 5.0 mEq/L | — |
| CHLORIDE | 102 | 101 - 111 mEq/L | — |
| CO2 | 28 | 21 - 31 mEq/L | — |
| ANION GAP (NA - (CL + CO2)) | 11 | 3 - 11 mEq/L | — |

### HEMOGLOBIN A1C, SCREENING OR PREDIABETIC MONITORING [694614389]

Electronically signed by: **Wang-O'Connell, Esther Chuanwah (M.D.), M.D. on 01/31/19 1154**    Status: **Completed**
This order may be acted on in another encounter.
Ordering user: Wang-O'Connell, Esther Chuanwah (M.D.), M.D. 01/31/19    Authorized by: Wang-O'Connell, Esther Chuanwah (M.D.), M.D. 1154
Ordering mode: Standard
Frequency: Routine 01/31/19 -
Diagnoses
SCREENING

Specimen Information

| Type | Source | Collected By |
|---|---|---|
| — | BLOOD | K220919 01/31/19 1246 |

HEMOGLOBIN A1C, SCREENING OR PREDIABETIC MONITORING [694614389]    Resulted: 01/31/19 1912, Result status: Final result
Order status: Completed    Resulting lab: SHERMAN WAY REGIONAL LABORATORY
Narrative:
RMS ACCN: 651588673

LIB001142

Labs/Diagnostics - 01/31/2019

## KAISER PERMANENTE

| | |
|---|---|
| SANTA CLARITA MEDICAL OFFICES U<br>27107 TOURNEY RD<br>SANTA CLARITA CA 91355-1860<br>SCAL HIM ROI ALMR | Collier, Vicki D<br>MRN: 000010372397, DOB: ▮▮▮▮ Sex: F<br>Encounter date: 1/31/2019 |

### Lab - All Orders and Results (continued)

#### HEMOGLOBIN A1C, SCREENING OR PREDIABETIC MONITORING [694614389] (continued)

Specimen Information

| ID | Type | Source | Collected On |
|---|---|---|---|
| C00002201903104 3038 | — | BLOOD | 01/31/19 1246 |

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| HGBA1C% | 5.5 | 4.6 - 5.6 % | — |

Comment:
A repeatable HbA1c > or = 6.5% is diagnostic of diabetes. A single HbA1c > or = 6.5% can also be confirmed by a fasting plasma glucose measurement > 125 mg/dL, a random plasma glucose > or = 200 mg/dL, or a 2 hour oral glucose tolerance test result  > or = 200 mg/dL. Patients with HbA1c of 5.7-6.4% are at increased risk for future diabetes.

#### URINALYSIS, MICROSCOPY [694671903]

Status: **Completed**

Order placed as a reflex to URINALYSIS, AUTOMATED [694611955] ordered on 01/31/19 at 1148
Ordering user:  Interface, Scal_Lab_Cerner 01/31/19 1245                    Authorized by:  Wang-O'Connell, Esther Chuanwah (M.D.), M.D.
Ordering mode:  Standard
Frequency:  Routine  01/31/19 1245 -
Diagnoses
OVERACTIVE BLADDER
SCREENING

Specimen Information

| Type | Source | Collected By |
|---|---|---|
| — | URINE | Patient,Collect 01/31/19 1250 |

URINALYSIS, MICROSCOPY [694671903] (Abnormal)                    Resulted: 01/31/19 1455, Result status: Final result

Order status:  Completed                    Resulting lab:  SCPMG SANTA CLARITA LABORATORY
Narrative:
RMS ACCN: 651591669

Specimen Information

| ID | Type | Source | Collected On |
|---|---|---|---|
| C00002201903104 5759 | — | URINE | 01/31/19 1250 |

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| WBC'S, UA/HPF | 11-25 | 0 - 5 /HPF | A |
| RBC, URINE HPF | 0-3 | 0 - 3 /HPF | — |
| BACTERIA, URINE HPF | Few | None /HPF | A |
| SQUAMOUS EPITHELIAL CELLS, URINE SED, AUTOMATED COUNT, QUAL | Moderate | None /HPF | A |

### Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **120 - Unknown** | SCAL RADIOLOGY INTERFACE | Unknown | Unknown | 02/13/04 0800 - Present |
| **240 - 956** | SHERMAN WAY REGIONAL LABORATORY | David Quam, MD | 11668 Sherman Way NORTH HOLLYWOOD CA 91605 | 06/22/17 0620 - Present |
| **1853 - 271** | SCPMG SANTA CLARITA LABORATORY | Andrea Chang, MD | 26877 Tourney Rd. Santa Clarita CA 91355 | 01/15/18 0000 - Present |

LIB001143

Labs/Diagnostics - 07/30/2018

## KAISER PERMANENTE

SANTA CLARITA MEDICAL OFFICES U
27107 TOURNEY RD
SANTA CLARITA CA 91355-1860
SCAL HIM ROI ALMR

Collier, Vicki D
MRN: 000010372397, DOB: ███████  Sex: F
Encounter date: 7/30/2018

### Cytology - All Orders and Results (continued)

#### GYN CYTOLOGY [642464238] (continued)

Frequency: Routine 07/30/18 -
Diagnoses
ROUTINE GYN EXAM INCLUDING CERVICAL PAP

Questionnaire

| Question | Answer |
|---|---|
| Source of Specimen? | CERVICAL LBP CO-TEST AGE >29 |
| Last Menstrual Period (LMP)? | menopause |
| Birth Control | NONE/OTHER |
| Previous History | LEEP |

Order comments: For age <21, routine screening is not recommended.

Specimen Information

| Type | Source | Collected By |
|---|---|---|
| — | — | 07/30/18 1508 |

GYN CYTOLOGY [642464238]                                  Resulted: 08/06/18 1104, Result status: Final result
Order status: Completed                                   Resulting lab: SHERMAN WAY REGIONAL LABORATORY

Specimen Information

| ID | Type | Source | Collected On |
|---|---|---|---|
| PANG18017761 | — | — | 07/30/18 1508 |

Components

| Component | Value | Reference Range | Flag |
|---|---|---|---|
| REPORT | -- | — | — |

Result:
Facility:   SANTA CLARITA MEDICAL OFFICES
Provider: COLLEEN D BOGDANICH N.P.
Case #:   PANG18-17761

FINAL CYTOLOGIC INTERPRETATION
CERVIX, LIQUID BASED PAP TEST:
- NEGATIVE FOR INTRAEPITHELIAL LESION OR MALIGNANCY  (Normal Pap Result)
- REACTIVE CELLULAR CHANGES ASSOCIATED WITH INFLAMMATION / REPAIR

ADEQUACY:
Satisfactory for evaluation.
Endocervical/transformation zone component  present.

    Case signed out by: JANE ELLAINE F TONGSON-IGNACIO M.D.
    Rachel Valencia, CT (ASCP)
    Date of diagnosis: 08/06/18
    Interpretation Performed at: SCPMG Regional Reference Laboratories, Anatomic
Pathology - Sherman Way

COLLECTED: 7/30/2018
RECEIVED:   7/31/2018

FEE CODE(S):
A. 88175  PAP, LBP GS and Rescreen-88175  x 1
A. 88141  PAP, MD Review-88141  x 1

EDUCATIONAL NOTE:
Cervical cytology is a screening test primarily for squamous cancers and
precursors and has associated  false-negative and false-positive results.
Adherence to screening guidelines and follow-up of unexplained clinical signs and
symptoms are recommended to minimize false negative results.

GYN METHODOLOGY:

GYN review used the SurePath Guided Screening process plus cytotechnologist
review.

Kaiser Permanente                                                              Page 40

LIB001144

Labs/Diagnostics - 07/30/2018

## KAISER PERMANENTE

SANTA CLARITA MEDICAL OFFICES U
27107 TOURNEY RD
SANTA CLARITA CA 91355-1860
SCAL HIM ROI ALMR

Collier, Vicki D
MRN: 000010372397, DOB███████, Sex: F
Encounter date: 7/30/2018

### Cytology - All Orders and Results (continued)

#### GYN CYTOLOGY [642464238] (continued)

SCPMG Regional Reference Laboratories, Anatomic Pathology - Sherman Way, 11668
Sherman Way, North Hollywood, CA 91605
CLIA Director: Gary A. Gochman, M.D.

### Lab - All Orders and Results

#### HPV COTEST SCREENING, AGE 30-65, HIGH RISK TYPES, AMPLIFIED PROBE [642464239]

Electronically signed by: **Bogdanich, Colleen D (N.P.), N.P. on 07/30/18 1508**                          Status: **Completed**
Ordering user: Bogdanich, Colleen D (N.P.), N.P. 07/30/18 1508          Authorized by: Bogdanich, Colleen D (N.P.), N.P.
Ordering mode: Standard
Frequency: Routine 07/30/18 -
Diagnoses
ROUTINE GYN EXAM INCLUDING CERVICAL PAP

Specimen Information

| Type | Source | Collected By |
|------|--------|--------------|
| — | CERVIX | Medical Doctor,Collect 07/30/18 1659 |

HPV COTEST SCREENING, AGE 30-65, HIGH RISK TYPES, AMPLIFIED PROBE
[642464239]                                                   Resulted: 07/31/18 1800, Result status: Final result
Order status: Completed                          Resulting lab: SHERMAN WAY REGIONAL LABORATORY
Narrative:
RMS ACCN: 638992425

Specimen Information

| ID | Type | Source | Collected On |
|----|------|--------|--------------|
| C000022018211065365 | — | CERVIX | 07/30/18 1659 |

Components

| Component | Value | Reference Range | Flag |
|-----------|-------|-----------------|------|
| HPV 16+18+31+33+35+39+45+51+52+56+58+59+68 DNA,CERVIX,PROBE<br>Comment: | Negative | Negative | — |

Specimens are tested for Human Papilloma Virus High/Intermediate Risk Group
[Types 16, 18, 31, 33, 35, 39, 45, 51, 52, 56, 58, 59, and 68].

Results of this assay should be interpreted in conjunction with other
laboratory and clinical data available to the clinician.

#### HERPES SIMPLEX VIRUS RAPID CULTURE [642489546]

Electronically signed by: **Bogdanich, Colleen D (N.P.), N.P. on 07/30/18 1624**                          Status: **Completed**
Ordering user: Bogdanich, Colleen D (N.P.), N.P. 07/30/18 1624          Authorized by: Bogdanich, Colleen D (N.P.), N.P.
Ordering mode: Standard
Frequency: Routine 07/30/18 -
Diagnoses
ROUTINE GYN EXAM INCLUDING CERVICAL PAP

Specimen Information

| Type | Source | Collected By |
|------|--------|--------------|
| — | SKIN | Medical Doctor,Collect 07/30/18 1807 |

HERPES SIMPLEX VIRUS RAPID CULTURE [642489546]                          Resulted: 08/01/18 1354, Result status: Final result
Order status: Completed                          Resulting lab: SHERMAN WAY REGIONAL LABORATORY
Narrative:

Kaiser Permanente                                                                                   Page 41

**LIB001145**

**Other Records**

## KAISER PERMANENTE

PANORAMA CITY MEDICAL
OFFICE 6 U
8001 VENTURA CANYON
AVE
PANORAMA CITY CA 91402-
6312
SCAL HIM ROI ALMR

Collier, Vicki D
MRN: 000010372397, DOB █████ Sex: F
Encounter date: 7/20/2018

### All Flowsheet Data (all recorded) (continued)

### All Administrations of OnabotulinumtoxinA Inj 100 Units (BOTOX)

| Administration | Action Time | Recorded Time | Documented By | Site | Comment | Reason |
|---|---|---|---|---|---|---|
| Given_By_Provider : 100 Units :   : intraMUSCULAR | 07/20/18 1114 | 07/20/18 1114 | Favela, Alejandra (L.V.N.), L.V.N. | Other - See Comments | see MD notes | |

LIB001146

**Other Records**

**KAISER PERMANENTE**     SANTA CLARITA MEDICAL     Collier, Vicki D
                         OFFICES U                MRN: 000010372397, DOB █████ Sex: F
                         27107 TOURNEY RD         Encounter date: 7/30/2018
                         SANTA CLARITA CA 91355-
                         1860
                         SCAL HIM ROI ALMR

access lab results, email your physician with no emergent issues, schedule appointments, and get health information all in one protected site.

**Go to: www.kp.org**

Any questions registering, call 800-556-7677 (toll free).

**Santa Clarita Medical Office Building hours of operation:**

Monday - Friday 8:40 am - 4:30 pm for regular appointments

Same Day appointments available in Primary Care - please call 888-778-5000 to make an appointment

Monday - Friday 8:40 am - 8:30 pm for Urgent Care (Pediatrics and Adults)

Monday – Friday 8:00 am – 8:30 pm for Lab and X-Ray

Saturday and Sunday 9:00 am - 8:30 pm for Urgent Care, Lab and X-Ray

**Canyon Country Medical Office Building hours of operation:**
Monday - Friday 8:30 am - 4:45 pm

Closed for lunch Monday - Thursday 12:30 pm-1:30 pm; Fridays 12 pm-1 pm

**Panorama City Pediatric After-Hours Care**

Effective December 5, 2016, Panorama City Pediatric After hours will be:

Monday – Friday, 5:00 pm – 7:00 pm

**If you have a medical Emergency, please call 911.**

# Your Kaiser Permanente Care Instructions

# Atrophic Vaginitis: Care Instructions

### Your Care Instructions

Atrophic vaginitis is an irritation of the vagina. It's caused by thinning tissues and less moisture in the vaginal walls. It often happens during menopause when hormone levels change. Surgery to remove the ovaries also can cause it. Your doctor may do tests to rule out other causes. And you may get tests to measure your hormone levels.

The problem is most often treated with the hormone estrogen. It comes in a cream, tablets, or a soft plastic ring that is placed in the vagina.

**Follow-up care is a key part of your treatment and safety.** Be sure to make and go to all appointments, and call your doctor if you are having problems. It's also a good idea to know your test results and keep a list of the medicines you take.

Kaiser Permanente                                                                                      Page 43

LIB001147

**Other Records**

**KAISER PERMANENTE**    SANTA CLARITA MEDICAL    Collier, Vicki D
OFFICES U    MRN: 000010372397, DOB: ▆▆▆▆ Sex: F
27107 TOURNEY RD    Encounter date: 7/30/2018
SANTA CLARITA CA 91355-
1860
SCAL HIM ROI ALMR

## How can you care for yourself at home?

- Use a water-based lubricant for your vagina if sex is dry or painful. Examples are Astroglide, Wet Lubricant Gel, and K-Y Jelly.
- Talk with your doctor about using low-dose vaginal estrogen. It treats dryness and thinning tissue.
- Do not douche.
- Having sex improves blood flow to the vagina. This helps keep your tissue healthy.

## When should you call for help?

Watch closely for changes in your health, and be sure to contact your doctor if:

- You have unexpected vaginal bleeding.
- You do not get better as expected.

## Where can you learn more?

Go to http://www.kp.org

Enter **R330** in the search box to learn more about "**Atrophic Vaginitis: Care Instructions.**"

Current as of: October 6, 2017

Content Version: 11.7

© 2006-2018 Healthwise, Incorporated. Care instructions adapted under license by your healthcare professional. If you have questions about a medical condition or this instruction, always ask your healthcare professional. Healthwise, Incorporated disclaims any warranty or liability for your use of this information.

**If you were treated with liquid nitrogen (cold spray)**

**Wound Care Instructions**

**Areas that were treated with liquid nitrogen (cold spray) can develop blisters, or even blood blisters. No special treatment is needed as long as the blister roof remains intact. If the blister breaks or becomes large enough to pierce and drain, then treat it as outlined below.**

**Wash THE AREA WITH soap and WATER, GENTLY PAT DRY, APPLY  WHITE PETROLATUM, AND APPLY A BAND-AIDE ONCE A DAY.**

**For the face 7 to 10 days**

**For the body 10 to 14 days**

**The treatment site may take a few weeks to heal; healing is faster on the facial region, and slower on the lower legs.**

**The oozing of clear, yellow fluid (serum) may persist until the area heals in completely. The appearance of thick, creamy, yellow pus, plus a sudden increase in redness, swelling, and pain, signifies an infection; if this happens, please call your doctor for additional instructions.**

LIB001148

**Other Records**

# KAISER PERMANENTE

SANTA CLARITA MEDICAL
OFFICE 2
26877 TOURNEY RD
SANTA CLARITA CA 91355-
1846
SCAL HIM ROI ALMR

Collier, Vicki D
MRN: 000010372397, DOB ████ Sex: F
Encounter date: 11/12/2018

---

## All Flowsheet Data (all recorded) (continued)

### Exercise Vitals   (continued)

| Row Name | 11/12/18 1121 |
|---|---|
| exercise at this level | |

### User Key

(r) = Recorded By, (t) = Taken By, (c) = Cosigned By

| Initials | Name | Effective Dates | Provider Type | Discipline |
|---|---|---|---|---|
| JY | Ybarra-Lloyd, Jannelle (L.V.N.), L.V.N. | 03/13/18 - 12/01/18 | LICENSED VOCATIONAL NURSE | — |

LIB001149

Other Records

# KAISER PERMANENTE

PANORAMA CITY MEDICAL OFFICE 6 U
8001 VENTURA CANYON AVE
PANORAMA CITY CA 91402-6312
SCAL HIM ROI ALMR

Collier, Vicki D
MRN: 000010372397, DOB: ███████ Sex: F
Encounter date: 1/17/2019

## All Flowsheet Data (all recorded) (continued)

### User Key
(r) = Recorded By, (t) = Taken By, (c) = Cosigned By

| Initials | Name | Effective Dates | Provider Type | Discipline |
|---|---|---|---|---|
| MB | Bravo, Maria Guadalupe (L.V.N.), L.V.N. | 12/02/18 – | LICENSED VOCATIONAL NURSE | — |

## All Administrations of OnabotulinumtoxinA Inj 100 Units (BOTOX)

| Administration | Action Time | Recorded Time | Documented By | Site | Comment | Reason |
|---|---|---|---|---|---|---|
| Given_By_Provider : 100 Units : : intraMUSCULAR | 01/17/19 1147 | 01/17/19 1147 | Bravo, Maria Guadalupe (L.V.N.), L.V.N. | Other - See Comments | See MD note | |

## All Administrations of OnabotulinumtoxinA Inj 20 Units (BOTOX COSMETIC)

No Administrations Recorded

LIB001150

Other Records

## KAISER PERMANENTE

PANORAMA CITY MEDICAL OFFICE 6 U
8001 VENTURA CANYON AVE
PANORAMA CITY CA 91402-6312
SCAL HIM ROI ALMR

Collier, Vicki D
MRN: 000010372397, DOB: ████ Sex: F
Encounter date: 1/17/2019

---

**Encounter-Level E-Signatures: (continued)**

---

**KAISER PERMANENTE.**

Kaiser Foundation Hospitals
Southern California Permanente Medical Group

**Name:** Collier,Vicki D
**MRN:** 000010372397
**DOB:** ████

### CONSENT TO OPERATION, ADMINISTRATION OF ANESTHETICS, AND THE RENDERING OF OTHER MEDICAL SERVICES

1. I authorize **BRARA, SONU MALIK (M.D.)**, and/or his/her associates, assistants of his/her choice, and personnel assigned by the hospital or medical group to perform the following operation or procedure (medical and common names):
   **botox Injections to reduce headache frequency**
   **Discussed side effects**
   FOR THE PURPOSE OF (explanation in simple terms):
   **botox Injections to reduce headache frequency**
   **Discussed side effects**
   upon (name of patient): **Collier,Vicki D**, and/or to do any other procedures that in his/her/their judgment may be advisable for the patient's well-being including such procedures as are considered medically advisable to remedy conditions discovered during the procedure or operation. I am satisfied with my understanding of the nature of the operation or procedure, the more common risks associated with it, including the potential for serious harm, including wound infection, anesthesia risks and death, and alternative methods of treatment which have been explained to me. No warranty or guarantee has been made as to the result or cure.

