# EXHIBIT 1

**Collier v. Lincoln:  Chart of Plaintiff's ROM Measurements Over Time**

### Right Shoulder

| Flexion | Date | Extension | Date | Abduction | Date | Adduction | Date | Int. Rot. | Date | Ext. Rot. | Date |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 137 | 9/5/2018 | 47 | 9/5/2018 | 111 | 9/5/2018 | 42 | 9/5/2018 | 60 | 9/5/2018 | 78 | 9/5/2018 |
| 170 | 10/11/2018 | 45 | 10/11/2018 | 110 | 10/11/2018 | 30 | 10/11/2018 | 90 | 10/11/2018 | 40 | 10/11/2018 |
| 180 | 12/13/2018 | 50 | 12/13/2018 | 180 | 12/13/2018 | 50 | 12/13/2018 | 90 | 12/13/2018 | 90 | 12/13/2018 |
| 132 | 1/31/2019 | 45 | 1/31/2019 | 92 | 1/31/2019 | 43 | 1/31/2019 | 64 | 1/31/2019 | 81 | 1/31/2019 |
| 131 | 9/12/2019 | 38 | 9/12/2019 | 130 | 9/12/2019 | 24 | 9/12/2019 | 63 | 9/12/2019 | 64 | 9/12/2019 |
| 138 | 9/13/2019 | 33 | 9/13/2019 | 134 | 9/13/2019 | 13 | 9/13/2019 | 48 | 9/13/2019 | 84 | 9/13/2019 |
|  |  |  |  | 130 | 1/27/2020 |  |  | 60 | 1/27/2020 | 80 | 1/27/2020 |

### Left Shoulder

| Flexion | Date | Extension | Date | Abduction | Date | Adduction | Date | Int. Rot. | Date | Ext. Rot. | Date |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 132 | 9/5/2018 | 53 | 9/5/2018 | 150 | 9/5/2018 | 48 | 9/5/2018 | 59 | 9/5/2018 | 89 | 9/5/2018 |
| 180 | 10/11/2018 | 55 | 10/11/2018 | 180 | 10/11/2018 | 40 | 10/11/2018 | 90 | 10/11/2018 | 90 | 10/11/2018 |
| 180 | 12/13/2018 | 50 | 12/13/2018 | 180 | 12/13/2018 | 50 | 12/13/2018 | 90 | 12/13/2018 | 90 | 12/13/2018 |
| 135 | 1/31/2019 | 48 | 1/31/2019 | 87 | 1/31/2019 | 49 | 1/31/2019 | 34 | 1/31/2019 | 61 | 1/31/2019 |
| 137 | 9/12/2019 | 38 | 9/12/2019 | 143 | 9/12/2019 | 25 | 9/12/2019 | 62 | 9/12/2019 | 86 | 9/12/2019 |
| 128 | 9/13/2019 | 37 | 9/13/2019 | 149 | 9/13/2019 | 23 | 9/13/2019 | 48 | 9/13/2019 | 89 | 9/13/2019 |
|  |  |  |  | 30 | 1/27/2020 |  |  | 30 | 1/27/2020 | 80 | 1/27/2020 |

9/5/18 Exam at 454-55

10/11/2018 QME at 420

12/13/18 Exam at 940

1/31/19 Exam raw data is at 451-452

9/12 and 9/13/19 FCE measurements at 721

1/27/2020 IME at 306