Zoya Yarnykh – SBN 258062
  E-mail: zyarnykh@kantorlaw.net
KANTOR & KANTOR, LLP
1050 Marina Village Pkwy., Ste. 105
Alameda, California 94501
Telephone: (510) 992-6130
Facsimile: (510) 280-7564

Glenn R. Kantor – SBN 122643
  E-mail: gkantor@kantorlaw.net
KANTOR & KANTOR, LLP
19839 Nordhoff Street
Northridge, CA 91324
Telephone: (818) 886-2525
Facsimile: (818) 350-6272

Attorneys for Plaintiff
VICKI COLLIER

Jenny H. Wang – SBN191643
  E-mail: jenny.wang@ogletree.com
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
Park Tower, Fifteenth Floor
695 Town Center Drive
Costa Mesa, CA 92626
Telephone: (714) 800-7900
Facsimile: (714) 754-1298

Attorneys for Defendant
LINCOLN LIFE ASSURANCE
COMPANY OF BOSTON

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SOUTHERN DIVISION

VICKI COLLIER,

      Plaintiff,

      vs.

LINCOLN LIFE ASSURANCE
COMPANY OF BOSTON,

      Defendant.

CASE NO.: 8:20-cv-00839-JVS-KES

**JOINT STIPULATION TO CONTINUE BRIEFING SCHEDULE AND ERISA HEARING**

*First Request for Extension*

Plaintiff, Vicki Collier ("Plaintiff"), and Defendant, Lincoln Life Assurance Company of Boston ("Lincoln"), collectively (the "Parties"), hereby jointly stipulate and request, through their attorneys of record, that the Court continue the remaining deadlines set in the Court's [In Chambers] Scheduling Conference Order (Dkt. 16). The Parties request that the Court extend the deadline for the Findings of Fact and Conclusions of Law ("FFCL") and Responsive Trial Briefs for thirty days such that they are due on March 18, 2021 rather than February 16,

1

KANTOR & KANTOR, LLP
1050 Marina Village Pkwy., Ste. 105
Alameda, California 94501
(510) 992-6130

2021. The Parties also request continuance of the ERISA Bench Trial. Good cause exists for the continuation:

1.    WHEREAS, Plaintiff commenced this action on May 1, 2020. (Dkt. 1)

2.    WHEREAS, the Parties participated in a private mediation with Edwin A. Oster of Judicate West on September 9, 2020 and the case did not settle.

3.    WHEREAS, the Parties filed their Opening Trial Briefs on February 1, 2021. (Dkt. Nos. 18, 19)

4.    WHEREAS, after the filing of the Trial Briefs, the Parties, through Mr. Oster, have re-engaged in settlement discussions. They believe that more time will increase the likelihood of successful negotiations and will not prejudice any party or result in undue delay.

5.    WHEREAS, the Parties have not previously requested an extension of the briefing schedule. The remaining briefing schedule is:

Concurrent FFCLs set for February 16, 2021

Concurrent Responsive Trial Briefs set for February 16, 2021

Bench Trial/ERISA Hearing set for February 22, 2021 at 3:00 p.m.

6.    WHEREAS, for good cause, to allow the Parties sufficient time to fully explore settlement possibilities, and to conserve both the Court's and the Parties' time and resources, the Parties, by and through their respective counsel of record, hereby stipulate and respectfully request that this Court continue the dates as follows:

Concurrent FFCLs set for March 18, 2021

Concurrent Responsive Trial Briefs set for March 18, 2021

Bench Trial/ERISA Hearing set for March 29, 2021 at 3:00 p.m.

/ / /

/ / /

/ / /

/ / /

JOINT STIPULATION TO CONTINUE BRIEFING SCHEDULE

KANTOR & KANTOR, LLP
1050 Marina Village Pkwy., Ste. 105
Alameda, California 94501
(510) 992-6130

DATED:  February 10, 2021          KANTOR & KANTOR, LLP

By:    */s/ Glenn R. Kantor*
Glenn R. Kantor
Attorneys for Plaintiff,
VICKI COLLIER

DATED:  February 10, 2021          OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By:    */s/ Jenny H. Wang*
Jenny H. Wang
Attorneys for Defendant,
LINCOLN LIFE ASSURANCE COMPANY OF BOSTON

## **ECF CERTIFICATION**

The filing attorney attests that he has obtained concurrence regarding the filing of this document from the signatory to this document.

KANTOR & KANTOR, LLP
1050 Marina Village Pkwy., Ste. 105
Alameda, California 94501
(510) 992-6130

3

JOINT STIPULATION TO CONTINUE BRIEFING SCHEDULE