Zoya Yarnykh – SBN 258062
  E-mail: zyarnykh@kantorlaw.net
KANTOR & KANTOR, LLP
1050 Marina Village Pkwy., Ste. 105
Alameda, California 94501
Telephone: (510) 992-6130
Facsimile: (510) 280-7564

Glenn R. Kantor – SBN 122643
  E-mail: gkantor@kantorlaw.net
KANTOR & KANTOR, LLP
19839 Nordhoff Street
Northridge, CA 91324
Telephone: (818) 886-2525
Facsimile: (818) 350-6272

Attorneys for Plaintiff
VICKI COLLIER

Jenny H. Wang – SBN191643
  E-mail: jenny.wang@ogletree.com
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
Park Tower, Fifteenth Floor
695 Town Center Drive
Costa Mesa, CA 92626
Telephone: (714) 800-7900
Facsimile: (714) 754-1298

Attorneys for Defendant
LINCOLN LIFE ASSURANCE
COMPANY OF BOSTON

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SOUTHERN DIVISION

VICKI COLLIER,

   Plaintiff,

  vs.

LINCOLN LIFE ASSURANCE
COMPANY OF BOSTON,

   Defendant.

CASE NO.: 8:20-cv-00839-JVS-KES

**[PROPOSE] ORDER CONTINUING BRIEFING SCHEDULE AND ERISA HEARING**

HAVING REVIEWED the stipulation, and good cause appearing therefore, it is hereby ORDERED that the deadlines are continued as follows:

Concurrent Findings of Fact and Conclusions of Law: March 18, 2021

Responsive Trial Briefs: March 18, 2021

Bench Trial/ERISA Hearing: March 29, 2021 at 3:00 p.m.

1

KANTOR & KANTOR, LLP
1050 Marina Village Pkwy., Ste. 105
Alameda, California 94501
(510) 992-6130

IT IS SO ORDERED.


DATED:

By: _____
James V. Selna
United States District Judge

.

KANTOR & KANTOR, LLP
1050 Marina Village Pkwy., Ste. 105
Alameda, California 94501
(510) 992-6130

[PROPOSED] ORDER CONTINUING BRIEFING SCHEDULE