Zoya Yarnykh – SBN 258062
 E-mail: zyarnykh@kantorlaw.net
KANTOR & KANTOR, LLP
1050 Marina Village Pkwy., Ste. 105
Alameda, California 94501
Telephone: (510) 992-6130
Facsimile: (510) 280-7564

Glenn R. Kantor – SBN 122643
 E-mail: gkantor@kantorlaw.net
KANTOR & KANTOR, LLP
19839 Nordhoff Street
Northridge, CA 91324
Telephone: (818) 886-2525
Facsimile: (818) 350-6272

Attorneys for Plaintiff
VICKI COLLIER

Jenny H. Wang – SBN191643
 E-mail: jenny.wang@ogletree.com
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
Park Tower, Fifteenth Floor
695 Town Center Drive
Costa Mesa, CA 92626
Telephone: (714) 800-7900
Facsimile: (714) 754-1298

Attorneys for Defendant
LINCOLN LIFE ASSURANCE
COMPANY OF BOSTON

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| VICKI COLLIER,<br><br>      Plaintiff,<br><br>  vs.<br><br>LINCOLN LIFE ASSURANCE COMPANY OF BOSTON,<br><br>      Defendant. | CASE NO.: 8:20-cv-00839-JVS-KES<br><br>**ORDER CONTINUING BRIEFING SCHEDULE AND ERISA HEARING** |

KANTOR & KANTOR, LLP
1050 Marina Village Pkwy., Ste. 105
Alameda, California 94501
(510) 992-6130

ORDER CONTINUING BRIEFING SCHEDULE

HAVING REVIEWED the stipulation, and good cause appearing therefore, it is hereby ORDERED that the deadlines are continued as follows:

Concurrent Findings of Fact and Conclusions of Law: March 18, 2021

Responsive Trial Briefs: March 18, 2021

Bench Trial/ERISA Hearing: March 29, 2021 at 3:00 p.m.

IT IS SO ORDERED.

DATED: February 11, 2021

By: _____
James V. Selna
United States District Judge

.

KANTOR & KANTOR, LLP
1050 Marina Village Pkwy., Ste. 105
Alameda, California 94501
(510) 992-6130

2
ORDER CONTINUING BRIEFING SCHEDULE