Zoya Yarnykh – SBN 258062
  E-mail: zyarnykh@kantorlaw.net
KANTOR & KANTOR, LLP
1050 Marina Village Pkwy., Ste. 105
Alameda, California 94501
Telephone: (510) 992-6130
Facsimile: (510) 280-7564

Glenn R. Kantor – SBN 122643
  E-mail: gkantor@kantorlaw.net
KANTOR & KANTOR, LLP
19839 Nordhoff Street
Northridge, CA 91324
Telephone: (818) 886-2525
Facsimile: (818) 350-6272

Attorneys for Plaintiff
VICKI COLLIER

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

VICKI COLLIER,

        Plaintiff,

    vs.

LINCOLN LIFE ASSURANCE
COMPANY OF BOSTON,

        Defendant.

CASE NO.: 8:20-cv-00839-JVS-KES

**DECLARATION OF GLENN R. KANTOR**

I, Glenn R. Kantor, declare as follows:

1.  I am the attorney of record for Plaintiff in the above-entitled action and make this declaration in that capacity.

2.  In Defendant's opening brief, it accused me personally of "hand-picking" the FCE provider, Dr. Jurado. Defendant goes on to argue that Dr. Jurado's report should be disregarded by the Court because it is lacking in credibility because

1

DECLARATION OF GLENN R. KANTOR

he is biased.  Defendant's only support for the assertion of bias is that Dr. Jurado performed FCE's for two other Kantor & Kantor clients over the past five years.

2.    First, Defendant's assertions about my "hand-picking" Dr. Jurado are without any factual basis and are completely and totally inaccurate.  Dr. Jurado's report was submitted as part of the pre-litigation appeal process wherein evidence is submitted in support of our client's disability claim.  However, I take no part in the process.  Other firm partners supervise younger lawyers in the process of the completion of the pre-litigation appeals. Prior to reading Defendant's moving papers, I had no recollection of ever having heard of Dr. Jurado.

3.    The *Groch v. Fort Dearborn* was handled almost in its entirety by my Partner, Corinne Chandler. She supervised the pre-litigation appeal, drafted all trial briefing, and tried the case before Judge Consuela Marshall.

4.    The *Fleming v. UNUM* case was handled by an associate, Andrew Kantor, from the pre-litigation appeal stage, through trial. While I supervised and edited the trial briefs, I had nothing other to do with the case, and most certainly had nothing to do with the selection of Dr. Jurado to perform an FCE.

5.    It is my understanding, as I do not directly involve myself in such matters, that no one at my firm has anything to do with the selection of FCE providers. We utilize a vendor, Linda Hayes, who arranges the retention of FCE providers based on their specialties, and their geographical locations.

6.    While I have spoken to Ms. Hayes on various matters over a several year period, I have only once spoken to her about the actual selection of an FCE provider. My client, (in another case) was a dental hygienist with severe back problems. An associate at our firm spoke with Ms. Hayes as we needed to arrange an FCE on short notice. Ms. Hayes called me directly, because she had an FCE provider who happened to have formally been a dental hygienist, and she felt would be in a very good position to properly test our client. However, the FCE provider in that case resided in San Diego, while our client resided in Sacramento. She called

DECLARATION OF GLENN R. KANTOR

KANTOR & KANTOR, LLP
1050 Marina Village Pkwy., Ste. 105
Alameda, California 94501
(510) 992-6130

me to discuss the additional cost of having the FCE provider travel to Sacramento for the exam, which I approved. That was the one and only time I have ever had any involvement in the selection of an FCE provider. Attached hereto are the declarations of Ms. Hayes and Dr. Jurado which will confirm the fact that Dr. Jurado was not "hand-picked" by me as Defendant asserts.

7.     Attached hereto as Exhibit A is a true and correct copy of the Declaration of Linda Hayes of Impact Medical, Inc. explaining the process of referrals for Functional Capacity Evaluations ("FCE").

8.     Attached hereto as Exhibit B is a true and correct copy of the Declaration of Sebastian Jurado explaining how he is retained to perform FCEs.

9.     I consider myself to be a highly ethical member of the bar, and I have never selected a medical provider to examine one of my clients hoping that the report would inaccurately support my client's disability claim. Such action would violate my obligations as an officer of the Court. Defendant's untrue assertions regarding my conduct are highly offensive to me.

10.     Much of Defendant's opening brief focuses on the abbreviated IME performed by Dr. Katrina Vlachos.  Defendant suggests that her report, which other than its ultimate conclusion, supports Plaintiff's claim, is totally unbiased. However, in the review of our firm files, we have found instances of Dr. Vlachos being retained by three different vendors who work solely on behalf of insurance companies, NMR, MLS, and MES, to examine insureds' making disability claims. Without the benefit of discovery, it cannot be stated for sure what percentage of Dr. Vlachos's income is derived from examining insureds and providing reports to insurance companies, but given the small sampling from our files, we would believe it to be a significant percentage of her income. While we have no direct evidence to question her financial motivations, there does appear to be at the least the appearance of a structural conflict. As such, her report should not be viewed as being totally unbiased.

