Jenny H. Wang CA Bar No. 191643
jenny.wang@ogletree.com
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
Park Tower, Fifteenth Floor
695 Town Center Drive
Costa Mesa, CA 92626
Telephone:   714-800-7900f
Facsimile:   714-754-1298

Kristina N. Holmstrom, AZ Bar No. 023384 (Admitted Pro Hac Vice)
kristina.holmstrom@ogletree.com
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
Esplanade Center III
2415 East Camelback Road, Suite 800
Phoenix, AZ 85016
Telephone: 602-778-3724
Fax: 602-778-3750

Attorneys for Defendant
LINCOLN LIFE ASSURANCE COMPANY OF BOSTON

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICKI COLLIER<br><br>            Plaintiff,<br><br>      v.<br><br>LINCOLN LIFE ASSURANCE COMPANY OF BOSTON<br><br>            Defendant. | Case No. 8:20-cv-00839-JVS-KES<br><br>**DECLARATION OF KRISTINA N. HOLMSTROM IN SUPPORT OF LINCOLN LIFE ASSURANCE COMPANY OF BOSTON'S OPPOSITION TO PLAINTIFF'S TRIAL BRIEF**<br><br>Complaint Filed:  May 1, 2020<br>District Judge:     Hon. James V. Selna<br>Magistrate Judge: Hon. Karen E. Scott<br>Trial Date: March 29, 2021, 3:00 pm<br><br>[Filed Concurrently With:<br> - Oppostion Brief] |

1

DECLARATION OF KRISTINA N. HOLMSTROM IN SUPPORT OF LINCOLN LIFE ASSURANCE COMPANY OF BOSTON'S OPPOSITION TO PLAINTIFF'S TRIAL BRIEF

## **DECLARATION OF KRISTINA N. HOLMSTROM**

I, Kristina N. Holmstrom, declare as follows:

1.      I am an attorney licensed to practice in all the courts in the State of Arizona and a shareholder of Ogletree, Deakins, Nash, Smoak & Stewart, P.C., attorneys for Defendant Lincoln Life Assurance Company of Boston ("Lincoln") in the above-captioned action.

2.      I have been admitted *pro hac vice* in this case.  I am one of the attorneys primarily responsible for the handling of this matter on behalf of Lincoln.  I make this declaration in support of Lincoln's opposition to Plaintiff Vicki Collier's opening trial brief.  I have personal knowledge of the facts declared herein and if called upon to testify can and will testify competently thereto.

3.      Attached hereto as Exhibit 1 is a true and correct copy of pages that I had copied from the American Medical Association's publication entitled "Guides for the Evaluation for Permanent Impairment, Fifth Edition."

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct and that this Declaration was executed on March 18, 2021 at Phoenix, Arizona.

/s/ Kristina N. Holmstrom
Kristina N. Holmsatrom

46449545.1

2                          Case No. 8:20-cv-00839-JVS-KES
DECLARATION OF KRISTINA N. HOLMSTROM IN SUPPORT OF LINCOLN LIFE
ASSURANCE COMPANY OF BOSTON'S OPPOSITION TO PLAINTIFF'S TRIAL BRIEF

# EXHIBIT 1

**American Medical Association**

Physicians dedicated to the health of America



# Guides

## *to the* Evaluation

## *of* Permanent

## Impairment

### *Fifth Edition*

Linda Cocchiarella, MD, MSc, AMA Medical Editor

Gunnar B. J. Andersson, MD, PhD, Senior Medical Editor



# Guides to the Evaluation of Permanent Impairment,
## *Fifth Edition*

© 2001, 1993, 1990, 1988, 1984, 1977, 1971 by the American Medical Association
All rights reserved

First Edition—1971
Second Edition—1984
Third Edition—First Printing December 1988
            Second Printing February 1989
Third Edition (Revised)—December 1990
Fourth Edition—June 1993
Fifth Edition—November 2000
Printed in the United States of America

Internet address: www.ama-assn.org

This book is for informational purposes only. It is not intended to constitute legal or financial advice. If legal, financial, or other professional advice is required, the services of a competent professional should be sought.

No part of this publication may be reproduced, stored in a retrieval system, or transmitted in any form or by any means, electronic, mechanical, photocopying, recording, or otherwise, without the prior written permission of the publisher.

