UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Case No.   SACV 20-839JVS(KESx)                    Date   April 12, 2021

Title   Vicki Collier v Lincoln Life Assurance Company of Boston

Present: The Honorable   **James V. Selna, U.S. District Court Judge**

| Lisa Bredahl | Sharon Seffens |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Glenn Kantor | Kristina Holstrom |

**Proceedings:**   **Bench Trial/ERISA Hearing**

Cause is called for hearing and counsel make their appearances.  The Court's tentative ruling was previously issued.  Motion is argued and taken under submission.

|  | : | 35 |
|---|---|---|
| Initials of Preparer | lmb | |