# UNITED STATES COURT OF APPEALS
## FOR THE NINTH CIRCUIT
### Form 6. Representation Statement

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form06instructions.pdf

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

VICKI COLLIER

Name(s) of counsel (if any):

Glenn R. Kantor
KANTOR & KANTOR, LLP

Address: 19839 Nordhoff Street, Northridge, CA 91324

Telephone number(s): 818-886-2525

Email(s): gkantor@kantorlaw.net

Is counsel registered for Electronic Filing in the 9th Circuit?    ⦿ Yes    ○ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

LINCOLN LIFE ASSURANCE COMPANY OF BOSTON

Name(s) of counsel (if any):

Jenny H. Wang
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

Address: Park Tower, Fifteenth Floor 695 Town Center Drive Costa Mesa, CA 92626

Telephone number(s): 714-800-7900

Email(s): jenny.wang@ogletree.com

*To list additional parties and/or counsel, use next page.*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**                              *1*                              *New 12/01/2018*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Is counsel registered for Electronic Filing in the 9th Circuit?     ○ Yes     ○ No

**Appellees**

Name(s) of party/parties:

LINCOLN LIFE ASSURANCE COMPANY OF BOSTON

Name(s) of counsel (if any):

Kristina N. Holmstrom
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

Address:  Esplanade Center III 2415 East Camelback Road, Suite 800 Phoenix, AZ 85016

Telephone number(s):  602-778-3724

Email(s):  kristina.holmstrom@ogletree.com

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**                    *2*                    *New 12/01/2018*