UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

JAN 26 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

VICKI COLLIER,

        Plaintiff - Appellant,

v.

LINCOLN LIFE ASSURANCE
COMPANY OF BOSTON,

        Defendant - Appellee.

No. 21-55465

D.C. No. 8:20-cv-00839-JVS-KES
U.S. District Court for Central
California, Santa Ana

**MANDATE**

The judgment of this Court, entered November 21, 2022, takes effect this

date.

This constitutes the formal mandate of this Court issued pursuant to Rule

41(a) of the Federal Rules of Appellate Procedure.

Costs are taxed against the appellee in the amount of $512.10.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Rebecca Lopez
Deputy Clerk
Ninth Circuit Rule 27-7