Glenn R. Kantor – SBN 122643
 E-mail: gkantor@kantorlaw.net
Zoya Yarnykh – SBN 258062
KANTOR & KANTOR, LLP
19839 Nordhoff Street
Northridge, CA 91324
Telephone: (818) 886-2525
Facsimile: (818) 350-6272

Attorneys for Plaintiff
VICKI COLLIER


Jenny H. Wang – SBN191643
 E-mail: jenny.wang@ogletree.com
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
Park Tower, Fifteenth Floor
695 Town Center Drive
Costa Mesa, CA 92626
Telephone: (714) 800-7900
Facsimile: (714) 754-1298

Attorneys for Defendant
LINCOLN LIFE ASSURANCE
COMPANY OF BOSTON

Byrne J. Decker – CA SBN 337052
Email: byrne.decker@ogletree.com
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
Two Monument Square, Ste. 703
Portland, ME  04101
Telephone: (207) 387-2963
Facsimile: (207) 387-2986

Attorneys for Defendant
LINCOLN LIFE ASSURANCE
COMPANY OF BOSTON

KANTOR & KANTOR, LLP
1050 Marina Village Pkwy., Ste. 105
Alameda, California 94501
(510) 992-6130

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| VICKI COLLIER,<br><br>Plaintiff,<br><br>vs.<br><br>LINCOLN LIFE ASSURANCE COMPANY OF BOSTON,<br><br>Defendant. | CASE NO.: 8:20-cv-00839-JVS-KES<br><br>**JOINT STIPULATION AND REQUEST TO STAY CASE FOLLOWING MANDATE [DOC. 37] AND PROCEED TO PRIVATE MEDIATION** |

Plaintiff, Vicki Collier ("Plaintiff"), and Defendant, Lincoln Life Assurance Company of Boston ("Lincoln"), hereby wish to advise the Court that, following

1

the 9th Circuit Court of Appeals mandate of January 26, 2023 [Doc.37] , remanding the case to this Court for re-trial in accordance with its published decision, *Collier v. Lincoln Life Assurance Company of Boston*, 53, F4th 1180 (9th Cir. 2022), the parties have agreed to participate in private mediation with mediator Edwin Oster, and have further agreed to complete the mediation no later than March 31, 2023. Based thereon, the parties respectfully ask this Court to: (1) stay the action, and (2) order the parties to notify the Court within 72 hours of the completion of the mediation if the matter has resolved in its entirety, and, if not, what issues remain to be resolved.

DATED:  February 3, 2023                        KANTOR & KANTOR, LLP

                                                By:   */s/ Glenn R. Kantor*
                                                      Glenn R. Kantor
                                                      Attorneys for Plaintiff,
                                                      VICKI COLLIER

DATED:  February 3, 2023                        OGLETREE, DEAKINS, NASH,
                                                SMOAK & STEWART, P.C.

                                                By:   */s/ Jenny H. Wang*
                                                      Jenny H. Wang
                                                      Attorneys for Defendant,
                                                      LINCOLN LIFE ASSURANCE
                                                      COMPANY OF BOSTON

DATED:  February 3, 2023                        OGLETREE, DEAKINS, NASH,
                                                SMOAK & STEWART, P.C.

                                                By:   */s/Byrne J. Decker*

                                                      Byrne J. Decker
                                                      Attorneys for Defendant,
                                                      LINCOLN LIFE ASSURANCE
                                                      COMPANY OF BOSTON

KANTOR & KANTOR, LLP
1050 Marina Village Pkwy., Ste. 105
Alameda, California 94501
(510) 992-6130

2

JOINT STIPULATION AND REQUEST TO STAY CASE FOLLOWING MANDATE [DOC. 37] AND TO PROCEED TO PRIVATE MEDIATION

## **ECF CERTIFICATION**

The filing attorney attests that he has obtained concurrence regarding the filing of this document from the signatories to this document.

/s/ Glenn R. Kantor
Glenn R. Kantor, Attorney for Plaintiff

KANTOR & KANTOR, LLP
1050 Marina Village Pkwy., Ste. 105
Alameda, California 94501
(510) 992-6130

JOINT STIPULATION AND REQUEST TO STAY CASE FOLLOWING
MANDATE [DOC. 37] AND TO PROCEED TO PRIVATE MEDIATION