KANTOR & KANTOR, LLP
1050 Marina Village Pkwy., Ste. 105
Alameda, California 94501
(510) 992-6130

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

VICKI COLLIER,

      Plaintiff,

      vs.

LINCOLN LIFE ASSURANCE
COMPANY OF BOSTON,

      Defendant.

CASE NO.: 8:20-cv-00839-JVS-KES

**ORDER STAYING ACTION FOLLOWING MANDATE OF COURT OF APPEALS [Doc. 37] WHILE PARTIES PARTICIPATE IN PRIVATE MEDIATION  [proposed]**

Upon Stipulation of the parties, and good cause appearing, and following remand of this case for retrial [Doc. 37], IT IS HEREBY ORDERED that this matter is stayed, pending the parties' participation in private mediation with Edwin Oster, to be completed by March 31, 2023.

IT IS FURTHER ORDERED that the parties shall notify this Court, within 72 hours of completion of the mediation, if the matter has resolved in its entirety, and, if not, what issues remain to be resolved.

DATED:  February 3, 2023

_____
James V. Selna
Judge of the U.S. District Court

1

ORDER STAYING ACTION FOLLOWING MANDATE OF COURT OF
APPEALS PENDING PARTIES' PARTICIPATION IN MEDIATION