UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| VICKI COLLIER,<br><br>    Plaintiff,<br><br>    vs.<br><br>LINCOLN LIFE ASSURANCE COMPANY OF BOSTON,<br><br>    Defendant. | CASE NO.: 8:20-cv-00839-JVS-KES<br><br>**ORDER STAYING ACTION FOLLOWING MANDATE OF COURT OF APPEALS [Doc. 37] WHILE PARTIES PARTICIPATE IN PRIVATE MEDIATION  [38]** |

KANTOR & KANTOR, LLP
1050 Marina Village Pkwy., Ste. 105
Alameda, California 94501
(510) 992-6130

1

Upon Stipulation of the parties, and good cause appearing, and following remand of this case for retrial [Doc. 37], IT IS HEREBY ORDERED that this matter is stayed, pending the parties' participation in private mediation with Edwin Oster, to be completed by March 31, 2023.

IT IS FURTHER ORDERED that the parties shall notify this Court, within 72 hours of completion of the mediation, if the matter has resolved in its entirety, and, if not, what issues remain to be resolved.

DATED:  February 7, 2023

James V. Selna
U.S. District Judge

KANTOR & KANTOR, LLP
1050 Marina Village Pkwy., Ste. 105
Alameda, California 94501
(510) 992-6130

2

ORDER STAYING ACTION FOLLOWING MANDATE OF COURT OF APPEALS PENDING PARTIES' PARTICIPATION IN MEDIATION