Michelle L. Roberts – SBN 239092
mroberts@kantorlaw.net
Zoya Yarnykh – SBN 258062
zyarnykh@kantorlaw.net
KANTOR & KANTOR, LLP
1050 Marina Village Pkwy., Ste. 105
Alameda, California 94501
Telephone: (510) 992-6130
Facsimile: (510) 280-7564

Glenn R. Kantor – SBN 122643
gkantor@kantorlaw.net
KANTOR & KANTOR, LLP
19839 Nordhoff Street
Northridge, CA 91324
Telephone: (818) 886-2525
Facsimile: (818) 350-6272

Attorneys for Plaintiff
VICKI COLLIER

Byrne J. Decker – SBN 337052
byrne.decker@ogletree.com
OGLETREE, DEAKINS, NASH
SMOAK & STEWART, P.C.
Two Monument Square, Suite 703
Portland, ME 04101
Telephone: (207) 387-2963
Facsimile: (207) 387-2986

Kristina N. Holmstrom, *pro hac vice*
kristina.holmstrom@ogletree.com
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
2415 E. Camelback Road, Suite 800
Phoenix, AZ 85016
Telephone: (602) 778-3724
Facsimile: (602) 778-3750

Attorneys for Defendant
LINCOLN LIFE ASSURANCE
COMPANY OF BOSTON

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| VICKI COLLIER,<br><br>      Plaintiff,<br><br>   vs.<br><br>LINCOLN LIFE ASSURANCE COMPANY OF BOSTON,<br><br>      Defendant. | CASE NO.: 8:20-cv-00839-JVS-KES<br><br>**JOINT REPORT**<br><br>Scheduling Conference:<br>December 14, 2020 at 10:00 a.m. |

Pursuant to the Order Staying Action Following Mandate of Court of Appeals While Parties Participate in Private Mediation [Doc. 39], the parties participated in a private mediation on March 30, 2023. Unfortunately, the parties were not able to resolve any of the outstanding issues in the case.

The parties believe a status conference would be helpful to discuss how to proceed with the case.

DATED:  April 3, 2023                KANTOR & KANTOR, LLP

                                     By:    */s/ Glenn R. Kantor*
                                     Glenn R. Kantor
                                     Attorneys for Plaintiff,
                                     VICKI COLLIER


DATED:  April 3, 2023                OGLETREE, DEAKINS, NASH,
                                        SMOAK & STEWART, P.C.

                                     By:    */s/ Kristina N. Holmstrom*
                                     Kristina N. Holmstrom
                                     Attorneys for Defendant,
                                     LINCOLN LIFE ASSURANCE
                                     COMPANY OF BOSTON


*Filer's Attestation:  Kristina N. Holmstrom hereby attests that concurrence in the filing of this document and its content has been obtained by all signatories listed.*