Glenn R. Kantor – SBN 122643
  E-mail: gkantor@kantorlaw.net
Zoya Yarnykh – SBN 258062
KANTOR & KANTOR, LLP
19839 Nordhoff Street
Northridge, CA 91324
Telephone: (818) 886-2525
Facsimile: (818) 350-6272

Attorneys for Plaintiff
VICKI COLLIER

Jenny H. Wang – SBN191643
  E-mail: jenny.wang@ogletree.com
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
Park Tower, Fifteenth Floor
695 Town Center Drive
Costa Mesa, CA 92626
Telephone: (714) 800-7900
Facsimile: (714) 754-1298

Attorneys for Defendant
LINCOLN LIFE ASSURANCE
COMPANY OF BOSTON

Byrne J. Decker – CA SBN 337052
Email: byrne.decker@ogletree.com
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
Two Monument Square, Ste. 703
Portland, ME  04101
Telephone: (207) 387-2963
Facsimile: (207) 387-2986

Attorneys for Defendant
LINCOLN LIFE ASSURANCE
COMPANY OF BOSTON

Kristina N. Holmstrom, pro hac vice
kristina.holmstrom@ogletree.com
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
2415 E. Camelback Road, Suite 800
Phoenix, AZ 85016
Telephone: (602) 778-3724
Facsimile: (602) 778-3750

Attorneys for Defendant
LINCOLN LIFE ASSURANCE
COMPANY OF BOSTON

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| VICKI COLLIER,<br><br>Plaintiff,<br><br>vs.<br><br>LINCOLN LIFE ASSURANCE COMPANY OF BOSTON,<br><br>Defendant. | CASE NO.: 8:20-cv-00839-JVS-KES<br><br>**JOINT STIPULATION AND REQUEST TO CONTINUE STATUS CONFERENCE FROM JULY 31, 2023 TO AUGUST 7, 2023**<br><br>*First Request for Extension* |

Plaintiff, Vicki Collier ("Plaintiff"), and Defendant, Lincoln Life Assurance Company of Boston ("Lincoln"), hereby stipulate to continue the Status

JOINT STIPULATION TO CONTINUE STATUS CONFERENCE

Conference currently scheduled for July 31, 2023 to August 7, 2023 at 1:30 p.m. (This continuance is necessary to accommodate Mr. Kantor's unavailability on July 31, 2023 due to a family emergency.)

DATED: July 24, 2023                    KANTOR & KANTOR, LLP

                                        By:    /s/ Glenn R. Kantor
                                               Glenn R. Kantor
                                               Attorneys for Plaintiff,
                                               VICKI COLLIER


DATED: July 24, 2023                    OGLETREE, DEAKINS, NASH,
                                           SMOAK & STEWART, P.C.

                                        By:    /s/ Kristina N. Holmstrom
                                               Kristina N. Holmstrom
                                               Attorneys for Defendant,
                                               LINCOLN LIFE ASSURANCE
                                               COMPANY OF BOSTON

### ECF CERTIFICATION

The filing attorney attests that he has obtained concurrence regarding the filing of this document from the signatory to this document.

JOINT STIPULATION TO CONTINUE STATUS CONFERENCE