KANTOR & KANTOR, LLP
1050 Marina Village Pkwy., Ste. 105
Alameda, California 94501
(510) 992-6130

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| VICKI COLLIER, <br><br> Plaintiff, <br><br> vs. <br><br> LINCOLN LIFE ASSURANCE COMPANY OF BOSTON, <br><br> Defendant. | CASE NO.: 8:20-cv-00839-JVS-KES <br><br> **ORDER CONTINUING STATUS CONFERENCE FROM JULY 31, 2023 TO AUGUST 7, 2023** **[proposed]** |

Upon Stipulation of the parties, and good cause appearing, IT IS HEREBY ORDERED that the Status Conference presently scheduled for July 31, 203 is continued to August 7, 2023 at 1:30 p.m. in Courtroom 10C.

DATED:  July 24, 2023

_____
James V. Selna
Judge of the U.S. District Court

1

ORDER CONTINUING STATUS CONFERENCE TO AUGUST 7, 2023