KANTOR & KANTOR, LLP
1050 Marina Village Pkwy., Ste. 105
Alameda, California 94501
(510) 992-6130

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SOUTHERN DIVISION

| | |
|---|---|
| VICKI COLLIER,<br><br>        Plaintiff,<br><br>    vs.<br><br>LINCOLN LIFE ASSURANCE<br>COMPANY OF BOSTON,<br><br>        Defendant. | CASE NO.: 8:20-cv-00839-JVS-KES<br><br>**ORDER CONTINUING STATUS CONFERENCE FROM JULY 31, 2023 TO AUGUST 7, 2023  [42]** |

Upon Stipulation of the parties, and good cause appearing, IT IS HEREBY ORDERED that the Status Conference presently scheduled for July 31, 2023 is continued to August 7, 2023 at 1:30 p.m. in Courtroom 10C.

DATED:  July 24, 2023

_____
James V. Selna
U.S. District Court Judge

1

ORDER CONTINUING STATUS CONFERENCE TO AUGUST 7, 2023