Kristina N. Holmstrom, AZ023384
Kristina.holmstrom@ogletree.com
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
2415 E. Camelback Road, Suite 800
Phoenix, AZ 85016
Telephone:  602-778-3724
Facsimile:   602-778-3750

Attorneys for Defendant
LINCOLN LIFE ASSURANCE COMPANY OF BOSTON

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICKI COLLIER | Case No. 8:20-cv-00839-JVS-KES |
| Plaintiff, | **DEFENDANT LINCOLN LIFE ASSURANCE COMPANY OF BOSTON'S EMERGENCY MOTION FOR REMOTE APPEARANCE** |
| v. | |
| LINCOLN LIFE ASSURANCE COMPANY OF BOSTON | Complaint Filed: May 1, 2020 |
| | District Judge:    Hon. James V. Selna |
| Defendant. | Magistrate Judge: Hon. Karen E. Scott |
| | Trial Date: April 12, 2021, 3:00 pm |

COMES NOW Defendant Lincoln Life Assurance Company of Boston ("Lincoln") and respectfully moves the Court for leave to attend the status conference today by remote means.

The hearing scheduled for 1:30 pm today.  Defense counsel purchased a ticket for a flight that was scheduled to land in Orange County at 9:30 am. Just before 10:00 am, the airline announced that they do not have a pilot for this flight. Although they are trying to locate a pilot, they are unable to provide any estimated time of departure. Counsel has asked to be transferred to a flight that will arrive in time for in-person appearance, but has been informed that there are no flights available.

DEFENDANT LINCOLN LIFE ASSURANCE COMPANY OF BOSTON'S
EMERGENCY MOTION FOR REMOTE APPEARANCE

Counsel requests permission to attend the hearing remotely due to this unforeseen flight delay. Counsel for Ms. Collier has not objection to Lincoln's request.

DATED: August 7, 2023                OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.


By: /s/ Kristina N. Holmstrom
Kristina N. Holmstrom
Attorneys for Defendant
LINCOLN LIFE ASSURANCE
COMPANY OF BOSTON

DEFENDANT LINCOLN LIFE ASSURANCE COMPANY OF BOSTON'S
EMERGENCY MOTION FOR REMOTE APPEARANCE
57634355.v1-OGLETREE