Kristina N. Holmstrom, AZ023384
Kristina.holmstrom@ogletree.com
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
2415 E. Camelback Road, Suite 800
Phoenix, AZ 85016
Telephone:  602-778-3724
Facsimile:   602-778-3750

Attorneys for Defendant
LINCOLN LIFE ASSURANCE COMPANY OF BOSTON

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICKI COLLIER<br><br>       Plaintiff,<br><br>    v.<br><br>LINCOLN LIFE ASSURANCE COMPANY OF BOSTON<br><br>       Defendant. | Case No. 8:20-cv-00839-JVS-KES<br><br>**DEFENDANT LINCOLN LIFE ASSURANCE COMPANY OF BOSTON'S NOTICE OF ERRATA**<br><br>Complaint Filed: May 1, 2020<br>District Judge:    Hon. James V. Selna<br>Magistrate Judge: Hon. Karen E. Scott<br>Trial Date: April 12, 2021, 3:00 pm |

Defendant Lincoln Life Assurance Company of Boston ("Lincoln") files this Notice of Errata with respect to its Emergency Motion for Remote Appearance (Dkt. 44). Counsel for Lincoln was able to appear in-person at the conference making the motion moot.

DATED: August 7, 2023

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: /s/ Kristina N. Holmstrom
    Kristina N. Holmstrom
    Attorneys for Defendant
    LINCOLN LIFE ASSURANCE
    COMPANY OF BOSTON

DEFENDANT LINCOLN LIFE ASSURANCE COMPANY OF BOSTON'S
NOTICE OF ERRATA

57642904.v1-OGLETREE