JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | |
|---|---|
| Case No. | SACV 20-00839-JVS(KESx) |
| Title | Vicki Collier v. Lincoln Life Assurance Company of Boston |

Date    August 07, 2023

Present: The Honorable    **James V. Selna, U.S. District Court Judge**

| Erica Bustos for Elsa Vargas | Sharon Seffens |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Glenn Kantor | Kristina Holmstrom |

**Proceedings:    Status Conference re Mandate**

　　Cause is called for hearing and counsel make their appearances.  Court and counsel confer.  Per the Court's oral ruling, the case shall be remanded to the Administrator.

|  | : | 6 |
|---|---|---|
| Initials of Preparer | ev | |