Glenn R. Kantor – SBN 122643
  E-mail: gkantor@kantorlaw.net
KANTOR & KANTOR, LLP
9301 Corbin Ave., Ste. 14000
Northridge, CA 91324
Telephone: (818) 886-2525
Facsimile: (818) 350-6272

Attorneys for Plaintiff
VICKI COLLIER

Byrne J. Decker – CA SBN 337052
Email:  BDecker@maynardnexsen.com
MAYNARD NEXSEN, LLP
41 Hutchins Dr., Bldg. 3
Portland, ME  04102
Telephone 207-835-4029

Attorneys for Defendant
LINCOLN LIFE ASSURANCE
COMPANY OF BOSTON

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

| | |
|---|---|
| VICKI COLLIER,<br><br>          Plaintiff,<br><br>     vs.<br><br>LINCOLN LIFE ASSURANCE COMPANY OF BOSTON,<br><br>          Defendant. | CASE NO.: 8:20-cv-00839-JVS-KES<br><br>**JOINT STIPULATION AND REQUEST TO STAY CASE FOLLOWING MANDATE [DOC. 37] AND PROCEED TO PRIVATE MEDIATION** |

Plaintiff, Vicki Collier ("Plaintiff"), and Defendant, Lincoln Life Assurance Company of Boston ("Lincoln"), hereby wish to advise the Court as follows:

1

STIPULATION AND REQUEST TO THE COURT TO SET A STATUS CONFERENCE AND REQUEST FOR BRIEFING SCHEDULE

On August 7, 2023, this Court remanded Plaintiff's claim for Long Term Disability benefits to Defendant for further consideration of the claim after the 9th Circuit Court of Appeal of the prior Judgment in favor of Defendant.

Both parties have supplemented the record, and after consideration by Defendant, the benefit claim of Plaintiff was again denied.

Subsequent to the denial, the parties conducted an unsuccessful full day mediation with private mediator, Ed Oster.

The parties are prepared to brief the case and allow the Court to conduct a trial under FRCP Rule 52 on the supplemented record.  As such, the parties respectfully request that a Status Conference be scheduled after October 27, 2025, and for the Court to set a briefing schedule, and other pre-trial dates.  The parties expect to prepare and submit a Joint Status Conference report prior to the Status Conference.

IT IS SO STIPULATED.

DATED:  September 18, 2025                KANTOR & KANTOR, LLP

By:    */s/ Glenn R. Kantor*
       Glenn R. Kantor
       Attorneys for Plaintiff,
       VICKI COLLIER

DATED:  September 18, 2025                MAYNARD NEXSEN, LLP

By:    */s/Byrne J. Decker*

       Byrne J. Decker
       Attorneys for Defendant,
       LINCOLN LIFE ASSURANCE
       COMPANY OF BOSTON

2

STIPULATION AND REQUEST TO THE COURT TO SET A STATUS CONFERENCE AND REQUEST FOR BRIEFING SCHEDULE

**<u>Signature Attestation</u>**

Pursuant to Local Rules, I hereby certify that the content of this document is acceptable to counsel for Defendant, and that I have obtained their authorization to affix their electronic signatures to this document.

*/s/ Glenn R. Kantor*

3

STIPULATION AND REQUEST TO THE COURT TO SET A STATUS CONFERENCE AND REQUEST FOR BRIEFING SCHEDULE