**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION**

| | |
|---|---|
| VICKI COLLIER,<br><br>       Plaintiff,<br><br>   vs.<br><br>LINCOLN LIFE ASSURANCE<br>COMPANY OF BOSTON,<br><br>      Defendant. | CASE NO.: 8:20-cv-00839-JVS-KES<br><br>**ORDER ON STIPULATION AND REQUEST TO THE COURT TO SET A STATUS CONFERENCE AND REQUEST FOR BRIEFING SCHEDULE [proposed]** |

Upon Stipulation of the parties, and good cause having been shown, The Court sets a Joint Status Conference for _____, 2025, at _____ a.m./p.m., and further orders the parties to submit a Joint Status Conference Report no later than _____, 2025.

IT IS SO ORDERED.


DATED: _____                    _____
                                           James V. Selna
                                           Judge of the U.S. District Court

1

**ORDER ON STIPULATION AND REQUEST TO THE COURT TO SET A STATUS
CONFERENCE AND REQUEST FOR BRIEFING SCHEDULE [proposed]**