JS-5

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

| | |
|---|---|
| VICKI COLLIER,<br><br>       Plaintiff,<br><br>       vs.<br><br>LINCOLN LIFE ASSURANCE COMPANY OF BOSTON,<br><br>       Defendant. | CASE NO.: 8:20-cv-00839-JVS-KES<br><br>**ORDER ON STIPULATION AND REQUEST TO THE COURT TO SET A STATUS CONFERENCE AND REQUEST FOR BRIEFING SCHEDULE [47]** |

Upon Stipulation of the parties, and good cause having been shown, The Court sets a Joint Status Conference for October 27, 2025, at **3:00 p.m**., and further orders the parties to submit a Joint Status Conference Report no later than October 20, 2025.

IT IS SO ORDERED.

DATED:September 22, 2025

_____
James V. Selna
Judge of the U.S. District Court

1

**ORDER ON STIPULATION AND REQUEST TO THE COURT TO SET A STATUS CONFERENCE AND REQUEST FOR BRIEFING SCHEDULE [proposed]**