Glenn R. Kantor – SBN 122643
E-mail: gkantor@kantorlaw.net
KANTOR & KANTOR, LLP
9301 Corbin Ave., Ste. 14000
Northridge, CA 91324
Telephone: (818) 886-2525
Facsimile: (818) 350-6272

Attorneys for Plaintiff
VICKI COLLIER

Robert E. Hess (SBN 178042)
E-mail:  RHess@maynardnexsen.com
MAYNARD NEXSEN, LLP
10100 Santa Monica Blvd., Ste. 550
Los Angeles, CA  90067
Telephone (310) 596-4500

Attorneys for Defendant
LINCOLN LIFE ASSURANCE
COMPANY OF BOSTON

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

| | |
|---|---|
| VICKI COLLIER,<br><br>      Plaintiff,<br><br>  vs.<br><br>LINCOLN LIFE ASSURANCE COMPANY OF BOSTON,<br><br>      Defendant. | CASE NO.: 8:20-cv-00839-JVS-KES<br><br>**STIPULATION TO PERMIT COUNSEL TO APPEAR REMOTELY AT THE STATUS CONFERENCE ON OCTOBER 27, 2025; OR, IN THE ALTERNATIVE, TO CONTINUE THE STATUS CONFERENCE**<br><br>**DATE: 10-27-25**<br>**TIME: 3:00 p.m.**<br>**CTRM: 10C** |

1

STIPULATION TO PERMIT REMOTE APPEARANCE AT THE STATUS CONFERENCE

Plaintiff, Vicki Collier ("Plaintiff") and Defendant Lincoln Life Assurance Company of Boston ("Lincoln"), by and through counsel, hereby stipulate as follows:

On September 22, 2025, this Court scheduled a Status Conference for October 27, 2025.  [Doc. 48]

Counsel for Plaintiff is scheduled to participate in a mediation with the Honorable Michael R. Wilner (Ret.) in another case on October 27, 2025, and he will not be able to travel to Orange County to appear in person at the Status Conference; however, he would be available to appear by telephone or zoom.

Due to this unavoidable conflict, the parties jointly ask that the Status Conference be conducted remotely, by Zoom or telephone.  In the alternative, the parties request that the Status Conference be continued for a brief time to allow for counsel's personal appearance.  (Defendant's counsel is unavailable on October 28 and 31, 2025, and Plaintiff's counsel is unavailable on November 4 and 6, 2025.)

**IT IS SO STIPULATED**.

DATED:  October 8, 2025                     KANTOR & KANTOR, LLP

                                           By:  /s/ Glenn R. Kantor
                                                Glenn R. Kantor
                                                Attorneys for Plaintiff,
                                                VICKI COLLIER


DATED:  October 8, 2025                     MAYNARD NEXSEN, LLP

                                           By:  /s/ Robert Hess
                                                Robert E. Hess
                                                Attorneys for Defendant,
                                                LINCOLN LIFE ASSURANCE
                                                COMPANY OF BOSTON

STIPULATION TO PERMIT REMOTE APPEARANCE AT THE STATUS CONFERENCE

## **Signature Attestation**

Pursuant to Local Rules, I hereby certify that the content of this document is acceptable to counsel for Defendant, and that I have obtained their authorization to affix their electronic signatures to this document.

*/s/ Glenn R. Kantor*

3

STIPULATION TO PERMIT REMOTE APPEARANCE AT THE STATUS CONFERENCE