**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION**

| | |
|---|---|
| VICKI COLLIER,<br><br>    Plaintiff,<br><br>    vs.<br><br>LINCOLN LIFE ASSURANCE COMPANY OF BOSTON,<br><br>    Defendant. | CASE NO.: 8:20-cv-00839-JVS-KES<br><br>**[PROPOSED] ORDER ON STIPULATION TO PERMIT COUNSEL TO APPEAR REMOTELY AT THE STATUS CONFERENCE ON OCTOBER 27, 2025; OR, IN THE ALTERNATIVE, TO CONTINUE THE STATUS CONFERENCE**<br><br>**Honorable James V. Selna**<br><br>**DATE: 10-27-25**<br>**TIME: 3:00 p.m.**<br>**CTRM: 10C** |

Pursuant to the stipulation of the parties and for good cause shown, the Status Conference currently scheduled on October 27, 2025 at 3:00 p.m. [shall be re-set as a remote appearance, with both parties permitted to participate by Zoom] [is hereby continued to _____, 2025 at ____ a.m./p.m.].

1

**IT IS SO ORDERED.**

DATED: _____                    _____

James V. Selna
Judge of the U.S. District Court

[PROPOSED] ORDER ON STIPULATION TO PERMIT REMOTE APPEARANCE
AT THE STATUS CONFERENCE