ROBERT HESS (SBN 178042)
RHess@maynardnexsen.com
MAYNARD NEXSEN LLP
10100 Santa Monica Boulevard, Suite 550
Los Angeles, CA 90067
Telephone:  310.596.4500
Attorneys for Defendant
Lincoln Life Assurance Company of Boston

Byrne J. Decker – CA SBN 337052
Email:  BDecker@maynardnexsen.com
MAYNARD NEXSEN, LLP
41 Hutchins Dr., Bldg. 3
Portland, ME  04102
Telephone 207-835-4029

Attorneys for Defendant
Lincoln Life Assurance Company of Boston

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| VICKI COLLIER,<br><br>               Plaintiff,<br><br>    vs.<br><br>LINCOLN LIFE ASSURANCE COMPANY OF BOSTON,<br><br>               Defendant. | Case No. 8:20-cv-00839-JVS-KESx<br><br>(Honorable James V. Selna,<br>Crtrm. 10C Santa Ana)<br><br><br>**JOINT STATUS REPORT**<br><br><br>Status Conference: 10/27/2025<br>Time: 3:00 p.m.<br>Courtroom: 10C<br><br><br>Complaint Filed:  September 16, 2025 |

Plaintiff Vicki Collier ("Plaintiff") and Defendant Lincoln Life Assurance Company of Boston ("Lincoln") hereby submit the following Joint Status Report pursuant to the Court's Order dated September 22, 2025 [Doc.48].

Following the 9th Circuit Court of Appeals mandate of January 26, 2023 [Doc.37], remanding the case to this Court for re-trial in accordance with its published decision, *Collier v. Lincoln Life Assurance Company of Boston*, 53, F4th 1180 (9th Cir. 2022), the parties participated in private mediation with mediator Edwin Oster on September 4, 2025, but were unable to reach a settlement.

The parties are now prepared to brief the case and allow the Court to conduct a trial under FRCP Rule 52 on the supplemented Administrative Record. The parties propose the following briefing and hearing schedule:

Simultaneous Opening Briefs due: January 26, 2026

Simultaneous Responsive Briefs due: February 23, 2026

Hearing/Bench Trial: March 9, 2026 at 1:30 p.m.

(Plaintiff also wants to include a date for simultaneous reply briefs, while Defendant does not believe that reply briefs are necessary.)

The parties previously filed a joint request for permission to appear by Zoom. (ECF 50)  If the Court is amenable to the proposed schedule, the parties submit that the Court may issue an Order confirming the briefing and hearing schedule and vacating the Status Conference. If the Court prefers to keep the Status Conference on calendar, the parties request permission to appear by Zoom, or alternatively, ask that the Status Conference be continued (excluding the dates of October 28, 29 and 31 and November 4, 6 and 10, 2025).

- 1 -

Respectfully submitted,

DATED:  October 20, 2025                    MAYNARD NEXSEN LLP

                                   By:    */s/ Robert Hess*
                                          ROBERT HESS
                                          BYRNE J. DECKER
                                          Attorneys for Defendant
                                          Lincoln Life Assurance Company of
                                          Boston


DATED:  October 20, 2025                    KANTOR & KANTOR, LLP

                                   By:    */s/  Glenn Kantor*
                                          GLENN R. KANTOR
                                          Attorneys for Plaintiff
                                          Vicki Collier


Filer's Attestation: Pursuant to Local Rule 5-4.3.4(a)(2)(i) regarding signatures, Robert Hess hereby attests that concurrence in the filing of this document and its content has been obtained by all signatories listed.


                                          */s/ Robert Hess*
                                          ROBERT HESS

- 2 -