# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

| | |
|---|---|
| VICKI COLLIER,<br><br>Plaintiff,<br><br>vs.<br><br>LINCOLN LIFE ASSURANCE COMPANY OF BOSTON,<br><br>Defendant. | CASE NO.: 8:20-cv-00839-JVS-KES<br><br>**ORDER ON STIPULATION TO PERMIT COUNSEL TO APPEAR REMOTELY AT THE STATUS CONFERENCE ON OCTOBER 27, 2025; OR, IN THE ALTERNATIVE, TO CONTINUE THE STATUS CONFERENCE [50]**<br><br>**Honorable James V. Selna**<br><br>**DATE: 10-27-25**<br>**TIME: 3:00 p.m.**<br>**CTRM: 10C** |

ORDER ON STIPULATION TO PERMIT REMOTE APPEARANCE
AT THE STATUS CONFERENCE

Pursuant to the stipulation of the parties and for good cause shown, the Status Conference currently scheduled on October 27, 2025, at 3:00 p.m. is hereby continued to November 10, 2025, at 1:30 p.m. in person.

**IT IS SO ORDERED.**

DATED:  October 22, 2025

_____
Hon. James V. Selna
U.S. District Court Judge

2

ORDER ON STIPULATION TO PERMIT REMOTE APPEARANCE
AT THE STATUS CONFERENCE