Glenn R. Kantor – SBN 122643
E-mail: gkantor@kantorlaw.net
KANTOR & KANTOR, LLP
9301 Corbin Ave., Ste. 14000
Northridge, CA 91324
Telephone: (818) 886-2525
Facsimile: (818) 350-6272

Attorneys for Plaintiff
VICKI COLLIER


Robert E. Hess (SBN 178042)
E-mail:  RHess@maynardnexsen.com
MAYNARD NEXSEN, LLP
10100 Santa Monica Blvd., Ste. 550
Los Angeles, CA  90067
Telephone (310) 596-4500

Attorneys for Defendant
LINCOLN LIFE ASSURANCE
COMPANY OF BOSTON

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SOUTHERN DIVISION

| | |
|---|---|
| VICKI COLLIER,<br><br>Plaintiff,<br><br>vs.<br><br>LINCOLN LIFE ASSURANCE COMPANY OF BOSTON,<br><br>Defendant. | CASE NO.: 8:20-cv-00839-JVS-KES<br><br>**STIPULATION TO EXTEND TIME TO FILE SIMULTANEOUS OPENING BRIEFS AND SIMULTANEOUS RESPONSIVE BRIEFS IN THIS MATTER, and TO CONTNUE HEARING**<br><br>**Honorable James V. Selna**<br><br>**Opening Briefs due: 3-2-26**<br>**Responsive Briefs due: 4-4-26**<br><br>**DATE: 5-4-26**<br>**TIME: 3:30 p.m.**<br>**CTRM: 10C** |

1

STIPULATION TO EXTEND TIME TO FILE SIMULTANEOUS OPENING BRIEFS AND
SIMULTANEOUS RESPONSIVE BRIEFS, and TO CONTINUE HEARING

Plaintiff, Vicki Collier ("Plaintiff") and Defendant Lincoln Life Assurance Company of Boston ("Lincoln"), by and through counsel, hereby stipulate as follows:

On November 10, 2025, at the Status Conference in this matter, the Court set the following Schedule:

Simultaneous Opening Briefs due:     March 2, 2026

Simultaneous Responsive Briefs due:  April 4, 2026

Appeal Hearing:  May 4, 2026 at 3:30 p.m. [Doc. 56]

Counsel for Plaintiff anticipates a new lead attorney being assigned to this case, and due to prior scheduling/briefing obligations of the attorney, Plaintiff has requested a 60 day extension to the above schedule.  Counsel for Defendant has graciously agreed to said extension.

It is therefore respectfully requested that the above hearing dates be extended for approximately 60 days as follows:

Simultaneous Opening Briefs due:  May 1, 2026

Simultaneous Reply Briefs due:  June 1, 2026

Appeal Hearing: June 29, 2026 (or to next available dates on the Court's calendar)

**IT IS SO STIPULATED**.

DATED:  January 9, 2026                    KANTOR & KANTOR, LLP

                                        By:  */s/ Glenn R. Kantor*

                                        Glenn R. Kantor
                                        Attorneys for Plaintiff,
                                        VICKI COLLIER

DATED:  January 9, 2026                    MAYNARD NEXSEN, LLP

                                        By:  */s/  Robert Hess*

                                        Robert E. Hess
                                        Attorneys for Defendant,

2

STIPULATION TO EXTEND TIME TO FILE SIMULTANEOUS OPENING BRIEFS AND SIMULTANEOUS RESPONSIVE BRIEFS, and TO CONTINUE HEARING

LINCOLN LIFE ASSURANCE
COMPANY OF BOSTON

**Signature Attestation**

Pursuant to Local Rules, I hereby certify that the content of this document is acceptable to counsel for Defendant, and that I have obtained their authorization to affix their electronic signatures to this document.

*/s/ Glenn R. Kantor*

STIPULATION TO EXTEND TIME TO FILE SIMULTANEOUS OPENING BRIEFS AND
SIMULTANEOUS RESPONSIVE BRIEFS, and TO CONTINUE HEARING