Glenn R. Kantor – SBN 122643
E-mail: gkantor@kantorlaw.net
KANTOR & KANTOR, LLP
9301 Corbin Ave., Ste. 14000
Northridge, CA 91324
Telephone: (818) 886-2525
Facsimile: (818) 350-6272

Attorneys for Plaintiff
VICKI COLLIER


Robert E. Hess (SBN 178042)
E-mail:  RHess@maynardnexsen.com
MAYNARD NEXSEN, LLP
2121 Avenue of the Stars, Ste. 650
Los Angeles, CA  90067
Telephone (310) 596-4500

Attorneys for Defendant
LINCOLN LIFE ASSURANCE
COMPANY OF BOSTON

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

| | |
|---|---|
| VICKI COLLIER,<br><br>      Plaintiff,<br><br>  vs.<br><br>LINCOLN LIFE ASSURANCE COMPANY OF BOSTON,<br><br>      Defendant. | CASE NO.: 8:20-cv-00839-JVS-KES<br><br>**STIPULATION TO EXTEND TIME TO FILE SIMULTANEOUS OPENING BRIEFS AND SIMULTANEOUS RESPONSIVE BRIEFS IN THIS MATTER, and TO CONTNUE HEARING**<br><br>**Honorable James V. Selna**<br><br>**Opening Briefs due: 5-1-2026**<br>**Responsive Briefs due: 6-1-2026**<br><br>**DATE: 6-29-26**<br>**TIME: 3:30 p.m.**<br>**CTRM: 10C** |

1

STIPULATION TO EXTEND TIME TO FILE SIMULTANEOUS OPENING BRIEFS AND
SIMULTANEOUS RESPONSIVE BRIEFS, and TO CONTINUE HEARING

Plaintiff, Vicki Collier ("Plaintiff") and Defendant Lincoln Life Assurance Company of Boston ("Lincoln"), by and through counsel, hereby stipulate as follows:

On January 20, 2026, the Court, at the request of counsel, rescheduled the briefing and hearing dates in this case as follows:

Simultaneous Opening Briefs due:     May 1, 2026

Simultaneous Responsive Briefs due:  June 1, 2026

Appeal Hearing:  June 29, 2026 at 3:30 p.m. [Doc. 58]

Good cause appears for an extension of the briefing and hearing schedule as counsel for Plaintiff requires additional time to review and address Defendant's recently produced supplemental production.  The production was delayed due to the change in defense counsel from Ogletree to Maynard Nexsen LLP. Additionally, due to Plaintiff's counsel's briefing schedule in other matters, Plaintiff needs an additional 30 days to file her opening brief in this case; and Counsel for Defendant has no objection to this extension.

It is therefore respectfully requested that the above hearing dates be extended for approximately 30 days as follows:

Simultaneous Opening Briefs due:  June 1, 2026

Simultaneous Reply Briefs due:  June 29, 2026

Appeal Hearing: July 20, 2026 (or to next available dates on the Court's calendar)

**IT IS SO STIPULATED**.

DATED:  March 17, 2026                     KANTOR & KANTOR, LLP

                                           By:   /s/ Glenn R. Kantor
                                                 Glenn R. Kantor
                                                 Attorneys for Plaintiff,
                                                 VICKI COLLIER

2

STIPULATION TO EXTEND TIME TO FILE SIMULTANEOUS OPENING BRIEFS AND SIMULTANEOUS RESPONSIVE BRIEFS, and TO CONTINUE HEARING

DATED:  March 17, 2026                          MAYNARD NEXSEN, LLP

                                        By:    /s/  Robert Hess

                                               Robert E. Hess
                                               Attorneys for Defendant,
                                               LINCOLN LIFE ASSURANCE
                                               COMPANY OF BOSTON

<u>**Signature Attestation**</u>

Pursuant to Local Rules, I hereby certify that the content of this document is acceptable to counsel for Defendant, and that I have obtained their authorization to affix their electronic signatures to this document.


                                        /s/ Glenn R. Kantor

3

STIPULATION TO EXTEND TIME TO FILE SIMULTANEOUS OPENING BRIEFS AND SIMULTANEOUS RESPONSIVE BRIEFS, and TO CONTINUE HEARING