# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| VICKI COLLIER,<br><br>Plaintiff,<br><br>vs.<br><br>LINCOLN LIFE ASSURANCE COMPANY OF BOSTON,<br><br>Defendant. | CASE NO.: 8:20-cv-00839-JVS-KES<br><br>**[PROPOSED] ORDER ON STIPULATION TO EXTEND TIME TO FILE SIMULTANEOUS OPENING BRIEFS AND SIMULTANEOUS RESPONSIVE BRIEFS IN THIS MATTER, and TO CONTNUE HEARING**<br><br>**Honorable James V. Selna**<br><br>**Opening Briefs due: 6-1-26**<br>**Responsive Briefs due: 6-29-26**<br>**DATE: 8-10-26**<br>**TIME: 3:30 p.m.**<br>**CTRM: 10C** |

Pursuant to the stipulation of the parties and for good cause shown, the Briefing and Hearing Schedule in this matter is modified as follows:

Simultaneous Opening Briefs due:  September 1, 2026

Simultaneous Reply Briefs due:  October 1, 2026

Hearing on Rule 52 Motion: November 5, 2026 at 3:30 p.m. (or to next available dates on the Court's calendar)

1

**IT IS SO ORDERED.**

DATED: _____          _____

James V. Selna
Judge of the U.S. District Court

[PROPOSED] ORDER ON STIPULATION TO EXTEND TIME TO FILE SIMULTANEOUS OPENING BRIEFS AND SIMULTANEOUS RESPONSIVE BRIEFS IN THIS MATTER, and TO CONTNUE HEARING