# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| VICKI COLLIER,<br><br>Plaintiff,<br><br>vs.<br><br>LINCOLN LIFE ASSURANCE COMPANY OF BOSTON,<br><br>Defendant. | CASE NO.: 8:20-cv-00839-JVS-KES<br><br>**ORDER ON STIPULATION TO EXTEND TIME TO FILE SIMULTANEOUS OPENING BRIEFS AND SIMULTANEOUS RESPONSIVE BRIEFS IN THIS MATTER, and TO CONTINUE HEARING [62]**<br><br>**Honorable James V. Selna**<br><br>**Opening Briefs due: 6-1-26**<br>**Responsive Briefs due: 6-29-26**<br>**DATE: 8-10-26**<br>**TIME: 3:00 p.m.**<br>**CTRM: 10C** |

1

ORDER ON STIPULATION TO EXTEND TIME TO FILE SIMULTANEOUS OPENING BRIEFS AND SIMULTANEOUS RESPONSIVE BRIEFS IN THIS MATTER, and TO CONTNUE HEARING

Pursuant to the stipulation of the parties and for good cause shown, the Briefing and Hearing Schedule in this matter is modified as follows:

Simultaneous Opening Briefs due:  September 1, 2026

Simultaneous Reply Briefs due:  October 1, 2026

Hearing on Rule 52 Motion: November 5, 2026, at **3:00 p.m.**

**IT IS SO ORDERED.**

DATED:  May 21, 2026

_____
James V. Selna
Judge of the U.S. District Court

2

ORDER ON STIPULATION TO EXTEND TIME TO FILE SIMULTANEOUS OPENING BRIEFS AND
SIMULTANEOUS RESPONSIVE BRIEFS IN THIS MATTER,
and TO CONTNUE HEARING