# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| VICKI COLLIER,<br><br>                Plaintiff,<br><br>    vs.<br><br>LINCOLN LIFE ASSURANCE COMPANY OF BOSTON,<br><br>                Defendant. | Case No. 8:20-cv-00839-JVS-KES<br><br>(Honorable James V. Selna, Crtrm. 10C Santa Ana)<br><br>**[PROPOSED] ORDER GRANTING JOINT REQUEST FOR STATUS CONFERENCE**<br><br>Complaint Filed:  September 16, 2025 |

207282678.v1

The Court having considered the Parties' Joint Request for a Status Conference, and good cause appearing,

IT IS HEREBY ORDERED that the Parties' request is GRANTED.

A Status Conference shall be held on _____, 2026, at _____ a.m./p.m.  The Parties shall appear through counsel and shall be prepared to discuss the nature of the Parties' dispute, meet and confer efforts, and any proposed resolution.

IT IS FURTHER ORDERED that Counsel's request to appear remotely at the Status Conference is also GRANTED.  The Court shall provide the Zoom videoconference information to counsel in advance of the hearing in accordance with the Court's procedures.

DATED: _____, 2026

_____
The Honorable James V. Selna
United States District Court Judge

- 1 -

ORDER GRANTING JOINT REQUEST FOR STATUS CONFERENCE
Case No. 8:20-CV-00839-JVS-KES

207282678.v1