2. Under the Federal Safe Medical Devices Act, Kaiser Permanente must provide manufacturers of certain medical devices with personal information to enable manufacturers to locate patients when a device is removed from the market or when information about significant device problems has to be sent out. If the above procedure involves the implantation of a medical device requiring tracking by the manufacturer and/or the Food and Drug Administration (FDA), my name, birth date, address, phone number and social security number may be forwarded for this purpose. Kaiser Permanente will treat the collected information with the same degree of confidentiality provided to all other medical information. The manufacturers and the FDA are required to treat this information in the same manner. I may refuse to permit the release of this required information (complete form NS-5789, Consent for Safe Medical Device Act, Notice Regarding Medical Device Tracking).

3. I hereby authorize and direct the above-named hospital, medical group, surgeon and/or his/her associates and assistants, to provide such additional services for me as he/she or they may deem medically advisable, including, but not limited to, the selection and administration of anesthesia and the performance of pathology and radiology services.

4. I hereby authorize the hospital and medical group to dispose of any severed tissue or member in accordance with accustomed hospital practice.

Signed:
Signature captured with Topaz at 1/17/2019 10:27:06 AM
Signed by: **Collier Vicki**
Relationship: **Self**

Witness: _Signature captured with Topaz at 1/17/2019 10:28:00 AM_
Witness Name: **BRAVO, MARIA GUADALUPE**

Sight Translated via (if applicable): **N/A**
Interpreter's Name and Identification Number:

---

Kaiser Permanente

Page 106

**LIB001151**

**Other Records**

**KAISER PERMANENTE**    PANORAMA CITY MEDICAL Collier, Vicki D
OFFICE 6 U                MRN: 000010372397, DOB: ⬛ Sex: F
8001 VENTURA CANYON        Encounter date: 1/17/2019
AVE
PANORAMA CITY CA 91402-
6312
SCAL HIM ROI ALMR

**Encounter-Level E-Signatures: (continued)**

Document Read to Patient due to (if applicable): **N/A**
Read by (Staff Name):

12-2163 (2-11) HIPAA COMPLIANT
SPANISH – 12-9666, CHINESE – NS6281

Page [pageNum] of [pageCount]

Kaiser Permanente                                                                              Page 107

**LIB001152**

**Other Records**

## KAISER PERMANENTE

SANTA CLARITA MEDICAL OFFICES U
27107 TOURNEY RD
SANTA CLARITA CA 91355-1860
SCAL HIM ROI ALMR

Collier, Vicki D
MRN: 000010372397, DOB: ███ Sex: F
Encounter date: 1/31/2019

Ultrasound (Monday-Friday 8am-4:30pm)

Laboratory (Monday-Friday 8am-7pm)(Saturday 8am-12pm)

Pharmacy (Monday-Friday 8am-7pm)

### Santa Clarita Medical Office Building 2  (26877 Tourney Road):
Building Hours (Monday-Sunday 8am-8:30pm)
Specialty Clinic Hours (Monday-Friday 8am-5pm)
Urgent Care (Monday-Sunday 9:00am-9:00pm)
Laboratory and Radiology (Monday-Sunday 8:30am-8:30pm)
Pharmacy (Monday-Sunday 8am-8:30 pm)

### Canyon Country Medical Office Building (26415 Carl Boyer Dr.)
Monday-Friday (8:30am - 4:30pm)
Closed for lunch Monday-Thursday (12:30 pm-1:30pm) Fridays (12pm-1pm)
Laboratory (Monday-Friday 9:00am-4:30pm)

### (Holidays may affect hours of each facility)

### Referral Information
Before calling make sure to have your Kaiser Permanente Card or MRN (medical record number) because the call center needs your number to be able to pull up your chart to read and review the referral you are trying to make an appointment for. Call (833) 574-2273. After asking for representative, press 2 for Specialty Services, then press 3 for the option to schedule the appointment.

**Appointment Center 1-833-574-2273**
**Member Services 1-800-464-4000**
**Santa Clarita Education Department- 1-661-222-2100**
**Behavioral Health Care  1-800-700-8705**

**Follow-up and Disposition**

Return if symptoms worsen or fail to improve.

**Follow-up and Disposition History**

02/01/2019 1055 - Esther Chuanwah (M.D.) Wang-O'Connell, M.D.

Disposition:          Return if symptoms worsen or fail to improve.

**All Flowsheet Data (all recorded)**
Kaiser Permanente                                          Page 123

LIB001153

# Quality Assurance Report

## Request Information

Report Date:    March 3, 2019

**RP ID:** 5046117

Patient Name:  COLLIER, VICKI

Provider Name: KAISER PERMANENTE- PANORAMA CITY

## Quality Assurance Information

Scope Requested: **From May 1, 2018 to Present**

Special Request:
please also request work status notes as well as
records. - Seen By: KAISER PERMANENTE- PANORAMA CITY

Special Request Included? YES

Secondary Request Confirmed? YES

QC Notes:

Chart Reviewed By:  MSEDE

LIB001154



**Liberty Mutual Insurance**

**Jane G. Howard, CRC**
**Commercial Insurance Claims**
**Vocational Rehabilitation**
**P.O. Box 66400**
**London, KY 40742**
**Direct Dial: 704-360-1850**
**1-888-323-3813 Fax**
**Jane.howard@libertymutual.com**

## OCCUPATIONAL ANALYSIS / VOCATIONAL REVIEW

| | |
|---|---|
| **Claimant:** | Vicki Collier |
| **Claim Number:** | 8741789 |
| **Disability Case Manager:** | Kristie La Rocca |
| **Date of Report:** | 03/02/19 |

## FILE REVIEW / SUMMARY

### DEMOGRAPHICS

Ms. Collier is a 55 year-old Sales Agent (job title) employed by Auto Club of SO California, who experienced an interruption of work on 5/15/18 due to a shoulder injury. In preparation for this report, I have reviewed the electronic claim file and researched standard vocational resources (e.g. Dictionary of Occupational Titles (DOT), Occupational Outlook Handbook (OOH), Occupational Information Network (O*NET)/Standard Occupational Classification (SOC) coding system, etc.) and Internet job boards.

## ASSESSMENT / ANALYSIS

### JOB DESCRIPTION

The details of Ms. Collier's job were obtained from the job description contained in the claim file. The job title on the job description noted is Sales Agent. Per the job description;

> "This position works exclusively in a District Office, engaged in sales activities, appointments and inspections conducted primarily onsite, offsite at the discretion of the IBM. Club memberships and insurance products are sold in support of Club growth, profitability and service quality objectives. The position provides member services and new insurance sales. In addition, the position must complete documentation thoroughly, accurately and in a timely manner, as well as adhere to underwriting rules and guidelines to achieve underwriting objectives."

Please see the claim file for the complete description.

**LIB001155**

Re: Collier                                                                                      03/02/19

- 2 -

## OCCUPATIONAL RESEARCH

Based on a review of this document, the job tasks are best represented by the occupation of Sales Agent, Insurance (DOT: 250.257-010). The DOT description and tasks are substantially similar to the updated information in the Standard Occupational Classification/Occupational Information Network (SOC/O*NET) description of Insurance Sales Agents (O*NET: 41-3021.00). The O*NET describes this occupation, along with sample job titles and tasks as:

> "Sell life, property, casualty, health, automotive, or other types of insurance. May refer clients to independent brokers, work as an independent broker, or be employed by an insurance company.

> Sample of reported job titles: Insurance Agent, Agent, Sales Agent, Insurance Broker, Account Executive, Producer, Sales Representative, Insurance Sales Agent, Underwriting Sales Representative, Account Manager"

Internet research was conducted to further define the physical demands of the occupation. Additionally, a 2018 survey of valid respondents from O*NET was reviewed with regards to the additional physical demands.

## PHYSICAL DEMANDS

Taking into consideration all of the research as noted in the DOT, O*NET and the OOH, the occupation of Insurance Sales Agent is typically performed at both the sedentary and light physical demand levels.

This occupation can be completed as an inside sales agent or as an outside sales agent. Sales agents, at the light physical demand level, may be on their feet more than occasionally when meeting with customers, presenting and traveling to meetings. Inside sales agents complete more work via computer, in person meetings, and telephone in an office setting.

> "**S-Sedentary Work -** Exerting up to 10 pounds of force occasionally (Occasionally: activity or condition exists up to 1/3 of the time) and/or a negligible amount of force frequently (Frequently: activity or condition exists from 1/3 to 2/3 of the time) to lift, carry, push, pull, or otherwise move objects, including the human body.  Sedentary work involves sitting most of the time, but may involve walking or standing for brief periods of time.  Jobs are sedentary if walking and standing are required only occasionally and all other sedentary criteria are met."

Positional requirements in sedentary environments include:

- **Constant** sitting
- **Frequent** handling and fingering
- **No and Occasional** standing, walking
- **No** reaching (reaching can be eliminated by moving objects an ergonomically correct distance from the body), bending/stooping, twisting, kneeling, crouching/squatting, crawling, climbing or balancing

**LIB001156**

Re: Collier                                                                                03/02/19
- 3 -

The Department of Labor defines light work as,

> "**L-Light Work -** Exerting up to 20 pounds of force occasionally, and /or up to 10 pounds of force frequently, and/or a negligible amount of force constantly to move objects. Physical demand requirements are in excess of those for sedentary work. Even though the weight lifted may be only a negligible amount, a job should be rated Light Work: (1) when it requires walking or standing to a significant degree; or (2) when it requires sitting most of the time but entails pushing and/or pulling of arm or leg controls; and/or (3) when the job requires working at a production rate pace entailing the constant pushing and/or pulling of materials even though the weight of those materials is negligible. NOTE: The constant stress and strain of maintaining a production rate pace, especially in an industrial setting, can be and is physically demanding of a worker even though the amount of force exerted is negligible."

Positional requirements in light environments include:

- **Frequent** standing, handling and fingering
- **Occasional and Frequent** reaching, sitting
- **Occasional**, walking, bending/stooping, twisting
- **No** climbing, kneeling, crouching/squatting, crawling or balancing

Based on the standard vocational resources outlined above, coupled with my vocational expertise, part-time opportunity does exist in this occupation.

## ACTION PLAN / OUTCOME

### SUMMARY AND CONCLUSIONS
With a reasonable degree of vocational certainty, the typical physical demands of Ms. Collier's occupation of Insurance Sales Agent are most often performed in both the sedentary and light physical demand categories in the national economy. Specific positional demands are outlined above. Based on the research outlined above combined with my professional expertise, it is reasonable to conclude that the occupation exists in both full and part-time positions.

I have not met with Ms. Collier for the purpose of this review. All opinions are based on a review of the electronic claim file and resources listed only. Thank you for the opportunity to review this file. Please contact me if you have any questions regarding this report or if I can be of further assistance with this file.

Respectfully submitted,

*Jane G. Howard, CRC*

Jane G Howard, MRC, CRC
Senior Vocational Rehabilitation Consultant

**LIB001157**

# Liberty Mutual Vocational Rehabilitation

Page 1 of 1

## INVOICE

**TO:** Kristie La Rocca
Liberty Mutual Insurance Company
100 Liberty Way
Dover NH 03820

**Claimant:** Collier, Vicki
**Claim #:** 8741789
**Employer:** Auto Club of So. California
**Date of Injury:** 05/15/2018

03/02/2019

| Date | Code | Nature of Service | Prof | TW | Miles | Misc |
|------|------|-------------------|------|-----|-------|------|
| 03/02/2019 | | Job Analysis | 1.67 | | | |
| | | SUBTOTAL | 1.67 | 0.0 | 0.0 | $0.00 |

**Respectfully Submitted**

Jane Howard

Reference Number: 5698351 / 1114488

**Remit To:**

Liberty Mutual Managed Care, LLC
PO Box 860176
Minneapolis, MN 55486-0176
Fed ID: 04-3217691

| Rate Type | Rates | Quantity | Totals |
|-----------|-------|----------|--------|
| Professional | 86.0 | 1.67 | $143.62 |
| PAY THIS AMOUNT | | | $143.62 |

Invoice Generic Rev 4/2014

LIB001158



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-3579

# AUTHORIZATION FOR THE RELEASE OF PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF HEALTH INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, Plan Sponsor/ Administrator, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all psychotherapy notes relating to me, without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations during private counseling sessions and/or group, joint or family counseling sessions.

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

## STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

pg. 1 CA.Psychotherapy.2015

**LIB001159**

**I understand** that authorizing the disclosure of this health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

**This authorization** shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration.  The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print):

_____

Name of legal representative, if applicable (print):

_____

Relationship:

_____

Signature of claimant or legal representative:


_____

Date of Birth: ███████████    Claim Number:  _8741789_____

Date:  _____

**A copy of this authorization will be considered as valid as the original.**

pg. 2 CA.Psychotherapy.2015

LIB001160



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-3579

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Lincoln Financial Group to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.

* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.

* Information concerning Social Security benefits, including any records pertaining to me and my dependents.

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

## STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:

**I understand** that information used or disclosed pursuant to this authorization could be subject to re disclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted

pg. 1 CA.Authorization-Standard-2018

**LIB001161**

a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand**  that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

**This authorization**  shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration.  The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print):

Name of legal representative, if applicable (print):

Relationship:

Signature of claimant or legal representative:

Date of Birth: ███████            Claim Number:    8741789

Date:

**A copy of this authorization will be considered as valid as the original.**

pg. 2 CA.Authorization-Standard-2018

**LIB001162**

DocuSign Envelope ID: 094F1D0C-2138-4C58-BA0C-9A069FB83E8B



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-3579

# AUTHORIZATION FOR THE RELEASE OF PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF HEALTH INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, Plan Sponsor/ Administrator, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all psychotherapy notes relating to me, without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations during private counseling sessions and/or group, joint or family counseling sessions.

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

## STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

pg. 1 CA.Psychotherapy.2015

**LIB001163**

DocuSign Envelope ID: 094F1D0C-2138-4C58-BA0C-9A069FB83E8B

**I understand** that authorizing the disclosure of this health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

**This authorization** shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration.  The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print):

Vicki Collier

Name of legal representative, if applicable (print):

same

Relationship:

self

Signature of claimant or legal representative:

DocuSigned by:

D1EDE33C21B14A8...

Date of Birth: ███████        Claim Number:    8741789

Date:    2/22/2019

**A copy of this authorization will be considered as valid as the original.**

pg. 2 CA.Psychotherapy.2015

**LIB001164**

DocuSign Envelope ID: 094F1D0C-2138-4C58-BA0C-9A069FB83E8B



| |
|---|
| Liberty Life Assurance Company of Boston |
| Group Benefits Disability Claims |
| P.O. Box 7213 |
| London, KY 40742-7213 |
| Phone No.: (888) 437-7611 |
| Secure Fax No.: (603) 334-3579 |

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Lincoln Financial Group to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.

* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.

* Information concerning Social Security benefits, including any records pertaining to me and my dependents.

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

## STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:

**I understand** that information used or disclosed pursuant to this authorization could be subject to re disclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted

**LIB001165**

DocuSign Envelope ID: 094F1D0C-2138-4C58-BA0C-9A069FB83E8B

a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

**This authorization** shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print):

Vicki Collier

Name of legal representative, if applicable (print):

same

Relationship: self

Signature of claimant or legal representative:

DocuSigned by:

D1EDE33C21B14A8...