3

DECLARATION OF GLENN R. KANTOR

I declare under the penalty of perjury that the foregoing is true and correct. Executed this 17th day of March, 2021, at Northridge, California.

DATED:  March 18, 2021

/s/ Glenn R. Kantor
Glenn R. Kantor
Attorney for Plaintiff
VICKI COLLIER

KANTOR & KANTOR, LLP
1050 Marina Village Pkwy., Ste. 105
Alameda, California 94501
(510) 992-6130

4

DECLARATION OF GLENN R. KANTOR

# EXHIBIT A

# EXHIBIT A

Zoya Yarnykh – SBN 258062
  E-mail: zyarnykh@kantorlaw.net
KANTOR & KANTOR, LLP
1050 Marina Village Pkwy., Ste. 105
Alameda, California 94501
Telephone: (510) 992-6130
Facsimile: (510) 280-7564

Glenn R. Kantor – SBN 122643
  E-mail: gkantor@kantorlaw.net
KANTOR & KANTOR, LLP
19839 Nordhoff Street
Northridge, CA 91324
Telephone: (818) 886-2525
Facsimile: (818) 350-6272

Attorneys for Plaintiff
VICKI COLLIER

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| VICKI COLLIER,<br><br>Plaintiff,<br><br>vs.<br><br>LINCOLN LIFE ASSURANCE COMPANY OF BOSTON,<br><br>Defendant. | CASE NO.: 8:20-cv-00839-JVS-KES<br><br>**DECLARATION OF LINDA HAYES** |

I, Linda Hayes, declare under the penalty of perjury under the laws of the United States as follows:

1.     I have been asked by Kantor & Kantor to prepare a letter regarding our services and our referral procedures. Impact Medical is a full-service Medical Management Company providing services in the workers' compensation, disability, and personal injury arena.

1

DECLARATION OF LINDA HAYES

KANTOR & KANTOR, LLP
1050 Marina Village Pkwy., Ste. 105
Alameda, California 94501
(510) 992-6130

2.     We have been in business since 2014 and provide the following services on a national basis.

- Functional Capacity Evaluations ("FCEs");
- Independent Medical Examinations;
- Vocational Assessments;
- Neuropsychological Evaluations;
- Nurse attendance at assessment.

3.     Our client base includes The Department of Labor, National TPAs, such as Gallagher Basset and Optum, York Risk, several attorney groups for disability and personal injury, and Fortune 500 employers. We have provided services for Aetna, UNUM, The Standard, Cigna, and several other insurers.

4.     Our clients hire us to schedule evaluations. They do not select the providers to conduct these assessments, we do based on certain criteria, such as location, medical specialty, etc.

5.     Our scheduling procedures follow these guidelines.

- Our client requests us to schedule one of the services listed above.
- We identify which is the most appropriate provider that is the closest to the claimants' residence.
- We schedule the evaluation and provide the appointment information to the referral source.
- Once the report is completed, we provide Quality Assurance for the report and disseminate the report to the referral source, or doctor / employer if requested.

6.     For our FCEs in particular, we select providers who utilize computerized systems with embedded validity built into the FCE program and protocol. That circumvents the opportunity for sub-maximal effort and inaccurate

2

DECLARATION OF LINDA HAYES

results. The FCE providers we approve must meet specific quality assurance guidelines:

- All reports must answer the referral question clearly and concisely;
- All reports must have clear and concise data and data presentation (charts) etc.;
- Data must be consistent with protocols;
- FCE equipment must be calibrated;
- MVE (Maximum Voluntary Effort) must be established;
- Evidence of COV (Co-efficient of Variation) must be established and consistent;
- The outcomes must be consistent with the data;
- The results must be clear;
- 9. The type of tests, subtests, equipment used, and methodology must be cited.

7.    Several other factors come into play when determining the level of quality and professionalism of a FCE Provider that will be accepted by Impact Medical.

8.    In order to qualify to be a preferred provider at Impact Medical, the following criteria must be met:

a)    Licensure – the therapist's license must be current and in good standing and proof of such must be supplied to Impact Medical. The providers must have a PT or OT designation and must be licensed in the State they are practicing and in the discipline that they are qualified.

b)    Malpractice Insurance – the provider must carry a current policy with $1 million/$6 million limits and provide proof of such policy that it is current and in force. The provider will also be asked to prove that

KANTOR & KANTOR, LLP
1050 Marina Village Pkwy., Ste. 105
Alameda, California 94501
(510) 992-6130

3

DECLARATION OF LINDA HAYES

he/she has not had any claims against their insurance, and if so, provide a detailed explanation of such.

c)     Disciplinary actions and sanctions – Impact Medical will research the provider to ensure that he /she has not had any disciplinary actions or sanctions against their license.

d)     FCE Certification – the provider should have certification in performing FCEs and full training on the equipment utilized, experience in writing FCE reports in addition to analyzing the accompanying data, experience in giving depositions and appearing at hearings, court etc. with respect to defending the FCE and its outcomes.