Additional copies of this book may be ordered by calling 800 621-8335. Mention product number OP025400.

ISBN 1-57947-085-8

BQ63:0024-00:11/00

384    Guides to the Evaluation of Permanent Impairment

In cases where the abnormalities discussed above are present on imaging studies and are known or assumed to have preexisted an injury being rated, physicians should acknowledge these antecedent conditions. If requested, physicians may need to assess whether the condition was previously symptomatic and whether any aggravation occurred as a result of the injury. Physicians should be aware of the statutory definition in the involved jurisdiction pertaining to *aggravation* to ensure their use of the term is consistent with their state's legal interpretation.

DRE categories are discussed in the following three sections.

## 15.4 DRE: Lumbar Spine

The lumbar spine DRE categories are summarized in Table 15-3. Apart from category I, each category includes a range to account for the resolution or continuation of symptoms and their impact on the ability to perform ADL.

**Table 15-3** Criteria for Rating Impairment Due to Lumbar Spine Injury

| DRE Lumbar Category I 0% Impairment of the Whole Person | DRE Lumbar Category II 5%- 8% Impairment of the Whole Person | DRE Lumbar Category III 10%-13% Impairment of the Whole Person | DRE Lumbar Category IV 20%-23% Impairment of the Whole Person | DRE Lumbar Category V 25%-28% Impairment of the Whole Person |
|---|---|---|---|---|
| No significant clinical findings, no observed muscle guarding or spasm, no documentable neurologic impairment, no documented alteration in structural integrity, and no other indication of impairment related to injury or illness; no fractures | Clinical history and examination findings are compatible with a specific injury; findings may include significant muscle guarding or spasm observed at the time of the examination, asymmetric loss of range of motion, or nonverifiable radicular complaints, defined as complaints of radicular pain without objective findings; no alteration of the structural integrity and no significant radiculopathy *or* individual had a clinically significant radiculopathy and has an imaging study that demonstrates a herniated disk at the level and on the side that would be expected based on the previous radiculopathy, but no longer has the radiculopathy following conservative treatment *or* fractures: (1) less than 25% compression of one vertebral body; (2) posterior element fracture without dislocation (not developmental spondylolysis) that has healed without alteration of motion segment integrity; (3) a spinous or transverse process fracture with displacement without a vertebral body fracture, which does not disrupt the spinal canal | Significant signs of radiculopathy, such as dermatomal pain and/or in a dermatomal distribution, sensory loss, loss of relevant reflex(es), loss of muscle strength or measured unilateral atrophy above or below the knee compared to measurements on the contralateral side at the same location; impairment may be verified by electrodiagnostic findings *or* history of a herniated disk at the level and on the side that would be expected from objective clinical findings, associated with radiculopathy, or individuals who had surgery for radiculopathy but are now asymptomatic *or* fractures: (1) 25% to 50% compression of one vertebral body; (2) posterior element fracture with displacement disrupting the spinal canal; in both cases, the fracture has healed without alteration of structural integrity | Loss of motion segment integrity defined from flexion and extension radiographs as at least 4.5 mm of translation of one vertebra on another or angular motion greater than 15° at L1-2, L2-3, and L3-4, greater than 20° at L4-5, and greater than 25° at L5-S1 (Figure 15-3); may have complete or near complete loss of motion of a motion segment due to developmental fusion, or successful or unsuccessful attempt at surgical arthrodesis *or* fractures: (1) greater than 50% compression of one vertebral body without residual neurologic compromise | Meets the criteria of DRE lumbosacral categories III and IV; that is, both radiculopathy and alteration of motion segment integrity are present; significant lower extremity impairment is present as indicated by atrophy or loss of reflex(es), pain, and/or sensory changes within an anatomic distribution (dermatomal), or electromyographic findings as stated in lumbosacral category III and alteration of spine motion segment integrity as defined in lumbosacral category IV *or* fractures: (1) greater than 50% compression of one vertebral body with unilateral neurologic compromise |

Chapter 15

# 15.6 DRE: Cervical Spine

## 15.6a Criteria for Rating Impairment Due to Cervical Disorders

For cervical problems localized to the cervical or cervicothoracic region, use Table 15-5. If the cervical spine problem also leads to isolated bowel and/or bladder dysfunction not due to corticospinal damage, obtain the appropriate estimates for bowel and bladder dysfunction from the gastrointestinal and urology chapters (Chapters 6 and 7) and combine these with the appropriate cervical spine DRE category from DRE I to V, listed in Table 15-5. If the cervical spine problem is due to corticospinal tract involvement, use Table 15-6 alone.