Date of Birth: ████████    Claim Number: 8741789

Date: 2/22/2019

**A copy of this authorization will be considered as valid as the original.**

pg. 2 CA.Authorization-Standard-2018

LIB001166

**VOC Suite**

# VOCATIONAL CASE MANAGEMENT

## Occupational Analysis

---

**PLEASE HAVE THE FOLLOWING IN THE CLAIM FILE BEFORE REFERRING**

☑ JOB DESCRIPTION    (if cannot obtain in writing, must have phone doc from discussions with EE/ER detailing job duties)

☐ PHYSICAL JOB EVALUATION FORM (if available)

☐ UPDATED MEDICAL WITH CLEAR R&L'S          ☐ TRAINING-EDUCATION-EXPERIENCE FORM

☐ MANAGER APPROVAL (if required)          ☐ ATTORNEY INFO (if applicable)

---

FROM:    Kristie LaRocca                    DATE:          Thursday, February 21, 2019

## CLAIM BACKGROUND

---

Claimant Name:    VICKI COLLIER                Claim Number:          8741789

☐ STD    ☑ FULLY INSURED        ( THRESHOLD $ )

☑ LTD    ☐ ASO    ☐ LIFE        Has MDS worked the claim?  ☐ YES  ☑ NO

Employer:  AUTO CLUB OF SO CALIFORNIA

Change In DEF. Date:    11/16/2019

Pre-Disability Earnings:    $10,034.08  /  M        Claim Service Type:      REG
                                        (mode)

---

**Document Locations**

☑ Document List        ☐ Correspondence        ☐ Paper File

---

**Case Manager's Recommendations / Reason For Referral:**

please complete oa with physical demands

DP 512

LIB001167

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213

MS. VICKI COLLIER
███████████████████
VALENCIA CA 91354

**LIB001168**



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 422-7909

February 21, 2019

Ms. Vicki Collier

██████████████████

VALENCIA, CA 91354

RE:    Long Term Disability (LTD) Benefits
       Auto Club Enterprises
       Claim #: 8741789

Dear Ms. Vicki Collier:

Liberty Life Assurance Company of Boston, now a Lincoln Financial Group company is responsible for managing claims for Long Term Disability (LTD) benefits under Auto Club Enterprises's Policy.  We are writing in reference to your claim for LTD benefits under the Policy.

In our continued efforts to serve you promptly and courteously, we have adjusted our caseload assignments.

As a result, your claim has been transferred to our Disability Claims Department in our Dover, NH office. Kristie LaRocca has been assigned as your dedicated Disability Case Manager.  You may reach your case manager at 888-437-7611 ext 16350.  Nothing in this process should affect the servicing of your claim.

If you have any questions regarding this matter, please contact me.

Sincerely,

Kristie Larocca
LTD Technical Specialist
Phone No.: (888) 437-7611 Ext. 16350
Secure Fax No.: (603) 422-7909

1  of  1

**LIB001169**



| | | | |
|---|---|---|---|
| Claimant Name: | VICKI  COLLIER | DOB: | █████████ |
| Claim #: | 8741789 | Diagnosis: | 000 UNKNOWN CONDITION OR PRO |
| Date of Disab: | 5/15/2018 | Customer: | AUTO CLUB OF SO CALIFORNIA |
| Office: | 0913 | Case Mgr: | Cara Campbell |

**████████████**

| | | | | |
|---|---|---|---|---|
| ERISA?: | ERISA | Telephone: | (313) 336-1234 | Fax #: |
| Customer Name: | AUTO CLUB OF SO CALIFORNIA | Special Handling: | | |
| Address: | 3333 FAIRVIEW ROAD, A162 | | | |
| | COSTA MESA, ca 92626 | | | |

**Document Location**

☑ Document List    ☐ Correspondence    ☐ Paper File

**████████████████**

| | | Reason for Referral: |
|---|---|---|
| Policyholder: | **Active** | |
| Claim Status: | **Own Occ** | |
| Post Appeal Claim Review: | **No** | |
| Paid Under M&N: | **No** | |
| Is M&N a Co-morbid: | **No** | |

LIB001170



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 334-3579

# AUTHORIZATION FOR THE RELEASE OF PROTECTED HEALTH INFORMATION

## I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF HEALTH INFORMATION ABOUT ME AS DESCRIBED BELOW:

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, Plan Sponsor/ Administrator, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all psychotherapy notes relating to me, without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations during private counseling sessions and/or group, joint or family counseling sessions.

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

## STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

pg. 1 CA.Psychotherapy.2015

**LIB001171**

**I understand** that authorizing the disclosure of this health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

**This authorization** shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration.  The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print):

Name of legal representative, if applicable (print):

Relationship:

Signature of claimant or legal representative:

Date of Birth: ██████████          Claim Number:   8741789

Date:

**A copy of this authorization will be considered as valid as the original.**

pg. 2 CA.Psychotherapy.2015

**LIB001172**



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 334-3579

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:**  Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Lincoln Financial Group to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.

* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.

* Information concerning Social Security benefits, including any records pertaining to me and my dependents.

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

## STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:

**I understand** that information used or disclosed pursuant to this authorization could be subject to re disclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted

pg. 1 CA.Authorization-Standard-2018

LIB001173

a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

**This authorization** shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print):

Name of legal representative, if applicable (print):

Relationship:

Signature of claimant or legal representative:

Date of Birth: ██████████          Claim Number:   8741789

Date:

**A copy of this authorization will be considered as valid as the original.**

pg. 2 CA.Authorization-Standard-2018

LIB001174

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209




MS. VICKI COLLIER
██████████████████████
VALENCIA CA 91354

LIB001175



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 334-3579

February 15, 2019

Ms. Vicki Collier

VALENCIA, CA 91354

RE:    Long Term Disability (LTD) Benefits
       Auto Club Enterprises
       Claim #: 8741789

Dear Ms. Vicki Collier:

Liberty Life Assurance Company of Boston now a Lincoln Financial Company is responsible for managing claims for Long Term Disability (LTD) benefits under Auto Club of Southern California's Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

We are in the process of reviewing your claim and a decision has not yet been made. If necessary, we will be gathering additional information to assist us with a claim determination.

We have been informed that you have been unable to work since May 15, 2018 due to your condition.

If you condition is a result of a work related injury please note that receipt of Worker's Compensation benefits prior to the Long Term Disability benefit begin date does not automatically mean that your Long Term Disability claim will be approved. The provisions and requirements in the Long Term Disability Policy differ from those of other income replacement contracts.

Under the terms of your employer's Policy, initial notice of claim must be submitted within 90 days. Since your reported disability began on May 15, 2018, and you submitted your claim on February 12, 2019, you have failed to provide notice and/or proof of claim according to the contractual requirements. In order for us to review your claim, we must receive a detailed written explanation and supporting documentation, which explain the reason for the late claim submission.

Please contact each of your medical providers and request they provide our office with the following information:

- A copy of all office treatment notes, test results, therapy records, hospital admission records, operative reports, and treatment plans for the period of reported disability.

LIB001176

We are also requesting that you return the following forms:

- Activities Questionnaire
- Agreement Concerning Benefits
- Liberty Mutual Authorization to Release Information Forms (2)
- Claimant Supplementary Statement
- Claimant Information Form
- Family Information Questionnaire
- Reimbursement Agreement
- SS Reimbursement Agreement
- Training – Education – Experience form
- EDD Award Information
- Worker's Compensation Information Form
- **Copy of your Driver License**

This information is needed in order to make an initial determination on your claim.

Medical proof of disability from all treating physicians, specialists, and/or therapists for the period of reported disability. This includes, but is not limited to, office treatment notes, test results, therapy records, hospital admission records, operative reports, and treatment plans for the period of reported disability.

Please contact all of your treating physicians requesting copies of all of your medical records, including office visit notes and diagnostic test results, from May 1, 2018 through the present, be forwarded to us as promptly as possible, in order to support your claim for disability benefits. If you provide us with a complete list of your treating physicians from May 1, 2018 to the present in the enclosed *Claimant Information Form*, including names, phone numbers, and fax numbers, we can request this information on your behalf; however, it will be your responsibility that we receive the information in this office by the timeline below.

Furthermore, due to the date of submission of this claim we must conduct an additional investigation on your claim. As per the terms of your employer's Long Term Disability Policy you are required to meet the following definition of disability:

> **"*Disability*"** *or* **"*Disabled*"** *means:*
>
> i.   *that during the Elimination Period and the next 12 months of Disability the Covered Person, as a result of Injury or Sickness, is unable to perform with reasonable continuity the Substantial and Material Acts necessary to pursue his Own Occupation in the usual and customary way; and*
>
> i.   *thereafter, the Covered Person is unable to perform, with reasonable continuity, the Substantial and Material Acts of any occupation, meaning that as a result of sickness or injury the Covered Person is not able to engage with reasonable continuity in any occupation in which he could reasonably be expected to perform satisfactorily in light of his age, education, training, experience, station in life, and physical and mental capacity.*

**LIB001177**

For the first 12 months we must find that you are unable to perform the maternal and substantial duties of your Own Occupation. To remain eligible for benefits beyond the 12th month, you must be disabled from Any Occupation. As your benefit begin date, according the limited information we have is on November 13, 2018, the change in definition will occur on November 13, 2019. We are currently gathering information to assess your continued eligibility for benefits beyond this date.

Please be advised that both Liberty Life Assurance Company of Boston, now a Lincoln Financial Group company request for additional information and our evaluation of this claim is without prejudice to our right to raise the defense of late notice.

Your prompt cooperation in providing the requested information is essential to our claim investigation. Auto Club of Southern California's Long Term Disability Policy requires that in order to receive benefits, you provide proof of disability within a required timeframe. Your cooperation in providing the requested information is essential to our claims investigation. We ask that you provide us with all medical records from all treating providers pertinent to your period of disability no later than 45 days from the date of this letter, by March 30, 2019, as required under the terms of your Policy.

Please be advised until we have your medical records to support your disability and all required forms, we will not be able to make a claim determination. No benefits will be issued during this investigation period. In the absence of this information, we will make a claim determination based on the information in our file.

If you would like to email us the attached forms, you may do so by sending us an email at disabilitydocuments@lfg.com with your claim number in the subject line.

We attempted to reach you at (661) 317-5747 as provided by your employer. We left phone message asking that you return our phone call so that we can discuss your disabling condition and review what is required to process your claim. If we have not spoken by phone by the time you receive this correspondence, please call me at the number below by March 30, 2019 so we can discuss the specifics of your leave and what is needed to process your claim.

We will notify you of the status of the claim when a decision has been made. If you have any questions regarding your application for benefits, please contact me.

If you have any questions regarding this matter, please contact me.

Sincerely,

Cara Campbell
Dis Claims Ltd Case Mgr
Phone No.: (800) 320-7585 Ext. 41466
Secure Fax No.: (603) 334-3579

Attachments:    Activities Questionnaire Form
                Agreement Concerning Benefits Form
                Claimant Information Form

3   of 4

LIB001178

Claimant Supplementary Statement
Family Information Questionnaire
Reimbursement Agreement Form
Training Education Experience
Workers' Compensation Information Form
SS Reimbursement Agreement - CA ADOP
Authorization - CA
Authorization - Medical CA

LIB001179

## ACTIVITIES QUESTIONNAIRE



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 334-3579

**Return To:** Cara Campbell

*page 1 of 3*

---

EMPLOYEE/CLAIMANT NAME: Vicki Collier

CLAIM NO: 8741789                    DATE OF BIRTH: ▮▮▮▮▮▮▮

EMPLOYER/SPONSOR: Auto Club Enterprises

---

**TO BE COMPLETED BY THE CLAIMANT:**

Please answer the following questions and return the form to Liberty Life Assurance Company of Boston.

How long are you able to:

    sit _____    stand _____    walk _____

How many hours a day do you:

    sit _____    stand _____    walk _____

Do you take a nap during the day?

    Yes_____    No _____

    If Yes, for how long? _____    At what time of the day?_____

How many hours a day do you spend in bed?_____

Do you require any assistive devices such as a:

    cane _____    walker_____    crutches _____    wheelchair _____    other _____

How long are you able to sit in a car?_____

Do you hold a valid driver's license?

    Yes_____    No _____

    If No, please explain: _____

    If Yes, how long are you able to drive a car?_____

    **Please provide a copy of your driver's license when returning this form.**

How do you maintain contact with people or activities that matter most to you?

_____

---

Do you have children?

    Yes_____    No _____    If Yes, what are their dates of birth _____

    Do you need help caring for your children?

    Yes _____    No _____

Are you responsible for taking care of any grandchildren, an elderly parent or grandparent?

    Yes_____    No _____    If Yes, please explain _____

How many times a day do you leave the house during the week? _____

    On the weekends?_____

How often do you run errands? _____

Please describe what errands you most commonly run: _____

**LIB001180**



How often do you get outdoors? _____

Are you left or right hand dominant?          Left _____     Right _____

Are you able to work in your garden?          Yes _____     No _____

Are you able to work on your house?          Yes _____     No _____

Are you able to wash your car?          Yes _____     No _____

How much time is spent daily on your home computer?

_____ None   _____ 0-1 hours   _____ 1-2 hours   _____ 2-3 hours   _____ 3+ hours

How much time is spent weekly on your home computer?

_____ None   _____ 0-1 hours   _____ 1-2 hours   _____ 2-3 hours   _____ 3+ hours

What activities do you perform on your home computer.   Please check all that apply:

_____ Pay bills   _____ Read news/articles   _____ Use search engines   _____ Send emails

_____ Visit chat rooms   _____ Photos   Other: _____

What computer software applications do you utilize.  Please check all that apply:

_____ Word processing (Word)   _____ Spreadsheets (Excel)   _____ Database (Access)   _____ Graphics

_____ Photo software (Photoshop)   _____ Programming   Other: _____

Do you have a working home copy machine/fax machine?   _____ Yes   _____ No

If yes, please explain purpose and usage: _____

The following questions intend to identify whether or not you are able to <u>independently</u> conduct routine daily activities.  If assistance is required, please clarify.

| **How are the following accomplished?** | **By Whom?** | **Assistance Required?** |
|---|---|---|
| Grocery Shopping | | |
| Carrying groceries into the house | | |
| Cooking meals | | |
| Cleaning after meals | | |
| Cleaning bathrooms | | |
| Vacuuming | | |
| Doing the laundry | | |
| Opening and responding to mail | | |
| Managing your finances | | |
| Balancing your checkbook | | |
| Bathing yourself | | |
| Styling your own hair | | |
| Getting dressed | | |
| Going up and down stairs | | |

Have you been confined to a hospital within the last 12 months?   Yes _____   No _____

If Yes, please provide reason and hospital contact Information: _____

**LIB001181**



How often do you travel or take vacation? _____

Where do you go?  How do you get there (transportation method)? _____

_____

Are you able to pursue your hobbies?          Yes _____     No _____

If Yes, please describe _____

Do you participate in an exercise program?    Yes _____     No _____

If Yes, please describe _____

Do you do any Volunteer work?                Yes _____     No _____

If Yes:

how many hours per day? _____

how many hours per week? _____

for whom? _____

Are you working for wages?                   Yes _____     No _____

If Yes, please provide employer's name _____

**Describe in your own words, what prevents you from engaging in <u>any gainful employment</u>.**

_____

_____

_____

_____

_____

_____

**Please describe your daily routine: (if more space is needed, please use the back of this form)**

_____

_____

_____

_____

Is there a daytime number where you can be reached in the event we have any questions regarding your responses?

_____

In the event we cannot reach you, please provide an alternate contact's name and telephone number.

_____

**Upon completion of this form, please sign and date below and return in the envelope provided to you.  Thank you for your cooperation.

The above statements are true and complete to the best of my knowledge and belief and I hereby authorize any hospital or physician who has treated me or other person who has attended me or examined me or any company or Government agency to furnish the Insurance Company providing this firm or their representative, any and all information with respect to any illness, injury, medical history, consultations, prescriptions, treatments or benefits and copies of all applicable records.  A photo static copy of this form will be as valid as the original.  I understand that if this information changes at any time, I will contact Liberty.

Name: _____     Date: _____

Signature: _____

**LIB001182**

**Liberty Mutual.**
INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 334-3579

## AGREEMENT CONCERNING BENEFITS

Return To:    Cara Campbell

---

Policy No: 06 - 444185                      Claim Number: 8741789

Employer: Auto Club Enterprises        Address ███████████████
                                                          VALENCIA CA 91354

Claimant: Vicki Collier

Date of Disability: 05/15/2018

---

In return for the advance payment of group disability benefits made to me by Liberty Life Assurance Company of Boston, which may be in excess of the amount due to me under the terms of Policy number 06 444185  I, for myself, my heirs, executors, administrators and assigns agree:

1)    That I am not currently receiving any benefits from Social Security and/or Workers' Compensation.

2)    If I apply for Social Security benefits and/or Workers' Compensation benefits I will promptly notify Liberty Life Assurance Company of Boston.

3)    If I, and/or my spouse and family receive any benefits payments, from Social Security and/or Workers' Compensation, I, and/or my spouse and family will immediately notify by Liberty Life Assurance Company of Boston, of such benefit payments and pay back any overpayment resulting from this award in accordance with my Policy provisions.

4)    I understand that thereafter Liberty Life Assurance Company of Boston is entitled to integrate any amounts received from Social Security and/or Workers' Compensation with the benefits payable under the Policy in accordance with the terms of the Policy.

I understand that Liberty Life Assurance Company of Boston in reliance on the above statements and promises, has agreed to advance benefits to me.

---

Claimant Name (please print)

---

Address

---

Signature

---

Date

*PLEASE RETAIN A COPY FOR YOUR RECORDS, OR ONE MAY BE PROVIDED FOR YOU UPON REQUEST.*

**LIB001183**

# CLAIMANT INFORMATION FORM



**Liberty Mutual** INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 334-3579

**Return To:** Cara Campbell

EMPLOYEE/CLAIMANT NAME: Vicki Collier

CLAIM NO: 8741789

EMPLOYER/SPONSOR: Auto Club Enterprises          DATE OF BIRTH: ███████

**TO BE COMPLETED BY EMPLOYEE:**
Please provide us with the names of all medical providers, hospitals, medical insurance carriers, and pharmacies used during the time period from 05/01/2018 to the present. *If additional space is needed, please use a separate sheet of paper.*

## MEDICAL PROVIDERS/THERAPISTS/CLINICS/HOSPITALS:

Name: _____          Name: _____
Specialty: _____          Specialty: _____
Address: _____          Address: _____
_____          _____
Telephone No. :(___) _____  Fax No. :(___) _____          Telephone No. :(___) _____  Fax No. :(___) _____

Name: _____          Name: _____
Specialty: _____          Specialty: _____
Address: _____          Address: _____
_____          _____
Telephone No. :(___) _____  Fax No. :(___) _____          Telephone No. :(___) _____  Fax No. :(___) _____

## MEDICAL INSURANCE CARRIER(S):

Name: _____          Name: _____
Specialty: _____          Specialty: _____
Address: _____          Address: _____
_____          _____
Telephone No. :(___) _____  Fax No. :(___) _____          Telephone No. :(___) _____  Fax No. :(___) _____

## PHARMACY(S):

Name: _____          Name: _____
Specialty: _____          Specialty: _____
Address: _____          Address: _____
_____          _____
Telephone No. :(___) _____  Fax No. :(___) _____          Telephone No. :(___) _____  Fax No. :(___) _____

I hereby attest the above statement is true. I understand that any person who knowingly and with intent to injure, defraud, or deceive the insurance company files a statement or claim containing any false or misleading information may be guilty of a criminal act punishable under law.