9.     We have been working for Kantor & Kantor, LLP as a referral company since 2014. I am aware that we are not their exclusive referral company for examinations. They contact our company to request that we schedule services for their clients. Kantor & Kantor had requested FCEs be conducted on Mr. Joel Groch, Ms. Pamela Fleming, and Ms. Vicki Collier. These referrals were made to us by an associate or paralegal from the firm.

10.     In these cases, we were provided with the name, address, and diagnosis of the patient. At that time, we selected the most qualified provider in that geographical area, which was Dr. Sebastian Jurado. Dr. Jurado is one of our preferred providers. He is extremely experienced in performing FCEs and uses a protocol that is highly respected as the gold standard for FCEs with embedded validity.

11.     For an FCE, when it is appropriate, we will select a provider that is a specialist in a certain discipline. For example, we had a referral from Kantor & Kantor for a dental hygienist living in San Francisco. We have one provider who is a former dental hygienist and is now a specialist in providing FCEs in the dental profession. She resides in San Diego but performed an FCE in San Francisco because she was the most qualified person to conduct the evaluation.

4

DECLARATION OF LINDA HAYES

KANTOR & KANTOR, LLP
1050 Marina Village Pkwy., Ste. 105
Alameda, California 94501
(510) 992-6130

12.    Unless otherwise requested such as a specialty, Impact Medical always chooses the most qualified provider who is the closest to the claimant's residence. FCE providers are not ubiquitous. Qualified, certified, licensed, and experienced FCE providers even less so.

13.    Impact Medical prides itself on selecting the most experienced and qualified FCE providers in the country who utilize empirically based computerized systems with embedded validly.

14.    When we receive a referral from anyone, a lawyer, an employer, or an insurer, they do not choose the provider, Impact Medical does. That is based on many things, but mostly geographical convenience, experience, and quality of evaluation.

15.    No one at Kantor & Kantor has ever asked us to obtain a favorable report supporting disability, but rather have only asked us for accurate and fair reports.  No one at Kantor & Kantor ever asked that any substantive aspects of a report be changed.  The only changes ever requested have been requests to fix typographical or grammatical errors.  The cost for our services are totally independent of the outcome of the report, as are fees paid to the FCE or other providers.

Executed this 11th day of February, 2021, at Calabasas, California.

DATED:  February 12, 2021

Linda Hayes, M.Ed,
National Vice President, Clinical Services
& Vocational Expert
Impact Medical Inc.

5

DECLARATION OF LINDA HAYES

KANTOR & KANTOR, LLP
1050 Marina Village Pkwy., Ste. 105
Alameda, California 94501
(510) 992-6130

6

DECLARATION OF LINDA HAYES

# EXHIBIT B

# EXHIBIT B

Zoya Yarnykh – SBN 258062
 E-mail: zyarnykh@kantorlaw.net
KANTOR & KANTOR, LLP
1050 Marina Village Pkwy., Ste. 105
Alameda, California 94501
Telephone: (510) 992-6130
Facsimile: (510) 280-7564

Glenn R. Kantor – SBN 122643
 E-mail: gkantor@kantorlaw.net
KANTOR & KANTOR, LLP
19839 Nordhoff Street
Northridge, CA 91324
Telephone: (818) 886-2525
Facsimile: (818) 350-6272

Attorneys for Plaintiff
VICKI COLLIER

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| VICKI COLLIER, | CASE NO.: 8:20-cv-00839-JVS-KES |
| Plaintiff, | **DECLARATION OF SEBASTIAN JURADO** |
| vs. | |
| LINCOLN LIFE ASSURANCE COMPANY OF BOSTON, | |
| Defendant. | |

I, Sebastian Jurado, declare under the penalty of perjury under the laws of the United States as follows:

1. I am employed by Ergo Links as a Functional Capacity Evaluator, and I make this declaration in that capacity.

2. I am following up regarding our process with determining physical demands for Ms. Vicki Collier.

1

DECLARATION OF SEBASTIAN JURADO

3.    The letter dated in February 2020 was simply a rebuttal to the IME report from Dr. Vlachos and is not an advocacy letter for Ms. Collier.

4.    I am hired as an independent provider to determine functional capabilities and determine limitations based upon observed behaviors, objective measures, and subjective reports. As stated in the rebuttal letter, I observed different measures than what was seen by the IME physician. Our evaluation process is completely independent of other providers and provides an objective, comprehensive, data driven evaluation that provides valid and reliable results.

5.    I feel confident in my determination of limitations for Ms. Collier and am confident in our ability to provide an unbiased medical evaluation to determine function.

6.    At Ergo Links, we work with multiple providers, beyond attorneys. Attorney referrals constitute only about 10% of our work. The additional work comes directly from insurance companies, third party administrators, and employers.

7.    At no point do we perform an evaluation with the sole benefit of supporting our referral source and continue to maintain quality with all of our referral sources in providing honest reporting.


Executed this 12th day of February 2021, at _Atascadero_____, California.

DATED:  February 12, 2021

_____
Sebastian Jurado, DPT

KANTOR & KANTOR, LLP
1050 Marina Village Pkwy., Ste. 105
Alameda, California 94501
(510) 992-6130

2

DECLARATION OF SEBASTIAN JURADO