The DRE cervical categories are summarized in Table 15-5.

**Table 15-5** Criteria for Rating Impairment Due to Cervical Disorders

| DRE Cervical Category I 0% Impairment of the Whole Person | DRE Cervical Category II 5%-8% Impairment of the Whole Person | DRE Cervical Category III 15%-18% Impairment of the Whole Person | DRE Cervical Category IV 25%-28% Impairment of the Whole Person | DRE Cervical Category V 35%-38% Impairment of the Whole Person |
|---|---|---|---|---|
| No significant clinical findings, no muscular guarding, no documentable neurologic impairment, no significant loss of motion segment integrity, and no other indication of impairment related to injury or illness; no fractures | Clinical history and examination findings are compatible with a specific injury; findings may include muscle guarding or spasm observed at the time of the examination by a physician, asymmetric loss of range of motion or nonverifiable radicular complaints, defined as complaints of radicular pain without objective findings; no alteration of the structural integrity

*or*

individual had clinically significant radiculopathy and an imaging study that demonstrated a herniated disk at the level and on the side that would be expected based on the radiculopathy, but has improved following nonoperative treatment

*or*

fractures: (1) less than 25% compression of one vertebral body; (2) posterior element fracture without dislocation that has healed without loss of structural integrity or radiculopathy; (3) a spinous or transverse process fracture with displacement | Significant signs of radiculopathy, such as pain and/or sensory loss in a dermatomal distribution, loss of relevant reflex(es), loss of muscle strength, or unilateral atrophy compared with the unaffected side, measured at the same distance above or below the elbow; the neurologic impairment may be verified by electrodiagnostic findings

*or*

individual had clinically significant radiculopathy, verified by an imaging study that demonstrates a herniated disk at the level and on the side expected from objective clinical findings with radiculopathy or with improvement of radiculopathy following surgery

*or*

fractures: (1) 25% to 50% compression of one vertebral body; (2) posterior element fracture with displacement disrupting the spinal canal; in both cases the fracture is healed without loss of structural integrity; radiculopathy may or may not be present; differentiation from congenital and developmental conditions may be accomplished, if possible, by examining preinjury roentgenograms or a bone scan performed after the onset of the condition | Alteration of motion segment integrity or bilateral or multilevel radiculopathy; alteration of motion segment integrity is defined from flexion and extension radiographs as at least 3.5 mm of translation of one vertebra on another, or angular motion of more than 11° greater than at each adjacent level (Figures 15-3a and 15-3b); alternatively, the individual may have loss of motion of a motion segment due to a developmental fusion or successful or unsuccessful attempt at surgical arthrodesis; radiculopathy as defined in cervical category III need not be present if there is alteration of motion segment integrity

*or*

fractures: (1) more than 50% compression of one vertebral body without residual neural compromise | Significant upper extremity impairment requiring the use of upper extremity external functional or adaptive device(s); there may be total neurologic loss at a single level or severe, multilevel neurologic dysfunction

*or*

fractures: structural compromise of the spinal canal is present with severe upper extremity motor and sensory deficits but without lower extremity involvement |

Chapter 15

**Figure 16-27** Motion Unit Impairment Curves for Ankylosis ($I_A\%$), Loss of Flexion ($I_F\%$), and Loss of Extension ($I_E\%$) of Wrist Joint

Ankyloses in functional positions (10° extension to 10° flexion) are given the lowest $I_A\%$ value (50%).



Redrawn with permission from Swanson AB, Hagert CG, de Groot Swanson G. Evaluation of impairment of hand function. In: Hunter JM, Schneider LH, Mackin E, Calahan A, eds. *Rehabilitation in the Hand.* St Louis, Mo: CV Mosby Co; 1978:31-69.

## Flexion and Extension

The normal range of wrist motion is from 60° extension to 60° flexion. The position of function is from 10° extension to 10° flexion. The relative value of this motion unit is 42% of the upper extremity function.