SIGNATURE: _____          DATE: _____

**LIB001184**

# CLAIMANT SUPPLEMENTARY STATEMENT



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 334-3579

**Return to:** Cara Campbell

**EMPLOYEE/CLAIMANT NAME:** Vicki Collier     **CLAIM #:** 8741789

**EMPLOYER:** Auto Club Enterprises     **DATE OF BIRTH:** ███

| Full Name (Last, First, Middle Int.) | Social Security # | Email Address | |
|---|---|---|---|
| Street Address | City | State | Zip Code |
| Telephone Number (include area code) | Cell Phone Number (include area code) | Marital Status | |
| Spouse's Full Name and Date of Birth | Number of Children | Dates of Birth of Children | |

Next of Kin/Emergency Contact (required should additional benefits be payable in the event of your death).
Name                    Relationship to you?                    Tel #.

Have you returned to any type of employment or activity that provides you money? If yes, please provide name of employer, start date, hours worked per/wk and rate of pay.

Do you own a business, or are you involved or affiliated with any type of business, corporation, partnership, or sole proprietary? If yes, please explain and provide proof of income from prior year.

Do you have a tax identification number (TIN) or employer identification number (EIN)? If yes, for what purpose?

Do you hold a professional license? If yes, for what purpose?

Are you associated with an Internet business of any kind? Do you have a website? If yes, please explain and provide website address(es) and the date started.

Are you pursuing money from a third party or involved in any litigation? If yes, please explain why and provide your attorney's contact information.

Are you pursuing moneys from a third party: Workers' Compensation Carrier, Insurance Co., or Individual? If yes, please explain.

Identify other income you are receiving or for which you have applied. You have an ongoing obligation to notify us immediately of receipt of any other income or any other changes to this information, including supporting documentation confirming the amount you receive and the effective date:

| Yes | No | Type | Amount per Week/Month | Date Began Receiving | Date Ceased Receiving | Date Income Applied for |
|---|---|---|---|---|---|---|
| ☐ | ☐ | Wages/ Income/ Money/ Unemployment | $ ___ | ___ | ___ | ___ |
| ☐ | ☐ | Social Security (disability or retirement) | $ ___ | ___ | ___ | ___ |
| ☐ | ☐ | Social Security (for your spouse/dependents) | $ ___ | ___ | ___ | ___ |
| ☐ | ☐ | Short Term Disability or State Disability | $ ___ | ___ | ___ | ___ |
| ☐ | ☐ | Pension or Retirement benefits (lump sum/ongoing) | $ ___ | ___ | ___ | ___ |
| ☐ | ☐ | Workers' Compensation | $ ___ | ___ | ___ | ___ |
| ☐ | ☐ | Severance or Employment Separation payment (provide Agreement) | $ ___ | ___ | ___ | ___ |
| ☐ | ☐ | Other income/money/benefit (describe) ___ | | | | |

**If my claim is overpaid, I understand and agree that Liberty has the right to recover such overpayment from me, including the right to reduce future disability benefits, or pursue other collection methods as appropriate. The above statements are true and complete to the best of my knowledge and I understand that any person who knowingly, and with intent to injure, defraud, or deceive Liberty and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law. A photo static copy of this form will be valid as the original.**

**EMPLOYEE'S PRINTED NAME:** ___

**DATE:** ___     **EMPLOYEE'S SIGNATURE:** ___

DP 409

**LIB001185**

# FAMILY INFORMATION QUESTIONNAIRE


**Liberty Mutual.**
**INSURANCE**

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 334-3579

**Return to:** Cara Campbell

EMPLOYEE/CLAIMANT NAME: Vicki Collier

CLAIM NO: 8741789

EMPLOYER/SPONSOR: Auto Club Enterprises                DATE OF BIRTH: ▮▮▮▮▮▮▮

To document your Long Term Disability Claim file and properly administer benefits, we need the following information. Please complete and return this form in the envelope provided. Thank you for your prompt attention to this request for information.

What is your marital status?        Single _____        Married _____        Divorced _____

If married, please indicate your spouse's name and date of birth.   Name: _____        DOB: _____

Do you have children or dependents*?   Yes _____        No _____

If yes, please provide additional details below, using additional space as needed.

\* An eligible dependent may include:
- Biological child(ren)
- Stepchildren
- Children not residing in your household
- Custodial Grandchildren
- A child 18 or older with a disability that started before age 22
- Adopted Children
- A child 18-19 and a full-time student (not higher than grade 12)

| Name | DOB | If Divorced or Separated, Indicate Custodial or Non-Custodial | High School Student? Yes or No | Anticipated/Actual Last Month/Year of High School |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

Is your spouse and/or children receiving Social Security benefits?   Yes: _____   No: _____

If yes, please complete the information below and include a copy of their Social Security Award Certificate(s).

If no, however, they were previously receiving Social Security benefits in the past and are no longer, please include a copy of the Social Security Termination notice (s), if this information has not already been provided to Liberty Life Assurance Company.

| Name | DOB | Awarded as: Dependent, Spouse or Disabled | Current Monthly Benefit Amount | Date of Entitlement to Benefits | Benefit Termination Date (if applicable) |
|---|---|---|---|---|---|
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

Your Name: _____        Date: _____

**LIB001186**

# REIMBURSEMENT AGREEMENT



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 334-3579

**Return To:** Cara Campbell

Please complete, sign, and return a copy to Liberty Mutual.

---

***TO BE COMPLETED BY LIBERTY MUTUAL***

Claimant Name:**Vicki Collier**

Address [REDACTED]        **VALENCIA CA 91354**

Name of Employer: **Auto Club Enterprises**

---

In consideration of the receipt of disability benefit payments received by me from the Plan Sponsor, I

(    **Vicki Collier**                                            ) hereby agree:

    (Claimant Name)

(a)    to repay the Plan Sponsor for such benefits to the extent they are for losses for which compensation is paid to the covered person by or on behalf of the person at fault;

(b)    to allow the Plan Sponsor a lien on such compensation and to hold such compensation in a trust for the Sponsor, and;

(c)    to execute and give to the Plan Sponsor any instruments needed to secure the rights under (a) and (b).

Further, when the Plan Sponsor has paid benefits to or on behalf of the injured covered person, the Plan Sponsor will be subrogated to all rights of recovery that the covered has against the person at fault. These subrogation rights will extend only to recovery of the amount the Plan Sponsor has paid.  The covered person must execute and deliver any instruments needed and do whatever else is necessary to secure those rights to the Plan Sponsor.

_____            _____
        (Date)                    (Signature of injured individual or legal representative)

**PLEASE RETAIN A COPY FOR YOUR RECORDS, OR ONE MAY BE PROVIDED FOR YOU UPON REQUEST.**

LIB001187

# TRAINING-EDUCATION-EXPERIENCE FORM (TEE)



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 334-3579

EMPLOYEE/CLAIMANT NAME: Vicki Collier

CLAIM NO: 8741789

EMPLOYER/SPONSOR: Auto Club Enterprises          DATE OF BIRTH: ▇▇▇▇▇▇

## Please fill out each section completely

**EDUCATIONAL BACKGROUND:**                    **(If you have a resume, please attach)**

Highest Grade Completed: _____          Check if earned: ☐ GED  ☐ HS Diploma

Vocational Training: _____   Certificate Program completed: _____

Associates Degree: _____   College: number of years: _____

Bachelor's Degree: BA /BS Major: _____   Graduate School: MA ☐ MS ☐ CAGS ☐ PHD Degree: _____

Professional Training, License, Certificates(s): _____

Are you currently attending any classes: ☐ Y   ☐ N   If yes, provide name of school: _____

List any other Training or Classes Attended or Plan to Attend: _____

Additional Skills, Hobbies & Volunteer Work _____

Did you serve in the Armed Forces? ☐ Y   ☐ N   From: _____   To: _____

Branch of Service: _____   Specialty: _____

**WORK EXPERIENCE:** (If you've held different positions for the same employer, please include them below)
Please list chronologically (starting with the most recent) all the jobs/positions you have held in the past 15 years.
(add additional pages if needed for a complete work history).

1. Company: _____ Department: _____ From: _____ To: _____
   Job Title(s): _____
   Supervisory Experience ☐ Y   ☐ N
   Tasks/Duties (please be specific): _____
   _____

2. Company: _____ Department: _____ From: _____ To: _____
   Job Title(s): _____
   Supervisory Experience ☐ Y   ☐ N
   Tasks/Duties (please be specific): _____
   _____

A Liberty Mutual Company

**LIB001188**

3. Company: _____ Department: _____ From: _____ To: _____

Job Title(s): _____

Supervisory Experience ☐ Y    ☐ N

Tasks/Duties (please be specific): _____
_____

4. Company: _____ Department: _____ From: _____ To: _____

Job Title(s): _____

Supervisory Experience ☐ Y    ☐ N

Tasks/Duties (please be specific): _____
_____

5. Company: _____ Department: _____ From: _____ To: _____

Job Title(s): _____

Supervisory Experience ☐ Y    ☐ N

Tasks/Duties (please be specific): _____
_____

## Computer Utilization:

Computer Training/Courses, Certifications: _____

|  | Home | Work |  | Home | Work |
|---|---|---|---|---|---|
| Email | ☐ | ☐ | Graphics Software | ☐ | ☐ |
| Internet | ☐ | ☐ | Installation/Repair Hardware | ☐ | ☐ |
| Word Processing (MS Word) | ☐ | ☐ | Installation/Repair Programming | ☐ | ☐ |
| Spread Sheet (MS Excel) | ☐ | ☐ | Project Management | ☐ | ☐ |
| Database | ☐ | ☐ |  |  |  |
| Photo Software | ☐ | ☐ | Other: _____ |  |  |

How much time is spent daily on your work computer? ☐ None  ☐ 1-2 hours  ☐ 2-3 hours  ☐ 3+ hours

How much time is spent daily on your home computer? ☐ None  ☐ 1-2 hours  ☐ 2-3 hours  ☐ 3+ hours

Keyboarding/Typing Experience: ☐ Yes  ☐ No   If yes, WPM (words per minute) _____
(We recommend- http://typingtest.com to determine WPM)

Please provide your email address: Personal: _____    Work: _____

**SIGNATURE:** _____    **PHONE NO: (      )** _____

2

LIB001189

# Workers' Compensation
# INFORMATION FORM



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 334-3579

Return To: Cara Campbell

EMPLOYEE/CLAIMANT NAME: Vicki Collier

CLAIM NO: 8741789

EMPLOYER/SPONSOR: Auto Club Enterprises        DATE OF BIRTH: ▮▮▮▮▮▮▮

We received your disability claim form. The form indicates that your disability is the result of a work related Injury/Sickness. Please provide the following information and return this form to my attention in order to avoid any delay in processing.

1. Date of Injury/Sickness: _____

2. Location of Injury (please provide complete address): _____

3. Description of Injury/Sickness (please include copy of accident report): _____

4. Please provide the name of your Employer:

Company Name: _____

Address: _____

Supervisor Name: _____ Telephone: (____)_____

5. Please provide the name of your Employer's Workers' Compensation Carrier or Administrator:

Insurance Carrier: _____

Address: _____

Telephone: (____)_____

Claim Representative: _____

6. Are you collecting benefits from your Employer's Workers' Compensation Insurance Company or Administrator?

Yes ☐        No ☐

If "Yes":        Weekly Benefit Amount $ _____

Claim No.: _____

7. Are you using the services of an attorney?

Yes ☐        No ☐

If "Yes":        Name: _____

Address: _____

Telephone: (____)_____

SIGNATURE: _____ DATE: _____

DP 539D – Rev. 12/02

**LIB001190**



**LIBERTY MUTUAL GROUP**
**LIBERTY LIFE ASSURANCE COMPANY OF BOSTON**

**SOCIAL SECURITY/REIMBURSEMENT AGREEMENT**

**INSTRUCTIONS:** The policy/plan under which you are covered provides that Short Term, Statutory and/or Long Term Disability benefits (herein referred to as "disability benefits") will be reduced by the amount of Social Security benefits which you and your dependents (if applicable) receive. This may affect your future disability benefits as well as prior disability benefits which have been issued to you.

**Please review, sign and return this form to our office. We recommend you maintain a copy for your records.**

**Claimant:** Vicki Collier                                    **Date of Birth:** ▮▮▮▮▮▮▮

**Employer:** Auto Club Enterprises                **Policy/Plan Sponsor No.:** 06-444185

**A)** If disability benefits are approved I request that Liberty Life Assurance Company of Boston (Liberty Life) pay me my benefit with <u>no reduction</u> for Social Security Disability benefits until Social Security makes a decision. I understand that this may result in an overpayment of disability benefits paid to me if Social Security subsequently awards benefits to me, and I understand that I must repay this overpayment to Liberty Life. In consideration of Liberty Life paying me a disability benefit with no reduction for Social Security benefits until Social Security makes a decision, I agree to the following:

1) I agree to notify Liberty Life immediately if awarded Social Security Benefits.
2) I authorize Liberty Life to release information concerning Social Security benefits to my employer for administration of my employer sponsored benefits.
3) If Social Security awards benefits to me, I agree that Liberty Life has a first lien on all such benefits to the extent of any overpayment or debt, and I agree to hold all such Social Security benefits in a trust for the benefit of Liberty Life until the amount of Liberty Life's overpayment has been repaid in full.
4) I agree to repay Liberty Life in full within the time period specified in my policy/plan provision.

If I do not repay any overpayment due to Liberty Life in full, I understand Liberty Life will discontinue payment of benefits to me, including payments for insurance premiums and other deductions paid on my behalf, and Liberty Life may withhold future disability benefits until the overpayment is recovered in full. In addition, Liberty Life may also pursue other means permitted by law to collect the overpayment amount owed.

**(Insured/Employee signature)**_____    **(Witness signature)**_____

**(Address)**_____    **(Address)**_____

**(Date)**_____    **(Date)**_____

*Please retain a copy for your records or one can be provided upon request.*

LIB001191



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 334-3579

# AUTHORIZATION FOR THE RELEASE OF PROTECTED HEALTH INFORMATION

## I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF HEALTH INFORMATION ABOUT ME AS DESCRIBED BELOW:

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, Plan Sponsor/ Administrator, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all psychotherapy notes relating to me, without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations during private counseling sessions and/or group, joint or family counseling sessions.

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

## STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

pg. 1 CA.Psychotherapy.2015

**LIB001192**

**I understand** that authorizing the disclosure of this health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

**This authorization** shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration.   The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print):

_____

Name of legal representative, if applicable (print):

_____

Relationship:

_____

Signature of claimant or legal representative:

_____

Date of Birth: ██████████          Claim Number:   8741789

Date: _____

**A copy of this authorization will be considered as valid as the original.**

pg. 2 CA.Psychotherapy.2015

**LIB001193**



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 334-3579

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Lincoln Financial Group to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all information related to:

    * My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.

    * Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.

    * Information concerning Social Security benefits, including any records pertaining to me and my dependents.

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

## STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:

**I understand** that information used or disclosed pursuant to this authorization could be subject to re disclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted

pg. 1 CA.Authorization-Standard-2018

**LIB001194**

a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand**  that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

**This authorization**  shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration.  The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print):

Name of legal representative, if applicable (print):

Relationship:

Signature of claimant or legal representative:

Date of Birth: ▮▮▮▮▮           Claim Number:   8741789

Date:

**A copy of this authorization will be considered as valid as the original.**

pg. 2 CA.Authorization-Standard-2018

LIB001195



«Sequence_Number»

Liberty Life Assurance Company of Boston
Disability Claims
P.O. Box 7209
London, KY 40742-7209

VICKI COLLIER

VALENCIA, CA 91354-0000



LIB001196



Liberty Life Assurance Company of Boston
Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone: (800) 320-7585
Secure Fax No.: (603) 422-0119

February 14, 2019

VICKI COLLIER

VALENCIA, CA 91354-0000

RE:    AUTO CLUB OF SO CALIFORNIA
       Long Term Disability Benefits
       Claim #: 8741789

MS. COLLIER

We acknowledge receipt of your request for consideration of disability benefits.

Liberty Life Assurance Company of Boston is required to inform you of certain state mandated regulations, one of which is fraud notification.