1. Measure maximum active wrist flexion and extension, and record the *actual* goniometer readings (Figure 16-26).
2. In Figure 16-28, match the measured flexion and extension angles (row headed V) to their corresponding impairments of flexion (row headed $I_F\%$) and extension (row headed $I_E\%$). Impairment values for angles falling between those listed in Figure 16-28 may be adjusted or interpolated proportionally in the corresponding interval.
3. *Add* $I_F\%$ and $I_E\%$ to obtain the percent of upper extremity impairment contributed by decreased wrist flexion and extension.
4. If the wrist is ankylosed, match the measured angle (row headed V) to its corresponding ankylosis impairment (row headed $I_A\%$) in Figure 16-28. Interpolate impairment values for intervening angles.

**Figure 16-28** Pie Chart of Upper Extremity Motion Impairments Due to Lack of Flexion and Extension of Wrist Joint

Relative value of this functional unit to upper extremity impairment is 42%.



$I_A\%$ = Impairment due to ankylosis
$I_E\%$ = Impairment due to loss of extension
$I_F\%$ = Impairment due to loss of flexion
V   = Measured angles of motion
*   = Positions of function

Redrawn with permission from Swanson AB, Hagert CG, de Groot Swanson G. Evaluation of impairment of hand function. In: Hunter JM, Schneider LH, Mackin E, Calahan A, eds. *Rehabilitation in the Hand.* St Louis, Mo: CV Mosby Co; 1978:31-69.

Ankyloses in functional positions (10° extension to 10° flexion) are given the lowest $I_A\%$, or 50% of this motion unit value (Figure 16-27). This corresponds to 21% impairment of the upper extremity (Figure 16-28). Wrist ankylosis in 60° flexion or 60° extension represents 100% loss of wrist extension and flexion function (Figure 16-27). This is equivalent to 70% impairment of wrist function, or 42% impairment (70% × 60%) of the upper extremity resulting from loss of this wrist motion unit (Figure 16-28).

**Figure 16-30**  Motion Unit Impairment Curves for Ankylosis ($I_A$%), Loss of Radial Deviation ($I_{RD}$%), and Loss of Ulnar Deviation ($I_{UD}$%) of Wrist Joint

Ankyloses in functional positions (0° to 10° ulnar deviation) are given the lowest ankylosis impairment (50%).



Redrawn with permission from Swanson AB, Hagert CG, de Groot Swanson G. Evaluation of impairment of hand function. In: Hunter JM, Schneider LH, Mackin E, Calahan A, eds. *Rehabilitation in the Hand.* St Louis. Mo: CV Mosby Co; 1978:31-69.

**Figure 16-31**  Pie Chart of Upper Extremity Motion Impairments Due to Abnormal Radial and Ulnar Deviations of Wrist Joint

Relative value of this functional unit to upper extremity impairment is 18%.



$I_A$%  = Impairment due to ankylosis
$I_{RD}$%  = Impairment due to loss of radial deviation
$I_{UD}$%  = Impairment due to loss of ulnar deviation
V  = Measured angles of motion
*  = Positions of function

Redrawn with permission from Swanson AB, Hagert CG, de Groot Swanson G. Evaluation of impairment of hand function. In: Hunter JM, Schneider LH, Mackin E, Calahan A, eds. *Rehabilitation in the Hand.* St Louis, Mo: CV Mosby Co; 1978:31-69.

### Example 16-39

**Exam:** Wrist ulnar deviation 0° and radial deviation 10° (Figure 16-31).

**Analysis:** $I_{UD}$% = 5% impairment of the upper extremity. $I_{RD}$% = 2% impairment of the upper extremity.

**Impairment Rating:** *Add* 5% + 2% = 7% impairment of the upper extremity resulting from decreased wrist lateral deviation.

### Example 16-40

**Exam:** Wrist ankylosis in 15° radial deviation.

**Impairment Rating:** $I_A$% = 16% impairment of the upper extremity resulting from loss of wrist lateral deviation.

Chapter 16

472    Guides to the Evaluation of Permanent Impairment

**Figure 16-34** Pie Chart of Upper Extremity Motion Impairments Due to Lack of Flexion and Extension of Elbow Joint

Relative value of this functional unit to upper extremity impairment is 42%.