For your protection California law requires the following to appear on this form.  Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

Sincerely,

Cara Campbell
Disability Case Manager
Phone: (800) 320-7585
Secure Fax No.: (603) 422-0119

**LIB001197**



# *Job Profile*
**Automobile Club of Southern California**



| ENTERPRISE TITLE | POSITION DESCRIPTOR | POSITION CODE |
|---|---|---|
| *SALES AGENT P/C* | *AGENT, SALES* | 5499 |

| FUNCTION/BUSINESS UNIT | DEPARTMENT | ENTERPRISE CODE |
|---|---|---|
| *SALES* | *FIELD SALES* | *4SALES6N* |

| REPORTS TO | HR USE ONLY | EXEMPTION STATUS |
|---|---|---|
| *INSURANCE BUSINESS MANAGER* | | N |

| JOB PROFILE | |
|---|---|
| Describe in a few sentences, the purpose of the job. Answer the question, "Why does this job exist?"<br><br>*Example: "This position provides administrative support to the Claims Management team."* | This position works exclusively in a District Office, engaged in sales activities, appointments and inspections conducted primarily onsite, offsite at the discretion of the IBM. Club memberships and insurance products are sold in support of Club growth, profitability and service quality objectives. The position provides member services and new insurance sales. In addition, the position must complete documentation thoroughly, accurately and in a timely manner, as well as adhere to underwriting rules and guidelines to achieve underwriting objectives. |

**SCOPE OF RESPONSIBILITY**

List principal responsibilities and job duties and approximate percentage of time dedicated to each.

| RESPONSIBILITIES/JOB DUTIES | Estimate % of Time Spent on Each Duty | Check If Essential Job Duty ☒ |
|---|---|---|
| 1. Sell insurance products utilizing the fundamentals of "Successful Sales Calls," (SSC). Quote rates, qualify applicants, inspect vehicles or property and complete documentation with accepted underwriting criteria, procedures and quality standards. | 50% | ☒ |
| 2. Sell Club memberships, promote consideration of Club services and products, and provide information on membership and insurance. | 10% | ☒ |
| 3. Achieve a successful sales strategy. Develop sales leads and contacts, and utilize leads and contacts provided from all sources. Manage time and organize information to achieve goals. Take advantage of sales opportunities. Maintain a high level of expertise regarding Club products and services. Communicate effectively with clients and co-workers. Enhance effectiveness of closing skills. | 10% | ☒ |
| 4. Maintain an acceptable product balance. Take advantage of cross-sell opportunities to enhance product balance. | 10% | ☒ |
| 5. Ensure proper ratings are applied to new policies, based on the insured's statements, current underwriting guidelines and completed paperwork. | 5% | ☒ |
| 6. Provide insurance policy service to Club members in person, by telephone or through written correspondence. Complete insurance and membership forms to amend, cancel or otherwise update existing insurance policies and/or membership records. Compile and complete documentation for all transactions. | 5% | ☒ |
| 7. Collect membership and insurance payments, and maintain security in the handling of Club monies and receipts. | 5% | ☒ |
| 8. Attend meetings, training workshops and seminars. Complete and approve accurate timecards, expense diaries and other required documentation. Adhere to scheduled duties and activities as directed by management. | 5% | ☒ |
| 9. Identify cross-sell opportunities based on members' product needs and service requests. Enhance member relationship by diversifying use of products and services. Provide sales leads to insurance, travel and other departments as appropriate. | % | ☐ |
| 10. Perform all other duties and responsibilities as assigned or required. | % | ☐ |

**LIB001198**

| | |
|---|---|
| **SAMPLE OUTCOMES**<br><br>Describe the key results of the work performed by this position.<br><br>*Example: "Walk-in members are provided with literature, information or other services in a manner consistent with ACSC member service goals."* | Walk-in members and non-members, as well as telephone inquiries are provided automobile, homeowners, watercraft, personal umbrella or membership quotations and sales in a manner consistent with ACSC Field Sales member service goals.<br><br>**MRM Strategy**<br>Utilizing member profile information, personalized services that meet member needs are provided by staff in support of MRM strategy, enhancing the member-Club relationship. |
| **MRM STRATEGY**<br><br>Specifically describe how this position contributes to the successful achievement of the MRM strategy.<br><br>*Example: "Incumbent provides tailored services, information, and products to meet each member's requirements consistent with the Enterprise MRM strategy."* | Position provides insurance products and services information, customer service and takes advantage of cross-sell opportunities to meet members and non-member's needs, consistent with the Enterprise MRM strategy. |
| **PROBLEM SOLVING/ DECISION MAKING**<br><br>Describe types of problems solved and level of independent decision-making required for this position.<br><br>*Example: "Work tends to be routine and most decisions are described in detail within written desktop procedures, manuals, the on-line guide, etc. Occasionally matters need to be referred to Supervisor for resolution."* | Each member or non-member relationship is unique, which provides opportunities for custom needs-based analysis in order to satisfy the member or non-member's insurance needs. Maintaining a current knowledge of membership services and insurance underwriting and coverage provisions, billing statements, payment options, cancellation and processing is critical. |
| **EDUCATION, WORK EXPERIENCE, KNOWLEDGE, SKILLS, COMPETENCIES, CERTIFICATION/LICENSES**<br><br>List the requirements to function fully in this position. Provide minimum and/or typical years of related work experience required, whether or not degree is required or preferred and degree type.<br><br>*Example: "HS Diploma or equivalent required plus 3-5 years of secretarial experience – insurance industry desired. Must be highly proficient in using all Microsoft Office software products."* | **Education**<br>BA/BS or equivalent combination of education and experience required.<br>**Experience**<br>2 - 3 years relevant outside sales experience or successful completion of all assignments of ACSC Sales Agent Trainee program required.<br>2 - 3 years' prior customer service required<br>**Knowledge/Skills/Competencies**<br>Advanced oral and written communication skills required<br>Moderate knowledge of Microsoft Office software including, Word, Access, Excel, and PowerPoint required<br>Previously demonstrated advanced level of competitive and persistent nature required<br>Advanced organization skill required<br>Demonstrated ability to prioritize tasks and assignments<br>**Special**<br>Valid State Driver License, acceptable Department of Motor Vehicles record and minimum limits of automobile insurance required.<br>Successful completion of Insurance 21 and 22 required<br>Active Insurance Solicitor's License required |

H2006 (May 2002)

LIB001199

| **SUPERVISORY RESPONSIBILITIES**<br><br>When applicable, indicate the type of supervision provided by this position. Include the job titles of the positions supervised and the number of employees supervised.<br><br>*Example: "Position has full supervisory responsibility for four Financial Analysts and three Bookkeepers."* | None. |
|---|---|
| **WORKING ENVIRONMENT/ MINIMUM PHYSICAL REQUIREMENTS**<br><br>Indicate if this is primarily office work or another type of work, and list the physical requirements necessary to perform the job.<br><br>*Example: "This is primarily an office job. Physical requirements include standing, sitting, bending and lifting (up to 15 pounds). Approximately 98% of time is spent using a video display terminal."* | This is primarily an office job.  Physical requirements include sitting, standing, bending and lifting (up to 15 pounds).  Approximately 85% of time is spent using a video display terminal. |

| PREPARED BY<br>Galen Eicher | HR USE ONLY | DATE PREPARED<br>January 203 |
|---|---|---|
| APPROVED BY | DATE APPROVED | DATE LAST REVIEWED<br>July 2005 |

H2006 (May 2002)

**LIB001200**

## Employer Additional Information



Liberty Life Assurance Company of Boston, *now a Lincoln Financial Group Company*
Group Market Disability Claims
PO Box 7209
London, KY 40742-7209
Phone Number: (800) 320-7585
Fax Number: (603) 422-0119

| | | |
|---|---|---|
| Employee's Name: | Vicki Collier | Claim Number: |
| Employee's Phone #: ███ | Date of Birth: ███ | |
| Employee SSN: ███ | | |

Location Code: ACSC0000    Sub Code: ACSC    Policy Number: 06-038736

Sub Name: Auto Club Southern California

Employee's Date of Hire: 6/18/2013    Date Employee Last Worked: 5/14/2018    LTD Class: 2

LTD Effective Date of Coverage: 9/16/2013    STD Maximum Benefit Date: 11/15/2018

Work Schedule at Time Last Worked -    Number of Days per week: [ ]    Hours per day: [ ]

Regular Earnings [ ]    Bonus [ ]

Commissions [ ]    Overtime [ ]

- ○ Bi-Weekly
- ○ Weekly
- ● Semi-Monthly
- ○ Monthly
- ○ Annual

**How is Employee Paid?**
- ☐ Salary
- ☐ Hourly
- ☑ Salary & Commissions
- ☐ Bonuses
- ☐ Commissions Only

LTD Deductions:    1. Medical=[ ]    2. Dental=[ ]    3. EE Life=[ ]    ***Please Enter Deductions in Monthly Amounts**

4. Health =[ ]    5. Vision=[ ]    6. EE AD&D=[ ]

Dependent Deductions:    1. Spouse Life=[ ]    2. Child Life=[ ]

1. Spouse AD&D=[ ]    2. Child AD&D=[ ]

Internal Liberty Use Only:
Total Combined AD&D: $0.00
Combined Dependent Life: $0.00

Job Title: FSU Agent

Job Description: See Attached

Percentage of day:
Sitting [ ]%
Standing [ ]%
Walking [ ]%
Total [0]%

Lifting Requirements:
Max lbs. [ ]
Min lbs. [ ]

Total Should Equal 100%

**\*\*\*Please attach a copy of the job description to the reply back to the case manager.**

Name and Title of person completing this form: Eva Brown - HR Consultant    (Typing your name in this box is your electronic signature)

Telephone Number of Person completing this form: 714-850-5435    Date Signed: 2/11/2019

DP 453C EDM Rev 6/08

Page 1 of 8

**LIB001201**

DP 453C EDM Rev 6/08

LIB001202

**LIB001203**

DP 453C EDM Rev 6/08

LIB001204

LIB001205

**LIB001206**

DP 453C EDM Rev 6/08

LIB001207

DP 453C EDM Rev 6/08

LIB001208

Hello,

Attached is the Pay Info, Salary History and Employee Info.

Thanks,


Best Regards,

Eva Brown
HR Consultant
Automobile Club of Southern California
3333 Fairview Road, Mail Stop A150
Costa Mesa, California 92626-1698
Phone: (714) 850-5435
Workers' Compensation Fax: (714) 754-4751
workerscompensation@aaa-calif.com


*** Disclaimer ***
This communication (including all attachments) is solely for the use of the person to whom it is addressed and is a confidential AAA communication. If you are not the intended recipient, any use, distribution, printing, or copying is prohibited. If you received this email in error, please immediately delete it and notify the sender.

**LIB001209**

<u>Vicki Collier 653024</u>

Employee Contact Information

```
            Name: COLLIER, VICKI D.
       Address 1: ██████ DEARBORN DR
       Address 2:
       Address 3:
       Address 4:
            City: VALENCIA
           State: CA
     Postal Code: 91354
          County: LOS ANGELES
    Country Code: US
      Home Phone:
```

Pay Information

```
            Name: COLLIER, VICKI D.
    Salary Class: Salaried
   Pay Frequency: Semimonthly
        Pay Rate:    27,560.0000              USD
        Prorated:    27,560.0000          Total:    27,560.0000
Schedule,Grade,Step:            0
    Annual Hours: 2,080.0000      FTE: 1.000000    Total FTE:    1.000000
           Shift: Shift 1
Exempt from Overtime: No
        Pay Plan: SMMO
          Tipped: Not a Tipped Employee
  Automatic Deposit: Yes
  Auto Time Record: Yes
 Expense Account:  500 - 00500.05.1083   - 50070 -    0
        Activity:
```

LIB001210

Commissions -2017



| Group | Description | Hours | Units | Wages |
|---|---|---|---|---|
| | Totals For The Year | 2,996.14 | | 137,499.61 |
| ASD | SDI & MILITARY REDUC | | | 15,416.56- |
| BMR | AWARD AUTO MEMBSHP R | | | 30.00 |
| BRA | REFERRAL AWARDS - AG | | | 250.00 |
| BRL | REFERRAL AWARDS - LI | | | 100.00 |
| CAN | COMMISSION AUTO NEW | | | 44,955.88 |
| CEA | COMM CA EARTHQUAKE P | | | 1,493.16 |
| CHN | COMMISSION HOMEOWNER | | | 15,721.77 |
| CMA | AUTO MEMBSHP RENEWAL | | | 2,273.04 |
| CME | COMMISSION NEW MEMBE | | | 2,885.58 |
| CMS | COMMISSION SERV INCE | | | 8,416.66 |

**Payroll History - Year To Date (PR52.1 - PROD)**

Payroll Year 2017
Country US United States of America    Currency USD    DOLLARS

| Group | Description | Hours | Units | Wages |
|---|---|---|---|---|
| | Totals For The Year | 2,996.14 | | 137,499.61 |
| CPE | COMMISSION PERSISTEN | | | 6,750.03 |
| CPN | COMMISSION PELP NEW | | | 579.36 |
| CRC | COMM AUTO RENTAL COV | | | 20.00 |
| CRT | COMMISSION RATING IN | | | 23,500.97 |
| CWN | COMMISSION WATERCRAF | | | 1,192.09 |
| IMT | INCT MO - IMCC BMCC | | | 10.00 |
| KAT | UNPAID AUTH TIME -KR | | | |
| KLM | LATE MEAL/BK PREMIUM | 6.00 | | 79.50 |
| KOT | OVERTIME AT 1-1/2 TI | 22.74 | | 451.96 |
| KRG | REGULAR PAY - KRONOS | 238.00 | | 3,153.51 |

Payroll Year 2017
Country US United States of America    Currency USD    DOLLARS

| Group | Description | Hours | Units | Wages |
|---|---|---|---|---|
| | Totals For The Year | 2,996.14 | | 137,499.61 |
| KSI | SICK - KRONOS | 32.00 | | 1,909.84 |
| MCP | COMPANY PD TAXES AWA | | | 966.03 |
| MLM | LATE MEAL PREMIUM | 236.00 | | 3,015.10 |
| MXO | OVERTIME DUE TO COMM | | | 10,054.71 |
| MXT | OT 4 VAR PAY/INCENT/ | | | 34.61 |
| NCF | N-CASH CONF/TUITION | | | 1,440.00 |
| NGF | AWARD GIFT CARDS/CER | | | 50.00 |
| NLI | BASIC LIFE OVER 50,0 | | | 618.96 |
| STD | STD PAY @ 66 2/3 eff | 528.00 | | 22,963.41 |
| XAH | HRS ONLY - WORK & AB | 1,170.75 | | |

LIB001211



## Commissions – 2018



LIB001212



Check payment on 05/25/2018 (covered 05/01/2018-05/15/2018)

```
Employee: COLLIER, VICKI D.


          Type: ACH
     Bank Code: CABK
  Bank Account:
        Number:  6458776
  Payment Date: 05/25/2018
    Period End: 05/15/2018

  Gross Amount:          3,794.88
    Net Amount:          2,171.27 Currency USD

  Process Level: ACSC
    Department: ACSC
        Status: Reconciled
    Sub-Status:
```

LIB001213

Benefit Dates



LIB001214

**NOTICE OF PROTECTION PROVIDED BY**
**CALIFORNIA LIFE AND HEALTH INSURANCE GUARANTEE ASSOCIATION**

This notice provides a brief summary regarding the protections provided to policyholders by the California Life and Health Insurance Guarantee Association (" the Association" ). The purpose of the Association is to assure that policyholders will be protected, within certain limits, in the unlikely event that a member insurer of the Association becomes financially unable to meet its obligations. Insurance companies licensed in California to sell life insurance, health insurance, annuities and structured settlement annuities are members of the Association. The protection provided by the Association is not unlimited and is not a substitute for consumers' care in selecting insurers. This protection was created under California law, which determines who and what is covered and the amounts of coverage.

Below is a brief summary of the coverages, exclusions and limits provided by the Association. This summary does not cover all provisions of the law; nor does it in any way change anyone's rights or obligations or the rights or obligations of the Association.

**COVERAGE**

· **Persons Covered**
Generally, an individual is covered by the Association if the insurer was a member of the Association and the individual lives in California at the time the insurer is determined by a court to be insolvent. Coverage is also provided to policy beneficiaries, payees or assignees, whether or not they live in California.

· **Amounts of Coverage**
The basic coverage protections provided by the Association are as follows.

· Life Insurance, Annuities and Structured Settlement Annuities
For life insurance policies, annuities and structured settlement annuities, the Association will provide the following:

· Life Insurance
80% of death benefits but not to exceed $300,000
80% of cash surrender or withdrawal value but not to exceed $100,000

· Annuities and Structured Settlement Annuities
80% of the present value of annuity benefits, including net cash withdrawal and net cash surrender values but not to exceed $250,000

The maximum amount of protection provided by the Association to an individual, for all life insurance, annuities and structured settlement annuities is $300,000, regardless of the number of policies or contracts covering the individual.

· Health Insurance
The maximum amount of protection provided by the Association to an individual, as of April 1, 2011, is $470,125. This amount will increase or decrease based upon changes in the health care cost component of the consumer price index to the date on which an insurer becomes an insolvent insurer.

PLA-9638                                    Page 1  of                                    Rev 09/11

**LIB001215**

**COVERAGE LIMITATIONS AND EXCLUSIONS FROM COVERAGE**

The Association may not provide you coverage for this policy. Coverage by the Association generally requires residency in California. You should not rely on coverage by the Association in selecting an insurance company or in selecting an insurance policy.

The following policies and persons are among those that are excluded from Association coverage:

- A policy or contract issued by an insurer that was not authorized to do business in California when it issued the policy or contract
- A policy issued by a health care service plan (HMO), a hospital or medical service organization, a charitable organization, a fraternal benefit society, a mandatory state pooling plan, a mutual assessment company, an insurance exchange, or a grants and annuities society
- If the person is provided coverage by the guaranty association of another state
- Unallocated annuity contracts; that is, contracts which are not issued to and owned by an individual and which do not guaranty annuity benefits to an individual
- Employer and association plans, to the extent they are self-funded or uninsured
- A policy or contract providing any health care benefits under Medicare Part C or Part D
- An annuity issued by an organization that is only licensed to issue charitable gift annuities
- Any policy or portion of a policy which is not guaranteed by the insurer or for which the individual has assumed the risk, such as certain investment elements of a variable life insurance policy or a variable annuity contract
- Any policy of reinsurance unless an assumption certificate was issued
- Interest rate yields (including implied yields) that exceed limits that are specified in Insurance Code Section 1607.02(b)(2)(C).