$I_A\%$ = Impairment due to ankylosis
$I_E\%$ = Impairment due to loss of extension
$I_F\%$ = Impairment due to loss of flexion
V    = Measured angles of motion
*    = Position of function

Redrawn with permission from Swanson AB, Hagert CG, de Groot Swanson G. Evaluation of impairment of hand function. In: Hunter JM, Schneider LH, Mackin E, Calahan A, eds. *Rehabilitation in the Hand.* St Louis, Mo: CV Mosby Co; 1978:31-69.

### Example 16-43

**Exam:** Elbow extension lag of −40° and flexion to 65° (Figure 16-34).

**Analysis:** $I_E\% = 4\%$ impairment of the upper extremity; the interpolated value for $I_F\%$ at 65° = 17% impairment of the upper extremity.

**Impairment Rating:** *Add* 4% + 17% = 21% impairment of the upper extremity due to decreased elbow flexion and extension.

### Example 16-44

**Exam:** Elbow ankylosis in 80° flexion.

**Impairment Rating:** $I_A\% = 21\%$ impairment of the upper extremity resulting from loss of flexion and extension.

### Pronation and Supination

The normal range of motion is from 80° supination to 80° pronation. The position of function is 20° pronation. The relative value of this motion unit is 28% of the upper extremity function.

Impairments of pronation and supination are ascribed to the elbow because the major muscles for this function are inserted about the elbow. This applies even if the loss of forearm rotation results primarily from wrist involvement in the presence of an intact elbow.

1. Measure the maximum active elbow pronation and supination, and record the *actual* goniometer readings (Figure 16-35).
2. In Figure 16-37, match the measured supination and pronation angles (row headed V) to their corresponding impairments of pronation (row headed $I_P\%$) and supination (row headed $I_S\%$). Impairment values for angles falling between those listed in Figure 16-37 may be adjusted or interpolated proportionally in the corresponding interval.
3. *Add* $I_P\%$ and $I_S\%$ to obtain the upper extremity impairment percent contributed by decreased forearm rotation.
4. If the elbow is ankylosed, match the measured angle (row headed V) to its corresponding ankylosis impairment (row headed $I_A\%$) in Figure 16-37. Interpolate impairment values for intervening angles.

Ankylosis in the functional position (20° pronation) is given the lowest $I_A\%$, or 30% of this motion unit value (Figure 16-36). This is equivalent to 8% impairment of the upper extremity (Figure 16-37). Ankylosis in 80° of pronation or supination represents 100% impairment of the forearm rotation unit (Figure 16-36). This is equivalent to 40% impairment of elbow function and 28% impairment (40% × 70%) of the upper extremity due to loss of forearm rotation (Figure 16-37).

474    Guides to the Evaluation of Permanent Impairment

**Figure 16-37** Pie Chart of Upper Extremity Motion Impairments Due to Lack of Pronation and Supination

Relative value of this functional unit to upper extremity impairment is 28%.



$I_A\%$ = Impairment due to ankylosis
$I_P\%$ = Impairment due to loss of pronation
$I_S\%$ = Impairment due to loss of supination
V = Measured angles of motion
* = Position of function

Redrawn with permission from Swanson AB, Hagert CG, de Groot Swanson G. Evaluation of impairment of hand function. In: Hunter JM, Schneider LH, Mackin E, Calahan A, eds. *Rehabilitation in the Hand.* St Louis, Mo: CV Mosby Co; 1978:31-69.

**Example 16-48**

**Exam:** Elbow ankylosis in 80° flexion and 30° supination.

**Analysis:** Flexion $I_A\%$ = 21%; supination $I_A\%$ = 23%. *Add* 21% + 23% = 44% impairment of the upper extremity.

**Impairment Rating:** 26% impairment of the whole person (Table 16-3).

## 16.4i Shoulder Motion Impairment

The shoulder functional unit represents 60% of the upper extremity function. The shoulder has three functional units of motion, each contributing a relative value to its function. The unit-of-motion impairments are converted to upper extremity impairments by multiplying their respective values by 60% as follows:

1. Flexion: 40% of shoulder function.
   Extension: 10% of shoulder function.
   Flexion and extension unit: 50% of shoulder function, or 50% × 60% = 30% of upper extremity function.
2. Abduction: 20% of shoulder function.
   Adduction: 10% of shoulder function.
   Abduction and adduction unit: 30% of shoulder function, or 30% × 60% = 18% of upper extremity function.
3. Internal rotation: 10% of shoulder function.
   External rotation: 10% of shoulder function.
   Internal and external rotation unit: 20% of shoulder function, or 20% × 60% = 12% of upper extremity function.