## NOTICES

Insurance companies or their agents are required by law to give or send you this notice. Policyholders with additional questions should first contact their insurer or agent. To learn more about coverages provided by the Association, please visit the Association's website at www.califega.org, or contact either of the following:

| | |
|---|---|
| California Life and Health Insurance Guarantee Association P.O. Box 16860 Beverly Hills, CA 90209-3319 (323) 782-0182 | California Department of Insurance Consumer Communications Bureau 300 South Spring Street Los Angeles, CA 90013 (800) 927-4357 |

**Insurance companies and agents are not allowed by California law to use the existence of the Association or its coverage to solicit, induce or encourage you to purchase any form of insurance. When selecting an insurance company, you should not rely on Association coverage. If there is any inconsistency between this notice and California law, then California law will control.**

**LIB001216**



# GROUP DISABILITY INCOME POLICY

**Sponsor:**          **Automobile Club of Southern California**

**Policy Number: GF3-860-444185-01**

**Effective Date:    August 1, 2015**

**Governing Jurisdiction** is **California** and subject to the laws of that State.

**Premiums** are due and payable monthly on the first day of each month.

**Policy Anniversaries** shall occur each August 1st beginning in 2016.

Liberty Life Assurance Company of Boston (hereinafter referred to as Liberty) agrees to pay benefits provided by this policy in accordance with its provisions. This policy provides Long Term Disability coverage.

**PLEASE READ THIS POLICY CAREFULLY FOR FULL DETAILS.**

This policy is a legal contract and is issued in consideration of the Application of the Sponsor, a copy of which is attached, and of the payment of premiums by the Sponsor.

For purposes of this policy, the Sponsor acts on its own behalf or as the Covered Person's agent.  Under no circumstances will the Sponsor be deemed the agent of Liberty.

This policy is delivered in and governed by the laws of the governing jurisdiction and to the extent applicable by The Employee Retirement Income Security Act of 1974 (ERISA) and any subsequent amendments.

The following pages including any amendments, riders or endorsements are a part of this policy.

Signed at Liberty's Home Office, 175 Berkeley Street, Boston, Massachusetts, 02117

**If discussions with Liberty, its agent or other representative, have failed to produce a satisfactory resolution to any problem, you may contact the California Insurance Department for assistance. Department of Consumer Services Division- 300 S. Spring Street, Los Angeles, CA 90013. Phone- 1-800-927-HELP.**

SECRETARY                                         PRESIDENT

**NON-PARTICIPATING**

**FORM ADOP**                                                          **.4**

**LIB001217**

# TABLE OF CONTENTS

SECTION 1 ................................................................. SCHEDULE OF BENEFITS

SECTION 2 ................................................................. DEFINITIONS

SECTION 3 ................................................................. ELIGIBILITY AND EFFECTIVE DATES

SECTION 4 ................................................................. DISABILITY INCOME BENEFITS

SECTION 5 ................................................................. EXCLUSIONS

SECTION 6 ................................................................. TERMINATION PROVISIONS

SECTION 7 ................................................................. GENERAL PROVISIONS

SECTION 8 ................................................................. PREMIUMS

SECTION 9 ................................................................. APPLICATION

## SECTION 1 - SCHEDULE OF BENEFITS

**ELIGIBILITY REQUIREMENTS FOR INSURANCE BENEFITS**

**Minimum Hourly Requirement:**

Employees working a minimum of 25 regularly scheduled hours per week

**Long Term Disability Benefits:**

Class  1:         All Employees (excluding Pleasant Holidays) classified by the respective Employer as regular Employees enrolled in the Core Plan

Class  2:         All Employees (excluding Pleasant Holidays) classified by the respective Employer as regular Employees electing the Buy-Up Plan

Class  3:         All Pleasant Holidays Employees who elect

**Note:**    This policy does not cover the following Employees: Temporary and seasonal Employees, Employees who are not legal residents working in the United States.

**Eligibility Waiting Period:**

1.        If the Covered Person is employed by the Sponsor on the policy effective date - 90 days of continuous, Active Employment

2.        If the Covered Person begins employment for the Sponsor after the policy effective date - 90 days of continuous, Active Employment

Note: The rehire provision explained in Section 3 is 3 months, however, if an Employee is rehired within 12 months after being terminated due to a staff reduction, the rehire provision applies.

Note: Time worked as an hourly Employee or an Employee of AAA East Central or any other affiliate reported to the Sponsor will count toward the 90-day waiting period for an Employee who is classified as a Regular Employee

**Employee Contributions Required:**

Applicable to Class 1

No

Applicable to Class 2

Yes

Applicable to Class 3

Yes

**Name of Associated Companies:**

**Form ADOP**

**Schedule of Benefits**
**SCH-1**

**GF3-860-444185-01 R (1) Effective January 1, 2016**

**LIB001219**

ACSC Management Services, Inc.
3333 Fairview Road, A162
Costa Mesa, CA 92626-1698 USA

AAA Northern New England
3333 Fairview Road, A162
Costa Mesa, CA 92626-1698 USA

Auto Club Services, LLC
3333 Fairview Road, A162
Costa Mesa, CA 92626-1698 USA

Tidewater Automobile Association of Virginia,
Incorporated
3333 Fairview Road, A162
Costa Mesa, CA 92626-1698 USA

AAA Texas, LLC
3333 Fairview Road, A162
Costa Mesa, CA 92626-1698 USA

AAA Tidewater Virginia Car Care Center, LLC
3333 Fairview Road, A162
Costa Mesa, CA 92626-1698 USA

AAA New Mexico, LLC
3333 Fairview Road, A162
Costa Mesa, CA 92626-1698 USA

AAA Tidewater Virginia Fleet Operations, LLC
3333 Fairview Road, A162
Costa Mesa, CA 92626-1698 USA

AAA Hawaii, LLC
3333 Fairview Road, A162
Costa Mesa, CA 92626-1698 USA

Auto Club Federal Credit Union
3333 Fairview Road, A162
Costa Mesa, CA 92626-1698 USA

Alabama Motorists Association, Inc.
3333 Fairview Road, A162
Costa Mesa, CA 92626-1698 USA

Hawaii World LLC
3333 Fairview Road, A162
Costa Mesa, CA 92626-1698 USA

Automobile Club of Missouri
3333 Fairview Road, A162
Costa Mesa, CA 92626-1698 USA

Pleasant Holidays, LLC
3333 Fairview Road, A162
Costa Mesa, CA 92626-1698 USA

**Schedule of Benefits**

**Form ADOP (continued)**                                                                 **SCH-1**

**GF3-860-444185-01 R (1) Effective January 1, 2016**

**LIB001220**

## SECTION 1 - SCHEDULE OF BENEFITS
(Continued)

**LONG TERM DISABILITY COVERAGE**

**Elimination Period:**

The greater of:

a.    the end of the Covered Person's Short Term Disability Benefits; or

b.    26 weeks

**Amount of Insurance:**

Applicable to Class 1:

50.00% of Basic Monthly Earnings not to exceed a Maximum Monthly Benefit of $12,000.00 less Other Income Benefits and Other Income Earnings as outlined in Section 4.

Applicable to Class 2:

66.67% of Basic Monthly Earnings not to exceed a Maximum Monthly Benefit of $12,000.00 less Other Income Benefits and Other Income Earnings as outlined in Section 4.

Applicable to Class 3:

50.00% of Basic Monthly Earnings not to exceed a Maximum Monthly Benefit of $9,000.00 less Other Income Benefits and Other Income Earnings as outlined in Section 4.

**Maximum Basic Monthly Earnings on which the Benefit is Based:**

Applicable to Class 1:                                    $24,000.00

Applicable to Class 2, 3:                                $18,000.00

**Own Occupation Duration:**

12 Month Own Occupation

**Schedule of Benefits**
**SCH-3**
**Form ADOP**

**LIB001221**

## SECTION 1 - SCHEDULE OF BENEFITS
(Continued)

**LONG TERM DISABILITY COVERAGE** (Continued)

**Minimum Monthly Benefit:**

The Minimum Monthly Benefit is $100.00 or 10.00% of the Covered Person's Gross Monthly Benefit, whichever is greater.

**Maximum Benefit Period:**

| Age at Disability | Maximum Benefit Period |
|---|---|
| Less than age 60 | Greater of SSNRA* or to age 65 (but not less than 5 years) |
| 60 | 60 months |
| 61 | 48 months |
| 62 | 42 months |
| 63 | 36 months |
| 64 | 30 months |
| 65 | 24 months |
| 66 | 21 months |
| 67 | 18 months |
| 68 | 15 months |
| 69 and over | 12 months |

\*    SSNRA means the Social Security Normal Retirement Age as figured by the 1983 amendment to the Social Security Act and any subsequent amendments and provides:

| Year of Birth | Normal Retirement Age |
|---|---|
| Before 1938 | 65 |
| 1938 | 65 and 2 months |
| 1939 | 65 and 4 months |
| 1940 | 65 and 6 months |
| 1941 | 65 and 8 months |
| 1942 | 65 and 10 months |
| 1943-1954 | 66 |
| 1955 | 66 and 2 months |
| 1956 | 66 and 4 months |
| 1957 | 66 and 6 months |
| 1958 | 66 and 8 months |
| 1959 | 66 and 10 months |
| 1960 and after | 67 |

## SECTION 2 - DEFINITIONS

In this section Liberty defines some basic terms needed to understand this policy. The male pronoun whenever used in this policy includes the female.

**"Active Employment"** means the Employee must be actively at work for the Sponsor:

1.  on a full-time or part-time basis and paid regular earnings;

2.  for at least the minimum number of hours shown in the Schedule of Benefits; and either perform such work:

    a.  at the Sponsor's usual place of business; or
    b.  at a location to which the Sponsor's business requires the Employee to travel.

An Employee will be considered actively at work if he was actually at work on the day immediately preceding:

1.  a weekend (except where one or both of these days are scheduled work days);
2.  holidays (except when the holiday is a scheduled work day);
3.  paid vacations;
4.  any non-scheduled work day;
5.  an excused leave of absence (except medical leave for the Covered Person's own disabling condition and lay-off); and
6.  an emergency leave of absence (except emergency medical leave for the Covered Person's own disabling condition).

**"Administrative Office"** means Liberty Life Assurance Company of Boston, 9 Riverside Road, Weston, MA 02493.

**"Annual Enrollment Period"** or **"Enrollment Period"** means the period  before each  policy anniversary so designated by the Sponsor and Liberty during which an Employee may enroll for coverage under this policy.

**Form ADOP**

**Definitions
DEF-1**

**LIB001223**

## SECTION 2 - DEFINITIONS
(Continued)

"**Application**" is the document designated in Section 9; it is attached to and is made a part of this policy.

"**Basic Monthly Earnings**" for non-commissioned Employees means the Covered Employee's monthly rate of earnings received before any deductions to a 401 (k) or section 125 plan from the Sponsor in effect immediately prior to the date Disability or Partial Disability begins. However, earnings do not include commissions, overtime pay, bonuses or any other compensation. Any change to an Employee's earnings will take effect on the first day of the month immediately following such change.

For commissioned Employees, "Basic Monthly Earnings" means the Covered Employee's commissions, sales allowance or draws, incentives, monthly base salary (if applicable) and paid time-off (if applicable), paid in the prior calendar year, prior to any deductions to a 401(k) or section 125 plan.  Basic Monthly Earnings from the prior calendar year are set annually on April 1st.  Basic Monthly Earnings will not include overtime pay and any extra compensation other than commissions, sales allowance or draws, incentives, monthly base salary (if applicable) and paid time-off (if applicable). If the prior calendar year's earnings are less than the minimum set by the Sponsor, Basic Monthly Earnings will be set at the Sponsor's minimum and communicated to Liberty. If the Employee was not employed for the full prior calendar year, Employees earnings are set at the greater of (a) base salary (if applicable) or (b) the Sponsor's set minimum.

"**Consumer Price Index**" means the government publication " The Consumer Price Index for  Urban Wage Earners and Clerical Workers" provided  monthly  by  the  U.S.  Department  of  Labor,  or   its successor or in the event of no successor a similar Index of comparable purpose chosen by Liberty.

"**Covered Person**" means an Employee insured under this policy.

**Form ADOP**

**Definitions
DEF-2.2**

**GF3-860-444185-01 R (1) Effective January 1, 2016**

**LIB001224**

## SECTION 2 - DEFINITIONS
(Continued)

**"Disability"** or **"Disabled"** means:

i.      that during the Elimination Period and the next 12 months of Disability the Covered Person, as a result of Injury or Sickness, is unable to perform with reasonable continuity the Substantial and Material Acts necessary to pursue his Own Occupation in the usual and customary way; and

ii.     thereafter, the Covered Person is unable to perform, with reasonable continuity, the Substantial and Material Acts of any occupation, meaning that as a result of sickness or injury the Covered Person is not able to engage with reasonable continuity in any occupation in which he could reasonably be expected to perform satisfactorily in light of his age, education, training, experience, station in life, and physical and mental capacity.

## SECTION 2 - DEFINITIONS
(Continued)

**"Domestic Partner"** means an adult who has chosen to share their life in an intimate and committed relationship of mutual caring. A domestic partnership shall be established in California when both persons file a Declaration of Domestic Partnership with the Secretary of State pursuant to this division, and, at the time of filing, all of the following requirements are met:

1.  Neither person is married to someone else or is a member of another domestic partnership with someone else that has not been terminated, dissolved, or adjudged a nullity.

2.  The two persons are not related by blood in a way that would prevent them from being married to each other in this state.

3.  Both persons are at least 18 years of age.

4.  Either of the following:

    a.  Both persons are members of the same sex.

    b.  One or both of the persons meet the eligibility criteria under Title II of the Social Security Act as defined in Section 402(a) of Title 42 of the United States Code for old-age insurance benefits or Title XVI of the Social Security Act as defined in Section 1381 of Title 42 of the United States Code for aged individuals. Notwithstanding any other provision of this section, persons of opposite sexes may not constitute a domestic partnership unless one or both of the persons are over 62 years of age.

    c.  Both persons are capable of consenting to the domestic partnership.

**"Eligibility Date"** means the date an Employee becomes eligible for insurance under this policy. Eligibility Requirements are shown in the Schedule of Benefits.

**"Eligible Survivor"** means the Covered Person's spouse or Domestic Partner, if living, otherwise the Covered Person's children under age 26.

**"Eligibility Waiting Period"** means the continuous length of time an Employee must be in Active Employment in an eligible class to reach his Eligibility Date.

**"Elimination Period"** means a period of consecutive days of Disability or Partial Disability for which no benefit is payable. The Elimination Period is shown in the Schedule of Benefits and begins on the first day of Disability.

If the Covered Person returns to work for any thirty or fewer days during the Elimination Period and cannot continue, Liberty will count only those days the Covered Person is Disabled or Partially Disabled to satisfy the Elimination Period.

**"Employee"** means a person in Active Employment with the Sponsor.

**Form ADOP**

**Definitions**
**DEF-4.2**

**LIB001226**

## SECTION 2 - DEFINITIONS
(Continued)

**"Enrollment Form"** is the document completed by the Covered Person, if required, when enrolling for coverage. This form must be satisfactory to Liberty.

**"Evidence of Insurability"** means a statement of proof of an Employee's medical history upon which acceptance for insurance will be determined by Liberty.

**"Extended Treatment Plan"** means continued care that is consistent with the American Psychiatric Association's standard principles of Treatment, and is in lieu of confinement in a Hospital or Institution. It must be approved in writing by a Physician.

**"Family and Medical Leave"** means a leave of absence for the birth, adoption or foster care of a child, or for the care of the Covered Person's child, spouse or parent or for the Covered Person's own serious health condition as those terms are defined by the Federal Family and Medical Leave Act of 1993 (FMLA) and any amendments, or by applicable state law.

**"Family Status Change"** means any one of the following events that may occur:
1.  the Employee's marriage or divorce;
2.  the Employee's filing or rescinding of a Domestic Partner certification;
3.  the birth of a child to the Employee;
4.  the adoption of a child by the Employee;
5.  the death of the Employee's spouse or Domestic Partner or child;
6.  the commencement or termination of employment of the Employee's spouse or Domestic Partner;
7.  the change from part-time employment to full-time employment by the Employee or the Employee's spouse or Domestic Partner;
8.  the change from full-time employment to part-time employment by the Employee or the Employee's spouse or Domestic Partner;
9.  the taking of unpaid leave of absence by the Employee or the Employee's spouse or Domestic Partner.

**"Gross Monthly Benefit"** means the Covered Person's Monthly Benefit before any reduction for Other Income Benefits and Other Income Earnings.

**"Hospital"** or **"Institution"** means a facility licensed to provide Treatment for the condition causing the Covered Person's Disability.

**Definitions**

**Form ADOP**

**DEF-5.2**

**LIB001227**

## SECTION 2 - DEFINITIONS
(Continued)

**"Indexed Basic Monthly Earnings"** means the Covered Person's Basic Monthly Earnings in effect just prior to the date Disability or Partial Disability began adjusted on the first anniversary of benefit payments and each anniversary thereafter.

**"Initial Enrollment Period"** means one of the following periods during which an Employee may first enroll for coverage under this policy:

1.  for an Employee who is eligible for insurance on the policy effective date, a period before the policy effective date set by the Sponsor and Liberty.

2.  for an Employee who becomes eligible for insurance after the policy effective date, the period which ends 31 days after his Eligibility Date.

**"Injury"** means bodily impairment resulting directly from an accident and independently of all other causes. For the purpose of determining benefits under this policy:

1.  any Disability which begins more than 60 days after an Injury will be considered a Sickness; and

2.  any Injury which occurs before the Covered Person is covered under this policy, but which accounts for a medical condition that arises while the Covered Person is covered under this policy will be treated as a Sickness.

**"Last Monthly Benefit"** means the gross Monthly Benefit payable to the Covered Person prior to his death without any reduction for earnings received from employment.

**"Substantial and Material Acts"** means acts that are normally required for the performance of the Covered Person's Own Occupation and cannot be reasonably omitted or modified.

**Form ADOP**

**Definitions
DEF-6.2**

**LIB001228**

## SECTION 2 - DEFINITIONS
(Continued)

**"Mental Illness"** means a psychiatric or psychological condition classified as such in the most current edition of the Diagnostic and Statistical Manual of Mental Disorders (DSM) regardless of the underlying cause of the Mental Illness. If the DSM is discontinued, Liberty will use the replacement chosen or published by the American Psychiatric Association.