For each shoulder functional unit of motion, impairment curves were derived according to the basic formula, A = E + F, and expressed on a 100% motion unit scale (Figures 16-39, 16-42, and 16-45). These impairment curves were converted to pie charts of upper extremity impairments by applying the upper extremity functional value of each motion unit as a conversion factor (Figures 16-40, 16-43, and 16-46).

The upper extremity impairment resulting from abnormal shoulder motion is calculated from the pie charts by *adding* directly the upper extremity impairment values contributed by each motion unit.

The actual range-of-motion measurements are recorded and applied to the various impairment pie charts. *Impairment values for motion measurements falling between those shown in the pie chart may be adjusted or interpolated proportionally in the corresponding interval.*

**476**   Guides to the Evaluation of Permanent Impairment

**Figure 16-40** Pie Chart of Upper Extremity Motion Impairments Due to Lack of Flexion and Extension of Shoulder

Relative value of this functional unit to upper extremity impairment is 30%.



$I_A\%$ = Impairment due to ankylosis
$I_E\%$ = Impairment due to loss of extension
$I_F\%$ = Impairment due to loss of flexion
V   = Measured angles of motion
*   = Positions of function

Redrawn with permission from Swanson AB, Hagert CG, de Groot Swanson G. Evaluation of impairment of hand function. In: Hunter JM, Schneider LH, Mackin E, Calahan A, eds. *Rehabilitation in the Hand.* St Louis, Mo: CV Mosby Co; 1978:31-69.

### Example 16-49

**Exam:** Shoulder flexion of 90° and extension of 0° (Figure 16-39).

**Analysis:** $I_F\%$ = 6% impairment of the upper extremity. $I_E\%$ = 3% impairment of the upper extremity.

**Impairment Rating:** *Add* 6% + 3% = 9% impairment of the upper extremity due to decreased shoulder flexion and extension.

### Example 16-50

**Exam:** Shoulder ankylosis in 30° flexion.

**Impairment Rating:** $I_A\%$ = 15% impairment of the upper extremity due to loss of this shoulder unit of motion.

## Abduction and Adduction

The normal range of motion is considered to be from 180° abduction to 50° adduction. The positions of function range from 50° abduction to 20° abduction. The relative value of this motion unit is 18% of the upper extremity function.

1. Measure the maximum active shoulder abduction and adduction, and record the *actual* goniometer readings (Figure 16-41).
2. In Figure 16-43, match the measured abduction and adduction angles (row headed V) to their corresponding impairments of abduction (row headed $I_{ABD}\%$) and adduction (row headed $I_{ADD}\%$). Impairment values for motion measurements falling between those listed in Figure 16-43 may be adjusted or interpolated proportionally in the corresponding interval.
3. *Add* $I_{ABD}\% + I_{ADD}\%$ to obtain the upper extremity impairment contributed by decreased shoulder abduction and adduction.
4. If the shoulder is ankylosed, match the measured angle (row headed V) to its corresponding ankylosis impairment (row headed $I_A\%$) in Figure 16-43. Interpolate impairment values for intervening angles.
5. Ankyloses in functional positions (50° abduction to 20° abduction) are given the lowest impairment percent, or 50% of this motion unit value (Figure 16-42). This corresponds to 9% impairment of the upper extremity (Figure 16-43). Ankylosis in either 50° adduction or 180° abduction represents 100% loss of this shoulder unit of motion (Figure 16-42). This is equivalent to 30% impairment of shoulder function, or 18% impairment (30% × 60%) of the upper extremity resulting from loss of this shoulder motion unit (Figure 16-43).

**Figure 16-41** Shoulder Abduction and Adduction



**Figure 16-42** Motion Unit Impairment Curves for Ankylosis ($I_A$%), Loss of Abduction ($I_{ABD}$%), and Loss of Adduction ($I_{ADD}$%) of Shoulder

Ankyloses in functional positions (50° to 20° abduction) are given the lowest $I_A$% (50%).



Redrawn with permission from Swanson AB, Hagert CG, de Groot Swanson G. Evaluation of impairment of hand function. In: Hunter JM, Schneider LH, Mackin E, Calahan A, eds. *Rehabilitation in the Hand.* St Louis, Mo: CV Mosby Co; 1978:31-69.