**"Monthly Benefit"** means the monthly amount payable by Liberty to the Disabled or Partially Disabled Covered Person.

**"Own Occupation"** means the Covered Person's occupation that he was performing when his Disability or Partial Disability began.

## SECTION 2 - DEFINITIONS
(Continued)

**"Partial Disability" or "Partially Disabled"** means the Covered Person is not Totally Disabled and that while actually working in his Own Occupation, as a result of Injury or Sickness the Covered Person is unable to earn 80% or more of his Indexed Basic Monthly Earnings.

**"Physician"** means a person who:

1.  is licensed to practice medicine and is practicing within the terms of his license; or

2.  is a licensed practitioner of the healing arts in a category specifically favored under the health insurance laws of the State where the policy is delivered,  and is practicing within the terms of his license.

It does not include a Covered Person, any family member or domestic partner.

**Form ADOP**

**Definitions**
**DEF-8.2**

**LIB001230**

## SECTION 2 - DEFINITIONS
(Continued)

**"Proof"** means written proof covering the occurrence, the character and the extent of the loss for which the claim is made.

**"Retirement Benefit under a Retirement Plan"** means money which:

1. is payable under a Retirement Plan either in a lump sum or in the form of periodic payments and derives from the same loss as benefits under this policy;

2. does not represent contributions made by an Employee (payments which represent Employee contributions are deemed to be received over the Employee's expected remaining life regardless of when such payments are actually received); and

3. is payable upon Disability, if the payment derives from the same loss as benefits under this policy and does reduce the amount of money which would have been paid under the plan at the normal retirement age.

## SECTION 2 - DEFINITIONS
(Continued)

**"Retirement Plan"** means a plan of the Sponsor which provides retirement benefits to Employees and which is not funded wholly by Employee contributions. The term shall not include a profit-sharing plan, informal salary continuation plan, registered retirement savings plan, stock ownership plan, 401(K) or a non-qualified plan of deferred compensation.

**"Schedule of Benefits"** means the section of this policy which shows, among other things, the Eligibility Requirements, Eligibility Waiting Period, Elimination Period, Amount of Insurance, Minimum Benefit, and Maximum Benefit Period.

**"Sickness"** means illness, disease, pregnancy or complications of pregnancy.

**"Sponsor"** means the entity to whom this policy is issued.

**"Substance Abuse"** means alcohol and/or drug abuse, addiction or dependency.

**" Treatment"** means receiving care or services provided by or under the direction of a Physician including diagnostic measures resulting in a positive diagnosis, being prescribed drugs and/or medicines, whether the Covered Person chooses to take them or not, and taking drugs and/or medicines.

**Definitions**

**Form ADOP**

**DEF-10.2**

**LIB001232**

## SECTION 3 - ELIGIBILITY AND EFFECTIVE DATES

**Eligibility Requirements for Insurance Benefits**

The eligibility requirements for insurance benefits are shown in the Schedule of Benefits.

**Eligibility Date for Insurance Benefits**

An Employee in an eligible class will qualify for insurance on the later of:

1. this policy's effective date; or

2. the day after the Employee completes the Eligibility Waiting Period shown in the Schedule of Benefits.

Applicable to Long Term Disability Class 1, 2:

**Initial Enrollment Period**

During the Initial Enrollment Period an Employee can enroll in any one coverage or coverage option shown in the Schedule of Benefits. If he does not choose any coverage or coverage option, enrollment will automatically default to the Core Plan. If an Employee's Initial Enrollment Period takes place during or after the Annual Enrollment Period, but before the policy anniversary his coverage option will apply for (a) the rest of the policy year in which he first becomes eligible; and (b) the next policy year.

Applicable to Long Term Disability Class 3:

**Initial Enrollment Period**

During the Initial Enrollment Period an Employee can enroll in any one coverage or coverage option shown in the Schedule of Benefits. If he does not choose any coverage or coverage option, he will not be enrolled for any coverage. If an Employee's Initial Enrollment Period takes place during or after the Annual Enrollment Period, but before the policy anniversary his coverage option will apply for (a) the rest of the policy year in which he first becomes eligible; and (b) the next policy year.

**Annual Enrollment Period**

During each Annual Enrollment Period, a Covered Person may keep his coverage at the same level or make one of the following changes in coverage for the next policy year:

1. a decrease in coverage;

2. an increase in coverage without Evidence of Insurability subject to the Pre-Existing Condition Exclusion defined herein.

If a Covered Person fails to enroll for a change in his coverage option during any Annual Enrollment Period he will continue to be insured for the same coverage option during the next policy year and no change in that coverage can be made during the next policy year, unless the Covered Person experiences a Family Status Change.

**Multiple Option Plan With Family Status Change**
**Eligibility and Effective Dates**
ELG-4

**Form ADOP**

**LIB001233**

## SECTION 3 - ELIGIBILITY AND EFFECTIVE DATES
(Continued)

**Family Status Change**

When an Employee experiences a Family Status Change, he may keep his coverage at the same level or make one of the following changes in coverage:

1. a decrease in coverage;

2. an increase in coverage without Evidence of Insurability subject to the Pre-Existing Condition Exclusion defined herein.

The Covered Person must apply for the change in coverage within 31 Days of the date of the Family Status Change. Such changes in coverage must be due to or consistent with the reason that the change in coverage was permitted. A change in coverage is consistent with a Family Status Change only if it is necessary or appropriate as the result of the Family Status Change.

**Effective Date of Insurance**

Insurance will be effective at 12:01 A.M. Standard Time in the governing jurisdiction on the day determined as follows, but only if the Employee's application or enrollment for insurance is made with Liberty through the Sponsor in a form or format satisfactory to Liberty.

1. For Coverage Applied for During Initial Enrollment Periods:

   a. an Employee will be insured for non-contributory coverage on his Eligibility Date.
   b. an Employee will be insured for contributory coverage on the date the Employee makes application for insurance if he enrolls on or before the 31st day after his Eligibility Date; or
   c. an Employee who does not enroll for contributory coverage on or before the 31st day after his Eligibility Date, or terminated his insurance while continuing to be eligible may not enroll for contributory coverage until the next Annual Enrollment Period or following a Family Status Change.

## SECTION 3 - ELIGIBILITY AND EFFECTIVE DATES
(Continued)

**Effective Date of Insurance** (Continued)

2.  For Contributory Coverage Applied for During Annual Enrollment Periods

    An Employee will be insured for the selected contributory coverage on the first day of the next policy anniversary.

3.  For Coverage Applied for Due to a Family Status Change

    An Employee will be insured for the selected coverage on the later of the following dates, provided he applies or enrolls for the change in coverage before the end of the 31st Day following the Family Status Change:

    a.  the date of the Family Status Change;
    b.  the date the Employee applies or enrolls for the change in coverage.

**Delayed Effective Date for Insurance**

The effective date of any initial, increased or additional insurance will be delayed for an individual if he is not in Active Employment because of Injury or Sickness. The initial, increased or additional insurance will begin on the date the individual returns to Active Employment.

## SECTION 3 - ELIGIBILITY AND EFFECTIVE DATES
(Continued)

**Family and Medical Leave**

An Employee's coverage may be continued under this policy for an approved family or medical leave of absence for up to 12 weeks following the date coverage would have terminated, subject to the following:

1.  the authorized leave is in writing;

2.  the required premium is paid;

3.  the Covered Person's benefit level, or the amount of earnings upon which the Covered Person's benefit may be based, will be that in effect on the date before said leave begins; and

4.  continuation of coverage will cease immediately if any one of the following events should occur:

    a.  the Covered Person returns to work;
    b.  this group insurance policy terminates;
    c.  the Covered Person is no longer in an eligible class;
    d.  nonpayment of premium when due by the Sponsor or the Covered Person;
    e.  the Covered Person's employment terminates.

Applicable to Long Term Disability Class 1, 2:

**Rehire Terms**

If a former Employee is re-hired by the Sponsor within 3 months of his termination date:

1.  all past periods of Active Employment with the Sponsor will be used in determining the re-hired Employee's Eligibility Date; and

2.  if an Employee is re-hired by the Sponsor he will be insured for the same coverage that was in effect for him on the date his employment terminated and no change in that coverage may be made during the rest of that policy year, unless he experiences a Family Status Change. He may make changes in his coverage options at the next Annual Enrollment Period.

If a former Employee is re-hired by the Sponsor more than 3 months after his termination date, he is considered to be a new Employee when determining his Eligibility Date.

Applicable to Long Term Disability Class 3:

**Rehire Terms**

If a former Employee is re-hired by the Sponsor within 3 months of his termination date, all past periods of Active Employment with the Sponsor will be used in determining the re-hired Employee's Eligibility Date. If a former Employee is re-hired by the Sponsor more than 3 months after his termination date, he is considered to be a new Employee when determining his Eligibility Date.

## SECTION 3 - ELIGIBILITY AND EFFECTIVE DATES
(Continued)

**Leave of Absence**

The Sponsor may continue the Covered Person's coverage(s) by paying the required premiums, if the Covered Person is given a leave of absence

The Covered Person's coverage will not continue beyond 60 days from when the leave of absence begins. In continuing such coverage under this provision, the Sponsor agrees to treat all Covered Persons equally.

**Associated Companies**

Companies, corporations, firms or individuals that are subsidiary to, or affiliated with, the Sponsor will be called Associated Companies. The Associated Companies, if any, are listed in the Schedule of Benefits. Employees of Associated Companies will be considered Employees of the Sponsor for purposes of this policy.

As they relate to this policy, all actions, agreements and notices between Liberty and the Sponsor will be binding on the Associated Companies.

If any Associated Companies cease to be Associated Companies for any reason, its Employees will be deemed to have transferred to a class of Employees not eligible for coverage under this policy.

**Leave of Absence/Associated Companies**
**Eligibility and Effective Dates**
**ELG-8**

**Form ADOP**

**LIB001237**

## SECTION 3 - ELIGIBILITY AND EFFECTIVE DATES
(Continued)

**Transfer Provision**

In order to prevent loss of coverage for an individual because of transfer of insurance carriers, this policy will provide coverage for certain individuals as follows:

**Failure to be In Active Employment Due to Injury or Sickness:**

Subject to premium payments, this policy will cover individuals who:

1.  at the time of transfer are covered under the prior carrier's policy; and

2.  are not in Active Employment due to Injury or Sickness on the effective date of this policy.

Benefits will be determined based on the lesser of:

1.  the amount of the Disability benefit that would have been payable under the prior policy and subject to any applicable policy limitations; or

2.  the amount of Disability benefits payable under this policy. If benefits are payable under the prior policy for the Disability, no benefits are payable under this policy.

**Disability Due to a Pre-Existing Condition**

If an individual was insured under the prior carrier's policy at the time of transfer and was in Active Employment and insured under this policy on its effective date, benefits may be payable for a Disability due to a Pre-Existing Condition.

If the individual can satisfy this policy's Pre-Existing Condition Exclusion, the benefit will be determined according to this policy.

If the individual cannot satisfy this policy's Pre-Existing Condition Exclusion, then:

1.  Liberty will apply the Pre-Existing Condition Exclusion of the prior carrier's policy and;

2.  if the individual would have satisfied the prior carrier's pre-existing condition exclusion, giving consideration towards continuous time coverage under this policy; and the prior carrier's policy, the benefit will be determined according to this policy. However, the Maximum Monthly Benefit amount payable under this policy shall not exceed the maximum monthly benefit payable under the prior carrier's policy.

No benefit will be paid if the individual cannot satisfy the Pre-Existing Condition Exclusions of either policy.

## SECTION 4 - DISABILITY INCOME BENEFITS

**LONG TERM DISABILITY COVERAGE**

**Disability Benefit**

When Liberty receives Proof that a Covered Person is Disabled due to Injury or Sickness, Liberty will pay the Covered Person a Monthly Benefit after the end of the Elimination Period, subject to any other provisions of this policy. The Proof must be at the Covered Person's expense.

For purposes of determining Disability, the Injury or Sickness must occur and Disability must begin while the Employee is insured for this coverage.

The Monthly Benefit will not:

1. exceed the Covered Person's Amount of Insurance; or

2. be paid for longer than the Maximum Benefit Period.

The Amount of Insurance and the Maximum Benefit Period are shown in the Schedule of Benefits.

**Amount of Disability Monthly Benefit**

To figure the amount of Monthly Benefit:

1. Take the lesser of:

   a. the Covered Person's Basic Monthly Earnings multiplied by the benefit percentage shown in the Schedule of Benefits; or

   b. the Maximum Monthly Benefit shown in the Schedule of Benefits; and then

2. Deduct Other Income Benefits and Other Income Earnings, (shown in the Other Income Benefits and Other Income Earnings provision of this policy), from this amount.

The Monthly Benefit payable will not be less than the Minimum Monthly Benefit shown in the Schedule of Benefits

## SECTION 4 - DISABILITY INCOME BENEFITS

(Continued)

**LONG TERM DISABILITY COVERAGE** (Continued)

**Partial Disability**

When Liberty receives Proof that a Covered Person is Partially Disabled and has experienced a loss of earnings due to Injury or Sickness, he will receive a Monthly Benefit, subject to any other provisions of this policy. The Proof must be at the Covered Person's expense.

To be eligible to receive Partial Disability benefits, the Covered Person may be employed in his Own Occupation or another occupation, must satisfy the Elimination Period and must be earning less than 80% of his Basic Monthly Earnings.

For purposes of determining Partial Disability, the Injury or Sickness must occur and Partial Disability must begin while the Employee is insured for this coverage.

**Proportionate Loss Monthly Calculation with Work Incentive Benefit**

For the first 12 Months, the work incentive benefit will be an amount equal to the Covered Person's Basic Monthly Earnings multiplied by the benefit percentage shown in the Schedule of Benefits under the heading titled, "Amounts of Insurance", without any reductions from earnings. The work incentive benefit will only be reduced, if the Monthly Benefit payable plus any earnings exceed 100% of the Covered Person's Basic Monthly Earnings. If the combined total is more, the Monthly Benefit will be reduced by the excess amount so that the Monthly Benefit plus the Covered Person's earnings does not exceed 100% of his Basic Monthly Earnings.

Thereafter, to figure the Amount of Monthly Benefit the formula (A divided by B) x C will be used.

A = The Covered Person's Basic Monthly Earnings minus the Covered Person's earnings received while he is Partially Disabled. This figure represents the amount of lost earnings.

B = The Covered Person's Basic Monthly Earnings.

C = The Monthly Benefit as figured in the Disability provision of this policy plus the Covered Person's earnings received while he is Partially Disabled, (but, not including adjustments under the Cost of Living Adjustment Benefit, if included).

**Long Term Partial Disability with Work Incentive**
**Proportionate Loss**
**LTD-5.3**

**Form ADOP**

**LIB001240**

## SECTION 4 - DISABILITY INCOME BENEFITS

(Continued)

**LONG TERM DISABILITY COVERAGE** (Continued)

**Partial Disability** (Continued)

**Proportionate Loss Monthly Calculation with Work Incentive Benefit** (Continued)

On the first anniversary of benefit payments and each anniversary thereafter, for the purpose of calculating the benefit, the term "Basic Monthly Earnings" is:

1.  replaced by "Indexed Basic Monthly Earnings"; and

2.  increased annually by the current annual percentage increase in the Consumer Price Index.

The Monthly Benefit payable will not be less than the Minimum Monthly Benefit shown in the Schedule of Benefits.

## SECTION 4 - DISABILITY INCOME BENEFITS
(Continued)

**LONG TERM DISABILITY COVERAGE** (Continued)

**Mental Illness and/or Substance Abuse**

The benefit for Disability due to Mental Illness and/or Substance Abuse will not exceed a period of 24 months of Monthly Benefit payments while the Covered Person is insured under this policy.

If the Covered Person is in a Hospital or Institution for Mental Illness and/or Substance Abuse at the end of the period of 24 months, the Monthly Benefit will be paid during the confinement.

If the Covered Person is not confined in a Hospital or Institution for Mental Illness and/or Substance Abuse, but is fully participating in an Extended Treatment Plan for the condition that caused Disability, the Monthly Benefit will be payable to a Covered Person for up to a period of 24 months.

In no event will the Monthly Benefit be payable beyond the Maximum Benefit Period shown in the Schedule of Benefits.

**Long Term Disability
Mental Illness/Substance Abuse
Limitation
LTD-7.8**

**Form ADOP**

**LIB001242**

## SECTION 4 - DISABILITY INCOME BENEFITS
(Continued)

**LONG TERM DISABILITY COVERAGE** (Continued)

**Three Month Survivor Benefit**

Liberty will pay a lump sum benefit to the Eligible Survivor when Proof is received that a Covered Person died:

1.   after Disability had continued for 180 or more consecutive days; and

2.   while receiving a Monthly Benefit.

The lump sum benefit will be an amount equal to three times the Covered Person's Last  Monthly Benefit.

If the survivor benefit is payable to the Covered Person's children, payment will be made in equal shares to the children, including step children and legally adopted children. However,  if any of said children are minors or incapacitated, payment will be made on their behalf to the court  appointed  guardian of the children's property. This payment will be valid and effective against all claims  by  others representing or claiming to represent the children.

If there is no Eligible Survivor, the benefit is payable to the estate.

If an overpayment is due to Liberty at the time of a Covered Person's death, the benefit payable under this provision will be applied toward satisfying the overpayment.

**Long Term Disability**

**Form ADOP**

**LTD-10**

**LIB001243**

## SECTION 4 - DISABILITY INCOME BENEFITS

(Continued)

**3 Month Survivor**

## SECTION 4 - DISABILITY INCOME BENEFITS
(Continued)

**LONG TERM DISABILITY COVERAGE** (Continued)

**Other Income Benefits and Other Income Earnings**

**Other Income Benefits** means:

1. The amount that the Covered Person receives which is paid to the Covered Person in compensation for the same Disability and loss of income covered under this policy under:

   a. any benefit paid under temporary disability benefit under Workers Compensation;
   b. Occupational Disease Law;
   c. Title 46, United States Code Section 688 (The Jones Act);
   d. any governmental compulsory benefit act or law; or
   e. any other act or law of like intent.