**Figure 16-43** Pie Chart of Upper Extremity Motion Impairments Due to Lack of Abduction and Adduction of Shoulder

Relative value of this functional unit to upper extremity impairment is 18%.



$I_A$% = Impairment due to ankylosis
$I_{ABD}$% = Impairment due to loss of abduction
$I_{ADD}$% = Impairment due to loss of adduction
V = Measured angles of motion
* = Positions of function

Redrawn with permission from Swanson AB, Hagert CG, de Groot Swanson G. Evaluation of impairment of hand function. In: Hunter JM, Schneider LH, Mackin E, Calahan A, eds. *Rehabilitation in the Hand.* St Louis, Mo: CV Mosby Co; 1978:31-69.

**Example 16-51**

**Exam:** Shoulder abduction to 100° and adduction to 0° (Figure 16-43).

**Analysis:** $I_{ABD}$% = 4% impairment of the upper extremity. $I_{ADD}$% = 2% impairment of the upper extremity.

**Impairment Rating:** *Add* 4% +2% = 6% impairment of the upper extremity resulting from decreased shoulder abduction and adduction.

Chapter 16

**Figure 16-46** Pie Chart of Upper Extremity Impairments Due to Lack of Internal and External Rotation of Shoulder

Relative value of this functional unit to upper extremity impairment is 12%.



$I_A\%$ = Impairment due to ankylosis
$I_{IR}\%$ = Impairment due to loss of internal rotation
$I_{ER}\%$ = Impairment due to loss of external rotation
V = Measured angles of motion
* = Positions of function

Redrawn with permission from Swanson AB, Hagert CG, de Groot Swanson G. Evaluation of impairment of hand function. In: Hunter JM, Schneider LH, Mackin E, Calahan A, eds. *Rehabilitation in the Hand.* St Louis, Mo: CV Mosby Co; 1978:31-69.

### Example 16-53

**Exam:** Shoulder internal rotation of 40° and external rotation of 50° (Figure 16-46).

**Analysis:** $I_{IR}\%$ = 3% impairment of upper extremity. $I_{ER}\%$ = 1% impairment of upper extremity.

**Impairment Rating:** *Add* 3% + 1% = 4% impairment of upper extremity resulting from decreased shoulder rotation.

### Example 16-54

**Exam:** Shoulder ankylosis in 10° external rotation.

**Impairment Rating:** $I_A\%$ = 8% impairment of the upper extremity resulting from loss of shoulder rotation.

## Determining Impairment Due to Abnormal Shoulder Motion

1. Using Figures 16-40, 16-43, and 16-46, determine the impairment of the upper extremity contributed by each shoulder unit of motion (flexion and extension, abduction and adduction, internal and external rotation) by adding $I_F\% + I_E\%$, $I_{ABD}\% + I_{ADD}\%$ and $I_{IR}\% + I_{ER}\%$, as described in preceding sections.
2. Because the relative upper extremity value of each shoulder functional unit has been taken into consideration in the impairment pie charts, the impairment values contributed by each unit of motion are *added* to determine the impairment of the upper extremity due to abnormal shoulder motion, or it equals $(I_F\% + I_E\%) + (I_{ABD}\% + I_{ADD}\%) + (I_{IR}\% + I_{ER}\%)$.
3. If the shoulder is ankylosed, *add* the ankylosis impairments contributed by each unit of motion to determine the upper extremity impairment resulting from loss of shoulder motion.
4. Use Table 16-3 to relate the impairment of the upper extremity to impairment of the whole person.

### Example 16-55

**Exam:** Shoulder flexion and extension impairment of 9%, abduction and adduction impairment of 5%, and internal and external rotation impairment of 2% (Figures 16-40, 16-43, and 16-46).

**Analysis:** *Add* 9% + 5% + 2% = 16% impairment of the upper extremity.

**Impairment Rating:** 10% impairment of the whole person (Table 16-3).

### Example 16-56

**Exam:** Shoulder ankylosis in 0° extension, 0° adduction, and 0° rotation.

**Analysis:** Extension $I_A\%$ = 24%; adduction $I_A\%$ = 14%; rotation, $I_A\%$ = 7%. *Add* 24% + 14% + 7% = 45% impairment of the upper extremity.

**Impairment Rating:** 27% impairment of the whole person (Table 16-3).