2. The amount of Disability Retirement Benefits the Covered Person receives which is paid to the Covered Person in compensation for the same Disability and loss of income covered under this policy.

3. The amount of Disability Benefits under the United States Social Security Act, the Canada Pension Plan, the Quebec Pension Plan, or any similar plan or act, which:

   a. the Covered Person receives which is paid to the Covered Person in compensation for the same Disability and loss of income covered under this policy; or
   b. his dependent spouse, dependent child or dependent children receives because of such Disability.

4. Any amount the Covered Person receives from or on behalf of a third party for loss of time benefits as a result of injury caused or contributed to by the third party, not including attorney's fees paid by the claimant.

**Other Income Earnings** means:

1. any amount the Covered Person receives from any formal or informal sick leave or salary continuation plan(s).

2. the amount of earnings the Covered Person earns or receives from any form of employment for which the Covered Person becomes employed after the Covered Person's Disability or Partial Disability began.

**Long Term Disability Primary and Family Integration**
**Other Income Benefits and Other Income Earnings**
**Form ADOP**                                                    **LTD-22.2**

**LIB001245**

# SECTION 4 - DISABILITY INCOME BENEFITS
(Continued)

**LONG TERM DISABILITY COVERAGE** (Continued)

**Social Security Assistance**

Liberty may offer help to a Covered Person in applying for Social Security Disability Income Benefits. In order to be eligible for assistance the Covered Person must be receiving a Monthly Benefit from Liberty. Such assistance will be offered only if Liberty determines that assistance would be beneficial.

## SECTION 4 - DISABILITY INCOME BENEFITS

(Continued)

**LONG TERM DISABILITY COVERAGE** (Continued)

**Lump Sum Payments**

Other Income Benefits from a compromise, settlement, award or judgement which are paid to the Covered Person in a lump sum and are meant to compensate the Covered Person for loss of past or future wages will be prorated on a monthly basis as follows:

1.  over the period of time such benefits would have been paid if not in a lump sum; or

2.  if such period of time cannot be determined, the lesser of:

    a.  the remainder of the Maximum Benefit Period; or
    b.  5 years.

**Cost of Living Freeze**

After the first deduction for each of the Other Income Benefits, the Monthly Benefit will not be further reduced due to any cost of living increases payable under the Other Income Benefits and Other Income Earnings provision of this policy. This provision does not apply to increases received from any form of employment.

**Prorated Benefits**

For any period for which a Long Term Disability benefit is payable that does not extend through a full month, the benefit will be paid on a prorated basis. The rate will be 1/30th for each day for such period of Disability.

## SECTION 4 - DISABILITY INCOME BENEFITS

(Continued)

**LONG TERM DISABILITY COVERAGE** (Continued)

**Discontinuation of the Long Term Disability Benefit**

The Monthly Benefit will cease on the earliest of:

1.  the date the Covered Person unreasonably refuses to be examined or evaluated at reasonable intervals;

2.  the date the Covered Person's current Partial Disability earnings exceed 80% of his Basic Monthly Earnings;

    Because the Covered Person's current earnings may fluctuate, Liberty will average earnings over three consecutive months rather than immediately terminating his benefit once 80% of Indexed Basic Monthly Earnings has been exceeded.

3.  the date the Covered Person is no longer Disabled according to this policy;

4.  the end of the Maximum Benefit Period; or

5.  the date the Covered Person dies.

**Long Term Disability**

**Form ADOP**

**LTD-26.4**

**LIB001248**

## SECTION 4 - DISABILITY INCOME BENEFITS
(Continued)

**LONG TERM DISABILITY COVERAGE** (Continued)

**Successive Periods of Disability**

With respect to this policy, **"Successive Periods of Disability"** means a Disability which is related or due to the same cause(s) as a prior Disability for which a Monthly Benefit was payable.

A Successive Period of Disability will be treated as part of the prior Disability if, after receiving Disability benefits under this policy, a Covered Person:

1.  returns to his Own Occupation on an Active Employment basis for less than six continuous months; and

2.  performs all the Substantial and Material Acts of his Own Occupation.

To qualify for a Successive Periods of Disability benefit, the Covered Person must experience more than a 20% loss of Basic Monthly Earnings.

Benefit payments will be subject to the terms of this policy for the prior Disability.

If a Covered Person returns to his Own Occupation on an Active Employment basis for six continuous months or more, the Successive Period of Disability will be treated as a new period of Disability. The Covered Person must complete another Elimination Period.

If a Covered Person becomes eligible for coverage under any other group long term disability coverage, this Successive Period of Disability provision will cease to apply to that Covered Person.

## SECTION 5 - EXCLUSIONS

**GENERAL EXCLUSIONS**

This policy will not cover any Disability due to:

1.  war, declared or undeclared, or any act of war;

2.  intentionally self-inflicted injuries, while sane or insane;

3.  active Participation in a Riot;

4.  the committing of or attempting to commit a felony;

5.  cosmetic surgery unless such surgery is in connection with an Injury or Sickness sustained while the individual is a Covered Person.

No benefit will be paid during any period of incarceration after the conviction of a crime.

With respect to this provision, **Participation** shall include promoting, inciting, conspiring to promote or incite, aiding, abetting, and all forms of taking part in, but shall not include actions taken in defense of public or private property, or actions taken in defense of the Covered Person, if such actions of defense are not taken against persons seeking to maintain or restore law and order including, but not limited to police officers and fire fighters.

With respect to this provision, **Riot** shall include all forms of public violence, disorder or disturbance of the public peace, by three or more persons assembled together, whether or not acting with a common intent and whether or not damage to persons or property or unlawful act or acts is the intent or the consequence of such disorder.

## SECTION 5 - EXCLUSIONS
(Continued)

**LONG TERM DISABILITY COVERAGE**

**Pre-Existing Condition Exclusion**

This policy will not cover any Disability or Partial Disability:

1. which is caused or substantially contributed to by a Pre-Existing Condition or medical or surgical treatment of a Pre-Existing Condition; and

2. which begins in the first 12 months immediately after the Covered Person's effective date of coverage.

**"Pre-Existing Condition"** means a physical or mental condition, whether diagnosed or undiagnosed, resulting from an Injury or Sickness for which the Covered Person received Physician's advice or Treatment within three months prior to the Covered Person's effective date of coverage.

**Long Term Disability**
**3-12 Pre-Existing Exclusion**
**Form ADOP**
**EXC-5.9**

**LIB001251**

## SECTION 6 - TERMINATION PROVISIONS

**Termination of a Covered Person's Insurance**

A Covered Person will cease to be insured on the earliest of the following dates:

1.      the date this policy terminates, but without prejudice to any claim originating prior to the time of termination;

2.      the date the Covered Person is no longer in an eligible class;

3.      the date the Covered Person's class is no longer included for insurance;

4.      the last day for which any required Employee contribution has been made;

5.      the date employment terminates. Cessation of Active Employment will be deemed termination of employment, except the insurance will be continued for an Employee absent due to Disability during:

   a.    the Elimination Period; and
   b.    any period during which premium is being waived.

6.      the date the Covered Person ceases active work due to a labor dispute, including any strike, work slowdown, or lockout.

Liberty reserves the right to review and terminate all classes insured under this policy if any class(es) cease(s) to be covered.

## SECTION 6 - TERMINATION PROVISIONS
(Continued)

Applicable to Long Term Disability Class 3

**Policy Termination**

1. Termination of this policy under any conditions will not prejudice any claim which occurs while this policy is in force.

2. If the Sponsor fails to pay any premium within the grace period, this policy will terminate at 12:00 midnight Standard Time on the last day of the grace period. The Sponsor may terminate this policy by advance written notice delivered to Liberty at least 31 days prior to the termination date. This policy will not terminate during any period for which premium has been paid. The Sponsor will be liable to Liberty for all premiums due and unpaid for the full period for which this policy is in force.

3. Liberty may terminate this policy on any premium due date by giving written notice to the Sponsor at least 31 days in advance if:

    a. the number of Employees insured is fewer than 10; or

    b. less than 25.00% of all the Employees eligible for any contributory insurance are insured for it; or

    c. the Sponsor fails:

        i. to furnish promptly any information which Liberty may reasonably require; or
        ii. to perform any other obligations pertaining to this policy.

4. Liberty may terminate this policy or any coverage(s) afforded hereunder and for any class of covered Employees on any premium due date after it has been in force for 12 months. Liberty will provide written notice of such termination to the Sponsor at least 31 days before the termination is effective.

5. Termination may take effect on an earlier date if agreed to by the Sponsor and Liberty.

## SECTION 6 - TERMINATION PROVISIONS
(Continued)

Applicable to Long Term Disability Class 1, 2

**Policy Termination**

1.  Termination of this policy under any conditions will not prejudice any claim which occurs while this policy is in force.

2.  If the Sponsor fails to pay any premium within the grace period, this policy will terminate at 12:00 midnight Standard Time on the last day of the grace period. The Sponsor may terminate this policy by advance written notice delivered to Liberty at least 31 days prior to the termination date. This policy will not terminate during any period for which premium has been paid. The Sponsor will be liable to Liberty for all premiums due and unpaid for the full period for which this policy is in force.

3.  Liberty may terminate this policy on any premium due date by giving written notice to the Sponsor at least 31 days in advance if:

    a.  the number of Employees insured is fewer than 10; or

    b.  less than 100.00% of all the Employees eligible for any non-contributory insurance are insured for it; or

    c.  less than 25.00% of all the Employees eligible for any contributory insurance are insured for it; or

    d.  the Sponsor fails:

        i.   to furnish promptly any information which Liberty may reasonably require; or
        ii.  to perform any other obligations pertaining to this policy.

4.  Liberty may terminate this policy or any coverage(s) afforded hereunder and for any class of covered Employees on any premium due date after it has been in force for 12 months. Liberty will provide written notice of such termination to the Sponsor at least 31 days before the termination is effective.

5.  Termination may take effect on an earlier date if agreed to by the Sponsor and Liberty.

**Termination of Coverage Option(s)**

**Participation Requirements**

Liberty may terminate coverage or any coverage option afforded hereunder on any premium due date by giving written notice to the Sponsor at least 31 days in advance:

1.  if the overall participation for all coverage options falls below 25.00% of the Employees eligible for benefits under this policy; and

2.  if less than 10.00% of the Employees eligible for each coverage option are insured for it.

Termination may take effect on an earlier date if agreed to by the Sponsor and Liberty.

**Form ADOP**

**Termination Provisions**
**TER-3**

**LIB001254**

## SECTION 7 - GENERAL PROVISIONS

**Entire Contract; Changes**

This policy, the application of the employer, and the individual applications, if any, of the employees constitute the entire contract between the parties, and any statement made by the employer or by any employee shall, in the absence of fraud, be deemed a representation and not a warranty. No such statement shall (avoid the insurance or reduce the benefits under this policy or) be used in defense to a claim hereunder unless it is contained in a written application, nor shall any such statement of the employer, except a fraudulent misstatement, be used at all to void this policy after it has been in force for two years from the date of its issue, nor shall any such statement of any employee eligible for coverage under the policy, except a fraudulent misstatement, be used at all in defense to a claim for loss incurred or Disability or Partial Disability (as defined in the policy) commencing after the insurance coverage with respect to which claim is made has been in effect for two years from the date it became effective.

No change in this policy shall be valid unless approved by an executive officer of the insurer and unless such approval be endorsed hereon or attached hereto. No agent has authority to change this policy or to waive any of its provisions.

**Time Limit on Certain Defenses**

(a) After two years from the date of issue of this policy, no misstatements, except fraudulent misstatements, made by the applicant in the application for such policy shall be used to void the policy or to deny a claim for loss incurred or Disability (as defined in the policy) commencing after the expiration of such two-year period. (b) No claim for loss incurred or Disability (as defined in the policy) commencing after two years from the date of issue of this policy shall be reduced or denied on the ground that a disease or physical condition not excluded from coverage by name or specific description effective on the date of loss had existed prior to the effective date of coverage of this policy.

**Grace Period**

A grace period of 31 days will be granted for the payment of premiums accruing after the first premium, during which grace period the policy shall continue in force, but the employer shall be liable to the insurer for the payment of the premium accruing for the period the policy continues in force.

**Notice of Claim**

Written notice of claim must be given to the insurer within 20 days after the occurrence or commencement of any loss covered by the policy, or as soon thereafter as is reasonably possible. Subject to the qualifications set forth below, if the insured Covered Person suffers loss of time on account of Disability for which indemnity may be payable for at least two years, the Covered Person shall at least once in every six months after having given notice of claim, give to the insurer notice of continuance of said Disability, except in the event of legal incapacity. The period of six months following any filing of proof by the insured or any payment by the insurer on account of such claim or any denial of liability in whole or in part by the insurer shall be excluded in applying this provision. Delay in giving of such notice shall not impair the insured Covered Person's right to any indemnity which would otherwise have accrued during the period of six months preceding the date on which such notice is actually given.

## SECTION 7 - GENERAL PROVISIONS
(Continued)

**Claims Forms**

The insurer, upon receipt of a written notice of claim, will furnish to the claimant such forms as are usually furnished by it for filing proofs of loss. If such forms are not furnished within 15 days after the giving of such notice the claimant shall be deemed to have complied with the requirements of this policy as to proof of loss upon submitting, within the time fixed in the policy for filing proofs of loss, written proof covering the occurrence, the character and the extent of the loss for which claim is made.

**Proofs of Loss**

Written proof of loss must be furnished to the insurer, in the case of claim for loss for Long Term Disability benefits, within 90 days after the termination of the period for which the insurer is liable, and in case of claim for any other loss, within 90 days after the date of such loss. Failure to furnish such proof within the time required shall not invalidate nor reduce any claim if it was not reasonably possible to give proof within such time, provided such proof is furnished as soon as reasonably possible and in no event, except in the absence of legal capacity of the employee, later than one year from the time proof is otherwise required.

**Time of Payment of Claim**

Indemnities payable under this policy for any loss other than Long Term Disability benefits will be paid as they accrue immediately upon receipt of due written proof of such loss. Subject to due written proof of such loss, all accrued indemnity for Long Term Disability benefits will be paid Monthly to the insured employee and any balance remaining unpaid upon the termination of the period of liability will be paid immediately upon receipt of due written proof.

**Payment of Claims**

If any indemnity of this policy shall be payable to the estate of the insured employee or employee who is a minor or otherwise not competent to give a valid release, the insurer may pay such indemnity up to an amount not exceeding $1,000 to any relative by blood or connection by marriage of the insured employee who is deemed by the insurer to be equitable entitled thereto. Any payment made by the insurer in good faith pursuant to this provision shall fully discharge the insurer to the extent of such payment.

**Physical Examination and autopsy**

The insurer at its own expense shall have the right and opportunity to examine the person of any individual whose injury or sickness is the basis of claim when and as often as it may reasonably require during the pendency of a claim hereunder and to make an autopsy in case of death where it is not forbidden by law.

**Legal Actions**

No action at law or in equity shall be brought to recover on this policy prior to the expiration of 60 days after written proof of loss has been furnished in accordance with the requirements of this policy. No such action shall be brought after the expiration of three years after the time written proof of loss is required to be furnished.

## SECTION 7 - GENERAL PROVISIONS
(Continued)

**Misstatement of Age**

If the age of any individual covered under this policy has been misstated, the amount payable shall be such as the premium paid for the coverage of such individual would have purchased at the correct age.

**Conformity with state statutes**

Any provision of this policy which, on its effective date, is in conflict with the statutes of the state in which the insured resides on such date is hereby amended to conform to the minimum requirements of such statutes.

**Form ADOP**

**General Provisions**
**GNP-3.6**

**LIB001257**

## SECTION 8 - PREMIUMS

**Premium Rates**

Liberty has set the premiums that apply to the coverage(s) provided under this policy. Those premiums are shown in a notice given to the Sponsor with or prior to delivery of this policy.

A change in the initial premium rate(s) will not take effect within the first 36 months except that Liberty may change premium rates at any time for reasons which affect the risk assumed, including those reasons shown below:

1. a change occurs in the policy design;

2. a division, subsidiary or Associated Company is added to or deleted from this policy;

3. when the number of Covered Persons changes by 15.00% or more from the number insured on this policy's effective date; or

4. a change in existing law which affects this policy.

No premium may be changed unless Liberty notifies the Sponsor at least 31 days in advance. Premium changes may take effect on an earlier date when both Liberty and the Sponsor agree.

**Payment of Premiums**

1. All premiums due under this policy, including adjustments, if any, are payable by the Sponsor on or before their due dates at Liberty's Administrative Office, or to Liberty's agent. The due dates are specified on the first page of this policy.

2. All payments made to or by Liberty shall be in United States dollars, except with  respect  to Canadian residents covered under this policy. All payments made to or by Liberty for such individuals must be in Canadian funds.

3. If premiums are payable on a monthly basis, premiums for additional or increased insurance becoming effective during a policy month will be charged from the next premium due date.

4. The premium charge for insurance terminated during a policy month will cease at the end of the policy month in which such insurance terminates. This manner of charging premium is for accounting purposes only. It will not extend insurance coverage beyond a date it would have otherwise terminated as shown in the "Termination of a Covered Person's Insurance"  provision of this policy.

5. If premiums are payable on other than a monthly basis, premiums for additional, increased, reduced or terminated insurance will cause a prorated adjustment on the next premium due date.

6. Except for fraud and premium adjustments, refunds of premiums or charges will be made only for:

   1. the current policy year; and

   2. the immediately preceding policy year.

**Form ADOP**

**Premiums**
**PRE-1**

**LIB001258**

## SECTION 8 - PREMIUMS
(Continued)

**Waiver of Premium**

With respect to Long Term Disability benefits, premium payments for a Covered Person are waived during any period for which benefits are payable. If coverage is to be continued, premium payments must be resumed following a period during which they were waived.